CO-386
10/2018

# United States District Court
# For the District of Columbia

TikTok Inc., et al.,

           Plaintiff

vs

Donald J. Trump, et al.

           Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __TikTok Inc. and ByteDance Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __TikTok Inc. and ByteDance Ltd.__ which have any outstanding securities in the hands of the public:

TikTok Inc. (Plaintiff);
TikTok LLC (Corporate parent of TikTok Inc.);
TikTok Ltd. (Corporate parent of TikTok LLC); and
ByteDance Ltd. (Plaintiff and corporate parent of TikTok Ltd.)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__415364__
BAR IDENTIFICATION NO.

John E. Hall
Print Name

One CityCenter, 850 Tenth Street, NW
Address

Washington    DC    20001
City    State    Zip Code

202-662-6000
Phone Number