IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TikTok Inc., *et al.*,

    Plaintiffs,

v.

Donald J. Trump, *et al.*,

    Defendants.

Case No. 20-cv-2658

## ENTRY OF APPEARANCE

Covington & Burling LLP (John E. Hall) hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs TikTok Inc. and ByteDance Ltd.

Respectfully submitted,

COVINGTON & BURLING LLP

By:   */s/ John E. Hall*
      John E. Hall (D.C. Bar No. 415364)
      COVINGTON & BURLING LLP
      One CityCenter, 850 Tenth Street, NW
      Washington, DC 20001
      202-662-6000
      202-778-6000 fax
      jhall@cov.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2020, I caused a true and correct copy of the foregoing *Entry of Appearance* to be filed through the Court's e-file and serve system which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

                                                COVINGTON & BURLING LLP

                    By:    */s/ John E. Hall*
                            John E. Hall