Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TIKTOK INC., et al

    Plaintiff

vs.

DONALD J. TRUMP, et al

    Defendant

Civil No.  20-2658  (CJN)

Category  E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  9/21/2020  from  Judge Randolph D. Moss

to  Judge Carl J. Nichols  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:  Judge Randolph D. Moss  & Courtroom Deputy
Judge Carl J. Nichols  & Courtroom Deputy
Liaison, Calendar and Case Management Committee