IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TikTok Inc., *et al.*,

    Plaintiffs,

v.

Donald J. Trump, *et al.*,

    Defendants.

Case No. 20-cv-2658

## ENTRY OF APPEARANCE

Covington & Burling LLP (Alexander A. Berengaut) hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs TikTok Inc. and ByteDance Ltd.

Respectfully submitted,

COVINGTON & BURLING LLP

By:   */s/ Alexander A. Berengaut*
Alexander A. Berengaut (Bar No. 989222)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
202-662-6000
202-778-6000 fax
aberengaut@cov.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of September, 2020, I caused a true and correct copy of the foregoing *Entry of Appearance* to be filed through the Court's e-file and serve system which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

      COVINGTON & BURLING LLP

By:   */s/ Alexander A. Berengaut*
       Alexander A. Berengaut