# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 20-cv-2658 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDERS LINDEROT

Pursuant to Local Rule 83.2(c) and (d), I hereby move for the admission of Anders Linderot as attorney *pro hac vice* on behalf of plaintiffs TikTok Inc. and ByteDance Ltd. In support of this motion, I attest that I am a member in good standing of the Bar of the District of Columbia and the Bar of this Court. In further support of this motion, I submit the attached Declaration of Anders Linderot.

Dated: September 21, 2020

Respectfully submitted,

COVINGTON & BURLING LLP

By:  */s/ Megan C. Keenan*
Megan C. Keenan (D.C. Bar No. 1672508)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-6000
mkeenan@cov.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 20-cv-2658 |

**DECLARATION OF ANDERS LINDEROT IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1. My name is Anders Linderot, counsel for TikTok Inc. and ByteDance Ltd.

2. My office is located at 620 Eighth Avenue, New York, New York 10018. My office telephone number is 212-841-1000.

3. I am a member in good standing of the Bar of the State of New York, the Bar of the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia and certify that I am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2020          Respectfully submitted,

By:     <u>*/s/ Anders Linderot*</u>
Anders Linderot
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
Email: alinderot@cov.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2020, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Anders Linderot to be filed through the Court's e-file and serve system, which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

COVINGTON & BURLING LLP

By: */s/ Megan C. Keenan*
      Megan C. Keenan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 20-cv-2658 |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE* OF ANDERS LINDEROT**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Anders Linderot in the above-captioned matter and the Declaration in support thereof, it is this ____ day of September, 2020, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Anders Linderot be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Anders Linderot be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

_____
United States District Judge