IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TikTok Inc., *et al.*,

    Plaintiffs,

v.

Donald J. Trump, *et al.*,

    Defendants.

Case No. 20-cv-2658

## ENTRY OF APPEARANCE

Covington & Burling LLP (Megan A. Crowley) hereby enters her appearance in the above-captioned matter as counsel for Plaintiffs TikTok Inc. and ByteDance Ltd.

    Respectfully submitted,

    COVINGTON & BURLING LLP

By:    */s/ Megan A. Crowley*
    Megan A. Crowley (D.C. Bar No. 1049027)
    COVINGTON & BURLING LLP
    One CityCenter, 850 Tenth Street, NW
    Washington, DC 20001
    202-662-6000
    202-778-6000 fax
    mcrowley@cov.com

    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2020, I caused a true and correct copy of the foregoing *Entry of Appearance* to be filed through the Court's e-file and serve system which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

COVINGTON & BURLING LLP

By: */s/ Megan A. Crowley*
Megan A. Crowley