# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIKTOK INC., et al.,

        *Plaintiffs*,

   v.

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

        *Defendants*.

Case No. 20-cv-02658 (CJN)

**Oral Argument Requested**

## PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING AND A HEARING

Plaintiffs TikTok, Inc. and ByteDance Ltd. (collectively "Plaintiffs"), by and through

their undersigned counsel, hereby move this Court, pursuant to Rule 65 of the Federal Rules of

Civil Procedure and Local Rule 65.1, for a preliminary injunction against Defendants Donald J.

Trump, in his official capacity as President of the United States; Wilbur L. Ross, Jr., in his

official capacity as Secretary of Commerce; and the U.S. Department of Commerce.

For the reasons set forth in the accompanying Memorandum in Support and the

declarations and exhibits attached hereto, Plaintiffs are entitled to preliminary injunctive relief

enjoining the implementation or enforcement of the executive order issued on August 6, 2020, 85

Fed. Reg. 48,637 ("August 6 order"), as well as the list of prohibited transactions, which the

Department of Commerce issued on September 18, 2020, subsequently withdrew, and re-issued

on September 22, 2020, and which will be published in the Federal Register on September 24,

2020, U.S. Dep't of Commerce, *Identification of Prohibited Transactions to Implement*

*Executive Order 13942 and Address the Threat Posed by TikTok and the National Emergency*

*with Respect to the Information and Communications Technology and Services Supply Chain*

(Sept. 22, 2020), https://www.federalregister.gov/documents/2020/09/24/2020-21193/identification-of-prohibited-transactions-to-implement-executive-order-13942-and-address-the-threat ("Prohibitions").  The August 6 order and the Prohibitions violate the International Emergency Economics Powers Act, 50 U.S.C. §§ 1701–1706, the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*, the First and Fifth Amendments to the U.S. Constitution, and constitute *ultra vires* executive action.  In the absence of preliminary injunctive relief, the August 6 order and the Prohibitions will cause Plaintiffs irreparable harm, and the equities and public interest weigh in Plaintiffs' favor.  Accordingly, Plaintiffs are entitled to relief.  A proposed Order also accompanies the motion.

Pursuant to Local Rule 65.1(d), the Plaintiffs respectfully request expedited briefing and a hearing on this motion.  The Prohibitions issued on September 22, 2020 are scheduled to take effect at 11:59 pm on September 27, 2020.  As explained in the accompanying Memorandum in Support, as a consequence of the Prohibitions, TikTok will no longer be available on the U.S. app stores as of 11:59 pm on September 27, 2020, which will inflict direct, immediate, and irreparable harm on Plaintiffs during the pendency of this case.

For these reasons, Plaintiffs request an expedited briefing schedule and hearing in this matter.  Plaintiffs respectfully request that the Court enter the following schedule:

- Defendants to file a response, if any, to Plaintiffs' Motion for Preliminary Injunction no later than 2:30 pm on September 25, 2020;

- Plaintiffs to file a reply, if any, no later than 2:30 pm on September 26, 2020;

- The Court to hold a hearing via teleconference or video conference as soon thereafter as possible and provide a ruling before 11:59 pm on September 27, 2020.

Pursuant to Local Rule 7(m), counsel for Plaintiffs consulted with counsel for Defendants on September 23, 2020 at approximately 1:30 pm and sought Defendants' consent for expedited treatment of the motion in advance of filing the request.  Plaintiffs have not yet received Defendants' response.

DATED: September 23, 2020                    Respectfully submitted,


                                             */s/ John E. Hall*


Anders Linderot (Pro Hac Vice)              John E. Hall (D.C. Bar. No. 415364)
COVINGTON & BURLING LLP                      Beth S. Brinkmann (D.C. Bar. No. 477771)
The New York Times Building                  Alexander A. Berengaut (D.C. Bar. No. 989222)
620 Eighth Avenue                            Megan A. Crowley (D.C. Bar. No. 1049027)
New York, New York 10018-1405                Megan C. Keenan (D.C. Bar. No. 1672508)
Telephone: +1 (212) 841-1000                 COVINGTON & BURLING LLP
Facsimile: + 1 (212) 841-1010                One CityCenter
Email:  alinderot@cov.com                    850 Tenth Street, NW
                                             Washington, DC 20001
Mitchell A. Kamin (Pro Hac Vice)            Telephone: +1 (202) 662-6000
COVINGTON & BURLING LLP                      Facsimile: + 1 (202) 778-6000
1999 Avenue of the Stars, Suite 3500         Email:  jhall@cov.com
Los Angeles, California 90067-4643                    bbrinkmann@cov.com
Telephone: + 1 (424) 332-4800                        aberengaut@cov.com
Facsimile: + 1 (424) 332-4749                        mcrowley@cov.com
Email:  mkamin@cov.com                               mkeenan@cov.com


                                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, John E. Hall, hereby certify that on the 23rd day of September, 2020, a true and correct

copy of the foregoing was filed on the Court's CM/ECF filing system, and was served via FedEx

Priority Overnight delivery to the following:

Donald J. Trump
President of the United States
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Wilber L. Ross, Jr.
Secretary of Commerce
1400 Constitution Avenue, N.W.
Washington, D.C. 20230

U.S. Department of Commerce
1400 Constitution Avenue, N.W.
Washington, D.C. 20230

And via email to the following:

STUART J. ROBINSON
SERENA M. ORLOFF
MICHAEL DREZNER
SARA WINSLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (415) 436-6635
Fax: (415) 436-6632
E-mail:  stuart.j.robinson@usdoj.gov
        serena.m.shulz-orloff@usdoj.gov
        michael.l.drezner@usdoj.gov
        sara.winslow@usdoj.gov

[Attorney signature on following page]

   */s/ John E. Hall*
John E. Hall (D.C. Bar No. 415364)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel:  (202) 662-6000
Fax:  (202) 778-6000
Email:  jhall@cov.com

*Attorney for Plaintiffs*