*TikTok Inc. et al. v. Trump et al.*

No. 20-cv-2658 (CJN)

**INDEX OF EXHIBITS**

| Ex. | Document Title |
|---|---|
| 1 | John Herrman, *TikTok Is Shaping Politics. But How?* N.Y. Times (June 28, 2020), https://www.nytimes.com/2020/06/28/style/tiktok-teen-politics-gen-z.html |
| 2 | Kevin Mayer, Fair Competition and Transparency Benefits Us All, 29 July 2020 TikTok blog post, https://newsroom.tiktok.com/en-us/fair-competition-and-transparency-benefits-us-all |
| 3 | TikTok, Statement on the Administration's Executive Order (Aug. 7, 2020), https://newsroom.tiktok.com/en-us/tiktok-responds |
| 4 | Myah Ward, *15 times Trump praised China as coronavirus was spreading across the globe*, Politico (Apr. 15, 2020), https://www.politico.com/news/2020/04/15/trump-china-coronavirus-188736 |
| 5 | CNBC Transcript: President Donald Trump Sits Down With CNBC's Joe Kernen at the World Economic Forum in Davos, Switzerland, CNBC (Jan. 22, 2020), https://www.cnbc.com/2020/01/22/cnbc-transcript-president-donald-trump-sits-down-with-cnbcs-joe-kernen-at-the-world-economic-forum-in-davos-switzerland.html |
| 6 | Rev Services, Donald Trump Tulsa, Oklahoma Rally Speech Transcript, Rev.com (June 21, 2020), https://www.rev.com/transcript-editor/shared/QejgrzxQ6qkjA0Za9-pjLFZS5ZdV1-9FJlVhEDgD__iryMlzWNTuiXG75Z31YksXxLelVlbkViOTbhfk9W8LHVRjYLo?loadFrom=PastedDeeplink&ts=3769 |
| 7 | White House, Remarks by President Trump in Press Briefing (July 30, 2020), https://www.whitehouse.gov/briefings-statements/remarks-president-trump-press-briefing-july-30-2020/ |
| 8 | CSPAN, President Trump Remarks to Florida Sheriffs (July 31, 2020), https://www.c-span.org/video/?474419-1/president-trump-remarks-florida-sheriffs |
| 9 | Taylor Lorenz et al, *TikTok Teens and K-Pop Stans Say They Sank Trump Rally*, N.Y. Times (Sept. 14, 2020), https://www.nytimes.com/2020/06/21/style/tiktok-trump-rally-tulsa.html |
| 10 | Jill Disis & Jennifer Hansler, *The United States is 'looking at' banning TikTok and other Chinese social media apps, Pompeo says*, CNN Business (July 7, 2020), https://www.cnn.com/2020/07/07/tech/us-tiktok-ban/index.htm |
| 11 | Kari Soo Lindberg, *Trump Campaign Urges Supporters to Back TikTok Ban in Online Ads*, Bloomberg News (July 18, 2020), https://www.bloomberg.com/news/articles/2020-07-18/trump-campaign-urges-supporters-to-back-tiktok-ban-in-online-ads |
| 12 | Executive Order 13942, Addressing the Threat Posed by TikTok, and Taking Additional Steps To Address the National Emergency With Respect to the Information and Communications Technology and Services Supply Chain (Aug. 6, 2020), 85 Fed. Reg. 48,637 |

