# EXHIBIT 20

### Ministry of Commerce and Ministry of Science and Technology publish the revised Catalogue of Technologies Subject to Export Bans and Restrictions

August 30, 2020 - 13:16 BJT (20:16 GMT)   MOFCOM



On August 28, the Ministry of Commerce and the Ministry of Science and Technology published the revised Catalogue of Technologies Subject to Export Bans and Restrictions (Announcement No. 38 (2020), hereinafter referred to as "the Catalogue").

This revision of the Catalogue incorporates comments from relevant authorities, industry associations, business and academic communities, and the general public. 53 items are involved; specifically, 4 items subject to export ban are removed, 5 items subject to export restriction are removed, 23 items subject to export restriction are added, and the control points and technical specifications for 21 items are revised.

According to the Regulations of the People's Republic of China for the Administration of the Import and export of Technologies, any outbound transfer of technology, be it by means of trade or any other way, shall be subject to the provisions of the Regulation. For the export of technologies subject to export restriction, the exporter must apply to the provincial commerce authority for a technology export license. Only upon the approval of such a license can the exporter be engaged in substantial negotiations with a foreign entity and conclude a technology export contract.

Print