# EXHIBIT 21

Case 1:20-cv-02658-CJN   Document 15-27   Filed 09/23/20   Page 2 of 2



(http://www.mofcom.gov.cn)

中华人民共和国商务部
MINISTRY OF COMMERCE, PRC

Home (/index.shtml) > Policy Release (/article/b/) > Service Trade (/article/b/xxfb/)

Source: Department of Trade in Services and Commercial Services, Ministry of Commerce    2020-08-28 21:30

# Announcement No. 38 (2020) of the Ministry of Commerce and the Ministry of Science and Technology on Adjusting and Issuing the Catalogue of Technologies Prohibited and Restricted from Exporting in China

According to the "Foreign Trade Law of the People's Republic of China" and the "Administrative Regulations of the People's Republic of China on Technology Import and Export", the Ministry of Commerce and the Ministry of Science and Technology of the "Catalogue of China's Export Prohibited and Restricted Technologies" (Annex No. 12, Order of the Ministry of Commerce, Ministry of Science and Technology, 2008) Some adjustments are now announced. Those technologies that are dual-use technologies are included in export control management.

        Ministry of Commerce Ministry of Science and Technology

                August 28, 2020

Adjusted content of "China's Export Prohibited and Restricted Technology Catalog" (http://images.mofcom.gov.cn/fms/202008/20200828200911003.pdf)

**Business hotspot**