# EXHIBIT 26

Was this page helpful?

👍 Helpful

👎 Not helpful

# Statement on Delayed Prohibitions Related to TikTok

Wilbur Ross

In light of recent positive developments, Secretary of Commerce Wilbur Ross, at the direction of President Trump, will delay the prohibition of identified transactions pursuant to Executive Order 13942, related to the TikTok mobile application that would have been effective on Sunday, September 20, 2020, until September 27, 2020 at 11:59 p.m.

FOR IMMEDIATE RELEASE
Saturday, September 19, 2020

**Office of Public Affairs**

(202) 482-4883 
publicaffairs@doc.gov

**LEADERSHIP**
Wilbur Ross

**TAGS**
 National security

## Share this page

    

### Explore

Issues