# EXHIBIT 30

|  DOW | S&P 500 | NASDAQ 100 |
|---|---|---|
| +0.35% | +0.8% | +1.26% |

HOME   TECH

# CIA analysts reportedly told the White House there's 'no evidence' the Chinese government has accessed TikTok data

Katie Canales   Aug 7, 2020, 3:27 PM





US President Donald Trump speaks after touring the Whirlpool Corporation

HOMEPAGE                                                                                                   Subscribe

CIA analysts told the White House that though it is possible for the Chinese government to access TikTok user data, there is "no evidence" that it has done so, per a New York Times report.

However, President Trump still moved forward with an executive order Thursday night prohibiting US companies from doing business with not only TikTok's parent company ByteDance but also WeChat, a popular app for Chinese citizens.

The executive order goes into effect on Sept. 20 and is the latest development in a web of US-led efforts to distance Chinese tech firms over national security concerns.

Visit Business Insider's homepage for more stories.

A recent report from the CIA indicates that the Chinese government has not accessed American user data from the video-sharing app TikTok.

According to The New York Times, CIA analysts told the White House that though it is possible for Chinese officials to obtain data from users of the app — which is owned by the Beijing-based ByteDance — there is "no evidence" that the Eastern nation has done so.

However, President Trump still moved forward with an executive order late Thursday barring US companies from "any transactions" with TikTok's parent company, ByteDance. The order argues TikTok "continues to threaten the national security, foreign policy, and economy of the United States" and will go into effect on Sept. 20.

The CIA assessment is the latest development in a long series of efforts made by American officials to distance Chinese tech firms from US users over national security concerns. Lawmakers are uneasy about the Chinese government possibly accessing American user data through apps such as TikTok.



SPONSORED BY THE NEW YORK TIMES

## The New Digital Etiquette

With so much of life moving online during the pandemic, digital etiquette is changing.

VISIT SITE

Secretary of State Mike Pompeo has unveiled a US plan to crack down on Chinese apps and services. Dubbed the "Clean Network," the program would block "untrusted" Chinese apps from app stores. However, experts have found that TikTok collects data similarly to how US firms, such as Facebook, do so.

Relations between the US and China have grown increasingly strained as a result, a tension that is exacerbated in part by the coronavirus pandemic, for which President Trump blames China.



**NEWSLETTER**

**Get a daily round up of our most popular tech stories. Sign up for our Tech newsletter.**

Email address