# EXHIBIT 31

9/22/2020                           Microsoft to continue discussions on potential TikTok purchase in the United States - The Official Microsoft Blog

Case 1:20-cv-02658-CJN   Document 15-37   Filed 09/23/20   Page 2 of 3



This site uses cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use.

[Learn more](#)



**Official Microsoft Blog**

Microsoft On the Issues
The AI Blog
Transform

All Microsoft

## Microsoft to continue discussions on potential TikTok purchase in the United States

Aug 2, 2020   |   Microsoft Corporate Blogs

Following a conversation between Microsoft CEO Satya Nadella and President Donald J. Trump, Microsoft is prepared to continue discussions to explore a purchase of TikTok in the United States.

Microsoft fully appreciates the importance of addressing the President's concerns. It is committed to acquiring TikTok subject to a complete security review and providing proper economic benefits to the United States, including the United States Treasury.

Microsoft will move quickly to pursue discussions with TikTok's parent company, ByteDance, in a matter of weeks, and in any event completing these discussions no later than September 15, 2020. During this process, Microsoft looks forward to continuing dialogue with the United States Government, including with the President.

The discussions with ByteDance will build upon a notification made by Microsoft and ByteDance to the Committee on Foreign Investment in the United States (CFIUS). The two companies have provided notice of their intent to explore a preliminary proposal that would involve a purchase of the TikTok service in the United States, Canada, Australia, and New Zealand and would result in Microsoft owning and operating TikTok in these markets. Microsoft may invite other American investors to participate on a minority basis in this purchase.

This new structure would build on the experience TikTok users currently love, while adding world-class security, privacy, and

### Related Stories

Sep 22, 2020   |   Kevin Scott

**Microsoft teams up with OpenAI to exclusively license GPT-3 language model**

Sep 22, 2020   |   Frank X. Shaw

**Microsoft Ignite 2020: Empowering businesses to build resilience for today and what's ahead**

Sep 21, 2020   |   Brad Smith

**Microsoft will replenish more water than it consumes by 2030**

Sep 13, 2020   |
Microsoft Corporate Blogs

**Microsoft statement on TikTok**

9/22/2020 Microsoft to continue discussions on potential TikTok purchase in the United States - The Official Microsoft Blog

Case 1:20-cv-02658-CJN Document 15-37 Filed 09/23/20 Page 3 of 3

digital safety protections. The operating model for the service would be built to ensure transparency to users as well as appropriate security oversight by governments in these countries.

Among other measures, Microsoft would ensure that all private data of TikTok's American users is transferred to and remains in the United States. To the extent that any such data is currently stored or backed-up outside the United States, Microsoft would ensure that this data is deleted from servers outside the country after it is transferred.

Microsoft appreciates the U.S. Government's and President Trump's personal involvement as it continues to develop strong security protections for the country.

These discussions are preliminary and there can be no assurance that a transaction which involves Microsoft will proceed. We do not intend to provide further updates until there is a definitive outcome to our discussions.

Follow us: 

| What's new | Microsoft Store | Education | Enterprise | Developer | Company |
|---|---|---|---|---|---|
| Surface Duo | Account profile | Microsoft in education | Azure | Microsoft Visual Studio | Careers |
| Surface Go 2 | Download Center | Office for students | AppSource | Windows Dev Center | About Microsoft |
| Surface Book 3 | Microsoft Store support | Office 365 for schools | Automotive | Developer Center | Company news |
| Microsoft 365 | Returns | Deals for students & parents | Government | Microsoft developer program | Privacy at Microsoft |
| Surface Pro X | Order tracking | | Healthcare | | Investors |
| Windows 10 apps | Virtual workshops and training | Microsoft Azure in education | Manufacturing | Channel 9 | Diversity and inclusion |
| | Microsoft Store Promise | | Financial services | Office Dev Center | Accessibility |
| | | | Retail | Microsoft Garage | Security |