# EXHIBIT 32

Press Release

# Oracle Chosen as TikTok's Secure Cloud Provider

*Oracle to take a 12.5 percent stake in TikTok Global*

REDWOOD SHORES, Calif.—September 19, 2020

   

Oracle Corporation (NYSE: ORCL) announced today that it was chosen to become TikTok's secure cloud technology provider. This technical decision by TikTok was heavily influenced by Zoom's recent success in moving a large portion of its video conferencing capacity to the Oracle Public Cloud.

"TikTok picked Oracle's new Generation 2 Cloud infrastructure because it's much faster, more reliable, and more secure than the first generation technology currently offered by all the other major cloud providers," said Oracle Chief Technology Officer Larry Ellison. "In the 2020 Industry CloudPath survey that IDC recently released where it surveyed 935 Infrastructure as a Service (IaaS) customers on their satisfaction with the top IaaS vendors including Oracle, Amazon Web Services, Microsoft, IBM and Google Cloud.... Oracle IaaS received the highest satisfaction score."

"As a part of this agreement, TikTok will run on the Oracle Cloud and Oracle will become a minority investor in TikTok Global," said Oracle CEO Safra Catz. "Oracle will quickly deploy, rapidly scale, and operate TikTok systems in the Oracle Cloud. We are a hundred percent confident in our ability to deliver a highly secure environment to TikTok and ensure data privacy to TikTok's American users, and users throughout the

world. This greatly improved security and guaranteed privacy will enable the continued rapid growth of the TikTok user community to benefit all stakeholders."

Based on decades of experience securing the world's most sensitive data, the Oracle Generation 2 Cloud was built from the ground up to fully isolate running applications and autonomously respond to security threats. Oracle will combine its secure cloud technology with continuous code reviews, monitoring, and auditing to provide unprecedented assurance that U.S. TikTok user data is private and secure.

# Contact Info

## Deborah Hellinger

Oracle Corporate Communciations

deborah.hellinger@oracle.com

+1.212.508.7935

# About Oracle

The Oracle Cloud offers a complete suite of integrated applications for Sales, Service, Marketing, Human Resources, Finance, Supply Chain, and Manufacturing, plus Highly Automated and Secure Oracle Cloud Infrastructure featuring the Oracle Autonomous Database. For more information about Oracle (NYSE: ORCL), please visit us at www.oracle.com.

# Trademarks

Oracle and Java are registered trademarks of Oracle and/or its affiliates. Other names may be trademarks of their respective owners.

| Resources for | Partners | Solutions | What's New |
|---|---|---|---|
| Developers | Oracle PartnerNetwork | Artificial Intelligence | Oracle's response to COVID-19 |
| Startups | Find a Partner | Internet of Things | Java SE Downloads |
| Students and Educators | Log in to OPN | Blockchain | Try Oracle Cloud Free Tier |

Contact Us

US Sales: +1.800.633.0738

How can we help?

Subscribe to emails

| Country/Region | © 2020 Oracle | Site Map | Privacy / Do Not Sell My Info | Cookie Preferences | Ad Choices | Careers |
|---|---|---|---|---|---|---|