# EXHIBIT 33

 TikTok

 Login

- For You
- Following

Log in to follow creators, like videos, and view comments.

Login



tiktok ✓  TikTok · 6-18

@SuperflyPresents #SupportSmallBiz to support at-risk small businesses. All donations go to Accion Opportunity Fund!

♫ original sound - tiktok



♡ 178.8K    💬 11.8K    ➤ 5366

Home  About  Newsroom  Careers
ByteDance
Help  Safety  Community Guidelines
Terms  Privacy  Copyright
© 2020 TikTok

English ▼