# EXHIBIT 34



 For You

Following

Log in to follow creators, like videos, and view comments.

Login

 tiktok TikTok · 3-8

Happy International Women's Day! #shecandoit

♫ original sound - tiktok



 930.6K    18.9K    5213

Home  About  Newsroom  Careers
ByteDance
Help  Safety  Community Guidelines
Terms  Privacy  Copyright
© 2020 TikTok