IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
TIKTOK INC., *et al.*,                 )
                                       )
                      Plaintiffs,      )
                                       )
            v.                         )   Civil Action No. 1:20-CV-2658-CJN
                                       )
DONALD J. TRUMP, in his official capacity as )
President of the United States, *et al.*,    )
                                       )
                      Defendants.      )
_____)

### NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Daniel Schwei, of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendant.

Dated: September 23, 2020            Respectfully submitted,

                                     JEFFREY BOSSERT CLARK
                                     Acting Assistant Attorney General

                                     AUGUST FLENTJE
                                     Special Counsel to the Acting
                                     Assistant Attorney General

                                     ALEXANDER K. HAAS
                                     Branch Director

                                     DIANE KELLEHER
                                     Assistant Branch Director

                                     */s/ Daniel Schwei*
                                     DANIEL SCHWEI
                                     Special Counsel
                                     United States Department of Justice
                                     Civil Division, Federal Programs Branch
                                     Ben Franklin Station, P.O. Box No. 883

Washington, DC 20044
Phone: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

*Counsel for Defendants*