IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>        *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        *Defendants.* | Case No. 20-cv-2658 |

## ENTRY OF APPEARANCE

Covington & Burling LLP (Mitchell A. Kamin) hereby enters his appearance in the above-captioned matter as *pro hac vice* counsel for Plaintiffs TikTok Inc. and ByteDance Ltd.

        Respectfully submitted,

        COVINGTON & BURLING LLP

By:   */s/ Mitchell A. Kamin*
       Mitchell A. Kamin (Pro Hac Vice)
       COVINGTON & BURLING LLP
       1999 Avenue of the Stars, Suite 3500
       Los Angeles, California 90067-4643
       Telephone: + 1 (424) 332-4800
       Facsimile: + 1 (424) 332-4749
       Email: mkamin@cov.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2020, I caused a true and correct copy of the foregoing *Entry of Appearance* to be filed through the Court's e-file and serve system which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

COVINGTON & BURLING LLP

By: */s/ Mitchell A. Kamin*
Mitchell A. Kamin (Pro Hac Vice)