IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>        *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        *Defendants.* | Case No. 20-cv-2658 |

## ENTRY OF APPEARANCE

    Covington & Burling LLP (Anders Linderot) hereby enters his appearance in the above-captioned matter as *pro hac vice* counsel for Plaintiffs TikTok Inc. and ByteDance Ltd.

                                      Respectfully submitted,

                                      COVINGTON & BURLING LLP

By:    */s/ Anders Linderot*
        Anders Linderot (Pro Hac Vice)
        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue
        New York, New York 10018-1405
        Telephone: +1 (212) 841-1000
        Facsimile: + 1 (212) 841-1010
        Email: alinderot@cov.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2020, I caused a true and correct copy of the foregoing *Entry of Appearance* to be filed through the Court's e-file and serve system which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

                                        COVINGTON & BURLING LLP

                              By:    */s/ Anders Linderot*
                                                Anders Linderot (Pro Hac Vice)