IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 1:20-CV-2658-CJN |

### [PROPOSED] ORDER

Upon consideration of Defendants' motion for leave to file under seal, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendants may file under seal their opposition to Plaintiffs' motion for a preliminary injunction.

**SO ORDERED**

Dated: _____          _____
                                                              CARL J. NICHOLS
                                                              United States District Judge