# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK, INC., BYTEDANCE LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants. | Case No. 20-cv-2658<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE NETCHOICE** |

## [PROPOSED] ORDER

Upon consideration of NetChoice's Motion for Leave to file an *Amicus Curiae* Brief, and there appearing good cause to grant such leave,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED, and

2. The *Amicus Curiae* Brief submitted by NetChoice is deemed submitted and shall be considered part of the record in this matter.

_____

The Honorable Carl J. Nichols
United States District Court

Dated: _____, 2020

1