IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 8:20-cv-2658 (CJN) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Serena M. Orloff of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Defendants.

Dated: September 26, 2020

Respectfully Submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Serena M. Orloff*
SERENA M. ORLOFF
California Bar No. 260888
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box 883
Washington, D.C. 20044

-2-

Phone: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

*Attorneys for Defendants*

-2-