IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIKTOK, INC.**, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**DONALD J. TRUMP, in his official.<br>capacity as President of the United States,<br>*et al.*,**<br><br>　　　　　Defendants. | No. 1:20-cv-2658 (CJN) |

### **[PROPOSED] ORDER**

Upon consideration of the Request of the Reporters Committee for Freedom of the Press for a Public Dial-In for the September 27, 2020 Hearing on Plaintiffs' Application for Preliminary Injunction, it is HEREBY ORDERED that:

1. The Request is GRANTED.

It is FURTHER ORDERED that:

2. The Clerk of the Court shall post on the public docket in the above-captioned matter instructions for members of the press and the public to remotely access the telephonic hearing on Plaintiffs' Application for a Preliminary Injunction in the above-captioned matter, which is scheduled for September 27, 2020, at 9:30am.

SO ORDERED.

DATE: September ___, 2020　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge