IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>   *Defendants*. | Case No. 20-cv-02658 (CJN) |

**RESPONSE TO REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR A PUBLIC DIAL-IN FOR THE SEPTEMBER 27, 2020 HEARING ON PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION**

  Like the Government, Plaintiffs do not oppose providing a public means of access for addressing the unsealed matters in this case.  For their part, Plaintiffs do not anticipate addressing any sealed matters as part of their affirmative presentation.  Plaintiffs likewise defer to the Court as to whether it is logistically feasible to have a separate session for sealed matters, if necessary, given that these are emergency proceedings.

DATED: September 26, 2020     Respectfully submitted,

                  */s/ John E. Hall*

Anders Linderot (Pro Hac Vice)   John E. Hall (D.C. Bar. No. 415364)
COVINGTON & BURLING LLP   Beth S. Brinkmann (D.C. Bar. No. 477771)
The New York Times Building    Alexander A. Berengaut (D.C. Bar. No. 989222)
620 Eighth Avenue        Megan A. Crowley (D.C. Bar. No. 1049027)
New York, New York 10018-1405  Megan C. Keenan (D.C. Bar. No. 1672508)
Telephone: +1 (212) 841-1000    COVINGTON & BURLING LLP
Facsimile: + 1 (212) 841-1010    One CityCenter
Email:  alinderot@cov.com     850 Tenth Street, NW
                  Washington, DC 20001

| | |
|---|---|
| Mitchell A. Kamin (Pro Hac Vice) <br> COVINGTON & BURLING LLP <br> 1999 Avenue of the Stars, Suite 3500 <br> Los Angeles, California 90067-4643 <br> Telephone: + 1 (424) 332-4800 <br> Facsimile: + 1 (424) 332-4749 <br> Email:  mkamin@cov.com | Telephone: +1 (202) 662-6000 <br> Facsimile: + 1 (202) 778-6000 <br> Email:  jhall@cov.com <br>           bbrinkmann@cov.com <br>           aberengaut@cov.com <br>           mcrowley@cov.com <br>           mkeenan@cov.com |

*Attorneys for Plaintiffs*