IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
TIKTOK INC., *et al.*,                        )
                                              )
            Plaintiffs,                       )
                                              )
      v.                                      )   Civil Action No. 1:20-CV-2658-CJN
                                              )
DONALD J. TRUMP, in his official capacity as  )
President of the United States, *et al.*,     )
                                              )
            Defendants.                       )
_____)

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this Notice of Supplemental Authority regarding a decision issued earlier this evening in a similar case, denying emergency relief as to the Secretary of Commerce's prohibitions scheduled to go into effect on September 27, 2020. *See* Opinion, *Marland v. Trump*, 2:20-cv-04597-WB (E.D. Pa.), ECF No. 21 (Sept. 26, 2020) (attached hereto).

Dated: September 26, 2020            Respectfully submitted,

                                     JEFFREY BOSSERT CLARK
                                     Acting Assistant Attorney General

                                     AUGUST FLENTJE
                                     Special Counsel to the Acting
                                     Assistant Attorney General

                                     ALEXANDER K. HAAS
                                     Branch Director

                                     DIANE KELLEHER
                                     Assistant Branch Director

                                     */s/ Daniel Schwei*
                                     DANIEL SCHWEI

Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
AMY E. POWELL
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

*Counsel for Defendants*