UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>      *Defendants*. | Civil Action No. 1:20-cv-02658 (CJN) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 30, it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction, ECF No. 15, is **GRANTED in part** as to the prohibited transactions in Paragraph 1 of the Commerce Identification, which goes into effect on September 27, 2020, ECF No. 21-1, 23 [sealed version]; 22-1, 23 [redacted version], and **DENIED IN PART** at this time as to the prohibited transactions in Paragraphs 2–5 of the Commerce Identification, which go into effect on November 12, 2020, ECF No. 21-1, 23–24 [sealed version]; ECF No. 22-1, 23–24 [redacted version].  It is further

**ORDERED** that on or before September 28, 2020, at 11:00 am, the Parties shall review the sealed Memorandum Opinion, ECF No. 30, and inform the Court whether the opinion can be unsealed.  It is further

**ORDERED** that on or before September 30, 2020, the Parties shall meet, confer, and file a Joint Status Report proposing a schedule for further proceedings.  The Parties may also address any other issues that they believe will be helpful to the Court.

2

DATE: September 27, 2020

*[signature]*

CARL J. NICHOLS
United States District Judge