# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., *et al.*,  Plaintiffs, v. DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,  Defendants. | Civil Action No. 1:20-CV-2658-CJN |

## NOTICE OF FILING OF CERTIFIED CONTENTS OF ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n), as well as the Court's Minute Order of October 1, 2020, Defendants hereby respectfully submit the attached declaration from John Costello, Deputy Assistant Secretary for Intelligence and Security with the Department of Commerce, certifying the contents of the Administrative Record at issue in this action.

Pursuant to the parties' Joint Status Report filed on September 30, 2020, *see* ECF No. 32, undersigned counsel will separately serve Plaintiffs' counsel with a copy of all documents comprising the Administrative Record, with the exception of Appendix A to the Secretary of Commerce's Decision Memorandum (AR-1596), which is a classified document from the Office of the Director of National Intelligence.

Dated: October 5, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
AMY E. POWELL
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

*Counsel for Defendants*