CUI//PRIVILEGE//DELIB//BUSINESS CONFIDENTIAL

Administrative Record For:

TikTok Prohibition Federal Register Notice "Identification of Prohibited Transactions to Implement Executive Order 13942 and Address the Threat Posed by TikTok and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain" Dated September 17, 2020

The following Administrative Record was compiled in accordance with record keeping requirements set forth under Administrative Procedures Act, Federal Records Act and 36 CFR Chapter XII, Subchapter B.[1]  Administrative records that directly or indirectly aid in the decision to make prohibitions as set forth in this decision include all factual, technical, and scientific material or data considered in making the decision.[2] This record may contain Business Confidential Information.

---

[1] Supplemented by National Archives and Records Administration Management Guide Series 1995 | https://www.archives.gov/records-mgmt/policy/agency-recordkeeping-requirements.html | DOI 20190201

[2] The administrative record does not include materials that solely reflect the internal deliberative processes of decision-making within the Department of Commerce or between another Executive Branch of the federal government.

**AR-1**

CUI//PRIVILEGE//DELIB//BUSINESS CONFIDENTIAL

## Table of Contents

Decision Memorandum for the Secretary of Commerce – Risks Pose by TikTok
(BUSINESS CONFIDENTIAL)……………………………………………………………..AR-3
(BUSINESS CONFIDENTIAL INFORMATION REDACTED)………………………….AR-27

Publicly Available Sources Cited

    Selected Footnotes 1-162……………………………………………………….....AR-51

Appendices to the Decision Memorandum – Risks Posed by TikTok

    Appendix A. Office of the Director of National Intelligence, National
    Counterintelligence and Security Center Assessments………………………………....AR-1596

    Appendix B. Department of Homeland Security, Cybersecurity and Infrastructure
    Security Agency, National Risk Management Center Assessment…………………....AR-1597

    Appendix C. List of Department of Justice Cases Involving Chinese Espionage………AR-1602

    Appendix D. Notable Examples of Chinese Targeting U.S, PII…………………….....AR-1606

    Appendix E. Description of PRC National Security Laws……………………………AR-1775

    Appendix F. ByteDance Response to Department of Commerce Subpoena
    (BUSINESS CONFIDENTIAL)……………………………………………………….AR-1800

Requests to External Parties Regarding Risks Posed by TikTok

    Appendix G – Administrative Subpoena Request to ByteDance……………………….AR-1829

    Appendix H – Request for Assistance to the National Risk Management Center……..AR-1837

    Appendix I – Request for Assistance to the National Counterintelligence and Security
    Center………………………………………………………………………………..AR-1840

Appendix J.  Federal Register Notice – TikTok………………………………………………AR-1843