## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TikTok Inc., et al.

**Plaintiff(s)**

Case No.: 1:20-cv-02658-CJN

vs.

Donald J. Trump, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint for Injunctive and Declaratory Relief; Civil Cover Sheet; and Certificate Rule LCvR 26.1

SERVE TO: William Barr, United States Attorney General

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to William Barr, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 09/23/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7018 3090 0000 6834 6029.

I declare under penalty of perjury that this information is true.

9/23/2020
Executed On



Louis Gerrick

Client Ref Number: 093187.00014
Job #: 1581780

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

TikTok Inc., et al.,

*Plaintiff(s)*

v.

Donald J. Trump, et al.

*Defendant(s)*

Civil Action No. 20-cv-02658-RDM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Barr
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John E. Hall
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 09/21/2020

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*