# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**TikTok Inc., et al.**

                  **Plaintiff(s)**

Case No.: 1:20-cv-02658-CJN

                  *vs.*

**Donald J. Trump, et al.**

                  **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Darin Freeman, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint for Injunctive and Declaratory Relief; Civil Cover Sheet; and Certificate Rule LCvR 26.1 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/22/2020 at 1:53 PM, I served Jessie K. Liu, United States Attorney's Office with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint for Injunctive and Declaratory Relief; Civil Cover Sheet; and Certificate Rule LCvR 26.1 at 501 3rd Street, NW, Washington, DC 20530 by serving Tamatha Dawkins, Paralegal, authorized to accept service.

Tamatha Dawkins is described herein as:

Gender: Female   Race/Skin: Black   Age: 48   Weight: 130   Height: 5'6"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/25/2020

Executed On



Darin Freeman, Jr.

Client Ref Number: 093187.00014
Job #: 1581782

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TikTok Inc., et al., | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 20-cv-02658-RDM |
| Donald J. Trump, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jessie K. Liu
United States Attorney's Office
District of Columbia
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John E. Hall
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 09/21/2020

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*