UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**TikTok Inc., et al.**

**Plaintiff(s)**

Case No.: 1:20-cv-02658-CJN

*vs.*

**Donald J. Trump, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint for Injunctive and Declaratory Relief; Civil Cover Sheet; and Certificate Rule LCvR 26.1

SERVE TO:  U.S Department of Commerce

SERVICE ADDRESS:  1401 Constitution Avenue, NW, Washington, DC 20230

METHOD OF SERVICE:  Per COVID-19 service of process protocol. By mailing the documents listed herein to U.S Department of Commerce at 1401 Constitution Avenue, NW, Washington, DC 20230 on 09/23/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7018 3090 0000 6834 6005. Service was delivered on 09/28/2020, per USPS.com - USPS Tracking Results attached.

I declare under penalty of perjury that this information is true.

10/7/2020
Executed On



Louis Gerrick

Client Ref Number:093187.00014
Job #: 1581781

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70183090000068346005

Your item was delivered to an individual at the address at 11:07 am on September 28, 2020 in WASHINGTON, DC 20230.

## ✓ Delivered

September 28, 2020 at 11:07 am
Delivered, Left with Individual
WASHINGTON, DC 20230

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

TikTok Inc., et al.,

*Plaintiff(s)*

v.                                    Civil Action No. 20-cv-2658

Donald J. Trump, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. DEPARTMENT OF COMMERCE
> 1401 Constitution Avenue, N.W.
> Washington, DC 20230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John E. Hall
> COVINGTON & BURLING LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/22/2020



/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*