IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., BYTEDANCE LTD | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 20-cv-2658(CJN) |
| DONALD J. TRUMP, in his official capacity as President of the United States | ) |
| WILBUR L. ROSS JR. In his official capacity as Secretary of Commerce | ) |
| Defendants | ) |

[PROPOSED] ORDER

It is this ___ day of _____ hereby

**ORDERED** that the Motion for Leave to File an Amicus Curiae Brief in support of Plaintiffs submitted by Jeffrey A. Lovitky is granted, and it is further,

**ORDERED** that the Amicus Curiae brief attached to such motion shall be accepted.

_____
The Honorable Carl J. Nichols
United States District Judge