IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD.,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; and U.S. DEPARTMENT OF COMMERCE,<br><br>     *Defendants*. | Civil Case No. 20-cv-2658 |

**SUPPLEMENTAL DECLARATION OF VANESSA PAPPAS**

I, Vanessa Pappas, under penalty of perjury, hereby declare as follows:

1. I am the head of TikTok Inc. and the interim head of the global TikTok business for ByteDance Ltd. ("ByteDance"), TikTok Inc.'s parent company. For clarity, references in this declaration to "TikTok Inc." are to the U.S. corporate entity and references to "TikTok" are to the software application and business unit.

2. I submitted a declaration on September 23, 2020 to discuss the effects of President Trump's Executive Order dated August 6, 2020 regarding TikTok and the actions taken by the Department of Commerce on September 18, 2020.

3. I now submit this supplemental declaration to provide additional information about the TikTok application.

4. This declaration is based upon my personal knowledge and belief and/or upon my review of business records of TikTok Inc. and ByteDance.

5. As I explained in my prior declaration, TikTok is a video-sharing platform designed to provide a creative and entertaining forum for our users to express themselves and make connections with other content creators and viewers. TikTok's primary function is connecting users across the world and enabling users to share videos and communications with each other.

6. TikTok Inc. itself is a speaker on the TikTok application. The company has an account on the application (https://www.tiktok.com/@tiktok), where it publishes posts with messages about topics of interest and importance to the company, such as International Women's Day (https://www.tiktok.com/@tiktok/video/6801895105885195526), its support for small businesses (https://www.tiktok.com/@tiktok/video/6839775130407750917), along with other topics.

7. TikTok users can communicate with each other on TikTok in a variety of ways. Most directly, users can use the "Direct Message" function to send a private message to another user. The Direct Message function operates as a private chatroom where two users can type messages and share videos with each other. These messages are direct, user-to-user communications, and no other users can view the messages sent using this function. On average, TikTok's U.S. users send 80 million direct messages every day.

8. In addition to using the "Direct Message" function, users can create and share videos on TikTok in a variety of other ways. These videos can be recorded within the TikTok application, or they can be pre-recorded on a user's mobile device (or elsewhere) and then uploaded to the TikTok application after they are created. Users can post these videos in any of three modes: "Public," which would enable anyone in the TikTok community to view and engage with the video; "Friends," which would allow only individuals who both follow the user and are followed *by* the user to view and engage with the video; and "Private," which prevents anyone

except the user who created the post from viewing the video. On average, members of the U.S. TikTok community share videos on the TikTok app 46 million times a day. (Videos can also be shared outside of the TikTok app, whether through third-party platforms like Instagram and Snapchat, or by using an Internet browser to view a video on the TikTok website.)

9. Users can use the "Livestream" function to speak to other members of the TikTok community in real time. Users can post comments that the speaker can view while she is streaming her message, and the speaker can respond to any of those comments live as well. While using the Livestream function, a user can also invite other users to co-host the Livestream with them. When multiple users co-host a Livestream, TikTok broadcasts the live conversation between the hosting users to other members of the TikTok community. On average, 50,000 creators stream communications using the Livestream function in the United States every day, and 5 million U.S. users view communications shared on Livestream every day.

10. Users can post comments on another user's video. By posting a comment, users can (a) communicate with the person who posted the video, who will be able to view and respond to the comment, (b) "tag" another user in the comments by typing their username into the comment, which will notify the tagged user of the comment and enable them to view and respond, and (c) communicate with the broader TikTok community, any of whom can see and respond to comments on public videos. On average, TikTok's U.S. users post 89 million comments every day.

11. Users also utilize hashtags as a means of communicating on TikTok. Hashtags are words and phrases included in the caption of a post that drive trends and communications within the TikTok community. Hashtags are featured on the "Discover" page of the TikTok application and can also be searched on the TikTok application. Users often include hashtags in their captions

to indicate the topic of their video, which prompts interested users to engage with and respond to the post.

12. Users can also use TikTok's "Duet" function to communicate with other users. This function allows a user to directly engage with another user's post by enabling them to create a video that will appear side-by-side with the original user's post. These videos can be used to respond to a comment made in the original post, provide an accompanying musical part to turn a single user's post into a duet, or otherwise engage with the user who made the original post. Similarly, the "Stitch" function enables users to clip and integrate scenes from other users' videos into their own videos. Much like the Duet function, many users use the Stitch function to communicate with, respond to, reinterpret, and add to another user's content. On average, U.S. TikTok users create more than 900,000 videos using the Stitch and Duet functions every day.

13. Each of these means of communicating on the TikTok application can take place between users in the same country or in different countries. In other words, direct messages, videos, comments, hashtags, duets, stitches, and livestreams can be created by a user in one country, and another user can view, share, and engage with these posts from within another country.

14. Attached to this declaration is a video file that describes and illustrates each of the features of the TikTok application currently made available in the United States that I have described above. The images in and the narration of the video, which I have reviewed, track my explanation of these features in this declaration. The video is a fair and accurate depiction of the facts to which I have attested, and I believe it may be helpful to the Court in understanding my declaration.

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I affirm that the foregoing facts are true and correct to the best of my knowledge.

Executed this 13th day of October, 2020.

*Vanessa Pappas*

Vanessa Pappas