Video Attachment to Supp. Pappas Decl.
ECF No. 43-4

NOTICE OF ELECTRONIC SUBMISSION

In accordance with LCvR 5.4(e)(1)(A), Plaintiffs have maintained a copy of the video file in their possession and will make copies available for the Court and Defendants via secure download and/or hand delivery.