**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIKTOK INC., *et al.*,  <br><br>        Plaintiffs,  <br><br>   v.  <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,  <br><br>        Defendants. | Civil Action No. 1:20-CV-2658-CJN |

# Notice of Lodging Exhibit 2:

Redacted ODNI Assessment of September 25, 2020

Pages 1596c – 1596d

██████

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
DIRECTOR OF THE NATIONAL COUNTERINTELLIGENCE AND SECURITY CENTER
WASHINGTON, DC 20511

**Counterintelligence Risk Assessment – TikTok**

███ TikTok, a social media company owned by Chinese parent ByteDance, operates a mobile app that is also called TikTok. ████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

(U) TikTok, a social media application that users see as an iPhone or Android application to view and share short entertaining videos, has a global user base. Underneath, TikTok is a data-driven business that sells advertising and user data.

(U) In 2018, the National Counterintelligence and Security Center published *Foreign Economic Espionage in Cyberspace*, stating that, "Foreign intelligence services—and threat actors working on their behalf—continue to represent the most persistent and pervasive cyber intelligence threat. China, Russia, and Iran stand out as three of the most capable and active cyber actors tied to economic espionage and the potential theft of U.S. trade secrets and proprietary information."[1] The year 2017 was called out as a representing "a watershed in the reporting of software supply chain operations."[2] Furthermore, in "Breaking Trust: Shades of Crisis Across an Insecure Software Supply Chain" the Atlantic Council observed, after reviewing a decade of supply chain attacks, that, "Software supply chain attacks are popular, they are impactful, and are used to great effect by states, especially China and Russia."[3]

---

[1] (U) *See* Foreign Economic Espionage in Cyberspace, page 5. National Counterintelligence and Security Center (2018).
[2] (U) *See* Id. page 12.
[3] (U) *See* Breaking Trust: Shades of Crisis Across an Insecure Software Supply Chain, page 2. The Atlantic Council (July 2020).

(U███) **NOTE**: *The CI assessment was prepared under the auspices of the National Counterintelligence and Security Center, Supply Chain and Cyber Directorate. It was coordinated with CI and Cyber officials at CIA, FBI, and NSA. The information is provided for intelligence purposes only. No information contained in this assessment, nor any information derived therefrom, may be used in any proceeding (whether criminal or civil), to include any trial, hearing, or other proceeding before any court, department, agency, regulatory body, or other authority of the United States without the advance approval of the agency or department that originated the information contained herein. Any reproduction, dissemination, or communication (including, but not limited to, oral briefings) of this information must be accompanied by a statement of these restrictions. Questions about this assessment or requests for copies can be directed to the Assistant Director for Supply Chain and Cyber Directorate on secure ███ ███ or unsecure ██████.*

AR-1596c

**National Intelligence Council (NIC)**
**Threat Assessment:**

(U) Chinese Intelligence and Security Services (PRCISS) already have demonstrated a willingness to use the supply chain as a platform for malicious cyber operations. In December 2018 the Department of Justice announced that two Chinese hackers associated with the Ministry of State Security had been indicted for illegal computer intrusions into Managed Service Providers (MSP), targeting more than 45 U.S. technology companies and U.S. Government agencies.[4]

(U) Legitimate functionality in the TikTok app presents inherent vulnerabilities. Like most commercial mobile applications, TikTok gathers extensive situational and user data from every device where it is installed, as well as information about videos viewed and accounts used. Collection can include location data, phone usage data, captured image metadata, network connectivity data, biometric data, such as facial images, and much more. Essentially, any device connected to the internet, including a device hosting the TikTok application, is a sensor potentially accessible to PRCISS.

(U        ) Additionally, the Chinese government aims to implement a human-activity monitoring system inside China premised on controlling virtually every facet of life—the so-called "social credit score[5]" —with CI and malign influence implications. While the features are not yet widespread, they raise privacy concerns, particularly for the Chinese domestic audience.[6]



---

[4] (U) *See* U.S. v. Zhu Hua and Zhang Shilong, 18 C.F.R 00891, Department of Justice Indictment, United States District Court, Southern District of New York (Dec. 17, 2018).

[5] ▮▮▮ China: How the West Got China's Social Credit System Wrong | 26 August 2019 | |(U)|(U)|] ▮▮▮ (U)

[6] ▮▮▮ China: How the West Got China's Social Credit System Wrong | 26 August 2019 | |(U)|(U)|] ▮▮▮ (U)

**AR-1596d**