**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

TIKTOK INC., *et al.*,

                    Plaintiffs,

                    v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

                    Defendants.
_____

Civil Action No. 1:20-CV-2658-CJN

## NOTICE OF SUPPLEMENTATION OF ADMINISTRATIVE RECORD

As set forth in the attached Supplemental Declaration of John Costello, Defendants hereby provide notice that they have supplemented the Administrative Record in this case with certain documents reflecting communications between the Department of Commerce and representatives of Plaintiffs, stamped as Pages AR-2231 through AR-2251.  These documents were inadvertently omitted from the Administrative Record as certified on October 5, 2020.  *See* ECF No. 33.  Copies will be separately provided to Plaintiffs today.  Further, because these documents (and other portions of the Administrative Record) may contain Plaintiffs' confidential business information, Defendants will confer with Plaintiffs about how best to submit these documents, along with the other cited portions of the Administrative Record, to the Court consistent with Local Civil Rule 7(n)(1)-(2).

Dated: October 29, 2020             Respectfully submitted,

                                 JEFFREY BOSSERT CLARK
                                 Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/  Daniel Schwei*
DANIEL SCHWEI
Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
AMY E. POWELL
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

*Counsel for Defendants*