IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIKTOK INC., *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:20-CV-2658-CJN |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## **SUPPLEMENTAL DECLARATION OF JOHN COSTELLO**

I, John Costello, declare as follows:

1. I am currently employed as the Deputy Assistant Secretary for Intelligence and Security with the Department of Commerce ("Commerce").

2. I have served in this capacity since June 22, 2020. I am authorized to certify the truth and correctness of official records of Commerce, and of other documents recorded or filed with Commerce. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

3. On October 5, 2020, I certified the list of documents comprising the Administrative Record for Commerce's TikTok Prohibition Federal Register Notice, "Identification of Prohibited Transactions to Implement Executive Order 13942 and Address the Threat Posed by TikTok and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain," dated September 17, 2020.

4. Upon further review, Defendants have concluded that certain documents reflecting communications between the Department of Commerce and representatives of TikTok, Inc. and

ByteDance Ltd. were inadvertently omitted from the certified Administrative Record. Accordingly, the Department of Commerce is hereby supplementing the Administrative Record with documents reflecting those communications, stamped as pages AR-2231 through AR-2251.

    I hereby certify, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of October 2020 in Washington, D.C.

_____
JOHN COSTELLO
Deputy Assistant Secretary for Intelligence and Security
Department of Commerce