IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIKTOK INC., et al.,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    *Defendants*.

Case No. 20-cv-02658 (CJN)

**NOTICE OF FILING OF JOINT APPENDIX**

Pursuant to Local Civil Rule 7(n), the parties have prepared a joint appendix of the portions of the administrative record cited in the parties' briefs. *See* ECF Nos. 43, 44, 47. Plaintiffs have redacted all confidential information from the joint appendix and will file a separate unopposed motion for leave to file the unredacted portions of the joint appendix under seal. *See* ECF No. 49. Plaintiffs hereby submit the attached joint appendix containing the relevant, non-confidential excerpts from the administrative record.

DATED: November 1, 2020

Respectfully submitted,

    /s/ John E. Hall

| | |
|---|---|
| Anders Linderot (Pro hac vice) | John E. Hall (D.C. Bar. No. 415364) |
| COVINGTON & BURLING LLP | Beth S. Brinkmann (D.C. Bar. No. 477771) |
| The New York Times Building | Alexander A. Berengaut (D.C. Bar. No. 989222) |
| 620 Eighth Avenue | Megan A. Crowley (D.C. Bar. No. 1049027) |
| New York, New York 10018-1405 | Megan C. Keenan (D.C. Bar. No. 1672508) |
| Telephone: +1 (212) 841-1000 | COVINGTON & BURLING LLP |
| Facsimile: + 1 (212) 841-1010 | One CityCenter |
| Email: alinderot@cov.com | 850 Tenth Street, NW |
| | Washington, DC 20001 |
| Mitchell A. Kamin (Pro hac vice) | Telephone: +1 (202) 662-6000 |

COVINGTON & BURLING LLP  
1999 Avenue of the Stars, Suite 3500  
Los Angeles, California 90067-4643  
Telephone: + 1 (424) 332-4800  
Facsimile: + 1 (424) 332-4749  
Email:  mkamin@cov.com  

Facsimile: + 1 (202) 778-6000  
Email:  jhall@cov.com  
bbrinkmann@cov.com  
aberengaut@cov.com  
mcrowley@cov.com  
mkeenan@cov.com  

*Attorneys for Plaintiffs*