*TikTok Inc. et al. v. Trump et al.*
No. 1:20-cv-02658-CJN

**PORTIONS OF THE ADMINISTRATIVE RECORD
CITED IN THE PARTIES' BRIEFS**
Submitted Pursuant to LCvR 7(n)
*(Asterisk indicates materials filed in whole or part under seal)*

| AR Page No. | Document Description |
|---|---|
| AR-3-26* | Sept. 17, 2020 Memorandum By John Costello, Deputy Assistant Secretary for Intelligence and Security, Department of Commerce, "Proposed Prohibited Transactions Related to TikTok Pursuant to Executive Order 13942" |
| AR-27-50 | Sept. 17, 2020 Redacted Memorandum By John Costello, Deputy Assistant Secretary for Intelligence and Security, Department of Commerce, "Proposed Prohibited Transactions Related to TikTok Pursuant to Executive Order 13942" |
| AR-51-78 | *Mapping more of China's tech giants: AI and surveillance*, Australian Strategic Policy Institute, Sept. 21, 2020 |
| AR-204-15 | Christopher Wray, Director, FBI, *The Threat Posed by the Chinese Government and the Chinese Communist Party to the Economic and National Security of the United States*, July 7, 2020 |
| AR-216-59 | Worldwide Threat Assessment of the U.S. Intelligence Community, Statement for the Record, Senate Select Committee on Intelligence, January 29, 2019 |
| AR-320-55 | Samantha Hoffman, *Engineering Global Consent: The Chinese Communist Party's data-driven power expansion*, Oct. 2019 |
| AR-469-72 | Jake Laband, *Fact Sheet: Communist Party Groups in Foreign Companies in China*, China Business Review, May 31, 2018 |
| AR-473-77 | Federica Russo, *Politics in the Boardroom: The Role of Chinese Communist Party Committees*, The Diplomat, Dec. 24, 2019 |
| AR-533-45 | Jamie Allen et al., *Awakening Governance: The evolution of corporate governance in China*, Asian Corporate Governance Assn., 2018 |
| AR-801-05 | Philip Spence, *ByteDance Can't Outrun Beijing's Shadow*, Foreign Policy, Jan. 16, 2019 |
| AR 806-12 | Georgia Wells et al., *TikTok Looking at Ways to Shake Off Its Ties to China*, The Wall Street Journal, Nov. 18, 2019 |
| AR-813-24 | Sherisse Pham, *Why China's tech giants are cozying up to the Communist Party*, CNN Business, Nov. 5, 2018 |
| AR-849-55 | David Bandurski, *Tech Shame in the "New Era,"* China Media Project, April 11, 2018 |
| AR-879-90 | Nick Frisch, *We Should Worry About How China Uses Apps Like TikTok*, New York Times, May 2, 2019 |
| AR-915-34 | Richie Koch, *TikTok and the privacy perils of China's first international social media platform*, ProtonMail.com, July 23, 2020 |

| AR Page No. | Document Description |
|---|---|
| AR-955-84 | TikTok Privacy Policy, updated Jan. 1, 2020 |
| AR-990-1007 | Elliot Alderson, *TikTok: Logs, Logs, Logs*, Aug. 3, 2020 |
| AR-1008-17 | Elliot Alderson, *TikTok: What is an app log?*, Aug. 19, 2020 |
| AR-1018-40 | Derek Banks, *Let's Talk About TikTok*, Black Hills Information Security, July 23, 2020 |
| AR-1083-94 | Dan Goodin, *TikTok and 32 other iOS apps still snoop your sensitive clipboard data*, ARSTechnica.com, June 27, 2020 |
| AR-1095-1171 | Fergus Ryan et al., *TikTok and WeChat: Curating and controlling global information flows*, Australian Strategic Policy Institute, Sept. 2020 |
| AR-1499-1500 | *National Intelligence Law of the P.R.C.*, China Law Translate, June 27, 2017 |
| AR-1596 | Cover Page of Appendix A: Office of the Director of National Intelligence Classified Threat and Counterintelligence Assessments |
| AR-1597-1601 | Department of Homeland Security, Cybersecurity and Infrastructure Agency, National Risk Management Center Assessment |
| AR-1775-99 | Appendix E: Description of PRC National Security Laws |
| AR-1800-28* | ByteDance's Response to Department of Commerce Subpoena |
| AR-1830-36 | Administrative Subpoena Request to ByteDance |
| AR-2321-51* | Supplemental Administrative Record |