| Ex. | Document Title |
|---|---|
| 13 | Keith Krach, Microsoft Potential Purchase of TikTok (Aug. 21, 2020), https://keithkrach.com/microsoft-potential-purchase-of-tiktok/ |
| 14 | Executive Order, Regarding the Acquisition of Musical.ly by ByteDance Ltd. (Aug. 14, 2020), 85 Fed. Reg. 51,297 |
| 15 | BBC News, *Donald Trump: US Treasury should get cut of TikTok deal* (Aug. 4, 2020), https://www.bbc.com/news/business-53633315 |
| 16 | Jason Murdock, *Trump Demanding Cut From Microsoft TikTok Sale Akin to 'Extortion,' Critics Say*, Newsweek (Aug. 4, 2020), https://www.newsweek.com/tiktok-microsoft-sale-president-donald-trump-extortion-1522597 |
| 17 | Tyler Sonnemaker, *Trump admits there's no 'legal path' for TikTok to pay the US government as part of a sale to an American company*, Business Insider (Sept. 16, 2020), https://www.businessinsider.com/trump-admits-tiktok-cant-legally-pay-us-government-sale-2020-9 |
| 18 | U.S. Dep't of Commerce, Administrative Subpoena (Sep. 3, 2020). |
| 19 | Axios, *New Chinese restrictions on tech exports could complicate TikTok sale*, Axios (Aug. 30, 2020), https://www.axios.com/tiktok-chinese-export-restrictions-18afbe5c-ee90-4a53-8818-be3224f17d 4b.html |
| 20 | Ministry of Commerce of the People's Republic of China, *Ministry of Commerce and Ministry of Science and Technology publish the revised Catalogue of Technologies Subject to Export Bans and Restrictions* (Aug. 30, 2020), http://english.mofcom.gov.cn/article/newsrelease/significantnews/202009/20200902998221.shtml |
| 21 | Ministry of Commerce of the People's Republic of China, Announcement No. 38 (2020) of the Ministry of Commerce and the Ministry of Science and Technology (Aug. 28, 2020), http://www.mofcom.gov.cn/article/b/xxfb/202008/20200802996641.shtml. |
| 22 | Vanessa Pappas, An update for our TikTok family, TikTok (Sep. 19, 2020), https://newsroom.tiktok.com/en-us/an-update-for-our-tiktok-family |
| 23 | U.S. Dep't of Commerce, Identification of Prohibited Transactions to Implement Executive Order 13942 and Address the Threat Posed by TikTok and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain, Office of the Federal Register (Sept. 18, 2020), https://perma.cc/X2HH-ARKY |
| 24 | Michelle Mark & Reuters, *Trump says he's given his 'blessing' to a proposed TikTok deal with Oracle and Walmart*, Business Insider (Sept 19, 2020), https://www.businessinsider.com/trump-gives-blessing-to-proposed-tiktok-deal-with-oracle-2020-9 |
| 25 | Ana Swanson et al., *Trump Approves Deal Between Oracle and TikTok*, N.Y. Times (Sep. 19, 2020), https://www.nytimes.com/2020/09/19/technology/trump-oracle-and-tiktok.html |
| 26 | Press Release, U.S. Dep't of Commerce, Statement on Delayed Prohibitions Related to TikTok (Sept 19, 2020), https://www.commerce.gov/news/press-releases/2020/09/statement-delayed-prohibitions-related-tiktok |

| Ex. | Document Title |
|-----|----------------|
| 27 | Demetri Sevastopulo & James Fontanella-Khan, "*Doubts surround 'education fund' at the heart of the US TikTok deal*," Financial Times (Sep. 20, 2020), https://www.ft.com/content/4a9bb9aa-45e3-43b2-9759-3313751ffc8b |
| 28 | Alexis Benveniste & Jill Disis, *Trump wants the TikTok deal to pour $5 billion into 'real history' education. It's not that simple,* CNN (Sept. 21, 2020), https://www.cnn.com/2020/09/20/business/trump-education-fund/index.html (citing ByteDance statement on its official account on Toutiao). |
| 29 | U.S. Dep't of Commerce, Identification of Prohibited Transactions to Implement Executive Order 13942 and Address the Threat Posed by TikTok and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain (Sept. 22, 2020), https://www.federalregister.gov/documents/2020/09/24/2020-21193/identification-of-prohibited-transactions-to-implement-executive-order-13942-and-address-the-threat |
| 30 | Katie Canales, *CIA analysts reportedly told the White House there's 'no evidence' the Chinese government has accessed TikTok data*, Business Insider (Aug. 7, 2020), https://www.businessinsider.com/tiktok-cia-no-evidence-china-access-data-2020-8. |
| 31 | Microsoft, Microsoft to continue discussions on potential TikTok purchase in the United States, (Aug. 2, 2020), https://blogs.microsoft.com/blog/2020/08/02/microsoft-to-continue-discussions-on-potential-tiktok-purchase-in-the-united-states/ |
| 32 | Press Release, Oracle, Oracle Chosen as TikTok's Secure Cloud Provider (Sept. 19, 2020) https://www.oracle.com/news/announcement/oracle-chosen-as-tiktok-secure-cloud-provider-091920.html |
| 33 | TikTok, All donations go to Accion Opportunity Fund, TikTok (June 18, 2020) |
| 34 | TikTok, Happy International Women's Day, TikTok (Mar. 8, 2020) |
| 35 | Executive Order 13873, Securing the Information and Communications Technology and Services Supply Chain (May 15, 2019), 85 Fed. Reg. 22,689 |
| 36 | Deepa Seetharaman & Euirim Choi, T*ikTok Users Drawn to Rival Platforms as Trump Threatens U.S. Ban* , Wall St. J. (Aug. 4, 2020), https://www.wsj.com/articles/tiktok-users-drawn-to-rival-platforms-as-trump-threatens-u-s-ban-11596555375 |