**PAGES AR-3 THROUGH AR-26**

# Commerce Decision Memo (unredacted)

## INTENTIONALLY WITHHELD FROM PUBLIC ADMINISTRATIVE RECORD

FOR OFFICIAL USE ONLY



**UNITED STATES DEPARTMENT OF COMMERCE**
**Office of Intelligence and Security**
**Deputy Assistant Secretary for Intelligence and**
**Security**
Washington, D.C. 20230

September 17, 2020

MEMORANDUM FOR THE SECRETARY

THROUGH:          Rob Blair
                  Director
                  Office of Policy and Strategic Planning


FROM:             John K. Costello
                  Deputy Assistant Secretary for Intelligence and Security
                  Office of Intelligence and Security

SUBJECT:          Proposed Prohibited Transactions Related to TikTok Pursuant to Executive Order
                  13942


## I.   INTRODUCTION

On August 6, 2020, President Trump signed Executive Order ("EO") 13942, "Addressing the Threat Posed by TikTok, and Taking Additional Steps to Address the National Emergency With Respect to the Information and Communications Technology and Services Supply Chain" declaring that TikTok, a short video sharing application owned by the Chinese company ByteDance Ltd. ("ByteDance" or the "Company"), poses a threat to the national security, foreign policy, and economy of the United States. EO 13942 serves as an update to EO 13873, "Securing the Information and Communications Technology and Services Supply Chain."  EO 13942 directs you to identify and prohibit transactions within 45 days.  This memorandum serves to recommend a set of business-to-business transactions related to TikTok's operation in the United States that should be prohibited to address the national security threat posed by TikTok and to satisfy your obligation under the EO.  The Department has carefully considered EO 13942 and other available information regarding TikTok's structure and operations.  This includes consideration of publicly available reporting, classified or otherwise protected information, and information from parent company ByteDance.

The President concluded that TikTok, a messaging and social media application owned by ByteDance, a Chinese company, poses a threat to the national security, foreign policy, and economy of the United States.  This memorandum contains an additional, unclassified threat analysis sufficient to demonstrate the national security risk that ByteDance and TikTok present to the United States. Assessments by the U.S. Intelligence Community ("USIC") and the Department of Homeland Security have reached concurrent and similar conclusions.  Their assessments are included in Appendix A and B, respectively, and they contain classified, privileged, or otherwise protected information.
.

2

**AR-27**

FOR OFFICIAL USE ONLY

## II. BACKGROUND

### A. Background on ByteDance

ByteDance, headquartered in Beijing, was founded in 2012 by former Microsoft engineer and entrepreneur Zhang Yiming.[1]  Specializing in artificial intelligence (AI) and machine-learning enabled content platforms, the Company's operations surpassed more than one billion users across its apps in June 2019, with many of those users residing outside of China.[2,3]

The Company's domestic products include Toutiao, a personalized news aggregator, and Douyin, a short video service, both of which are hugely popular inside China.  ByteDance's international products include TikTok, the global version of Douyin, Helo, a social media platform focused on the Indian market, and BaBe (Baca Berita), Indonesia's leading news and content app.[4]

ByteDance successes have been attributed to its algorithm, which tailors content for users.[5,6]  The Company has kept its algorithm mostly shrouded; however, Yiming has explained that it is powered through AI and machine learning.[7,8]  This recommendation system has long been considered the Company's core asset and driving force behind the growing user base and advertiser revenue.[9]

The Company has made strategic investments in the AI and technology, media, and telecom ("TMT") sectors.[10,11,12,13]  In relation to its Toutiao application, the Company's investments have been interpreted as wide sweeping ambitions of a company possessing the world's leading destination for online content.[14]

As of November 2019, ByteDance had over 60,000 employees and 15 research and development centers around the globe, potentially including ByteDance's Mountain View Location in California.[15,16] In April 2018, ByteDance announced that it would collaborate with the Berkeley Artificial Intelligence Research Lab at the University of California, Berkeley.  The two parties stated that they were exploring

[1] https://www.aspi.org.au/report/mapping-more-chinas-tech-giants
[2] https://www.aspi.org.au/report/mapping-more-chinas-tech-giants
[3] https://www.cnn.com/2019/06/20/tech/tiktok-bytedance-users/index html
[4] https://chinatechmap.aspi.org.au/#/company/bytedance
[5] https://www.forbes.com/sites/bernardmarr/2018/12/05/ai-in-china-how-buzzfeed-rival-bytedance-uses-machine-learning-to-revolutionize-the-news/#37f1752840db
[6] https://www.ft.com/content/d7d1eff2-c307-11e8-95b1-d36dfef1b89a
[7] https://technode.com/2019/09/29/bytedance-testing-recommendation-algorithm-enterprise-service/
[8] https://digital.hbs.edu/platform-rctom/submission/bytedance-ai-application-secrete-sauce-behind-the-worlds-most-valuable-private-startup/
[9] https://technode.com/2018/01/12/toutiao-algorithm/
[10] https://www.fastcompany.com/company/bytedance
[11] https://cn.linkedin.com/in/fenghai
[12] https://www.spglobal.com/marketintelligence/en/news-insights/trending/-UcopxsTH0viBoRZyrj2KQ2
[13] https://pandaily.com/bytedance-invests-182-million-in-sports-community-platform/
[14] https://alltechasia.com/toutiaos-3-acquisitions-show-global-ambitions/
[15] https://www.reuters.com/article/us-bytedance-tiktok-exclusive/exclusive-tiktok-owner-bytedance-moves-to-shift-power-out-of-china-sources-idUSKBN2341VJ
[16] https://www.bytedance.com/en/

**AR-28**

joint research projects and academic exchanges.[17]  ByteDance has grown its portfolio of applications across 150 markets and 75 languages.[18]  "In late 2018, a US$3 billion round of investment led by Japanese tech conglomerate Softbank Group valued the company at US$78 billion.  Other major investors include the Chinese affiliate of U.S. venture capital firm Sequoia Capital, U.S. private equity investor KKR, Chinese investment firm Hillhouse Capital and corporate venture unit SIG Asia." [19]  In May 2020, ByteDance was valued at around $100 billion.[20]

### B. Background on the TikTok mobile application

TikTok, a short-form video app, is ByteDance's most successful international product. [21,22] TikTok users watch, create, and share 15-second videos shot on cellphones.  The application generates revenue through in-app purchases and advertisements.[23]  The app has a global audience that has grown to more than 700 million users in just a few years.[24,25]  ByteDance achieved that meteoric growth, in part, by investing US$1 billion into ads on the social platforms of its Western rivals Facebook, Facebook-owned Instagram, and Snapchat. [26]

The TikTok app was launched in the United States in May 2017.  In November 2017, ByteDance acquired Musical.ly, an American lip-syncing application, for $850 million and merged it with its TikTok app.[27]  The company then formally merged and integrated Musical.ly and TikTok, rebranding Musical.ly as TikTok and discontinuing Musical.ly as a standalone app in 2018.[28]  In the first quarter of 2018, TikTok was the most downloaded iPhone app worldwide, topping Facebook, YouTube and Instagram.  According to mobile intelligence firm Sensor Tower in November 2019, TikTok passed 1.5 billion downloads worldwide on the App Store and Google Play.[29]  TikTok's popularity is predominately amongst a younger audience.  According to October 2019 reporting surrounding a leaked company document used to solicit advertisers, "the majority of TikTok users (69%) are from Generation Z (ages 16 to 24), while 25% are age 25 and older.  Most users are also female (60%).  In the U.S., TikTok has more than 30 million monthly active users who spend, on average, 46 minutes on the app per user per day.  Globally, the number of monthly active users is 800 million."[30]

### III. THE NATIONAL SECURITY, FOREIGN POLICY, AND ECONOMIC RISK TIKTOK POSES TO THE UNITED STATES

---

[17] https://www.prnewswire.com/news-releases/bytedance-partners-with-berkeley-artificial-intelligence-research-lab-to-foster-future-ai-innovators-and-entrepreneurs-300623346 html

[18] https://www.linkedin.com/company/bytedance

[19] https://www.aspi.org.au/report/mapping-more-chinas-tech-giants

[20] https://fortune.com/2020/08/05/microsoft-tiktok-sale-valuation-price-cost-worth-bytedance-deal/

[21] https://www.aspi.org.au/report/mapping-more-chinas-tech-giants

[22] https://digiday.com/media/everything-you-need-to-know-about-bytedance-the-company-behind-tiktok/

[23] https://www.investopedia.com/what-is-tiktok-4588933

[24] https://www.aspi.org.au/report/mapping-more-chinas-tech-giants

[25] https://digiday.com/media/everything-you-need-to-know-about-bytedance-the-company-behind-tiktok/

[26] https://www.aspistrategist.org.au/the-clocks-ticking-for-regulators-on-tiktok/

[27] https://www.ft.com/content/d7d1eff2-c307-11e8-95b1-d36dfef1b89a

[28] https://www.vox.com/culture/2018/12/10/18129126/tiktok-app-musically-meme-cringe

[29] https://www.cnet.com/news/tiktok-hits-1-5-billion-downloads-report-says/

[30] https://digiday.com/media/everything-you-need-to-know-about-bytedance-the-company-behind-tiktok/

**AR-29**

FOR OFFICIAL USE ONLY

For the reasons that follow, we believe that TikTok presents the following risk to the national security, foreign policy, and economy of the United States consistent with the President's determination in EO 13942.

### A. Threat

***1. The People's Republic of China ("PRC") presents a national security, foreign policy, and economic threat to the United States given its long-term effort to conduct espionage against the U.S. Government, corporations, and persons.***

The threats flowing to the United States from PRC espionage activities are well-recognized.  For example, according to the U.S. Intelligence Community's 2019 Worldwide Threat Assessment, the PRC presents a persistent cyber espionage threat and a growing threat to our core military and critical infrastructure systems.  Additionally, according to Federal Bureau of Investigation ("FBI") Director Christopher Wray, PRC intelligence and economic espionage presents the greatest long-term threat to U.S. national security and economic security.[31]  The PRC remains the most active strategic competitor responsible for cyber espionage against the U.S. Government ("USG") and U.S. corporations, allies, and persons.  The USIC has assessed that Beijing will continue to authorize cyber espionage against key U.S. technology sectors when doing so addresses a significant national security or economic goal not achievable through other means.  Additionally, the USIC remains concerned about the potential for PRC intelligence and security services ("PRCISS") to use Chinese information technology firms as routine and systemic espionage platforms against the United States and its allies.[32]  The PRC's continued use of traditional espionage,[33,34,35] intellectual property theft of U.S. corporations, and theft of personally identifiable information ("PII") illustrate the PRC's intention to use bulk data collection for economic and national security activities that are hostile to the economic and national security interests of the United States.[36]

The FBI notes that it is the PRC's and the Chinese Communist Party's ("CCP") goal to introduce, understand, assimilate, and re-innovate foreign technology and knowledge to gain a technological edge.  The PRC has demonstrated that it will achieve this goal by any means necessary, most notably through theft of foreign intellectual property.[37]  The PRC Government has engaged in data collection on a massive scale across multiple domains as a means of generating information to enhance state security—and the political security of the CCP.[38]  A report from Australian Think Tank Australian Strategic Policy Institute ("ASPI") describes the PRC Government's intent to use bulk data collection to support its efforts to shape, manage and control its global operating environment, and to generate cooperative and

---

[31] https://www.fbi.gov/news/speeches/the-threat-posed-by-the-chinese-government-and-the-chinese-communist-party-to-the-economic-and-national-security-of-the-united-states

[32] https://www.dni.gov/files/ODNI/documents/2019-ATA-SFR---SSCI.pdf, page 5

[33] https://www.justice.gov/opa/pr/former-cia-officer-arrested-and-charged-espionage

[34] https://www.justice.gov/opa/pr/northern-california-resident-charged-acting-illegal-agent

[35] https://www.justice.gov/opa/pr/former-intelligence-officer-convicted-attempted-espionage-sentenced-10-years-federal-prison

[36] See Appendix C for a list of Department of Justice cases that involve Chinese espionage.

[37] https://www.fbi.gov/file-repository/china-exec-summary-risk-to-corporate-america-2019.pdf/view

[38] https://www.aspi.org.au/report/engineering-global-consent-chinese-communist-partys-data-driven-power-expansion

**AR-30**

FOR OFFICIAL USE ONLY

coercive tools of domestic control.[39]  The data collected and used by the PRC to these ends comes in many forms, including text, images, video, and audio.  Large data sets can reveal patterns and trends in human behavior, providing a "pattern of life" that can be used to facilitate intelligence and surveillance targeting, particularly when aggregated with other data sets.  Bulk data, like images and voice data, can also be used to train algorithms for facial and voice recognition. [40]

According to U.S. officials and analysts, the PRC is building massive databases of Americans' personal information.  Evidence suggests that the PRC's pattern of targeting large-scale databases is a tactic used by the Chinese government to further its intelligence-gathering and to understand more about who to target for espionage, whether electronically or via human recruitment."[41]  Once harvested, the data can be used to glean details about key government personnel and potential spy recruits, or to gain information useful for intelligence targeting and surveillance.[42,43]

Since 2012, more than 80% of the economic espionage cases brought by the Department of Justice's ("DOJ") National Security Division have implicated China and the frequency of cases continues to rise.[44,45]  As reflected by recent DOJ indictments, the PRC continues demonstrated an intent and capability to collect vast quantities of sensitive data including corporate trade secrets related to U.S. military technology,[46] research related to COVID-19 vaccines, [47] and PII.[48,49,50]  For example, in May of 2019, DOJ charged two Chinese nationals with conspiracy and intentional damage to a protected computer related to the hacking of Anthem, Inc. and stealing the sensitive personal data of approximately 78.8 million Americans in 2015.[51]  January of 2020, DOJ charged four members of the People's Liberation Army, the armed forces of the PRC, with conspiracy, fraud and espionage related to the hacking into protected computers of Equifax Inc. and stealing the sensitive personal information of 145 million Americans in 2017.[52]  In August of 2017, DOJ charged a Chinese national with conspiracy related to the Office of Personnel Management data breach, announced in 2015, where sensitive personal data of millions of current and former USG employees was stolen.[53]  These are just a few of the numerous examples of the PRC's efforts to collect U.S. PII and sensitive personal data.

---

[39] https://s3-ap-southeast-2.amazonaws.com/ad-aspi/2019-10/Engineering%20global%20consent%20V2.pdf?eIvKpmwu2iVwZx4o1n8B5MAnncB75qbT

[40] http://webcache.googleusercontent.com/search?q=cache:HRPDTs985OIJ:https://www.technologyreview.com/2020/08/19/1006455/gtcom-samantha-hoffman-tiktok/&hl=en&gl=us&strip=1&vwsrc=0

[41] Rich Barger, Chief Intelligence Officer of ThreatConnect, a Northern Virginia Cybersecurity Firm.

[42] https://www.washingtonpost.com/world/national-security/in-a-series-of-hacks-china-appears-to-building-a-database-on-americans/2015/06/05/d2af51fa-0ba3-11e5-95fd-d580f1c5d44e_story html

[43] See Appendix D for notable examples of Chinese government or government-affiliated groups targeting U.S. personally identifiable information.

[44] https://www.cnbc.com/2019/09/23/chinese-theft-of-trade-secrets-is-on-the-rise-us-doj-warns.html

[45] https://www.justice.gov/opa/information-about-department-justice-s-china-initiative-and-compilation-china-related

[46] https://www.justice.gov/opa/pr/two-chinese-hackers-working-ministry-state-security-charged-global-computer-intrusion

[47] https://www.justice.gov/opa/pr/two-chinese-hackers-working-ministry-state-security-charged-global-computer-intrusion

[48] https://www.justice.gov/opa/pr/member-sophisticated-china-based-hacking-group-indicted-series-computer-intrusions-including

[49] https://www.justice.gov/opa/pr/chinese-military-personnel-charged-computer-fraud-economic-espionage-and-wire-fraud-hacking

[50] https://www.cnn.com/2017/08/24/politics/fbi-arrests-chinese-national-in-opm-data-breach/index.html

[51] https://www.politico.com/story/2019/05/09/chinese-hackers-anthem-data-breach-1421341

[52] https://www.nytimes.com/2020/02/10/us/politics/equifax-hack-china html

[53]https://federalnewsnetwork.com/workforce/2017/08/fbi-arrest-may-be-first-linked-to-opm-hack/

**AR-31**

FOR OFFICIAL USE ONLY

2. ***The CCP exerts influence over private Chinese companies such as ByteDance and its employees through direct ties to personnel and corporate 'Party Committees.'***

Corporate CCP Committees (*e.g.* Party Committees) are a mechanism through which Beijing expands its authority and supervision over nominally private or non-governmental organizations, creating different nuances of corporate governance with Chinese characteristics.[54] As of 2017, Party Committees existed in around 70 percent of 1.86 million private owned companies in China.[55,56,57] Party Committee is formed by a group of senior CCP members who are given a leadership position inside public and private companies operating in China.  The 2012 Constitution of the Communist Party of China provides the legal framework for this activity.  Within private enterprises, the Party Committee implements CCP's policies and operates through the Trade Union and the Communist Youth League Organization.

According to press reporting, Party Committees have explicit roles even within foreign companies operating in the PRC, which has raised debates especially among the community of investors involved in joint ventures (JVs) with state-owned enterprises.  Even if Chinese PRC Law regulates the establishment of Party Committees in foreign invested enterprises (both JVs and fully owned) without requiring governance roles for their members, recent trends in officials' attitudes — which are oriented toward the demand for more power — indicate accelerating interference by the CCP in corporate activities in the PRC.  That suggests that these positions are not merely symbolic, but rather an eventual source of political pressure around the boardroom.[58]

ByteDance has significant and close ties to the CCP which could potentially be leveraged to further their agenda and exact pressure on ByteDance.  In October of 2018, the All-China Federation of Industry and Commerce and the United Front Work Department of the Central Committee of the Communist Party of China published listed Mr. Zhang, as one of their "top 100 outstanding private entrepreneurs at the 40th anniversary of reform and opening up".  According to press reporting in August 2020, the CCP has more than 130 committee members embedded at ByteDance's Beijing office in managerial positions.[59]  This was a partial listing obtained by the press, and it remains unclear exactly how many of ByteDance's 60,000 employees across 230 global offices are Party or Committee members.  It is also reported that TikTok has close CCP ties through its parent company, ByteDance, which employs over 130 CCP members as a part of an embedded CCP committee and many of whom

---

[54] https://www.chinabusinessreview.com/fact-sheet-communist-party-groups-in-foreign-companies-in-china/

[55] https://thediplomat.com/2019/12/politics-in-the-boardroom-the-role-of-chinese-communist-party-committees/

[56]
https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwir3cKxo9DrAhUponIEHenaAIAQFjAAegQIAxAB&url=https%3A%2F%2Fwww.acga-asia.org%2Ffiles.php%3Faid%3D158%26id%3D1212&usg=AOvVaw0H3c8Zr4es4RXAJN2dMdA_, pg 42

[57] https://www.scmp.com/economy/china-economy/article/2174811/chinese-communist-party-needs-curtail-its-presence-private

[58] https://thediplomat.com/2019/12/politics-in-the-boardroom-the-role-of-chinese-communist-party-committees/

[59] https://www.theepochtimes.com/tiktoks-parent-company-employs-ccp-members-in-its-highest-ranks_3451561 html?ref=brief_News&utm_source=morningbrief&utm_medium=email&utm_campaign=mb&__sta=vhg.uosvpxsbnsmql.sjsqobf%7CJJT&__stm_medium=email&__stm_source=smartech

AR-32

FOR OFFICIAL USE ONLY

hold management positions.[6061]  There are bounty of examples of CCP activities within ByteDance that combined illustrate the part is deeply ingrained in the company.  A few illustrative examples:

- According to September 2020 Chinese reporting, ByteDance established a party branch in in October 2014.[62]  In April 2017, the Company then established a party committee consisting of party branches in the public affairs, technical support, and compliance operation department groups.[63,64,65]  According to Chinese press reporting, Bytedance has more party members and party organizations and is more "red," insiders pointed out, as compared with other Internet companies.[66]

- In June 2018, the Bytedance Party Committee and the Party School of the Central Committee of the Communist Party of China jointly organized a theme party day event.  Bytedance party member employees "faced the party flag, raised their right hand, clenched their fists, and reiterated their guarantee as a party member and vowed to never betray the party."[67,68,69]

- In March 2020, the Minister of Propaganda Department of the Fujian Provincial Party Committee visited the Bytedance factory in Fujian.  During the visit, the minister told ByteDance that he hoped that the company would use its advantages in new media and new technologies to further spread and interpret "Xi Jinping Thought."[70,71,72,73]

In 2018, ByteDance drew the attention of PRC authorities which publicly shamed and reprimanded the company for its platforms' deviation from Party and State agendas.  This resulted in a public atonement by the founder and CEO, Zhang Yiming, and an organizational restructuring.  CCP infrastructure has been successfully built throughout ByteDance and its subsidiaries, where it can now leverage the access and power of the company's assets to further Party and State goals and objectives.[74,75,76,77,78]

According to Chinese press reporting in July 2020, a CCP event was held inside the corporate headquarters of ByteDance in Beijing's Haidian District, showing employees and CCP members holding

---

[60] https://www.thetimes.co.uk/article/video-app-linked-to-china-s-ruling-party-8c7j3ljlj

[61] https://www.theepochtimes.com/tiktoks-parent-company-employs-ccp-members-in-its-highest-ranks_3451561.html

[62] https://c.epochtimes.today/37385

[63] https://c.epochtimes.today/37385

[64] http://politics.people.com.cn/n1/2018/0615/c1001-30062480.html

[65] http://www.ce.cn/xwzx/gnsz/gdxw/201806/15/t20180615_29446989.shtml

[66] https://chinadigitaltimes net/chinese/2020/08/cdt导览党组织-中国互联网公司的标配

[67] https://c.epochtimes.today/37385

[68] http://politics.people.com.cn/n1/2018/0615/c1001-30062480.html

[69] http://www.ce.cn/xwzx/gnsz/gdxw/201806/15/t20180615_29446989.shtml

[70] https://c.epochtimes.today/37385

[71] http://politics.people.com.cn/n1/2018/0615/c1001-30062480.html

[72] http://www.ce.cn/xwzx/gnsz/gdxw/201806/15/t20180615_29446989.shtml

[73] https://archive.fo/fBKTa#selection-305.3-387.54

[74] https://chinamediaproject.org/2018/04/06/china-to-purge-online-video-services/

[75] http://www.sapprft.gov.cn/sapprft/contents/6582/363639.shtml

[76] https://foreignpolicy.com/2019/01/16/ByteDance-cant-outrun-beijings-shadow/

[77] https://www.wsj.com/articles/tiktok-looking-at-ways-to-shake-off-its-ties-to-china-11574073001

[78] https://edition.cnn.com/2018/11/02/tech/china-tech-communist-party/index html

AR-33

FOR OFFICIAL USE ONLY

a communist banner – making the close ties between the corporation and the CCP clear.[79]  The event was held by the CCP branch of the Information and Communication Department and the Haidian District Overseas Chinese Federation and was titled, "Never forget the original intention, remember the mission, and promote the new era of Overseas Chinese Federation information communication work."[80]

There are a host of examples demonstrating the CCP's efforts to pressure on ByteDance.  In April 2018, ByteDance received significant scrutiny and criticism by Chinese state-run media for alleged content violations on its Neihan Duanzi application.  Neihan Duanzi was a popular parody and meme application hosted on Toutiao, or Jinri Toutiao, its news and information platform.  This led to the PRC's top media regulator, the State Administration of Press, Publication, Radio, Film, and Television (SAPPRFT), to issue "rectification measures" against the company.[81] SAPPRFT deemed ByteDance to be in violation of public opinion, having violated "social morality," and demanded the permanent shut down of the Neihan Duanzi application, which circulated jokes, humorous videos, and memes, for having spread "vulgar" content.[82]  SAPPRFT also compelled the company to draw inferences from this action for its other products.[83]

ByteDance founder and CEO Zhang Yiming issued a public apology letter in April 2018, in which he signaled his intent to correct his products to comply with State and Party directives, including the promotion of Party-controlled media.[84]  He wrote that, "our product took the wrong path, and content appeared that was incommensurate with socialist core values."  Yiming promised to "further deepen cooperation with authoritative [official party] media, elevating distribution of authoritative media content, ensuring that authoritative [official party] media voices are broadcast to strength."[85]  Like all Chinese technology companies, ByteDance is reliant on government issued licenses to operate.[86]  This letter provides deep insight into Yiming's personal intent to align with the PRC and CCP, the reciprocating effect for his company and products, as well as the inevitable rite of passage Chinese companies must make in order to exist within China's socialist market economy.[87]  ByteDance complied by shutting Neihan Duanzi and announced the hiring of 2,000 moderators tasked with reviewing content with a preference on hiring candidates with a, "strong political sensitivity."[88]

3. *PRC Law requires that companies subject to PRC Jurisdiction, such as ByteDance, assist with PRCISS intelligence and surveillance efforts.*

Over the last several years, the PRC government has actively worked to increase its influence over all Chinese companies, and citizens, through new laws and regulations.[89]  Of these laws, the 2017

---

[79]https://c m.163.com/news/a/EL1772BO05322C4C.html?fbclid=IwAR0tOOxaB0BYBVFOwxfQQ5Q6Vv8O5MvRFTdGLiIItnagv8KyQTZuz8cPmgA

[80] https://www.taiwannews.com.tw/en/news/3982027

[81] https://chinamediaproject.org/2018/04/06/china-to-purge-online-video-services/

[82] http://www.sapprft.gov.cn/sapprft/contents/6582/363639.shtml

[83] http://www.sapprft.gov.cn/sapprft/contents/6582/365922.shtml

[84] https://chinamediaproject.org/2018/04/11/tech-shame-in-the-new-era/

[85] https://foreignpolicy.com/2019/01/16/ByteDance-cant-outrun-beijings-shadow/

[86] https://www.wsj.com/articles/tiktok-looking-at-ways-to-shake-off-its-ties-to-china-11574073001

[87] https://chinamediaproject.org/2018/04/11/tech-shame-in-the-new-era/

[88] https://edition.cnn.com/2018/11/02/tech/china-tech-communist-party/index html

[89] See Appendix E for a description of 2015's National Security Law and 2017's Cybersecurity Law, which similarly compel companies and citizens to comply with government directives in furtherance of national security and intelligence objectives. It also contains a broader description of 2017's National Intelligence Law.

AR-34

FOR OFFICIAL USE ONLY

National Intelligence Law is the most explicit in its requirements for PRC companies and citizens in complying with and assisting in intelligence and national security objectives. The Intelligence Law obliges individuals, organizations, and institutions to assist Public Security and State Security officials in carrying out a wide array of intelligence work. Specifically, Article 7 of the 2017 National Intelligence Law provides that "[a]n organization or citizen shall support, assist in and cooperate in national intelligence work in accordance with the law and keep confidential the national intelligence work that it or he knows." Article 14 permits Chinese intelligence institutions to request citizens and organizations to provide necessary support, assistance, and cooperation. Furthermore, Article 17 allows Chinese intelligence agencies to take control of an organization's facilities, which includes communications equipment.

Though less explicit in their requirements, China has maintains other laws under which ByteDance also would be required to assist PRC state security and intelligence services. The PRC's National Cybersecurity Law, passed in 2017, requires network operators to store select data within China and allows Chinese authorities to conduct spot-checks on a company's network operations. Article 28 of China's Cybersecurity Law states, "Network operators shall provide technical support and assistance to public security organs and national security organs that are safeguarding national security and investigating criminal activities in accordance with the law." [90] The PRC's National Security Law, passed in 2015, states, "All citizens of the People's Republic of China....shall have the responsibility and obligation to maintain national security." [91] According to press reporting, "[the law] includes elements that define criticism of the government as a form of subversion. It is very vague in defining what kind of specific actions would constitute a citizen endangering state security." [92]

As the recently passed Hong Kong Security Law demonstrates, the PRC now seeks to apply its security laws beyond the borders of mainland China. Article 38 of the Hong Kong Security Law specifically states the law is applicable to every individual including those outside of or not from Hong Kong. Arguably, this would apply the Hong Kong Security Law to every person or company on earth regardless of whether or not they're in mainland China. Finally, Chinese companies that oppose requests from PRC intelligence or security services do not have adequate legal recourse to challenge such requests, given the PRC judiciary's lack of independence from the CCP. Though PRC law purportedly requires that courts exercise judicial power independently without outside interference, judges regularly received political guidance on pending cases, including instructions on how to rule, from both the government and the CCP, particularly in politically sensitive cases. [93]

### 4. ByteDance has complied with and assisted the PRC with its domestic surveillance, censorship, and propaganda efforts.

ByteDance's submission and compliance with Chinese law has rendered it a reliable, useful, and far reaching ear and mouthpiece for the Party and State. Since Zhang Yiming's public apology in April 2018, ByteDance's commitment to CCP directives has come to fruition in signed strategic agreements,

---

[93] See Dr. Christopher Ashely Ford, Assistant Sec'y of State for the U.S. Dep't of State Bureau of Int'l Security and Nonproliferation, Remarks at the Multilateral Action on Sensitive Techs. Conference (Sept. 11, 2019), https://www.state.gov/huawei-and-its-siblings-the-chinese-tech-giants-national-security-and-foreign-policy-implications/.

FOR OFFICIAL USE ONLY

systemic censorship of content across its platforms, and the harvesting of user data.  These events paved the way for the CCP to maintain regular access to and leverage ByteDance platforms.  Through Douyin, ByteDance has actively assisted and complied with CCP domestic directives in surveillance, censorship, and propaganda efforts

As highlighted by news reporting after these events, there was a noticeable uptick in Chinese authorities' adoption of Douyin in their attempts to connect with a younger generation and ensure the communication of "core socialist values."[94]  According to 2018 press reporting, there were more than 500 government agencies, Communist Party organizations, and official media Douyin accounts.  According to the app, these government videos had been seen over 1.6 billion times as of June 2018.[95]

According to press reporting in May 2018, Douyin purged Peppa Pig, an animated children's series, from its platform after state-run media branded the imagery as a subversive symbol for the online counterculture after it became popular to use in memes and jokes.[96]  State-run media wrote about those participating in the fad of making Peppa-related jokes, who "run counter to the mainstream value and are usually poorly education with no stable job.  They are unruly slackers roaming around and the antithesis of the young generation the [Communist] party tries to cultivate."[97]

According to news reporting in 2019, most of ByteDance's activities in Xinjiang involve cooperation with Xinjiang authorities in Hotan, a part of Xinjiang that has been the target of some of the most severe repression.  The city has seen an aggressive campaign of cemetery, mosque, and traditional housing demolition since November 2018, which continues today.  In November 2019, the Beijing Radio and Television Bureau announced its "Xinjiang Aid" measures in Hotan to "propagate and showcase Hotan's new image"—after more than two years of mass detention and close surveillance of ethnic minorities there.  These measures included guiding and helping local Xinjiang authorities and media outlets to use ByteDance's Toutiao and Douyin to broadcast a positive messaging campaign online.[98]  A Tianjin Daily article reported in April 2020 that after listening to talks by representatives from ByteDance's Jinri Toutiao division, Hotan Propaganda Bureau official Zhou Nengwen said he was excited to use the Douyin platform to promote Hotan's products and image.[99]

On April 25, 2019, ByteDance signed a strategic cooperation agreement with the Ministry of Public Security's Press and Publicity Bureau in Beijing "aiming to give full play to the professional technology and platform advantages of Toutiao and Tiktok in big data analysis," strengthen the creation and production of "public security new media works," boost "network influence and online discourse power," and enhance "public security propaganda, guidance, influence, and credibility," among other aspects.[100]

---

[94] https://www.scmp.com/tech/china-tech/article/2150837/government-agencies-jump-short-video-bandwagon-ensure-chinese-youth

[95] https://www.scmp.com/tech/china-tech/article/2150837/government-agencies-jump-short-video-bandwagon-ensure-chinese-youth

[96] https://www.nytimes.com/interactive/2019/05/02/opinion/will-china-export-its-illiberal-innovation.html

[97] https://www.theguardian.com/world/2018/may/01/peppa-pig-banned-from-chinese-video-site

[98] https://web.archive.org/web/20191128000905/http://www nrta.gov.cn/art/2019/11/4/art_114_48597.html

[99] https://chinatechmap.aspi.org.au/#/company/ByteDance

[100] https://www.taiwannews.com.tw/en/news/3982027

AR-36

FOR OFFICIAL USE ONLY

### 5. *ByteDance has censored or restricted TikTok content globally that is critical of or relevant to issues the CCP deems controversial.*

A series of leaked company documents and interviews by former employees has revealed TikTok to be exercising a CCP-aligned censorship campaign while harvesting a range of user data overseas. As expressed in 2020 press reporting, "TikTok's zealous data collection, use of Chinese infrastructure, and its parent company's close ties to the Chinese Communist Party make it a perfect tool for massive surveillance and data collection by the Chinese government."[101]   The Washington Post reports TikTok claims that the U.S. application doesn't censor political content, or "take instructions from its parent company," and that no content moderators for U.S. TikTok are based in China.  However, the same story notes that former employees disagree, stating that "moderators based in Beijing had the final call on whether flagged videos were approved."[102]

In September 2019, the Guardian published leaked documents detailing TikTok's guidelines for moderation, revealing systemic censorship and alleging the app is advancing China's foreign policy goals abroad.[103]   The report identified that the guidelines divide banned material into two categories: violations and visible to self. Content marked as a "violation" results in a deletion from the site and can lead to the user being banned from the platform.  Lesser infringements are marked as "visible to self," which leaves the content up on the site, but excludes its distribution through TikTok's algorithm.[104]

The report outlines how bans are designed to appear general purpose instead of specific exceptions. Banning criticism of China's socialist system falls under the company's general ban of "criticism/attack towards policies, social rules of any country, such as constitutional monarchy, monarchy, parliamentary system, separation of powers, socialism system, etc."[105]   Another ban covers, "demonization or distortion of local or other countries' history such as May 1998 riots of Indonesia, Cambodian genocide, Tiananmen Square incidents."[106]

In response to the Guardian's 2019 reporting, TikTok stated that this guidance was no longer valid and responded: "In TikTok's early days we took a blunt approach to minimizing conflict on the platform, and our moderation guidelines allowed penalties to be given for things like content that promoted conflict, such as between religious sects or ethnic groups, spanning a number of regions around the world.  As TikTok began to take off globally last year, we recognized that this was not the correct approach, and began working to empower local teams that have a nuanced understanding of each market. As we've grown, we've implemented this localized approach across everything from product, to team, to policy development." [107]

According to 2019 press reporting, during the Hong Kong protests, a search for "#hongkong" on Twitter revealed a vast visual patchwork of the city's unavoidable protests, including pro-China

---

[101] https://protonmail.com/blog/tiktok-privacy/?utm_campaign=ww-en-2a-generic-coms_soc-social_organic&utm_content=&utm_medium=soc&utm_source=twitter&utm_term=1595520917
[102] https://www.washingtonpost.com/technology/2019/11/05/inside-tiktok-culture-clash-where-us-views-about-censorship-often-were-overridden-by-chinese-bosses/
[103] https://www.theguardian.com/technology/2019/sep/25/revealed-how-tiktok-censors-videos-that-do-not-please-beijing
[104] https://www.theguardian.com/technology/2019/sep/25/revealed-how-tiktok-censors-videos-that-do-not-please-beijing
[105] https://www.theguardian.com/technology/2019/sep/25/revealed-how-tiktok-censors-videos-that-do-not-please-beijing
[106] https://www.theguardian.com/technology/2019/sep/25/revealed-how-tiktok-censors-videos-that-do-not-please-beijing
[107] https://www.theguardian.com/technology/2019/sep/25/revealed-how-tiktok-censors-videos-that-do-not-please-beijing

**AR-37**

FOR OFFICIAL USE ONLY

agitprop, sympathetic memes and imagery from the hundreds of thousands of pro-democracy marchers who have braved police crackdowns. But the same searches for Hong Kong on TikTok, reveal a remarkably different — and, for the PRC Government, more politically convenient — version of reality: playful selfies, food photos and singalongs, with barely a hint of unrest in sight.[108]

In November 2019, American teenager Feroza Aziz, 17, made a series of viral make-up tutorials on the app in which she calls upon viewers to research China's human rights abuses in Xinjiang and equates the situation to the Holocaust. Aziz claims her videos are being censored by TikTok and that her account was suspended after posting the videos. TikTok responded explaining that Aziz had broken the platform's rules on terrorism-related material, but did not explain in detail. One of her videos is intended to comically detail the derogatory comments she has received growing up Muslim. However, Aziz claims that after making a new account, she was immediately suspended after speaking out about the Uyghurs.[109] The case garnered widespread media attention, which led to TikTok to reverse its decision and reactivated Feroza's account.[110]

## B.  Vulnerability

### 1.  *The TikTok application collects vast amounts of sensitive personal information from users and this information is accessible to parent company ByteDance.*

According to its privacy policy ███████████████████████████████ TikTok collects a broad range of information from users.███ This includes: 1) registration information, such as age, username and password, language, and email or phone number; 2) profile information, such as name, social media account information, and profile image; 3) user-generated content, including comments, photographs, videos, and virtual item videos that you choose to upload or broadcast on the platform; 4) payment information, such as PayPal or other third-party payment information (where required for the purpose of payment); 5) phone and social network contacts (names and profiles); 6) opt-in choices and communication preferences; 7) information in correspondence users send to TikTok; and 8) information sent by users through surveys or participation in challenges, sweepstakes, or contests such as gender, age, likeness, and preferences. The application also collects data on how the application is used, including user behavior such as browsing and search history and technical and network details such as Internet protocol (IP) address, geolocation-related data, unique device identifiers, and cookies. TikTok also collects information from third parties, such as advertising and analytics partners.[112,113]

A number of independent technical analyses of the TikTok application have illustrated the large quantity of metadata collected from the application. Beyond what is considered personally identifiable

---

[108] https://www.washingtonpost.com/technology/2019/09/15/tiktoks-beijing-roots-fuel-censorship-suspicion-it-builds-huge-us-audience/

[109] https://www.theguardian.com/technology/2019/nov/27/tiktok-makeup-tutorial-conceals-call-to-action-on-chinas-treatment-of-uighurs

[110] https://www.smh.com.au/world/asia/tiktok-s-owner-is-helping-china-s-campaign-of-repression-in-xinjiang-report-finds-20191129-p53fcs.html

███████████████████████████████████████████████████████████████████

[112] Note that information provided by ByteDance in response to our administrative subpoena is entitled to business confidential treatment and should not be disclosed publicly.

[113] https://www.tiktok.com/legal/privacy-policy?lang=en

FOR OFFICIAL USE ONLY

data, the TikTok application generates a large amount of technical and transactional data about its users including data such as tracking videos watched, and even how much of a video an individual watched and how many times.[114]  TikTok videos are shared across other social media applications and the web via the TikTok website, and through third-party websites via direct embedding.  This allows video to be served from TikTok systems, and for metadata on views and any linked user behavior to be captured and stored by the application.  This behavior is similar to other major social media platforms, and some of the data – such as automatic scanning of clipboards – may relate to the application's attempt to detect automated bot and spam behavior.[115]

The privacy policy for U.S. TikTok users acknowledges that data can be shared with "parent, subsidiary, or other affiliate of our corporate group."[116]  There is thus widespread concern that U.S.-based users' data could end up in China.  TikTok has made public statements emphasizing that this is not a common practice, stating that its "goal is to minimize data access across regions so that, for example, employees in the Asia-Pacific (APAC)[sic] region, including China, would have very minimal access to user data from the European Union and United States."[117]  Minimization does not, however, necessarily mean that there is no access.  TikTok has issued stronger blanket denials, stating: "[w]e have never given any TikTok user data to the Chinese government, nor would we do so if asked."[118]  TikTok also paid for an outside analysis, in which a team interviewed employees and examined the computer code to validate that the technical and organizational barriers between the U.S.-based TikTok operation and China were being maintained.[119]

Nevertheless, TikTok also states that it "may disclose your information to respond to subpoenas, court orders, legal process, law enforcement requests, legal claims, or government inquiries."[120]  TikTok states that data is retained for as long as is needed to provide the service, or so long as there is a legitimate business interest, or in some circumstances for five years in accordance with legal obligations.[121]  The company has published transparency reports highlighting the number of requests for personal information from governments around the world.  China, however, is notably absent from this list.[122]

According to credible allegations, TikTok collected far more data in the past, including taking advantage of a loophole in the Android permission system to collect a device's MAC address, a permanent identifier of that device.[123]  Independent security researchers have documented TikTok access to clipboard data, despite a past commitment to end this practice.[124]  An Australian think tank has documented the evolving privacy practices of TikTok.  They note TikTok's data collection has evolved

---

[114] https://www.washingtonpost.com/technology/2020/07/13/tiktok-privacy/

[115] A French researcher notes that "such practice is pretty standard," available at: *https://medium.com/@fs0c131y/tiktok-logs-logs-logs-e93e8162647a; See also*: https://medium.com/@fs0c131y/tiktok-what-is-an-app-log-da70193f875 and https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

[116] https://www.tiktok.com/legal/privacy-policy?lang=en

[117] https://newsroom.tiktok.com/en-au/our-approach-to-security

[118] https://techcrunch.com/2020/08/12/tiktok-found-to-have-tracked-android-users-mac-addresses-until-late-last-year/

[119] https://www.nytimes.com/2019/11/01/technology/tiktok-national-security-review.html

[120] https://www.tiktok.com/safety/resources/transparency-report?lang=en

[121] https://www.tiktok.com/legal/privacy-policy?lang=en

[122] https://www.tiktok.com/safety/resources/transparency-report?lang=en

[123] https://www.wsj.com/articles/tiktok-tracked-user-data-using-tactic-banned-by-google-11597176738

[124] https://arstechnica.com/gadgets/2020/06/tiktok-and-53-other-ios-apps-still-snoop-your-sensitive-clipboard-data/

AR-39

FOR OFFICIAL USE ONLY

as the platform matures, including collecting less location information.[125]  The authors of the study acknowledge that what "TikTok is doing isn't fundamentally different" from similarly situated social media platforms,[126] yet the sheer amount of behavioral user data that is generated and collected allows a very detailed picture of an individual user to be created and potentially tracked across other digital contexts.

Finally, the infrastructure that underlies the TikTok application is not wholly separate from the Chinese application and the systems of ByteDance. Functionality including storage, internal management, and algorithms is still "partially shared across other ByteDance products."[127]  Although similar to engineering projects in other global organizations, access can be granted based on need and efficiency requirements.  One news report describes access granted to Chinese engineers to tackle problems in a U.S.-based system when their expertise was needed.[128]  This implies that the data described above could well be accessible.

### 2. *While ByteDance primarily stores U.S. TikTok user data in the United States and maintains a backup of U.S. user data in Singapore through Alibaba Cloud, some user data was previously stored in China and there is evidence that some data is currently being transmitted to China.*

ByteDance's response to a Commerce subpoena indicates that they store U.S. user data from the TikTok app within data centers located within the United States.  ByteDance leases data storage and hosting from a number of companies, including Aligned Energy, CyrusOne, Digital Loudon, China Unicom, and Vantage via leased server space in multi-tenant data center sites. ByteDance owns the hardware with the data centers and contracts with owners or resellers for rack space, power, and network connections.  In addition, ByteDance has service agreements with Google Cloud, Amazon Web Services, and Microsoft Azure for cloud storage services in the United States. ByteDance used Google Cloud as a back for data stored in U.S. data centers, Amazon Web Services for analytics and cloud storage, and Microsoft Azure for video transcoding.[129]

At the present time, ByteDance does not own or operate any data centers outside of the United States that store or manage TikTok user data from users in the United States.  According to subpoena response, "ByteDance contracts with Alibaba cloud in Singapore for public cloud services to provide a backup of the U.S. user data primarily stored in the servers in the United States." ByteDance claims that they are currently discussing the possibility of taking over the leases from Alibaba and contracting directly with the data site owners themselves.[130]  U.S. user data being stored outside of the United States presents significant risks in this case.  Alibaba is a Chinese company and, like ByteDance, is similarly beholden to PRC laws that require assistance in surveillance and intelligence operations.  Additionally, any Chinese citizens with direct access to the data could be similarly compelled to assist PRCISS.

---

[125] https://s3-ap-southeast-2.amazonaws.com/ad-aspi/2020-09/PB37-TikTok%20and%20WeChat%20-%20Curating%20and%20controlling%20global%20information%20flows.pdf

[126] https://www.worldpoliticsreview.com/trend-lines/28974/how-much-of-a-threat-is-tiktok

[127] https://www.reuters.com/article/us-usa-tiktok-cybersecurity-exclusive/exclusive-microsoft-faces-complex-technical-challenges-in-tiktok-carveout-idUSKCN256100

[128] https://www.theinformation.com/articles/breaking-off-tiktok-will-be-hard-to-do cited in ASPI report

[129] Subpoena, p. 1-2

[130] Subpoena, p. 8

AR-40

FOR OFFICIAL USE ONLY

TikTok previously stored and processed U.S. user data within China before February 2019, making it subject to Chinese national security laws.  According to 2019 press reporting, a ByteDance spokesperson explained that, "data from TikTok users who joined the service before February 2019 may have been processed in China.  ByteDance has since reorganized its structure and operations to prevent user data from flowing into China."[131]  Despite this claim, there are indications that some data from the TikTok app may be directly transmitted to China, bypassing ByteDance's leased or owned servers altogether in 2020, Cybersecurity firm Penetrum found that 37.70% of the IP addresses the TikTok Android package kit (APK) source code connects to are based in China.  An APK installs and configures an application on a phone.  The majority of these IP addresses are hosted by Alibaba.[132,133]

### 3. ByteDance stores some U.S. TikTok user data in U.S.-based servers leased by China Unicom (Americas) Operations Ltd. ("CUA"), a state-owned entity (SOE) of the People's Republic of China.

According to ByteDance's response to Commerce subpoena, ByteDance currently leases servers in two U.S. locations from China Unicom (Americas) Operations Ltd. ("CUA") for the purposes of storing TikTok user data for users in the United States.  ByteDance notes that these properties "are ultimately owned by CyrusOne, Inc., but China Unicom (Americas) Operations Ltd. ("CUA") is an intermediary reseller of the CyrusOne data center space at these locations."  Additionally, ByteDance notes that these leases were inherited from ByteDance's 2019 acquisition of Alibaba's U.S. data center assets supporting TikTok's operations.  TikTok reached an agreement with CUA in July 2020 to terminate the contract and contract with CyrusOne directly.[134]

Nevertheless, storing U.S. user data on servers owned and operated by CUA introduces significant risks.  CUA is wholly owned and controlled by a single Chinese entity that is directly owned by the PRC Government.  According to its website, CUA "is a wholly owned subsidiary of China Unicom Global, headquartered in Herndon, Virginia with regional sales offices in 5 locations including Silicon Valley, Los Angeles, New York, Chicago and São Paulo (Brazil)."[135]  China Unicom Global is a Hong Kong registered entity (the "Parent Entity"), wholly owned by another Hong Kong entity, China Unicom (HK) Limited ("the Publically-Traded Company").[136]  The Publically-Traded Company is listed on both the New York and Hong Kong stock exchanges.[137]  China United Network Communication Group Limited ("China Unicom Group" or "the SOE"), a Chinese state-owned enterprise, indirectly controls an aggregate of approximately 79.9% of the Publicly-Traded Company.[138]  The Publicly-Traded

---

[131] https://qz.com/1613020/tiktok-might-be-a-chinese-cambridge-analytica-scale-privacy-threat/

[132] https://protonmail.com/blog/tiktok-privacy/

[133] https://penetrum.com/tiktok/Penetrum_TikTok_Security_Analysis_whitepaper.pdf, pg 2

[134] Subpoena, p. 6

[135] *China Unicom Americas Company Profile*, China Unicom Global, https://www.chinaunicomglobal.com/us/company (last accessed June 29, 2020).

[136] 2020 Publicly-Traded Company SEC Annual Report at F-91.

[137] *China Unicom (Hong Kong) Limited Company Profile*, China Unicom (Hong Kong) Limited, https://www.chinaunicom.com.hk/en/about/profile.php (last accessed June 29, 2020).

[138] 2020 Publicly-Traded Company SEC Annual Report at 13 ("Unicom Group indirectly controlled an aggregate of approximately 79.9% of our issued share capital as of April 15, 2020.").

**AR-41**

FOR OFFICIAL USE ONLY

Company, through its controlling shareholder, China Unicom Group ("the SOE"),[139] is majority-owned and controlled by the PRC Government.[140]

The Chinese Communist Party's influence in the SOE and the Publicly-Traded company, which indirectly own and control CUA, make CUA vulnerable to exploitation by the Chinese Government. In the Federal Communications Commission's ("FCC") 2019 decision in *In Re: China Mobile,* the Commission was concerned about PRC laws[141] and certain practices that the PRC government could use to exploit, influence and control a state-owned enterprise.[142]  Some of the concerns raised by the FCC in *In Re: China Mobile* about the Chinese government's ability to influence state-owned enterprises, and consequently their indirect subsidiaries, have already been realized when it comes to the SOE and the Publically-Traded Company.

For example, in *In Re: China Mobile,* the FCC noted an Office of the U.S. Trade Representative ("USTR") report, which stated that state-owned enterprises "are being pressured to amend their articles of association to ensure Communist Party representation on their boards of directors . . .and to ensure that they make important company decisions in consultation with internal Communist Party committees."[143]  According to the Chinese government, the constitutional amendments were made to "define the status and role of Party organizations in State-owned enterprises."[144]  State-owned enterprises would be required to form CCP organizations inside the enterprise to "focus their work on the operations of their enterprise," to "guarantee and oversee the implementation of the principles and policies of the Party and the state within their own enterprise" and "participate in making decisions on major issues in the enterprise."[145]  According to the South China Morning Post, Xiao Yaqing, the director of SASAC, wrote: "Communist Party members at state enterprises form the 'most solid and

---

[139] 2020 Publicly-Traded Company SEC Annual Report at 13 ("Unicom Group indirectly controlled an aggregate of approximately 79.9% of our issued share capital as of April 15, 2020.").

[140] 2020 Publicly-Traded Company SEC Annual Report at 22 ("Our ultimate controlling shareholder is Unicom Group, a company incorporated under the laws of the PRC and majority-owned by the PRC Government.").

[141] *China Mobile Order* at ¶ 17 ("Chinese law requires citizens and organizations, including state-owned enterprises, to cooperate, assist, and support Chinese intelligence efforts wherever they are in the world."); *see also*, National People's Congress of the People's Republic of China, National Intelligence Law, http://www.npc.gov.cn/npc/xinwen/2017-06/27/content_2024529 htm (June 27, 2017).  For an unofficial English-language translation, *see, e.g.,* China Law Translate, National Intelligence Law of the P.R.C. (2017), https://www.chinalawtranslate.com/en/tag/national-intelligence-law/ (accessed May 29, 2019); *see also*, Murray Tanner, *Beijing's New National Intelligence Law: From Defense to Offense*, Lawfare (July, 20, 2017), https://www.lawfareblog.com/beijings-new-national-intelligence-law-defense-offense (citing laws on National Intelligence, Counterespionage, National Security, Counterterrorism, Cybersecurity, and Foreign NGO Management, amendments to PRC Criminal Law, Management Methods for Lawyers and Law Firms, and then-pending draft Encryption Law and draft Standardization Law); *see also*, Office of the Sec'y of Def. Ann. Rep. to Cong., *Military and Security Developments Involving the People's Republic of China 2019*, at 101 ("The 2017 *National Intelligence Law* requires Chinese companies, such as Huawei and ZTE, to support, provide assistance, and cooperate in China's national intelligence work, wherever they operate.").

[142] *China Mobile Order* at ¶ 18 (citing World Bank and USTR reports on Chinese state-owned enterprises demonstrating Chinese government exploitation, influence and control); *see also*, USTR, 2018 Report to Congress on China's WTO Compliance, at 13 (Feb. 2019).

[143] *China Mobile Order* at ¶ 18, n.60 (citing USTR 2018 Report to Congress on China's WTO Compliance); *see also* Ex. [116] at EB-2568, USTR, 2018 Report to Congress on China's WTO Compliance, at 13 (Feb. 2019).

[144] Full text of resolution on amendment to CPC Constitution, State Council of the People's Republic of China, http://english.gov.cn/news/top_news/2017/10/24/content_281475919837140.htm (Oct. 24, 2017).

[145] Constitution of the Communist Party of China, Revised and adopted at the 19th National Congress, Article 33, http://www.xinhuanet.com/english/download/Constitution_ of_ the_ Communist_Party _of_ China.pdf (Oct. 24, 2017).

AR-42

FOR OFFICIAL USE ONLY

reliable class foundation' for the Communist Party to rule the country."[146]  This SOE, and through it, the Publically-Traded Company, Parent Entity, and CUA, are all controlled by the CCP.  Therefore any data contained or managed by servers owned or controlled by CUA, including user data from U.S. TikTok users, may be directly accessible or within reach of the PRC government.

### 4. *TikTok has been implicated in a number of information security and privacy incidents that raises significant concerns on the security and privacy of U.S. user data.*

TikTok has previously faced charges that it illegally collected personal information from children. On February 27, 2019, the Federal Trade Commission (FTC) announced that TikTok agreed to pay $5.7 million to settle the violation of the Children's Online Privacy Protection Act (COPPA).  "The operators of Musical.ly—now known as TikTok—knew many children were using the app but they still failed to seek parental consent before collecting names, email addresses, and other personal information from users under the age of 13."[147]

According to press reporting, in 2019, "a California college student accused popular video-sharing app TikTok in a class-action lawsuit of transferring private user data to servers in China, despite the company's assurances that it does not store personal data there.  The lawsuit, filed in the U.S. District Court for the Northern District of California, alleges TikTok has surreptitiously "vacuumed up and transferred to servers in China vast quantities of private and personally-identifiable user data."  The documents identify the plaintiff as Misty Hong, a college student and resident of Palo Alto, California, who downloaded the TikTok app in March or April 2019 but never created an account.  Months later, Hong alleges to have discovered that TikTok had created an account for her without her knowledge and produced a dossier of private information about her, including biometric information gleaned from videos she created but never posted.

According to the filing, TikTok transferred user data to two servers in China - bugly.qq.com and umeng.com - as recently as April 2019, including information about the user's device and any websites the user had visited.  Bugly is owned by Tencent, China's largest mobile software company, which also owns social network WeChat, while Umeng is part of Chinese e-commerce giant Alibaba Group.  The lawsuit also claims that source code from Chinese tech giant Baidu is embedded within the TikTok app, as is code from Igexin, a Chinese advertising service, which security researchers discovered in 2017 was enabling developers to install spyware on a user's phone."[148]

TikTok has also been accused of evading privacy safeguards.  A Wall Street Journal analysis from July 2020 uncovered that "TikTok skirted a privacy safeguard in Google's Android operating system to collect unique identifiers from millions of mobile devices, data that allows the app to track users online without allowing them to opt out."[149]  The tactic, which experts in mobile-phone security said was concealed through an unusual added layer of encryption, appears to have violated Google policies

---

[146] Wendy Wu, *How the Communist Party controls China's state-owned industrial titans*, South China Morning Post, (June 17, 2017 9:01 AM) https://www.scmp.com/news/china/economy/article/2098755/how-communist-party-controls-chinas-state-owned-industrial-titans (last accessed June 29, 2020).

[147] https://www.ftc.gov/news-events/press-releases/2019/02/video-social-networking-app-musically-agrees-settle-ftc

[148] https://www.reuters.com/article/us-usa-tiktok-lawsuit/tiktok-accused-in-california-lawsuit-of-sending-user-data-to-china-idUSKBN1Y708Q

[149] https://search.proquest.com/docview/2432730526?rfr_id=info%3Axri%2Fsid%3Aprimo

AR-43

FOR OFFICIAL USE ONLY

limiting how apps track people and was not disclosed to TikTok users.  TikTok ended the practice in November 2019, the Journal's testing showed.[150]  This activity is not limited to Android users.

According to March 2020 press reporting, TikTok was identified as an app that can access any data a user copies to its clipboard on iPhones and iPads.  Researchers explained that risk comes from the fact that iPhone or iPad app "can eavesdrop on a Mac."  TikTok's logs clearly indicate that it is reading the content of the clipboard whenever it is opened, although researchers could not verify what TikTok is doing with the data it has read.  "We can't say for sure what TikTok is doing with the data it has read."[151]  ByteDance claimed that this problem was related to the use of an outdated Google advertising software development kit that was being replaced.[152]

Finally, according to July 2020 press reporting, engineers identified that on the beta version of Apple's iOS 14, which fixed the previous clipboard access issues, the TikTok app was caught again secretly accessing users' clipboards.[153]  According to TikTok, the issue is "triggered by a feature designed to identify repetitive, spammy behavior," and it has "already submitted an updated version of the app to the App Store removing the anti-spam feature to eliminate any potential confusion."[154]

### C.  Consequence

**1.  *Exploitation of TikTok user data imperils the privacy of U.S. citizens, the security of U.S. government personnel, and, at scale, directly threatens the economic security and national security of the United States.***

One of the foremost national security risks presented by the TikTok mobile application in the United States is the possibility that the PRC government could, through lawful authority, extralegal influence (Communist Party) influence, or PRCISS, compel TikTok to provide systemic access to U.S. user's sensitive personal information.  A number of press reports clearly indicate the PRC Government has already compelled TikTok to assist them for domestic surveillance, censorship, and propaganda action within China, and their compliance is indicative of how they are likely to respond to intelligence requests on U.S. users.  Given the bounty of information TikTok could offer on foreign users, as well as the aforementioned cyber tactics employed by the PRC, the Department of Commerce assesses the PRC and PRCISS would not limit their use of TikTok to domestic concerns and would instead use it for foreign intelligence and surveillance.

ByteDance, as a company, and its subsidiaries are subject to PRC national security laws that require or compel the assistance of any Chinese citizen or entity in surveillance and intelligence operations.  As ByteDance is subject to PRC jurisdiction, PRC laws can compel cooperation from ByteDance, regardless of whether ByteDance's subsidiaries are located outside the territory of the PRC.

---

[150] https://www.wsj.com/articles/tiktok-tracked-user-data-using-tactic-banned-by-google-11597176738?mod=searchresults&page=1&pos=3

[151] <https://www.forbes.com/sites/zakdoffman/2020/03/12/simple-apple-security-hack-if-you-have-tiktok-on-your-iphone-look-away-now/#7f1173741d61>

[152] https://www forbes.com/sites/zakdoffman/2020/06/26/warning-apple-suddenly-catches-tiktok-secretly-spying-on-millions-of-iphone-users/#3dce51f834ef

[153] https://www forbes.com/sites/zakdoffman/2020/07/01/anonymous-targets-tiktok-delete-this-chinese-spyware-now/

[154] https://www.forbes.com/sites/zakdoffman/2020/06/26/warning-apple-suddenly-catches-tiktok-secretly-spying-on-millions-of-iphone-users/#642da5db34ef

**AR-44**

FOR OFFICIAL USE ONLY

Additionally, it is in ByteDance's best interest to maintain positive relations with the CCP as any perception that the company is 'disloyal' or not conducting its business with the best interest of the party could jeopardize its standing and business interests in China.  This dynamic presents significant *extra-legal* pressure on ByteDance to comply with and actively assist in PRCISS intelligence collection and surveillance efforts.

Furthermore, ByteDance cannot account for surveillance that may be conducted on its operations without its explicit knowledge or awareness at a corporate level.  Chinese intelligence services could compromise the Singapore-based servers themselves or intercept internet traffic coming to the server.  Alternatively, PRCISS could compel the assistance of TikTok's engineering team or other personnel located in the PRC and involved in software development and engineering to directly compromise the app through routine app updates.  PRCISS could also compel the assistance of any third-party companies with whom ByteDance contracts to service the TikTok application – including data management, software development, analytics, etc.  These intelligence operations could ostensibly occur without ByteDance's express knowledge or awareness at a corporate level.

Given ByteDance's history of cooperation with PRC officials, the extensive amount of sensitive personal data collected by their apps both inside and outside of China, and their strong ties to the CCP and supporting its agenda, the TikTok app could expand the PRC's ability to conduct espionage on millions of U.S. persons.  The PRC has stolen various types of sensitive data on millions of Americans to include health, financial, and other PII.  Applications such as TikTok also collect other types of information, to include location data.  The PRC could use combine these various types of data they possess and continue to collect in order to build dossier's on millions U.S. persons.  Funneling all of these various types of information into their AI apparatus, could potentially create a platform to enhance the PRC's ability to identify espionage targets for counterintelligence purposes.

2. ***Exploitation of TikTok for censorship or propaganda for U.S.-based users directly threatens U.S. national security by surreptitiously influencing U.S. public opinion to those that align with Chinese government objectives.***

A critical, but secondary concern presented by TikTok is that the PRC government and the CCP can exert influence on ByteDance and, through the TikTok app, censor and shape content available to U.S. users in ways that can influence their opinions and views of China.  The evidence included above raises significant concerns that the PRC government has significant leverage to exert pressure, actively or passively, on ByteDance to promote content that ensures a more positive view of China globally.  Chinese companies, such as ByteDance, must comply with the China Internet Security Law as well as the CCP agenda since the party controls both the legal system and whether a company may function.[155]  Reporting indicates that ByteDance employs more than 130 CCP members, to include senior positions within the company while reports claim that content moderators located in Beijing have censored anti-China content deemed to be critical of the PRC.[156]  Even more contentious is the question around what TikTok promotes, recommends, and allows users to see.  Users often take advantage of hash tags to help share content and create emerging communities.  There are a number of examples of hash tags being blocked.  In what TikTok described as a "glitch," a recently popular protest hash tag in the U.S.

---

[155] https://www.wsj.com/articles/chinas-tech-giants-have-a-second-job-helping-the-government-see-everything-1512056284
[156] https://www.reuters.com/article/usa-tiktok-indonesia-idINL4N2FF468

**AR-45**

FOR OFFICIAL USE ONLY

appeared to have no associated videos.[157]  In 2019, the New York Times interviewed a former TikTok content moderator who claimed the company employed "shadow banning," which doesn't outright remove a video, but rather prevents it from being shared more widely on the platform's main video feed.[158]  Other search terms around politically sensitive issues yield only innocuous results.  The overall trend appears to be an attempt to avoid contentious, politically sensitive topics.  Absent greater transparency, it is hard to understand the extent of interference in the growing venue of online discussion.[159]  According to press reporting in 2019, TikTok provides no data about the videos it has removed from the app, and it shares no details about the artificial-intelligence tools that determine what viewers see.[160]

In responding to Commerce, ByteDance confirms they perform "content moderation" and will suspend or ban accounts for severely or repeatedly violations of the company policies.  ByteDance also confirmed how human content moderation is handled and that flagged content is reported to the relevant legal authorities, under certain circumstances.  While ByteDance states the content moderation team is in the U.S. and consists of 63 employees and 2,100 contractors, former U.S. employees stated that the moderators based in China made the final decision of what content is allowed.[161]

TikTok's use of algorithms and machine learning capabilities are the what differentiates the app and has led to its popularity and widespread use.



As a content sharing platform, TikTok plays a role in removing content and determining what videos users see.  However, there is significant evidence that content on TikTok must be acceptable to the CCP.  There are a few clear case studies of sensitive material being removed for political content, including an American teen who hid her message about Muslim persecution in western China in the guise of a make-up tutorial.[162]  Also, due to its sophistication and capability, TikTok may offer an effective platform for the PRC to distribute pro-CCP propaganda and content to millions of U.S. users.

## IV. RECOMMENDATION

[157] https://www.refinery29.com/en-us/2020/05/9846670/tiktok-black-lives-matter-george-floyd-tag-blocked

[158] https://www.politico.com/magazine/story/2019/11/02/the-trouble-with-tiktok-229890

[159] ASPI July 2020 report

[160] https://webcache.googleusercontent.com/search?q=cache:Q1oqO6q2-5QJ:https://www.washingtonpost.com/technology/2019/11/05/inside-tiktok-culture-clash-where-us-views-about-censorship-often-were-overridden-by-chinese-bosses/+&cd=1&hl=en&ct=clnk&gl=us&client=firefox-b-1-d

[161] https://www.washingtonpost.com/technology/2019/11/05/inside-tiktok-culture-clash-where-us-views-about-censorship-often-were-overridden-by-chinese-bosses/

[162] https://www.bbc.com/news/technology-50559656

AR-46

FOR OFFICIAL USE ONLY

Barring a complete divestiture of ByteDance from the TikTok application, TikTok presents an immitigable risk to the national security, foreign policy, and economy of the United States. Appropriately addressing national security concerns through mitigation requires a baseline level of trust in the entity subject to the mitigation terms.  Given that TikTok remains under ByteDance ownership, and that ByteDance remains under the control and influence of the PRC, there is no way to create such a baseline of trust that would allow for effective mitigation without a complete divestiture from ByteDance ownership.

 The below prohibitions on certain business-to-business transactions deny access to and reduce the functionality of the TikTok mobile app within the land or maritime borders of the United States with the objective of preventing collection, transmission, and aggregation of U.S. user data by the TikTok app, ByteDance Ltd., and PRCISS.  Note that these transactions do not directly prohibit the downloading or use of the TikTok app and are not directly targeted at users of the TikTok app.  While these prohibitions may ultimately make the application less effective and may be challenging for U.S.-based TikTok users, they are necessary for the protection of U.S. national security.

We understand that there are on-going negotiations between ByteDance and the Committee on Foreign Investment in the United States ("CFIUS") regarding a potential divestiture of TikTok or a restructuring of its governance to attempt to mitigate national security risks presented by the ByteDance acquisition of Musical.ly.  Further, we understand that under the EO signed on August 19, 2020, the President has established a deadline of November 12, 2020, for any deal or agreement to be reached.

In consideration of these negotiations, we recommend that the transactions identified herein be prohibited in a phased manner, with the prohibition for transaction one to become effective on September 20, 2020, and the prohibition for all other transactions become effective on November 12, 2020.  Transaction 1 should be prohibited immediately as it directly limits the availability of the app to new users for download and thus limits the growth of U.S. user data at risk.  Of the transactions listed below, this transaction would have the biggest impact in mitigating national security risks and is the most foundational to the functionality of the TikTok app in the United States.  This should mitigate some national security risk immediately while allowing the USG the latitude to further evaluate the viability of national security mitigations in the context of CFIUS negotiations.  To the extent the dates for the CFIUS process are extended, the dates for the secondary phase may also be extended.

In recommending a phased approach, we also considered the ability of all relevant parties, to include TikTok, to comply with the following prohibitions within a short timeframe.  TikTok maintains substantial infrastructure in the United States, including a number of data centers, and maintains a number of business-to-business contractual agreements with other U.S. companies to which the following prohibitions would apply.  Of course, feasibility of compliance should be balanced against national security need. Of the following transactions, transaction one allows for the greatest mitigation to national security while affecting the least number of parties and, in our estimation, being the easiest to implement.

Ultimately, a phased approach outlined above serves a number of purposes.  It allows the U.S. government additional time to evaluate the effectiveness of and negotiate mitigations in the context of CFIUS, and reduces national security risk substantially – all the while allowing TikTok and other

**AR-47**

**FOR OFFICIAL USE ONLY**

relevant parties necessary time to prepare for compliance when the order comes into effect.

1.  *Any provision of services to distribute and maintain the TikTok mobile application, constituent code, or mobile application updates through an online mobile application store, or any online marketplace where mobile users may download or update applications for use on their mobile devices, accessible in the land or maritime borders of the United States and its territories;*

This prohibition would remove the TikTok app from U.S.-based mobile app stores, preventing mobile users from being able to download the app to their devices or receive updates. As scoped, this prohibition would only apply to app stores accessible in the United States, thus users would still be able to download the app while outside the United States. Additionally, the prohibition would not require the removal of the app from user devices, thus the app would remain on any device where the app has been downloaded prior to the order. However, these apps would no longer have the ability to be updated rendering them less effective and functional. This prohibit would limit availability of the app, but it alone would not prevent user data from being transmitted from user devices to TikTok data centers. Additional prohibitions below are necessary to minimize and reduce its use in the United States.

2.  *Any provision of internet hosting services enabling the functioning or optimization of the TikTok mobile application, within the land and maritime borders of the United States and its territories;*

Prohibition would prevent any ByteDance leased, owned, or operated server from being used to serve content or data to the TikTok app. User data could still be served by data centers, such as that in Singapore, operating outside of the United States. This would significantly reduce the functionality and usability of the app in the United States and prevent user data from being sent by way of routine use of the app.

3.  *Any provision of content delivery services enabling the functioning or optimization of the TikTok mobile application, within the land and maritime borders of the United States and its territories;*

ByteDance contracts with content delivery network ("CDN") providers[163] for the purposes of speeding delivery and optimizing service for users based in the United States. This prohibition would terminate those agreements and will likely further reduce functionality and usability of the app for users within the United States.

4.  *Any provision of directly contracted or arranged internet transit or peering services enabling the functioning or optimization of the TikTok application, within the land and maritime borders of the United States and its territories;*

---

[163] Content delivery services are service that copy, save, and deliver content, for a fee, from geographically dispersed servers to end-users for the purposes of enabling faster delivery of content.

**AR-48**

FOR OFFICIAL USE ONLY

Though ByteDance maintains no peering agreements[164] with companies for the purposes of speeding delivery and optimizing service for users based in the United States, this prohibition would ensure these services could not be retained in the future to enable to TikTok app or its functioning.

5. ***Any utilization of the TikTok mobile application's constituent code, functions, or services in the functioning of software or services developed and/or accessible within the land and maritime borders of the United States and its territories.***

This prohibition serves to prevent any potential circumvention of the aforementioned prohibitions, as it would prohibit any method by which TikTok code, functions, or services could be serviced in a separately named and sold mobile app to which the aforementioned provisions would not apply.  Additionally, it prevents interoperability with third-party apps that utilize TikTok functions and services, thus reducing any U.S. user data that could be collected incidentally and made accessible to ByteDance.

We recommend that, consistent with your obligation under EO 13942, you prohibit these transactions effective September 20, 2020, though defer transactions 2 through 5 until November 12, 2020.

**EXECUTIVE SECRETARIAT CLEARANCE:**

_____      _____
Executive Secretariat                              Date

---

[164] Peering means a relationship between Internet service providers (ISP) where the parties directly interconnect to exchange Internet traffic, most often on a no-cost basis.

**AR-49**

FOR OFFICIAL USE ONLY

Tracking Number:   _____

**DECISION FOR THE SECRETARY**

Approval recommendation to prohibit transactions above in accordance with EO 13943.

_____ I approve the prohibitions outlined herein.

_____ I do not approve the prohibitions outlined herein.

_____ I approve as amended.

_____ I would like to discuss this issue.

**AR-50**

# Mapping more of China's tech giants: AI and surveillance

## Executive summary

ASPI's International Cyber Policy Centre has updated the public database that maps the global expansion of key Chinese technology companies. This update adds a further 11 companies and organisations: iFlytek, Megvii, ByteDance (which owns TikTok), SenseTime, YITU, CloudWalk, DJI, Meiya Pico, Dahua, Uniview and BeiDou.

Our public database now maps 23 companies and organisations and is visualised through our interactive website, Mapping China's Technology Giants. The website seeks to give policymakers, academics, journalists, government officials and other interested readers a more holistic picture of the increasingly global reach of China's tech giants. The response to phase 1 of this project—it quickly became one of ASPI's most read products—suggests that the current lack of transparency about some of these companies' operations and governance arrangements has created a gap this database is helping to fill.

This update adds companies working mainly in the artificial intelligence (AI) and surveillance tech sectors. SenseTime, for example, is one of the world's most valuable AI start-ups. iFlytek is a partially state-owned speech recognition company. Meiya Pico is a digital forensics and security company that created media headlines in 2019 because of its monitoring mobile app MFSocket.[1] In addition, we've added DJI, which specialises in drone technologies, and BeiDou, which isn't a company but the Chinese Government's satellite navigation system.

We also added ByteDance—an internet technology company perhaps best known internationally for its video app, TikTok, which is popular with teenagers around the world. TikTok is also attracting public and media scrutiny in the US over national security implications, the use of US citizens' data and allegations of censorship, including shadow ban-

**AR-51**

ning (the down-ranking of particular topics via the app's algorithm so users don't see certain topics in their feed).

Company overviews now include a summary of their activities in Xinjiang.[2] For some companies, including ByteDance and Huawei, we are including evidence of their work in Xinjiang that has not being reported publicly before. For most of these companies, the surveillance technologies and techniques being rolled out abroad—often funded by loans from the Export–Import Bank of China (China Eximbank)[3]—have long been used on Chinese citizens, and especially on the Uyghur and other minority populations in Xinjiang, where an estimated 1.5 million people are being arbitrarily held in detention centres.[4] Some of these companies have actively and repeatedly obscured their work in Xinjiang, including in hearings with foreign parliamentary committees. This project now includes evidence and analysis of those activities in order to foster greater transparency about their engagement in human rights abuses or ethically questionable activities in the same way Western firms are held to account by Western media and civil society actors, as they should be.

In this report, we include a number of case studies in which we delve deeper into parts of the dataset. This includes case studies on TikTok as a vector for censorship and surveillance, BeiDou's satellite and space race and CloudWalk's various AI, biometric data and facial recognition partnerships with the Zimbabwean Government. We also include a case study on Meiya Pico's work with China's Public Security Ministry on Belt and Road Initiative (BRI) aid projects in Southeast Asia and Central Asia.

Those projects include the construction of digital forensics labs and cyber capacity training, including for police forces across Asia.

We have also investigated the role that foreign investment plays in the global expansion of some of these companies, particularly in China's surveillance and public security sector.

**AR-52**

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 28 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of China's Tech Giants

# The updated database

Our public database now maps out 23 companies and organisations. On the Mapping China's Technology Giants website you'll find a dataset that geo-codes and analyses major points of overseas presence, including 5G relationships; 'smart cities' and 'public security' solutions; surveillance relationships; research and university partnerships; submarine cables; terrestrial cables; significant telecommunications and ICT projects; and foreign investment. The website does not map out products and services, such as equipment sales.

Previously, in April 2019, we mapped companies working across the internet, telecommunications and biotech sectors, including Huawei, Tencent, Alibaba, Baidu, Hikvision, China Electronics Technology Group (CETC), ZTE, China Mobile, China Telecom, China Unicom, Wuxi AppTec Group and BGI. This dataset has also been updated, and new data points have been added for those companies, including on 5G relationships, smart cities, R&D labs and data centres.

At the time of release this updated research project now maps and tracks:

- 26,000+ data points that have helped to geo-locate 2,500+ points of overseas presence for the 23 companies
- 447 university and research partnerships, including 195+ Huawei Seeds for the Future university partnerships
- 115 smart city or public security solution projects, most of which are in Europe, South America and Africa
- 88 5G relationships in 45 countries
- 295 surveillance relationships in 96 countries
- 145 R&D labs, the greatest concentration of which is in Europe
- 63 undersea cables, 20 leased cables and 49 terrestrial cables
- 208 data centres and 342 telecommunications and ICT projects spread across the world.

Other updates have also been made to the website, often in response to valuable feedback from policymakers, researchers and journalists. Updates have been made to the following:

**AR-53**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy I...    Page 4 of 28
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 29 of 288
FN for Footnote 1, 2 - ASPI - Mapping More of Chinas Tech Giants

- The landing 'splash page'[5]
- How to use this tool[6]
- Glossary.[7]

Terrestrial cables have now been added and can be searched through the filter bar (via 'Overseas presence')

The original report that accompanied the launch of the project was translated into Mandarin in August 2019.

In addition to this dataset, each company has its own web page, which includes an overview of the company and a summary of its activities with the Chinese party-state. The overviews now include a summary of each company's activities in Xinjiang. This research was added for a number of reasons.

First, we needed to compile the information in one place for journalists, civil society groups and governments. Second, these companies aren't held to account by China's media and civil society groups, and it's clear that many have obscured their activities in Xinjiang. Some have even provided incorrect information in response to direct questions from foreign governments. For example, a Huawei executive told the UK House of Commons Science and Technology Committee on 10 June 2019 that Huawei's activities in Xinjiang occurred only via 'third parties:'[8]

*Chair Sir Norman Lamb: But do you have products and services in Xinjiang Province in terms of some sort of contractual relationship with the provincial government?*

*Huawei Executive: Our contracts are with the third parties. It is not something we do directly.*

That's not correct. Huawei works directly with the Chinese Government's Public Security Bureau in Xinjiang on a range of projects. Evidence for this—and similar—work can now be found via each company's dedicated Mapping China's Technology Giants web page and is also analysed below.

**AR-54**

# Methodology

ASPI's International Cyber Policy Centre began this research project due to a lack of publicly available quantitative and qualitative data, especially in English, on the overseas activities of these key technology companies. Some of the companies disclose little in the way of policies that affect data, security, privacy, freedom of expression and censorship. What information is available is spread across a wide range of sources and hasn't been compiled in one location. In-depth analysis of the available sources also requires Chinese-language capabilities and an understanding of other issues, such as the relationships the companies have with the state and how Chinese state financing structures work.

For example, some of the companies, especially Huawei, conduct a lot of their work in developing countries through China Eximbank loans. Importantly, the use of internet and other archiving services is vital, as Chinese web pages are often moved, altered or deleted.

This research relied on open-source data collection that took place primarily in English and Chinese. Data sources included company websites, corporate information, tenders, media reporting, databases and other public sources.

The following companies—which work across the telecommunications, technology, internet, surveillance, AI and biotech sectors—are now present on the Mapping China's Technology Giants website (new additions are **bold**):

- Alibaba
- Baidu
- **BeiDou**
- BGI
- **ByteDance**
- China Electronics Technology Group (CETC)
- China Mobile
- China Telecom
- China Unicom
- **CloudWalk**
- **Dahua**

**AR-55**

- **DJI**
- Hikvision (a subsidiary of CETC)
- Huawei
- **iFlytek**
- **Megvii**
- **Meiya Pico**
- **SenseTime**
- Tencent
- **Uniview**
- WuXi AppTec Group
- **YITU**
- ZTE.

The size and complexity of these companies, and the speed at which they're expanding, mean that this dataset will inevitably be incomplete. For that reason, we encourage researchers, journalists, experts and members of the public to continue to contribute and submit data via the online platform in order to help make the dataset more complete over time.

For tips on how to get the most out of the map, navigate to 'How to use this tool' on the website. When you're first presented with the map, all data points are displayed. Click the coloured icons and cables for more information. To navigate to the list of companies, click 'View companies' in the left blue panel.

There's a filter bar at the bottom of the screen. Click the items to select. To reset your search selection, click 'Reset' in the filter bar.

The yellow triangle icons on the map are data points of particular interest in which we invested additional research resources.

**AR-56**

# These companies differ in their size, scope and global presence

They may not be household names in the West, but the market size of many of the Chinese companies outlined in this report is larger than many of their more well-known counterparts outside China. iFlytek, a voice recognition tech company established in 1999, isn't yet a household name outside China but has 70% of the Chinese voice recognition market and a market capitalisation of ¥63 billion (US$9.2 billion). Newcomer ByteDance, an internet technology company with a focus on machine-learning-enabled content platforms, was established only in 2012 but is already valued at around US$78 billion, making it the world's most valuable start-up.

Many of the companies outlined in this report have skyrocketed in value by capitalising on China's surge in security spending in Xinjiang and elsewhere as a large, sprawling surveillance apparatus is constructed. Some have been, in effect, conscripted into spearheading the development of AI in the country—a goal of particular strategic importance to the party-state.

Other companies we examine in this report, such as Dahua Technology, Megvii and Uniview, aren't well known but have significant global footprints. Dahua, for example, is one of the world's largest security camera manufacturers. Between them Hikvision9 and Dahua supply around one-third of the global market for security cameras and related goods, such as digital video recorders.[10]

All Chinese tech companies have deep ties to the Chinese state security apparatus, but, perhaps more than the others, the companies in this report occupy a space in which the lines between the commercial imperatives of private companies (and some state-backed companies) and the strategic imperatives of the party-state are blurred.

Several of the companies we examine—including iFlytek, SenseTime, Megvii and Yitu—have been designated as official 'AI Champions' by the party-state, alongside Huawei, Hikvision and the 'BATs' (Baidu,[11] Alibaba[12] and Tencent;[13]) which were featured in our previous report. These 'champions', having been identified as possessing "core technolo-

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy I...    Page 8 of 28
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 33 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of China's Tech Giants

gies", have been selected to spearhead AI development in the country, with the aim of overtaking the US in AI by 2030.[14]

Gregory C Allen, writing for the Center for a New American Security, cited SenseTime executives as saying the title:

*... gave the companies privileged positions for national technical standards-setting and also was intended to give the companies confidence that they would not be threatened with competition from state-owned enterprises.*[15]

Speaking in December 2018, SenseTime co-founder Xu Bing alluded to the uniqueness of this privileged position:

*We are very lucky to be a private company working at a technology that will be critical for the next two decades. Historically, governments would dominate nuclear, rocket, and comparable technologies and not trust private companies.*[16]

Historically, the party-state drew on the power of a few state-owned enterprises to help it achieve its strategic goals. But in order to become a world leader in AI by 2025—an express aim of the Chinese Communist Party (CCP)— the People's Republic of China (PRC) has demonstrated its ability to move away from those cumbersome organisations in favour of smaller, more agile companies not wholly owned by the state. This has proven to be a highly successful—and mutually beneficial—model.

Chinese AI and surveillance companies benefit from a highly favourable regulatory environment in which concerns over the potential use of invasive systems of surveillance to erode civil liberties are largely and substantively ignored by design, although they're sometimes discussed in the Chinese media.[17]

Companies that we examine in this report, such as YITU, CloudWalk, iFlytek and SenseTime, have access to enormous customer databases that are generating huge amounts of proprietary data—the essential ingredient for improving AI and machine-learning algorithms.

AI giant SenseTime has access to a database of more than 2 billion images, at least some of which, SenseTime CEO Xu Li told Quartz,[18] come from various government agencies, giving the company a distinct advantage over its foreign competitors.

**AR-58**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy I…    Page 9 of 28

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 34 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of Chinas Tech Giants

The global expansion of these companies—from research partnerships with foreign universities through to the development of operational 'smart city' or 'public security' projects—raises important questions about the geostrategic, political and human rights implications of their work.

Users of the website will now find more than 26,000 datapoints that have helped to geolocate 2,500+ points of overseas presence for the 23 companies and organisations. But it's important to note that the presence of the companies' products in overseas markets is far larger than the map can indicate.

Many of the companies' relationships are business to business, and their products are integrated as part of other companies' solutions. For example, iFlytek's speech recognition software is used in the voice assistant in Huawei smartphones, and YITU provides its facial recognition and traffic monitoring software to Huawei's smart cities solutions. So, while Huawei's smart city solutions are mapped, the companies that provide certain technologies and component parts for smart cities can't always be captured.

This illustrates a complex problem associated with data and privacy protection in 'internet of things' devices that is tackled in Dr Samantha Hoffman's ASPI report Engineering global consent: the Chinese Communist Party's data-driven power expansion.[19] Companies can claim that they don't misuse the data that their products collect, but those claims don't always take into account how component-part manufacturers whose technologies are integrated into smart cities and public security services, for example, collect and use citizens' data.

# TikTok as a vector for censorship and surveillance

Unlike China's first generation of social media tech giants, which stumbled in their international expansion,[20] second-generation start-ups such as ByteDance are proving to be much more sure-footed. TikTok, a short-video app, is the company's most successful foreign export, having grown a global audience of more than 700 million in just a few years.[21] ByteDance achieved that meteoric growth, ironically enough, by ploughing US$1

**AR-59**

billion into ads on the social platforms of its Western rivals Facebook, Facebook-owned Instagram and Snapchat.[22]

The app has managed to maintain its 'stickiness' for users—mostly teens—by virtue of the AI-powered advanced algorithm undergirding it. The remarkable success of the app enabled ByteDance to become the world's most valuable start-up in October 2018 after it secured a US$3 billion investment round that gave it a jaw-dropping valuation of US$75 billion.[23]

TikTok has already attracted the ire of regulators around the world, including in Indonesia, India, the UK and the US, where the company made a $US5.7 million settlement with the Federal Trade Commission for violating the Children's Online Privacy Protection Act.

But beyond the expected regulatory missteps of a fast-growing social media platform, ByteDance is uniquely susceptible to other problems that come with its closeness to the censorship and surveillance apparatus of the CCP-led state. Beijing has demonstrated a propensity for controlling and shaping overseas Chinese-language media. The meteoric growth of TikTok now puts the CCP in a position where it can attempt to do the same on a largely non-Chinese speaking platform—with the help of an advanced AI-powered algorithm.

In September 2019, The Guardian revealed clear evidence of how ByteDance has been advancing Chinese foreign policy aims abroad through the app via censorship. The newspaper reported on leaked guidelines from TikTok laying out the company's approach to content moderation.

The documents showed that TikTok moderators were instructed to 'censor videos that mention Tiananmen Square, Tibetan independence, or the banned religious group Falun Gong.'[24]

Unlike Western social media platforms, which have traditionally taken a conservative approach to content moderation and tended to favour as much free speech as possible, TikTok has been heavy-handed, projecting Beijing's political neuroses onto the politics of other countries. In the guidelines, as described by The Guardian, the app banned 'criticism/attack towards policies, social rules of any country, such as constitutional monarchy, monarchy, parliamentary system, separation of powers, socialism system, etc.' Many historical events in foreign countries were also swept up in the scope of the guidelines.

**AR-60**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy … Page 11 of 28

Case 1:20-cv-02658-CJN Document 48-2 Filed 11/01/20 Page 36 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of Chinas Tech Giants

In addition to a ban on mentioning the Tiananmen Square massacre in 1989, the May 1998 riots in Indonesia and the genocide in Cambodia were also deemed verboten.

TikTok has even barred criticism of Turkish President Recep Tayyip Erdogan, as well as depictions of 'non-Islamic gods' and images of alcohol consumption and same-sex relationships—neither of which is in fact illegal in Turkey. Also prohibited is criticism of a list of 'foreign leaders or sensitive figures', including the past and present leaders of North Korea, US President Donald Trump, former South Korean President Park Geun-hye and Russian President Vladimir Putin.

Despite this heavy-handed approach, a number of bad actors have been able to use the app to promote their agendas. On 23 October 2019, the Wall Street Journal reported that Islamic State has been using the app to share propaganda videos and has even uploaded clips of beheadings of prisoners.[25] Motherboard also uncovered violent white supremacy and Nazism on the app in late 2018.[26]

ByteDance confirmed The Guardian's report and the authenticity of the leaked content-moderation guidelines but said the guidelines were outdated and that it had updated its moderation policies.

Unconvinced, senior US lawmakers went on to request an investigation into TikTok on national security grounds.

In late October 2019, US Senator Marco Rubio appealed to Treasury Secretary Steven Mnuchin to launch an investigation by the Committee on Foreign Investment in the US into TikTok's acquisition of US video-sharing platform Musical.ly,[27] citing reports of censorship on the app, including a 15 September Washington Post article that provided evidence of TikTok's censorship of reports on the Hong Kong protests.[28]

ByteDance said that the Chinese Government doesn't order it to censor content on TikTok: 'To be clear: we do not remove videos based on the presence of Hong Kong protest content,' said a ByteDance spokesman cited by the New York Times.[29] But a former content moderator for TikTok also told the Times that 'managers in the United States had instructed moderators to hide videos that included any political messages or themes, not just those related to China'.

**AR-61**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy …   Page 12 of 28

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 37 of 288
TikTok Footnote 1, 2  ASPI - Mapping More of Chinas Tech Giants

Speaking on the condition of anonymity, the former content moderator said that the policy was to, in the newspaper's words, 'allow such political posts to remain on users' profile pages but to prevent them from being shared more widely in TikTok's main video feed'—a practice known as 'shadow banning'.

The concerns of other US Congress members extend from the app's use of censorship to curate and shape information flows and export CCP media narratives to data privacy and the potential for the app to be used as a tool of surveillance in the service of the Chinese party-state. On 24 October, senators Chuck Schumer and Tom Cotton penned a letter asking Acting Director of National Intelligence Joseph Maguire to determine whether TikTok's data collection practices pose a national security risk.[30]

David Carroll, an associate professor of media design at Parsons School of Design, discovered that TikTok's privacy policy in late 2018 indicated that user data could be shared 'with any member or affiliate of [its] group' in China. TikTok confirmed to him that 'data from TikTok users who joined the service before February 2019 may have been processed in China.'[31]

In November, regulators took action. Reuters reported that the US Government had launched a national security review of ByteDance's US$1 billion acquisition of Musical.ly.[32]

# Meiya Pico: from mobile data extraction to the Belt and Road's 'safety' and security corridor

Inside China and at its borders, people are being asked to hand over their phones for police inspections. Within minutes, police can connect, extract and analyse phone and personal user data on the phone. In online chatter on Chinese platforms about the matter, people mostly express their fears of police discovering applications for 'jumping the Great Firewall', but police can extract more than just a list of installed applications. They can extract and access call and message logs; contact lists and calendars; location information; audio, video and documents; and application data.

**AR-62**

In June 2019, Asia Society ChinaFile editor Muyi Xiao noticed multiple online reports on Chinese social media sites of Beijing and Shanghai police spot-checking people's phones and installing a mobile app called 'MFSocket'.[33] She investigated further and found similar reports from Guangdong and Xinjiang from as early as 2016. One citizen reported that their employer had asked them and other colleagues to report to a police station, where, after they had their ID cards inspected and their photos and fingerprints taken, MFSocket was installed on their phones. In this particular case, the citizen had Google's suite of apps installed (Google is available only outside China), and he was questioned about that.[34] It isn't clear whether these users were under suspicion for criminal activity, but one affected individual was reportedly going to the police station to update their ID, and another was riding their scooter and was stopped by police.[35] Muyi Xiao's investigations led her to the app's developer—Meiya Pico, a prominent player in China's digital forensics sector.

The MFSocket phone app is the client application for Meiya Pico's mobile phone forensics suite.[36]

Once a person's mobile phone is connected to the forensics terminal, the MFSocket app is pushed to the phone. When it's installed, the operator is able to extract phone and personal user data from the phone, including contacts, messages, calendar events, call record data, location information, video, audio, a list of apps, system logs[37] and almost 100 software applications.[38]

The functionality of MFSocket is neither unique nor suspicious; nor is it unusual for a digital forensics company to sell such software. What is of concern is the seemingly arbitrary nature of its use by police in China. It's also not the only mobile data extraction app used in China. The Fengcai or BXAQ app,[39] also known as 'MobileHunter',[40] for example, has been installed onto the phones of foreign journalists crossing from Kyrgyzstan into Xinjiang. Similarly to MFSocket, it collects personal and phone data.[41]

Beyond China's borders, Meiya Pico has provided training to Interpol[42] and sells its forensics and mobile hacking equipment to the Russian military.[43] Through financial support provided by China's Ministry of Public Security, Meiya Pico also has a unique role in BRI projects. A report on Chinese information controls by the Open Technology Fund

**AR-63**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy … Page 14 of 28

Case 1:20-cv-02658-CJN Document 48-2 Filed 11/01/20 Page 39 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of China's Tech Giants

suggests that this could be part of a 'safety corridor' between China and Europe,[44] linking safety and security products and services with foreign aid projects.[45]

Since 2013, Meiya Pico has been working with the Ministry of Public Security on BRI-focused foreign aid projects,[46] constructing digital forensics laboratories in Central Asia and Southeast Asia,[47] including in Vietnam[48] and Sri Lanka.[49] Meiya Pico claims to have provided, under the instruction of the ministry,[50] more than 50 training courses to police forces in 30 countries[51] as part of the BRI (Figure 1).[52] For these projects, Meiya Pico reportedly sends professional and technical personnel to each location to conduct in-depth technical communication and exchanges.[53] Chinese state media have reported that these projects enhance a country's ability to fight cybercrime through technical and equipment assistance and support.[54]

**Figure 1: Meiya Pico and BRI projects**



*Source: Meiya Pico, Belt and Road.*

# CloudWalk and data colonialism in Zimbabwe

The draconian techno-surveillance system that China is perfecting in Xinjiang and steadily expanding to the rest of the country is increasingly seen as an alternative model by

**AR-64**

non-democratic regimes around the world. In the first Mapping China's tech giants report, we examined how Chinese technology companies are closely entwined with the CCP's support for Zimbabwe's authoritarian regime. From the country's telco infrastructure through to social media and cybercrime laws, the PRC's influence is pervasive.

In March 2018, the Zimbabwean Government took this approach to a new level when it signed an agreement with CloudWalk Technology to build a national facial recognition database and monitoring system as part of China's BRI program of international infrastructure deals.[55] The agreement was reached between a 'special adviser to Zimbabwe's Presidential Office', the Minister of Science and Technology in Nansha district of Guangzhou and CloudWalk executives, according to a Science Daily (科技日报) report.[56] Under the deal, Zimbabwe will send biometric data on millions of its citizens to China to assist in the development of facial recognition algorithms that work with different ethnicities and will therefore expand the export market for China's product—an arrangement that had no input from ordinary Zimbabwean citizens. In exchange, Zimbabwe's authoritarian government will get access to CloudWalk's technology and the opportunity to copy China's digitally enabled authoritarian system.

Former Zimbabwean Ambassador to China Christopher Mutsvangwa told The Herald, a Zimbabwean newspaper, that CloudWalk had donated facial recognition terminals to the country and that the terminals are already being installed at every border post and point of entry around the southern African nation: 'China has proved to be our all-weather friend and this time around, we have approached them to spearhead our AI revolution in Zimbabwe.' [57]

The arrangement is paradigmatic of a new form of colonialism called 'data colonialism', in which raw information is harvested from developing countries for the commercial and strategic benefit of richer, more powerful nations that hold AI supremacy.[58] Writing in the New York Times, Kai-Fu Lee, the former Google China head and doyen of China's AI industry, outlined how these kinds of colonial arrangements are set to 'reshape today's geopolitical alliances':[59]

[I]f most countries will not be able to tax ultra-profitable AI companies to subsidize their workers, what options will they have? I foresee only one: Unless they wish to plunge their people into poverty, they will be forced to negotiate with whichever country supplies most of their AI software—China or the United States—to essentially become that

**AR-65**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy … Page 16 of 28
Case 1:20-cv-02658-CJN Document 48-2 Filed 11/01/20 Page 41 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of China's Tech Giants

country's economic dependent, taking in welfare subsidies in exchange for letting the 'parent' nation's AI companies continue to profit from the dependent country's users. Such economic arrangements would reshape today's geopolitical alliances.

The CloudWalk–Zimbabwe deal, Science Daily notes, is a first for the Chinese AI industry in Africa  and serves a clear geostrategic aim: '*[It] will enable China's artificial intelligence technology to serve the economic development of countries along the "belt and road initiative" route.*'

The arrangement will not only help bring the Zimbabwean regime's authoritarian practices further into the digital age, but will also enable the PRC—through state-backed and other nominally private companies—to export those means for other countries to use to surveil, repress and manipulate their populations.

Facial recognition technology is notoriously bad at detecting people with dark skin, making the data that the Zimbabwean Government is trading with CloudWalk highly prized.[60] By improving its facial recognition systems for people with dark skin, CloudWalk is effectively opening up whole new markets around the world for its technology, while Zimbabwe perceives CloudWalk as 'donating' its technology to the country.

In exchange for the private biometric details of the Zimbabwean citizenry, CloudWalk's technology will be deployed in the country's financial industry, airports, bus stations, railway stations and, as the Science Daily puts it, 'any other locations requiring face recognition to effectively maintain public security'.

According to The Herald, Zimbabwe signed another agreement with CloudWalk in April 2019, under which the Chinese firm will provide facial recognition for smart financial service networks, as well as intelligent security applications at airports and railway and bus stations. The new deal, according to the paper, was reached during a visit to China by Zimbabwean President Mnangagwa and forms part of China's BRI in Africa.[61]

'The Zimbabwean Government did not come to Guangzhou purely for AI or facial recognition technologies; rather it had a comprehensive package plan for such areas as infrastructure, technology and biology,' CloudWalk CEO Yao Zhiqiang said at the time, according to the paper.

**AR-66**

Case 1:20-cv-02658-CJN Document 48-2 Filed 11/01/20 Page 42 of 288

# BeiDou: China's satellite and space race

Unlike other entities featured in this report, the BeiDou Navigation Satellite System (Bei-Dou) isn't a company; rather, it's a centrally controlled satellite constellation and associated service that provides positioning, navigation and timing information. It also presents itself as a completely functional and improved alternative to the US-controlled Global Positioning System (GPS).

The development of BeiDou began after the Third Taiwan Strait Crisis of 1996, when missile tests by the Chinese military were ineffective due to suspected US-directed disruption of the GPS. After that failure, the 'Chinese military decided, no matter how much it would cost, [that China] had to build its own independent satellite navigation system.'[62]

The first generation of the system consisted of three satellites that provided rudimentary positioning services to users in China. However, in 2013, China reached its first agreements to export the service to other countries. Since then, BeiDou has upped the tempo of its global expansion and engagement.

For increased accuracy, positional satellites such as the BeiDou constellations need to precisely determine their orbital position. At this fine scale, satellite orbits aren't regular across the globe, and modelling them within the millisecond relies on a global network of reference stations and onboard atomic clocks. The reference stations share data containing information on how long signals take to reach the receiver from the satellite, and then precise orbital determination can be more accurately modelled by trilaterating (similar to triangulating – using distances rather than angles) those signals (Figure 2). A wide geographical spread of reference stations allows the orbit to be precisely determined over a larger area.[63] By having stations or receivers overseas, including in Australia, for example, BeiDou is able to more precisely determine post-processing adjustments over Australia, and thereby provide more precise positional data to an end user.

**Figure 2: An infographic explaining how base stations can improve GNSS positional accuracy**

Case 1:20-cv-02658-CJN Document 48-2 Filed 11/01/20 Page 43 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of China's Tech Giants



Figure 40 Differential GNSS

*Source: An introduction to GNSS, Hexagon.*

In 2013, BeiDou signed an agreement with Brunei to supply the country with the technology for military and civilian use at a heavily subsidised price.[64] Following Chinese Premier Li Keqiang's 2013 visit to Islamabad, Pakistan became the first country in the world to sign an official cooperation agreement with the BeiDou Navigation Satellite System in both the military and civilian sectors.

Pakistan was granted access to the system's post-processed data service, which provides far more precise location services and accompanying encryption services.[65] These additional features allow for more precise guidance for missiles, ships and aircraft.[66] In recent years agreements have also been reached with other countries including the United States and Russia to establish interoperability between different GNSS satellite constellations.

In the run-up to the 3rd generation of BeiDou's satellite constellation, the service began to more aggressively pursue internationalisation. Agreements with countries in South and Southeast Asia were signed, providing access to BeiDou services and allowing BeiDou to construct permanent reference stations across the region and increase its posi-

**AR-68**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy …   Page 19 of 28
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 44 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of Chinas Tech Giants

tional accuracy outside China's borders. In 2014, it was announced that China was planning to construct 220 reference stations in Thailand and a network of 1,000 across Southeast Asia.[67] These newer stations improve the precise post-processing accuracy of the satellite signals, which in turn increases the precision of signals received by end users.[68]

In 2014, China Satellite Navigation System Management Office and Geoscience Australia established a similar agreement, but on a smaller scale. They met in Beijing with representatives of Wuhan University. The two sides reportedly agreed to establish a formal cooperation mechanism.[69]

Wuhan University was to provide Geoscience Australia with three continuously operating reference stations equipped with satellite signal receivers constructed by China Electronic Technology Group (CETC). CETC is one of China's largest state-owned defence companies and was covered in the original dataset of Mapping China's Technology Giants.[70] By using CETC-constructed receivers, GA was provided access to additional signals that were unavailable to commercial off-the-shelf receivers. GA manages the communications of these sites, and also receives access to the global Wuhan University's network of overseas tracking data.[71]

BeiDou's presence in Australia has previously attracted academic and media scrutiny. Professor Anne-Marie Brady has been critical of Australia's engagement with BeiDou because of its role in guiding China's military technologies:[72]

Australia is playing a small part in helping China to get a GPS system as effective as the US system. China is aiming to have a better one than the US has by 2020, and so is Russia. They need ground stations to coordinate their satellites and they need them in the Pacific. Their first ground station in the Pacific region was built in Perth.

The three BeiDou ground facilities in Australia are at Yarragadee Station (Western Australia; the first one built), Mount Stromlo (Australian Capital Territory) and Katherine (Northern Territory) and are operated by Geoscience Australia. They were built in 2016 and have been operating for over three years.[73] No data is sent directly from these (or any) receivers back to the BeiDou satellites, and detailed positional and signal data is provided publicly. These data streams are widely used by industry and civilian end-users.

**AR-69**

The stations are a small part of Australia's GNSS network, which then publicly provides precise positional and signal data. But it's worth noting that Wuhan University has close links to the People's Liberation Army (PLA) and has been previously accused by the US and Taiwanese Governments of carrying out cyberattacks.[74]

# Foreign investment

The detention of an estimated 1.5 million members of ethnic minority groups,[75] chiefly Uyghur, in so-called re-education camps in China's far western region of Xinjiang is a human rights violation on a massive scale.[76] For Chinese security companies, however, it is a win.

Many of the AI and surveillance companies added to our Mapping China's Technology Giants project have capitalised on China's surge in security spending, particularly in Xinjiang, in recent years.

Spending on security-related construction in Xinjiang tripled in 2017, according to an analysis of government expenditure by Adrian Zenz for the Jamestown Foundation.[77]

For Chinese security, AI and surveillance companies, Xinjiang has become, as Charles Rollet put it in Foreign Policy, 'both a lucrative market and a laboratory to test the latest gadgetry'.[78] The projects there, he notes, 'include not only security cameras but also video analytics hubs, intelligent monitoring systems, big data centres, police checkpoints, and even drones.'

But China's burgeoning surveillance state isn't limited to Xinjiang. The Ministry of Public Security has ploughed billions of dollars into two government plans, called Skynet project (天网工程)[79] and Sharp Eyes project (雪亮工程),[80] that aim to comprehensively surveil China's 1.4 billion people by 2020 through a video camera network using facial recognition technology.

China will add 400 million security cameras through 2020, according to Morgan Stanley, making investing in companies such as Hikvision and Dahua—which have received government contracts totalling more than US$1 billion[81]—extremely enticing for investors

**AR-70**

seeking high returns. Crucially, the gold rush hasn't been limited to Chinese firms and investors.

Foreign investors, either passively or actively, are also profiting from China's domestic security and surveillance spending binge. Investment funds controlling around US$1.9 trillion that measure their performance against MSCI's benchmark Emerging Markets Index funnel capital into companies such as Hikvision[82], Dahua[83] and iFlytek,[84] which have profited from the development of Xinjiang detention camps.

The market valuation of SenseTime, one of a few companies handpicked by the party-state to lead the way in China's AI development, soared in 2018 on the back of increased government funding for its national facial recognition surveillance system.

Those massive government contracts have helped SenseTime attract top venture capital and private equity firms as well as strategic investors around the world, including Japanese tech conglomerate Softbank Group's Saudi-backed Vision Fund. US venture fund IDG Capital supplied 'tens of millions of dollars' in initial funding to the company in August 2014.[85]

Other major shareholders include e-commerce giant Alibaba Group Holding Ltd, London-based Fidelity International (a subsidiary of Boston-based Fidelity Investments), Singaporean state investment firm Temasek Holdings, US private equity firms Silver Lake Partners and Tiger Global Management, and the venture capital arm of US telco Qualcomm.

More than 17 US universities and public pension plans have put money into vehicles run by some of these venture capital funds, according to an Australian Financial Review report citing historical PitchBook data.[86]

SenseTime rival, Megvii Technology, has also benefited from foreign investment, including from a Macquarie Group fund that sunk $US30 million ($44 million) into the facial recognition start-up.[87]

Macquarie declined to comment when questioned about the investment by the Australian Financial Review. Other firms such as Goldman Sachs Group Inc, have stated they're reviewing their involvement in Megvii's planned initial public offering after the U.S. gov-

**AR-71**

ernment placed it on the US Entity List for alleged complicity in Beijing's human rights abuses in China.[88]

Two of America's biggest public pension funds—the California State Teachers' Retirement System and the New York State Teachers' Retirement System—own stakes in Hikvision, as the Financial Times reported in March 2019.[89] Since at least 2018, Meiya Pico shares have been included in the FTSE  Russell Global Equity Index.[90]

Even if these companies aren't listed on foreign bourses or are receiving money from foreign venture capital funds, they might still be getting investments from companies such as the BATs—Baidu, Alibaba and Tencent—that are traded on US stock exchanges.[91]

But, more often than not, the investments are made directly and wittingly by active funds that are seeking to maximise profits off the back of the boom in surveillance technologies used across China. To put it plainly, Western capital markets have funded mass detentions and an increasingly sophisticated repressive apparatus in China.

Some funds that have done their human rights and national security due diligence have started to divest themselves of some of these companies. At least seven US equity funds have divested from Hikvision, for instance.[92] But many have not.

'A lot of investors talk about ethical investing but when it comes to Hikvision and Xinjiang they are happy to fill their boots,' one fund manager who sold out of Hikvision told the Financial Times in March 2019. 'It is pretty hypocritical.'[93]

# All roads lead to Xinjiang

In November 2019, internal Communist Party documents—obtained by the International Consortium of Investigative Journalists (ICIJ)—provided documentary evidence of how authorities in Xinjiang are using data and artificial intelligence to pioneer a new form of social control.[94] The documents showed how authorities are using a data management system called the Integrated Joint Operation Platform (IJOP)—previously reported on by Human Rights Watch—to predictively identify those suspected of harbouring extremist

**AR-72**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy …   Page 23 of 28

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 48 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of China's Tech Giants

views and criminal intent.[95] Among the documents, a bulletin published on 25 June 2017, reveals how the IJOP system detected about 24,412 "suspicious" people in southern Xinjiang during one particular week. Of those people, 15,683 were sent to "education and training" — a euphemism for detention camps—and 706 were "criminally detained".[96]

A month before this leak, in October 2019, the US Government added many of the AI and surveillance companies in this dataset—including Dahua Technology, iFlytek, Megvii Technology, SenseTime, Xiamen Meiya Pico Information Co. Ltd, Yitu Technologies and Hikvision[97]—to the US Entity List because of their roles in human rights violations in Xinjiang.[98]

However, Chinese tech companies' activities in Xinjiang go beyond surveillance and extend to areas like propaganda and other coercive measures.

For example, we have found that TikTok's parent company ByteDance—which is not on the US entity list for human rights violations in Xinjiang—collaborates with public security bureaus across China, including in Xinjiang where it plays an active role in disseminating the party-state's propaganda on Xinjiang.

Xinjiang Internet Police reportedly "arrived" on Douyin—a ByteDance and video-sharing app—and built a "new public security and Internet social governance model" in 2018.[99] In April 2019, the Ministry of Public Security's Press and Publicity Bureau signed a strategic cooperation agreement with ByteDance to promote the "influence and credibility" of police departments nationwide.[100] Under the agreement, all levels and divisions of police units from the Ministry of Public Security to county-level traffic police would have their own Douyin account to disseminate propaganda. The agreement also reportedly says ByteDance would increase its offline cooperation with the police department, however it is unclear what this offline cooperation is.

Tech companies have been piling into Xinjiang since the early 2010s. Huawei has been working for the Karamay Police Department on cloud computing projects since 2011,[101] despite its debunked claims to work only with third parties.[102] ZTE held its first Smart Cities Forum in Urumqi in 2013,[103] and its 'safe city' solution has been largely used in surveillance and policing.[104] In 2010, iFlytek set up a subsidiary in Xinjiang and a laboratory to develop speech recognition technology,[105] especially in minority languages—tech-

**AR-73**

nologies that are now used by the Xinjiang Government to track and identify minority populations.[106]

A surveillance industry boom was born out of the central government's 2015 policy to prioritise 'stability' in Xinjiang[107] and the national implementation of the Sharp Eyes surveillance project from 2015 to 2020.[108] As of late 2017, 1,013 local security companies were working in Xinjiang;[109] that figure excludes some of the largest companies operating in the region, such as Dahua and Hikvision, which had already won multimillion-dollar bids to build systems to surveil streets and mosques.[110]

Also in 2017, even with the central government halting some of the popular 'PPP' projects (public– private partnerships that channel private money into public infrastructure projects) that were debt hazards[111] and tech companies becoming more cautious about investing in those projects, Xinjiang was an exception for about a year. Tech companies continued to hunt for opportunities in Xinjiang because funding for surveillance-related PPP projects in Xinjiang comes directly from defence and counterterrorism expenditure.[112] However, in 2018, the debt crackdown eventually reached Xinjiang and a number of PPP projects there were also suspended. [113]

A significant policy that encourages technology companies to profit from the situation in Xinjiang is the renewed 'Xinjiang Aid' scheme (援疆政策). Dating from the 1980s, these policies channel funds from other provincial governments to Xinjiang. Since the mass detentions in 2017 this scheme has encouraged companies in other provinces to open subsidiaries or factories in Xinjiang—factories that former detainees are forced to work in.[114]

A company can contribute to the Xinjiang Aid program, and the broader situation in the region, in many different ways. In 2014, for example, Alibaba began to provide cloud computing technologies for the Xinjiang Government in areas of policing and counterterrorism.[115] In 2018, as part of Zhejiang Province's Xinjiang Aid efforts, Alibaba was set to open large numbers of e-commerce service stations in Xinjiang, selling clothes and electronics.[116] There's no direct evidence that suggests Alibaba sells products sourced from forced labour. But clothing companies that have recently opened up factories in Xinjiang, because of favourable polices and an abundance of local labour—which can include forced

**AR-74**

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy … Page 25 of 28

Case 1:20-cv-02658-CJN Document 48-2 Filed 11/01/20 Page 50 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of China's Tech Giants

labour[117]—have relied on Alibaba's platforms to sell clothes to China, North America, Europe and the Middle East.[118]

Most of ByteDance's activities in Xinjiang fall under the "Xinjiang Aid" initiative and the company's cooperation with Xinjiang authorities is focused on Hotan, a part of Xinjiang that has been the target of some of the most severe repression. The area is referred to by the party-state as the most "backward and resistant".[119] According to satellite imagery analysis conducted by ASPI, there are approximately a dozen suspected detention facilities in the outskirts of Hotan.[120] The city has seen an aggressive campaign of cemetery, mosque and traditional housing demolition since November 2018, which continues today.

In November 2019, Beijing Radio and Television Bureau announced its "Xinjiang Aid" measures in Hotan, to "propagate and showcase Hotan's new image"—after more than two years of mass detention and close surveillance of ethnic minorities had taken place there. These measures include guiding and helping local Xinjiang authorities and media outlets to use ByteDance's news aggregation app for Jinri Toutiao (Today's Headlines) and video-sharing app Douyin to gain traction online.[121] A Tianjin Daily article reported this April that after listening to talks by representatives from ByteDance's Jinri Toutiao division, Hotan Propaganda Bureau official Zhou Nengwen (周能文) said he was excited to use the Douyin platform to promote Hotan's products and image.[122]

Technology companies actively support state projects, even when those projects have nothing to do with tech. Also under the Xinjiang Aid umbrella, telecom companies such as China Unicom send their 'most politically reliable' employees to Xinjiang[123] and deploy fanghuiju (访惠聚) units to villages in Xinjiang. 'Fanghuiju' is a government initiative that sends cadres from government agencies, state-owned enterprises and public institutions to regularly visit and surveil people.[124]

The China Unicom fanghuiju units were reportedly tasked with changing the villages, including villagers' thoughts that are religious or go against CCP doctrines.[125] Adding some of China's more well-known technology and surveillance companies to the US Entity List was largely symbolic—after Huawei, Dahua and Hikvision were blacklisted in the US, Uniview's president told reporters that, at a time when 'leading Chinese technology companies are facing tough scrutiny overseas', companies such as Uniview had the opportunity to grow and pursue their overseas strategies.[126]

**AR-75**

Unfortunately, it's extremely difficult for international authorities to sanction the circa 1,000 homegrown local Xinjiang security companies. However, as companies such as Huawei seek to expand overseas, foreign governments can play a more active role in rejecting those that participate in the Chinese Government's repressive Xinjiang policies.

For example, the timeline of Huawei's Xinjiang activities should be taken into consideration during debates about Huawei and 5G technologies. Huawei's work in Xinjiang is extensive and includes working directly with the Chinese Government's public security bureaus in the region. The announcement of one Huawei public security project in Xinjiang—made in 2018 through a government website in Urumqi[127]—quoted a Huawei director as saying, 'Together with the Public Security Bureau, Huawei will unlock a new era of smart policing and help build a safer, smarter society.'[128] In fact, some of Huawei's promoted 'success cases' are Public Security Bureau projects in Xinjiang, such as the Modular Data Center for the Public Security Bureau of Aksu Prefecture in Xinjiang.[129] Huawei also provides police in Xinjiang with technical support to help 'meet the digitization requirements of the public security industry'.[130]

In May 2019, Huawei signed a strategic agreement with the state-owned media group Xinjiang Broadcasting and Television Network Co. Ltd at Huawei's headquarters in Shenzhen. The agreement, which aims at maintaining social stability and creating positive public opinion, covered areas including internet infrastructure, smart cities and 5G.[131]

In 2018, when the Xinjiang Public Security Department and Huawei signed the agreement to establish an 'intelligent security industry' innovation lab in Urumqi. Fan Lixin, a Public Security Department official, said at the signing ceremony that Huawei had been supplying reliable technical support for the department.[132] In 2016, Xinjiang's provincial government signed a partnership agreement with Huawei.[133] The two sides agreed to jointly develop cloud computing and big-data industries in Xinjiang. As mentioned above, Huawei began to work in cloud computing in Karamay (a Huawei cloud-computing 'model city' in Xinjiang)[134] as early as 2011 in several sectors, including public security video surveillance.

In 2014, Huawei participated in an anti-terrorism BRI-themed conference in Urumqi as 'an important participant of' a program called 'Safe Xinjiang'—code for a police surveillance system. Huawei was said to have built the police surveillance systems in Karamay

**AR-76**

and Kashgar prefectures and was praised by the head of Xinjiang provincial police department for its contributions in the Safe Xinjiang program.

Huawei was reportedly able to process and analyse footage quickly and conduct precise searches in the footage databases (for example, of the colour of cars or people and the direction of their movements) to help solve criminal cases.[135]

Since mass detentions began in Xinjiang over two years ago, state-affiliated technology companies such as those covered in this report have greatly expanded their remit and become a central part of the surveillance state in Xinjiang. Xinjiang's crackdown on religious and ethnic minorities has been completed across the region. It has used and continues to use several different mechanisms of coercive control, such as arbitrary detention, coerced labour practices[136] and at-home forced political indoctrination. Technology companies are intrinsically linked with many of those efforts, as the state's crackdown offers ample opportunities for incentivised expansion and profitability.[137]

# Conclusion

The aim of this report is to promote a more informed debate about the growth of China's tech giants and to highlight areas where their expansion raises political, geostrategic, ethical and human rights concerns.

The Chinese tech companies in this report enjoy a highly favourable regulatory environment and are unencumbered by privacy and human rights concerns. Many are engaged in deeply unethical behaviour in Xinjiang, where their work directly supports and enables mass human rights abuses.

The CCP's own policies and official statements make it clear that it perceives the expansion of Chinese technology companies as a crucial component of its wider project of ideological and geopolitical expansion, and that they are not purely commercial actors.[138] The PRC's suite of intelligence and security laws which can compel individuals and entities to participate in intelligence work[139], and the CCP committees embedded within the

Mapping more of China's tech giants: AI and surveillance | Australian Strategic Policy …   Page 28 of 28

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 53 of 288
TikTok Footnote 1, 2 - ASPI - Mapping More of China's Tech Giants

tech companies (Chinese media has reported Huawei has more than 300 for example[140])
highlight the inextricable links between industry and the Chinese party-state.

These close ties make it difficult for them to be politically neutral actors. For western
governments and corporations, developing risk mitigation strategies is essential, particu-
larly when it comes to critical technology areas.

Some of these companies lead the world in cutting-edge technology development, partic-
ularly in the AI and surveillance sectors. But this technology development is focused on
servicing authoritarian needs, and as these companies go global (an expansion often
funded by PRC loans and aid) this technology is going global as well. This alone should
give Western policymakers pause.

Increasing technological competition has the potential to deliver many benefits across
the spectrum, but the benefits will not always accrue without good policy. If the West is
going to continue to support the global expansion of these companies, it should, at a min-
imum, better understand the spectrum of policy risks and hold these companies to the
same levels of accountability and transparency as it does its own corporations.

**AR-78**

**Christopher Wray**

Director
Federal Bureau of Investigation

Hudson Institute, Video Event: China's Attempt to Influence U.S. Institutions
Washington, D.C.

*July 7, 2020*

# The Threat Posed by the Chinese Government and the Chinese Communist Party to the Economic and National Security of the United States

*Remarks as delivered.*

Good morning. I realize it's challenging, particularly under the current circumstances, to put on an event like this, so I'm grateful to the Hudson Institute for hosting us today.

The greatest long-term threat to our nation's information and intellectual property, and to our economic vitality, is the counterintelligence and economic espionage threat from China. It's a threat to our economic security—and by extension, to our national security.

As National Security Advisor O'Brien said in his recent remarks (https://www.whitehouse.gov/briefings-statements/chinese-communist-partys-ideology-global-ambitions/), we cannot close our eyes and ears to what China is doing—and today, in light of the importance of this threat, I will provide more detail on the Chinese threat than the FBI has ever presented in an open forum. This threat is so significant that the attorney general and secretary of state will also be addressing a lot of these issues in the next few weeks. But if you think these issues are just an intelligence issue, or a government problem, or a nuisance largely just for big corporations who can take care of themselves—you could not be more wrong.

✉ **Stay Connected**
Get FBI email alerts

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utm

No Thanks                                                                              ✕

**AR-204**

TikTok Footnote 31 - The Threat Posed by the Chinese Government and the Chinese Communist Party



(https://www.fbi.gov/image-repository/wray-hudson-070720e.jpg)

FBI Director Christopher Wray discusses the threat China poses to U.S. economic and national security during a July 7, 2020 video event at the Hudson Institute in Washington, D.C.

It's the people of the United States who are the victims of what amounts to Chinese theft on a scale so massive that it represents one of the largest transfers of wealth in human history.

If you are an American adult, it is more likely than not that China has stolen your personal data.

In 2017, the Chinese military conspired to hack Equifax and made off with the sensitive personal information of 150 million Americans—we're talking nearly half of the American population and most American adults—and as I'll discuss in a few moments, this was hardly a standalone incident.

Data isn't the only thing at stake here—so are our health, our livelihoods, and our security.

**✉ Stay Connected**
Get FBI email alerts

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utr

No Thanks ✕

**AR-205**

We've now reached the point where the FBI is opening a new China-related counterintelligence case about every 10 hours. Of the nearly 5,000 active FBI counterintelligence cases currently underway across the country, almost half are related to China. And at this very moment, China is working to compromise American health care organizations, pharmaceutical companies, and academic institutions conducting essential COVID-19 research.

But before I go on, let me be clear: This is not about the Chinese people, and it's certainly not about Chinese Americans. Every year, the United States welcomes more than 100,000 Chinese students and researchers into this country. For generations, people have journeyed from China to the United States to secure the blessings of liberty for themselves and their families—and our society is better for their contributions. So, when I speak of the threat from China, I mean the government of China and the Chinese Communist Party.

# The Chinese Regime and the Scope of Its Ambitions

To understand this threat and how we must act to respond to it, the American people should remember three things.

First: We need to be clear-eyed about the scope of the Chinese government's ambition. China—the Chinese Communist Party—believes it is in a generational fight to surpass our country in economic and technological leadership.

That is sobering enough. But it's waging this fight not through legitimate innovation, not through fair and lawful competition, and not by giving their citizens the freedom of thought and speech and creativity that we treasure here in the United States. Instead, China is engaged in a whole-of-state effort to become the world's only superpower by any means necessary.

# A Diverse and Multi-Layered Approach

The second thing the American people need to understand is that China uses a diverse range of sophisticated techniques—everything from cyber intrusions to corrupting trusted insiders. They've even engaged in outright physical theft. And they've pioneered an expansive approach to stealing innovation through a wide range of actors—including

Stay Connected
Get Email Alerts

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utr

No Thanks

AR-206

not just Chinese intelligence services but state-owned enterprises, ostensibly private companies, certain kinds of graduate students and researchers, and a whole variety of other actors working on their behalf.

## Economic Espionage

To achieve its goals and surpass America, China recognizes it needs to make leaps in cutting-edge technologies. But the sad fact is that instead of engaging in the hard slog of innovation, China often steals American intellectual property and then uses it to compete against the very American companies it victimized—in effect, cheating twice over. They're targeting research on everything from military equipment to wind turbines to rice and corn seeds.

Through its talent recruitment programs, like the so-called Thousand Talents Program, the Chinese government tries to entice scientists to secretly bring our knowledge and innovation back to China—even if that means stealing proprietary information or violating our export controls and conflict-of-interest rules.

Take the case of scientist Hongjin Tan, for example, a Chinese national and American lawful permanent resident. He applied to China's Thousand Talents Program and stole more than $1 billion—that's with a "b"—worth of trade secrets from his former employer, an Oklahoma-based petroleum company, and got caught. A few months ago, he was convicted and sent to prison.

Or there's the case of Shan Shi, a Texas-based scientist, also sentenced to prison earlier this year. Shi stole trade secrets regarding syntactic foam, an important naval technology used in submarines. Shi, too, had applied to China's Thousand Talents Program, and specifically pledged to "digest" and "absorb" the relevant technology in the United States. He did this on behalf of Chinese state-owned enterprises, which ultimately planned to put the American company out of business and take over the market.

In one of the more galling and egregious aspects of the scheme, the conspirators actually patented in China the very manufacturing process they'd stolen, and then offered their victim American company a joint venture using its own stolen technology. We're talking about an American company that spent years and millions of dollars developing that technology, and China couldn't replicate it—so, instead, it paid to have it stolen.

✉ **Stay Connected**
Get FBI email alerts

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utr

No Thanks                                                                                    ✕

AR-207

The Threat Posed by the Chinese Government and the Chinese Communist Party to the Economi... Page 5 of 12
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 58 of 288
TikTok Footnote 31 - The Threat Posed by the Chinese Government and the Chinese Communist Party

And just two weeks ago, Hao Zhang was convicted of economic espionage, theft of trade secrets, and conspiracy for stealing proprietary information about wireless devices from two U.S. companies. One of those companies had spent over 20 years developing the technology Zhang stole.

These cases were among more than a thousand investigations the FBI has into China's actual and attempted theft of American technology—which is to say nothing of over a thousand more ongoing counterintelligence investigations of other kinds related to China. We're conducting these kinds of investigations in all 56 of our field offices. And over the past decade, we've seen economic espionage cases with a link to China increase by approximately 1,300 percent.

The stakes could not be higher, and the potential economic harm to American businesses and the economy as a whole almost defies calculation.

## Clandestine Efforts

As National Security Advisor O'Brien discussed in his June remarks, the Chinese government is also making liberal use of hacking to steal our corporate and personal data—and they're using both military and non-state hackers to do it. The Equifax intrusion I mentioned just a few moments ago, which led to the indictment of Chinese military personnel, was hardly the only time China stole the sensitive personal information of huge numbers of the American public.

For example, did any of you have health insurance through Anthem or one of its associated insurers? In 2015, China's hackers stole the personal data of 80 million of that company's current and former customers.

Or maybe you're a federal employee—or you used to be one, or you applied for a government job once, or a family member or roommate did. Well, in 2014, China's hackers stole more than 21 million records from OPM, the federal government's Office of Personnel Management.

Why are they doing this? First, China has made becoming an artificial intelligence world leader a priority, and these kinds of thefts feed right into China's development of artificial intelligence tools.

✉ **Stay Connected**

Get FBI email alerts

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utr

No Thanks                                                                                                     ✕

**AR-208**

Compounding the threat, the data China stole is of obvious value as they attempt to identify people for secret intelligence gathering. On that front, China is using social media platforms—the same ones Americans use to stay connected or find jobs—to identify people with access to our government's sensitive information and then target those people to try to steal it.

Just to pick one example, a Chinese intelligence officer posing as a headhunter on a popular social media platform recently offered an American citizen a sizeable sum of money in exchange for so-called "consulting" services. That sounds benign enough until you realize those "consulting" services were related to sensitive information the American target had access to as a U.S. military intelligence specialist.

Now that particular tale has a happy ending: The American citizen did the right thing and reported the suspicious contact, and the FBI, working together with our armed forces, took it from there. I wish I could say that all such incidents ended that way.

## Threats to Academia

It's a troublingly similar story in academia.

Through talent recruitment programs like the Thousand Talents Program I mentioned just a few moments ago, China pays scientists at American universities to secretly bring our knowledge and innovation back to China—including valuable, federally funded research. To put it bluntly, this means American taxpayers are effectively footing the bill for China's own technological development. China then leverages its ill-gotten gains to undercut U.S. research institutions and companies, blunting our nation's advancement and costing American jobs. And we are seeing more and more of these cases.

In May alone, we arrested both Qing Wang, a former researcher with the Cleveland Clinic who worked on molecular medicine and the genetics of cardiovascular disease, and Simon Saw-Teong Ang, a University of Arkansas scientist doing research for NASA. Both of these guys were allegedly committing fraud by concealing their participation in Chinese talent recruitment programs while accepting millions of dollars in American federal grant funding.

That same month, former Emory University professor Xiao-Jiang Li pled guilty to filing a false tax return for failing to report the income he'd received through China's Thousand Talents Program. Our investigation found that while Li was researching Huntington's disease at Emory, he was also pocketing half a million unreported dollars from China.

✉ **Stay Connected**
Get FBI email alerts
Subscribe (https://delivery.fbi.gov/subscriber?utm_source=News+%20Sideband&utm_medium=Sticky+%20Footer&utr
No Thanks
×

**AR-209**

In a similar vein, Charles Lieber, chair of Harvard's Department of Chemistry and Chemical Biology, was indicted just last month for making false statements to federal authorities about his Thousand Talents participation. The United States has alleged that Lieber concealed from both Harvard and the NIH his position as a strategic scientist at a Chinese university—and the fact that the Chinese government was paying him, through the Wuhan Institute of Technology, a $50,000 monthly stipend, more than $150,000 in living expenses, and more than $1.5 million to establish a laboratory back in China.

## Malign Foreign Influence

There's more. Another tool China and the Chinese Communist Party use to manipulate Americans is what we call malign foreign influence.

Now, traditional foreign influence is a normal, legal diplomatic activity typically conducted through diplomatic channels. But malign foreign influence efforts are subversive, undeclared, criminal, or coercive attempts to sway our government's policies, distort our country's public discourse, and undermine confidence in our democratic processes and values.

China is engaged in a highly sophisticated malign foreign influence campaign, and its methods include bribery, blackmail, and covert deals. Chinese diplomats also use both open, naked economic pressure and seemingly independent middlemen to push China's preferences on American officials.

Just take one all-too-common illustration: Let's say China gets wind that some American official is planning to travel to Taiwan—think a governor, a state senator, a member of Congress. China does not want that to happen, because that travel might appear to legitimize Taiwanese independence from China—and legitimizing Taiwan would, of course, be contrary to China's "One China" policy.

So what does China do? Well, China has leverage over the American official's constituents—American companies, academics, and members of the media all have legitimate and understandable reasons to want access to Chinese partners and markets. And because of the authoritarian nature of the Chinese Communist Party, China has immense power over those same partners and markets. So, China will sometimes start by trying to influence the American official overtly and directly. China might openly warn that if the American official goes ahead and takes that trip to Taiwan, China will take it out on a company from that official's home state by withholding the

✉ **Stay Connected**
Get FBI email alerts

**AR-210**

company's license to manufacture in China. That could be economically ruinous for the company, would directly pressure the American official to alter his travel plans, and the official would know that China was trying to influence him.

That would be bad enough. But the Chinese Communist Party often doesn't stop there; it can't stop there if it wants to stay in power—so it uses its leverage even more perniciously. If China's more direct, overt influence campaign doesn't do the trick, they sometimes turn to indirect, covert, deceptive influence efforts.

To continue with the illustration of the American official with travel plans that the Chinese Communist Party doesn't like, China will work relentlessly to identify the people closest to that official—the people that official trusts most. China will then work to influence those people to act on China's behalf as middlemen to influence the official. The co-opted middlemen may then whisper in the official's ear and try to sway the official's travel plans or public positions on Chinese policy. These intermediaries, of course, aren't telling the American official that they're Chinese Communist Party pawns—and worse still, some of these intermediaries may not even realize they're being used as pawns, because they, too, have been deceived.

Ultimately, China doesn't hesitate to use smoke, mirrors, and misdirection to influence Americans.

Similarly, China often pushes academics and journalists to self-censor if they want to travel into China. And we've seen the Chinese Communist Party pressure American media and sporting giants to ignore or suppress criticism of China's ambitions regarding Hong Kong or Taiwan. This kind of thing is happening over and over, across the United States.

And I will note that the pandemic has unfortunately not stopped any of this—in fact, we have heard from federal, state, and even local officials that Chinese diplomats are aggressively urging support for China's handling of the COVID-19 crisis. Yes, this is happening at both the federal and state levels. Not that long ago, we had a state senator who was recently even asked to introduce a resolution supporting China's response to the pandemic.

✉**Stay Connected**

The bottom line is this: All of these seemingly inconsequential pressures add up to a policymaking environment in which Americans find themselves held over a barrel by the Chinese Communist Party.

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utm...

No Thanks                                                                                              ✕

**AR-211**

## Threats to the Rule of Law

All the while, China's government and Communist Party have brazenly violated well-settled norms and the rule of law.

Since 2014, Chinese General Secretary Xi Jinping has spearheaded a program known as "Fox Hunt." Now, China describes Fox Hunt as some kind of international anti-corruption campaign—it is not. Instead, Fox Hunt is a sweeping bid by General Secretary Xi to target Chinese nationals whom he sees as threats and who live outside China, across the world. We're talking about political rivals, dissidents, and critics seeking to expose China's extensive human rights violations.

Hundreds of the Fox Hunt victims that they target live right here in the United States, and many are American citizens or green card holders. The Chinese government wants to force them to return to China, and China's tactics to accomplish that are shocking. For example, when it couldn't locate one Fox Hunt target, the Chinese government sent an emissary to visit the target's family here in the United States. The message they said to pass on? The target had two options: return to China promptly, or commit suicide. And what happens when Fox Hunt targets refuse to return to China? In the past, their family members both here in the United States and in China have been threatened and coerced, and those back in China have even been arrested for leverage.

I'll take this opportunity to note that if you believe the Chinese government is targeting you—that you're a potential Fox Hunt victim—please reach out to your local FBI field office.

# Exploiting Our Openness

Understanding how a nation could engage in these tactics brings me to the third thing the American people need to remember: that China has a fundamentally different system than ours—and it's doing all it can to exploit the openness of ours while taking advantage of its own closed system.

Many of the distinctions that mean a lot here in the United States are blurry or almost nonexistent in China—I'm talking about distinctions between the government and the Chinese Communist Party, between the civilian and military sectors, and between the state and the "private" sector.

Stay Connected
Get FBI email alerts

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utr

No Thanks ✕

**AR-212**

The Threat Posed by the Chinese Government and the Chinese Communist Party to the Econo...    Page 10 of 12
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 63 of 288
TikTok Footnote 31 - The Threat Posed by the Chinese Government and the Chinese Communist Party

For one thing, an awful lot of large Chinese businesses are state-owned enterprises—literally owned by the government, and thus the Party. And even if they aren't, China's laws allow its government to compel any Chinese company to provide any information it requests—including American citizens' data.

On top of that, Chinese companies of any real size are legally required to have Communist Party "cells" inside them to keep them in line. Even more alarmingly, Communist Party cells have reportedly been established in some American companies operating in China as a cost of doing business there.

These kinds of features should give U.S. companies pause when they consider working with Chinese corporations like Huawei—and should give all Americans pause, too, when relying on such a company's devices and networks. As the world's largest telecommunications equipment manufacturer, Huawei has broad access to much that American companies do in China. It's also been charged in the United States with racketeering conspiracy and has, as alleged in the indictment, repeatedly stolen intellectual property from U.S. companies, obstructed justice, and lied to the U.S. government and its commercial partners, including banks.

The allegations are clear: Huawei is a serial intellectual property thief, with a pattern and practice of disregarding both the rule of law and the rights of its victims. I have to tell you, it certainly caught my attention to read a recent article describing the words of Huawei's founder, Ren Zhengfei, about the company's mindset. At a Huawei research and development center, he reportedly told employees that to ensure the company's survival, they need to—and I quote—"surge forward, killing as you go, to blaze us a trail of blood." He's also reportedly told employees that Huawei has entered, to quote, "a state of war." I certainly hope he couldn't have meant that literally, but it's hardly an encouraging tone, given the company's repeated criminal behavior.

In our modern world, there is perhaps no more ominous prospect than a hostile foreign government's ability to compromise our country's infrastructure and devices. If Chinese companies like Huawei are given unfettered access to our telecommunications infrastructure, they could collect any of your information that traverses their devices or networks. Worse still: They'd have no choice but to hand it over to the Chinese government if asked—the privacy and due process protections that are sacrosanct in the United States are simply non-existent in China.

✉ **Stay Connected**
Get FBI email alerts

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utm...

No Thanks                                                                                    ✕

**AR-213**

# Responding Effectively to the Threat

The Chinese government is engaged in a broad, diverse campaign of theft and malign influence, and it can execute that campaign with authoritarian efficiency. They're calculating. They're persistent. They're patient. And they're not subject to the righteous constraints of an open, democratic society or the rule of law.

China, as led by the Chinese Communist Party, is going to continue to try to misappropriate our ideas, influence our policymakers, manipulate our public opinion, and steal our data. They will use an all-tools and all-sectors approach—and that demands our own all-tools and all-sectors approach in response.

Our folks at the FBI are working their tails off every day to protect our nation's companies, our universities, our computer networks, and our ideas and innovation. To do that, we're using a broad set of techniques—from our traditional law enforcement authorities to our intelligence capabilities.

And I will briefly note that we're having real success. With the help of our many foreign partners, we've arrested targets all over the globe. Our investigations and the resulting prosecutions have exposed the tradecraft and techniques the Chinese use, raising awareness of the threat and our industries' defenses. They also show our resolve and our ability to attribute these crimes to those responsible. It's one thing to make assertions—but in our justice system, when a person, or a corporation, is investigated and then charged with a crime, we have to prove the truth of the allegation beyond a reasonable doubt. The truth matters—and so, these criminal indictments matter. And we've seen how our criminal indictments have rallied other nations to our cause—which is crucial to persuading the Chinese government to change its behavior.

We're also working more closely than ever with partner agencies here in the U.S. and our partners abroad. We can't do it on our own; we need a whole-of-society response. That's why we in the intelligence and law enforcement communities are working harder than ever to give companies, universities, and the American people themselves the information they need to make their own informed decisions and protect their most valuable assets.

✉ **Stay Connected**
Confronting this threat effectively does not mean we shouldn't do business with the
Get FBI email alerts
Chinese. It does not mean we shouldn't host Chinese visitors. It does not mean we
Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utr
shouldn't welcome Chinese students or coexist with China on the world stage. But it

No Thanks                                                                                     ✕

**AR-214**

does mean that when China violates our criminal laws and international norms, we are not going to tolerate it, much less enable it. The FBI and our partners throughout the U.S. government will hold China accountable and protect our nation's innovation, ideas, and way of life—with the help and vigilance of the American people.

Thank you for having me here today.

## Watch

- Hudson Institute Video Event | China's Attempt to Influence U.S. Institutions: A Conversation with FBI Director Christopher Wray (https://www.hudson.org/events/1836-video-event-china-s-attempt-to-influence-u-s-institutions-a-conversation-with-fbi-director-christopher-wray72020)

 **Stay Connected**

Get FBI email alerts

Subscribe (https://delivery.fbi.gov/subscribe?utm_source=News%20Section&utm_medium=Sticky%20Footer&utm

No Thanks                                                                    ✖

**AR-215**



STATEMENT FOR THE RECORD

# WORLDWIDE THREAT ASSESSMENT
## OF THE US INTELLIGENCE COMMUNITY

**Daniel R. Coats**
Director of National Intelligence

Senate Select Committee on Intelligence

29 JANUARY 2019

AR-216

# STATEMENT FOR THE RECORD

# WORLDWIDE THREAT ASSESSMENT
## of the
## US INTELLIGENCE COMMUNITY

January 29, 2019

# INTRODUCTION

Chairman Burr, Vice Chairman Warner, Members of the Committee, thank you for the invitation to offer the United States Intelligence Community's 2019 assessment of threats to US national security. My statement reflects the collective insights of the Intelligence Community's extraordinary women and men, whom I am privileged and honored to lead.  We in the Intelligence Community are committed every day to providing the nuanced, independent, and unvarnished intelligence that policymakers, warfighters, and domestic law enforcement personnel need to protect American lives and America's interests anywhere in the world.

The order of the topics presented in this statement does not necessarily indicate the relative importance or magnitude of the threat in the view of the Intelligence Community.

Information available as of 17 January 2019 was used in the preparation of this assessment.

ATTENTION: This product contains US persons information, which has been included consistent with applicable laws, directives, and policies. Handle in accordance with recipient's intelligence oversight and/or information handling procedures.

# CONTENTS

INTRODUCTION ................................................................................................ 2

CONTENTS ..................................................................................................... 3

FOREWORD ................................................................................................... 4

GLOBAL THREATS .......................................................................................... 5

    CYBER ...................................................................................................... 5

    ONLINE INFLUENCE OPERATIONS AND ELECTION INTERFERENCE ............... 7

    WEAPONS OF MASS DESTRUCTION AND PROLIFERATION ............................. 8

    TERRORISM ............................................................................................. 10

    COUNTERINTELLIGENCE ......................................................................... 13

    EMERGING AND DISRUPTIVE TECHNOLOGIES AND THREATS TO ECONOMICCOMPETITIVENESS ...................................................................... 15

    SPACE AND COUNTERSPACE .................................................................... 16

    TRANSNATIONAL ORGANIZED CRIME ...................................................... 18

    ECONOMICS AND ENERGY ...................................................................... 19

    HUMAN SECURITY .................................................................................. 21

REGIONAL THREATS ..................................................................................... 24

    CHINA AND RUSSIA ................................................................................ 24

    EAST ASIA .............................................................................................. 24

    MIDDLE EAST AND NORTH AFRICA ......................................................... 29

    SOUTH ASIA ........................................................................................... 35

    RUSSIA AND EURASIA ............................................................................. 36

    EUROPE ................................................................................................. 38

    AFRICA .................................................................................................. 39

    THE WESTERN HEMISPHERE ................................................................... 40

# FOREWORD

Threats to US national security will expand and diversify in the coming year, driven in part by China and Russia as they respectively compete more intensely with the United States and its traditional allies and partners.  This competition cuts across all domains, involves a race for technological and military superiority, and is increasingly about values.  Russia and China seek to shape the international system and regional security dynamics and exert influence over the politics and economies of states in all regions of the world and especially in their respective backyards.

- China and Russia are more aligned than at any point since the mid-1950s, and the relationship is likely to strengthen in the coming year as some of their interests and threat perceptions converge, particularly regarding perceived US unilateralism and interventionism and Western promotion of democratic values and human rights.

- As China and Russia seek to expand their global influence, they are eroding once well-established security norms and increasing the risk of regional conflicts, particularly in the Middle East and East Asia.

- At the same time, some US allies and partners are seeking greater independence from Washington in response to their perceptions of changing US policies on security and trade and are becoming more open to new bilateral and multilateral partnerships.

The post-World War II international system is coming under increasing strain amid continuing cyber and WMD proliferation threats, competition in space, and regional conflicts.  Among the disturbing trends are hostile states and actors' intensifying online efforts to influence and interfere with elections here and abroad and their use of chemical weapons.  Terrorism too will continue to be a top threat to US and partner interests worldwide, particularly in Sub-Saharan Africa, the Middle East, South Asia, and Southeast Asia.  The development and application of new technologies will introduce both risks and opportunities, and the US economy will be challenged by slower global economic growth and growing threats to US economic competitiveness.

- Migration is likely to continue to fuel social and interstate tensions globally, while drugs and transnational organized crime take a toll on US public health and safety.  Political turbulence is rising in many regions as governance erodes and states confront growing public health and environmental threats.

- Issues as diverse as Iran's adversarial behavior, deepening turbulence in Afghanistan, and the rise of nationalism in Europe all will stoke tensions.

# GLOBAL THREATS

## CYBER

*Our adversaries and strategic competitors will increasingly use cyber capabilities—including cyber espionage, attack, and influence—to seek political, economic, and military advantage over the United States and its allies and partners.*  China, Russia, Iran, and North Korea increasingly use cyber operations to threaten both minds and machines in an expanding number of ways—to steal information, to influence our citizens, or to disrupt critical infrastructure.

*At present, China and Russia pose the greatest espionage and cyber attack threats, but we anticipate that all our adversaries and strategic competitors will increasingly build and integrate cyber espionage, attack, and influence capabilities into their efforts to influence US policies and advance their own national security interests.*  In the last decade, our adversaries and strategic competitors have developed and experimented with a growing capability to shape and alter the information and systems on which we rely.  For years, they have conducted cyber espionage to collect intelligence and targeted our critical infrastructure to hold it at risk.  They are now becoming more adept at using social media to alter how we think, behave, and decide.  As we connect and integrate billions of new digital devices into our lives and business processes, adversaries and strategic competitors almost certainly will gain greater insight into and access to our protected information.

### China

*China presents a persistent cyber espionage threat and a growing attack threat to our core military and critical infrastructure systems.*  China remains the most active strategic competitor responsible for cyber espionage against the US Government, corporations, and allies.  It is improving its cyber attack capabilities and altering information online, shaping Chinese views and potentially the views of US citizens—an issue we discuss in greater detail in the Online Influence Operations and Election Interference section of this report.

- Beijing will authorize cyber espionage against key US technology sectors when doing so addresses a significant national security or economic goal not achievable through other means. We are also concerned about the potential for Chinese intelligence and security services to use Chinese information technology firms as routine and systemic espionage platforms against the United States and allies.

- China has the ability to launch cyber attacks that cause localized, temporary disruptive effects on critical infrastructure—such as disruption of a natural gas pipeline for days to weeks—in the United States.

### Russia

*We assess that Russia poses a cyber espionage, influence, and attack threat to the United States and our allies.*  Moscow continues to be a highly capable and effective adversary, integrating cyber espionage, attack, and influence operations to achieve its political and military objectives.  Moscow is now staging cyber attack assets to allow it to disrupt or damage US civilian and military infrastructure during a crisis and poses a significant cyber influence threat—an issue discussed in the Online Influence Operations and Election Interference section of this report.

- Russian intelligence and security services will continue targeting US information systems, as well as the networks of our NATO and Five Eyes partners, for technical information, military plans, and insight into our governments' policies.

- Russia has the ability to execute cyber attacks in the United States that generate localized, temporary disruptive effects on critical infrastructure—such as disrupting an electrical distribution network for at least a few hours—similar to those demonstrated in Ukraine in 2015 and 2016.  Moscow is mapping our critical infrastructure with the long-term goal of being able to cause substantial damage.

## Iran

***Iran continues to present a cyber espionage and attack threat.***  Iran uses increasingly sophisticated cyber techniques to conduct espionage; it is also attempting to deploy cyber attack capabilities that would enable attacks against critical infrastructure in the United States and allied countries.  Tehran also uses social media platforms to target US and allied audiences, an issue discussed in the Online Influence Operations and Election Interference section of this report.

- Iranian cyber actors are targeting US Government officials, government organizations, and companies to gain intelligence and position themselves for future cyber operations.

- Iran has been preparing for cyber attacks against the United States and our allies.  It is capable of causing localized, temporary disruptive effects—such as disrupting a large company's corporate networks for days to weeks—similar to its data deletion attacks against dozens of Saudi governmental and private-sector networks in late 2016 and early 2017.

## North Korea

***North Korea poses a significant cyber threat to financial institutions, remains a cyber espionage threat, and retains the ability to conduct disruptive cyber attacks.***  North Korea continues to use cyber capabilities to steal from financial institutions to generate revenue.  Pyongyang's cybercrime operations include attempts to steal more than $1.1 billion from financial institutions across the world—including a successful cyber heist of an estimated $81 million from the New York Federal Reserve account of Bangladesh's central bank.

## Nonstate and Unattributed Actors

***Foreign cyber criminals will continue to conduct for-profit, cyber-enabled theft and extortion against US networks.***  We anticipate that financially motivated cyber criminals very likely will expand their targets in the United States in the next few years.  Their actions could increasingly disrupt US critical infrastructure in the health care, financial, government, and emergency service sectors, based on the patterns of activities against these sectors in the last few years.

***Terrorists could obtain and disclose compromising or personally identifiable information through cyber operations, and they may use such disclosures to coerce, extort, or to inspire and enable physical attacks against their victims.***  Terrorist groups could cause some disruptive effects—defacing websites or executing denial-of-service attacks against poorly protected networks—with little to no warning.

*The growing availability and use of publicly and commercially available cyber tools is increasing the overall volume of unattributed cyber activity around the world.*  The use of these tools increases the risk of misattributions and misdirected responses by both governments and the private sector.

## ONLINE INFLUENCE OPERATIONS AND ELECTION INTERFERENCE

*Our adversaries and strategic competitors probably already are looking to the 2020 US elections as an opportunity to advance their interests.  More broadly, US adversaries and strategic competitors almost certainly will use online influence operations to try to weaken democratic institutions, undermine US alliances and partnerships, and shape policy outcomes in the United States and elsewhere.*  We expect our adversaries and strategic competitors to refine their capabilities and add new tactics as they learn from each other's experiences, suggesting the threat landscape could look very different in 2020 and future elections.

- Russia's social media efforts will continue to focus on aggravating social and racial tensions, undermining trust in authorities, and criticizing perceived anti-Russia politicians.  Moscow may employ additional influence toolkits—such as spreading disinformation, conducting hack-and-leak operations, or manipulating data—in a more targeted fashion to influence US policy, actions, and elections.

- Beijing already controls the information environment inside China, and it is expanding its ability to shape information and discourse relating to China abroad, especially on issues that Beijing views as core to party legitimacy, such as Taiwan, Tibet, and human rights.  China will continue to use legal, political, and economic levers—such as the lure of Chinese markets —to shape the information environment.  It is also capable of using cyber attacks against systems in the United States to censor or suppress viewpoints it deems politically sensitive.

- Iran, which has used social media campaigns to target audiences in both the United States and allied nations with messages aligned with Iranian interests, will continue to use online influence operations to try to advance its interests.

- Adversaries and strategic competitors probably will attempt to use deep fakes or similar machine-learning technologies to create convincing—but false—image, audio, and video files to augment influence campaigns directed against the United States and our allies and partners.

Adversaries and strategic competitors also may seek to use cyber means to directly manipulate or disrupt election systems—such as by tampering with voter registration or disrupting the vote tallying process—either to alter data or to call into question our voting process.  Russia in 2016 and unidentified actors as recently as 2018 have already conducted cyber activity that has targeted US election infrastructure, but we do not have any intelligence reporting to indicate any compromise of our nation's election infrastructure that would have prevented voting, changed vote counts, or disrupted the ability to tally votes.

# WEAPONS OF MASS DESTRUCTION AND PROLIFERATION

*We expect the overall threat from weapons of mass destruction (WMD) to continue to grow during 2019, and we note in particular the threat posed by chemical warfare (CW) following the most significant and sustained use of chemical weapons in decades.*  This trend erodes international norms against CW programs and shifts the cost-benefit analysis such that more actors might consider developing or using chemical weapons.

## Chemical Attacks Since 2013



1810-00425-B1

We assess that North Korea, Russia, Syria, and ISIS have used chemical weapons on the battlefield or in assassination operations during the past two years.  These attacks have included traditional CW agents, toxic industrial chemicals, and the first known use of a Novichok nerve agent.

The threat from biological weapons has also become more diverse as BW agents can be employed in a variety of ways and their development is made easier by dual-use technologies.

## North Korea

Pyongyang has not conducted any nuclear-capable missile or nuclear tests in more than a year, has declared its support for the denuclearization of the Korean Peninsula, and has reversibly dismantled portions of its WMD infrastructure.  However, North Korea retains its WMD capabilities, and the IC continues to assess that it is unlikely to give up all of its WMD stockpiles, delivery systems, and production capabilities.  North Korean leaders view nuclear arms as critical to regime survival.  For more explanation of the North Korea-WMD issue, see the Regional Threats section of this report.

- In his 2019 New Year's address, Kim Jong Un pledged North Korea would "go toward" complete denuclearization and promised not to make, test, use, or proliferate nuclear weapons.  However, he conditioned progress on US "practical actions."  The regime tied the idea of denuclearization in the past to changes in diplomatic ties, economic sanctions, and military activities.

- We continue to observe activity inconsistent with full denuclearization.  In addition, North Korea has for years underscored its commitment to nuclear arms, including through an order in 2018 to mass-produce weapons and an earlier law—and constitutional change—affirming the country's nuclear status.

### North Korea Dismantles Portions of Its Nuclear Test Site

North Korea invited foreign press representatives to witness its explosive destruction of portions of its nuclear test site on 24 May 2018.



1810-00425-A-U

## Russia

*We assess that Russia will remain the most capable WMD adversary through 2019 and beyond, developing new strategic and nonstrategic weapons systems.*

- Russian President Vladimir Putin used his annual address in March 2018 to publicly acknowledge several of these weapons programs, including a new ICBM designed to penetrate US missile defense systems; an intercontinental-range, hypersonic glide vehicle; a maneuverable, air-launched missile to strike regional targets; a long-range, nuclear-powered cruise missile; and a nuclear-powered, transoceanic underwater vehicle.

- Russia has also developed and fielded a ground-launched cruise missile (GLCM) that the United States has determined violates the Intermediate-Range Nuclear Forces (INF) Treaty.

- Moscow probably believes that the new GLCM provides sufficient military advantages to make it worth the risk of political repercussions from a violation.

## China

*We assess that China will continue to expand and diversify its WMD capabilities.*

- China continues its multiyear effort to modernize its nuclear missile forces, including deploying sea-based weapons, improving its road-mobile and silo-based weapons, and testing hypersonic glide vehicles.  These new capabilities are intended to ensure the viability of China's strategic deterrent by providing a second-strike capability and a way to overcome missile defenses.  The Chinese have also publicized their intent to form a nuclear triad by developing a nuclear-capable, next-generation bomber.

**AR-224**

## Iran

*We continue to assess that Iran is not currently undertaking the key nuclear weapons-development activities we judge necessary to produce a nuclear device.  However, Iranian officials have publicly threatened to reverse some of Iran's Joint Comprehensive Plan of Action (JCPOA) commitments—and resume nuclear activities that the JCPOA limits—if Iran does not gain the tangible trade and investment benefits it expected from the deal.*

- In June 2018, Iranian officials started preparations, allowable under the JCPOA, to expand their capability to manufacture advanced centrifuges.

- Also in June 2018, the Atomic Energy Organization of Iran (AEOI) announced its intent to resume producing natural uranium hexafluoride ($UF_6$) and prepare the necessary infrastructure to expand its enrichment capacity within the limits of the JCPOA.

- Iran continues to work with other JCPOA participants—China, the European Union, France, Germany, Russia, and the United Kingdom—to find ways to salvage economic benefits from it. Iran's continued implementation of the JCPOA has extended the amount of time Iran would need to produce enough fissile material for a nuclear weapon from a few months to about one year.

*Iran's ballistic missile programs, which include the largest inventory of ballistic missiles in the region, continue to pose a threat to countries across the Middle East.  Iran's work on a space launch vehicle (SLV)—including on its Simorgh—shortens the timeline to an ICBM because SLVs and ICBMs use similar technologies.*

The United States determined in 2018 that Iran is in noncompliance with its obligations under the Chemical Weapons Convention (CWC), and we remain concerned that Iran is developing agents intended to incapacitate for offensive purposes and did not declare all of its traditional CW agent capabilities when it ratified the CWC.

## South Asia

*The continued growth and development of Pakistan and India's nuclear weapons programs increase the risk of a nuclear security incident in South Asia, and the new types of nuclear weapons will introduce new risks for escalation dynamics and security in the region*.  Pakistan continues to develop new types of nuclear weapons, including short-range tactical weapons, sea-based cruise missiles, air-launched cruise missiles, and longer range ballistic missiles.  India this year conducted its first deployment of a nuclear-powered submarine armed with nuclear missiles.

# TERRORISM

## Sunni Violent Extremists

*Global jihadists in dozens of groups and countries threaten local and regional US interests, despite having experienced some significant setbacks in recent years, and some of these groups will remain intent on striking the US homeland.  Prominent jihadist ideologues and media platforms continue to call for and justify efforts to attack the US homeland.*

- Global jihadist groups in parts of Africa and Asia in the last year have expanded their abilities to strike local US interests, stoke insurgencies, and foster like-minded networks in neighboring countries.

- The conflicts in Iraq and Syria have generated a large pool of battle-hardened fighters with the skills to conduct attacks and bolster terrorist groups' capabilities.

## Al-Qa'ida and ISIS as of 2018



NOTE: Groups are not present in all parts of identified countries.

1810-00426-B-U

## ISIS

*ISIS still commands thousands of fighters in Iraq and Syria, and it maintains eight branches, more than a dozen networks, and thousands of dispersed supporters around the world, despite significant leadership and territorial losses. The group will exploit any reduction in CT pressure to strengthen its clandestine presence and accelerate rebuilding key capabilities, such as media production and external operations. ISIS very likely will continue to pursue external attacks from Iraq and Syria against regional and Western adversaries, including the United States.*

- ISIS is perpetrating attacks in Iraq and Syria to undermine stabilization efforts and retaliate against its enemies, exploiting sectarian tensions in both countries. ISIS probably realizes that controlling new territory is not sustainable in the near term. We assess that ISIS will seek to exploit Sunni grievances, societal instability, and stretched security forces to regain territory in Iraq and Syria in the long term.

**AR-226**

### Al-Qa'ida

*Al-Qa'ida senior leaders are strengthening the network's global command structure and continuing to encourage attacks against the West, including the United States, although most al-Qa'ida affiliates' attacks to date have been small scale and limited to their regional areas. We expect that al-Qa'ida's global network will remain a CT challenge for the United States and its allies during the next year.*

- Al-Qa'ida media continues to call for attacks against the United States, including in statements from regional al-Qa'ida leaders, reflecting the network's enduring efforts to pursue or inspire attacks in the West.

- All al-Qa'ida affiliates are involved in insurgencies and maintain safe havens, resources, and the intent to strike local and regional US interests in Africa, the Middle East, and South Asia.

- Al-Qa'ida affiliates in East and North Africa, the Sahel, and Yemen remain the largest and most capable terrorist groups in their regions. All have maintained a high pace of operations during the past year, despite setbacks in Yemen, and some have expanded their areas of influence. Al-Qa'ida elements in Syria, meanwhile, continue to undermine efforts to resolve that conflict, while the network's affiliate in South Asia provides support to the Taliban.

### Homegrown Violent Extremists

*Homegrown violent extremists (HVEs) are likely to present the most acute Sunni terrorist threat to the United States, and HVE activity almost certainly will have societal effects disproportionate to the casualties and damage it causes.*

- The United States' well-integrated Muslim population, fragmented HVE population, and high level of vigilance will ensure the United States remains a generally inhospitable operating environment for HVEs compared to many other Western countries. The isolated nature of self-radicalizing individuals, however, poses a continual challenge to law enforcement to identify them before they engage in violence. The frequency of attacks most likely will be very low compared to most other forms of criminal violence in the US, as long as US CT and law enforcement efforts remain constant.

- Despite territorial losses in Iraq and Syria, ISIS's past actions and propaganda probably will inspire future HVE attacks, similar to the enduring influence of deceased al-Qa'ida ideologues, especially if ISIS can retain its prominence among global jihadist movements and continue to promote its violent message via social and mainstream media.

### Shia Actors

#### Iran

*Iran almost certainly will continue to develop and maintain terrorist capabilities as an option to deter or retaliate against its perceived adversaries.*

- In mid-2018, Belgium and Germany foiled a probable Iranian Ministry of Intelligence and Security (MOIS) plot to set off an explosive device at an Iranian opposition group gathering in Paris—an event that included prominent European and US attendees.

#### Lebanese Hizballah

*During the next year, Hizballah most likely will continue to develop its terrorist capabilities, which the group views as a valuable tool and one it can maintain with plausible deniability.*

- Hizballah most likely maintains the capability to execute a range of attack options against US interests worldwide.



## Lebanese Hizballah: Select Worldwide Operational Activity, 2012–18

| ● **Attack** | ○ **Attack planning disrupted** | ● **Military adventurism** |
|---|---|---|
| *Includes assassinations, bombings, kidnappings, hijackings, and small-arms attacks* | *Includes operatives detained/arrested, discovery of weapons/explosives caches, detection of surveillance* | *Includes lethal aid to Shia militant and terrorist groups* |

1810-00426-D-U

#### Violent Ethno-supremacist and Ultranationalist Groups

*Some violent ethno-supremacist and ultranationalist groups in Europe will employ violent tactics as they seek ways to cooperate against immigration and the perceived Islamization of Europe, posing a potential threat to US and allied interests.*

- In the past two years, individuals with ties to violent ethno-supremacist groups in France, Sweden, and the United Kingdom have either carried out attacks on minorities and politicians or had their plots disrupted by authorities.

## COUNTERINTELLIGENCE

*The United States faces a complex global foreign intelligence threat environment in 2019.  Russia and China will continue to be the leading state intelligence threats to US interests, based on their services' capabilities, intent, and broad operational scopes.  Other states also pose persistent threats, notably Iran and Cuba.  Geopolitical, societal, and technological changes will increase opportunities for foreign*

*intelligence services and other entities—such as terrorists, criminals, and cyber actors—to collect on US activities and information to the detriment of US interests.*

- Penetrating the US national decisionmaking apparatus and the Intelligence Community will remain a key objective for numerous foreign intelligence services and other entities.  In addition, targeting of national security information and proprietary technology from US companies and research institutions will remain a sophisticated and persistent threat.

### Russia

*We expect that Russia's intelligence services will target the United States, seeking to collect intelligence, erode US democracy, undermine US national policies and foreign relationships, and increase Moscow's global position and influence.*

### China

*We assess that China's intelligence services will exploit the openness of American society, especially academia and the scientific community, using a variety of means.*

### Iran and Cuba

*We assess that Iran and Cuba's intelligence services will continue to target the United States, which they see as a primary threat.*  Iran continues to unjustly detain US citizens and has not been forthcoming about the case of former FBI agent Robert Levinson (USPER).



**China's Technology Development Strategy**

China takes a multifaceted, long-term, whole-of-government approach to foreign technology acquisition and indigenous technology development.

1810-00427-B

### Nonstate Actors

*We assess that nonstate actors—including hacktivist groups, transnational criminals, and terrorist groups—will attempt to gain access to classified information to support their objectives.*  They are likely to improve their intelligence capabilities—to include recruiting sources and performing physical and technical surveillance—and they will use human, technical, and cyber means to perform their illicit activities and avoid detection and capture.

# EMERGING AND DISRUPTIVE TECHNOLOGIES AND THREATS TO ECONOMIC COMPETITIVENESS

## Strategic Outlook

*For 2019 and beyond, the innovations that drive military and economic competitiveness will increasingly originate outside the United States, as the overall US lead in science and technology (S&T) shrinks; the capability gap between commercial and military technologies evaporates; and foreign actors increase their efforts to acquire top talent, companies, data, and intellectual property via licit and illicit means.* Many foreign leaders, including Chinese President Xi Jinping and Russian President Vladimir Putin, view strong indigenous science and technology capabilities as key to their country's sovereignty, economic outlook, and national power.

## Researchers Worldwide Citing More Foreign and Less US Research

During the past two decades, the US lead in S&T fields has been significantly eroded, most predominantly by China, which is well ahead in several areas, according to an analysis of Western journal publications.

However, the United States maintains an overall lead largely because we are at the forefront of the medical sciences, which account for almost a third of S&T publications worldwide.



1810-00427-A

## Artificial Intelligence and Autonomy

*The global race to develop artificial intelligence (AI)—systems that imitate aspects of human cognition—is likely to accelerate the development of highly capable, application-specific AI systems with national security implications.* As academia, major companies, and large government programs continue to develop and deploy AI capabilities, AI-enhanced systems are likely to be trusted with increasing levels of autonomy and decisionmaking, presenting the world with a host of economic, military, ethical, and

privacy challenges.  Furthermore, interactions between multiple advanced AI systems could lead to unexpected outcomes that increase the risk of economic miscalculation or battlefield surprise.

### Information and Communications

***Foreign production and adoption of advanced communication technologies, such as fifth-generation (5G) wireless networks, most likely will challenge US competitiveness and data security, while advances in quantum computing foreshadow challenges to current methods of protecting data and transactions.***  US data will increasingly flow across foreign-produced equipment and foreign-controlled networks, raising the risk of foreign access and denial of service.  Foreign deployment of a large-scale quantum computer, even 10 or more years in the future, would put sensitive information encrypted with today's most widely used algorithms at greatly increased risk of decryption.

### Biotechnology

***Rapid advances in biotechnology, including gene editing, synthetic biology, and neuroscience, are likely to present new economic, military, ethical, and regulatory challenges worldwide as governments struggle to keep pace.***  These technologies hold great promise for advances in precision medicine, agriculture, and manufacturing, but they also introduce risks, such as the potential for adversaries to develop novel biological warfare agents, threaten food security, and enhance or degrade human performance.

### Materials and Manufacturing

***A global resurgence in materials science and manufacturing technology is likely to enable advanced states to create materials with novel properties and engineer structures not previously possible, while placing high-end manufacturing capabilities within reach of small groups and individuals.***  These developments are already supplementing or displacing traditional methods in most areas of manufacturing, from complex rocket-engine components to plastic desktop-printed toys, and they are enabling the development of a new generation of engineered materials that combine different materials in complex geometries to alter the overall material properties.

## SPACE AND COUNTERSPACE

***We assess that commercial space services will continue to expand; countries—including US adversaries and strategic competitors—will become more reliant on space services for civil and military needs, and China and Russia will field new counterspace weapons intended to target US and allied space capabilities.***

### Evolving, Accessible Space Capabilities

***We continue to assess that the expansion of the global space industry will further extend space-enabled capabilities and space situational awareness to government, nonstate, and commercial actors in the next several years.***  All actors will increasingly have access to space-derived information services, such as imagery; weather; communications; and positioning, navigation, and timing (PNT).

- Global access to space services has expanded for civil, commercial, intelligence, and military purposes, in part because of technological innovation, private-sector investment, international partnerships, and demand from emerging markets.

### Adversary Use of Space

*We expect foreign governments will continue efforts to expand their use of space-based reconnaissance, communications, and navigation systems—including by increasing the number of satellites, quality of capabilities, and applications for use.* China and Russia are seeking to expand the full spectrum of their space capabilities, as exemplified by China's launch of its highest-resolution imagery satellite, Gaofen-11, in July 2018.



Satellites Launched and Countries Owning the Satellites (2013–18)

1810-00428

### Space Warfare and Counterspace Weapons

*We assess that China and Russia are training and equipping their military space forces and fielding new antisatellite (ASAT) weapons to hold US and allied space services at risk, even as they push for international agreements on the nonweaponization of space.*

- Both countries recognize the world's growing reliance on space and view the capability to attack space services as a part of their broader efforts to deter an adversary from or defeat one in combat.

- The People's Liberation Army (PLA) has an operational ground-based ASAT missile intended to target low-Earth-orbit satellites, and China probably intends to pursue additional ASAT weapons capable of destroying satellites up to geosynchronous Earth orbit.

- Russia is developing a similar ground-launched ASAT missile system for targeting low-Earth orbit that is likely to be operational within the next several years.  It has fielded a ground-based laser weapon, probably intended to blind or damage sensitive space-based optical sensors, such as those used for remote sensing.

- China's and Russia's proposals for international agreements on the nonweaponization of space do not cover multiple issues connected to the ASAT weapons they are developing and deploying, which has allowed them to pursue space warfare capabilities while maintaining the position that space must remain weapons free.

# TRANSNATIONAL ORGANIZED CRIME

*Global transnational criminal organizations and networks will threaten US interests and allies by trafficking drugs, exerting malign influence in weak states, threatening critical infrastructure, orchestrating human trafficking, and undermining legitimate economic activity.*

## Drug Trafficking

*The foreign drug threat will pose continued risks to US public health and safety and will present a range of threats to US national security interests in the coming year.* Violent Mexican traffickers, such as members of the Sinaloa Cartel and New Generation Jalisco Cartel, remain key to the movement of illicit drugs to the United States, including heroin, methamphetamine, fentanyl, and cannabis from Mexico, as well as cocaine from Colombia. Chinese synthetic drug suppliers dominate US-bound movements of so-called designer drugs, including synthetic marijuana, and probably ship the majority of US fentanyl, when adjusted for purity.



US Fentanyl Epidemic, 2001–16

*Sources: DEA/NFLIS and CDC/Wonder database*

1810-00426-C

- Approximately 70,000 Americans died from drug overdoses in 2017, a record high and a 10-percent increase from 2016, although the rate of growth probably slowed in early 2018, based on Centers for Disease Control (CDC) data.

- Increased drug fatalities are largely a consequence of surging production of the synthetic opioid fentanyl; in 2017, more than 28,000 Americans died from synthetic opioids other than methadone, including illicitly manufactured fentanyl. The CDC reports synthetic opioid-related deaths rose 846 percent between 2010 and 2017, while DHS reports that US seizures of the drug increased 313 percent from 2016 to 2017.

## Other Organized Crime Activities

*Transnational criminal organizations and their affiliates are likely to expand their influence over some weak states, collaborate with US adversaries, and possibly threaten critical infrastructure.*

- Mexican criminals use bribery, intimidation, and violence to protect their drug trafficking, kidnapping-for-ransom, fuel-theft, gunrunning, extortion, and alien-smuggling enterprises.

- Gangs based in Central America, such as MS-13, continue to direct some criminal activities beyond the region, including in the United States.

*Transnational organized crime almost certainly will continue to inflict human suffering, deplete natural resources, degrade fragile ecosystems, drive migration, and drain income from the productive—and taxable—economy.*

- Human trafficking generates an estimated $150 billion annually for illicit actors and governments that engage in forced labor, according to the UN's International Labor Organization.

- Wildlife poaching and trafficking; illegal, unregulated, unlicensed fishing; illicit mining; timber pilfering; and drug-crop cultivation harm biodiversity, as well as the security of the food supply, water quality and availability, and animal and human health.

- One think tank study estimates that cybercrime, often facilitated by cryptocurrencies, and intellectual property theft resulted in $600 million in losses in 2017; such crimes threaten privacy, harm economic safety, and sap intellectual capital.

## ECONOMICS AND ENERGY

*Global growth—projected by the IMF to remain steady in 2019—faces downside risks as global trade tensions persist, many countries contend with high debt levels, and geopolitical tensions continue.*  Average real growth in advanced economies, operating at close to full capacity, is projected by the IMF to slow in 2019, while emerging markets, key US trading partners, and China's growth face headwinds.

### Emerging Markets

*Uncertainty about global economic growth will challenge emerging markets—such as Argentina, Brazil, China, Mexico, South Africa, and Turkey—and especially those with weak fundamentals, heavy foreign financing, or close trade linkages with advanced economies. Commodity exporters will remain particularly vulnerable to downward pressure on prices from dampened demand.*



Selected Emerging Market Foreign-Denominated Borrowing

Source: Bank for International Settlements

1810-00429

- Since early 2018, investors have pulled capital out of Brazil, India, Indonesia, and Turkey, among others, exacerbating large currency depreciations in those countries and making it more difficult for them to service their US-dollar-denominated debt during the next year.

- Austerity measures imposed by countries to offset budget deficits could prove to be politically difficult to maintain, leading to risks of destabilizing protests, such as occurred in July 2018, when Haiti attempted to comply with an IMF program by reducing fuel subsidies and set off

nationwide protests that forced the Prime Minister and his cabinet to resign.  Argentina has agreed to IMF recommendations for austerity, reducing the risk to investors, and Turkey is pursuing its own austerity measures.

## Key US Trading Partners

*Among major US trading partners the outlook is mixed, with progress being made on US-Canada-Mexico trade discussions but US-China trade frictions and Brexit posing risks to European growth and US-EU trade.*

- Mexico and Canada, whose economic prospects are tied closely to the United States-Mexico-Canada Agreement (USMCA), remain concerned about steel and aluminum tariffs and may delay ratifying the USMCA until those concerns are addressed.

- US-EU trade, valued at $1.2 trillion in 2017, would almost certainly suffer disruptions from a no-deal Brexit, which would further dampen UK—and to a lesser extent EU—economic growth.  Uncertainty stemming from London's pending exit from the EU is already hurting UK economic growth and the strength of the pound sterling.

- Financial conditions and economic performance generally remain favorable in both Japan and South Korea. However, both countries' economies are dependent on exports, which puts them at continued risk of downward pressure from China's economic slowdown.

## China's Economy

*China's economic growth is likely to slow in 2019, and a worse-than-expected slowdown could exacerbate trade and budget pressures in emerging-market countries and key commodity exporters, who rely on Chinese demand.*

- Since 2017, Beijing has been largely focused on stemming risks in China's financial system, reducing bank credit growth to the lowest rate in a decade, while trying to bolster growth by cutting taxes, calling on banks to lend to private firms, and requiring local governments to plan measures to sustain employment.

- US-China trade tensions had not significantly affected China's total exports as of late 2018, but firms in China have reported a slowdown in new export orders, suggesting China's export sector will suffer in 2019.  Some multinational companies are wary of bilateral tensions and have begun to move production to other countries, especially in Southeast Asia, for lower-value-added goods.

## Energy and Commodities

*Slower economic growth combined with a rising US dollar could lower demand for energy and other commodities, hurting exporters.  However, low global spare capacity or a supply disruption might still put upward pressure on oil prices in the coming year, which would further slow overall global economic growth.*

- As of December 2018, the US Energy Information Administration forecast that 2019 oil prices would decline 17 percent and 15 percent for West Texas Intermediate and Brent, respectively. Prices for other key commodities declined in 2018.  Food prices decreased 6.4 percent in 2018,

and metals prices decreased 11.7 percent, according to the IMF's primary commodities index, reflecting tariffs, sanctions on the Russian company Rusal, and increasing uncertainty about trade policy.

- Production challenges in some oil-exporting countries—notably Libya, Nigeria, and Venezuela—as well as export losses from Iran, would the limit benefits of increased oil prices to those countries.  Saudi Arabia, other Persian Gulf oil exporters, and Russia could enjoy increased revenues, but they might also backtrack on the economic reforms they began during periods of lower oil prices.

- In the past year, strong demand for liquefied natural gas (LNG) in China and India, as well as higher oil prices, kept the spot price for LNG close to its highest level in three years, according to the IMF, despite new supplies from the United States and Australia.

## HUMAN SECURITY

*The United States will probably have to manage the impact of global human security challenges, such as threats to public health, historic levels of human displacement, assaults on religious freedom, and the negative effects of environmental degradation and climate change.*

### Global Health

*We assess that the United States and the world will remain vulnerable to the next flu pandemic or large-scale outbreak of a contagious disease that could lead to massive rates of death and disability, severely affect the world economy, strain international resources, and increase calls on the United States for support.* Although the international community has made tenuous improvements to global health security, these gains may be inadequate to address the challenge of what we anticipate will be more frequent outbreaks of infectious diseases because of rapid unplanned urbanization, prolonged humanitarian crises, human incursion into previously unsettled land, expansion of international travel and trade, and regional climate change.

- The ongoing crisis in Venezuela has reversed gains in controlling infectious diseases, such as diphtheria, malaria, measles, and tuberculosis, increasing the risk that these diseases could spread to neighboring countries, particularly Brazil, Colombia, and Trinidad and Tobago. Similarly, the ongoing Ebola outbreak in the Democratic Republic of the Congo—the country's largest ever—underscores the risks posed by the nexus of infectious disease outbreaks, violent conflict, and high population density, including large numbers of internally displaced person (IDPs).

- In the past two years, progress against malaria has halted after more than 15 years of steady reductions, in part because mosquitos and the pathogen have developed a resistance to insecticides and to antimalarial drugs, respectively, while global funding to combat the disease has plateaued.

- The growing proximity of humans and animals has increased the risk of disease transmission. The number of outbreaks has increased in part because pathogens originally found in animals have spread to human populations.

## Displacement Hotspots Increase Risk of Infectious Disease Outbreaks

Countries with high internal and regional displacement due to conflict or political instability are at an increased risk for the spread of infectious diseases such as measles, cholera, diphtheria, and Ebola. Highlighted below are some key displacement hotspots and regions at risk.



**Displacement Hotspots**
Myanmar
Syria
Democratic Republic of the Congo
Yemen
Venezuela

**Neighbors at Risk**
Bangladesh   Colombia
Jordan   Brazil
Lebanon   Peru
Turkey   Somalia
Uganda   Djibouti
Rwanda

1810-00430-A

### Human Displacement

*Global displacement almost certainly will remain near record highs, and host countries are unlikely to see many refugees or internally displaced persons return home, increasing humanitarian needs and the risk of political upheaval, health crises, and recruitment and radicalization by militant groups.* The number of people becoming displaced within their own national borders continues to increase, according to the United Nations, placing fiscal and political strain on governments' ability to care for their domestic populations and mitigate local discontent.

### Religious Freedom

*Violations of religious freedom by governments and nonstate actors—particularly in the Middle East, China, and North Korea—will fuel the growth of violent extremist groups and lead to societal tensions, protests, or political turmoil.*

- According to the Pew Research Center's global indexes, the average score for government restrictions on religion rose 39 percent from 2007 to 2016, and the number of states with high or very high government restrictions grew from 40 to 55.

- Since 2017, Chinese authorities have detained hundreds of thousands and possibly millions of Turkic Muslim Uighurs in extrajudicial detainment centers. Beijing has also reached beyond its borders to pursue this campaign, including by pressuring ethnic Uighurs overseas, some of whom are American citizens, to return to China so it can more easily control them. Chinese security services have contacted Uighurs abroad and coerced them to act as informants by threatening to keep Xinjiang-based family members in detention.

## Environment and Climate Change

***Global environmental and ecological degradation, as well as climate change, are likely to fuel competition for resources, economic distress, and social discontent through 2019 and beyond.*** Climate hazards such as extreme weather, higher temperatures, droughts, floods, wildfires, storms, sea level rise, soil degradation, and acidifying oceans are intensifying, threatening infrastructure, health, and water and food security. Irreversible damage to ecosystems and habitats will undermine the economic benefits they provide, worsened by air, soil, water, and marine pollution.

- Extreme weather events, many worsened by accelerating sea level rise, will particularly affect urban coastal areas in South Asia, Southeast Asia, and the Western Hemisphere. Damage to communication, energy, and transportation infrastructure could affect low-lying military bases, inflict economic costs, and cause human displacement and loss of life.

- Changes in the frequency and variability of heat waves, droughts, and floods—combined with poor governance practices—are increasing water and food insecurity around the world, increasing the risk of social unrest, migration, and interstate tension in countries such as Egypt, Ethiopia, Iraq, and Jordan.

- Diminishing Arctic sea ice may increase competition—particularly with Russia and China— over access to sea routes and natural resources. Nonetheless, Arctic states have maintained mostly positive cooperation in the region through the Arctic Council and other multilateral mechanisms, a trend we do not expect to change in the near term. Warmer temperatures and diminishing sea ice are reducing the high cost and risks of some commercial activities and are attracting new players to the resource-rich region. In 2018, the minimum sea ice extent in the Arctic was 25 percent below the 30-year average from 1980 to 2010.

# REGIONAL THREATS

## CHINA AND RUSSIA

*China and Russia will present a wide variety of economic, political, counterintelligence, military, and diplomatic challenges to the United States and its allies.  We anticipate that they will collaborate to counter US objectives, taking advantage of rising doubts in some places about the liberal democratic model.*

### Chinese-Russian Relations

*China and Russia are expanding cooperation with each other and through international bodies to shape global rules and standards to their benefit and present a counterweight to the United States and other Western countries.*

- The two countries have significantly expanded their cooperation, especially in the energy, military, and technology spheres, since 2014.

- China has become the second-largest contributor to the UN peacekeeping budget and the third-largest contributor to the UN regular budget.  It is successfully lobbying for its nationals to obtain senior posts in the UN Secretariat and associated organizations, and it is using its influence to press the UN and member states to acquiesce in China's preferences on issues such as human rights and Taiwan.

- Russia is working to consolidate the UN's counterterrorism structures under the UN Under Secretary General for Counterterrorism, who is Russian.

- Both countries probably will use the UN as a platform to emphasize sovereignty narratives that reflect their interests and redirect discussions away from human rights, democracy, and good governance.

- China and Russia also have increased their sway in the International Telecommunication Union through key leadership appointments and financial and technical assistance.  They seek to use the organization to gain advantage for their national industries and move toward more state-controlled Internet governance.

## EAST ASIA

*The United States will see mounting threats in Asia, including a variety of challenges from China and North Korea, and rising authoritarianism in the region.*

### China

#### The Chinese Communist Party's Concentration of Power

*China is deepening its authoritarian turn under President Xi Jinping, and the resulting hardening of Chinese politics and governance probably will make it more difficult for the leadership to recognize and correct policy errors, including in relations with the United States and our allies and partners.*

- President Xi removed one of the few remaining checks on his authority when he eliminated presidential term limits in March 2018, and the Chinese Communist Party has reasserted control over the economy and society, tightened legal and media controls, marginalized independent voices, and intensified repression of Chinese Muslims, Christians, and other religious minorities.

- The Chinese Government also is harnessing technology, including facial recognition, biometrics, and vehicle GPS tracking, to bolster its apparatus of domestic monitoring and control.

- Beijing's increasing restrictions on scholars' and researchers' freedom of movement and communication with US counterparts may increase the prospects for misunderstanding and misinterpretation of US policies.

### Expanding Global Reach

*We assess that China's leaders will try to extend the country's global economic, political, and military reach while using China's military capabilities and overseas infrastructure and energy investments under the Belt and Road Initiative to diminish US influence.  However, Beijing is likely to face political pushback from host governments in many locations, and the overall threat to US and partner interests will depend on the size, locations, and offensive military capabilities of the eventual Chinese presence.*

- China has built its first overseas military facility in Djibouti and probably is exploring bases, support facilities, or access agreements in Africa, Europe, Oceania, Southeast Asia, and South Asia.

- In most instances, China has not secured explicit permanent basing rights but is using commercial development and military ties to lay the groundwork for gaining future military access.

- Successful implementation of the Belt and Road Initiative could facilitate PLA access to dozens of additional ports and airports and significantly expand China's penetration of the economies and political systems of participating countries.

### The Coming Ideological Battle

*Chinese leaders will increasingly seek to assert China's model of authoritarian capitalism as an alternative—and implicitly superior—development path abroad, exacerbating great-power competition that could threaten international support for democracy, human rights, and the rule of law.*

- The actions of Xi and his advisers—doubling down on authoritarianism at home and showing they are comfortable with authoritarian regimes abroad—along with China's opaque commercial and development practices, reward compliant foreign leaders and can be corrosive to civil society and the rule of law.

- At the 2018 Central Foreign Affairs Work Conference, Xi stated his desire to lead the reform of the global governance system, driving a period of increased Chinese foreign policy activism and a Chinese worldview that links China's domestic vision to its international vision.

- Beijing has stepped up efforts to reshape the international discourse around human rights, especially within the UN system. Beijing has sought not only to block criticism of its own system but also to erode norms, such as the notion that the international community has a legitimate role in scrutinizing other countries' behavior on human rights (e.g., initiatives to proscribe country-specific resolutions), and to advance narrow definitions of human rights based on economic standards.

### South China Sea and Taiwan

*We assess that China will continue increasing its maritime presence in the South China Sea and building military and dual-use infrastructure in the Spratly Islands to improve its ability to control access, project power, and undermine US influence in the area.* A body of open-source reporting shows that China seeks to achieve effective control over its claimed waters with a whole-of-government strategy, compel Southeast Asian claimants to acquiesce in China's claims—at least tacitly—and bolster Beijing's narrative in the region that the United States is in decline and China's preeminence is inevitable.

- Meanwhile, Beijing almost certainly will continue using pressure and incentives to try to force Taipei to accept the One China framework and ultimately Chinese control, and it will monitor the US reaction as an indicator of US resolve in the region.

- Since 2016, Beijing has persuaded six of Taiwan's 23 diplomatic partners, most recently Burkina Faso and El Salvador, to recognize China instead of Taiwan.

### Military Capabilities

*The People's Liberation Army (PLA) continues to develop and field advanced weapons and hardware while honing its ability to fight in all military domains. The force is undergoing its most comprehensive restructuring ever to realize China's long-held goal of being able to conduct modern, rapid military operations based on high technology to assert and defend China's regional and growing global interests.*

- PLA reforms seek to reinforce the Chinese Communist Party's control of the military, improve the PLA's ability to perform joint operations, increase combat effectiveness, and curb corruption.

- As China's global footprint and international interests have grown, its military modernization program has become more focused on investments and infrastructure to support a range of missions beyond China's periphery, including a growing emphasis on the maritime domains, offensive air operations, and long-distance mobility operations.

## North Korea

### Nuclear Ambitions

Pyongyang has not conducted any nuclear-capable missile or nuclear tests in more than a year, has declared its support for the denuclearization of the Korean Peninsula, and has reversibly dismantled portions of its WMD infrastructure.  However, *we continue to assess that North Korea is unlikely to give up all of its nuclear weapons and production capabilities, even as it seeks to negotiate partial denuclearization steps to obtain key US and international concessions.*  North Korean leaders view nuclear arms as critical to regime survival, according to official statements and regime-controlled media.

### North Korea Conducting Ship-to-Ship Transfers

This image is of the Koti, a Panamanian-flagged vessel seized by South Korea in December 2017 for illicitly transferring refined petroleum to North Korean vessels. North Korea is using ship-to-ship transfers to circumvent UN sanctions that were designed to bring pressure on Pyongyang to give up its nuclear and WMD programs.



1810-00432-B

- In his 2019 New Year's address, North Korean President Kim Jong Un pledged that North Korea would "go toward" complete denuclearization and promised not to make, test, use, or proliferate nuclear weapons.  However, he conditioned progress on US "practical actions."  The regime tied the idea of denuclearization in the past to changes in diplomatic ties, economic sanctions, and military activities.

- In Singapore in June 2018, Kim said he sought the "complete denuclearization of the Korean Peninsula"—a formulation linked to past demands that include an end to US military deployments and exercises involving advanced US capabilities.

- We continue to observe activity inconsistent with full denuclearization.  North Korea has underscored its commitment to nuclear arms for years, including through an order to mass-produce weapons in 2018 and an earlier law—and constitutional change—that affirmed the country's nuclear status.

### Foreign Engagement

*North Korea will continue its efforts to mitigate the effects of the US-led pressure campaign, most notably through diplomatic engagement, counterpressure against the sanctions regime, and direct sanctions evasion.*

- Kim Jong Un has sought sanctions relief through a campaign of diplomatic engagement that included his first summits with foreign leaders since taking power in 2011.  He met with South Korean President Moon Jae-in three times in 2018, leading to agreements to reconnect roads

and rail lines, establish new military parameters, promote reforestation, and facilitate cultural exchanges.

- Kim has also sought to align the region against the US-led pressure campaign in order to gain incremental sanctions relief, and North Korean statements have repeatedly indicated that some sanctions relief is necessary for additional diplomacy to occur.  In his annual New Year's address, Kim linked US sanctions to diplomatic progress and threatened to resume nuclear and missile testing.

### Sanctions Evasion

***We assess that sanctions continue to pressure the North Korean regime, despite North Korean sanctions evasion efforts.***  By late 2018, the enforcement of new UN sanctions had led to a precipitous decline in North Korea's monthly export revenue compared with 2017, a change that also reduced imports.

- North Korea generates revenue through overseas labor, cyber-theft operations, and illicit commercial exports of UN Security Council-prohibited goods.

- Throughout 2018, the United States and its allies observed North Korean maritime vessels using at-sea, ship-to-ship transfers of petroleum from third-country tankers to acquire additional refined petroleum as a way to mitigate the effects of UNSC sanctions.

### Conventional Military Capabilities

***North Korea's conventional capabilities continue to pose a threat to South Korea, Japan, and US forces in the region.***  As a way to offset adversary military advantages, Kim Jong Un continues to pursue advanced conventional weapon programs and capabilities, including more accurate artillery and ballistic missile strike capabilities and UAVs.

### Southeast Asia and the Pacific

***We expect democracy and civil liberties in many Southeast Asian countries to remain fragile and China to increase its engagement in the region to build its influence while diminishing the influence of the United States and US allies.***  Russia may also continue its diplomatic and military cultivation of Southeast Asian partners, and some countries will be receptive to Moscow as a balance against China's push for hegemony.

- In the wake of Washington's withdrawal from the Trans-Pacific Partnership, China is promoting a unified stance with the Association of Southeast Asian Nations (ASEAN) in defense of multilateralism and the WTO reform process, while also fostering a shared perception of US freedom of navigation operations through Chinese-claimed waters in the South China Sea as threats to regional stability.

- China is currying favor with numerous Pacific Island nations through bribery, infrastructure investments, and diplomatic engagement with local leaders while intervening in Burma— including by shielding Burma from UNSC sanctions in response to the humanitarian crisis and alleged ethnic cleansing in Rakhine State.

- Russia, too, has been increasing its diplomatic and military cultivation of Southeast Asian partners, some of which have been receptive to Moscow as a power capable of diluting China's nascent hegemony and helping them diversify their hedging options.

- Cambodia's slide toward autocracy, which culminated in the Cambodian People's Party's retention of power and complete dominance of the national legislature, opens the way for a constitutional amendment that could lead to a Chinese military presence in the country. Thailand's coup-installed regime has promised elections in 2019 but appears set to help ensure that its proxy party retains power by tightly controlling the political space ahead of the vote. Burma's civilian authorities continue to make scant progress toward resolving the crisis in Rakhine State, advancing economic reforms, or ending longstanding insurgencies by ethnic minority groups.

## MIDDLE EAST AND NORTH AFRICA

*Political turmoil, economic fragility, and civil and proxy wars are likely to characterize the Middle East and North Africa in the coming year, as the region undergoes a realignment of the balance of regional power, wealth and resource management, and the relationships among governments, nonstate political groups, and wider populations.*

### Iran

*Iran's regional ambitions and improved military capabilities almost certainly will threaten US interests in the coming year, driven by Tehran's perception of increasing US, Saudi, and Israeli hostility, as well as continuing border insecurity, and the influence of hardliners.*

#### Iran's Objectives in Iraq, Syria, and Yemen

*We assess that Iran will attempt to translate battlefield gains in Iraq and Syria into long-term political, security, social, and economic influence while continuing to press Saudi Arabia and the UAE by supporting the Huthis in Yemen.*

In Iraq, Iran-supported Popular Mobilization Committee-affiliated Shia militias remain the primary threat to US personnel, and we expect that threat to increase as the threat ISIS poses to the militias recedes, Iraqi Government formation concludes, some Iran-backed groups call for the United States to withdraw, and tension between Iran and the United States grows.  We continue to watch for signs that the regime might direct its proxies and partners in Iraq to attack US interests.

*Iran's efforts to consolidate its influence in Syria and arm Hizballah have prompted Israeli airstrikes as recently as January 2019 against Iranian positions within Syria and underscore our growing concern about the long-term trajectory of Iranian influence in the region and the risk that conflict will escalate.*

- Iran's retaliatory missile and UAV strikes on ISIS targets in Syria following the attack on an Iranian military parade in Ahvaz in September were most likely intended to send a message to potential adversaries, showing Tehran's resolve to retaliate when attacked and demonstrating Iran's improving military capabilities and ability to project force.

- Iran continues to pursue permanent military bases and economic deals in Syria and probably wants to maintain a network of Shia foreign fighters there despite Israeli attacks on Iranian

positions in Syria.  We assess that Iran seeks to avoid a major armed conflict with Israel. However, Israeli strikes that result in Iranian casualties increase the likelihood of Iranian conventional retaliation against Israel, judging from Syrian-based Iranian forces' firing of rockets into the Golan Heights in May 2018 following an Israeli attack the previous month on Iranians at Tiyas Airbase in Syria.

***In Yemen, Iran's support to the Huthis, including supplying ballistic missiles, risks escalating the conflict and poses a serious threat to US partners and interests in the region.***  Iran continues to provide support that enables Huthi attacks against shipping near the Bab el Mandeb Strait and land-based targets deep inside Saudi Arabia and the UAE, using ballistic missiles and UAVs.

### Domestic Politics

***Regime hardliners will be more emboldened to challenge rival centrists by undermining their domestic reform efforts and pushing a more confrontational posture toward the United States and its allies.***  Centrist President Hasan Ruhani has garnered praise from hardliners with his more hostile posture toward Washington but will still struggle to address ongoing popular discontent.

Nationwide protests, mostly focused on economic grievances, have continued to draw attention to the need for major economic reforms and unmet expectations for most Iranians.  We expect more unrest in the months ahead, although the protests are likely to remain uncoordinated and lacking central leadership or broad support from major ethnic and political groups.  We assess that Tehran is prepared to take more aggressive security measures in response to renewed unrest while preferring to use nonlethal force.

- Ruhani's ability to reform the economy remains limited, given pervasive corruption, a weak banking sector, and a business climate that discourages foreign investment and trade.

### Military Modernization and Behavior

***Iran will continue to develop military capabilities that threaten US forces and US allies in the region. It also may increase harassment of US and allied warships and merchant vessels in the Persian Gulf, Strait of Hormuz, and Gulf of Oman.***

- Iran continues to develop, improve, and field a range of military capabilities that enable it to target US and allied military assets in the region and disrupt traffic through the Strait of Hormuz.  These systems include ballistic missiles, unmanned explosive boats, naval mines, submarines and advanced torpedoes, armed and attack UAVs, antiship and land-attack cruise missiles, antiship ballistic missiles, and air defenses.  Iran has the largest ballistic missile force in the Middle East and can strike targets as far as 2,000 kilometers from Iran's borders.  Russia's delivery of the SA-20c SAM system in 2016 provided Iran with its most advanced long-range air defense system.  Iran is also domestically producing medium-range SAM systems and developing a long-range SAM.

- In September 2018, Iran struck Kurdish groups in Iraq and ISIS in Syria with ballistic missiles in response to attacks inside Iran, demonstrating the increasing precision of Iran's missiles, as well as Iran's ability to use UAVs in conjunction with ballistic missiles.

- We assess that unprofessional interactions conducted by the Iranian Islamic Revolutionary Guards Corps (IRGC) Navy against US ships in the Persian Gulf, which have been less frequent during the past year, could resume should Iran seek to project an image of strength in response to US pressure.  Most IRGC interactions with US ships are professional, but in recent years the IRGC Navy has challenged US ships in the Persian Gulf and flown UAVs close to US aircraft carriers during flight operations.  Moreover, Iranian leaders since July have threatened to close the Strait of Hormuz in response to US sanctions targeting Iranian oil exports.

## Saudi Arabia

Saudi Crown Prince Muhammad bin Salman continues to control the key levers of power in Saudi Arabia, but his simultaneous push for economic and social reform creates potential flashpoints for internal opposition.  Saudi public support for the royal family appears to remain high, even in the wake of the murder of journalist Jamal Khashoggi.  Moreover, we assess that the Saudi Government remains well positioned to stifle small-scale protests and discontent; it has preemptively arrested or forcibly detained clerics, business leaders, and civil society activists who could be nodes for discontent.

The Kingdom will seek to make progress on its Vision 2030 plan of structural reforms, spearheaded by Crown Prince Muhammad bin Salman and aimed at reducing dependence on oil revenues.  The plan's initiatives include reducing subsidies, building a robust private sector, and instituting taxes, all of which upend the longstanding social contract.  Some of these reforms have aggravated segments of the Saudi public, including government workers religious conservatives.

## Iraq

*Iraq is facing an increasingly disenchanted public.  The underlying political and economic factors that facilitated the rise of ISIS persist, and Iraqi Shia militias' attempts to further entrench their role in the state increase the threat to US personnel.*

- The Iraqi Government will confront a high level of societal discontent, institutional weakness, and deep-seated divisions, as well as protests over a lack of services, high unemployment, and political corruption.  Baghdad lacks the resources or institutional capacity to address longstanding economic development and basic services challenges, and it faces reconstruction costs in the aftermath of the counter-ISIS campaign, estimated by the World Bank at $88 billion.  Iraq's Kurdistan region is still dealing with political discontent over economic and territorial losses to Baghdad last year.

- ISIS remains a terrorist and insurgent threat and will seek to exploit Sunni grievances with Baghdad and societal instability to eventually regain Iraqi territory against Iraqi security forces that are stretched thin.

Iraqi Shia militants conducted several attacks against US diplomatic facilities in Iraq in September and December 2018. Militias—some of which are also part of the Iraqi Government Popular Mobilization Committee—plan to use newfound political power gained through positions in the new government to reduce or remove the US military presence while competing with the Iraqi security forces for state resources.

## Syria

*As the Syrian regime consolidates control, the country is likely to experience continued violence. We expect the regime to focus on taking control of the remaining rebel-held territory and reestablishing control of eastern Syria, consolidating gains, rebuilding regime-loyal areas, and increasing its diplomatic ties through 2019 while seeking to avoid conflicts with Israel and Turkey. Russia and Iran probably will attempt to further entrench themselves in Syria.*

- The regime's momentum, combined with continued support from Russia and Iran, almost certainly has given Syrian President Bashar al-Asad little incentive to make anything more than token concessions to the opposition or to adhere to UN resolutions on constitutional changes that Asad perceives would hurt his regime.

- Opposition groups, which rely on Turkey for continued support, probably are not capable of repelling a regime military operation to retake Idlib Province but may retain enough resources to foment a low-level insurgency in areas the regime recaptures in the coming year.

- The regime probably will focus increasingly on reasserting control over Kurdish-held areas. Damascus probably will seek to exploit any security vacuum and Turkish pressure on the Kurds in order to strike a favorable deal with the Kurds while also seeking to limit Turkey's presence and influence in Syria and reclaim territory in northwestern Syria held by Turkey.

- The regime is unlikely to immediately focus on clearing ISIS from remote areas that do not threaten key military, economic, and transportation infrastructure, judging from previous regime counter-ISIS efforts.

- Damage to the Syrian economy and its infrastructure has reached almost $400 billion, according to UN estimates, and reconstruction could take at least a decade to complete. The effects of the Syrian civil war will continue to be felt by its neighbors, with approximately 5.6 million Syrian refugees registered in neighboring countries as of October 2018. Russia and Iran will try to secure rights to postwar contracts to rebuild Syria's battered infrastructure and industry in exchange for sustained military and economic support.

## Syrian Refugees in the Middle East and North Africa



a. The number of refugees for each country is the number registered with the UN. National governments often report higher estimates for the number of Syrian refugees they host.

1810-00433-B-U

### Yemen

***The Huthi movement in Yemen and the Saudi-led coalition, which supports the Yemeni Government, remain far apart in negotiating an end to the conflict, and neither side seems prepared for the kind of compromise needed to end the fighting, suggesting the humanitarian crisis will continue.*** The coalition, buoyed by military gains in the past year, seems fixed on a Huthi withdrawal from Sanaa and significant Huthi disarmament. These terms remain unacceptable to the Huthis, who believe they can use external attacks to threaten Saudi Arabia and the UAE, undercut Saudi and UAE public support for the conflict, and draw international condemnation of the coalition's intervention in Yemen.

- The humanitarian impacts of the conflict in Yemen—including, famine, disease, and internal displacement—will be acute in 2019 and could easily worsen if the coalition cuts key supply lines to Sanaa. The fighting has left more than 22 million people, or approximately 75 percent of the population, in need of assistance, with millions of people at severe risk of famine by the UN definition—numbers that are likely to rise quickly if disruptions to aid access continue.

## Yemen Humanitarian Figures as of 3 December 2018



MILLIONS

28.7 million
Estimated population of Yemen

22.2 million
Total in need of some humanitarian assistance

16 million
Lack access to drinking water and sanitation

15.9 million
Severely food insecure

5 million
At "emergency" levels, just short of famine

1.26 million
Suspected cholera cases; 2,700 cases of diphtheria

2.8 million
Internally displaced persons

1810-00433-C

### Libya

*Libya is poised to remain unstable into 2019, with poor prospects for reconciliation between competing factions and ongoing threats from ISIS-Libya.* Militias aligned with Libya's key political factions fight intermittently for influence and control of resources, resulting in a high-risk security environment that threatens both rival governments and Western interests. The UN-backed, Tripoli-based Government of National Accord (GNA) and eastern-based House of Representatives (House) remain unable to agree on key posts and government structure. ISIS-Libya's capabilities have been degraded, but it is still capable of conducting attacks on local and Western targets in Libya and possibly elsewhere in the region.

# SOUTH ASIA

*The challenges facing South Asian states will grow in 2019 because of Afghanistan's presidential election in mid-July and the Taliban's large-scale attacks, Pakistan's recalcitrance in dealing with militant groups, and Indian elections that risk communal violence.*

## Afghanistan Stalemate

*We assess that neither the Afghan Government nor the Taliban will be able to gain a strategic military advantage in the Afghan war in the coming year if coalition support remains at current levels.* Afghan forces generally have secured cities and other government strongholds, but the Taliban has increased large-scale attacks, and Afghan security suffers from a large number of forces being tied down in defensive missions, mobility shortfalls, and a lack of reliable forces to hold recaptured territory.

## Pakistan Recalcitrance

*Militant groups supported by Pakistan will continue to take advantage of their safe haven in Pakistan to plan and conduct attacks in India and Afghanistan, including against US interests.* Islamabad's narrow approach to counterterrorism cooperation—using some groups as policy tools and confronting only the militant groups that directly threaten Pakistan—almost certainly will frustrate US counterterrorism efforts against the Taliban.

## Indian Elections and Ethnic Tensions

*Parliamentary elections in India increase the possibility of communal violence if Indian Prime Minister Narendra Modi's Bharatiya Janata Party (BJP) stresses Hindu nationalist themes.* BJP policies during Modi's first term have deepened communal tensions in some BJP-governed states, and Hindu nationalist state leaders might view a Hindu-nationalist campaign as a signal to incite low-level violence to animate their supporters. Increasing communal clashes could alienate Indian Muslims and allow Islamist terrorist groups in India to expand their influence.

## India-Pakistan Tensions

*We judge that cross-border terrorism, firing across the Line of Control (LoC), divisive national elections in India, and Islamabad's perception of its position with the United States relative to India will contribute to strained India-Pakistan relations at least through May 2019, the deadline for the Indian election, and probably beyond.* Despite limited confidence-building measures—such as both countries recommitting in May 2018 to the 2003 cease-fire along the disputed Kashmir border—continued terrorist attacks and cross-border firing in Kashmir have hardened each country's position and reduced their political will to seek rapprochement. Political maneuvering resulting from the Indian national elections probably will further constrain near-term opportunities for improving ties.

## India-China Tensions

*We expect relations between India and China to remain tense, despite efforts on both sides to manage tensions since the border standoff in 2017, elevating the risk of unintentional escalation.* Chinese President Xi Jinping and Indian Prime Minister Narendra Modi held an informal summit in April 2018 to defuse tension and normalize relations, but they did not address border issues. Misperceptions of military movements or construction might result in tensions escalating into armed conflict.

# RUSSIA AND EURASIA

*Russian President Vladimir Putin has the tools to navigate challenges to his rule, and he is likely to sustain an assertive, opportunistic foreign policy to advance Russia's interests beyond its borders and contest US influence.*

## Russia's Domestic Politics

*The Russian economy's slow growth and most Russians' disapproval of government officials' performance will foster a more challenging political environment for the Kremlin, although its centralized power structure and the resonance of anti-American themes will buoy Putin, sustaining his push for international stature and challenging US global leadership.*

We assess that slow growth and depressed wages are eroding the higher living standards that many Russians once saw as Putin's greatest accomplishment, and corruption is a major issue that Putin cannot attack because his political system rests on it.  Following his support for an unpopular pension reform in 2018, Putin's public approval fell to levels not seen since before Russia's illegal annexation of Crimea in 2014.  Nevertheless, the Kremlin can rely on its traditional instruments of persuasion to navigate challenges to Putin's control—including the media and the distribution of financial benefits—and it can turn to its security services to impede protests, crack down on the opposition, and intimidate elites.



**Russian Economic Performance Highly Dependent on Oil Prices**

1810-00436-B

Although we judge that Putin and other elites would like to see cooperation with the United States where US and Russian interests overlap, they view publicly blaming the United States for internal challenges as good politics.  Moscow believes it can weather the impact of sanctions, and we expect Putin to remain active on the international stage because the public narrative that he has restored Russia's great-power status remains a pillar of his domestic support.

## Global Ambitions

*Russia's efforts to expand its global military, commercial, and energy footprint and build partnerships with US allies and adversaries alike are likely to pose increasing challenges. Moscow will continue to emphasize its strategic relationship with Beijing, while also pursuing a higher profile in the Middle East, Southeast Asia, Africa, and Latin America.*

We assess that Moscow will continue pursuing a range of objectives to expand its reach, including undermining the US-led liberal international order, dividing Western political and security institutions, demonstrating Russia's ability to shape global issues, and bolstering Putin's domestic legitimacy. Russia seeks to capitalize on perceptions of US retrenchment and power vacuums, which it views the United States is unwilling or unable to fill, by pursuing relatively low-cost options, including influence campaigns, cyber tools, and limited military interventions.



**Putin's Popularity Slides Following Short, Victorious Wars and Reelection**

MILESTONES

1  **2008:** End of second term, victory in Georgia war

2  **2012:** Returns to presidency

3  **2014:** Illegally seizes Crimea

4  **2018:** Reelected, enacts pension reforms

1810-00436-C

- We assess that Moscow has heightened confidence, based on its success in helping restore the Asad regime's territorial control in Syria, but translating what have largely been military wins into a workable settlement in Syria will be one of Moscow's key challenges in the years ahead.

- Russia seeks to boost its military presence and political influence in the Mediterranean and Red Seas, increase its arms sales, expand information operations in Europe, and mediate conflicts, including engaging in the Middle East Peace Process and Afghanistan reconciliation.

## Military Capabilities

*Moscow views military force as key to safeguarding its vital interests and supporting its foreign policy; it is becoming more modernized and capable across all military domains and maintains the world's largest operational nuclear stockpile.*

- After decades of increased spending to support modernization, Russia's defense budget is decreasing to about 3.8 percent of GDP in 2019, from a peak of about 5.4 percent in 2016. Because of momentum in military acquisitions, we judge that the budget is normalizing to pre-peak spending levels.

- In 2019, we assess that Russia will continue to modernize the entire military but particularly will make progress in its air defense, submarine, and electronic warfare capabilities.

### Russia and Its Neighbors

*The Kremlin will seek to maintain and, where possible, expand its influence throughout the former Soviet Union countries, which it asserts are within its sphere of influence.*

We assess that a major offensive by either Ukraine or Russian proxy forces is operationally feasible but unlikely in 2019, unless one side perceives the other is seriously challenging the status quo. Bilateral tensions will continue to rise in the Black and Azov Seas as each side asserts its sovereignty and naval capabilities. Russia will continue its military, political, and economic destabilization campaign against Ukraine to try to stymie Kyiv's efforts to integrate with the EU and strengthen ties to NATO. Russia's interception of Ukrainian ships in the Kerch Strait and detention of the ships' sailors in November 2018 demonstrates Russia's willingness to limit Ukrainian freedom of navigation in the area and exert political pressure on the country's leadership, particularly in advance of Ukraine's elections this year.

- Ukraine will hold a presidential election in March 2019 and legislative elections in the fall. The large field of presidential candidates, high levels of distrust in political elites, and lack of a clear frontrunner may provide Ukrainian President Petro Poroshenko's rivals, as well as lesser known candidates and political newcomers, an opportunity to appeal to the largely undecided Ukrainian electorate.

- Russia is taking steps to influence these elections, applying a range of tools to exert influence and exploit Kyiv's fragile economy, widespread corruption, cyber vulnerabilities, and public discontent in hopes of ousting Poroshenko and bringing to power a less anti-Russia parliament.

The ruling coalition of Moldova, Ukaraine's neighbor, is focused on maintaining power in the legislative election planned for February 2019 and probably will seek to limit Russian influence and preserve a veneer of commitment to EU integration.

Tension between Armenia and Azerbaijan over the Nagorno-Karabakh region remains a potential source for a large-scale military conflict that might draw in Russia.

Russia will continue pressing Central Asia's leaders to support Russian-led economic and security initiatives and reduce engagement with Washington. At the same time, China probably will continue to expand its outreach to Central Asia, largely to promote economic initiatives because of Beijing's concern that regional instability could undermine China's economic interests and create a permissive environment for extremists. Uzbekistan's political opening under President Shavkat Mirziyoyev will improve prospects for intraregional cooperation, but poor governance and vulnerable economics will raise the risk of radicalization.

## EUROPE

*The United Kingdom's scheduled exit from the EU on 29 March 2019, European Parliament elections in late May, and the subsequent turnover in EU institutional leadership will limit the ability of EU and*

*national leaders to contend with increased Russian and Chinese efforts to divide them from one another and from the United States.*

- If the United Kingdom's exit from the EU takes place as scheduled, it would remove one of the institution's key voices for strong sanctions policy toward Russia and market liberalism, as well as one of its most capable foreign and security policy actors.

- Russia and China are likely to intensify efforts to build influence in Europe at the expense of US interests, benefiting from the economic fragility of some countries, transatlantic disagreements, and a probable strong showing by anti-establishment parties in the European Parliament elections in late May 2019.  Some member states favor a softening of Russian sanctions and probably will resist efforts to tighten investment screening.

## Turkey

*Turkey's regional ambitions, a distrust of the United States, and the growing authoritarianism of Turkey's leaders are complicating bilateral relations and making Ankara more willing to challenge US regional goals.*  Turkey will continue to view as existential threats the Kurdistan Workers' Party (PKK), including its People's Protection Units (YPG) militia in Syria, and the movement led by Fethullah Gulen (USPER), a former AKP ally who Turkish leaders claim is responsible for the failed coup of 2016.

## Balkans

The Western Balkans almost certainly will remain at some risk of low-level violence and possibly open military conflict throughout 2019. Russia will seek to exploit ethnic tensions and high levels of corruption to hinder the ability of countries in this region to move toward the EU and NATO.



Key Events in Europe During 2019

2019

29 March: United Kingdom scheduled to exit the EU — MAR

23–26 May: EU parliamentary elections — MAY

Mid-June: Russian sanctions renewal — JUN

15 July: Anniversary of failed coup in Turkey — JUL

25–27 August: G7 summit in Biarritz, Nouvelle Aquitaine, France — AUG

1810-00437

# AFRICA

*Several countries and regions in Sub-Saharan Africa are likely to face significant security, counterterrorism, democratization, economic, and humanitarian challenges.  Recent political unrest in countries such as Zimbabwe and Sudan highlight the ongoing challenges facing many governments across the continent.  African countries' outreach and cooperation with external actors—such as China and Russia—will increase this year.*

## The Sahel

*Countries in the Sahel—particularly Chad, Burkina Faso, Mali, Mauritania, and Niger—almost certainly will be vulnerable to an increase in terrorist attacks in 2019 as they struggle to contain terrorist groups and improve governance and security.*  Al-Qa'ida-affiliated Jama'at Nusrat al-Islam wal-Muslimin (JNIM)

and its extremist allies present a growing threat, with attacks increasing during the past year. Implementation of Mali's peace accord—an essential step for extending governance into terrorist safe havens in northern and central Mali—probably will be difficult because remaining steps are politically and financially sensitive.

### Nigeria

*Nigeria, Africa's most populous country and the largest economy, probably will face a contentious presidential election in February 2019 and sustained attacks from Boko Haram and ISIS-West Africa (ISIS-WA).* Abuja is also facing continued violence in the politically sensitive Middle Belt region.  .

### Sudan and South Sudan

*Violence and the humanitarian crisis in South Sudan are likely to persist this year, while Sudan probably wants to improve relations with the United States but will continue reaching out to other partners to boost its economy.* In South Sudan, the peace agreement signed between the government and opposition groups in September 2017 faces delays and implementation difficulties.  Acute food insecurity and constraints on aid access—resulting from poor infrastructure, seasonal rains, active hostilities, and government- and opposition-imposed impediments—are likely to contribute to an ongoing humanitarian crisis.  Meanwhile, Khartoum, despite facing antigovernment protests over its poor economic situation, is committed to pursuing efforts to improve its relationship with the United States and wants to be removed from the US State Sponsors of Terrorism List.  Sudan also will strengthen ties to other partners—including Russia and Turkey—in an effort to diversify its partnerships and improve its economic situation.

### Horn of Africa

*The states of East Africa will confront internal tension and a continuing threat from al-Shabaab, despite improved intergovernmental relations and Ethiopian-Eritrean rapprochement.* Elite competition, corruption, and poor coordination among security services in Somalia will hamper efforts to tamp down violence.  The African Union Mission in Somalia (AMISOM) is unlikely to engage in aggressive offensive operations against al-Shabaab in advance of the mission's scheduled withdrawal from Somalia by 2021.  Ethiopia and Eritrea will struggle to balance political control with demands for reform from domestic constituencies.

### Central Africa

*Political unrest across Central Africa is likely to persist through 2019, compounding humanitarian challenges and armed conflict.* The Democratic Republic of the Congo (DRC) is recovering from its contentious presidential election in December 2018, as well as dealing with an ongoing Ebola outbreak and internal displacement crisis.  Meanwhile, violence among armed groups in several regions of the DRC threatens regional and national stability, and violence in eastern DRC impedes efforts to respond to the Ebola outbreak.  The Central African Republic (CAR) is struggling to make progress toward a peace agreement between the government and multiple armed groups.

## THE WESTERN HEMISPHERE

*Flagging economies, migration flows, corruption, narcotics trafficking, and anti-US autocrats will present continuing challenges to US interests, as US adversaries and strategic competitors seek greater influence in the region.* The hemisphere will see several presidential elections this year, including in Argentina,

Bolivia, El Salvador, Guatemala, Panama, and Uruguay, providing opportunities for outside candidates to exploit public frustration with stagnant economic growth, high crime, and corruption. China and Russia will pursue efforts to gain economic and security influence in the region.

## Mexico

***Newly inaugurated Mexican President Andres Manuel Lopez Obrador almost certainly will focus on meeting steep public expectations for improvements on anticorruption and security following his landslide electoral victory in July.*** He is likely to pursue mostly practical approaches to US cooperation that complement his ambitious domestic agenda. Lopez Obrador has promised to reduce violence, in part by addressing socioeconomic causes, but he has publicly conceded that Mexico's military must keep up its public security role in the near term, despite his initial preference to end it. Lopez Obrador has supported the US-Mexico-Canada Agreement (USMCA) trade deal, probably hoping to reduce trade-related uncertainty, allowing him to focus on his domestic economic agenda. However, Mexico's $1.15 trillion economy remains vulnerable to investor uncertainty that could weaken the export sector and slow economic growth, which was just 2 percent in 2017. Declining oil revenue will limit the Mexican Government's ability to fund Lopez Obrador's ambitious social programs and infrastructure projects.

## Central America

***We assess that high crime rates and weak job markets will spur additional US-bound migrants from the Northern Triangle—El Salvador, Guatemala, and Honduras—while a political crackdown in Nicaragua dims that country's already bleak economic outlook.*** Illicit migration northward from the region shows no signs of abating, despite increased messaging by governments to dissuade potential migrants and stepped-up immigration enforcement by Mexico. Many migrants apparently perceive that traveling in caravans on the journey north affords a certain level of security, and the decision to do so appears to result from a combination of individual motivation, encouragement from social media postings, and politically motivated efforts by some individuals and organizations.

- Nicaraguan President Daniel Ortega's refusal to heed calls for negotiation amid his political crackdown, which has left more than 300 people dead and contributed to allegations of human rights abuses, threatens to deepen a recession in one of the region's weakest economies.

## Venezuela

***Although the regime of Nicolas Maduro will continue to try to maintain power, he is facing persistent opposition.*** Falling oil production, economic mismanagement, and legal challenges almost certainly will compound the worsening economic pressure on the country. Living standards have collapsed, and hyperinflation and shortages in basic goods have gripped the country. Since 2014, the UN International Organization for Migration estimates that 2-3 million Venezuelans have left the country. Maduro continues to crack down on the political and military opposition after a failed assassination attempt against him in August 2018 and disrupted coup plots in the past 12 months, but the opposition has shown resilience, as indicated by its challenge to Maduro's rule emerging in late January 2019.

### Estimated Venezuelan Migrants and Asylum Seekers by Country (2015–18)

| Recipient Nations | Venezuelan Migrants |
|---|---|
| Colombia | 1,000,000 |
| Peru | 400,000–580,000 |
| Chile | 85,000–300,000 |
| Ecuador | 250,000 |
| Panama | 21,000–88,000 |
| Brazil | 76,000 |
| Argentina | 70,000 |
| Dominican Republic | 20,000–46,000 |
| Trinidad and Tobago | 40,000 |
| Mexico | 26,000–33,000 |
| Costa Rica | 9,000–23,000 |
| Canada | 21,000 |
| Aruba | 10,000–20,000 |
| Guyana | 12,000 |
| Uruguay | 8,500 |
| Bolivia | 3,000–7,000 |
| Curacao | 5,000 |

1810-00439-U

## Colombia

***Colombian President Ivan Duque faces a fraying peace accord with the former Revolutionary Armed Forces of Colombia (FARC) while he is working to stem violence in Colombia's rural departments, carry out his coca eradication ambitions, and manage growing tensions with Caracas.*** Duque has ordered increased security operations to curb common crime, threats from Colombia's insurgent and criminal groups, and address coca cultivation and trafficking. Coca cultivation in Colombia was at a record 209,000 hectares in 2017, and crop substitution and eradication programs face coordination challenges and local resistance.

## Cuba

***Cuban President Miguel Diaz-Canel will adhere to former President Raul Castro's blueprint for institutionalizing one-party rule and socialism in Cuba through constitutional reforms.*** Diaz-Canel has acknowledged that Raul Castro, who still commands the ruling Communist Party, remains the dominant voice on public policy.

🇺🇸 An official website of the United States government  Here's how you know

JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                            Monday, August 17, 2020

## Former CIA Officer Arrested and Charged with Espionage

Alexander Yuk Ching Ma, 67, a former Central Intelligence Agency (CIA) officer, was arrested on Aug. 14, 2020, on a charge that he conspired with a relative of his who also was a former CIA officer to communicate classified information up to the Top Secret level to intelligence officials of the People's Republic of China (PRC).  The Criminal Complaint containing the charge was unsealed this morning.

Assistant Attorney General for National Security John C. Demers, U.S. Attorney for the District of Hawaii Kenji M. Price, Assistant Director of the FBI's Counterintelligence Division Alan E. Kohler Jr., and Special Agent in Charge of the FBI's Honolulu Field Office Eli S. Miranda made the announcement.

"The trail of Chinese espionage is long and, sadly, strewn with former American intelligence officers who betrayed their colleagues, their country and its liberal democratic values to support an authoritarian communist regime," said Assistant Attorney General for National Security John C. Demers.  "This betrayal is never worth it.  Whether immediately, or many years after they thought they got away with it, we will find these traitors and we will bring them to justice.  To the Chinese intelligence services, these individuals are expendable.  To us, they are sad but urgent reminders of the need to stay vigilant."

 "The charges announced today are a sobering reminder to our communities in Hawaii of the constant threat posed by those who seek to jeopardize our nation's security through acts of espionage," said U.S. Attorney Price. "Of particular concern are the criminal acts of those who served in our nation's intelligence community, but then choose to betray their former colleagues and the nation-at large by divulging classified national defense information to China. My office will continue to tenaciously pursue espionage cases."

"This serious act of espionage is another example in a long string of illicit activities that thePeople's Republic of China is conducting within and against the United States," said Alan E. Kohler Jr., Assistant Director of the FBI's Counterintelligence Division.  "This case demonstrates that no matter the length or difficulty of the investigation, the men and women of the FBI will work tirelessly to protect our national security from the threat posed by Chinese intelligence services.  Let it be known that anyone who violates a position of trust to betray the United States will face justice, no matter how many years it takes to bring their crimes to light."

"These cases are very complicated and take years if not decades to bring to a conclusion," said Eli Miranda, Special Agent in Charge of the FBI's Honolulu Division.  "I could not be more proud of the work done by the men and women of the FBI's Honolulu Division in pursuing this case. Their dedication is a reminder that the FBI will never waiver when it comes to ensuring the safety and security of our nation."

Ma is a naturalized U.S. citizen born in Hong Kong. According to court documents, Ma began working for the CIA in 1982, maintained a Top Secret clearance, and signed numerous non-disclosure agreements in which he acknowledged his responsibility and ongoing duty to protect U.S. government secrets during his tenure at CIA.  Ma left the CIA in 1989 and lived and worked in Shanghai, China before arriving in Hawaii in 2001.

**AR-258**

TikTok Footnote 33 - Former CIA Officer Arrested and Charged with Espionage

According to court documents, Ma and his relative (identified as co-conspirator #1) conspired with each other and multiple PRC intelligence officials to communicate classified national defense information over the course of a decade.  The scheme began with three days of meetings in Hong Kong in March 2001 during which the two former CIA officers provided information to the foreign intelligence service about the CIA's personnel, operations, and methods of concealing communications.  Part of the meeting was captured on videotape, including a portion where Ma can be seen receiving and counting $50,000 in cash for the secrets they provided.

The court documents further allege that after Ma moved to Hawaii, he sought employment with the FBI in order to once again gain access to classified U.S. government information which he could in turn provide to his PRC handlers. In 2004, the FBI's Honolulu Field Office hired Ma as a contract linguist tasked with reviewing and translating Chinese language documents.  Over the following six years, Ma regularly copied, photographed and stole documents that displayed U.S. classification markings such as "SECRET."  Ma took some of the stolen documents and images with him on his frequent trips to China with the intent to provide them to his handlers.  Ma often returned from China with thousands of dollars in cash and expensive gifts, such as a new set of golf clubs.

According to court documents, in spring 2019, over the course of two in-person meetings, Ma confirmed his espionage activities to an FBI undercover employee Ma believed was a representative of the PRC intelligence service, and accepted $2,000 in cash from the FBI undercover as "small token" of appreciation for Ma's assistance to China.  Ma also offered to once again work for the PRC intelligence service.  On August 12, 2020, during a meeting with an FBI undercover employee before arrest, Ma again accepted money for his past espionage activities, expressed his willingness to continue to help the Chinese government, and stated that he wanted "the motherland" to succeed.

Ma will make his initial appearance before a federal judge tomorrow in the U.S. District Court for the District of Hawaii.  He is charged with conspiracy to communicate national defense information to aid a foreign government and faces a maximum penalty of life imprisonment if convicted.  The maximum sentence is prescribed by Congress and is provided here for informational purposes.  In the event Ma is convicted, a federal district court judge will determine any sentence after taking into account the advisory Sentencing Guidelines and other statutory factors.

The investigation was conducted by the FBI's Honolulu and Los Angeles Field Offices. Assistant U.S. Attorney Ken Sorenson and Trial Attorneys Scott Claffee and Steve Marzen of the National Security Division's Counterintelligence and Export Control Section are prosecuting the case.

---

**Attachment(s):**
Download ma_complaint_.pdf

**Topic(s):**
Counterintelligence and Export Control
National Security

**Component(s):**
National Security Division (NSD)
USAO - Hawaii

**Press Release Number:**
20-789

*Updated August 17, 2020*

**AR-259**

# Engineering global consent

The Chinese Communist Party's data-driven power expansion

Dr Samantha Hoffman





Policy brief
Report No. 21/2019

## About the author

**Dr Samantha Hoffman** is an Analyst at ASPI's International Cyber Policy Centre and an independent consultant. In 2018, she was a Visiting Fellow at the MERICS in Berlin. She also worked as a consultant for the IISS (2012-2018) and IHS Markit (2012-2017). Her research explores the domestic and global implications of the Chinese Communist Party's approach to state security. The research offers new ways of thinking about how to understand and respond to China's technology-enhanced political and social control efforts. Dr. Hoffman holds a PhD in Politics and International Relations from the University of Nottingham (2017), and an MSc in Modern Chinese Studies from the University of Oxford (2011), and BA degrees in International Affairs and East Asian Languages & Cultures from the Florida State University (2010). She has written for *Foreign Policy*, *The Hill*, *War on the Rocks*, *The National Interest*, *China Brief*, *Forbes*, and *Jane's Intelligence Review*. She has been widely quoted in the media on China's security state and politics, including *The New York Times*, *The Economist*, *BBC*, *ABC* (Australia), *Foreign Policy*, *Wall Street Journal*, *The Washington Post*, *Financial Times*, *Science Magazine*, and *WIRED*.

## Acknowledgements

The author would like to thank all of her ASPI International Cyber Policy Centre colleagues for their help and support, as well as, Alexander Bowe, John Garnaut, Matt Schrader, Didi Tatlow, Michal Thim, Greg Walton, and several other reviewers who provided feedback, including those wishing to remain anonymous. Last but not least Cheryl Yu and Kitsch Liao for their valuable research assistance.

## What is ASPI?

The Australian Strategic Policy Institute was formed in 2001 as an independent, non-partisan think tank. Its core aim is to provide the Australian Government with fresh ideas on Australia's defence, security and strategic policy choices. ASPI is responsible for informing the public on a range of strategic issues, generating new thinking for government and harnessing strategic thinking internationally.

## ASPI International Cyber Policy Centre

The ASPI International Cyber Policy Centre's mission is to shape debate, policy and understanding on cyber issues, informed by original research and close consultation with government, business and civil society.

It seeks to improve debate, policy and understanding on cyber issues by:

1. conducting applied, original empirical research
2. linking government, business and civil society
3. leading debates and influencing policy in Australia and the Asia–Pacific.

The work of ICPC would be impossible without the financial support of our partners and sponsors across government, industry and civil society.

## Important disclaimer

This publication is designed to provide accurate and authoritative information in relation to the subject matter covered. It is provided with the understanding that the publisher is not engaged in rendering any form of professional or other advice or services. No person should rely on the contents of this publication without first obtaining advice from a qualified professional.

## ASPI

Tel +61 2 6270 5100
Fax + 61 2 6273 9566
Email enquiries@aspi.org.au
www.aspi.org.au
www.aspistrategist.org.au
www.aspi.org.au/icpc/home
 facebook.com/ASPI.org
@ASPI_ICPC

© The Australian Strategic Policy Institute Limited 2019

This publication is subject to copyright. Except as permitted under the *Copyright Act 1968*, no part of it may in any form or by any means (electronic, mechanical, microcopying, photocopying, recording or otherwise) be reproduced, stored in a retrieval system or transmitted without prior written permission. Enquiries should be addressed to the publishers. Notwithstanding the above, educational institutions (including schools, independent colleges, universities and TAFEs) are granted permission to make copies of copyrighted works strictly for educational purposes without explicit permission from ASPI and free of charge.

First published October 2019

ISSN 2209-9689 (online)
ISSN 2209-9670 (print)

**Cover image**: Illustration by Badiucao, https://www.badiucao.com.



# Engineering global consent

The Chinese Communist Party's data-driven power expansion

Dr Samantha Hoffman

Policy brief
Report No. 21/2019

**AR-322**

# Contents

What's the problem?                                             03

What's the solution?                                            03

Executive summary                                              04

Engineering consent                                            06

Making the world harmonious with the party                     07

Global Tone Communication Technology Co. Ltd                   09

GTCOM and party-state security                                 11

Background on GTCOM's ownership structure                      14

GTCOM-US                                                       17

Control through convenience                                    18

A global data ecosystem                                        20

Research collaborations                                        23

So what?                                                       25

Policy recommendations                                        26

Appendix 1: Known GTCOM products and services                  27

Notes                                                         28

Acronyms and abbreviations                                    33

## What's the problem?

The Chinese party-state's tech-enhanced authoritarianism is expanding globally. This expansion isn't always distinctly coercive or overtly invasive. While there's an important focus on technologies such as 5G, surveillance and cyber-enabled espionage, that narrow focus misses the bigger picture. The Chinese Communist Party (CCP) has a much more ambitious vision for harnessing a broad suite of current and emerging technologies in support of its own interests, including devices that might be seen as relatively benign, such as language translation technologies. By leveraging state-owned enterprises (SOEs), Chinese technology companies and partnerships with foreign partners—including Western universities—the CCP is building a massive and global data-collection ecosystem. The creation of that ecosystem gives the party control over large data flows. And, when the data is combined with artificial intelligence (AI) processing, the result can help build tools that can be used to shape, manage and control, including propaganda tools and the social credit system.

To explain this new phenomenon, this report provides analysis of the global operations of Chinese company Global Tone Communications Technology Co. Ltd (GTCOM), which is a subsidiary of an SOE supervised directly by China's Central Propaganda Department (Figure 1). GTCOM focuses on 'big data' collection and AI technologies such as facial recognition. It claims to collect enormous amounts of globally sourced data each year (2–3 petabytes annually, or the equivalent of 20 billion photos on Facebook). It's also responsible for identifying risks to state security—a concept that places the party's political power at its core.

## What's the solution?

For the party-state, leveraging such things as bulk data collection, as well as, smart  city and AI technologies provides valuable tools for shaping global governance so that public sentiment is favourable to the CCP's own interests—not simply China's or the Chinese people's, but globally. As this approach continues to rapidly take shape, many Western governments will find themselves both struggling to understand the problem and struggling to respond.

While ideal solutions to this emerging suite of problems don't exist yet, partly because research on these issues hasn't been in-depth or forward-looking, there are a range of areas that governments should be investing in and working with industry and civil society on. This report recommends strengthening data privacy laws and foreign influence transparency schemes. It also recommends greater investment in data literacy and data transparency programs, and it calls for a rethink for how governments deal with foreign propaganda in the digital age.

# Executive summary

The Chinese party-state engages in data collection on a massive scale as a means of generating information to enhance state security—and, crucially, the political security of the Chinese Communist Party (CCP)—across multiple domains. The party-state intends to shape, manage and control its global operating environment so that public sentiment is favourable to its own interests. The party's interests are prioritised over simply the Chinese state's interests or simply the Chinese people's interests. The effort requires continuous expansion of the party's power overseas because, according to its own articulation of its threat perceptions, external risks to its power are just as likely—if not more likely—to emerge from outside the People's Republic of China's (PRC) borders as from within.[1]

This report explains how the party-state's tech-enhanced authoritarianism is expanding globally. The effort doesn't always involve distinctly coercive and overtly invasive technology, such as surveillance cameras. In fact, it often relies on technologies that provide useful services. Those services are designed to bring efficiency to everyday governance and convenience to everyday life. The problem is that it's not only the customer deploying these technologies—notably those associated with 'smart cities', such as 'internet of things' (IoT) devices—that derives benefit from their use. Whoever has the opportunity to access the data a product generates and collects can derive value from the data. How the data is processed, and then used, depends on the intent of the actor processing it.

The Chinese party-state intends to use bulk data collection to support its efforts to shape, manage and control its global operating environment, and to generate cooperative and coercive tools of control. This paper uses the company Global Tone Communications Technology Co. Ltd (GTCOM) as a case study to illustrate how the global expansion of the party's tech-enhanced authoritarianism can work. GTCOM is a subsidiary of a Chinese state-owned enterprise that the Central Propaganda Department directly supervises. It provides both hardware and software translation tools. GTCOM describes itself as a 'cross-language big data' business: it collects bulk data globally in more than 65 languages and processes the data for output into other products and services for government and corporate clients (see the Appendix). The products can be applied to tools that have global implications, such as parts of China's social credit system.[2]

GTCOM claims to collect 'billions' of pieces of globally sourced unstructured data. Through just one of its many platforms, focused on traditional and social media collection, GTCOM claims to gather 10 terabytes of data per day (equivalent to 5 trillion words of plain text) as part of its 'cross-language big data' business, and 2–3 petabytes annually (equivalent to 20 billion photos on Facebook).[3] Anything translated via GTCOM's translation services is part of the bulk data it collects. GTCOM uses bulk data collection and artificial intelligence processing of data for information platforms and tools provided to the party-state. Such tools include propaganda, intelligence, social credit system-linked creditworthiness determination products, and government services.

As GTCOM is a company openly contributing to state security and intelligence data collection, the case study sheds light on many other issues that should be of critical importance to global decision-makers. It demonstrates, for instance, the global consequences of the PRC's military–civil fusion priority, which 'seeks to break down the barriers between China's civilian and military sectors'.[4] Rather than acting in isolation, GTCOM relies on strategic cooperation with other major Chinese firms such as Huawei,

Alibaba Cloud and Haiyun Data and research arrangements with a global network of academics and research institutions as a way of collecting data. Huawei's relationship with GTCOM, for example, illustrates how Huawei can embed technology into its products as a means to collect data that goes directly back to servers that the party-state controls, for uses that would serve its intent in addition to GTCOM's translation services.

**Figure 1: Global Tone Communications Technology Co. Ltd (GTCOM) organisational structure**



Source: Created by author.

# Engineering consent

Digital tools are revolutionising the old art of public opinion manipulation.[5] Advances in data collection and analytics, human–machine interaction and AI are transforming how public sentiment is monitored, analysed and manipulated. Technology assists state and corporate actors to read public sentiment and use language more effectively to shape it.[6] It enables the automation and amplification of messaging towards target groups.[7] The possibilities are limited only by whether the actors have the intent, capability and opportunity to act.

UK-based political consulting firm Cambridge Analytica demonstrated the power of digital technologies when it used the data of 50 million Facebook users to influence the 2016 US presidential election—and, allegedly, the Brexit referendum, too.[8] But there's no consensus on what ethical and legal norms should guide how political actors use digital technologies to win power or how large technology companies should use personal data to generate profit. And no amount of clear norm-setting is likely to deter today's resurgent authoritarian actors, as Russia demonstrated with its interference in the 2016 US election.[9]

While Russia's use of digital technologies to manipulate international public opinion is well documented, similar efforts by the Chinese party-state haven't been closely examined.[10] This paper shows how the party-state is constructing an international data-collection ecosystem in order to support its interests. It shows how Beijing is deploying its own data-collection resources but also exploiting China's international technology companies and leveraging relationships with other global partners. Through this rapidly expanding ecosystem, it seeks the capability to collect mass real-time data on a global scale.[11] This paper examines one little-known entity, GTCOM, to demonstrate how this ecosystem works.

Data can be used for multiple purposes depending on the intent of the actors involved.[12] For the Chinese party-state, bulk data collection and AI processing of data are tools for engineering global consent and shaping global governance in pursuit of its objectives.

# Making the world harmonious with the party

The CCP has clearly articulated an intent to manipulate public opinion in order to protect and expand its power. This intent is embedded in General Secretary Xi Jinping's concept of global governance, which he calls the 'Community of Common Destiny for Mankind'. As Liza Tobin set out in the *Texas National Security Review*, Xi Jinping likened the idea to a Swiss army knife. He described it as 'a Chinese-designed multifunctional tool for solving the world's problems'.[13]

Propaganda and ideology sit at the core of the party's efforts to shape global governance. At a National Propaganda and Ideological Work Conference in August 2018, General Secretary Xi Jinping said the goal of propaganda and ideological work was to 'promote the solidarity of all people in ideals and beliefs, values and morals, and ethical concepts in order to make greater contributions to serving the whole of the party and the state'.[14] Similarly, Central Party School scholars have said that the People's Republic of China (PRC) seeks a 'high degree of unity between sentiments of the Chinese nation and sentiments of the world'.[15]

The party places its own 'political security' at the foundation of state security.[16] It describes political security as being reliant on sustained 'ideological security' and 'cultural security'.[17] They're best summarised as protecting the CCP's versions of the 'truth'—truth about China, the Chinese people and culture, and what China's future is and is not.

The toolkit that prevents threats to state security is known in party-speak as 'social management'. Social management describes how the CCP leadership attempts to shape, manage and control society (and also the party's own members) through a process of co-option and coercion.[18]

The party sees the most powerful threats to its ideological, cultural and general political security as emerging from outside China. According to this logic, preventing external risk requires the party's political, ideological and cultural security effort to go global. The party-state's descriptions of its own threat perceptions matter. It describes the protests in Hong Kong as involving foreign 'black hands', and implies that it blames 'hostile forces' outside the PRC for the protests as much as political opposition that has organically emerged from inside.[19] Similarly, 'hostile forces' internal and external to the PRC are viewed as a potential cause of a 'colour revolution' event in the PRC.[20]

Xi's 'Common Destiny' vision has been described as a form of 'international social management', suggesting that the party's internal social management tools are applied externally for the party's benefit. According to one article, Xi's vision is 'global in its perspective', promoting the Confucian vision of 'being harmonious but different' and 'making way for the new frontier of social management'.[21]

The description of 'international social management' as being linked to 'being harmonious but different' has real-world implications. A 2017 article on a Xinjiang Government website, for example, said the region had a 'harmonious but different' system.[22] The article quoted Xi as saying that the concept 'reinforces the capacity of cadres and masses of various ethnicities to tell right from wrong, defends against the thought infiltration perpetrated by foreign enemy powers, sturdily raising the correct view on motherland, history and ethnicity.'[23] For Uyghurs currently detained in Xinjiang on the basis of their ethnicity, there's no evidence that 'being harmonious but different' is about anything other than the party's power at the cost of their own identity, culture and society.[24]

**Figure 2: The tree of state security**



Note: The tree of state security is nourished by security education and awareness of one's duty, which produces the fruits of scientific security, information security, economic security, cultural security, military security, homeland security, ecological security, nuclear security, social security, natural resources security, and protects the country from internal menaces and foreign disturbances.

# Global Tone Communication Technology Co. Ltd

Beijing-headquartered GTCOM demonstrates how the CCP doesn't just rely on visibly coercive technology and overtly invasive surveillance to achieve its broader objectives, such as reshaping global governance. GTCOM was established in 2009 as a subsidiary of the Central Propaganda Department-controlled SOE China Translation Corp., which is a member of China Publishing Group (see Figure 1). The self-proclaimed 'world leading big data and artificial intelligence enterprise' is in the business of 'cross-language big data'; that is, the collection of bulk data in at least '65 languages and 200+ countries' (Figure 3).[25] The data is used to generate 'industrial knowledge graphs, algorithmic models and visualisation platforms for finance, technology, intelligent manufacturing, smart cities, national security, and industry consulting and analysis' for government and the private sector.[26]

**Figure 3: Screenshot of GTCOM's 'Company introduction' page, as archived on 5 July 2019**



Note: The page has since been altered to remove 'world leading big data and AI enterprise' and the phrase 'smart cities', and now focuses on 'financial big data', even though it's clear from all of the company's activity that the nature of the business hasn't changed, only the marketing strategy.

GTCOM claims to collect 'billions' of pieces of globally sourced unstructured data. Unstructured data doesn't have a predefined data schema or isn't organised in a predefined model. Common types of unstructured data include chat, messaging and log data; time-series data derived from 'internet of things' (IoT) sensors; and large multimedia objects, such as video, audio and images. The data is contributing to GTCOM's key services, such as sentiment analysis. Sentiment analysis applies a combination of natural language processing (NLP) and machine learning to identify and extract subjective information by 'mining' unstructured data.

GTCOM's network of partnerships and alliances facilitates bulk data collection (see section below 'A global data ecosystem', including from traditional and social media. GTCOM claims that one of its many platforms, InsiderSoft, which is focused on visualising traditional and social media data, collects 10 terabytes of data per day, and about 2–3 petabytes per year.[27] Ten terabytes could equal 4,000 hours of high-definition video streaming, 5 trillion words of plain text, 1 million minutes of stereo audio, or the 'amount of data produced by the Hubble Space Telescope per year'. Three petabytes could be 20 billion photos on Facebook or 1.5 trillion pages of typed text.[28] InsiderSoft claims to have 'full coverage of news, webpage(s), forum(s), Tieba, blog(s), Weibo, WeChat, Twitter, Facebook, apps and videos'.[29]

GTCOM offers tools that can turn bulk data into usable information. GTCOM's YeeSight datamap, for instance, integrates 'a dozen of the most advanced natural language processing, big data and artificial intelligence techniques such as machine translation, semantic analysis, smart media reporting, data mining' (Figure 4). It's applied to scenarios such as 'information intelligence analysis, industry survey analysis, and social incident monitoring'.[30]

**Figure 4: Image of a YeeSight commercial platform powered by open-source traditional and social media data**



GTCOM's data collection through the language services it provides helps government and enterprise decision-making — for example, through the generation of sentiment analysis — which corresponds to strategic efforts such as the Belt and Road Initiative (BRI) and its components, including the Digital Silk Road.[31] The Digital Silk Road, in particular, calls for building such capabilities as a public services platform, a dispute resolution mechanism and strengthened risk warning.[32] GTCOM's Shaanxi subsidiary operates a Belt and Road Initiative Language Services and Big Data Platform for government and businesses involved in the BRI. An article published on a Ministry of Commerce webpage in 2018 claimed the BRI Platform has acquired 30 million pieces of data and 500 million pieces of social data (though it's unclear precisely what that means in terms of data sources and type).[33]

## GTCOM and party-state security

GTCOM is part of the party-state's ecosystem of actors with responsibility for identifying and managing state security risks. Its toolkit goes far beyond the automated translation of 'foreign voice data into Chinese' to include real-time text analysis, voice recognition and image recognition technology.[34] In 2017, GTCOM's Big Data Director, Liang Haoyu (Figure 5), said:

> Through the real-time listening and interpretation of cross-language data, the company has established information security system for countries and regions, and ultimately finds relevant security risks in targeted areas through open channels … [Only with] image recognition on top of text and voices, can [we] better prevent security risks.[35]

For example, this state-security-relevant work can support military intelligence data collection, military–civil fusion projects and the social credit system. That GTCOM is collecting for Chinese state agencies and key projects isn't surprising, given the company is controlled by the Central Propaganda Department.

GTCOM's facial recognition and voice recognition tools suggest its purpose is more comprehensive than the collection of public sentiment data for state security. The company has a patent for the automatic detection of human faces on news pages, whereby face data is stored in a database and facial recognition technology is used to detect similar faces in that database.[36] GTCOM Big Data Director Liang said:

> GTCOM is trying to build up its recognition [capability] for objects, settings and human faces, in conjunction with texts and voices, to provide real-time monitoring of security risks. In the future, [GTCOM] will be able to find the requested facial structure through image recognition and provide technical support and assistance for state security.[37]

**Figure 5: GTCOM's Director of Big Data, Liang Haoyu, giving a speech in 2017 at a National Network Security Propaganda Week event**



Note: The image behind Liang Haoyu reads '90% of military grade intelligence data can be obtained from open data analysis.'

There are strong indications that GTCOM generates military and other state security intelligence out of the data it collects (and not only because an image from GTCOM Big Data Director Liang Haoyu's aforementioned speech shows a screen claiming '90% of military-grade intelligence data can be obtained from open data analysis'). GTCOM runs the 2020 Cognitive Research Institute (the 2020 Institute), which is a mechanism through which the company does R&D to enhance 'machine learning, deep neural networks, natural language processing, speech recognition, AI chips, data mining, distributed computing'.[38] The 2020 Institute has numerous NLP (natural language processing) algorithms, including for automatic text identification, sentiment analysis, event element extraction, sensitivity determination (whether text contains 'violent, reactionary, pornographic or other sensitive information'), relation extraction, and 'military text classification'.[39]

The 'military text classification' algorithm classifies text according to subfields such as nuclear, shipping, aviation, electronic and space.[40] In addition to its clear focus on military data, the 2020 Institute that's responsible for GTCOM's R&D has ties to research that's intended to benefit the People's Liberation Army (PLA). The institute is directed by Zhao Tiejun, Professor and Dean at the School of Computer Science and Technology at the Harbin Institute of Technology (HIT) and director of a Ministry of Education – Microsoft Key Laboratory of NLP and Speech at HIT.[41] HIT is one of the PRC's top universities and it's considered one of the PRC's 'Seven Sons of National Defence' (国防七子) for the strong contribution it makes to PLA research.

Given that the CCP's state security strategy prioritises ideological security and cultural security, propaganda is also a part of the party's state security strategy. GTCOM is controlled by the Central Propaganda Department, so at a minimum it's reasonable to assume that the Propaganda Department has direct access to all of GTCOM's products and all of the data it collects, and can use the data to generate information that supports the department's activities. GTCOM has been described as enhancing the PRC's 'cultural exports', increasing the PRC's 'cultural [data] mining capabilities', and establishing a foundation for the PRC's 'humanistic diplomacy strategy' (人文外交). Humanistic diplomacy has been defined as having three main parts: 'ideological diplomacy', 'cultural diplomacy' and 'people-to-people diplomacy'.[42]

Data and the information it helps generate can also support the party-state's development of tools for shaping public discourse. Separately from GTCOM, research funded by the National Natural Science Foundation of China, the National Key R&D Program of China and a key project of the 'National Society Science Foundation of China' has worked specifically on automatic news comment generation; that is, synthetic comments on news articles.[43] The methodology is based on NLP and large-scale datasets of real comments in Chinese and English. Given GTCOM's Propaganda Department ownership, its state security role and the fact that it collects bulk data in 65 languages, the research indicates a potential tool that a state-controlled company such as GTCOM could use, especially given that the research was funded with national-level grants. It's also simply indicative of how GTCOM's bulk data may be used by others who have access to it, such as researchers working in cooperation with GTCOM's 2020 Institute.

Other R&D associated with GTCOM may also have security implications, even if it's not immediately obvious. For instance, among GTCOM's patent applications is a machine translation method based on generative adversarial networks (GANs).[44] GAN can be used to synthesise images based on AI or use visual speech recognition to perform lip-reading and speech output (it's the same type of technology

commonly associated with synthetic media, meaning 'fake news' and 'deep fakes').[45] It's an intriguing patent not because of the technology itself, but because GTCOM is controlled by the Propaganda Department. The department's intent isn't simply to use GTCOM to provide language services, but to shape global public discourse.

GTCOM also works with strategic partners whose research is clearly relevant to state security. For instance, it has a strategic cooperation agreement with Haiyun Data that includes cooperation on public security.[46] It appears that GTCOM will have access to Haiyun's bulk data from its policing platform, and Haiyun will have access to GTCOM's translation services.[47] Haiyun Data provides data visualisation platforms for Ministry of Public Security bureaus across China, including in Xinjiang. Haiyun Data notably contributes to the CCP's police state in Xinjiang, where it was awarded status as a "technical support unit" of Xinjiang's "public safety video laboratory", which is linked to Xinjiang's Public Security Bureau.[48] Haiyun's research covers lip-recognition technology, which can read lips from video (such as surveillance footage) where no sound was recorded. This technology is described as contributing to 'public security, military intelligence, identification [of people]'.[49] It's conceivable that Haiyun's lip-reading technology and GTCOM's technology for auto-text generation and language translation from videos can complement each other. Moreover, strategic cooperation agreements give GTCOM more access to information and possibly other valuable R&D. Like GTCOM, Haiyun seeks to expand its global presence and global R&D network. For instance, in January 2019, a Chinese media article claimed that Haiyun had signed an agreement for the establishment of a joint AI laboratory with Australia's University of Technology Sydney (Figure 6).[50]

**Figure 6: Reported January 2019 agreement on establishing an AI lab at the University of Technology Sydney (UTS), signed between Haiyun Data (HYDATA) and UTS**



## Background on GTCOM's ownership structure

GTCOM is under the direct control of parent companies China Translation Corp. (CTC) and China Publishing Group (CPG; CTC is a member unit of CPG).[51] CPG is a collective of cultural industry SOEs that the Central Propaganda Department has directly supervised and controlled since it was established in 2002 (see Figure 1). CPG has a unique status among cultural SOEs as a 'deputy ministerial level' SOE.[52] The CCP Central Committee and the State Council jointly appoint CPG's head.[53]

At a 2011 CPG meeting, Central Propaganda Department officials' presence at the meeting made 'fully clear [to the company] that higher authorities attach great importance to and fully affirmed the work of the group company'.[54] The Propaganda Department is clearly involved in CPG's day-to-day management.[55] Its oversight of GTCOM is similarly not concealed:

- CPG General Manager and Deputy Party Secretary Huang Zhijian dual-hats as the Director of the Propaganda Department's Cultural Reform Office.[56] The Cultural Reform Office is a key office within the department that coordinates closely with industry.[57]

- In August 2017, then Politburo Standing Committee member Liu Yunshan, whose portfolio oversaw propaganda, led an inspection tour of CPG, where GTCOM CEO Yu Yang ('Eric Yu') was pictured presenting on GTCOM's YeeSight, a cross-language 'big data ecosystem' (Figure 7).[58]

- The Propaganda Department can be seen on inspection tours of GTCOM and its five China-based subsidiaries. At GTCOM's Shaanxi Province subsidiary, the provincial Propaganda Department Cultural Reform Office director conducted an inspection in December 2017, as did the Central Propaganda Department in August 2018.[59] The inspections are an indicator of GTCOM's status and of its importance to Central Propaganda authorities.

- GTCOM was also referred to as a 'state-owned enterprise' on both government and private job websites as recently as April 2019.[60]

GTCOM's ownership structure isn't hidden in Chinese-language sources, but CEO Eric Yu claimed in a 2017 English-language interview that GTCOM is an 'independent company'.[61] The claim is intriguing, given that until at least 2014 Eric Yu was dual-hatting as the Deputy General Manager of GTCOM's state-owned parent company, CTC, and as GTCOM's General Manager (Figure 8).[62] It's another indicator that GTCOM isn't independent from its Propaganda Department-controlled SOE parent company.

Yu's claim that GTCOM is independent was probably made based on the fact that GTCOM was corporatised as a limited liability company in 2012. However, this 'only limits the state's liability toward the [state-owned] enterprises but doesn't change their ownership structure'.[63] The Ministry of Finance has directly funded CPG since it was formed in 2002. A State-Owned Assets Supervision and Administration Commission article from late 2018 showed that CPG is the largest of 99 cultural enterprises funded by the ministry, and unique because of its 'deputy ministerial level' status.[64]

**Figure 7: Liu Yunshan's 2017 visit to CPG and GTCOM**



GTCOM has held B-round and C-round pre-initial public offering financing since 2017. The investors in the company during these fundraising efforts reveal problems with Yu's attempt to suggest that GTCOM is independent. A first shareholders meeting was held on 20 September 2017.[65] Nine shareholders were identified, and the percentage of their stake in GTCOM was provided.

**Figure 8: GTCOM CEO Eric Yu on a visit to Facebook's Silicon Valley headquarters in December 2014, where he is named in the article (above the photo) as both CTC's Deputy General Manager and GTCOM's General Manager**



译云对话Facebook：当社交大数据遇见语言新科技

来源：译世界　作者：　时间：2014/12/18

美国时间12月16日，来自中国的中国对外翻译出版有限公司副总经理、中译语通科技（北京）有限公司总经理于洋一行，拜访了位于美国硅谷的Facebook总部。Facebook公司负责企业发展与中国业务的全球副总裁Vaughan Smith及其国际团队和本地化团队与于洋率领的中译团队进行了深入会谈。

中译公司副总经理于洋与Facebook副总裁Vaughan Smith

As to who those shareholders are, like those of China's other SOEs, which are typically listed, GTCOM's shareholders are identifiable as controlled by or directly linked to the party-state. GTCOM's state-owned parent company, CTC, owns nearly 80% of GTCOM; Shanghai Tengxing ('Soaring Star') Network Technology Co. Ltd owns 8.86%; Qingdao Lianyu Investment Holdings owns 7.39%; Shanghai Xinhua Distribution Group Co. owns 5.34%; and the remaining investors hold about 0.001% each. Soaring Star is wholly owned by two state-owned cultural investment funds: Ningbo East Lake Equity Investment Cooperative and Beijing Cultural Capital Digital Investment Management Co.[66] Shanghai Xinhua Distribution's majority shareholder is its affiliate, Shanghai United Media Group. United Media's director is a former Deputy Director of Shanghai Municipality's Propaganda Department, and its chairman, Li Shuang, is also the deputy secretary of Shanghai Xinhua Distribution's Party Committee. Other shareholders are opaque investment funds whose public records just indicate involvement with GTCOM or the 'cultural industry'. It seems that all these shareholder roads lead to the CCP.

## GTCOM-US

GTCOM has established a presence in the US in what appears to be an attempt to expand both its business and research networks. It registered as 'GTCOM Technology Corporation' in New Jersey and California as a foreign stock company.[67] Its key personnel have been identified as Yan Guoqing ('Allen Yan'), head of GTCOM-US; and Tom Nigro, head of North American Sales and Marketing.[68] GTCOM-US CEO Allen Yan's biography states that he 'led his team in reaching strategic cooperation with Alibaba, Cisco, Microsoft, [and] Softbank'.[69]

**Figure 9: Ribbon-cutting at the launch of GTCOM's business in North America**



Source: 'Stanford Forum INSPIRE: GTCOM's JoveArch quantitative analysis engine shines under the spotlight', GCOM,
12 November 2018, online.

GTCOM-US held two launch events in November 2017 in Stanford, California (Figure 9), and New York, New York. It hosted the 8 November 2017 event at Stanford University—The Stanford Forum: INSPIRE, which focused on the application of big data in the financial sector. According to GTCOM, the event was attended by 'experts in data science and artificial intelligence from world-renowned universities such as Stanford University, Santa Clara University, UCLA and UC Berkeley, as well as companies such as PIMCO, Google, Facebook and Thinknum'.[70]

GTCOM-US appears to be as closely connected to the party-state as its PRC headquarters. The New York event held on 23 November 2017 was co-organised with the China General Chamber of Commerce–USA (CGCC-USA), Alibaba Cloud US and China Unicom Americas (Figure 10).[71] CGCC-USA is a Chinese party-state-controlled entity. Its co-hosting of the GTCOM-US launch indicates the party-state's support for the company's growth in the US. As John Dotson described it in *China Brief*,

groups like the CGCC-USA have a dual purpose: 'on the one hand, pursuing trade ties beneficial to Chinese companies; while on the other hand, acting as vehicles for cultivating business and political elites, and propagating narrative messages in support of PRC government policies'.[72] Alibaba Cloud, meanwhile, is a GTCOM strategic partner (see section below 'A global data ecosystem').

**Figure 10: GTCOM-US launch event ad**



Source: Algorithmic Traders Association, online.

# Control through convenience

The CCP's tech-enhanced authoritarianism isn't always visibly coercive; nor is its surveillance always overtly invasive. Control can be garnered by creating an instinctive desire within the individual to use or be part of a product or system. One way of doing this is to use technologies that create convenience for the individual, as well as for enterprise and governments. Ease of use and convenience are core selling propositions of many tech companies' products and services, albeit without the state attaching its control interests as part of the package.

For governments, convenience can be created through public services. For instance, AI traffic management systems and public health safety supervision for smart cities allow for more efficient service provision. The issue isn't necessarily the piece of equipment collecting data, or how a particular technology is deployed, but rather the intent of any actor who has access to the raw data from that equipment. Companies such as GTCOM provide services that by default require access to data that the product generates. How data is used is a decision made by those who obtain it.

Bulk data collection in conjunction with the ability to leverage AI processing—which is GTCOM's business model—creates the capability to quickly turn large amounts of data into usable information. The PRC's smart cities equipment, for instance, both provides an advertised service and generates information that contributes to the party's social stability risk assessments.[73] The same information that allows for traffic management or public safety can also be directed to products that allow the party to optimise its capacity for control.

The choice to accept PRC-sourced service-providing technologies increasingly means acceptance of the party-state's values system. It has long-term implications for democracies. These decisions could also pose more immediate threats at the individual level. Turkey, for example, has at least 10,000 Uyghurs living in exile, according to Human Rights Watch.[74] From afar, they already struggle to escape the CCP's authoritarian reach, with or without technology.[75] Nevertheless, in 2018, Turkish

mobile operator Turkcell signed an agreement to collaborate with Huawei on 5G and smart cities development.[76] Huawei's smart cities projects ('safe cities') involve the deployment of sophisticated public security technologies, including surveillance technologies such as license and facial recognition.

The party-state's problem-solving tactics are also a way of shaping behaviour to protect the party's interests. GTCOM has some products that contribute to the social credit system, including a financial credit rating product that provides 'credit ratings agencies with analysis of network-wide information monitoring, comprehensive stock prices, trading volume, sentiment, and related event impacts enriching credit rating instruments'. The party's vision is for the social credit system, and the creditworthiness decisions it generates, to have a global impact.[77] In late 2018, the BRI International Cities Credit Union was formed. According to party-state media, it's a credit alliance involving 35 cities in seven countries.[78] The 'credit union' probably has no immediate impact, but what if, in the long term, creditworthiness decisions are increasingly based on the party-state's version of, for instance, positive and negative 'sentiment'?

The intent behind the social credit system is to protect and expand the party's power, so the result of accepting the systems' outputs is also accepting the party's intent. GTCOM's "technology big data" solutions, for example, include a "Science and Technology Credit Evaluation System" (SciTech Credit).[79] SciTech Credit refers to a part of the social credit system outlined in a 2004 Ministry of Science and Technology decision titled 'Establishing a credit management system in the National Science and Technology Plan'.[80] When SciTech Credit was launched in 2004, then Minister of Science and Technology Xu Guanhua said it was an integral part of the social credit system and combined institutional and moral constraints and legal administration and social supervision.[81]

SciTech Credit was designed to apply to personnel and institutions involved in science and technology activities. It addresses genuine problems, such as poor research ethics.[82] The definition of what's ethical is determined by the party. It's political, and it deals with party-state security risks. One motive for SciTech Credit was a case in which researchers from a technology company were accused of stealing research from the 863 Program (a national high-tech development plan) and selling it to another country.[83] 'Ethical' behaviour is judged by responsibility to the party-state's interests, not to those whom the research affects. Urumqi, Xinjiang, was the first city to officially launch a SciTech Credit system in 2005.[84] In 2018, the local government said the system helped create a 'healthy and orderly environment for Urumqi'.[85]

# A global data ecosystem

For GTCOM, strategic cooperation with globally recognisable Chinese companies—notably Huawei and Alibaba Cloud–provides assistance in two key areas in the form of:

- the opportunity to conduct bulk data collection by providing translation services to both companies, which have deeper market penetration

- the development of or access to capabilities that support its bulk data collection.

Collection of bulk bilingual data is the basis for the neural machine translation services (a type of statistical machine translation) that GTCOM provides. According to GTCOM researchers, the company must be 'acquiring more quantities and higher quality [cross-language] data' in order to improve its product.[86] GTCOM collects 'cross-language big data' (that is, data in more than 65 languages). It's reasonable to assume that *any* text translated using GTCOM technology is going back to GTCOM's servers. Wherever GTCOM's translation services are embedded, the company collects bulk data. Since the translation services are performed automatically on platforms that embed GTCOM's technology, the fact that GTCOM's technology is in use might not be apparent to the user. That the data is collected and sent back to servers of a company that the Propaganda Department controls, and to a company that openly turns that data into products that support the Chinese party-state's security objectives, will be even less apparent to the user.

GTCOM has a strategic cooperation agreement with Alibaba Cloud and, per the agreement, GTCOM embeds its translation services with Alibaba's machine translation service for Alibaba Cloud. Based on this information, it's reasonable to assume that GTCOM supports Alibaba Cloud's neural machine translation service for Alibaba's major international businesses that rely on Alibaba Cloud. Those include AliExpress, Lazada, ICBU, Tmall Global, Taobao Overseas and DingTalk.[87] The arrangement began in October 2016, when Alibaba Cloud and GTCOM signed an agreement to 'jointly build the language ability layer and the big data analysis ability layer for global users, so as to provide comprehensive services for innovation in big data applications' (Figure 11). The agreement also revealed the benefit for GTCOM, which is that Alibaba Cloud would provide GTCOM with wider access to realise its 'global plan in the fields of cloud computing and big data'.[88] By December 2016, the agreement was already being implemented.[89] As Alibaba Cloud Vice President Yu Sicheng described the relationship in January 2017: 'Now, AliCloud and GTCOM move forward hand in hand … [They will] form a scientific ecological platform, and together be the future of big data.'[90]

**Figure 11: GTCOM CEO Eric Yu and Alibaba Cloud Vice President Yu Sicheng sign a strategic cooperation agreement in October 2016**



GTCOM's algorithms are deployed on its platforms to allow for many types of searches and analyses, such as 'sensitive word' searches, 'sentiment analysis' and relationship extraction (between people, organisations and products). One GTCOM product, YeeCloud, is funded via the National Industrial Development Fund.[91] YeeCloud is a translation tool specialising in the translation of CVs, files, certificates and other items.[92] Other Chinese companies providing translation services funnel data through GTCOM's YeeCloud platform to provide translations. Hong Kong-listed Chinese software company Kingsoft's iCIBA translator is funnelled through YeeCloud.[93] Similarly, Chinese tech giant Baidu's Fanyi translator also appears to be funnelled through YeeCloud, combining the company's machine and human translation services.[94] The data, therefore, is funnelled through a cloud server of a company controlled by the Propaganda Department. It's reasonable to assume that the data (such as data from resumes/CVs) can be integrated into GTCOM's government products, and any of GTCOM's algorithms can be used to extract desired information.

A key factor in the global debate about whether Huawei should participate in 5G networks is the risk that its technologies can be used for espionage. Huawei's relationship with GTCOM illustrates how Huawei can embed technologies into its products that allow its data to go straight to servers that the party-state controls. That data can be used for products that range from the state security applications that Liang Haoyu identified to the language translation services that GTCOM provides. In May 2019, Huawei and GTCOM signed an agreement to 'jointly expand the application ecology for big data artificial intelligence and language technology'.

GTCOM's Language Box tool was already a 'de-facto tool in Huawei's intelligent conference rooms'.[95] Huawei's intelligent conference room solution is deployed as an option in Huawei safe cities and smart cities packages. For instance, Huawei made an agreement with Malta in 2016 on a safe city solution that included 'wired–wireless communications and voice and video conferencing technologies'.[96] Huawei conferencing solutions were also provided to the African Union headquarters, where data was allegedly stolen every day for five years between 2012 and 2017.[97] GTCOM has reported providing conference translation services for the African Union as recently as 2018.[98] Language Box provides a service and, to function correctly, GTCOM logically relies on collecting data to maintain product quality. If Huawei's smart conferencing product collects data that goes to a server to which, by design, the party-state apparatus has access, then Huawei isn't fully disclosing the risks associated with its technologies and the data collected from them, and how the data might be used.

Huawei and GTCOM already had an existing relationship before the May 2019 agreement and claim to have together made 'breakthroughs in data mining, software development [and] machine learning training'.[99] The 2019 agreement expanded the relationship: it said Huawei's HiCloud would provide GTCOM with 'powerful global data transmission and marketing support in order to expand the scenario-based application of AI, big data technologies in different fields by deeply mining and exerting its impressive resource value'.[100]

Huawei might not be the only company embedding GTCOM's translation hardware into its services. GTCOM and Cisco signed a strategic cooperation agreement, which appears to be the result of engagement with GTCOM-US.[101] GTCOM has said its Language Box (the same product Huawei integrates in its smart conferencing solution) can be integrated into Cisco's WebEx video conferencing solution.[102] It isn't clear whether this is taking place, or the specific nature of GTCOM's relationship with Cisco beyond GTCOM's claim that a strategic cooperation agreement was signed.

The opportunity to collect translation data also extends to any company that uses GTCOM data visualisation platforms or translation products. GTCOM CEO Eric Yu described GTCOM's language translation technology as being automatically embedded in the big data platforms that GTCOM provides to companies such as 'Haier, GE, Alibaba and many other industry clients'.[103] For instance, Haier's COSMOPlat, which is described as a 5G-empowered mass customisation product that 'digitally integrates the entire factory process and supply chain, including interaction, R&D, and procurement, to better serve individual customers.'[104] The COSMOPlat ecosystem integrates a product jointly developed with GTCOM called 'Haier Translation – Industry Big Data'.[105] The product 'helped Haier Group complete its global grid data management and control, access and accommodate 7 types of databases, and achieve PB-level [petabyte-level] data processing and visual exploration analysis'.[106]

# Research collaborations

GTCOM relies on research alliances that give it access to researchers focused on NLP and machine translation. GTCOM leads the Language Big Data Alliance (LBDA), which was established by 'government departments' to forge alliances with linguistics researchers worldwide who work on big data analytics and NLP. Its members include nearly 200 PRC universities and a growing list of foreign universities. An article on a January 2019 meeting said that 15 foreign institutions' membership applications to the LBDA were approved. Previously identified foreign university members include the University of Bristol, the University of Vienna, the University of Mainz and the University of Geneva.[107] Single members of staff from those foreign universities are often pictured participating in LBDA- or GTCOM-organised events.[108]

The LBDA prioritises setting up data-sharing agreements with its members, which serves GTCOM's data accumulation interests.[109] GTCOM CEO and LBDA president Eric Yu described the objective in a 2017 interview, stating:

> [T]he benefit [of membership] goes both ways. [The LBDA was] established by government departments, working on enterprises and public institutions, colleges and universities, and scientific research institutions for promoting the mutual application and sharing of language big data for the mutual application and sharing of language big data and related technological resources in the fields of teaching, research and more.[110]

The LBDA and GTCOM's corporate strategic partners have been instrumental in the development of some GTCOM products, which expand GTCOM's data collection ecosystem. In May 2018, the LBDA held a summit in London where GTCOM launched its JoveEye platform. JoveEye is described as an 'AI powered big data knowledge service platform for scientific research'. A media release for the event said that JoveEye was created alongside:

> Huawei, Haier, Alibaba, and other educational organisations, including the University of Kent, the University of Bristol, and the University of Geneva. Additionally, research organisations, such as the Austrian Research Institute for Artificial Intelligence, assisted in the development of JoveEye. JoveEye incorporates neural network technology, and translates the various languages …[111]

The platform integrates globally sourced data, including from scientific journals, periodicals, patents, theses, blogs, news media, e-commerce websites and social platforms, and has GTCOM's auto-translation technology built in.[112]

GTCOM markets the LBDA globally, but it seems without clear disclosure of its relationship to the CCP's Central Propaganda Department. A press release for the London event described the LBDA as 'a non-profit community dedicated to offering AI and Big Data solutions to leading research institutions, universities, colleges and enterprises around the world' (Figure 12).[113] It omitted information on the data-sharing arrangements that are expected of LBDA members. The event was promoted by a UK-registered public relations firm that appears to represent many major Chinese tech firms and media companies, including TikTok, Hikvision and Cheetah Mobile.[114] The name of this firm is 'The Honey Partnership', and its social creative agency is referred to as 'Make Honey' or 'Honni' in English; in Chinese, it's called 红你 (*hongni),* which translates as 'Red You'.[115]

**Figure 12: The LBDA's London-based public relations firm for its May 2018 London event**

> Honni 红你 | Blog - Honni 红你 | The Honey Partnership
> https://honni.global › blog
> Following an avalanche of new business wins, social creative agency, Honni, part of the
> marketing services group The Honey Partnership, seeks a hands-on ...

The greatest value of the LBDA, from GTCOM's perspective, appears to be the LBDA's access to key research and researchers globally and, where it can, their datasets and networks. One example is GTCOM's cooperation with Gerhard Budin, deputy head of the Centre of Translation Studies of the University of Vienna (Figure 13). GTCOM claims that Budin signed an agreement on behalf of the university with GTCOM on establishing a joint laboratory in March 2017. Budin is also Vice President of the International Institute for Terminology Research and Chair of a technical subcommittee in the International Organization for Standardization.[116] The Vienna joint lab, according to GTCOM, would also include technological research and work with 'the European Commission, the European Parliament, the United Nations, the CIUTI and other international organisations, universities and research institutes to build a synergistic innovation platform in cross-language big data for industries, universities and institutes.' GTCOM's claim may be linked to Budin's projects co-funded by the European Union (Figure 13).[117]

**Figure 13: GTCOM CEO Eric Yu and deputy head of the University of Vienna's Centre of Translation Studies Gerhard Budin signing a joint laboratory cooperation agreement in March 2017**



Beyond the LBDA, GTCOM uses the translation industry as a way of gaining access to researchers and to build brand recognition globally. From 3 to 5 August 2017, in Brisbane, Australia, for instance, GTCOM was a 'top partner' of the International Federation of Translators World Congress (FIT 2017), which represented 80,000 translators in 55 countries.[118] GTCOM committed to deeper cooperation in machine translation and AI with the International Federation of Translators, the Australian Institute of Interpreters and Translators, the New Zealand Society of Translators and Interpreters, the University of Sydney, the University of Queensland and the University of Auckland.[119]

GTCOM also claims it signed a strategic cooperation agreement with a University of New South Wales (UNSW) academic on the sidelines of the 2017 conference[120] and has publicly discussed their broader relationship with the UNSW. For example, in a 2017 interview,[121] CEO Eric Yu was asked:

> "GTCOM is working with many including Australia and New Zealand on MT (machine translation) and AI, can you talk a little about the time frame of this exciting work, and what the expected outcomes are?"

He replied:

> "Universities again are benefiting from the Open platform offering new technologies and solutions that would not be seen otherwise. In the case of UNSW, they have advanced project based learning, real clients of their own, and new curriculum, new degrees in translation, and interpreting addressing MT and able to lead in research in Language technologies. This means as we are using open source they also are moving towards VR, AR, Big Data and best practice using YEEKIT, YeeSight, etc"

GTCOM also forms collaborations with universities and companies operating in other illiberal regimes. For instance, Russia and China already cooperate on AI research.[122] In Russia, GTCOM signed strategic cooperation agreements with the Skolkovo Foundation, Lomonosov Moscow State University and Russia-based global mobile technology group i-Free in 2017.[123] The Skolkovo Foundation is known as 'Russia's Silicon Valley'; it has strong Kremlin links that have been well documented in international media, which makes the relationship interesting at a minimum, given GTCOM is a company controlled by the Central Propaganda Department.

## So what?

The CCP uses technology to make an unbreakable knot of the party's political control and China's social and economic development. Developments such as smart cities are the embodiment of this strategy because they allow the CCP to blur the line between cooperative and coercive control. It may seem contradictory, but as already outlined throughout this paper, the technology supporting the Chinese party-state's vision for tech-enhanced authoritarianism doesn't always involve distinctly coercive and overtly invasive technologies. In fact, it relies on technologies that provide services. Service provision helps the party collect data that's processed and turned into information that contributes to other tools for shaping, managing and controlling society. This is why it's important to understand the bigger picture—the 'social management' process that the party uses to prevent threats to state security.

It isn't only the customer deploying a piece of technology (notably, those technologies associated with smart cities, such as IoT devices) that derives benefit from its use. Whoever has the opportunity to access the data that a product generates and collects can derive value from the data. How the data is processed and then used depends on the intent of the actor processing it. Data is power, and market dominance is power. The possibilities of what can be done with that power are limited only by whether actors have the intent, capability and opportunity to act. The GTCOM case study illustrates how the

party-state's tech-enhanced authoritarianism expands globally. The Propaganda Department's use of GTCOM to conduct bulk data collection supports its efforts to shape global public opinion and the party's broader state security objectives.

National and local governments across the globe—under liberal and illiberal regimes alike—are choosing to buy technologies from PRC companies such as GTCOM's strategic partners, Alibaba and Huawei. For instance, ASPI's *Mapping China's technology giants* report conducted research into 75 smart city projects, most of which involved Huawei.[124] Many of those projects include more coercive and overtly invasive technologies, such as surveillance cameras and facial and licence plate recognition technologies, but they can also include services such as smart transportation and smart parking meters. The projects can also include the smart conferencing solutions that Huawei provides, and which integrate GTCOM's technology.

Companies such as GTCOM and its strategic partners Huawei and Alibaba can simultaneously act in their best interests to provide services and generate profit and to support the party-state's larger objectives. After all, it's the party-state that allows them to operate. No single PRC-based actor is shielded from the reality of the CCP's suite of state security legislation, which delivers the consistent message that every individual and entity is responsible for state security.[125]

## Policy recommendations

This report makes the following policy recommendations:

1. Governments should strengthen data privacy laws and ensure that they understand how their data is being collected and used. Importantly, they must take into consideration the intent of all actors with access to their data and the data of their citizens.

2. Transparency schemes such as Australia's Foreign Influence Transparency Scheme and the US's Foreign Agents Registration Act must be regularly updated and must stay flexible so they remain relevant to addressing important issues involving transparency and political influence.

3. Governments must invest more in data literacy programs and in promoting data transparency. For example, new frameworks for dealing with honesty and transparency in data collection would help to address what some actors, such as the CCP, are currently exploiting.

4. Governments must rethink their toolkits for dealing with foreign propaganda and update those toolkits to deal with the realities of the digital age.

5. Governments must recognise intent among different actors, who may have different interests and different values. 'Country-agnostic' policy approaches, for example, may feel politically correct but are detrimental for decision-makers and for publics, as they obscure realities by ill-defining the nature of the problem.

# Appendix 1: Known GTCOM products and services

**Chongqing International Image Dissemination Big Data Centre** GTCOM Chongqing

**Belt and Road Initiative Language Services and Big Data Platform** GTCOM Shaanxi

**Big Data Solutions** covering government and enterprise, financial industry, science and technology, smart tourism, manufacturing, and industry

**Global Call Centres** at both GTCOM Shaanxi and GTCOM Qingdao

**Conference Interpreting** for government, major events like the Olympic Games, international organisations and corporations

**Language Big Data Alliance** nearly 200 Chinese universities, and an estimated 15+ foreign universities have had membership applications accepted

**2020 Cognitive Intelligence Research Institute** focused on R&D, involving Chinese and global universities and research institutes, appears to involve data-sharing agreements. Also develops algorithms such as a "military text classification".

**LanguageBox** "a smart solution for conferences" that provides precise machine -generated simultaneous interpretation, automatic smart shorthand transcription and mobile conference room management services

**YeeBox** "facilitates cross-language communication" providing one to one interpretation in 11 languages with "response within 30 seconds"

**JoveTrans** "an AI-powered smart voice recorder and translation device" that supports "simultaneous interpretation in 35 languages"

**Speech Recognition** "employs mature multilingual speech recognition and speech synthesis technologies." Provides services in Chinese, English, Japanese, Korean, German and Portuguese

**Machine Translation** "Relying on the billions of pieces of corpora data accumulated over the past 45 years," with "customization available in five areas: engineering, finance, healthcare, military and patents"

**Natural Language Processing** a "unique algorithm cloud platform and a machine-translation training system" linked to 2020 Cognitive Intelligence Institute

**Computer Vision** to "automatically analyze the contents of massive image and video data"

**Semantic Computing** knowledge graphing, text semantic knowledge representation and similarity calculation (See "NexMagic")

**Intelligent Q&A** responding to factual, computational and logical reasoning questions

**YeeCloud** real-time translation, translation of CVs, files, certificates, essays, "innovative plans", multiple currency international settlement
- **Kingsoft translation service iCIBA** (*Jinshan Aiciba*) appears to be funneled through YeeCloud, and
- **Baidu's Fanyi** translator also appears to be funneled through YeeCloud
- Yeecloud offers **plugins** on websites such as Wikipedia
- **"Dolphin Translate"** uses YeeCloud

**Yeekit** an "intelligent language-technology platform" based on technologies such as "neural network machine translation, multilingual and natural-language processing, speech recognition, multilingual search and cloud application technology." Includes tools and apps **YeeKit, YeeCaption**, **YeeWeb**, **YeePhone**, **FindYee**

**JoveEye** "AI-powered" big data knowledge service platform for scientific research. Reportedly jointly developed with "Huawei, Haier, Alibaba, and educational organizations, including the University of Kent, the University of Bristol, and the University of Geneva"

**JoveBird** Financial Big Data Platform

**JoveMind** Knowledge Graph Building and Analysis Platform, "for network and risk control"

**NexMagic Scholar** NexMagic Global Expert Index, Academic Index, Industrial Index, Public Index, Nexmagic Index; "academic influence index", "industry influence index", "public cognition index"

**InsiderSoft** Global big data and public opinion monitoring and analysis platform. InsiderSoft's website specifically states it has: "full coverage of news, webpage(s), forum(s), Tieba, blog(s), Weibo, WeChat, Twitter, Facebook, apps and videos"

**Yeesight (DataMap)** includes:
- **Spider** news and social networking platform;
- **Governor** big data governance platform;
- **Miner** cloud analysis platform;
- **Express** integrated open platform;
- **Data Map and Data Galaxy** Visualised Analysis Platform;
- **Manager** "massive data storage and multiple high-performance computing frameworks based on Apache Hadoop, covering data storage, batch processing, real-time computing, data ETL, SQL engine, workflow engine, task management and other aspects"

**YeeWorld** "think-tank type of information-and-research platform"

**LiTx Academy** an education academy platform linked to the Language Big Data Alliance

**CN Keywords** "a new media platform that integrates a multilingual encyclopedia with intelligent search, big-data analysis and other cutting-edge technology"

**Science and Technology Credit Evaluation System** linked to the Social Credit System

Source: Created by author using information from GTCOM websites.

# Notes

1   Samantha Hoffman. 'China's state security strategy: 'Everyone is responsible', *The Strategist*, 11 December 2017, online; Samantha Hoffman, 'China's tech-enhanced authoritarianism', House Permanent Select Committee on Intelligence on 'China's digital authoritarianism: serveillance, influence, an political control, US Congress, 16 May 2019, online.

2   Hoffman, 'China's tech-enhanced authoritarianism'.

3   Brady Gavin, 'How big are gigabytes, terabytes, and petabytes?,' *How-To Geek*, 25 May 2018, online; Jim Rossman, 'How much video can you stream with a 1 terabyte monthly data cap?', *Dallas News*, 9 August 2018, online.

4   Christopher Ashley Ford, *Huawei and its siblings, the Chinese tech giants: national security and foreign policy implications*, US State Department, 11 September 2019, online.

5   Jarred Frier, 'Commanding the trend: social media as information warfare,' *Strategic Studies Quarterly*, 2017, 11(4), online; Kara Frederick, *The new war of ideas: counterterrorism lessons for the digital disinformation fight*, Center for a New American Security, 3 June 2019, online.

6   Edward L Bernays, *Crystallizing public opinion*, Kindle edition, Open Road Integrated Media, New York, 1923.

7   Frank Adkins, Shawn Hibbard, 'The coming automation of propaganda', *War on the Rocks*, 6 August 2019, online.

8   Mark Scott, 'Cambridge Analytica did work for Brexit groups, says ex-staffer', *Politico*, 30 July 2019, online; Carole Cadwalladr, Emma Graham-Harrison, 'Revealed: 50 million Facebook profiles harvested for Cambridge Analytica in major data breach', *The* Guardian, 18 March 2018, online; Matthew Rosenberg, Nicholas Confessore, Carole Cadwalladr, 'How Trump consultants exploited the Facebook data of millions', *New York Times*, 17 March 2018, online.

9   Select Committee on Intelligence, *Russian active measures campaigns and interference in the 2016 US election*, US Senate, 2019.

10  For discussion on the differences between Chinese and Russian state tactics, see Peter Mattis, 'Contrasting China's and Russia's influence operations', *War on the Rocks*, 16 January 2018, online; Laura Rosenberger, John Garnaut, 'The interference operations from Putin's Kremlin and Xi's Communist Party: forging a joint response', *The Asan Forum*, 8 May 2018, online.

11  Lu Wei, '经济全球化背景下的国家话语权与信息安全' [National discourse power and information security against the background of economic globalization], *People's Daily*, 18 July 2010, online; '陆钢：大数据时代下"一带一路"决策系统的构建' [Lu Gang: Construction of the One Belt, One Road decision-making system in the era of big data], *People's Daily*, 8 July 2015, online.

12  David Weinberger, 'The problem with the data–information–knowledge–wisdom hierarchy', *Harvard Business Review*, 2 February 2010, online.

13  Liza Tobin, 'Xi's vision for transforming global governance: a strategic challenge for Washington and its allies', *Texas National Security Review* 2, 2018, no. 1.

14  '侠客岛：时隔五年·这一重磅会议再次召开' [Chivalrous island: After five years, this important meeting is being held again], *AI Blog*, 23 August 2018, online.

15  For instance, Li Wang, Guangpeng Duan, '破解"逆全球化"的思想武器' [Breaking the 'anti-globalisation thought weapon'], *The Paper*, 1 March 2019, online.

16  Hoffman, 'China's State Security Strategy: "Everyone is responsible"'; Samantha Hoffman, *Social credit: technology-enhanced authoritarian control with global consequences*, ASPI, Canberra, 28 June 2018, online; Samantha Hoffman, 'The Chinese Communist Party always needs an enemy', *Foreign Policy*, 24 January 2019, online.

17  Jianxin Fan, '社会思潮与文化安全' [Social Thought Trends and Cultural Security]**,** *Red Flag Manuscript*, 7 April 2017, online.

18  Samantha Hoffman, 'Programming China: the Communist Party's autonomic approach to managing state security', *MERICS China Monitor*, Mercator Institute for China Studies, 12 December 2017; Samantha Hoffman, 'Programming China: the Communist Party's autonomic approach to managing state security,' PhD thesis, University of Nottingham, 29 September 2017.

19  'China tells US to remove "black hands" from Hong Kong', *Channel News Asia*, 23 July 2019, online.

20  Titus C Chen, 'China's reaction to the color revolutions: adaptive authoritarianism in full swing', *Asian Perspective*, 2010, 34(2); Hoffman, 'China's state security strategy: "Everyone is responsible"'.

21  See, for instance, Liqun Wei, '党的十八大以来社会治理的新进展' [New progress of social governance since the Eighteenth Party Congress], *Guangming Daily*, 7 August 2017, online. The author, Wei Liqun, is a former director of the State Council Research Office and former deputy director of the National School of Administration.

22  '深化新疆"三史"教育 维护意识形态领域安全' [Deepening the education of the 'three histories' in Xinjiang, maintaining security in the ideological domain], *Xinjiang Economic Daily*, 14 July 2017, online.

23  '深化新疆"三史"教育 维护意识形态领域安全' [Deepening the education of the 'three histories' in Xinjiang, maintaining security in the ideological domain].

24  Hoffman, 'The Chinese Communist Party always needs an enemy'; Chris Buckley, Amy Qin, 'Muslim detention camps are like "boarding schools", Chinese official says', *New York Times*, 12 May 2019, online. Christian Shepard, 'Fear and oppression in Xinjiang: China's war on Uighur culture', *Financial Times*, 12 September 2019, online. Shosuke Kato and Kenji Kawase, 'Xinjiang: What China shows world vs. what former detainee describes', *Nikkei Asian Review,* 10 August 2019, online.

25   Andrew Joscelyne, 'Eric Yu: Cross-language big data inspires the future', *TAUS Blog*, 6 December 2017, online.

26   'GTCOM 全球领先的大数据与人工智能企业: 公司介绍' [GTCOM, a world leading big data and artificial intelligence company: company introduction].

27   'Insider 数据智能 7*24小时实时监测' [Insider Data Intelligence: 7*24 real-time monitoring], online.

28   Gavin, 'How big are gigabytes, terabytes, and petabytes?'; Rossman, 'How much video can you stream with a 1 terabyte monthly data cap?'.

29   'Insider 数据智能 7*24小时实时监测' [Insider Data Intelligence: 7*24 real-time monitoring].

30   '首款跨语言大数据产品'译见'亮相' [First cross-language big data product 'YeeSight' debuts], *China Book International*, 3 June 2016, online.

31   '"一带一路"语言服务及大数据平台发布 [The launch of the 'One Belt One Road' language services and big data platform], *36Kr*, 21 November 2018, online.

32   '人民日报:数字丝绸之路建设成为新亮点' [People's Daily: Digital Silk Road construction is the new highlight], *The People's Daily*, 22 April 2019, online.

33   '开拓语言服务贸易新蓝海' [New blue ocean strategy in international trade: expanding language services], 13 August 2018, online.

34   '梁浩宇：中译语通"全球公开大数据"助防安全风险' [Liang Haoyu: GTCOM 'global public big data' helps to prevent security risks], Global Tone Communication Technology Co. Ltd (GTCOM), 20 September 2017, online.

35   '梁浩宇：中译语通"全球公开大数据"助防安全风险' [Liang Haoyu: GTCOM 'global public big data' helps to prevent security risks].

36   Guogen Cheng, Xinjie Li, 'A method of automatically extracting band name human face data from news pages', People's Republic of China patent CN106548162B2019.

37   梁浩宇：中译语通"全球公开大数据"助防安全风险' [Liang Haoyu: GTCOM 'global public big data' helps to prevent security risks].

38   Keith D Foote, 'Semantic technologies, AI, and big data working together', *Dataversity*, 25 October 2018, online; Chao Bei, Hao Zong, 'Toward better translation performance on spoken language', paper presented at the 14th International Workshop on Spoken Language Translation, Tokyo, Japan, 14–15 December 2017.

39   '2020认知智能研究院' [2020 Cognitive Research Institute], online.

40   '军事文本分类' [Military text classification], online.

41   '赵铁军' [Zhao Tiejun], Machine Intelligence and Translation Lab at the Harbin Institute of Technology, 8 June 2018, online.

42   '赵可金：人文外交：兴起·理论与机制' [Zhao Kejin: Humanistic diplomacy: rise, theory and mechanism], Belt and Road Initiative Industry and Information Technology Resource Platform, 15 July 2018, online.

43   Ze Yang, Can Xu, Wei Wu, Zhoujun Li, 'Read, attend and comment: a deep architecture for automatic news comment generation'; Lianhui Qin, Lemao Liu, Victoria Bi, Yan Wang, Xiaojiang Liu, Zhiting Hu, Hai Zhao, Shuming Shi, 'Automatic article commenting: the task and dataset'.

44   Li Shiji, Cheng Guogen, '种基于生成对抗神经网络的机器翻译方法和系统' [Machine translation method and system based on generative adversarial neural network], 2017.

45   Roach, John. "Microsoft researchers build a bot that draws what you tell it to." Microsoft, 2018, online; Hui, Jonathan. "How deep learning fakes videos (Deepfake) and how to detect it?" 2018, online.

46   'AI大事件：百度牵手华为·李彦宏要把朋友搞得多多的' [Big AI event: Baidu holds hands with Huawei, Li Yanhong wants to make many friends], *QQ*, 24 December 2017, online.

47   'AI大事件：百度牵手华为·李彦宏要把朋友搞得多多的' [Big AI event: Baidu holds hands with Huawei, Li Yanhong wants to make many friends].

48   '海云数据被誉为"新疆公共安全视频实验室技术支撑单位"称号 (Haiyun Data [HYDATA] was awarded the title of "Xinjiang Public Security Video Lab Technology Support Unit")," 23 August, online and online.

49   '武林高手密语传言不是梦 海云数据研发唇语识别系统亮相重庆两江新区' [The martial arts masters' secret language is not a dream: Haiyun Data (HYDATA) developed a lip language recognition system, debuts in Chongqing Liangjiang New Area], Liangjiang Government, 1 August 2017, online.

50   '加速AI产业化落地 海云数据与悉尼科技大学成立" AI联合实验室' [Accelerating AI industrialisation, Haiyun Data (HYDATA) and the University of Technology Sydney established an 'AI Joint Lab'], *iCloudNews*, 9 January 2019, online.

51   '译云™——创新语言服务·发展文化力量' [YeeCloud™—innovative language services, develops the power of culture], *China Publishing and Media Journal*, 29 February 2016, online.

52   Since 2018, the Central Propaganda Department has directly overseen the publishing, press and film industries, but CPG has always been directly overseen by the department. Prior to 2018, most 'cultural enterprises' were overseen via the former State-Council-linked State Administration of Press, Publication, Radio, Film and Television (SAPPRFT; disbanded in 2018) or the General Administration of Press and Publication (merged with the State Administration of Radio, Film and Television in 2013 to create SAPPRFT).

53  Qingshan Liu, '文化央企发展存在三大挑战' [Three big challenges in the development of cultural state-owned enterprises], State-owned Assetts Supervision and Administration Commission of the State Council, 22 November 2011, online; '[青岛-崂山区]中译语通科技（青岛）有限公司' [(Qingdao-Laoshan District) Global Tone Communication Technology (Qingdao) Co. Ltd], *YingJieSheng.com*, 11 April 2019, online.

54  '中宣部领导出席中国出版集团公司2011年度工作会议并讲话' [The leader of Propaganda Department attended the 2011 annual work meeting of China Publishing Group Corp. and gave remarks], China Publishing Group, 25 January 2011, online.

55  GTCOM's direct Propaganda Department oversight has existed since the group was formed. The Central Propaganda Department also oversees the publishing industry, which was the role of the former State Administration of Press, Publication, Radio, Film and Television (SAPPRFT), which disbanded in 2018. As a result, oversight of the press, publication and film industries came under direct control of the Propaganda Department.

56  '中宣部文改办主任黄志坚一行来白鹿仓景区调研' [Propaganda Department Cultural Reform Office Director Huang Zhijian brings a delegation to Bailucang Scenic Area to carry out investigations], *Sohu*, 27 March 2019, online; '中国出版集团领导成员' [Leadership of China Publishing Group], China Publishing Group, online.

57  Anne-Marie Brady, *China's thought management*, Routledge studies on China in transition, Abingdon, Oxon; Routledge, New York, 2012, 109.

58  '刘云山同志视察译见大数据-中译语通科技股份有限公司' [Comrade Liu Yunshan visited YeeSight Big Data—GTCOM], GTCOM, 24 August 2017, online.

59  '省文改办主任马宝收来秦汉新城调研' [Provincial Cultural Reform Office Director Ma Bao received in Qinhan New City for an investigation (tour)], *Sohu*, 27 December 2017, online; '商务部、中宣部调研组来秦汉新城调研服务贸易、文化贸易工作' [A Ministry of Commerce, Propaganda Department research team visited Qinhan New City for service trade, cultural trade research], *DXXNews*, 9 August 2018. online.

60  '[陕西]中译语通科技陕西有限公司全球呼叫中心' [(Shaanxi) Global Tone Communications Technology Global Call Centre], *Snjob*, 11 September 2018, online; '[上海]中译语通科技（青岛）有限公司' [(Shanghai) Global Tone Communication Technology (Qingdao) Co. Ltd], *YingJieSheng.com*, 11 April 2019, online.

61  Joscelyne, 'Eric Yu: Cross-language big data inspires the future'.

62  '中国翻译研究中心发布《全球语言服务产业发展趋势报告》' [The China Research Institute of Translation launched the 'Global Language Services Industry Development Trend Report'], 29 August 2014, *Yeemeeting.com*, online; '中译语通热烈欢迎建银文化基金领导莅临考察' [GTCOM warmly welcomes the leaders from the CCB Culture Fund to visit], 26 May 2017, online.

63  Shuyun Ma, *Shareholding system reform in china: privatizing by groping for stones*, Edward Elgar Publishing Ltd, Cheltenham, UK and Northampton, Massachusetts, 2010; 'GTCOM (company registration data)', *PEdaily*, online.

64  Liu, '文化央企发展存在三大挑战' [Three big challenges in the development of cultural state-owned enterprises].

65  '中译语通科技股份有限公司 GTCOM 创立大会暨第一次股东大会' [Global Tone Communications Technology Co. Ltd GTCOM held its founding general meeting and first general shareholders meeting], GTCOM, 25 September 2017, online.

66  '北京文资数码投资管理有限公司20%股权' [Beijing Wenzi Digital Investment Management Co. Ltd 20% shares], Beijing Culture Equity Exchange, 30 April 2019, online; '上海腾星网络科技有限公司' [Shanghai Tengxing ('Soaring Star') Network Technology Co. Ltd company information]; '宁波鸿湖股权投资合伙企业（有限合伙）' [Ningbo East Lake Equity Investment Cooperative company information].

67  'GTCOM Technology Corporation', *CA Company Directory*, online; 'Business entities filing document: GTCOM Technology Corporation', online.

68  Beryl Elites, 'Speakers', online.

69  Beryl Elites, 'Speakers'.

70  'Stanford Forum·INSPIRE: GTCOM's JoveArch quantitative analysis engine shines under the spotlight', GTCOM, 12 November 2018.

71  'GTCOM's US launch event—Big data and AI: new inspirations in finance', 23 November 2017.

72  John Dotson. 'China explores economic outreach to US states via united front entities', *China Brief*, 26 June 2019, online.

73  '福建省《中国智慧城市在建和新建项目名录》' [Fujian Province: 'China smart cities construction and newly constructed project list'], *smartcities.cn*, 12 July 2016, online.

74  Maya Wang, '"Eradicating ideological viruses": China's campaign of repression against Xinjiang's Muslims', *Human Rights Watch*, 9 September 2018, online.

75  Megha Rajogopalan, 'They thought they'd left the surveillance state behind. They were wrong', *BuzzFeed*, 9 July 2019, online.

76  'Turkcell, Huawei sign deal on smart cities in Turkey', *Daily Sabah*, 23 October 2018, online.

77  Hoffman, 'Social credit: technology-enhanced authoritarian control with global consequences'.

78  Yu Gang, '潍坊成首批"一带一路"国际合作城市信用联盟成员' [Weifang (Shandong) became the first member of the 'Belt and Road Initiative' International Cities Credit Union], *Weifang*, 24 October 2018, online; '莫 勇：加强信用国际合作，携手共筑诚信"一带一路"', Guochengxin Credit Server Co. Ltd, 28 October 2018, online.

79   '科技大数据 (方案概述)' [Technology Big Data (program overview)], GTCOM, online.

80   '科技部出台《关于在国家科技计划管理中建立信用管理制度的决定》' [Ministry of Science and Technology issued a decision on 'Establishing a credit management system in the management of national science and technology projects'], 3 September 2004, online.

81   '徐冠华就推进信用管理制度建设答记者问' [Xu Guanhua answers reporter's questions on advancing credit mangement system construction], Technology Daily, 6 September 2004, online.

82   Even so, 'ethical' behaviour is judged by responsibility to the party-state, not the people whom science and technology companies and researchers affect. When SciTech Credit was launched in 2004, then Minister of Science and Technology Xu Guanhua said it was an integral part of the social credit system and combined institutional and moral constraints and legal administration and social supervision.

83   Shi'an Tao, '诚信　科技工作必备的操守' [Honesty: Personal integrity is essential in science and technology work], People's Daily, 8 October 2004, online.

84   '科研诚信助推首府高质量发展' [Research integrity promotes high-quality development in the capital (Urumqi city)], wlmq.gov.cn, 13 June 2019, online.

85   '乌鲁木齐建立科技信用评价体系打造健康科研环境 已有1286家单位积极参与' [Urumqi established a SciTech credit evaluation system to create a healthy scientific research environment: 1286 units have actively participated], wlmq.gov.cn, 12 October 2018.

86   Chao Bei, Hao Zong, Conghu Yuan, Qingming Liu, Baoyong Fan, 'GTCOM neural machine translation systems for WMT19', paper presented at the Fourth Conference on Machine Translation (WMT), 1–2 August 2019.

87   'Applying Alibaba machine translation to cross-border e-commerce scenarios', Alibaba Cloud, 19 September 2018, online; '中译语通发布"神经网络机器翻译"·正面PK谷歌翻译' [GTCOM launched "neural network machine translation, PK(s) (dominates) Google Translate], kejimt.com, 3 January 2017, online.

88   'GTCOM and AliCloud: a win–win cooperation was built to embrace the internet ecosystem', PR World, 14 October 2016, online.

89   '中译语通发布"神经网络机器翻译"·正面PK谷歌翻译' [GTCOM launched "neural network machine translation", PK(s) (Dominates) Google Translate]; '译界动态 | 译云机器翻译入驻阿里云市场 开启多场景定制化服务' [The dynamics of the translation field | YeeCloud translation machine entering into AliCloud market opens up multi-scenario customised services], Yeeworld, 27 December 2016, online.

90   '喻思成：整合数据+技术+产品，打造生态平台才是大数据的未来' [Yu Sicheng: Integrating data + technology + products, creating an ecological platform is the future of big data], YeeWorld, 3 January 2017, online.

91   '嗨~翻2015春节·译云红包"鸣锣开抢"(图)' [Super high ~2015 New Year, YeeCloud 'Red Envelope Sale' starts' (image)], Sohu, 4 February 2015, online.

92   嗨~翻2015春节·译云红包"鸣锣开抢"(图)' [Super high ~2015 New Year, YeeCloud 'Red Envelope Sale' starts' (image)].

93   '更给力·金山词霸携手译云开通在线人工翻译服务' [Even more helpful: PowerWord joined forces with YeeCloud to launch online human translation service], GTCOM, 2 September 2014, online.

94   '中译语通与百度达成合作·向用户提供全方位翻译服务' [GTCOM achieved cooperation with Baidu, providing full translation services for users], GTCOM, 5 February 2015, online.

95   'GTCOM signs a strategic contract with Huawei to build an application ecology on the basis of AI big-data technology', GTCOM, 9 May 2019, online.

96   'Malta Government and Huawei signed a memorandum of understanding to support Digital Malta', Huawei, 16 April 2016, online.

97   Danielle Cave, 'The African Union headquarters hack and Australia's 5G network', The Strategist, 13 July 2018, online.

98   '会议口译服务' [Conference interpretation services], GTCOM, online.

99   '中译语通亮相2018云南-华为软件产业峰会 展区迎云、渝两地领导参观' [GTCOM presented at the 2018 Yunnan–Huawei Software Industry Summit; its exhibition area welcomed leaders from Yunnan and Chongqing], GTCOM, 25 December 2018, online.

100  'GTCOM signs a strategic contract with Huawei to build an application ecology on the basis of AI big-data technology'.

101  Beryl Elites, 'Speakers'.

102  '中译语通LanguageBox亮相思科中国教育信息化2.0研讨会 智能网络视频会议解决方案获肯定' [GTCOM's Language Box presented at the Cisco China Education Informatisation 2.0 Conference: The Smart Internet video conference solution was approved], GTCOM, 20 June 2019, online.

103  Joscelyne, 'Eric Yu: Cross-language big data inspires the future'.

104  Ren Ke, 'Xinhua headlines: "Made in China" progresses as global industry undergoes transformation', New China, 26 April 2018, online; Haier Home Appliances, 'Haier Home Appliances to introduce upgraded COSMOPlat empowered with 5G technology at Hannover Messe', PRN Newswire, 30 March 2019, online.

105  '从互联工厂奔向工业大数据：中译语通与海尔集团共同扬起中国智造风帆' [From network factories to industrial big data: GTCOM and Haier jointly unfurl the sail for China manufacturing], GTCOM, 25 April 2017, online.

106  'LBDA seminar explores how big data inspires us today', Language Big Data Alliance, 12 April 2017. online.

107   '语言大数据联盟理事会议在京举行' [LBDA conference is held in Beijing], GTCOM, 17 January 2019, online.

108   'YeeKit 4.0全球发布 重塑语言行业格局-中译语通科技股份有限公司' [YeeKit 4.0 global release reshaping the language industry landscape—GTCOM], GTCOM, 22 July 2019, online.

109   '语言大数据联盟理事会议在京举行' [LBDA conference is held in Beijing]; '语言大数据联盟章程' [Language Big Data Alliance Charter], Language Big Data Alliance, online.

110   'The visionary CEO of GTCOM talks artificial intelligence, machine learning, big data, VR, and more', GTCOM, 8 August 2017, online.

111   Foote, 'Semantic technologies, AI, and big data working together'.

112   Foote, 'Semantic technologies, AI, and big data working together'.

113   'The Language Big Data Alliance launches in Europe with summit in London', BusinessWire, 14 May 2018, online.

114   'Make Honey: client testimonials', Make Honey, online; 'Honey talks: TikTok platform focus', Make Honey, online.

115   'The Honey Partnership (Ventures) Ltd—10560659', Identeco, 1 July 2019, online; 'Honni 红你 | Blog – Honni 红你 | The Honey Partnership'; 'The Language Big Data Alliance launches in Europe with summit in London'.

116   Directorate-General for Translation, 'Interview with Gerhard Budin', European Parliament, no date, online.

117   Directorate-General for Translation, 'Interview with Gerhard Budin'.

118   'What is FIT', International Federation of Translators, online; '成为FIT 2017顶级合作伙伴 中译语通AI语言布局全球' [Top partner of FIT 2017: GTCOM's AI language technology gains a global presence], GTCOM, 6 August 2017, online.

119   '成为FIT 2017顶级合作伙伴 中译语通AI语言科技布局全球' [Top partner of FIT 2017: GTCOM's AI language technology gains a global presence].

120   'YeeKit 4.0全球发布 重塑语言行业格局-中译语通科技股份有限公司' [YeeKit 4.0 global release reshaping the language industry landscape—GTCOM].

121   'The visionary CEO of GTCOM talks artificial intelligence, machine learning, big data, VR, and more'.

122   Samuel Bendett, 'Russia's national AI center is taking shape', Defense One, 27 September 2019, online.

123   'Language and big data drive innovations: GTCOM at Startup Village 2017', TASS, 8 June 2017, online.

124   Danielle Cave, Samantha Hoffman, Alex Joske, Fergus Ryan, Elise Thomas, Mapping China's technology giants, ASPI, Canberra, April 2019, online.

125   Danielle Cave, Elsa Kania, Tom Uren, Fergus Hanson, Peter Jennings, Michael Shoebridge, Samantha Hoffman, Jessica Clarence, Greg Austin, Huawei and Australia's 5G network, ASPI, Canberra, 10 October 2018, online; Samantha Hoffman, Peter Mattis, 'Britain must avoid being sucked into Huawei's moral vacuum', CAPX, 24 June 2019, online; Hoffman, 'China's state security strategy: "Everyone is responsible"'; Samantha Hoffman, '"Dangerous love": China's all-encompassing security vision', The National Interest, 17 May 2016, online.

# Acronyms and abbreviations

| | |
|---|---|
| 2020 Institute | 2020 Cognitive Research Institute |
| AI | artificial intelligence |
| BRI | Belt and Road Initiative |
| BRI Platform | BRI Language Services and Big Data Platform |
| CCP | Chinese Communist Party |
| CGCC-USA | China General Chamber of Commerce–US |
| CPG | China Publishing Group |
| CTC | China Translation Corp. |
| GAN | generative adversarial networks |
| GTCOM | Global Tone Communications Technology Co. Ltd |
| HIT | Harbin Institute of Technology |
| IoT | internet of things |
| LBDA | Language Big Data Alliance |
| NLP | natural language processing |
| PLA | People's Liberation Army |
| PRC | People's Republic of China |
| R&D | research and development |
| SOE | state-owned enterprise |
| UNSW | University of New South Wales |





Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 146 of 288

TikTok Footnote 34 - Fact Sheet: Communist Party Groups
in Foreign Companies in China

Events   f   t   g+   in   t          Explore



Operations ⌄    Politics ⌄    Tech ⌄    Society ⌄    Media ⌄    Podcasts ⌄

HR & Staffing    Management    Policy & Regulations

# Fact Sheet: Communist Party Groups in Foreign Companies in China

The Chinese government is pushing foreign companies to include party organizations among their employees. Where do these companies stand if they don't want to acquiesce to their demands?

USCBC on May 31, 2018

AR-469

Share

By Jake Laband

Chinese Communist Party (CCP) officials are increasingly calling on companies to support the creation of party organizations among their employees. The potential for party groups to influence corporate decision making has raised concern among some US company executives: What are foreign companies obligated to do, and how should companies respond to requests to establish party organizations in their China subsidiaries?

**Legal requirements for foreign companies**

China's laws governing foreign invested enterprises are silent on party organizations. China's Company Law, which applies to domestic as well as foreign-invested companies (but not foreign representative offices), does address party organizations, but does not specify their role. Article 19 requires companies to provide the "necessary conditions" for the activities of party organizations, which shall be established within the company according to the CCP Constitution.

Chapter 5 of the CCP Constitution requires the formation of a party organization in companies with three or more party members. The CCP Constitution lays out different expectations for the role of party groups in state-owned enterprises (SOEs) and private companies.

- Article 33 was amended in November to alter requirements for party groups within SOEs. While previous versions of the CCP Constitution called for party groups to play a "core political role," the revised version calls for these groups to play an expanded leadership role, ensure the implementation of party policy, and discuss and decide major issues for their enterprise.

- In private companies, the CCP Constitution states that party organizations are more focused on making sure the company follows the law and overseeing organizations such as trade unions and the Communist Youth League. No management or governance role is specified. While it is not always clear that the term "private companies" incorporates foreign invested enterprises, this may be the most relevant guidance for foreign companies.

By design, party organizations in SOEs are more prominent and influential. Party regulations issued in June 2015 specify that the chairman or CEO of an SOE should serve as the secretary of the party group, and that other company executives should be included in the party group as well.

**The party in foreign-invested enterprises**

Based upon the Company Law, party organizations should be permitted to be established in a foreign-invested enterprise – JV or 100% foreign-owned – if it employs three or more party members. No management or governance role is required, however, and company best practices suggest these organizations are not required to hold a managerial function. For example, party organizations could serve as a channel or platform to coordinate local employee non-work activities or management-employee communications.

**Must Reads**

Share

- **WSJ:** Trump Administration to Ban WeChat Use in US After Sunday Night

- **Reuters:** ByteDance plans TikTok IPO to win US deal as deadline looms: sources

- **Reuters:** China's Tencent rebrands WeChat work app ahead of Trump ban

- **WSJ:** China's EV Champion Bets Big on a Different Flavor of Battery

**Join our mailing list**

Share

**First Name:** *

**Last Name:** *

**Email:** *

**Company:** *

☐  List - News Overview
☐  List - China Business Review
☐  List - China News Headlines
☐  List - Invest in the US

☐  Send me a copy

Submit

* These fields are required.

**AR-470**

TikTok Footnote 544 - Fact Sheet: Communist Party Groups
in Foreign Companies in China

Joint ventures, especially those with state-owned partners, may face different pressures
regarding the role of party organizations, although it is USCBC's understanding that they
are not subject to any legal obligation to allow party groups decision-making power,
based on the legal requirements analyzed above.

Some USCBC companies have reported that their state-owned joint venture partners
have recently approached them about altering their articles of association to support party
groups within the joint venture, even going as far to request that they be amended to
allow critical matters to be approved by the party organization before they are presented
to the board. Some of these requests likely stem from a party directive issued in March
2017, though companies report receiving similar requests earlier than this. The 2017
directive, entitled "Notice About Firmly Promoting Writing SOE Party Building Work into
Company Articles of Association," requires state-owned enterprises to incorporate party-
building principles into their articles of association. However, the notice does not
represent a legal requirement and companies have reported successfully pushing back
against such requests to allow a simple re-statement in the articles of association of the
company's obligations under the Company Law.

In addition, the laws governing joint ventures specify that amendments to the articles of
association require unanimous consent of directors present at the board meeting,
meaning the Chinese partner cannot force such changes without the foreign partner's
agreement. In fact, these laws clearly state that the board of directors is the highest
decision making body in the company. The Company Law does not specify any particular
role for party organizations in foreign-invested enterprises, so any attempt to give a party
cell a managerial or governance function can be challenged on this basis.

Companies should be alert to pressures to form party organizations in their China
subsidiaries, but also aware of the legal framework and best practices that may limit the
impact of such organizations on governance and management. Consulting with legal
counsel is always recommended when deciding on a strategy to respond to such
requests.

**Posted in:** HR & Staffing, Management, Policy & Regulations, Top Story     **Tagged in:** ccp, China's
company law, Chinese Communist Party, party cells, party organizations



Posted by Jake Laband

All Posts    Website

AR-471

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 149 of 288

Fix for Footnote 544 - Fact Sheet: Communist Party Groups
in Foreign Companies in China

Next

A Short History of Trade Wars

May 24, 2018

Previous

The Trade War Is On Hold – But the Poli...

June 7, 2018

About Us   USCBC   Contact Us   Submit a Story   Events   Submit an Event

© US-China Business Council

**AR-472**

Case 1:20-cv-02658-CJN    Document 48-2    Filed 11/01/20    Page 150 of 288
TikTok Footnote 55: 98 - Politics in the
Boardroom

# THE|DIPLOMAT

CHINA POWER | ECONOMY | POLITICS | EAST A

# Politics in the Boardroom: The Role of Chinese Communist Party Committees

## What will the consequences be if Party Committees take up a larger role in pressuring company boards?

By **Federica Russo**
December 24, 2019



**AR-473**

Tilt For Footnote 55: 88 – Politics in the
Boardroom

Credit: Pixabay

China's President Xi Jinping has called for efforts to strengthen the role of the Chinese Communist Party (CCP) within domestic borders, considereding the Party as the engine behind the country's rejuvenation. Indeed, to navigate the unstable international scenario and make China a global power by 2050, the CCP has adopted "the spirit of the nail," according to which one must strike until the nail is well in place, because a single blow with a hammer is not always enough. Following that philosophy, China's Communist Party works hard throughout all levels of society to improve its credibility and continuity over time, cementing a vision that is reflected even in the business sphere. In particular, Party Committees represent an important mechanism through which Beijing's government expands its authority and supervision over organizations, creating different nuances of corporate governance with Chinese characteristics.

A Party Committee is formed by a group of senior CCP members who are given a leadership position inside the halls of public and private companies operating in China. The legal pillars sustaining such a committee's activity are marked in the 2012 Constitution of the Communist Party of China. In China's state-owned enterprises (SOEs) the committee's leading position refers to its competence in setting the right decision, keeping in mind the big picture, and supporting the meeting of shareholders and boards of directors to decide on major issues. Within private enterprises, however, it implements Party's policies and

**AR-474**

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 152 of 288

The Role of Chinese Communist Party Committees in the Boardroom

operates through the Trade Union and the Communist Youth League Organization. According to Asian Corporate Governance Association's reports, to understand what a Party Committee really does, we must take into account three main points:

1. It makes the "Three Important, One Large Decisions," which means being responsible for the allocation of funds relative to important issues, cadres' appointments or dismissals, and new projects.

2. The members of the Party Committees could also become part of the board of directors or the executive team.

3. The Party unit must oversee the system of appointment of the executives.

The presence of these governmental bodies is particularly emphasized within strategic sectors and zones. In 2017, Party Committees existed in around 70 percent of 1.86 million private owned companies in China, with a presence that is destined to grow. Last September, local authorities in Hangzhou, capital city of Zhejiang province, announced that 100 private companies in their city alone have welcomed governmental officials to foster the growth of the business environment. The province of Zhejiang is an important backbone for the national economy; among the  players included in that initiative are Zhejiang Geely Autombile Holdings Ltd., Hangzhou Wahaha Group Co., and Alibaba.

Chinese experts who advocate for the Party Committee system argue that it benefits production, long-term planning, and the fight against corruption inside Chinese companies.

**AR-475**

**Enjoying this article?** Click here to subscribe for full access. Just $5 a month.

But the Party Committee has an explicit role even within foreign companies, where its nature has raised debates especially among the community of investors involved in joint ventures (JVs) with state-owned enterprises. Even if Chinese Company Law regulates the establishment of Party units in foreign invested enterprises (both JVs and fully owned) without requiring governance roles for their members, recent trends in officials' attitude — which are oriented toward the demand for more power — indicate accelerating interference. That suggests that these positions are not merely symbolic, but rather an eventual source of political pressure around the boardroom.

Leadership is a core concept in the dynamics of a board of directors. Factors that challenge this leadership impact the performance of the body, with repercussions across the whole organizational entity. The eventual superseding of business strategies by political ideologies could put directors in a difficult position and evolve into board pathologies that make them vulnerable. These outcomes will affect the group's decision making process and could result in negative group conflicts, dysfunctional coalition formations, board polarization, and pluralistic ignorance. All these elements could result in a private company becoming a sort of "political weapon," which deploys its potential when diatribes between international actors occur in the global scene.

It would be interesting to monitor how and if a higher level of external complexity —

**AR-476**

TikTok footnote 53: 83 – Politics in the Boardroom

generated by commercial wars, diplomatic tensions, and geopolitical involvements — could be translated by China's governmental apparatus into a need for strict controls internally. Due to this consideration, even the business setting could become an important minefield where companies are expected to gain results that contribute to China's great rejuvenation and where creating situations of vulnerability and tension could bring some advantages to the Party.

*Federica Russo writes about business and geopolitics. Her analysis has been published by Asia Times, OBOReurope, Asia Power Watch, Cultural Bridge and several platforms where she is focused on China's engagement in the global scene, corporate boards' dynamics, and organizational behavior.*

## TAGS

China Power    Economy    Politics    East Asia    China    CCP

CCP cells in Chinese companies    Chinese Communist Party

Party Committees in Chinese companies

**AR-477**



Chapter Three

# CG with Chinese Characteristics

**AR-535**

## 3.1   The Party Organisation: Leadership core

The role of Party organisations is one of the least understood aspects of corporate governance in China. With a legal basis in both Company Law and the CPC Constitution, Party organisations play a leadership role in state enterprises and are increasingly influential in the private sector. Their role has been reinforced in recent years, with many SOEs adding them to their Articles over 2015 to 2017.

### Introduction

One of the unique aspects of corporate governance in China is an entity called the "Party organisation" or "Party committee", a body established by and reporting to the Chinese Communist Party (CPC). Despite its long history, especially in state-owned enterprises (SOEs), the Party organisation/committee is perhaps the least understood feature of corporate governance with Chinese characteristics. As is apparent from our 2017 survey of foreign institutional investors (see Figure 3.1), one-fifth of respondents were unaware of the existence of Party organisations, while the remainder would welcome greater clarity as to their role and lines of accountability. This lack of understanding is due to the limited transparency historically provided on the power and responsibilities of the Party organisation and its relationship with the board and other governance bodies in a company. Such disclosure is not required by company law or securities regulations.

Policy initiatives over 2010 to 2017 reaffirmed the leadership role of Party organisations in state enterprises and their status above the board of directors in the business and governance decision-making chain. They are also widespread in domestic private firms where they serve as a focal point for Party members, exercise leadership over the trade union, and provide guidance on complying with state laws. More recently, multinational corporations in China have come under increasing pressure to form such organisations, and many have complied.

While these policies would appear to be in direct conflict with previous more pro-market trends in China—and certainly offer a different model of corporate governance—they are best understood as an integral part of what the CPC calls the process of "socialist modernisation". As the preamble to the CPC's new constitution of October 2017 makes clear, the Party remains stoutly opposed to "bourgeois liberalisation" (ie, Western liberal values) and is still at an early stage of building a "socialist market economy". It is an economy in which "public ownership plays a dominant role", although different forms of corporate ownership can "develop side by side". The CPC plays the core leadership role over the entire society and "shall be firm in consolidating and developing the public sector" as well as "guiding the development of the non-public sector".



**Is the Party's role clear?**    Fig 3.1
Foreign investor views on whether the Party committee has a clear and accountable role in listed companies

- Yes — 3%
- No — 61%
- Somewhat — 15%
- Not aware of the Party committee — 21%

*Source: ACGA Foreign Institutional Investor Perceptions Survey 2017*

AR-536

TikTok Footnote 56 - Awakening Governance: The evolution of corporate governance in China
CG WITH CHINESE CHARACTERISTICS

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 159 of 288

Although deeply entrenched within China's corporate governance system, the level of transparency around Party organisations/committees has traditionally been low. Reforms over 2015 to 2017 brought them front and centre as SOEs were required to incorporate these Party entities into their articles of association for the first time—a development that caused concern and controversy among many foreign investors. Paradoxically, however, the reforms may also serve to bring greater clarity to the role of the CPC in state enterprises and its influence over the private sector. Foreign investors would welcome increased disclosure on the work of Party organisations in listed companies, much in the same way that companies today routinely report on the activities of boards of directors and supervisory boards.

## Legal status

The basic legal foundation allowing Party entities to operate in state and non-state enterprises can be found in the Constitution of the CPC. Article 32 of the 2012 Constitution described the primary-level Party organisation as the "political core" of a state-owned enterprise. Article 33 of the latest 2017 version elaborates further and states:

> The leading Party members groups or Party committees of state-owned enterprises shall play a leadership role, set the right direction, keep in mind the big picture, ensure the implementation of Party policies and principles, and discuss and decide on major issues of their enterprise in accordance with regulations.[1]

Both versions go on to explain that the role of primary-level Party organisations is to "guarantee and oversee the implementation of the principles and policies of the Party and the state in its own enterprise", and shall "support the meeting of shareholders, board of directors, supervisory board, and manager (or factory director), in exercising their functions and powers according to law". The organisation "participates in making final decisions on major questions in the enterprise" and shall "lead work on political thinking" as well as "efforts towards cultural-ethical progress" in the enterprise. Largely identical language can also be found in the 2002 version of the CPC Constitution.

As for private enterprises:

> Primary-level Party organisations in non-public sector entities shall implement the Party's principles and policies, guide and oversee their enterprises' observance of state laws and regulations, exercise leadership over trade unions, Communist Youth League organisations, and other people's group organisations, promote unity and cohesion among workers and office staff, safeguard the legitimate rights and interests of all parties, and promote the healthy development of their enterprises.

A fundamental role is also provided for Party organisations in the original Company Law of 1993 and as amended. Article 19 stipulates that:

> An organisation of the Communist Party of China shall be set up to conduct Party activities in a company in accordance with the provisions of the constitution of the Communist Party of China. A company shall provide the Party organisation with necessary facilities for its activities.[2]

These laws have had a marked impact on the landscape of corporate governance in China. By the end of 2016, CPC organisations had been established in 189,000 public enterprises, accounting for around 91% of total public enterprises. In addition, they had been established in 1.85 million non-public enterprises, accounting for almost 68% of the total and 16 percentage points higher than the previous year.[3]

AR-537

**What's in a name?**

Reading the annual reports of SOEs can be a little confusing: some refer to their "Party organisation", some to a "Party committee", while others talk about the "leading Party member group" in their firm. What is the difference between these terms?

In essence, the labels "Party committee" and "leading Party member group" refer to the group of senior CPC members who play the leadership role in an enterprise, meet on a regular basis before the board of directors meets, and discuss/approve major decisions (see box story, 'What do Party committees do?', overleaf). While some enterprises, such as Sinopec, use the label "Party organisation" to refer to their senior leadership group, the term also has a wider meaning, namely the full CPC organisation in an enterprise. This includes not only the leadership group but party cadres working at other levels and in different functions, especially HR management. An important task for each Party organisation is also the supervision and disciplining of CPC members in an enterprise.

As Article 32 of the CPC Constitution (2017) elaborates: "Primary-level Party organisations play a key role for the Party in the basic units of social organisation; they are the foundation for all the Party's work and for its capacity to take on challenges." Moreover, within enterprises they "shall wholeheartedly rely on the workers and office staff and support the work of workers' representative congresses; and they shall participate in making decisions on major issues in the enterprise". (Article 33)

## Reinforcing Party control

Since 2010 the CPC, State Council and the State-owned Assets Supervision and Administration Commission (SASAC) have issued several policy statements that seek to strengthen and clarify the leadership of Party organisations in SOEs. The first sought to enhance collective decision-making in enterprises through a focus on what are called the "Three Important, One Large" decisions. This term dates back to 1996, when it was proposed by the Central Commission for Discipline Inspection, a central Party agency that oversees political discipline among cadres. It refers to decision-making on major issues, including "important issues", the appointment and dismissal of "important cadres", and investment in "important projects". The "one large" refers to the use of large amounts of funds.[4]

Momentum increased following the 18th Party Congress in November 2012 and the election of Xi Jinping as General Secretary. In 2013, the CPC Organisation Department, a central agency tasked with major personnel appointments, and SASAC issued a policy opinion on the role of Party organisations as the political core in central SOEs under a "modern corporate system". This opinion also emphasised their role in personnel matters, especially supervising Party cadres, and leading ideological and political work.

On 24 August 2015, the CPC Central Committee and State Council published the "Guiding Opinions on Deepening SOE Reform". This reaffirmed the political importance of Party organisations and referenced the simultaneous positions that cadres could hold as members of the Party committee, board of directors or supervisory board, and senior management. The Guiding Opinions also suggested that by 2020 "the legitimate standing of the Party committee of SOEs in corporate governance will become more stable".

In late May 2016, SASAC published an article titled, "Promote Party Building while Comprehensively Deepening SOE Reform"[5] in the publication *Qiushi (Seeking Truth)*, a theoretical journal of the Central Committee of the CPC. The central theme of the article was the need to further strengthen Party leadership in SOEs and it proposed for the first time that Party committees should formally discuss and approve major decisions before the board of directors (the "ex-ante procedure").

AR-538

TikTok Footnote 56 - Awakening Governance: The evolution of corporate governance in China
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 161 of 288
CG WITH CHINESE CHARACTERISTICS

**What do Party committees do?**

In theory, the function of Party organisations/committees is to participate in the governance of enterprises, while at the same time not directly meddling in their management and operational decision-making. From the beginning, Party committees were established to ensure that significant decisions made by enterprises would not deviate from national laws and regulations, Party discipline and basic political principles. Indeed, as the CPC Constitution makes clear, Party committees "set the right direction" and "keep in mind the big picture", while ensuring the "implementation of Party policies and principles" and deciding on "major issues". In practice, Party committees have three functions:

1. Making the "Three Important, One Large" decisions: namely, decision-making on "important issues", the appointment and dismissal of "important cadres", investment in "important projects" and the use of large amounts of funds.

2. "Double entry, cross offices": Party committee members can also serve on either the board of directors or supervisory board, and be part of the executive team and vice versa. This helps to put into effect the ideas of the Party and coordinate communication between the Party, the board of directors and executives.[11]

3. Overseeing the system of "Party supervising cadres" and "Party supervising talents": The former is aligned with the appointment of executives by the board of directors and human resource management.[12] In respect of "supervising talents", the Party carries out the induction, training and development of professional talent by implementing the "National Plan of Talent Development in Medium and Long Term (2010–2020)".[13]

On 11 October 2016, President Xi delivered a speech at a working meeting on Party building in SOEs, the goal of which was to "integrate the Party's leadership into each part of corporate governance, embed the Party organisation of the enterprise into the corporate governance structure, [and] specify and implement the legitimate standing of the Party organisation in the corporate governance structure of the enterprise".

This policy direction was entrenched yet further in May 2017 when the State Council published two circulars to bolster the leadership status of Party organisations in the governance structures of SOEs[6] and proposed a requirement that Party building should be added to their articles of association. Significantly, the two circulars also emphasise Party leadership over the supervision of cadres.

Attitudes towards these developments vary widely. People with pro-market views see them as regressive and fear they will weaken the function of other governance entities in companies, principally the board of directors. They question how such policies can cohere with a capital market that is becoming more international and will, presumably, undergo further liberalisation in future. Realists on the other hand note that the Party has always played a central role in the governance and management of SOEs, and contend that recent policy changes are more a matter of emphasis than a change of direction.

From the perspective of the government, these policies will not only strengthen the leadership role of the Party and hence enterprise governance in general, but in practical terms they should help to control corrupt behaviour by cadres and others. As the CPC 2017 Constitution says, the primary-level Party organisations operating in any entity must "ensure that Party officials and all other personnel strictly observe state laws and regulation" and "encourage Party members and the people to consciously resist unacceptable practices and resolutely fight against all violations of Party discipline or state law".

AR-539

## Putting the Party into the articles

From late 2015 onwards, enterprises listed in China began amending their articles of association to incorporate Party organisations. One of the earliest was Harbin Electric Corporation Jiamusi Electric Machine, which did so in December 2015, followed in January 2016 by Xinjiang Tianshan Cement and Sinoma International Engineering. From late 2015 to June 2017 almost 180 enterprises followed suit, according to data gathered by Institutional Shareholder Services, an international proxy voting advisory firm.

This wave reached Hong Kong in 2017, when more than 30 large state enterprises incorporated in China and listed in the city put forward similar resolutions to either annual or special general meetings. While some institutional investors were happy to accept these changes, others voted against them. For example:

- Sinopec received almost unanimous support from both its A and H shareholders, achieving votes in favour of 99.99% and 99.68%, respectively.

- Industrial and Commercial Bank of China (ICBC) received a mixed response: overall votes against (both A and H shares) amounted to only 5.7%, yet it would appear that a high proportion of H shareholders objected to the amendments. Total votes against numbered almost 17.5 billion, which was equal to almost 39% of the 45.2 billion H shares represented at the meeting. (While not all against votes may have been from H shares, it is reasonable to assume that the vast majority were given the high concentration of state ownership in the company via A shares.)

- China Construction Bank also saw mixed results: votes against amounted to 12.8% of all votes cast, but this accounted for only around 13% of all H shares voted.

- Chongqing Iron & Steel witnessed a very different pattern: more than 70% of its H share votes were opposed to the amendment.

One factor accounting for the differences in voting patterns could be the scope of amendments sought. While Sinopec only made two brief changes to its articles (see Chapter 6.2), ICBC made extensive alterations (see box story, 'ICBC 2017 AGM Circular – Role of the Party committee', overleaf, and Chapter 6.3). It could also be the result of investor engagement efforts made by each enterprise—anecdotal evidence suggests that foreign institutional investors based in Hong Kong were actively lobbied prior to AGMs in 2017. And some of the votes may have been influenced by international proxy advisers, which recommended votes in favour in some instances. (See Table 3.1, opposite, for voting data on other enterprises.)

**Voicing concern**   Tab 3.1
H shares receiving the largest votes against Party committee reforms, 2017

| Company | Against % | Meeting Date and Type | |
|---|---|---|---|
| China Suntien Green Energy | 17.09 | 10 Nov | Special |
| Aluminum Corporation of China | 16.11 | 26 Oct | Special |
| Harbin Electric | 14.26 | 1 Dec | Special |
| Yanzhou Coal Mining | 13.98 | 27 Nov | Special |
| China Longyuan Power Group | 12.95 | 15 Dec | Special |
| Beijing Jingkelong | 12.68 | 26 May | Annual |
| Guangzhou Automobile Group | 12.52 | 23 Aug | Special |
| Maanshan Iron & Steel | 12.21 | 30 Nov | Special |
| Chongqing Rural Commercial Bank | 10.12 | 11 Dec | Special |
| China Galaxy Securities | 7.86 | 29 Sept | Special |
| New China Life Insurance | 7.85 | 19 Dec | Special |
| Bank of China | 7.01 | 29 Jun | Annual |
| Poly Culture Group | 6.63 | 11 Dec | Special |
| China Communications Construction | 6.50 | 22 Nov | Special |
| China Machinery Engineering | 5.87 | 26 Jun | Annual |
| Industrial & Commercial Bank Of China | 5.69 | 27 Jun | Annual |
| Datang International Power Generation | 5.64 | 15 Aug | Special |

*Source: Glass Lewis (Permission to reprint)*

AR-540

Meanwhile, in mid-2017, SASAC said that 100 large SOEs had duly amended their articles. In addition, the chairmen in 74 enterprises under SASAC had become the leader of the Party committee of their group, which reflected the higher status of the Party in these SOEs.[7] It is also understood that some SOEs which intended to list overseas, but whose state ownership was below two-thirds, received notices from local government SASAC bureaus to suspend the amendment lest overseas investors veto it (since a minimum two-thirds vote in favour was required for resolutions to pass).

## Challenges

While the government's motives for pushing through these amendments are clear, a number of governance challenges remain:

### Less efficient decision-making?

There are some concerns within China that formalising the role of the Party organisation/committee could make business decision-making less efficient. Some enterprises say that Party committees previously intervened in board decision-making only in principle. They did not have to make formal decisions on specific issues. Under the new policy, major issues first require the approval of the Party committee before going to the board of directors. This will require even more coordination than is currently the case and add to the workload and documentation tasks of the board secretary.

---

**ICBC 2017 AGM Circular – Role of the Party Committee**

Highlights of the main amendments to ICBC's articles:

**Article 13:** … the Party committee shall play the core leadership role, providing direction, managing the overall situation and ensuring implementation.

**Article 52:** The chairman of the board of directors of the Bank and the Secretary of the Party committee shall be the same person …

**Article 53:** The Party committee shall … perform the following duties:

i. Ensure and supervise the Bank's implementation of policies and guidelines of the Party and the State, and implement major strategic decisions of the Central Committee of the Party and the State Council, as well as important work arrangements of higher-level Party organisations;

ii. Strengthen its leadership and gatekeeping role in the management of the process of selection and appointment of personnel …

iv. Assume the primary responsibility to run the Party comprehensively with strict discipline, lead the Bank's ideological and political work …

v. Strengthen the building of the Bank's grassroots Party organisations and of its contingent of Party members, give full play to the role of Party branches as strongholds and to the role of Party members as pioneers and fine examples, and unite and lead officials and employees bank-wide to devote themselves to the reform and development of the Bank;

vi. Other material matters that fall within the duty of the Party committee.

**Article 144 (former Article 141):** The board of directors shall supervise the implementation of the development strategies of the Bank and regularly re-examine the development strategies so as to ensure such strategies are consistent with the operation of the Bank and changes of the market environment. The opinions of the Party committee shall be heard before the board of directors decides on material issues of the Bank.

---

AR-541

## Limiting the role of the board

Because of the system of "double entry, cross offices", there is a high degree of overlap between the composition of the Party committee and the board of directors, supervisory board, and management. The term "double entry" refers to people holding two roles or positions in an enterprise. "Cross office" refers to one person being both the secretary (head) of the Party committee and chairman of the board of directors. There are also cases where the board chairman is the deputy secretary of the Party committee. Or where the secretary of the Party committee holds the post of vice chairman of the board.[8] However, best practice today is for the Party secretary and board chairman to be the same person, so as to avoid conflict and competing agendas.

Since most Party committee members also serve on the board of directors and hold senior executive positions in enterprises, it is clear that this inner group will already have discussed key issues before any board meeting. There will be little need, therefore, for most executive directors to say much in board meetings, with only the chairman or general manager conveying the agreed opinions of the Party committee. This would diminish the potential for discussion between directors and reduces the contribution of non-executive directors, especially independent directors, on major decisions.

## Clarifying the division of labour and the role of board committees

While the new policies state clearly that Party committees should pre-approve all important decisions of the enterprise, it is likely that foreign investors will remain confused as to the division of labour between the Party committee and the board. The reforms also raise questions about the function of certain board committees, especially on nomination, since oversight of major appointments to the board and management come within the purview of the Party committee, which itself reports to higher ranking Party organisations.

## Concerns of foreign direct investors

Under this new wave of reform, privately owned enterprises in China have to accept that Party committees in their firms will do more than just 'organise social events for Party staff members'. Some seem happy to do so, including foreign-owned ones. Qi Yu, deputy head of the Central Organisation Department, said at a briefing on the side of the 19th National Party Congress in October 2017: "Some senior executives at foreign-invested companies say Party organisations can help them understand China's policies in a timely manner, resolve labour disputes and provide positive energy for their companies' development. The majority of them welcome and support Party organisations carrying out activities in their companies."

Indeed, Party units in foreign-invested companies more than doubled over 2011 to 2016, from 47,000 to 106,000, according to Qi. And around 70% of all foreign-funded firms in China—about 75,000—had set up Party branches. This is about the same proportion as for China's private sector, where almost 68% of private businesses had set up Party branches by the end of 2016.

Nevertheless, not all foreign multinationals have been so sanguine. In early November 2017, the European Union Chamber of Commerce in China issued a statement saying that while it respected China's law allowing for the establishment of Party organisations in businesses in general, including foreign-invested enterprises, it objected to the formal extension of Party organisations into the governance of joint ventures: "The corporate governance requirements under the Company Law and the Equity Joint Venture (JV) Law are clear, the board of directors is the highest authority of an equity JV and responsible for all key matters of the JV ... The European Chamber is not aware of any

> *The corporate governance requirements under the Company Law and the Equity Joint Venture (JV) Law are clear, the board of directors is the highest authority of an equity JV*
>
> The European Union Chamber of Commerce in China

AR-542

TikTok Footnote 56 - Awakening Governance: The evolution of corporate governance in China
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 165 of 288
CG WITH CHINESE CHARACTERISTICS

legal development that provides a basis for changing the corporate governance arrangements in JVs in this manner." And further: "A fundamental change of this nature would introduce an additional layer of governance and would have serious consequences for the independent decision-making ability of these JV companies."[9]

On 24 November 2017, the Delegations of German Industry & Commerce in China, part of the German Chambers of Commerce Worldwide Network, expressed identical concerns regarding wholly foreign-owned companies operating in China.[10] This came one week after the German Chamber of Commerce in China told a press conference that German companies were worried about the possibility of having Party members interfere in their operations. In their announcement, the Delegations stated: "Current legal and business practices create neither an obligation nor legal basis for companies to proactively promote the development of the Party within the respective companies ... We do not believe that foreign invested companies generally should be required to promote the development of any political party within company structures. This is an individual decision by corporate management and should not be guided at the behest of third parties." They also declared: "Should these attempts to influence foreign invested companies continue, it cannot be ruled out that German companies might retreat from the Chinese market or reconsider investment strategies."

## Conclusion: Next steps

As our Foreign Institutional Investor Perceptions Survey 2017 shows, most foreign institutional investors would welcome more explanation and clearer lines of accountability around Party organisations/committees. What would such transparency look like? First, a model already exists with the reports that boards of directors and supervisors must present to the annual meeting. A report from the Party organisation/committee could include details on membership, structure and specific activities during the year. Second, the report could explain how the committee has addressed the "Three Important, One Large" decisions and explain its relationship and division of labour with the board of directors. Third, enterprises could engage more actively with their minority shareholders and brief them on the Party organisation's work.

Indeed, for any H share listed in Hong Kong, it is arguable that they will now need to disclose the role of the Party organisation/committee under the listing rules of Hong Kong Exchanges and Clearing (HKEX). Hong Kong's code of corporate governance requires that listed companies comply with, or explain their reasons for not doing so, board governance principles such as: "An issuer should be headed by an effective board which should assume responsibility for its leadership and control and be collectively responsible for promoting its success by directing and supervising its affairs." This is clearly a different model to that existing today in mainland China.

AR-543

**Realty check**

On 6 January 2017, Tianjin Real Estate Development (Group), a company listed in Shanghai, called an interim general meeting to review a proposal for amending its articles of association. The company stated that the proposal was based on the requirement of the "Several Opinions on Adhering to the Leadership of the Party and Reinforcing the Building of the Party During the Deepening SOE Reform", issued by the CPC Central Committee in 2015 and related requirements by the Tianjin Municipal Committee and SASAC to incorporate the sections of the Party committee and Party building into articles of association.

The amendments and additions included:

1.  The board of directors shall listen to the opinion of the Party organisation before coming to a final decision on important issues.

2.  When the board of directors appoints executives, the Party organisation will discuss and provide its opinion on candidates nominated by the board nomination committee or general manager, or it may recommend candidates to the nomination committee and general manager. The Party organisation shall participate in the investigation of candidates and provide opinions in collective discussions.

3.  The company shall set up a Party organisation and establish its working structures. The Party organisation will play the role of leadership core and political core.

4.  Party members who assume the role of directors, supervisors and executives shall fully express the opinion of the Party organisation, reflect the intention of the Party organisation, and report to the Party organisation about relevant events.

The proposal achieved consenting votes of 62.5%, but this fell below the two-thirds majority required under company law for amending articles. Tianjin Realty put the proposal up again at its annual meeting in May 2017. It passed with an almost unanimous 99.99% vote.

It is understood that after the veto in January 2017, SASAC at all levels of government attached great importance to the result and proposed suspending amendments in listed companies where the state holds less than two-thirds of the shares.

AR-544

# Endnotes

[1] "Constitution of the Communist Party of China" (2017 version), Article 33.

[2] Company Law (2006), Article 19.

[3] 2016 Internal Statistics Communique of the Communist Party of China, 30 June 2017.
See: http://www.xinhuanet.com/politics/2017-06/30/c_1121242478.htm

[4] General Office, CPC Central Committee, "Opinions on Further Improving the Implementation of Decision-Making System of the 'Three Important, One Large' in SOEs", No. 17 [2010].

[5] Party Committee of SASAC: "Promote Party Building while Comprehensively Deepening SOE Reform", Qiushi, 31 May 2016.
See: http://www.qstheory.cn/dukan/qs/2016-05/31/c_1118938354.htm

[6] General Office of the State Council, "Guiding Opinions on Further Improving the Legal Person Governance Structure of State-owned Enterprises", No. 36 [2017], 3 May 2017; "Notice on Forwarding the Plan of SASAC on Focusing on Capital Management and Advancing the Functional Transformation", No. 38 [2017], 10 May 2017. See: http://www.gov.cn/zhengce/content/2017-05/03/content_5190599.htm and http://www.gov.cn/zhengce/content/2017-05/10/content_5192390.htm

[7] General Office of the State Council, "Notice on Forwarding the Plan of SASAC on Focusing on Capital Management and Advancing the Functional Transformation", No. 38 [2017], 10 May 2017.

[8] CPC Central Committee, "Decision of CPC Central Committee on Several Major Issues of SOE Reform and Development", 22 September 1999.

[9] The European Union Chamber of Commerce in China, "Chamber Stance on the Governance of Joint Ventures and the Role of Party organisations", 3 November 2017. See: http://www.europeanchamber.com.cn/en/press-releases/2583/chamber_stance_on_the_governance_of_joint_ventures_and_the_role_of_party_organisations

[10] Delegations of German Industry & Commerce, Press Announcement, 24 November 2017. See: http://china.ahk.de/. See also South China Morning Post, "German trade body warns firms may pull out of China over Communist Party pressure", 29 November 2017.
See: http://www.scmp.com/news/china/economy/article/2122104/german-trade-body-warns-firms-may-pull-out-china-over-communist

[11] CPC Central Committee, "Opinions of the Organisation Department of the CPC Central Committee and the Party Committee of SASAC of the State Council on the Party Committee of the Central Enterprises Giving Full Play to the Role as the Political Core under the Modern Corporate System", No. 5 [2013], April 2013.

[12] CPC Central Committee, "Opinions of the Organisation Department of the CPC Central Committee and the Party Committee of SASAC of the State Council on the Party Committee of the Central Enterprises Giving Full Play to the Role as the Political Core under the Modern Corporate System", Article 13.

[13] CPC Central Committee, "Opinions of the Organisation Department of the CPC Central Committee and the Party Committee of SASAC of the State Council on the Party Committee of the Central Enterprises Giving Full Play to the Role as the Political Core under the Modern Corporate System", Article 16.

## ARGUMENT

# ByteDance Can't Outrun Beijing's Shadow

The Chinese social media firm is the most valued start-up in the world—but it's going to hit political walls.

BY **PHILIP SPENCE**  |  **JANUARY 16, 2019, 2:15 PM**

I n the wake of the arrest of Huawei's chief financial officer, tensions between Chinese and U.S. firms have come to the forefront of global attention. However, it's not just Chinese hardware companies that have international ambitions. Consumer-focused unicorns (firms valued at $1 billion or more) are both Sinicizing the global internet and running into their own set of political obstacles.

Consumer-focused companies have generally had a hard time breaking out of China, thanks in part to the very different habits of Chinese and foreign users. A new generation of tech unicorns however, is taking up the challenge to open foreign markets. The firm currently with the greatest capacity to reshape the internet landscape is ByteDance, currently the highest-valued private start-up in the world.

The Beijing-based technology company has two bread and butter competencies: recommendation algorithms and consumer-facing entertainment product development. It has two enormous hits to its name in Toutiao/TopBuzz (basically a Facebook feed of news and entertainment but without the friend-posted content) and Douyin/TikTok (Vine but with a much richer content environment and better recommendations).

**AR-801**

It is also expanding internationally at an aggressive pace. TikTok became the most downloaded app in the United States this past fall. ByteDance CEO Zhang Yiming, likely as a hedge against regulatory actions restricting growth in China, has set a goal of a 50 percent foreign user base by 2020. A big part of its $75 billion valuation prices in the fact that unlike, say, Tencent's WeChat, it has proven to be able to deliver abroad.

But with its success globally comes the same tension points other consumer-facing tech companies have encountered. "The same exact attention and complaints people have with Facebook they're going to have with ByteDance," said Technode's John Artman on his China Tech Talk podcast. For instance, its international news apps have faced pushback in India for publishing racist fake news in the lead up to an election, and it even faced a suspension of an app in Indonesia for "pornography, inappropriate content, and blasphemy."

For now, ByteDance's issues around content have been around social norms rather than politics. But the company has also proven itself ill-prepared to respond to criticism in democratic countries. For instance, ByteDance has issued spurious YouTube copyright takedowns when called out for hosting racy children's content and sued media outlets that publish critical reporting of fake news on its overseas operations.

Aside from being bad PR, this response also speaks to a greater disconnect. The principles a local firm like ByteDance, which came up in the party-shadowed garden of the Chinese tech sector, applies to government cooperation and content policy questions abroad is likely fundamentally different from how the policy teams at Silicon Valley firms, filled to the brim with ex-U.S. administration officials, will do so.

ByteDance has already been repeatedly forced to bend the knee to party authority at home. Most punishingly, in April 2018 the government compelled ByteDance to shut down its popular "Neihan Duanzi" ("inside jokes") app for good due to its "vulgar" content. In response, Zhang issued a letter of self-criticism where he said,

**AR-802**

"Our product took the wrong path, and content appeared that was incommensurate with socialist core values." He also promised that the firm would in the future "Further deepen cooperation with authoritative [official party] media, elevating distribution of authoritative media content, ensuring that authoritative [official party] media voices are broadcast to strength."

These nods to the party are readily apparent to users in China. After the government crackdown on ByteDance products, advertorial-style Douyin videos about the police and army started to appear more frequently—driven, presumably, by internal tweaks to the recommendation algorithm. Yet while such actions may reinforce ByteDance's standing domestically, as its market abroad grows the firm's connection to and reliance on the Chinese Communist Party will come into focus. In a global environment where concern over both Chinese influence and the role of tech firms in the public sphere is growing, this could be a big shackle for an ambitious company.

Even for American firms, this challenge isn't easy. Facebook, even with a high-powered U.S. policy team and a chief operating officer who worked under Larry Summers in the Treasury Department, has struggled to navigate these waters. After the heat they've been facing, the likes of Google, Twitter, and Facebook are at least pouring real resources into addressing fake news. As evidenced by its aggressive hiring efforts for content managers with local language skills, its cash prizes for debunking fake news, its work to delist accounts, and its partnerships with local fact-checkers, ByteDance appears to be aware of the problem and is starting to do the same.

But ByteDance has another problem that Western firms don't share. The potential for Chinese government interference in ByteDance is considerable—and like other tech firms in China, there's little the company can do about it. At some point, the Chinese government will realize the potential impact content platforms like ByteDance could have on foreign public opinion. In such an eventuality, Russians spending a few million dollars on social media ads in the 2016 election will seem

**AR-803**

ByteDance Can't Outrun Beijing's Shadow – Foreign Policy                    Page 4 of 5

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 171 of 288
TikTok Footnote 76,85 - ByteDance Can't Outrun Beijing's Shadow

like child's play compared to the Chinese government compelling ByteDance to tweak its algorithms to boost certain candidates' chances.

Further, this sort of subtle tweaking of algorithms feeding content is much more likely to go undetected than the Russian 2016 influence operations. No one is likely to notice a few extra anodyne "don't forget to register to vote!" PSAs aimed at favored candidates' supporters. While the Chinese government's levels of sophistication when it comes to influencing U.S. politics are, to say the least, underdeveloped, having foreigners rely on apps for news and entertainment is a powerful potential vector of influence.

Chinese tech firms are not enthusiastic partners in these sorts of foreign-policy endeavors. Just as how Western firms after the Edward Snowden leaks have pushed back on government requests for information, as they know that consumers' trust in their products is central to their business, so do Chinese companies know the potential impact of suspicions of government cooperation. Look at the Huawei founder's claims that he would resist government requests for information.

It's true that Chinese tech CEOs would generally prefer to have nothing to do with the government. Take DiDi's initial response to police requests for data—in one instance, after twice outright refusing the request on privacy grounds, it finally simply printed out a few boxes of documents that for the police's purposes were nearly useless. ByteDance's CEO is surely not happy to have to issue apology letters and face mandated shutdowns of popular products.

But at the end of the day, there is very little that these firms can do in a party-state environment. China's national intelligence law, according to one interpretation, gives total authority to the government to compel firms—and with no independent judiciary, even extralegal pressure is very hard to resist. CCP regulators who can take massive bites out of market capitalization seemingly at will alone make keeping officials at home happy ByteDance's first priority, regardless of reputational risks abroad.

**AR-804**

ByteDance Can't Outrun Beijing's Shadow – Foreign Policy · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Page 5 of 5

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 172 of 288

TikTok Footnote 76,85 - ByteDance Can't Outrun Beijing's Shadow

**Philip Spence** is a pseudonym for a Beijing-based freelance journalist.

TAGS: ARGUMENT, CHINA, TECHNOLOGY

VIEW COMMENTS

**AR-805**

Tiktok Footnote 77,86 - TikTok Looking at Ways to Shake Off Its Ties to China - WSJ

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/tiktok-looking-at-ways-to-shake-off-its-ties-to-china-11574073001

◆ WSJ NEWS EXCLUSIVE | TECH

# TikTok Looking at Ways to Shake Off Its Ties to China

After a spectacular rise earlier this year, the social-media company finds unease about its Chinese roots may hinder further growth



Some investors in TikTok's parent company, Beijing-based ByteDance, have acknowledged that distancing the social-media company from its Chinese roots may be difficult.

PHOTO: SHIHO FUKADA/BLOOMBERG NEWS

**AR-806**

*By [Georgia Wells](#) in San Francisco, [Yoko Kubota](#) in Beijing and [Kate O'Keeffe](#) in Washington*

Updated Nov. 18, 2019 6:33 pm ET

TikTok this year made history as China's first social-media company to make it big in the U.S. Now, TikTok wants to shed its label as a Chinese brand.

As TikTok faces mounting scrutiny from U.S. lawmakers and regulators, some employees and advisers in recent weeks have approached senior executives to suggest ways the company could rebrand, according to people familiar with the discussions.

Ideas discussed include expanding operations in Southeast Asia, possibly Singapore—which would allow executives to distance the video-sharing app from China—and rebranding it in the U.S., the people said.

Meanwhile, TikTok has reduced the amount of content from China that appears on the app, hoping to minimize reminders of its Chinese roots to American users, according to people familiar with the company's practices.

Some investors in TikTok's parent company, Beijing-based ByteDance Ltd., acknowledge that an attempt to set the app apart from China could be difficult to execute and that some of the ideas are long shots at best. But the discussions reflect how TikTok's meteoric rise is under threat and how some close to the company increasingly view the company's Chinese ownership as a liability.



🎧 THE JOURNAL.

**Why TikTok's Under Investigation**

▶  00:00 / 23:25  🔊

**SUBSCRIBE**

One reason behind the concern: ByteDance's investors, including Sequoia Capital and SoftBank Group Corp. , view growth in the U.S. as key to achieving their goal of an initial public offering late next year, people familiar with the matter said.

ByteDance was most recently valued at $75 billion, making it one of the most valuable startups in the world.

**AR-807**

TikTok Looking at Ways to Shake Off Its Ties to China - WSJ                    Page 3 of 7
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 175 of 288
Tiktok Footnote 77,86 - TikTok Looking at Ways to Shake Off Its Ties to China - WSJ

A ByteDance spokesman said an IPO isn't the company's focus, and moving TikTok's headquarters to Singapore isn't under consideration. He said there is no discussion to change TikTok's brand name. He also said the company doesn't determine how much Chinese content is on the app because users, not TikTok, upload videos.

"It is well-known that ByteDance was founded in China," he said. "But the reality is that the TikTok app does not operate in China, and we have been further building out and empowering teams in the markets where it does operate."

ByteDance operates a version of TikTok in China under a different name, Douyin, and the head of TikTok is based there, although the company's website doesn't list any offices in China.

For TikTok, the challenge is that many lawmakers and regulators—and some parents—are wary of the potential for the Chinese government to demand information about the app's users any time. Increasing the tension between the two countries is the trade war.

"We are stuck in between," one ByteDance employee said. "We are a Chinese company, and we do business overseas."

ByteDance isn't the only company in this position. Since a 2018 law expanded the power of U.S. regulators to limit foreign access to technology deals, other Chinese companies have tried to find ways to manage or work around these new restrictions.

**AR-808**



TikTok allows users to share and view short videos that are typically less than 15 seconds long.

PHOTO: SHIHO FUKADA/BLOOMBERG NEWS

When ByteDance in 2017 bought Musical.ly, the small social-network in the U.S. that morphed into TikTok, most Americans hadn't heard of it. ByteDance poured money into promoting TikTok on popular apps in the U.S., and as of earlier this year, more than 100 million Americans had downloaded the app.

That popularity sparked a backlash. After several senators expressed concerns that TikTok was censoring content to appease Beijing and collecting data about American users, the U.S. launched a national security review.

"TikTok claims they don't store American user data in China. That's nice. But all it takes is one knock on the door of their parent company, based in China, from a Communist Party official for that data to be transferred to the Chinese government's hands, whenever they need it," Sen. Josh Hawley (R., Mo.) said during a hearing on data security in early November.

**AR-809**

TikTok Looking at Ways to Shake Off Its Ties to China - WSJ    Page 5 of 7
Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 177 of 288
Tiktok Footnote 77,86 - TikTok Looking at Ways to Shake Off Its Ties to China - WSJ

TikTok has said it stores data on American users in the U.S. and Singapore, although its website says the app may share user information with ByteDance.

"The Chinese government has never asked us to provide access to any TikTok U.S. user data, and we would not do so if asked," a ByteDance spokesman said.

TikTok's perception as a home for goofy and harmless content also took a blow when The Wall Street Journal reported last month that Islamic State was posting propaganda videos on the app.

In China, Uighur Muslims have used Douyin to post videos that call attention to Beijing's mass-internment campaign. Chinese laws require Douyin to delete any content that expresses political dissent; however, the videos appeared to slip past the company's censors. Many have since been deleted.

SHARE YOUR THOUGHTS

*Does TikTok's association with the Chinese government make you cautious about using the app? Why or why not? Join the conversation below.*

The U.S. represents a small portion of the company's business: About 4% of users of TikTok and its Chinese version, Douyin, are in the U.S., according to a former employee. The U.S. business is operating at a massive loss, the former employee said.

Yet ByteDance's investors are eager to pitch it as the parent of the first social-media company to get big in China and the West, according to a former executive. "Without the U.S., it's not global," this person said.

Investors also fear that if the U.S. forced ByteDance to divest itself of TikTok or cease U.S. operations, other countries that have expressed concerns about TikTok, such as Japan and India, also could decide to take action, according to people familiar with the matter. They say TikTok could weather losing access to the U.S. market, but the loss of multiple countries would be devastating.

TikTok has continued to spend heavily to grow in the U.S., both to the delight and consternation of its U.S. rivals. It has spent hundreds of millions of dollars on ads on Snapchat and Instagram, bringing both companies significant revenue but also raising concerns around Silicon Valley about heightened competition.

**AR-810**

TikTok Looking at Ways to Shake Off Its Ties to China - WSJ                    Page 6 of 7
Case 1:20-cv-02658-CJN    Document 48-2    Filed 11/01/20    Page 178 of 288
Tiktok Footnote 77,86 - TikTok Looking at Ways to Shake Off Its Ties to China - WSJ

"They operate out of China under a completely different set of rules," longtime Facebook Inc. executive and head of Instagram Adam Mosseri told sports podcaster Bill Simmons in October. Mr. Mosseri also criticized the company for cloning Musical.ly, then buying it and renaming it TikTok.

The ByteDance spokesman pointed out that Mr. Mosseri's Instagram was itself bought by Facebook. "There is some real lack of self-awareness here," he said.

Instagram last week unveiled a TikTok-like product called Reels, which follows Facebook's attempt to launch a TikTok clone late last year with an app called Lasso. That app has yet to gain traction. TikTok allows users to share and view short videos that are typically less than 15 seconds long.

Meanwhile, rivals of the Chinese version of TikTok are preparing to pounce. Tencent Holdings Ltd. recently told employees its new priority is to aggressively take on Douyin, according to a person familiar with the discussions. Tencent also has allocated an unlimited budget to its own short-video app Weishi, the person said.

On a recent call with analysts, Tencent President Martin Lau said the company plans to back Weishi with "a lot of marketing and content dollars," and described it as the tech giant's flagship short-video app.

One complicating factor for ByteDance is that it doesn't want to upset the Chinese government, according to people familiar with the company's thinking. Like other Chinese technology companies, ByteDance relies on the government to issue licenses to run its business. When government ministries ask, it runs ads on its apps in China at no cost to promote government events, one of these people said.

ByteDance also hands over certain user data, such as telephone numbers and national ID numbers, to Chinese police, but only when presented with a document—a request of evidence—showing the user is suspected of having violated local law, the person said.

A spokesman for ByteDance said the company follows local laws and regulations in the markets in which it operates. Regarding the ads, he said some of ByteDance's Chinese apps do provide free public service announcements in certain cases, but that it is consistent with other civic engagement across other apps including TikTok.

**AR-811**

ByteDance appears to be asserting some independence. When protests broke out in Hong Kong in June, ByteDance initially had a policy of restricting content about the protests across all of its apps, including TikTok, a person familiar with the matter said. That changed over the summer, when the company's policy team decided to more closely tailor TikTok's practices to individual countries' laws and regulations, the person said. The move left some people in ByteDance concerned that it would irk the Chinese government, according to the person.

A former employee in TikTok's Los Angeles office said it would be hard for the company to shake off its roots. "We're a Chinese company," this person said. "We answer to China."

*—Yang Jie and Shan Li contributed to this article.*

---

RELATED

TikTok Wades Into Online Shopping

TikTok—Target of U.S. Suspicion—Is a Smash Hit in India

Schumer Urges Army to Avoid Recruiting on TikTok, Citing China Fears

U.S. Launches National Security Review of TikTok

---

**Write to** Georgia Wells at Georgia.Wells@wsj.com, Yoko Kubota at yoko.kubota@wsj.com and Kate O'Keeffe at kathryn.okeeffe@wsj.com

*Appeared in the November 19, 2019, print edition as '.'*

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

**AR-812**

 

● **LIVE TV**

# Why China's tech giants are cozying up to the Communist Party



Analysis by <u>Sherisse Pham</u>, <u>CNN Business</u>

Updated 0417 GMT (1217 HKT) November 5, 2018

**Hong Kong (CNN Business) —** China's biggest ride-hailing company has a new plan to beef up customer service: hire 1,000 members of the ruling Communist Party.

The move by Didi Chuxing, a $56 billion startup, shows how leading Chinese tech firms, once hesitant to advertise political connections, are now increasingly promoting their ties to the party — especially after running into trouble with authorities.

"Tech entrepreneurs are seeking to burnish their party credentials, gain brownie points," said Duncan Clark, the chairman of Beijing-based investment advisory firm BDA.

The Communist Party once controlled virtually all aspects of China's economy, but reforms launched 40 years ago helped create a vast, dynamic private sector. The party retains its grip on political power and state-owned firms, but its relationship with the tech companies that have flourished with the spread of the internet is more complex.

The Chinese government has helped homegrown internet companies grow by shutting out US platforms like Facebook (FB) and Google (GOOGL). But it has also cracked down on the Chinese firms if they threaten its political aims.

## 'Role models and pioneers'

Didi announced the drive to recruit Communist Party members two weeks ago after coming under intensified scrutiny from authorities following the rape and murder of a female passenger in August, the second such killing this year.

"Being role models and pioneers, the party members will help strengthen the construction of the customer service safety system," Didi said in a post on social media platform WeChat. The company, which says it has more than 10,000 employees, noted 3,750 of them were already party members.

Hiring more Party members is a way for the startup to boost its standing with Chinese leaders.

"Didi stood accused of being reckless, careless," Clark said. "This was damaging society, and anything that damages social stability gets you in major trouble with the party, which is charged with guaranteeing it."

The company declined to comment on the matter beyond its earlier statement.

**AR-813**



 

Ride-hailing firm Didi is scrambling to get back into Beijing's good graces following the killings of two female passengers this year.

Other tech firms, including another of the country's biggest startups, have taken similar steps.

After getting rapped over the knuckles for promoting what authorities called "vulgar content" on its popular video and news apps in April, ByteDance announced it would hire 2,000 more people to review content. The job ads noted that party members and candidates with "strong political sensitivity" would be preferred.

Kuaishou, a video app backed by top tech company Tencent (TCEHY), did the same thing earlier this year after getting caught in the government's crosshairs for promoting "vulgar content." It hired thousands of content reviewers, giving preference to party members.

## 'Falling foul of the party is costly'

The Communist Party of China has nearly 90 million members. The vast majority have regular day jobs, so hiring members doesn't mean government officials are infiltrating the companies.

Joining the party requires people to secure recommendations from other members and to write several reports demonstrating their thoughts and ideological leanings over at least a year.

Many students and young professionals who join are motivated less by ideological fervor than a desire to improve their career prospects in government or at state-owned enterprises.

**AR-814**



● **LIVE TV**    

The Communist Party's hammer and sickle logo at a museum in Beijing. Once hesitant to advertise political connections, China's tech giants are now increasingly promoting their ties to the party.

"Those seeking jobs in the tech sector or private sector generally weren't bothered. Outwardly being a party member might be as weird as, say, being a Christian in Silicon Valley," said Clark, referencing an episode on HBO's "Silicon Valley" show where a character is viewed with suspicion for being a regular churchgoer.

But now the party "is more directly controlling the fate of Chinese tech ventures," Clark said. "Falling foul of the party is costly."

Hiring people with political affiliations to curry favor with governments happens at US tech firms, too. Wall Street and Silicon Valley alike frequently hire former lawmakers or government officials, seeking to leverage their connections for smoother government relations.

The difference in China, observers say, is that the party has virtually unchecked power. It can deliver heavy blows to big tech companies with little warning.

Tencent, the world's biggest gaming company, took a hit to its profits and lost billions in market value after Chinese regulators stopped approving licenses to make money from new online games. Tencent attributed the problem to a bureaucratic reshuffle in Beijing, and government statements expressed concern that video games are causing addiction and bad eyesight among young people.

**Related Article:** How China's video game crackdown caused a $200 billion stock wipeout for Tencent

Some analysts interpreted the moves as a message to Tencent, which is also a big player in social media, that it was getting too big and needed to fall in line.

**AR-815**

 **the party 'play a leading role'**    ● LIVE TV  

Beijing has other mechanisms for influencing tech firms, including requiring all companies in China, both foreign and domestic, to have party committees.

When the committee at bike-sharing startup Ofo met in August, it voted to change the company's corporate charter to highlight the party's leadership role in management, according to state-run media.

Figuring out "how to integrate the party into corporate management and let it actually play a leading role — these are major issues for non-public companies in their party building," Ofo CEO Dai Wei told Xinhua. The startup's big investors include e-commerce company Alibaba (BABA).

> **Related Article:** China's ByteDance is taking the social media world by storm

The committees also often hold monthly sessions for employees' party education.

ByteDance's April session studied policies laid out at a recent cyberspace conference and the "spirit" of President Xi Jinping's speech at that event, according to state-run news site China Economic Daily.

ByteDance declined to comment on the matter.

## Cynicism remains

For tech firms, expanding the role of party committees and being more open about their adherence to the Communist Party is the cost of doing business in China, especially as President Xi tightens his grip over the government and the party.

But there remains "a lot of cynicism" within the companies, according to Paul Triolo, head of global tech policy at Eurasia Group.

"A lot of this is, 'OK, we're going to have a Xi Jinping Thought room here because that's what's in vogue,'" Triolo said, referencing the Chinese president's political philosophy, which was added to China's constitution this year.

> **Related Article:** At the height of his power, China's Xi Jinping moves to embrace Marxism

And while the public displays of party affection may feel over the top, China's tech companies "want to be out in front of this, rather than declare their alliance after something happens," he said.

Brandishing Communist credentials could pose a problem for tech firms' global ambitions, however.

The Committee on Foreign Investment in the United States, or CFIUS, vets certain deals that could give a foreign investor control of a US business for national security risks.

**AR-816**

reforms to CFIUS will likely mean increased scrutiny by the committee of China-backed deals. It already blocked Ant Financial's acquisition of MoneyGram last year.

● LIVE TV

"To the extent these companies are viewed as arms of the Chinese government, that does not play well internationally," Triolo said.

*Serenitie Wang contributed to this report.*

Search CNN...                                                                    🔍

World

US Politics

Business

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Features

More

Weather



AR-817



● LIVE TV 

**Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: Copyright 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC 2018 and/or its affiliates.**

Terms of Use　　Privacy Policy　　Do Not Sell My Personal Information　　AdChoices　　About Us

Modern Slavery Act Statement　　Advertise with us　　CNN Store　　Newsletters　　Transcripts　　License Footage

CNN Newsource　　Sitemap

© 2020 Cable News Network.　A Warner Media Company.　All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

**AR-818**



● **LIVE TV**

# Why China's tech giants are cozying up to the Communist Party



Analysis by <u>Sherisse Pham</u>, <u>CNN Business</u>

Updated 0417 GMT (1217 HKT) November 5, 2018

**Hong Kong (CNN Business) —** China's biggest ride-hailing company has a new plan to beef up customer service: hire 1,000 members of the ruling Communist Party.

The move by Didi Chuxing, a $56 billion startup, shows how leading Chinese tech firms, once hesitant to advertise political connections, are now increasingly promoting their ties to the party — especially after running into trouble with authorities.

"Tech entrepreneurs are seeking to burnish their party credentials, gain brownie points," said Duncan Clark, the chairman of Beijing-based investment advisory firm BDA.

The Communist Party once controlled virtually all aspects of China's economy, but reforms launched 40 years ago helped create a vast, dynamic private sector. The party retains its grip on political power and state-owned firms, but its relationship with the tech companies that have flourished with the spread of the internet is more complex.

The Chinese government has helped homegrown internet companies grow by shutting out US platforms like Facebook (FB) and Google (GOOGL). But it has also cracked down on the Chinese firms if they threaten its political aims.

## 'Role models and pioneers'

Didi announced the drive to recruit Communist Party members two weeks ago after coming under intensified scrutiny from authorities following the rape and murder of a female passenger in August, the second such killing this year.

"Being role models and pioneers, the party members will help strengthen the construction of the customer service safety system," Didi said in a post on social media platform WeChat. The company, which says it has more than 10,000 employees, noted 3,750 of them were already party members.

Hiring more Party members is a way for the startup to boost its standing with Chinese leaders.

"Didi stood accused of being reckless, careless," Clark said. "This was damaging society, and anything that damages social stability gets you in major trouble with the party, which is charged with guaranteeing it."

The company declined to comment on the matter beyond its earlier statement.

**AR-819**

China's tech firms are touting ties to the Communist Party - CNN                Page 2 of 6

Case 1:20-cv-02658-CJN    Document 48-2    Filed 11/01/20    Page 187 of 288
TikTok Footnote 78 - China's tech firms are touting ties to the Communist Party - CNN



● **LIVE TV** 

Ride-hailing firm Didi is scrambling to get back into Beijing's good graces following the killings of two female passengers this year.

Other tech firms, including another of the country's biggest startups, have taken similar steps.

After getting rapped over the knuckles for promoting what authorities called "vulgar content" on its popular video and news apps in April, ByteDance announced it would hire 2,000 more people to review content. The job ads noted that party members and candidates with "strong political sensitivity" would be preferred.

Kuaishou, a video app backed by top tech company Tencent (TCEHY), did the same thing earlier this year after getting caught in the government's crosshairs for promoting "vulgar content." It hired thousands of content reviewers, giving preference to party members.

## 'Falling foul of the party is costly'

The Communist Party of China has nearly 90 million members. The vast majority have regular day jobs, so hiring members doesn't mean government officials are infiltrating the companies.

Joining the party requires people to secure recommendations from other members and to write several reports demonstrating their thoughts and ideological leanings over at least a year.

Many students and young professionals who join are motivated less by ideological fervor than a desire to improve their career prospects in government or at state-owned enterprises.

**AR-820**



● LIVE TV   

The Communist Party's hammer and sickle logo at a museum in Beijing. Once hesitant to advertise political connections, China's tech giants are now increasingly promoting their ties to the party.

"Those seeking jobs in the tech sector or private sector generally weren't bothered. Outwardly being a party member might be as weird as, say, being a Christian in Silicon Valley," said Clark, referencing an episode on HBO's "Silicon Valley" show where a character is viewed with suspicion for being a regular churchgoer.

But now the party "is more directly controlling the fate of Chinese tech ventures," Clark said. "Falling foul of the party is costly."

Hiring people with political affiliations to curry favor with governments happens at US tech firms, too. Wall Street and Silicon Valley alike frequently hire former lawmakers or government officials, seeking to leverage their connections for smoother government relations.

The difference in China, observers say, is that the party has virtually unchecked power. It can deliver heavy blows to big tech companies with little warning.

Tencent, the world's biggest gaming company, took a hit to its profits and lost billions in market value after Chinese regulators stopped approving licenses to make money from new online games. Tencent attributed the problem to a bureaucratic reshuffle in Beijing, and government statements expressed concern that video games are causing addiction and bad eyesight among young people.

**Related Article:** How China's video game crackdown caused a $200 billion stock wipeout for Tencent

Some analysts interpreted the moves as a message to Tencent, which is also a big player in social media, that it was getting too big and needed to fall in line.

**AR-821**

  

**'play a leading role'**

● LIVE TV

Beijing has other mechanisms for influencing tech firms, including requiring all companies in China, both foreign and domestic, to have party committees.

When the committee at bike-sharing startup Ofo met in August, it voted to change the company's corporate charter to highlight the party's leadership role in management, according to state-run media.

Figuring out "how to integrate the party into corporate management and let it actually play a leading role — these are major issues for non-public companies in their party building," Ofo CEO Dai Wei told Xinhua. The startup's big investors include e-commerce company Alibaba (BABA).

**Related Article:** China's ByteDance is taking the social media world by storm

The committees also often hold monthly sessions for employees' party education.

ByteDance's April session studied policies laid out at a recent cyberspace conference and the "spirit" of President Xi Jinping's speech at that event, according to state-run news site China Economic Daily.

ByteDance declined to comment on the matter.

## Cynicism remains

For tech firms, expanding the role of party committees and being more open about their adherence to the Communist Party is the cost of doing business in China, especially as President Xi tightens his grip over the government and the party.

But there remains "a lot of cynicism" within the companies, according to Paul Triolo, head of global tech policy at Eurasia Group.

"A lot of this is, 'OK, we're going to have a Xi Jinping Thought room here because that's what's in vogue,'" Triolo said, referencing the Chinese president's political philosophy, which was added to China's constitution this year.

**Related Article:** At the height of his power, China's Xi Jinping moves to embrace Marxism

And while the public displays of party affection may feel over the top, China's tech companies "want to be out in front of this, rather than declare their alliance after something happens," he said.

Brandishing Communist credentials could pose a problem for tech firms' global ambitions, however.

The Committee on Foreign Investment in the United States, or CFIUS, vets certain deals that could give a foreign investor control of a US business for national security risks.

**AR-822**

TikTok Footnote 78 - China's tech firms are touting ties to the Communist Party - CNN

Reforms to CFIUS will likely mean increased scrutiny by the committee of China-backed deals. It already k... ...ed Ant Financial's acquisition of MoneyGram last year.

"To the extent these companies are viewed as arms of the Chinese government, that does not play well internationally," Triolo said.

*Serenitie Wang contributed to this report.*

Search CNN...

World

US Politics

Business

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Features

More

Weather



**AR-823**



● **LIVE TV** 

**Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: Copyright 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC 2018 and/or its affiliates.**

Terms of Use    Privacy Policy    Do Not Sell My Personal Information    AdChoices    About Us

Modern Slavery Act Statement    Advertise with us    CNN Store    Newsletters    Transcripts    License Footage

CNN Newsource    Sitemap

© 2020 Cable News Network.   A Warner Media Company.   All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

**AR-824**

🐦   🅦    SEARCH    ⌕



THEMES ⌄     ABOUT THE PROJECT     CONTACT US

**Media Beat**

## TECH SHAME IN THE "NEW ERA"

by **David Bandurski** | Apr 11, 2018



When does a corporate apology become a political self-confession, or *jiantao* (检讨), an act of submission not to social mores and concerns, but to those in power? The line can certainly blur in China. But the public apology today from Zhang Yiming (张一鸣), the founder and CEO of one of China's leading tech-based news and information platforms, crosses deep into the territory of political abjection.

Zhang's apology, posted to WeChat at around 4 AM Beijing time, addressed recent criticism aired through the state-run China Central Television and other official media of Jinri Toutiao, or "Toutiao" — a platform for content creation and aggregation that makes use of algorithms to customize user experience. Critical official coverage of alleged content violations on the platform was followed by a notice on April 4 from the State Administration of Press, Publication, Radio, Film, and Television (SAPPRFT), in which the agency said Toutiao and another service providing live-streaming, Kuaishou, would be subject to "rectification measures."

Read through Zhang's apology and it is quickly apparent that this is a mea culpa made under extreme political pressure, in which Zhang, an engineer by background, ticks the necessary ideological boxes to signal his intention to fall into line.

**AR-849**

TikTok Footnote 84,87 - Tech Shame in the "New Era"

At one point, Zhang confesses that the "deep-level causes" of the problems at Toutiao included "a weak [understanding and implementation of] the "four consciousnesses". This is a unique Xi Jinping buzzword, introduced in January 2016, that refers to 1) "political consciousness" (政治意识), namely primary consideration of political priorities when addressing issues, 2) consciousness of the overall situation (大局意识), or of the overarching priorities of the Party and government, 3) "core consciousness" (核心意识), meaning to follow and protect Xi Jinping as the leadership "core," and 4) "integrity consciousness" (看齐意识), referring to the need to fall in line with the Party. Next, Zhang mentions the service's failure to respect "socialist core values," and its "deviation from public opinion guidance" — this latter term being a Party buzzword (dating back to the 1989 crackdown on the Tiananmen Square protests) synonymous with information and press controls as a means of maintaining Party dominance.

Zhang also explicitly references Xi Jinping's notion of the "New Era," and writes: "All along, we have placed excessive emphasis on the role of technology, and we have not acknowledged that technology must be led by the socialist core value system, broadcasting positive energy, suiting the demands of the era, and respecting common convention."

In the list of the company's remedies, there is even a mention of the need to promote more content from "authoritative media," a codeword for Party-controlled media, which suggests once again that the leadership has been unhappy with the idea of algorithms that wall users off from official messaging if they show no interest in such content.

We include a translation of Zhang's apology letter below, excepting (only for the sake of time) the final section on management of online communities. We have left the Chinese alongside the English, believing this letter offers an essential view of the deep tension in China right now between technological innovation and economic reform on the one hand, and the urgency of political controls on the other. Here we have a technologist celebrating innovation and apologizing at the same time for its political crimes — in a way quite redolent, in the sense that this is a jiantao made before the leadership, of the pre-reform era.

> Apology and reflection
>
> 今日头条的朋友们：
>
> Dear friends of Jinri Toutiao:
>
> 我真诚地向监管部门致歉，向用户及同事们道歉。 从昨天下午接到监管部门的通知到现在，我一直处在自责和内疚之中，一夜未眠。
>
> I earnestly apologise to regulatory authorities, and to our users and colleagues. Since receiving the notice yesterday from regulatory authorities, I have been filled with remorse and guilt, entirely unable to sleep.
>
> 今日头条将永久关停"内涵段子"客户端软件及公众号。产品走错了路，出现了与社会主义核心价值观不符的内容，没有贯彻好舆论导向，接受处罚，所有责任在我。
>
> Jinri Toutiao will shut down once and for all its "Neihan Duanzi" app and its public accounts. Our product took the wrong path, and content appeared that

**AR-850**

TikTok Footnote 84,87 - Tech Shame in the "New Era"

was incommensurate with socialist core values, that did not properly implement public opinion guidance — and I am personally responsible for the punishments we have received [as a result].

自责是因为辜负了主管部门一直以来的指导和期待。过去几年间，主管部门给了我们很多的指导和帮助，但我内心没有真正理解和认识到位，也没有整改到位，造成今天对用户不负责任的结果。

I am responsible because I failed to live up to the guidance and expectations supervisory organs have demanded all along. Over the past few years, the regulatory authorities have provided us with much guidance and assistance, but in our hearts we failed to properly understand and recognise [their demands]. Nor did we properly rectify the situation, which led to the present failure to be responsible to our users.

自责也是因为辜负了用户的支持和信任。我们片面注重增长和规模，却没有及时强化质量和责任，忽视了引导用户获取正能量信息的责任。对承担企业社会责任，弘扬正能量，把握正确的舆论导向认识不够，思想上缺乏重视。

I am responsible also because I failed to live up to the trust and support placed in me by our users. We prioritised only the expansion of [platform] scale, and we were not timely in strengthening quality and responsibility, overlooking our responsibility to channel users in the uptake of information with positive energy. We were insufficiently attentive, and in our thinking placed insufficient emphasis on our corporate social responsibility, to promote positive energy and to grasp correct guidance of public opinion.

同时，我也辜负了投入无限热情和心血打造了这款产品的同事。产品出现这么大的问题，停止服务，我有领导责任。

At the same time, I failed my colleagues who invested such boundless enthusiasm and hard work to create this product. For such major problems to emerge with the product, and for service to halt, I bear leadership responsibility.

3月29日央视报道我们的广告问题后，我不断反思自己以前的想法，反思公司现在的做法，开始大力推进公司员工提高意识、改进管理、完善流程。

On March 29, after China Central Television reported problems with our advertisements, I engaged in steady reflection over my previous ways of thinking, reflected upon the company's current methods, and began an energetic campaign among our staff to raise their consciousness, improve management and streamline processes.

我是工程师出身，创业的初心是希望做一款产品，方便全世界用户互动和交流。过去几年间，我们把更多的精力和资源，放在了企业的增长上，却没有采取足够措施，来补上我们在平台监管、企业社会责任上欠下的功课，比如对低俗、暴力、有害内容、虚假广告的有效治理。

**AR-851**

TikTok Footnote 84,87 - Tech Shame in the "New Era"

My background is engineering, and my originating idea in starting this business was to create a product that would facilitate interaction and exchange among users worldwide. Over the past few years we have invested more energy and resources in the growth of the company, but we did not take the proper measures to improve supervision of the platform, and we did not adequately do our homework in terms of effectively controlling such things as low-row, violent and harmful content, and fake advertising.

我们作为一家十八大后快速发展起来的创业公司，深知公司的快速发展，是伟大时代给的机会。我感恩这个时代，感恩改革开放历史机遇，感恩国家对于科技产业发展的扶持。

As a start-up company developing rapidly in the wake of the 18th National Congress of the Chinese Communist Party, we profoundly understand that our rapid development was an opportunity afforded us by this great era. I thank this era. I thank the historic opportunity of economic reform and opening; and I thank the support the government has given for the development of the technology industry.

我深刻反思，公司目前存在问题的深层次原因是："四个意识"淡薄、社会主义核心价值观教育缺失、舆论导向存在偏差。一直以来，我们过分强调技术的作用，却没有意识到，技术必须要用社会主义核心价值观来引导，传播正能量，符合时代要求，尊重公序良俗。

I profoundly reflect on the fact that a deep-level cause of the recent problems in my company is: a weak [understanding and implementation of] the "four consciousnesses" [of Xi Jinping]; deficiencies in education on the socialist core values; and deviation from public opinion guidance. All along, we have placed excessive emphasis on the role of technology, and we have not acknowledged that technology must be led by the socialist core value system, broadcasting positive energy, suiting the demands of the era, and respecting common convention.

我们必须重新梳理我们的愿景。我们说，要做全球的创作与交流平台。这就要求我们必须保证所"创作"与"交流"的内容是积极向上的、健康有益的，能够给时代、给人民带来正能量。

We must make a renewed effort to sort out our vision of the future. We say, we want to make global platform for creation and conversation. This demands that we must ensure that the content of "creation" and "conversation" are positive, healthy and beneficial, that they can offer positive energy to the era, and to the people.

我们必须重新阐释并切实践行我们的社会责任：正直向善，科技创新，创造价值，担当责任，合作共赢。我深刻地认识到，企业的发展必须紧扣时代和国家发展主旋律。

We must renew our understanding and enactment of our social responsibility; upright and good, innovative technology, value creation, taking responsibility,

**AR-852**

cooperation and mutual benefit. I profoundly recognise that the company's development must stick closely to the era and to the main theme of national development.

今天，监管部门、公众和媒体指出了公司存在的问题，是对我们的善意提醒和有力鞭策。我跟我的同事们将立即着手改变，改变自己的思想，改变我们的做法。

Today, supervisory organs, the public and the media have pointed out problems in our company, and this is well-intentioned reminder and an encouragement to us. I and my colleagues will work immediately to bring about change — changing our own thoughts, and changing our methods.

一、将正确的价值观融入技术和产品

Introducing correct values into technology and products

1、加强党建工作，对全体员工进行"四个意识"、社会主义核心价值观、舆论导向、法律法规等教育，真正履行好企业的社会责任。

1.1 Strengthening the work of Party construction, carrying out education among our entire staff on the "four consciousnesses," socialist core values, [correct] guidance of public opinion, and laws and regulations, truly acting on the company's social responsibility.

2、强化各业务线履行社会责任的制度化机制化，将其列入业务考核范围。

1.2 Strengthening implementation of systems and mechanisms for social responsibility in various business activities, bringing them into the scope of business assessment.

3、进一步深化与权威媒体合作，提高权威媒体内容的分发，保证权威声音有力传播。

1.3 Further deepening cooperation with authoritative [official Party] media, elevating distribution of authoritative media content, ensuring that authoritative [official Party] media voices are broadcast to strength.

4、强化总编辑责任制，全面纠正算法和机器审核的缺陷，不断强化人工运营和审核，将现有6000人的运营审核队伍，扩大到10000人。

1.4 Strengthening the editor-in-chief responsibility system, comprehensively correcting deficiencies in algorithmic and machine review [of content], steadily strengthening human operations and review, raising the current number of operational review staff from 6,000 to 10,000 persons [carrying out content review].

[Translation omitted here for section on management of online communities]

Finally, I again express my apologies to supervisory organs, and to the friends who care about us.

**AR-853**

我们理应做得更好。我们一定会做得更好。

We ought to do better. We will definitely do better.

我们真诚地期待社会各界帮助和监督我们的整改。我们绝不辜负大家的期望。

We earnestly await help from various parts of society in supervising our rectification. We will not disappoint everyones' hopes.

今日头条创始人、CEO张一鸣

Jinri Toutiao founder and CEO Zhang Yiming.

2018年4月11日

April 11, 2018

**SHARE THIS:**

🐦  📘

f  🐦  G+  t  📌  in  ⬡  ⬢  ✉  🖨

**ABOUT THE AUTHOR**



**David Bandurski**

David is co-director of the China Media Project, and editor of the project's website. He is the author of Dragons in Diamond Village (Penguin), a book of reportage about urbanisation and social activism in China, and co-editor of Investigative Journalism in China (HKU Press). His writings have appeared in the New York Times, the Far Eastern Economic Review, the Wall Street Journal, Index on Censorship, the South China Morning Post and others. He received a Human Rights Press Award in 2007 for an explanatory feature about China's Internet censorship guidelines. David has a Master's degree from Northwestern University's Medill School of Journalism. Mr. Bandurski is an honorary lecturer at the Journalism & Media Studies Centre at the University of Hong Kong.

**RELATED POSTS**

**Hu Yong: Disaster Relief Shouldn't Be Hyped**
Apr 22, 2010



**2010 Yushu earthquake 玉树地震**
Apr 16, 2010

**AR-854**

TikTok Footnote 84,87 - Tech Shame in the "New Era"

The China Media Project is an independent research, fellowship and exchange program in partnership with the **Journalism & Media Studies Centre** at the University of Hong Kong. The CMP fosters dialogue on key issues in Chinese media and communications, and monitors breaking developments in the field.

**PARTNERSHIPS**

**Journalism and Media Studies Centre, HKU**

..

AR-855

TikTok Footnote 96 - We Should Worry About How China Uses Apps Like TikTok

Sections    Home    Search

## Site Navigation

# The New York Times

*The New York Times*

- Home Page
- World
- U.S.
- Share
- Politics
- Tweet
- N.Y.
- Email
- Business
- Share
- Business
- Save
- Opinion
- Opinion
- Tech
- Science
- Health
- Sports
- Sports
- Arts
- Arts
- Books
- Style
- Style
- Food
- Food
- Travel
- Magazine
- T Magazine
- Real Estate
- Obituaries
- Video
- The Upshot
- Reader Center
- Conferences

- Crossword
- Times Insider
- Newsletters
- The Learning Network

- Multimedia
- Photography
- Podcasts

- NYT Store
- NYT Wine Club
- nytEducation
- Times Journeys
- Meal Kits

- Subscribe
- Manage Account

Close search

## Site Search Navigation

Search NYTimes.com

Clear this text input    Go

https://nyti.ms/2WioVRq

AR-879

TikTok Footnote 96 - We Should Worry About How China Uses Apps Like TikTok

- Today's Paper
- Tools & Services
- Jobs
- Classifieds
- Corrections

- More

## Site Mobile Navigation

⊐

Opinion | **THE PRIVACY PROJECT**

# We Should Worry About How China Uses Apps Like TikTok

Illiberal innovations created for China's vast surveilled and censored domestic market are increasingly popular overseas.

**By Nick Frisch**

Graphics by Ash Ngu

In 2009, after internet-fueled race riots between Uighur Muslims and Han Chinese in China's northwest territory of Xinjiang, the ruling Communist Party took drastic action: the digital kill switch. Beijing disabled Xinjiang's internet, sending military police to restore order. The blackout lasted nearly a year. Now, a decade later, Xinjiang is writhing under a new clampdown aimed at the Uighurs. This time, Beijing has embraced the opposite philosophy: a digital panopticon, enlisting private tech firms to expand China's internet of things and enmesh its own people.

The technologies being honed in Xinjiang, driven by this kind of illiberal innovation, may be coming soon to an app store near you. These exports risk

**AR-880**

enabling aspiring autocrats worldwide, and may concentrate alarming power in the hands of China's Communist Party.

Until recently, China was dismissed as an innovation laggard that copied technology from the West. Today, many Chinese tech sectors have leapfrogged Silicon Valley, sometimes with heavy-handed help from the party. Consumer-friendly smartphone apps have pushed cash, credit cards and identification documents toward extinction. Hotel booking systems will ping your smartphone, linked to your national ID card, to let you check in using facial recognition. In under a minute, a mom-and-pop hardware kiosk can create a personalized QR code for cashless payments through WeChat, an indispensable app that combines the functions of WhatsApp, Venmo, Seamless, Uber and more. For an expatriate accustomed to China's freewheeling start-up scene and whizzy tech conveniences, coming home can feel like stepping back in time.

But, as the Uighur minority of Xinjiang are learning, that convenience comes at an Orwellian price. Speedy data networks and integrated digital commerce are learning to work with the party's aggressive security apparatus. Invasive DNA databases and facial recognition powered by artificial intelligence have created a digital dragnet, enhanced by mandatory surveillance apps installed on smartphones and backed by a newly built network of IRL gulags. Offenses as trivial as forwarding a traditional Islamic holiday greeting on WeChat, or posting a bearded selfie, can land citizens in internment camps. Even Uighurs living abroad are entangled, through their families and their smartphones, in Beijing's crackdown. (The repression has reportedly created a black market in old Nokia phones, which are less legible to the state.)

Xinjiang's plight is more than a local tragedy: It is a warning.

**AR-881**

TikTok Footnote 96 - We Should Worry About How China Uses Apps Like TikTok



An ethnic Uighur woman walks in front of a giant screen with a picture of Chinese President Xi Jinping in the main city square in Kashgar in Xinjiang Uighur Autonomous Region, China. The screen broadcasts a slideshow of images of Xi on loop, including propaganda images of his previous visit to Xinjiang. Thomas Peter for Reuters

The global risk from China's technology sector is not necessarily a sinister conspiracy to exert Xinjiang-style controls overseas. Beijing's leaders are focused on domestic affairs and for now, China's budding tech dystopia is still more "Brazil" than "Black Mirror." Rather, this risk is a byproduct of Beijing's business as usual, on a huge global scale.

Products created for China's vast surveilled and censored domestic market are increasingly popular overseas, where they are often cheaper and more appealing to consumers. Huawei, for instance, has honed its 5G wireless technology — which will support the next generation of data-intensive, A.I.-powered gadgets — in China's domestic, bleeding-edge consumer market for the internet of things. Many Huawei phones are bought by Chinese who have never owned a PC or other digital device, giving the company an edge in imagining and designing mobile products for developing markets that skipped over the PC era. Huawei's cheaper (and often subsidized) price points, and comparable or superior products, have made its phones a better-value purchase than the iPhone for cost-savvy consumers around the world, and its 5G

**AR-882**

infrastructure attractive for penny-pinching governments. Most are unaware, or apparently unconcerned, about censorship or surveillance.

They should be worried. According to the Soviet-style playbook that still influences Chinese security services, collecting haystacks of citizen information, by whatever means necessary, is the foundation of social control and "stability maintenance."

The Soviet model was an analog blend of Big Brother and big data, amassing reams of information about citizens to understand their fears, vulnerabilities and intentions, and pre-empt any challenge to the Party-State's power. China has adapted this paranoid style to the modern tech age. Private corporations and the Communist Party's security apparatus have grown together, discovering how the same data sets can both cater to consumers and help commissars calibrate repression.

The party's instinctual contempt for privacy, married to its proactive industrial policy, can be a boon for well-connected private businesses. Many tech firms make a point of hiring the relatives of high party officials, and a vast state database of headshots might be shared with a private firm to train new facial recognition software, while the firm's trove of real-time user data might be offered to police, for a panoramic view of potential "troublemakers."

Between the Communist Party's repressive impulses, its influence over China's vast and innovative tech ecosystem, and new technology's general propensity to disrupt and surprise, it is naïve to expect that we can fully anticipate and mitigate the impact of illiberal innovations exported abroad. Even innocuous-seeming technology, when paired with China's authoritarian impulses and state-led development model, may challenge liberal values in unexpected ways.

Consider TikTok, a social video-sharing app that last year had more downloads on the Apple app store than Instagram. TikTok fills a market niche abandoned by Vine, the American-grown short-video-sharing app shuttered by Twitter in

AR-883

2017. Users can upload videos of themselves or friends lip-synching the latest pop tunes or decorating or distorting their faces, all easily edited into a clip for other users to "like," "share" or comment on.

To China's surveillance state, a video-sharing app offers much more than than your dog dancing to Drake. TikTok's domestic Chinese version, Douyin, is heavily censored and surveilled: Last year, the British cartoon Peppa Pig was purged from the platform after the authorities decided she had taken on subversive meaning. (It is unclear whether this was because of a direct government order or the company pre-emptively censoring itself.)

For residents of Xinjiang, posting a video of traditional Uighur music sung in their native language might be flagged by machine-learning algorithms, and bring a deletion and a visit from the police. In what appear to be precautionary performances of loyalty to the government, Uighur users of Douyin have recorded themselves singing pro-party songs, pointedly in Mandarin. Given the wide use of facial recognition across Xinjiang, and the potential sharing of security data sets between state agencies and private firms, Douyin's raw video data may also offer a tempting training set for machine-learning software. (Recent leaks have shown China's developing capability to match GPS coordinates with Uighur facial recognition data; with help from a Yale professor and an American biotech firm, Thermo Fisher, China has also built a database of Uighur DNA.)

A video posted on Douyin of Uighur workers in Hotan singing "Without the Communist Party, There Would Be No New China." The video, shared across Twitter and Facebook by the Uighur diaspora, was deleted from media platforms within China.

A Douyin video, reportedly taken in Xinjiang, appears to show a Uighur child singing "Without the Communist Party, There Would Be No New China." The user's

**AR-884**

TikTok Footnote 96 - We Should Worry About How China Uses Apps Like TikTok
Douyin ID and children's faces have been obscured to
protect their identity.

To date, no evidence suggests that Chinese authorities have used their leverage over Douyin domestically to censor or surveil TikTok overseas. But given what we know about Beijing's illiberal impulses, there is a gap between what is provable beforehand, and what it is prudent to presume. The brazen lying that is normalized in China's corporate and political culture, and the meaninglessness of written rules, mean that published regulations, or guarantees by private firms and government officials, are simply not credible. (Just ask Prof. Kenneth Kidd, the geneticist at Yale who accepted assurances from his Chinese counterparts that DNA samples for their joint project would be ethically obtained. Dr. Kidd claimed to be shocked — *shocked* — to discover that the Ministry of Public Security's sweet nothings can't be taken at face value. His credulous negligence has tainted a Yale DNA database; future generations may remember Thermo Fischer among corporate collaborationists like I.B.M. and Bayer.)

TikTok itself has already been fined by the Federal Trade Commission for a casual attitude toward privacy compliance; its heavy-handed solution, mass deletions, enraged some consumers. But the choices of ByteDance, TikTok's parent company, are rational; it fears the Communist Party more than angry tweets from tweens outside the Great Firewall.

The West's increasing technological and economic exposure to China may have unintended consequences. Over a decade ago, the singer Björk was banned from China, and muzzled within the Great Firewall, for advocating Tibetan independence during a concert in Shanghai. If, tomorrow, Björk followed up with a TikTok video pleading for Uighur rights, and the clip went viral globally, would the party be able to resist the temptation to lean on ByteDance to slow or stop it? If your face appears in the background of another person's TikTok video shot in Berlin, will it be logged using facial recognition software running in Shanghai? Those who complain that American firms like Facebook are invasive and unaccountable are unlikely to prefer

**AR-885**

China's tech giants, which are often cowed by, and collaborating with, the Party-State's opaque and irascible censorship and surveillance apparatus.

*[As technology advances, will it continue to blur the lines between public and private? Sign up for Charlie Warzel's limited-run newsletter to explore what's at stake and what you can do about it.]*

To be sure, the United States has abused its own technological hegemony for power and profit. After World War II, much global communications infrastructure ran through wires on United States soil, giving American spies privileged access to the world's communications. American intelligence agencies have been credibly accused of seeding United States-made electronic exports with bugs and spyware.

### American Apps Dominate in the Five Eyes Countries

Each flag represents the country of origin of a top ten downloaded app within a national market. TikTok was the only Chinese app to become popular last year within the countries of the Five Eyes intelligence alliance.

TikTok

Source: Monthly data from App Annie

The critical difference with China lies not in the wiring of chips or lines of code, but in history, culture and scale. By custom, Americans trust that the contents of their snail-mail letters are protected by the Fourth Amendment; government access requires a judge to issue a warrant. American tech firms routinely stand up to the United States government. Apple, for example, has developed default iOS encryptions that shield user activity from the company itself, to the frustration of the F.B.I. An iPhone user in Iran or Belarus benefits from Silicon Valley's civil libertarianism.

China is different. The People's Republic has always reserved the right to open its citizens' mail at any time, for any reason; there is no basis to believe its basic approach will differ because the technology is new. Ironically, the internet, which Western techno-utopians prophesied would liberalize China, may instead allow the party to indulge previously impossible fantasies of mass control. The Uighurs of Xinjiang are the first in human history to fully

experience the downside of China's illiberal innovation. They are unlikely to be the last.

---

*Nick Frisch (@NBBF88) is an Asian studies doctoral candidate at Yale's graduate school, and a resident fellow at Yale Law School's Information Society Project.*

*Ash Ngu is a graphics editor for The New York Times.*

*The Times is committed to publishing a diversity of letters to the editor. We'd like to hear what you think about this or any of our articles. Here are some tips. And here's our email: letters@nytimes.com.*

*Follow @privacyproject on Twitter and The New York Times Opinion Section on Facebook and Instagram*

**Correction: May 2, 2019**
*A previous version of this article misstated the location of Xinjiang, a province of China. It is in the northwest of the country, not the northeast.*

# THE PRIVACY PROJECT

The New York Times is launching an ongoing examination of privacy. We'll dig into the ideas, history and future of how our information navigates the digital ecosystem and what's at stake.

**See all Privacy articles**

**AR-887**



**AR-888**

TikTok Footnote 96 - We Should Worry About How China Uses Apps Like TikTok



**AR-889**

TikTok Footnote 96 - We Should Worry About How China Uses Apps Like TikTok

See all Privacy articles

# More on NYTimes.com

Advertisement

## Site Information Navigation

- © 2020 The New York Times Company
- Home
- Search
- Accessibility concerns? Email us at accessibility@nytimes.com. We would love to hear from you.
- Contact Us
- Work with us
- Advertise
- Your Ad Choices
- Privacy
- Terms of Service
- Terms of Sale

## Site Information Navigation

- Site Map
- Help
- Site Feedback
- Subscriptions

**AR-890**

 Return to protonmail.com    Facebook     Twitter

- About
- Security
- Blog
- Careers
- Support
- Enterprise
  - ProtonMail Business
  - GDPR Compliance
  - Guide to IT Security
- LOG IN
- SIGN UP

---

All Articles & News Encryption Privacy Releases Security [Articles & News ▼]

-   -

---

# TikTok and the privacy perils of China's first international social media platform

Posted on July 23, 2020 by Richie Koch

AR-915

TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk



TikTok, the video-sharing platform owned by the Chinese social media giant ByteDance, is one of the most popular social media services in the world, with an estimated 800 million users. However, its zealous data collection, use of Chinese infrastructure, and its parent company's close ties to the Chinese Communist Party make it a perfect tool for massive surveillance and data collection by the Chinese government.

After reviewing TikTok's data collection policies, lawsuits, cybersecurity white papers, past security vulnerabilities, and its privacy policy, **we find TikTok to be a grave privacy threat that likely shares data with the Chinese government.** We recommend everyone approach TikTok with great caution, especially if your threat model includes the questionable use of your personal data or Chinese government surveillance.

# How much user data does TikTok collect?

As with just about every social media platform, the answer is: "a lot." According to its privacy policy, even if you just download and open the app but never create an account, TikTok will collect your:

- IP address
- Browsing history (i.e., the content you viewed on TikTok)
- Mobile carrier
- Location data if you are using a mobile device (including GPS coordinates and WiFi and mobile cell data)
- Info on the device you used to access TikTok (for Android devices, this includes your IMEI number, which is essentially your device's fingerprint so it can be identified, and potentially your IMSI number, which is used to track users from one phone to another)

**AR-916**

Why TikTok's ties to China pose a significant privacy and security risk    Page 3 of 20
Case 1:20-cv-02658-CJN    Document 48-2    Filed 11/01/20    Page 213 of 288
TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

To open an account, you must enter a phone number or email and your date of birth. Once you have created an account, TikTok asks your permission for access to your social media accounts (like Twitter, Instagram, Facebook, etc.), your phone's contact list, and GPS data.

Once you start using the app, TikTok logs details about:

- Every video you upload
- How long you watch videos
- Which videos you like
- Which videos you share
- Any messages you exchange in the app

Finally, if you buy coins, the in-app currency you can use to support your favorite video creators, TikTok will store your payment information.

According to TikTok, if you delete your account, the company will delete your account data, videos, and information within 30 days. This claim is impossible to independently verify, as is the case with most social media companies.

TikTok's data collection is extreme, even for a social media platform that collects its users' data to serve them with targeted ads. **And TikTok explicitly states in its privacy policy that it shares your browsing data and email address with third parties so that it can serve you with targeted advertising.**

# TikTok faces multiple class-action lawsuits in the US

On November 27, 2019, a group of TikTok users in California filed a class action lawsuit against TikTok and ByteDance, saying the TikTok app "includes Chinese surveillance software." The lawsuit claims TikTok collects all videos shot on the app, even if the videos are not published or even saved. The lawsuit goes on to allege that TikTok uses the videos and photos users upload to collect biometric data (such as face scans) without user permission and that even after you close the app, TikTok continues to collect biometric data.

**This lawsuit also alleges that TikTok surreptitiously sends user data to China**, something we will address below.

There is a similar class action lawsuit from users in Illinois. This suit also alleges that TikTok uses facial recognition technology and AI to collect users' facial geometry without informing their users. Illinois has a strict law that requires companies to receive consent before they collect any biometric data.

# Does TikTok share data with the Chinese government?

AR-917

TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

What distinguishes TikTok from other social media giants is that it is owned and operated by a Chinese company. ByteDance, the company that owns TikTok, is headquartered in Beijing and is worth over $100 billion. Chinese domestic laws and regulations, along with internal party politics, can make it hard to parse whether a company is independent or coordinating with the Chinese Communist Party.

Even if ByteDance wanted to resist Chinese Communist Party control, it would have little real prospect of doing so. China's National Intelligence Law, passed in 2017, allows the government to **compel any Chinese company to provide practically any information it requests**, including data on foreign citizens. Furthermore, Chinese laws also can force these requests to be kept secret and not disclosed via transparency reports. The lack of an independent judiciary system makes it almost impossible for a company to appeal a request from the Chinese government. On top of that, Chinese companies of any real size are **legally required to have Communist Party "cells"** inside them to ensure adherence to the party line.

However, there is little evidence ByteDance wants to resist the Chinese government. In fact, there are numerous examples that it is complicit in the Chinese Communist Party's authoritarian policies. In 2018, ByteDance shut down Neihan Duanzi, a Chinese social media platform that was primarily used to share jokes and comedy, after state censors accused it of hosting "vulgar" content. Afterward, **ByteDance said that it would "deepen cooperation" with the Chinese communist party.** It then hired 2,000 more "content reviewers" and stated that **"strong political sensitivity" would be an asset for the position.**

ByteDance has repeatedly made the case that TikTok is not available in China and that user data is not stored in China. This is misleading. **In its privacy policy, TikTok explicitly reserves the right to share user information with other members of its "corporate group" (i.e., ByteDance).**

Additionally, a white paper by the cybersecurity firm Penetrum found that **over one-third of the IP addresses the TikTok APK connects to are based in China**. The majority of these IP addresses are hosted by Alibaba, another Chinese tech giant. These IP addresses are what led to the allegations in the California lawsuit that TikTok secretly sends data to China. According to the Penetrum report, "**TikTok does an excessive amount of tracking on its users and that the data collected is partially if not fully stored on Chinese servers with the ISP Alibaba.**"

Alibaba works closely with the Chinese Communist Party and supports its invasive surveillance and censorship. It has a police post at its headquarters to facilitate data sharing with authorities and developed a popular Chinese propaganda app.

The Chinese government has long used the data it collects from Chinese tech companies to monitor, censor, and control its citizens. The all-seeing surveillance system they have created to monitor Uyghurs in Xinjiang is just one example. It also maintains an Orwellian "blacklist" that the government uses to prevent over 13 million "untrustworthy" citizens from purchasing plane or train tickets. One can only imagine what the Chinese government would do if it were able to extend its data collection beyond its borders.

# TikTok and censorship

There are also concerns that the Chinese government and ByteDance are using TikTok as a tool to extend China's censorship. American employees reported to the *Washington Post* that they were pressured by administrators in Beijing to restrict any political content.

**AR-918**

TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

New: Former TikTok employees told us the company's Beijing-based leadership often overrode their censorship concerns and restricted lots of social and political videos. "They want to be a global company … but the decisions all come from China" https://t.co/AlUiibLPb8 @TonyRomm

— Drew Harwell (@drewharwell) November 5, 2019

*The Guardian* reported on TikTok guidelines that require moderators to block videos that "distort" historic events, such as "Tiananmen Square incidents." In one example, a teenage girl from Florida had her account shut down after she brought attention to the plight of the Uyghurs, a Muslim minority in China. (TikTok later reinstated her, claiming her ban was an error.)

# Is TikTok secure?

In December 2019, the cybersecurity researchers at Check Point Research discovered multiple vulnerabilities, including ones that would allow attackers to delete user videos, make hidden videos public, or upload unauthorized videos. The researchers worked with the TikTok team, and they say that these vulnerabilities have now been resolved.

In April 2020, security researchers discovered that some versions of the TikTok app for Android and iOS rely on HTTP connections. By not using HTTPS, TikTok makes it easy for attackers to monitor user activity and even alter the videos the user sees without their knowledge.



Hacking TikTok to Show Fraudulent Videos on WHO (DN…

TikTok says a fix is already underway, but this certainly isn't a strong track record when it comes to security.

**AR-919**

# TikTok and children

Given the demographics of TikTok users and the amount of data TikTok collects, the company has faced criticism for collecting data from children. In February 2019, Musical.ly, the Chinese social media app that ByteDance bought and then merged with TikTok, paid a $5.7 million fine to the FTC to settle allegations that it violated the Children's Online Privacy Protection Act (COPPA) by letting children under 13 sign up to its platform without their parents' consent.

In May 2020, 20 advocacy groups alleged that TikTok is still violating COPPA. They said the company never deleted the personal information it collected from children under 13 prior to the 2019 FTC settlement, is still not obtaining parents' consent before collecting children's personal info, and does not allow parents to review or delete the personal information it collects from their children.

# Scrutiny of TikTok increases

Since February, politicians in Australia have been calling for greater scrutiny of the company's data collection and possible censorship. On June 29, the Indian government banned TikTok, along with over 50 other Chinese apps. And now, the US government is also weighing whether they should impose a ban on the app.

As one US lawmaker said to the *Wall Street Journal*, "**all it takes is one knock on the door of their parent company [ByteDance], based in China, from a Communist Party official for that data to be transferred [from TikTok] to the Chinese government's hands, whenever they need it.**"

Recently, US politicians have floated the idea of ByteDance selling TikTok as one way for the social media company to avoid questions over what it does with its users' data. However, Chinese infrastructure and control are clearly deeply integrated into TikTok's system, and it would be extremely hard for any company that purchased it to undo.

# Our take on TikTok

We stand for freedom of expression, and we want everyone to be able to voice their opinion. However, social media giants from TikTok to Facebook demand troves of personal data in exchange for the use of their platform. Often this data collection verges into the extreme. Does TikTok need access to your device's ID number to deliver its service?

The fact that TikTok is owned by a Chinese company, one that has explicitly said it would deepen its cooperation with the Chinese Communist Party, makes this excessive data collection even more concerning. The Chinese government has a history of strong-arming and co-opting Chinese tech companies into sharing their data and then using this data to intimidate, threaten, censor, or engage in human rights abuses.

**AR-920**

TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

For these reasons, it is our opinion that, **from a security and privacy standpoint, TikTok is an extremely dangerous social media platform**. Its potential for mass collection of data from hundreds of millions of adults, teenagers, and children poses a grave risk to privacy. We believe that TikTok should be viewed with great caution, and if this concerns you, you should strongly consider deleting TikTok and its associated data.

*You can get a **free secure email account from ProtonMail here**.*

*We also provide a **free VPN service** to protect your privacy.*

*ProtonMail and ProtonVPN are funded by community contributions. If you would like to support our development efforts, you can upgrade to a **paid plan**. Thank you for your support.*

---

    Get a Free Encrypted Email Account Share This!

---

*About the Author*



## Richie Koch

Prior to joining Proton, Richie spent several years working on tech solutions in the developing world. He joined the Proton team to advance the rights of online privacy and freedom.

# Learn More

**Why ProtonMail Is More Secure Than Gmail**

**AR-921**

*October 22, 2017 in* <u>Security</u>

ProtonMail is an encrypted email service that takes a radically different approach to email security. Find out how ProtonMail security compares to Gmail security. In 2014, ProtonMail became…

## **Using Zoom? Here are the privacy issues you need to be aware of**

*March 20, 2020 in* <u>Privacy</u>

Zoom has seen a flood of new users as the COVID-19 outbreak forces more and more employees to transition to working from home. Zoom's big selling point is…

## **Don't be fooled by Google's fake privacy**

*July 2, 2019 in* <u>Privacy</u>

Google recently generated a flurry of coverage about its supposed privacy pivot, including an op-ed in The New York Times by chief executive Sundar Pichai. "We feel privileged…

## **Chinese government builds new Great Firewall around Hong Kong**

*July 6, 2020 in* <u>Articles & News</u>

The governing body of Hong Kong rushed approval of Article 43, which grants sweeping powers to Hong Kong law enforcement, including the ability to intercept private communications and…

## Leave a Reply

our email address will not be published.

omment

**AR-922**

TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

ou may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title="">`
`o> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <s> <strike> <strong`

ame

mail

/ebsite

Post Comment

# 22 comments on "TikTok and the privacy perils of China's first international social media platform"

- **CT**, July 26, 2020 at 7:14 PM

  This is a ridiculous article. I appreciate you're just looking for clickbait in order to try and sell subscriptions to your software… but this is something where I'd be embarrassed if an eighth grader produced it.

  You literally did nothing except read / repeat the TikTok privacy policy? Let's see your analysis of *any* other ad-driven social media network, and tell me the privacy policy is substantially different. And I guess your editor gave you a requirement on minimum number of words, but you had to fill the rest of the article with little more than mass-media reports filled entirely by politicians trying to stir up anti-China sentiment with innuendo and slander.

  Pathetic. Since you're so dedicated to transparency and privacy, I expect you'll be posting this comment in full.

  Reply

**AR-923**

**Ben Wolford** , July 30, 2020 at 6:11 PM

**Hi CT, we're sorry you didn't find this article useful, but we hope others do. We believe awareness about privacy issues is important, which is why we frequently address other ad-driven social media networks. You will find many examples of this if you scroll through our past articles.**

   **Reply**

- *azNorway*, July 27, 2020 at 12:56 AM

I'm really afraid to use Protonmail after read this article. 🙂
(Privacy issue is right but such article on protonmail blog with some sort of details)

   Reply

- *Vancouver.bc.ca*, July 27, 2020 at 9:24 PM

Every piece of electronic infomation the CCP gains about your personal life will be used to destroy your life and can make you a prisoner in your own home, to scared to leave, if you get in the way of the CCP. A lifetime sentence of pyschological and physical threat risks await the brave whom choose CCP opposition.

   Reply

- *Robert Whelan*, July 27, 2020 at 9:29 PM

What do you think the CIA is has been doing all these years with Instagram/FB etc??

They can analyse my Cat videos all they want!!

**AR-924**

Why TikTok's ties to China pose a significant privacy and security risk      Page 11 of 20
Case 1:20-cv-02658-CJN    Document 48-2    Filed 11/01/20    Page 221 of 288
TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

 Reply

- *Alexandre Takacs*, July 27, 2020 at 10:26 PM

hmm…. replace Tiktok by Facebook, China with "5 eyes countries" and you have a very similar situation.
I am definitely not saying Tiktok should be used but I think the whole scare is a bit disingenuous. And I don't really see what this compilation of press article is really pertinent to PM…
BTW didn't PM/PVPN receive substantial VC money ? Under what jurisdiction is your US office operating ?

 Reply

Ben Wolford , July 30, 2020 at 6:03 PM

**No, we have not received substantial VC money. And we operate under Swiss jurisdiction; we do not directly employ anyone living in the US.**

 **Reply**

- *Alex*, July 28, 2020 at 10:08 AM

Good article, the trouble is that ALL Western governments have a hotline into ALL the important Western sites and probably the whole dame internet.

So hard to criticise (creepy) China when the Western governments force Facebook/Amazon/Twitter/Google and so to pass all OUR data to them.

Basically they're all as bad as each other, governments and tech firms regardless of where they are in the world.

**AR-925**

Plus, one thing to consider, would one living in the West rather have the (creepy) Chinese government collecting data on them or their own government? Living in the West, I know the potential power that the governments have against me and the harm they can do to me – in effect they scare me. But the Chinese do not scare me because I'm not living their, and am unlikely to go there.

 Reply

---

- *Richard Wicks*, July 29, 2020 at 2:07 AM

Facebook is guilty of all these offenses, but one thing is different, they share information with the US government, not the Chinese government.

So, the question is, do you want the US government spying on you if you're a US citizen, or the Chinese government? Preferably, I'd want the Russian government considering what kind of relationship Joe Biden has with the CCP, and Nancy Pelosi having a Chinese spy in her employment. Supposedly we're in a new cold war, but considering how blatantly dishonest my government is, there's no way to tell.

It's pretty clear that Silicon Valley has gotten into bed with a bunch of authoritarians in our government. This is precisely what we were working against when we started. No matter, it doesn't take years of work and thousands of people to make a replacement with today's technology and infrastructure.

 Reply

---

- *Alexandre Takacs*, July 31, 2020 at 8:32 AM

Good to know
* How would you qualify CRV (Charles River Ventures) ?

**AR-926**

Philanthropy ?

* What's the purpose of the US office then ?

 Reply

---

* *Anonymous*, August 3, 2020 at 2:19 PM

Ok, this is the only APP in the whole universe that does this.

Thanks for informing

 Reply

---

* *Mind Revolution*, August 6, 2020 at 4:25 AM

Bueno, no olvidemos ese dicho que reza: "Cuando algo (en internet) es gratis, el producto eres tú".
No nos impresione que suceda en China, en EE.UU. o Rusia. Da igual.
Todo tiene un costo y, en internet, si es gratis, de alguna manera deben sacar partido quiénes brindan ciertos servicios.
En lo personal, me parece un buen articulo.
Creo que todos somos (o deberíamos ser) conscientes de los riesgos, pero, sucede que nada cambiará, pues, las redes sociales, sean chinas, rusas, estadounidenses o, de donde sean, siempre son una tentación para las personas.
Por ejemplo: No necesariamente tenemos que tener una cuenta en Facebook o en Tik Tok para ser rastreados en internet. ¿Metadatos? Por supuesto.
¿Puertas traseras? Siempre.
Felicidades! Es un gran articulo.

 Reply

---

* *Daniel*, August 9, 2020 at 1:50 AM

**AR-927**

I have never been a tiktok user (teenagers social media) but, is very scary that the most-known (as tutanota) private email provider tell of how insecure tiktok is right when DT start to say that China is spying us with tiktok, that tiktok is dangerous to the US national security and bla bla bla. If just decide that you want to write a blog about the insecurity in tiktok i have some obvious question:

1.- Why do you talk specifically about tiktot? this (nasty) practices are common in social media, why did you talk about how insecure are your data in any social media in general?

2.- Why now and without talking about the US president declarations about tiktot? I don't think you want to look like if you were supporting some political party, but doing this right now makes you look like the news in countrys that have dictators and they say "there will be more taxes this year" and you look at the news and you see articles like "how the social inequality domines countrys with few taxes rate".

3.- Why so many emphasis in the fact that is China the country that is getting our data? No, im not from CCP, but if you want to write articles like a piece of journalism, you are supposed to be neutral. I have read some articles here in protonmail.com, and i don't think that you only talk about "how bad is China", i see that you also have articles about Google and other partys, but i still note a little bit of "why the US president is right and they should sell Tiktok to US" in this article.

Have a good day and i hope you continue prividing useful information to us.

 Reply

Ben Wolford  , August 17, 2020 at 4:02 AM

**Hi Daniel, thanks for the questions. We write about many privacy-invasive technologies, from smart TVs to Facebook to Amazon Ring. We are aware of the politicization of TikTok, but**

AR-928

TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

**we have purposely avoided mentioning these issues and focused solely on privacy and security concerns, which is our area of expertise and is apolitical. You also ask about why we focus on China's surveillance and privacy abuses without mentioning those of the US and other Western countries. However, if you look through our past blog articles, including in the last few months, we have written extensively about laws and practices in the US, UK, and elsewhere that are harmful to human rights. In fact, mass surveillance in the US is what led us to create ProtonMail in the first place.**

   **Reply**

- *Antonio Alonso Regidor*, August 16, 2020 at 1:01 PM

   Ustedes como ProtonMail nos aseguran que no tienen acceso a ninguna pantalla ni claves o contraseñas de ningún dispositivo relacionado con el correo electrónico cifrado ProtonMail. Pueden aseverar que es así, que son fieles a sus divulgaciones de cifrado y de no vulnerar los derechos de privacidad de usuarios de ProtonMail? Gracias y saludos.

   Reply

   Ben Wolford  , August 17, 2020 at 3:34 AM

   **Hola Antonio! Es una muy buena pregunta. Hemos escribido sobre este tema aquí: https://protonmail.com/blog/is-protonmail-trustworthy/**

   **Reply**

- *wan*, August 18, 2020 at 1:16 PM

**AR-929**

Excellent read..

PM don't be cowed by some of the negative feedback – some of us find the article very informative and useful.

 Reply

- *pphysch*, August 18, 2020 at 11:49 PM

I am deeply concerned with ProtonMail's uncritical promotion of U.S. State Department talking points, such as propaganda about TikTok and Hong Kong protests. Recently, a prominent HK "protestor" was exposed as a U.S.-state linked operative [1], further shedding light on the network of covert U.S. State involvement in destabilizing HK (involving e.g. Hong Kong Free Press, National Endowment for Democracy).

Consider the key concluding paragraph to this article (as of this comment):

"For these reasons, it is our opinion that, from a security and privacy standpoint, **TikTok is an extremely dangerous social media platform**. Its potential for mass collection of data from hundreds of millions of adults, teenagers, and children poses a grave risk to privacy. We believe that TikTok should be viewed with great caution, and if this concerns you, you should strongly consider deleting TikTok and its associated data."

There is no mention that TikTok stands on the exact same ground as service conglomerates such as Google and Facebook, sans their relationship with the U.S. Federal government. Omitting this key fact suggests that Proton Technologies AG has differing relationships to these governments.

**ProtonMail's willingness to push political disinformation is beyond unacceptable**. I will be terminating my financial support of

**AR-930**

Proton Technologies AG effective immediately based on this **severe violation of trust**.

[1] – https://www.scmp.com/news/hong-kong/society/article/3097523/hong-kong-activist-writer-kong-tsung-gan-confirms-thats-only

 Reply

---

Ben Wolford  , August 19, 2020 at 7:42 PM

**I'm sorry to hear this. Our analysis is purely based on the technical and privacy aspects of the company. As a Swiss company, we always take a neutral position on political issues, and if you're familiar with our blog you'll know we're probably more critical of American policies and companies, which are often more consequential on the global stage.**

 **Reply**

---

• *Sam Fox*, August 21, 2020 at 11:45 PM

Do you have a secure search engine? My laptop address is samfox13@protonmail.com This message is from my desktop at samfox4867@gmail.com

I am not sure I trust DuckDuckGo. I most definitely do NOT trust Google & internet explorer.

When I change from Windows 7 to Windows 10 I want to change my mailbox to Proton Mail from gmail. ()Any suggestions on how to get a clean version of Windows 10?)

The pro I had that could give me a clean Win 10 has died. He was very good & became a good friend.

**AR-931**

Thank you!

 Reply

---

Roxana Zega  , September 2, 2020 at 4:46 PM

## Hi Sam,

## At the moment, the Proton suite of encrypted products doesn't include a secure search engine. Thanks.

 Reply

---

- *kamir bouchareb st*, September 1, 2020 at 3:34 PM

very good

 Reply

---

**Get your secure email account**

Create Account

Proton Technologies AG

Chemin du Pré-Fleuri, 3
CH-1228 Plan-les-Ouates, Genève, Switzerland

   General: contact@protonmail.com
   Media: media@protonmail.com

For support inquiries, please visit
 protonmail.com/support

For security related discussions
security@protonmail.com

**AR-932**

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 229 of 288
TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

# ProtonMail

- Pricing
- Security
- Shop
- Press/Media Kit
- Onion Site
- ProtonMail Status

# Features

- iOS App
- Android App
- IMAP/SMTP Bridge
- ProtonVPN
- ProtonMail Business
- Encrypted Contacts

# Legal

- Imprint
- Privacy Policy
- Terms & Conditions
- Transparency Report
- Report Abuse
- GDPR Compliance

# Company

- Blog
- Team
- Careers
- Support
- Donate
- Open Source

# Social

- Facebook
- Twitter
- Feedback Forum
- Reddit

**AR-933**

Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 230 of 288

TikTok Footnote 101 - Why TikTok's ties to China pose a significant privacy and security risk

- [Instagram](#)

© 2020 Proton Technologies AG. All Rights Reserved.

**AR-934**

TikTok Footnote 113,116 - TikTok Privacy Policy

# Legal

If you are a user having your usual residence in the US, this Privacy Policy shall apply.

If you are a user having your usual residence in the EEA and Switzerland, this Privacy Policy shall apply.

If you are not in the US, EEA or Switzerland, this Privacy Policy shall apply. There may also be jurisdiction specific provisions for certain countries or regions. Please refer to your local privacy policy for more information.

## Privacy Policy
(If you are a user having your usual residence in the US)

*Last update: January 1, 2020.*

Welcome to TikTok (the "Platform"). The Platform is provided and controlled by TikTok Inc. ("TikTok", "we" or "us"). We are committed to protecting and respecting your privacy. This Privacy Policy covers the experience we provide for users age 13 and over on our Platform. For information about our under-13 experience ("Children's Platform") and our practices in the United States regarding children's privacy, please refer to our Privacy Policy for Younger Users.

Capitalized terms that are not defined in this policy have the meaning given to them in the Terms of Service.

### What information do we collect?

We collect information when you create an account and use the Platform. We also collect information you share with us from third-party social network providers, and technical and behavioral information about your use of the Platform. We also collect information contained in the messages you send through our Platform and information from your phone book, if you grant us access to your phone book on your mobile device.  More information about the categories and sources of information is provided below.

### Information you choose to provide

For certain activities, such as when you register, upload content to the Platform, or contact us directly, you may provide some or all of the following information:

- Registration information, such as age, username and password, language, and email or phone number

- Profile information, such as name, social media account information, and profile image

- User-generated content, including comments, photographs, videos, and virtual item videos that you choose to upload or broadcast on the Platform ("User Content")

**AR-955**

- Payment information, such as PayPal or other third-party payment information (where required for the purpose of payment)

- Your phone and social network contacts, with your permission. If you choose to find other users through your phone contacts, we will access and collect the names and phone numbers and match that information against existing users of the Platform. If you choose to find other users through your social network contacts, we will collect your public profile information as well as names and profiles of your social contacts

- Your opt-in choices and communication preferences

- Information to verify an account

- Information in correspondence you send to us

- Information you share through surveys or your participation in challenges, sweepstakes, or contests such as your gender, age, likeness, and preferences.

## Information we obtain from other sources

We may receive the information described in this Privacy Policy from other sources, such as:

**Social Media.** if you choose to link or sign up using your social network (such as Facebook, Twitter, Instagram, or Google), we may collect information from these social media services, including your contact lists for these services and information relating to your use of the Platform in relation to these services.

**Third-Party Services.** We may collect information about you from third-party services, such as advertising partners and analytics providers.

**Others Users of the Platform.** Sometimes other users of the Platform may provide us information about you, including through customer service inquiries.

**Other Sources.** We may collect information about you from other publicly available sources.

## Information we collect automatically

We automatically collect certain information from you when you use the Platform, including internet or other network activity information such as your IP address, geolocation-related data (as described below), unique device identifiers, browsing and search history (including content you have viewed in the Platform), and Cookies (as defined below).

### Usage Information

We collect information regarding your use of the Platform and any other User Content that you generate through and broadcast on our Platform. We also link your subscriber information with your activity on our Platform across all your devices using your email, phone number, or similar information.

**AR-956**

**Device Information**

We collect information about the device you use to access the Platform, including your IP address, unique device identifiers, model of your device, your mobile carrier, time zone setting, screen resolution, operating system, app and file names and types, keystroke patterns or rhythms, and platform.

**Location data**

We collect information about your location, including location information based on your SIM card and/or IP address. With your permission, we may also collect Global Positioning System (GPS) data.

**Messages**

We collect and process, which includes scanning and analyzing, information you provide in the context of composing, sending, or receiving messages through the Platform's messaging functionality. That information includes the content of the message and information about when the message has been sent, received and/or read, as well as the participants of the communication. Please be aware that messages sent to other users of the Platform will be accessible by those users and that we are not responsible for the manner in which those users use or disclose messages.

**Metadata**

When you upload User Content, you automatically upload certain metadata that is connected to the User Content. Metadata describes other data and provides information about your User Content that will not always be evident to the viewer. In connection with your User Content the metadata can describe how, when, and by whom the piece of User Content was collected and how that content is formatted. It also includes information, such as your account name, that enables other users to trace back the User Content to your user account. Additionally, metadata will consist of data that you chose to provide with your User Content, e.g. any hashtags used to mark keywords to the video and captions.

**Cookies**

We and our service providers and business partners use cookies and other similar technologies (e.g. web beacons, flash cookies, etc.) ("Cookies") to automatically collect information, measure and analyze which web pages you click on and how you use the Platform, enhance your experience using the Platform, improve the Platform, and provide you with targeted advertising on the Platform and elsewhere across your different devices. Cookies are small files which, when placed on your device, enable the Platform to provide certain features and functionality. Web beacons are very small images or small pieces of data embedded in images, also known as "pixel tags" or "clear GIFs," that can recognize Cookies, the time and date a page is viewed, a description of the page where the pixel tag is placed, and similar information from your computer or device. To learn how to disable Cookies, see the "Your choices" section below.

Additionally, we allow these service providers and business partners to collect information about your online activities through Cookies. We and our service providers and business partners link your contact or subscriber

AR-957

information with your activity on our Platform across all your devices, using your email or other log-in or device information. Our service providers and business partners may use this information to display advertisements on our Platform and elsewhere online and across your devices tailored to your interests, preferences, and characteristics. We are not responsible for the privacy practices of these service providers and business partners, and the information practices of these service providers and business partners are not covered by this Privacy Policy.

We may aggregate or de-identify the information described above.  Aggregated or de-identified data is not subject to this Privacy Policy.

## How we use your information

As explained below, we use your information to fulfill and enforce our Terms of Service, to improve and administer the Platform, and to allow you to use its functionalities. We may also use your information to, among other things, show you suggestions, promote the Platform, and customize your ad experience.

We generally use the information we collect:

- to fulfill requests for products, services, Platform functionality, support and information for internal operations, including troubleshooting, data analysis, testing, research, statistical, and survey purposes and to solicit your feedback

- to customize the content you see when you use the Platform. For example, we may provide you with services based on the country settings you have chosen or show you content that is similar to content that you liked or interacted with

- to send promotional materials from us or on behalf of our affiliates and trusted third parties

- to improve and develop our Platform and conduct product development

- to measure and understand the effectiveness of the advertising we serve to you and others and to deliver targeted advertising

- to make suggestions and provide a customized ad experience

- to support the social functions of the Platform, including to permit you and other users to connect with each other through the Platform and for you and other users to share, download, and otherwise interact with User Content posted through the Platform

- to use User Content as part of our advertising and marketing campaigns to promote the Platform

- to understand how you use the Platform, including across your devices

- to infer additional information about you, such as your age, gender, and interests

AR-958

- to help us detect abuse, fraud, and illegal activity on the Platform

- to ensure that you are old enough to use the Platform (as required by law)

- to communicate with you, including to notify you about changes in our services

- to announce you as a winner of our contest, sweepstakes, or promotions if permitted by the promotion rule, and to send you any applicable prizes

- to enforce our terms, conditions, and policies

- consistent with your permissions, to provide you with location-based services, such as advertising and other personalized content

- to inform our algorithms

- to combine all the information we collect or receive about you for any of the foregoing purposes

- for any other purposes disclosed to you at the time we collect your information or pursuant to your consent.

## How we share your information

We are committed to maintaining your trust, and while TikTok does not sell personal information to third parties, we want you to understand when and with whom we may share the information we collect for business purposes.

### Service Providers and Business Partners

We share the categories of personal information listed above with service providers and business partners to help us perform business operations and for business purposes, including research, payment processing and transaction fulfillment, database maintenance, administering contests and special offers, technology services, deliveries, email deployment, advertising, analytics, measurement, data storage and hosting, disaster recovery, search engine optimization, marketing, and data processing.

### Within Our Corporate Group

We may share your information with a parent, subsidiary, or other affiliate of our corporate group.

### In Connection with a Sale, Merger, or Other Business Transfer

We may share your information in connection with a substantial corporate transaction, such as the sale of a website, a merger, consolidation, asset sale, or in the unlikely event of bankruptcy.

### For Legal Reasons

We may disclose your information to respond to subpoenas, court orders, legal process, law enforcement requests, legal claims, or government inquiries, and to protect and defend the rights, interests, safety, and security of TikTok

AR-959

Inc., the Platform, our affiliates, users, or the public. We may also share your information to enforce any terms applicable to the Platform, to exercise or defend any legal claims, and comply with any applicable law.

## With Your Consent

We may share information for other purposes pursuant to your consent or with your further direction.

If you access third-party services, such as Facebook, Google, or Twitter, to login to the Platform or to share information about your usage on the Platform with others, these third-party services may be able to collect information about you, including information about your activity on the Platform, and they may notify your connections on the third-party services about your use of the Platform, in accordance with their privacy policies.

If you choose to engage in public activities on the Platform, you should be aware that any information you share may be read, collected, or used by other users. You should use caution in disclosing personal information while engaging. We are not responsible for the information you choose to submit.

## Your Rights

You may submit a request to access or delete the information we have collected about you by sending your request to us at the email or physical address provided in the Contact section at the bottom of this policy. We will respond to your request consistent with applicable law and subject to proper verification. And we do not discriminate based on the exercise of any privacy rights that you might have.

## Your Choices

- You may be able to refuse or disable Cookies by adjusting your browser settings. Because each browser is different, please consult the instructions provided by your browser. Please note that you may need to take additional steps to refuse or disable certain types of Cookies. For example, due to differences in how browsers and mobile apps function, you may need to take different steps to disable Cookies used for targeted advertising in a browser and to disable targeted advertising for a mobile application, which you may control through your device settings or mobile app permissions. In addition, your choice to disable cookies is specific to the particular browser or device that you are using when you disable cookies, so you may need to separately disable cookies for each type of browser or device. If you choose to refuse, disable, or delete Cookies, some of the functionality of the Platform may no longer be available to you.  Without this information, we are not able to provide you with all the requested services, and any differences in services are related to your information.

- You can manage third-party advertising preferences for some of the third parties we work with to serve advertising across the Internet by clicking here and by utilizing the choices available at www.networkadvertising.org/managing/opt_out.asp and www.aboutads.info/choices.

- Your mobile device may include a feature that allows you to opt out of some types of targeted advertising ("Limit Ad Tracking" on iOS and "Opt out of Interest-Based Ads" on Android).

**AR-960**

- You can opt out of marketing or advertising emails by utilizing the "unsubscribe" link or mechanism noted in marketing or advertising emails.

- You can switch off GPS location information functionality on your mobile device if you do not wish to share GPS information.

- If you have registered for an account you may access, review, and update certain personal information that you have provided to us by logging into your account and using available features and functionalities.

- Some browsers transmit "do-not-track" signals to websites. Because of differences in how browsers incorporate and activate this feature, it is not always clear whether users intend for these signals to be transmitted, or whether they even are aware of them. We currently do not take action in response to these signals.

## Security

We use reasonable measures to help protect information from loss, theft, misuse and unauthorized access, disclosure, alteration, and destruction. You should understand that no data storage system or transmission of data over the Internet or any other public network can be guaranteed to be 100 percent secure. Please note that information collected by third parties may not have the same security protections as information you submit to us, and we are not responsible for protecting the security of such information.

## Children

The privacy of users under the age of 13 ("Younger Users") is important to us. We provide a separate experience for Younger Users in the United States on the Children's Platform, in which we collect only limited information. For more information on our United States data collection practices for Younger Users, please visit the Privacy Policy for Younger Users.

The Platform otherwise is not directed at children under the age of 13. If we become aware that personal information has been collected on the Platform from a person under the age of 13 we will delete this information and terminate the person's account. If you believe that we have collected information from a child under the age of 13 on the Platform, contact us at: https://www.tiktok.com/legal/report/privacy.

## Other Rights

### Sharing for Direct Marketing Purposes (Shine the Light)

If you are a California resident, once a calendar year, you may be entitled to obtain information about personal information that we shared, if any, with other businesses for their own direct marketing uses. If applicable, this information would include the categories of customer information, as well as the names and addresses of those businesses with which we shared customer information for the immediately prior calendar year. To submit a request, contact us at: https://www.tiktok.com/legal/report/privacy.

### Content Removal for Users Under 18

**AR-961**

Users of the Platform who are California residents and are under 18 years of age may request and obtain removal of User Content they posted by contacting us at: https://www.tiktok.com/legal/report/privacy. All requests must be labeled "California Removal Request" on the email subject line. All requests must provide a description of the User Content you want removed and information reasonably sufficient to permit us to locate that User Content. We do not accept California Removal Requests via postal mail, telephone, or facsimile. We are not responsible for notices that are not labeled or sent properly, and we may not be able to respond if you do not provide adequate information. Please note that your request does not ensure complete or comprehensive removal of the material. For example, materials that you have posted may be republished or reposted by another user or third party.

## Changes

We may update this Privacy Policy from time to time. When we update the Privacy Policy, we will notify you by updating the "Last Updated" date at the top of this policy and posting the new Privacy Policy and providing any other notice required by applicable law. We recommend that you review the Privacy Policy each time you visit the Platform to stay informed of our privacy practices.

## Contact

Questions, comments and requests regarding this policy should be addressed to:

- Mailing Address: TikTok Inc., Attn: TikTok Legal Department 10100 Venice Blvd, Suite 401, Culver City, CA 90232, USA

- Contact us: https://www.tiktok.com/legal/report/privacy

# Privacy Policy

(If you are a user having your usual residence in the European Economic Area (EEA) or the UK, or Switzerland)

*Last updated: July 2020*

Welcome to TikTok (the "Platform"). We are committed to protecting and respecting your privacy and this policy sets out the basis on which we process any personal data we collect from you, or that you provide to us. Where we refer to "TikTok", "we" or "us" in this Privacy Policy, we mean TikTok Technology Limited, an Irish company ("TikTok Ireland"), and TikTok Information Technologies UK Limited ("TikTok UK"), a UK company.

To see the full Privacy Policy, click here.

If you are between 13 and 18 years old, we have also prepared a separate summary of this policy and what it means for you. It is available in the app under the 'Privacy Policy' tab.

**AR-962**

**SUMMARY**

## What information do we collect about you?

We collect and process information you give us when you create an account and use the Platform. This includes technical and behavioural information about your use of the Platform. We also collect information about you if you download the app and use the Platform without creating an account. For more information, click here.

## How will we use the information about you?

We use your information to provide the Platform to you and to improve and administer it. In order to provide an effective and dynamic Platform, and where we have determined it is in our legitimate interests, we use your information to improve and develop the Platform, prevent crime and ensure users' safety. Where we have your consent, we will also use your personal data to serve you targeted advertising and promote the Platform. For more information on how your information is used, click here.

## Who do we share your information with?

We share your data with third party service providers who help us to deliver the Platform including cloud storage providers. We also share your information with business partners, other companies in the same group as TikTok (including TikTok Inc in the US which provides certain services for us in connection with the Platform), content moderation services, measurement providers, advertisers and analytics providers. We may share your information with law enforcement agencies, public authorities or with other third parties only where we are legally required to do so or if such use is reasonably necessary (for instance, to ensure your or someone else's safety). For more information, click here.

## Your Rights

We offer you settings to control and manage the personal data we have about you. You also have the following rights: you can ask us to delete your data; to change or correct your data; to provide a copy of your data and to stop using some or all of your data. For more information about how to make these requests, click here. You can also contact us using the contact information below, and we will review your request in accordance with applicable laws.

## How long do we keep hold of your information?

We retain your information for as long as it is necessary to provide you with the service so that we can fulfil our contractual obligations and exercise our rights in relation to the information involved. Where we do not need your information in order to provide the service to you, we retain it only as long as we have a legitimate business purpose in keeping such data or where we are subject to a legal obligation to retain the data. We will also retain your data if necessary for legal claims. For more information, click here.

## How will we notify you of any changes to this Privacy Policy?

We will notify all users of any material changes to this policy through a notice on our Platform or by other means. We update the "Last Updated" date at the top of this policy, which reflects the effective date of the policy. By accessing or using the Platform, you acknowledge that you have read this policy and that you understand your rights in relation to your personal data and how we will collect, use and process it. For more information, click here.

**AR-963**

TikTok Footnote 113,116 - TikTok Privacy Policy

# 1. The types of personal data we use

We collect and use the following information about you:

**Your Profile Information**

You give us information when you register on the Platform, including your username, date of birth, email address and/or telephone number, information you disclose in your user profile and your photograph or profile video.

**User Content and Behavioural Information**

We process the content you generate and view on the Platform, including preferences you set (such as choice of language), photographs and videos you upload, comments and live-streams you make ("**User Content**"). We collect information through surveys, challenges and competitions in which you participate. We also collect information regarding your use of the Platform, e.g. how you engage with the Platform, including how often you use the Platform and how you interact with content we show you, the ads you view, videos you watch and problems encountered, the content you like, the content you save to "Favourites", the words you search and the users you follow.

We infer your interests, gender and age for the purpose of personalising content. We also infer the interests of our users to better optimise advertising across our Platform. If you have consented, we will use this information for the purpose of serving personalised advertising.

We review User Content for content moderation purposes to enforce our community guidelines, comply with legal obligations, and prevent and respond to abuse, fraud, illegal activity and other potentially harmful content on the Platform.

We also process information about your followers, the likes you receive and responses to content you upload, for the purposes of personalising your "For You" Feed, promoting your content to other users and exploring whether your profile presents opportunities for collaboration.

Messages

Where local laws allow us to, we collect and process your messages, which includes scanning and analysing the information in those messages through the Platform's messaging functionality. That information includes the content of the message and information about when the message has been sent, received and/or read, as well as the participants in the communication.

We do this to prevent and block spam, prevent and detect crime, safeguard children (where this is in the substantial public interest) or to protect the interests of our users and other people.

**AR-964**

Please also be aware that messages sent to other users of the Platform will be accessible by those users and that we are not responsible for how those users use or disclose them.

<u>Pro Accounts</u>

You can upgrade your user account in the app to a "Pro Account". A Pro Account gives you access to additional features, such as aggregated statistics about your content. If you participate in the TikTok Creator Marketplace, you can use the Pro Account menu to access settings and manage requests relating to Marketplace functions. For this purpose, data is exchanged with the TikTok Creator Marketplace.

**Information from Third Parties**

You may choose to share certain data with us from third parties or, through your use of the Platform, we may collect such third party data automatically.

<u>Business Partners</u>

If you choose to register to use the Platform using your social media account details (e.g. Facebook, Twitter, Instagram, Google), you will provide us or allow your social network to provide us with your username and public profile. We will likewise share certain information with the relevant social network such as your app ID, access token and the referring URL. For further information on sharing your Facebook contact list with us, please see Find other users and invite your friends.

<u>Advertisers and Measurement Partners</u>

Where you have consented to personalised advertising, we will match your information e.g. your mobile advertising ID, where it is provided to us by advertisers and other partners, with your TikTok profile to serve you ads. We may also serve you ads based on the information we infer from the data these partners provide. You can opt out of this activity at any time via your app settings by going to 'Privacy and safety' and then to 'Personalization and data' and opting out of 'Ads based on data received from partners'.

We use information provided by our measurement partners, to understand how you've interacted with our ad partners' websites and better assess the effectiveness of the advertising on our Platform.

For more information about how our measurement and analytics providers collect data from the Platform, please see our Cookies Policy.

**Technical Information we collect about you**

We collect certain information from you when you use the Platform including when you are using the app without an account. Such information includes your IP address, instance IDs (which allow us to determine which devices to deliver messages to), mobile carrier, time zone settings, identifier for advertising purposes and the version the app

you are using. We will also collect information regarding the device you are using to access the Platform such as the model of your device, the device system, network type, device ID, your screen resolution and operating system, audio settings and connected audio devices. Where you log-in from multiple devices, we will be able to use your profile information to identify your activity across devices.

## Location

When you use the Platform on a mobile device, we will collect information about your location in order to customise your experience. We infer your approximate location based on your IP address. In certain jurisdictions, we may also collect Global Positioning System data.

## Information about your friends

You can choose whether to find other users of the Platform using our "Find Friends" function and to invite your contacts to join you on the Platform. We will use the contact information you have for that person, such as from within your telephone's contact list or Facebook friends list, and give you the option to send them either an SMS, email or third party message (such as Whatsapp, Facebook Messenger or Twitter) inviting them to view your TikTok profile.

We use your personal data to find matches based on your contact information and your address book. However, your contact information and your address book is private and will not be disclosed. We use a technical system to find matches without sending your own information or your address book to us in plain text.

If you want to find other users through your Facebook contacts, you can grant us access to your Facebook contact list. We will then collect your public Facebook information as well as names and profiles of your Facebook contacts. We will match this to registered users and show you any matches so you can follow them.

## In-app purchases

If you make in-app purchases, please review our Virtual Items Policy. Your purchase will be made via your Apple iTunes or Google Play account. We do not collect any financial or billing information from you in relation to such a transaction. Please review the relevant app store's terms and notices to learn about how your data is used. We keep a record of the purchases you make, the time at which you make those purchases and the amount spent so that we can credit your account with the correct value in coins.

## Information you provide to us

We collect information you provide us in response to a survey. If you respond to a TikTok survey, your individual responses will be used for the purpose of the survey and will be shared with other organisations, as explained to you when you participate in a survey. We may also use aggregate data from these surveys in the same way.

We also collect information you provide to us in correspondence.

**AR-966**

**Proof of your identity or age**

We sometimes ask you to provide proof of identity or age in order to use certain features, such as Livestream or verified accounts, or when you apply for a "Pro Account".

## 2. Cookies

Cookies and similar technologies (e.g. pixels and ad tags) (collectively, "**Cookies**") are small files which, when placed on your device, enable us to collect certain information, including personal data, from you in order to provide certain features and functionality. We and our service providers and business partners use Cookies to collect data and recognise you and your device(s) on the Platform and elsewhere across your different devices. We do this to better understand the effectiveness of the advertising on the Platform and to enhance your user experience. To learn more about cookies please see our Cookies Policy.

## 3. How we use your personal data

We will use the information we collect about you based on the legal grounds described below.

In accordance with, and to perform our contract with you, we will use your information to:

- provide the Platform and associated services;

- notify you about changes to our service;

- provide you with user support;

- enforce our terms, conditions and policies;

- administer the Platform including troubleshooting;

- personalise the content you receive and provide you with tailored content that will be of interest to you;

- enable you to share User Content and interact with other users;

- enable our messenger service to function if you choose to use it and are 16 or above;

- enable you to participate in the virtual items program; and

- communicate with you.

In order to comply with our legal obligations and as necessary to perform tasks in the public interest or to protect the vital interests of our users and other people, we use your data to help us prevent and respond to abuse, fraud, illegal

AR-967

activity and other potentially harmful content on the Platform.

TikTok Footnote 113,116 - TikTok Privacy Policy

In accordance with our legitimate interests to provide an effective and dynamic Platform, we may use your information to:

- ensure your safety and security, including reviewing User Content, messages and associated metadata for breaches of our Community Guidelines and our Terms of Service;

- ensure content is presented in the most effective manner for you and your device;

- understand how people use the Platform so that we can improve, promote and develop it;

- promote popular topics, hashtags and campaigns on the Platform;

- carry out data analysis and test the Platform to ensure its stability and security;

- verify your identity, for example, to enable you to have a 'verified account', and your age, for example, to ensure you are old enough to use certain features;

- provide non-personalised advertising, which keeps many of our services free;

- infer your interests for optimising our advertising offerings, which, where you've consented to personalised advertising, may be based on the information our advertising partners provide to us;

- measure the effectiveness of the advertising you see on our Platform;

- inform our algorithms so we can deliver the most relevant content to you and to prevent crime and misuse of the Platform;

- carry out surveys regarding our services, products and features;

- allow you to participate in interactive features of the Platform; and

- enable you to socialise on the Platform. For example, we may allow other users to identify you via the "Find Friends" function or through their phone contacts or connect you with other users by tracking who you share links with.

Where we process your information to fulfill our legitimate interests, we conduct a balancing test to check that using personal data is really necessary for us to achieve our business purpose. When we carry out this balancing test we also take into account the privacy rights of our users and put in place appropriate safeguards to protect their personal data.

**AR-968**

With your consent, we will use your information to provide you with personalised advertising. Please see the sections on Advertisers in "Information from Third Parties" for more information. You can control your personalised advertising settings at any time via your app settings. Please go to 'Privacy and safety' and then 'Personalization and data' to manage and control your advertising preferences. If you do not consent to personalised advertising, you will still see non-personalised advertising on the Platform.

## 4. How we share your personal data

We share your data with the following selected third parties:

**Business Partners**

- If you choose to register to use the Platform using your social network account details (e.g. Facebook, Twitter, Instagram, Google), you provide us or allow your social network to provide us with your username and public profile. We will likewise share certain information with the relevant social network such as your app ID, access token and the referring URL.

- Where you opt to share content on social media platforms, the video, username and any text associated with the post will be shared on that platform or, in the case of sharing via instant messaging platforms such as Whatsapp, a link to the content will be shared.

- In order to provide the "Find Friends" functionality with your Facebook contact list, we share data with Facebook to allow this function to work.

**Payment Providers**

- If you are 18 or over and choose to buy virtual items we will share data with the relevant payment provider to facilitate this transaction. We share a transaction ID to enable us to identify you and credit your account with the correct value in coins once you have made the payment.

**Service Providers**

- We provide information and content to service providers who support our business, such as cloud service providers and providers of content moderation services to ensure that the Platform is a safe and enjoyable place.

**Analytics and measurement providers**

- We use analytics and measurement providers to help us improve the Platform including by assisting us with content measurement and following your activity on our Platform across your devices.

- Our third party analytics and measurement providers also help us measure advertising on our Platform and help our advertisers determine whether their advert has been shown on our Platform

AR-969

and how it performed. We share your mobile advertising ID and other device data with measurement companies so that they can link your activity on the Platform with your activity on our advertisers' websites.

**Advertisers**

- We only share aggregated user information with advertisers. Aggregated information is information that is grouped together and is not specific to an individual user. This is done to help measure the effectiveness of an advertising campaign by showing advertisers how many users of the Platform have viewed or clicked on an advertisement.

**Our Corporate Group**

- We may share your information with other members, subsidiaries, or affiliates of our corporate group where it is necessary to provide the Platform in accordance with the Terms of Service.

- We share information to improve and optimise the Platform, including to prevent illegal use and to support users.

**Law Enforcement / Legal Obligation**

- We may share your information with law enforcement agencies, public authorities or other third parties if we consider that we are legally required to do so or if such use is reasonably necessary to:

- comply with a legal process or request;

- enforce our Terms of Service and other agreements, policies, and standards, including investigation of any potential violation;

- detect, prevent or otherwise address abuse, fraud, illegal activity or security or technical issues; or

- protect the rights, property or safety of us, our users, a third party or the public as required or permitted by law (including exchanging information with other companies and organisations for the purposes of fraud protection and credit risk reduction).

**Public Profiles**

- If your profile is public, your content will be visible to anyone on the Platform and may also be accessed or shared by your friends and followers as well as third parties such as search engines, content aggregators and news sites. You can change who can see a video each time you upload a video. You can also change your profile to private by changing your settings to 'Private account' in

'Privacy and safety' settings. If your profile is public, other users can use your content to produce and upload further content, for example, by creating a duet with your video.

**Sale or Merger**

- We disclose your information to third parties:

- in the event that we sell or buy any business or assets (for example, as a result of liquidation, bankruptcy or otherwise). In such transactions, we will disclose your data to the prospective seller or buyer of such business or assets; or

- if we sell, buy, merge, are acquired by, or partner with other companies or businesses, or sell some or all of our assets. In such transactions, user information may be among the transferred assets.

## 5. Where we store your personal data

The personal data that we collect from you will be transferred to, and stored at, a destination outside of the European Economic Area ("EEA").

Where we transfer your personal data to countries outside the EEA, we do so under the European Commission's model contracts for the transfer of personal data to third countries (i.e. standard contractual clauses) pursuant to Commission Decision 2004/915/EC or 2010/87/EU (as appropriate) or in line with any replacement mechanism approved under EU law. For a copy of these Standard Contractual Clauses, contact us at: https://www.tiktok.com/legal/report/privacy.

## 6. Your Rights

We offer you settings to control and manage the personal data we have about you.

You have the following rights:

- **Access Your Data:** You can ask us, free of charge, to confirm we process your personal data and for a copy of your personal data.

- **Delete Your Data:** You can ask us to delete all or some of your personal data.

- **Change or Correct Data:** You can ask us to change or fix your data. You can also make changes using the in-app controls and settings.

- **Portability:** You can ask for a copy of personal data you provided in a machine readable form.

- **Object or Restrict Use of Data and Withdraw Consent:** You can ask us to stop using some or all of your data, e.g. if we have no legal right to keep using it. You can ask us to stop processing your

personal data for direct marketing purposes, withdraw your consent or ask us to stop making any automatic individual decisions, including profiling. If you object to such processing, we ask you to share the reason for your objection in order for us to examine the processing of your personal data and to balance our legitimate interest in processing and your objection to this processing.

Before we can respond to a request to exercise one or more of the rights listed above, you may be required to verify your identity or your account details.

For information about how to make these requests, you can contact us using the contact information below, and we will review your request while considering applicable laws. TikTok Ireland will be responsible for responding to your request within the relevant periods provided by law. If necessary to resolve your request, TikTok Ireland will liaise with TikTok UK.

## 7. The security of your personal data

We take steps to ensure that your information is treated securely and in accordance with this policy. Unfortunately, the transmission of information via the internet is not completely secure. Although we will do our best to protect your personal data, for example, by encryption, we cannot guarantee the security of your information transmitted via the Platform, which means any transmission is at your own risk.

We have appropriate technical and organisational measures to ensure a level of security appropriate to the risk that may be posed to you and other users. We maintain these technical and organisational measures and will amend them from time to time to improve the overall security of our systems.

We will, from time to time, include links to and from the websites of our partner networks, advertisers and affiliates. If you follow a link to any of these websites, please note that these websites have their own privacy policies and that we do not accept any responsibility or liability for these policies. Please check these policies before you submit any information to these websites.

## 8. How long we keep your personal data

We retain your information for as long as it is necessary to provide you with the service so that we can fulfil our contractual obligations and exercise our rights in relation to the information involved. Where we do not need your information in order to provide the service to you, we retain it only for so long as we have a legitimate business purpose in keeping such data.

If you ask us to delete your account it will first be placed into a deactivated state for 30 days (to allow you to request it to be reinstated), followed by the deletion of the account. We will also delete personal data that relates to the in-app messaging function within 30 days of you cancelling your user account. Please note that messages sent to other users of our service are stored on their devices and cannot be deleted by us.

In each case, there are also occasions where we may need to keep your data for longer in accordance with our legal obligations or where it is necessary for legal claims.

**AR-972**

## 9. Information relating to children

TikTok is not directed at children under the age of 13. If you believe that we have personal data about or collected from a child under the relevant age, contact us at: https://www.tiktok.com/legal/report/privacy.

## 10. Changes

We will notify you of any material changes to this policy through a notice provided via the Platform or by other means. The "Last Updated" date at the top of this policy reflects the effective date of such policy changes.

## 11. Who we are and how to contact us

TikTok Ireland and TikTok UK provide the Platform and associated services, and together process personal data in the manner described in this policy and in our Terms of Service. For users of the Platform in the EEA and Switzerland, TikTok Ireland is the service provider in accordance with our Terms of Service and if you are in the UK, the provider of the Platform is TikTok UK. TikTok Ireland and TikTok UK share information as joint controllers of your data where it is necessary to do so to operate the Platform efficiently and in line with applicable laws.

If you have questions or complaints regarding this policy, or if you wish to reach the TikTok's Data Protection Officer, contact us at: https://www.tiktok.com/legal/report/privacy. You can also contact us at the following postal address.

**For users in the European Union, European Economic Area and Switzerland:** TikTok Technology Limited, 10 Earlsfort Terrace, Dublin, D02 T380, Ireland.

**For users in the United Kingdom:** TikTok Information Technologies UK Limited, WeWork, 125 Kingsway, London, WC2B 6NH, United Kingdom.

If contacting us does not resolve your complaint you have the right to complain to your local data protection supervisory authority.

# Privacy Policy
(If you are not in the US, EEA or Switzerland)

*Last updated: August 2020*

Welcome to TikTok (the "**Platform**"). The Platform is provided and controlled by TikTok Pte. Ltd., with its registered address at 201 Henderson Road#06-22, Apex@Henderson, Singapore 159545 ("**TikTok**", "**we**" or "**us**").

We are committed to protecting and respecting your privacy.  This policy explains our practices concerning the personal data we collect from you, or that you provide to us. If you do not agree with this policy, you should not use

the Platform.   Case 1:20-cv-02658-CJN   Document 48-2   Filed 11/01/20   Page 250 of 288

TikTok Footnote 113,116 - TikTok Privacy Policy

If you have any questions about how we use your personal data, contact us at: https://www.tiktok.com/legal/report/privacy.

## SUMMARY

### What information do we collect about you?

We collect and process information you give us when you create an account and upload content to the Platform. This includes technical and behavioural information about your use of the Platform.  We also collect information about you if you download the app and interact with the Platform without creating an account.

### How will we use the information about you?

We use your information to provide the Platform to you and to improve and administer it.  We use your information to, among other things, show you suggestions in the 'For You' feed, improve and develop the Platform and ensure your safety.  Where appropriate, we will also use your personal information to serve you targeted advertising and promote the Platform.

### Who do we share your information with?

We share your data with third party service providers who help us to deliver the Platform, such as cloud storage providers. We also share your information with business partners, other companies in the same group as TikTok, content moderation services, measurement providers, advertisers, and analytics providers. Where and when required by law, we will share your information with law enforcement agencies or regulators, and with third parties pursuant to a legally binding court order.

### How long do we keep hold of your information?

We retain your information for as long as it is necessary to provide you with the service. Where we do not need your information in order to provide the service to you, we retain it only as long as we have a legitimate business purpose in keeping such data or where we are subject to a legal obligation to retain the data. We will also retain your data if we believe it is or will be necessary for the establishment, exercise or defence of legal claims.

### How will we notify you of any changes to this Privacy Policy?

We will generally notify all users of any material changes to this policy through a notice on our Platform. However, you should look at this policy regularly to check for any changes. We will also update the "Last Updated" date at the top of this policy, which reflects the effective date of such policy. By accessing or using the Platform, you acknowledge that you have read this policy and that you understand your rights in relation to your personal data and how we will collect, use and process it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## 1. The types of personal data we use

We collect and use the following information about you:

**Your Profile Information.** You give us information when you register on the Platform, including your username, date of birth (where applicable), email address and/or telephone number, information you disclose in your user profile, and your photograph or profile video.

**User Content and Behavioural Information.** We process the content you generate on the Platform, including preferences you set (such as choice of language), photographs and videos you upload and comments you make ("**User Content**"). In order to improve the upload speed of User Content before clicking "Post" to confirm the upload, we will provide a preload service to upload audio and video in advance. If you cancel or fail to upload the content for other reasons, we will delete the associated audio and video from our server. We collect information through surveys, challenges and competitions in which you participate. We also collect information regarding your use of the Platform, *e.g.*, how you engage with the Platform, including how you interact with content we show to you, the ads you view, videos you watch and problems encountered, the content you like, the content you save to 'My Favourites' and the users you follow.  We also infer your preferences, including your interests, gender and age for the purpose of

personalising content. We process information about your followers, the likes you receive and responses to content you upload, for the purposes of promoting your content to other TikTok users and exploring whether your profile presents further opportunities for collaboration. Where appropriate, we will also use this information for the purpose of serving personalised advertising and to tell you about new services and opportunities.

**Information from Third Parties.** You may choose to share certain data with us from third parties or through your use of the Platform, we may collect such third party data automatically. We have set out further detail on the information we receive from third parties below:

<u>Business Partners</u>

If you choose to register to use the Platform using your social network account details (*e.g.*, Facebook, Twitter, Instagram, Google), you will provide us or allow your social network to provide us with your username and public profile. We will likewise share certain information with your social network such as your app ID, access token and the referring URL. For further information on sharing your Facebook contact list with us, please see Find other users and invite your friends.

<u>Advertisers and Advertising Networks</u>

We use the information collected from you, and your interaction with the Platform and other third party sites, to infer your likely interests to provide you with more relevant advertising. This information tells us about websites you've visited, apps you've downloaded and purchases you have made so that we can predict what else might interest you in the future and assess how effective the advertising on our Platform is. We collect this information by the use of Cookies and similar technologies on our App and from similar information received from third parties who advertise on our Platform and whose sites you visit.

**Technical Information we collect about you.** We automatically collect certain information from you when you use the Platform including when you are using the App without an account. Such information includes your IP address, browsing history (i.e. the content you have viewed on the Platform), mobile carrier, time zone settings, identifier for advertising purposes and the version of the app you are using. We will also collect information regarding the device you are using to access the Platform such as the model of your device, the device system, network type, device ID, your screen resolution and operating system. Where you log-in from multiple devices, we will be able to use your profile information to identify your activity across devices.

**Location.** We use the 'Region' you select in Settings to customise your TikTok experience except where we provide location-based services, in which case we collect GPS (where we have your consent).

**Find other users and invite your friends.** You can choose whether to find other users of the Platform using our 'Find Friends' function. This functionality allows you to see which of your friends from either your telephone's contact list or Facebook friends list is using the Platform and offers you the option to follow them. You can also use this function to invite your contacts to join you on the Platform. We will use the contact information you have for that person, either from within your telephone's contact list or Facebook friends list and give you the option to send them either an SMS, email or third party message (such as Whatsapp, Facebook (including Facebook Messenger) or Twitter) inviting them to view your TikTok profile.

**Buy coins.** If you reside in certain jurisdictions that offer in-app coin purchases, please note the provisions of our Virtual Items Policy. Your purchase will be made via your Apple iTunes or Google Play account. We do not collect any financial or billing information from you in relation to such a transaction. Please review the relevant app store's terms and notices in respect of the handling of such data. So that we can credit your account with the correct value in coins, we keep a record of the purchases you make, the time at which you make those purchases and the amount spent.

# 2. Cookies

We and our vendors and service providers use cookies and other similar technologies (*e.g.*, web beacons, flash cookies, etc.) ("Cookies") to automatically collect information, measure and analyze which web pages you click on and how you use the Platform, enhance your experience using the Platform, improve our services, and provide you with targeted advertising on the Platform and elsewhere across your different devices. Cookies are small files which, when placed on your device, enable the Platform to provide certain features and functionality. Web beacons are very

small images or small pieces of data embedded in images, also known as 'pixel tags' or 'clear GIFs', that can recognize Cookies, the time and date a page is viewed, a description of the page where the pixel tag is placed, and similar information from your computer or device. By using the Platform, you consent to our use of Cookies.

Additionally, we allow our business partners, advertising networks, and other advertising vendors and service providers (including analytics vendors and service providers) to collect information about your online activities through Cookies. We link your contact or subscriber information with your activity on our Platform across all your devices, using your email or other log-in or device information. These third parties may use this information to display advertisements on our Platform and elsewhere online tailored to your interests, preferences, and characteristics. We are not responsible for the privacy practices of these third parties, and the information practices of these third parties are not covered by this Privacy Policy.

You may be able to refuse or disable Cookies by adjusting your browser settings. Because each browser is different, please consult the instructions provided by your browser. Please note that you may need to take additional steps to refuse or disable certain types of Cookies. For example, due to differences in how browsers and mobile apps function, you may need to take different steps to opt out of Cookies used for targeted advertising in a browser and to opt out of targeted advertising for a mobile application, which you may control through your device settings or mobile app permissions. In addition, your opt-out selection is specific to the particular browser or device that you are using when you opt out, so you may need to opt-out separately for each of browser or device. If you choose to refuse, disable, or delete Cookies, some of the functionality of the Platform may no longer be available to you.

## 3. How we use your personal data

We will use the information we collect about you in the following ways:

- notify you about changes to our service;

- provide you with user support;

- personalise the content you receive and provide you with tailored content that will be of interest to you;

- enable you to share User Content and interact with other users;

- enable our messenger service to function if you choose to use this function;

- enable you to participate in the virtual items program;

- communicate with you;

- to help us detect and combat abuse, harmful activity, fraud, spam, and illegal activity on the Platform;

- ensure your safety and security including reviewing user content, messages and associated metadata for breach of our Community Guidelines and other inappropriate content;

- ensure content is presented in the most effective manner for you and your device;

AR-976

- improve, promote and develop the Platform and promote popular topics, hashtags and campaigns on the Platform;

- carry out data analysis and test the Platform to ensure its stability and security;

- allow you to participate in interactive features of the Platform;

- to enable you to socialise on the Platform, for example, by allowing other users to identify you via the "Find other friends" function or through their phone contacts;

- to ensure that you are old enough to use our Platform (as required by law).

- provide you with personalised advertising;

- provide you with location-based services (where those services are available in your jurisdiction);

- enforce our terms, conditions and policies; and

- administer the Platform including troubleshooting.

## 4. How we share your personal data

We share your data with the following selected third parties:

Business Partners

If you choose to register to use the Platform using your social network account details (*e.g.*, Facebook, Twitter, Instagram, Google), you will provide us or allow your social network to provide us with your username and public profile. We will likewise share certain information with the relevant social network such as your app ID, access token and the referring URL.

Where you opt to share content on social media platforms, the video, username and accompanying text will be shared on that platform or, in the case of sharing via instant messaging platforms such as Whatsapp, a link to the content will be shared.

Payment Providers

If you choose to Buy Coins, we will share data with the relevant payment provider to facilitate this transaction. We share a transaction ID to enable us to identify you and credit your account with the correct value in coins once you have made the payment.

Service Providers

We provide information and content to service providers who support our business, such as cloud service providers and providers of content moderation services to ensure that the Platform is a safe and enjoyable place.

Analytics providers

We use analytics providers to help us in the optimisation and improvement of the Platform.  Our third party analytics providers also help us serve targeted adverts

TikTok Footnote 113,116 - TikTok Privacy Policy

We share information with advertisers and third party measurement companies to show how many and which users of the Platform have viewed or clicked on an advertisement. We share your device ID with measurement companies so that we can link your activity on the Platform with your activity on other websites; we then use this information to show you adverts which may be of interest to you.

## Our Corporate Group

We may also share your information with other members, subsidiaries, or affiliates of our corporate group, to provide the Platform including improving and optimising the Platform, preventing illegal use and supporting users.

## Law Enforcement

We will share your information with law enforcement agencies, public authorities or other organisations if legally required to do so, or if such use is reasonably necessary to:

- comply with legal obligation, process or request;

- enforce our Terms of Service and other agreements, policies, and standards, including investigation of any potential violation thereof;

- detect, prevent or otherwise address security, fraud or technical issues; or

- protect the rights, property or safety of us, our users, a third party or the public as required or permitted by law (including exchanging information with other companies and organisations for the purposes of fraud protection and credit risk reduction).

## Public Profiles

Please note that if your profile is public, your content will be visible to anyone on the Platform and may also be accessed or shared by your friends and followers as well as third parties such as search engines, content aggregators and news sites. You can change who can see a video each time you upload a video. Alternatively, you can change your profile to default private by changing your settings to 'Private Account' in "Manage my account" settings.

## Sale or Merger

We will also disclose your information to third parties:

- in the event that we sell or buy any business or assets (whether a result of liquidation, bankruptcy or otherwise), in which case we will disclose your data to the prospective seller or buyer of such business or assets; or

- if we sell, buy, merge, are acquired by, or partner with other companies or businesses, or sell some or all of our assets. In such transactions, user information may be among the transferred assets.

## 5. Where we store your personal data

AR-978

The personal data we collect from you may be stored on a server located in Singapore or the United States, outside of the country where you live. We maintain major servers around the world to bring you our services globally and continuously.

## 6. Your Choices

You can access and edit most of your profile information by signing into TikTok. You can delete the User Content you uploaded. We also provide a number of tools in Settings that allow you to control, among others, who can view your videos, send you messages, or post comments to your videos. Should you choose to do so, you may delete your entire account in Settings. If you have any questions on how to use those tools, or want to know about any rights you may have in the country where you live, please contact us at: https://www.tiktok.com/legal/report/privacy.

## 7. The security of your personal data

We take steps to ensure that your information is treated securely and in accordance with this policy. Unfortunately, the transmission of information via the internet is not completely secure. Although we will protect your personal data, for example, by encryption, we cannot guarantee the security of your information transmitted via the Platform; any transmission is at your own risk.

We have appropriate technical and organizational measures to ensure a level of security appropriate to the risk of varying likelihood and severity for the rights and freedoms of you and other users. We maintain these technical and organizational measures and will amend them from time to time to improve the overall security of our systems.

We will, from time to time, include links to and from the websites of our partner networks, advertisers and affiliates. If you follow a link to any of these websites, please note that these websites have their own privacy policies and that we do not accept any responsibility or liability for these policies. Please check these policies before you submit any information to these websites.

## 8. How long we keep your personal data

We retain your information for as long as it is necessary to provide you with the service. Where we do not need your information in order to provide the service to you, we retain it only for so long as we have a legitimate business purpose in keeping such data. However, there are occasions where we are likely to keep this data for longer in accordance with our legal obligations or where it is necessary for the establishment, exercise or defence of legal claims.

After you have terminated your use of our Platform, we store your information in an aggregated and anonymised format.

## 9. Information relating to children

TikTok is not directed at children under the age of 13. In certain cases this age may be higher due to local regulatory requirements, please see your local privacy policy for more information. If you believe that we have personal data about or collected from a child under the relevant age, contact us at: https://www.tiktok.com/legal/report/privacy.

## 10. Complaints

In the event that you wish to make a complaint about how we process your personal data, contact us immediately at: https://www.tiktok.com/legal/report/privacy. We will endeavour to deal with your request as soon as possible. This is without prejudice to your right to launch a claim with the relevant data protection authority.

## 11. Changes

We will generally notify all users of any material changes to this policy, through a notice provided via the Platform. However, you should look at this policy regularly to check for any changes. We will also update the "Last Updated" date at the top of this policy, which reflects the effective date of such policy. Your continued access to or use of the Platform after the date of the updated policy constitutes your acceptance of the updated policy. If you do not agree to the updated policy, you must stop accessing or using the Platform.

AR-979

**12. Contact**

If you have questions, comments, or requests regarding this policy, contact us at: https://www.tiktok.com/legal/report/privacy.

## Supplemental Terms – Jurisdiction-Specific

In the event of a conflict between the provisions of the Supplemental Terms – Jurisdiction-Specific that are relevant to your jurisdiction from which you access or use the Services, and the rest of policy, the relevant jurisdictions' Supplemental Terms – Jurisdiction-Specific will supersede and control.

*India.* If you are using our services in India, the Platform is provided and controlled by Bytedance (India) Technology Private Limited. TikTok is our brand for providing and promoting the services. When using these services from India, please accordingly read "**TikTok**", "**we**" or "**us**" in this policy to refer to Bytedance (India) Technology India Private Limited.

*Indonesia.* If you are using our services in Indonesia, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of this policy, the following terms shall apply.

*Age, Parental and Guardian Consent.* By accessing and/or using this Platform, you represent that you are at least 21 years of age or married or not under guardianship. If you are below 21 years old and you are not married, or under guardianship:

- you must obtain approval from your parent(s) or legal guardian(s); and

- your parent(s) or legal guardian(s) are responsible for: (i) all your actions in connection with your access to and use of the Platform; (ii) your compliance with this policy; and (iv) ensuring that any of your participation in the Platform will not, in any event, result in any violation of applicable laws and regulations relating to child protections.

If you do not have consent from your parent(s) or legal guardian(s) and your parent(s) or guardian(s) is not willing to open the account under their name, you must cease accessing the Platform.

*Your Choices.* You may withdraw your consent to TikTok's disclosure of personal data to third parties. Upon your request, we will ease to display, publish, transmit, disseminate, and/or open the access to your personal data to third parties. Please note that by withdrawing your consent to the disclosure and/or collection of your personal data, we may not be able to fulfill your requests and you may not be able to use some of TikTok features and functionality.

You may request TikTok to (i) disclose history of personal data that we have collected; and/or (ii) erase and dispose your personal data that we have collected on our server. Please note that by requesting us to erase and dispose your personal data, you may not be able to use some of TikTok features and functionality.

To exercise any of your rights, contact us at: https://www.tiktok.com/legal/report/privacy.

*Notification.* In the event of any breach of personal data, we will notify you and provide you with information regarding such breach of personal data.

*Data retention.* We retain your information for as long as it is necessary to provide you with the service. Where we do not need your information in order to provide the service to you, we retain it only for so long as we have a legitimate business purpose in keeping such data. However, there are occasions where we are likely to keep this data for five (5) years (or longer if required) in accordance with our legal obligations or where it is necessary for the establishment, exercise or defence of legal claims.

**AR-980**

After you have terminated your use of our Platform and the five (5) years retention period has lapsed, we store your information in an aggregated and anonymised format. Non-personally identifiable information may be retained indefinitely for analytics.

**Philippines.** If you are using our services in Philippines, the following additional terms shall apply pursuant to the relevant laws, rules and regulations and issuances by the Philippines National Privacy Commission ("NPC") on data privacy.

**Your Rights**. To the extent that the relevant laws, rules and regulations on data privacy recognize your rights and freedoms as data subjects, you shall have the right to information, object, access, rectification, erasure or blocking, lodge complaints before the NPC, damages and data portability. Before we can respond to a request to exercise one or more of the rights listed above, you may be required to verify your identity or your account details.

**Last Updated:** This Supplementary Terms of this Policy was last updated on February 21, 2020 and is effective on the same date.

**Turkey.** If you are using our services in Turkey, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of this policy, the following terms shall prevail.

**Purposes for the processing your personal data.** Our purposes for processing your personal data categories as mentioned under "1. The types of information we collect" are; (i) complying with our legal obligations, (ii) fulfilling our obligations stemming from the Terms and Conditions, (iii) processing for all legitimate purposes including providing you the services set forth in the Terms and Conditions, (iv) complying with the retaining, reporting and notifying obligations set forth in the legislation and determined by the relevant regulatory authorities and other authorities; and all other obligations provided in the laws, (v) retaining your personal data based on the statute of limitations set out in the relevant laws and (vi) processing of your personal data which are already made public.

**Your rights.** According to Article 11 of the Data Protection Law, you are entitled to request the following with respect to your personal data by submitting a written request:

- to learn whether the personal data relating to you are being processed,

- if it is processed, to request information with regard to processing,

- to learn purposes of the processing and whether they are used for such purpose or not;

- to know the third persons within or outside the country to whom the personal data are transferred,

- to request correction of the personal data if the data is processed incompletely or inaccurately,

- to request deletion or destruction of the personal data under the conditions set forth in Article 7 of the Data Protection Law,

- to request notifying third persons to whom the personal data are transferred, about the processes completed within the scope of the foregoing two items,

- to object to negative consequences about you that are concluded as a result of analysis of the processed personal data exclusively by automatic means,

- to claim indemnification if the you suffered damage due to illegal processing of your personal data.

AR-981

You may exercise your rights listed above by contacting us at: https://www.tiktok.com/legal/report/privacy.

The requests found in your application will be resolved as soon as possible according to the nature of your request and within thirty days at the latest free of charge. However, if your request incurs additional cost to our company, then you may be charged over the tariff fee determined by the Turkish Personal Data Protection Board.

*Language.* This policy is written in the English language and Turkish language. In the event of any inconsistency or different interpretation between the English text and Turkish text, the relevant Turkish text shall prevail.

*Vietnam.* If you are using our services in Vietnam, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of this policy, the following terms shall prevail.

*Age, Parental and Guardian Consent.* By accessing and/or using this Platform, you represent that you are at least 16 years of age or not under guardianship. If you are below 16 years old or under guardianship:

- you must obtain approval from your parent(s) or legal guardian(s); and

- your parent(s) or legal guardian(s) are responsible for: (i) all your actions in connection with your access to and use of the Platform; (ii) your compliance with this policy; and (iii) ensuring that any of your participation in the Platform will not, in any event, result in any violation of applicable laws and regulations relating to child protections.

If you do not have consent from your parent(s) or legal guardian(s) and your parent(s) or legal guardian(s) is not willing to open the account under their name, you must cease accessing the Platform.

*Thailand.* If you are using our services in Thailand, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of this policy, the following terms shall prevail.

*Age, Parental and Guardian Consent.* By accessing and/or using this Platform, you represent that you are at least 20 years of age and/or legally competent under the applicable laws. If you are below 20 years old and/or not legally competent under the applicable laws:

- you must obtain approval from your parent(s) or legal guardian(s); and

- your parent(s) or legal guardian(s) are responsible for: (i) all your actions in connection with your access to and use of the Platform; (ii) your compliance with this policy; and (iii) ensuring that any of your participation in the Platform will not, in any event, result in any violation of applicable laws and regulations relating to child protections.

If you do not have consent from your parent(s) or legal guardian(s) and your parent(s) or legal guardian(s) is not willing to open the account under their name, you must immediately cease accessing the Platform.

*United Arab Emirates.* If you are using the Platform in the United Arab Emirates ("UAE"), the following additional terms apply. If any conflict arises between the main Privacy Policy and the additional terms, the following terms shall prevail:

1. How we share your personal data

AR-982

In addition to the main text of this policy, by using the Platform in the UAE you agree to our Privacy Policy and consent to our sharing of your data with TikTok in line with the context of this Privacy Policy.

## 2. Governing law and dispute resolution

By using our Platform in the UAE, this Privacy Policy will be governed by and interpreted in accordance with the laws of the UAE. In the event of a dispute arising between the parties in connection with this Privacy Policy:

- where the dispute relates to a claim for a sum within the limits specified by the DIFC Small Claims Tribunal from time to time, then the dispute shall be referred by either party to the said Tribunal; and

- for all other disputes, the parties shall seek settlement of that dispute by mediation in accordance with the Mediation Rules of the DIFC-LCIA Arbitration Centre, which Rules are deemed to be incorporated by reference to this clause. If the dispute is not settled by mediation within 30 days of the commencement of the mediation, or such further period as the parties shall agree in writing, the dispute shall be referred to and finally resolved by arbitration under the Arbitration Rules of the DIFC-LCIA Arbitration Centre, which Rules are deemed to be incorporated by reference to this clause. The language to be used in the mediation and in the arbitration, shall be English. In any arbitration commenced pursuant to this clause the number of arbitrators shall be one and the arbitration shall be conducted in Dubai.

*Israel.* If you are using our services in Israel, the following additional terms apply.

- You declare that you are over the age of 18. If you are under the age of 18, please have your parent or legal guardian read this with you. If you are reviewing these terms as the parent/legal guardian of a user who is under the age of 18, you hereby declare that such user is above the age of 13 and that you have read and acknowledged TikTok's Privacy Policy and Terms of Use and agree to the use by your child of  the Platform and registration for an account.

*South Korea.* If you are using our services in South Korea, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of this policy, the following terms shall prevail.

- ***Entrustment and/or Overseas Transfer of Personal Data.*** We entrust your data to our affiliates, cloud storage providers, IT service providers, and data centers, some of whom are located abroad (See the Korean language Privacy Policy), subject to your consents or notifications to you, if applicable. The entities receiving and processing your data are committed to using and storing personal data in compliance with domestic and international regulations and to taking all available physical and technical measures to protect personal data. You may opt-out of such transfer so long as the transfer is not necessary to provide you with the Service, by contacting us here.

*Brazil.* If you are using the Platform in Brazil, the following additional terms apply. If any conflict arises between the main Privacy Policy and the additional terms, the following terms shall prevail:

**AR-983**

*Parental and Guardian Consent.* If required by Brazilian data protection laws, (i) if you are over the age of 16 but

under the age of 18, you can only use and register for an account with the assistance of your parent or legal guardian and you declare and represent that you had such assistance to use the Services and to agree to the Policy; (ii) if you are over the age of 13 but under the age of 16, you can only use and register for an account with the representation of your parent or legal guardian, and you must obtain the consent from your parent or legal guardian to the use of the Services and acceptance of this Privacy Policy.

*Exercise of data protection rights.* Brazilian law provides certain rights to individuals with regard to their personal data. Thus, we seek to ensure transparency and access controls in order to allow users to benefit from the mentioned rights.

We will respond and/or fulfill your requests for the exercise of your rights below, according to the applicable law and when applicable, to the Brazilian General Data Protection Law - LGPD, once it comes into force:

I. confirmation of whether your data are being processed;

II. access to your data;

III. correction of incomplete, inaccurate or outdated data;

IV. anonymization, blocking or erasure of data;

V. portability of personal data to a third party;

VI. object to the processing of personal data;

VII. information of public and private entities with which we shared data;

VIII. information about the possibility to refuse providing personal data and the respective consequences, when applicable;

IX. withdrawal of your consent.

*Verifying your identity*: For your safety and to allow us to make sure that we do not disclose any of your personal data to unauthorized third parties, in order to verify your identity and guarantee the adequate exercise of your rights, we may request specific information and/or documents from you before we can properly respond to a request received concerning your data. All data and documents received from you in the process of responding to your requests will be used for the strict purposes of analyzing your request, authenticating your identity, and finally responding to your request.

*Limitations to your rights*: In certain situations, we may have legitimate reasons not to comply with some of your requests. For instance, we may choose not to disclose certain information to you when a disclosure could adversely impact our business whenever there is a risk of violation to our trade secrets or intellectual property rights. In addition, we may refrain from complying with a request for erasure when the maintenance of your data is required for complying with legal or regulatory obligations or when such maintenance is required to protect our rights and interests in case a dispute arises. Whenever this is the case and we are unable to comply with a request you make, we will let you know the reasons why we cannot fulfill your request.

In case of doubt about your privacy, your rights or how to exercise them, please contact us through the form "Contact". If you have any questions about the processing of your personal data, we would like to clarify them.

*Access Logs.* We keep your application access logs, under confidentiality, in a controlled and safe environment, for, at least, 6 months, in order to comply with legal obligations.

**AR-984**

TikTok Footnote 175 - TikTok: Logs, Logs, Logs

You have **2** free stories left this month. Sign up and get an extra one for free.

# TikTok: Logs, Logs, Logs



Elliot Alderson  Follow

Aug 3 · 6 min read ★



We are in 2020 and the US president is about to ban TikTok, a video-sharing social network mobile app, because "it poses a risk to US national security". At the same time, Microsoft started discussions on a potential TikTok purchase in the United States. TikTok has received a lot of media coverage lately, but how much of it is factual? This is what I will try to answer in this series of articles. Each article will answer a very specific question. It is time to put the facts back on the table.

· · ·

**Disclaimer**

AR-990

We discussed by private messages and he explained me the issue. He listened to the network requests made by TikTok and noticed that a request was made every 2 minutes. However, the content was encrypted and he was unable to decrypt it.

Sounds like a good starting point for our journey:

- What does TikTok regularly send?

- When is it sent?

- Where is it sent?

- How the content is encrypted?

. . .

## II) What does TikTok regularly send?

When debugging something, 90% of the work is being able to reproduce it. So, first I tried to reproduce the issue.

1. I downloaded the latest version of TikTok from the French PlayStore

2. I set up Burp Suite to intercept the network requests made by my phone

3. I used a Frida script to bypass the SSL pinning implemented in the app and started TikTok



Bingo! Every 5 minutes, TikTok sent a network request with an encrypted content.

## II.1) The /service/2/app_log/ endpoint

Let's focus on the requests made to the endpoint *service/2/app_log/*.



**Parameters**

Before studying its encrypted content, we can already see that this request contains a huge amount of parameters.

```
iid=6856464336114960134
device_id=6727990782160700929
ac=wifi
channel=googleplay
aid=1233
app_name=musical_ly
version_code=160652
version_name=16.6.52
device_platform=android
ab_version=16.6.52
ssmix=a
device_type=Nexus+6P
device_brand=google
language=en
os_api=27
os_version=8.1.0
openudid=e4340d3235274e4b
manifest_version_code=2021606520
resolution=1440*2392
dpi=560
update_version_code=2021606520
_rticket=1596409080380
app_skin=white
storage_type=1
current_region=FR
app_type=normal
pass-route=1
cpu_support64=true
host_abi=arm64-v8a
```

sys_region=US
pass-region=1
timezone_name=Europe%2FParis
residence=FR
app_language=en
ac2=wifi5g
uoo=0
op_region=FR
timezone_offset=3600
build_number=16.6.52
locale=en
region=US
ts=1596409079

Most of the names speak for themselves. I can see 3 types of parameters:

- Info about the device: device_id, device_type, device_brand, os_api, os_version, …

- Info about the app: app_type, app_language, version_code, version_name, build_number, …

- Info about the user: current_region, locale, region

While that might sound surprising to you, it really isn't. Such practice is pretty standard and you can be assured that most apps you use have the same data-retrieval process.

**Encrypted content**

Time to look at the encrypted content! This is the fun part 😉. I decompiled the app and searched for "app_log". I immediately found the method *sendEncryptLog* in the class *com.ss.android.common.applog.NetUtil*

- TikTok offers plethora of features to their users thanks to its million of lines long code. As such, a single article can not cover a question as broad and vague as "does TikTok poses a threat to US national security?". That's why I'll cover the matter over several articles all focused on specific subjects.

- My name is Baptiste Robert, I'm a French security researcher. I've been analysing mobile apps for years. You can find my public work at fs0c131y.com/press and my stupid tweets at twitter.com/fs0c131y.

- My goal here is to be totally transparent. I will share everything you need to double check what I wrote in this article.

- If you'd like to skip the technical details, a TL;DR is available at the end of the article.

. . .

## I) Introduction

On August 2, 2020, I started to analyse TikTok and tweeted about it.



```java
public static String sendEncryptLog(String arg4, byte[] arg5, Context arg6, boolean arg7) throws
Exception {
    if(!o.a(arg4) && arg5 != null && arg5.length > 0) {
        ByteArrayOutputStream v0 = new ByteArrayOutputStream(0x2000);
        GZIPOutputStream v2 = new GZIPOutputStream(v0);
        try {
            v2.write(arg5);
        }
        catch(Throwable unused_ex) {
            v2.close();
            return null;
        }

        v2.close();
        byte[] v5 = v0.toByteArray();
        NetUtil.addFailedCount(arg6);
        int v0_1 = 0;
        if(NetUtil.sEncryptFaildCount < 3) {
            v0_1 = 1;
            v5 = b.a(v5, v5.length);
            NetUtil.minusFailedCount(arg6);
        }

        if(v5 != null && v0_1 != 0) {
            String v4 = arg4 + "&tt_data=a";
            if(arg7) {
                v4 = v4 + "&config_retry=b";
            }

            HashMap v6_2 = new HashMap();
            v6_2.put("Content-Type", "application/octet-stream;tt-data=a");
            return k.a().a(v4, v5, v6_2, null);
        }

        throw new RuntimeException("encrypt failed");
    }

    return null;
}
```

You don't read code? That's ok, don't worry. Look at the method signature. It took 4
parameters. arg4 is the url, arg5 is the content of the request (non encrypted) and the
rest we don't care for the moment.

Now, I can use Frida to intercept the call of this method and see the content of the
request before encryption.

```javascript
function TTencryptedLog() {
    var NetUtil = Java.use('com.ss.android.common.applog.NetUtil')
    NetUtil.sendEncryptLog.overload('java.lang.String', '[B', 'android.content.Context',
'boolean').implementation = function (arg4, arg5, arg6, arg7) {
        console.log("[+] TTencryptedLog: arg4 = " + arg4 + ', arg7 = ' + arg7);
        console.log("[+] TTencryptedLog: arg5 = " + b2s(arg5))
        var ret = this.sendEncryptLog.overload('java.lang.String', '[B', 'android.content.Context',
'boolean').call(this, arg4, arg5, arg6, arg7);
        console.log("[+] TTencryptedLog: ret = " + ret)
        return ret;
    }
}
```

AR-996

TikTok Footnote 1451 TikTok Logs: Logs: Logs

I used my small *TTencryptedLog* method and I got the following output

```
{
    "event":[
        {
            "oldShareCookieHosts":".tiktokv.com,.byteoversea.com,.tiktok.com,.toutiao50.com,.xzcs3zlph.com,.mzfvozq
ybf.com,.qfyfltoi.com,.musical.ly,.liteshopads.com",

            "newShareCookieHosts":".tiktokv.com,.byteoversea.com,.tiktok.com,.toutiao50.com,.xzcs3zlph.com,.mzfvozq
ybf.com,.qfyfltoi.com,.musical.ly,.liteshopads.com",
            "return":"return true",
            "CurrentShareCookieHostList":"[.tiktokv.com, .byteoversea.com, .tiktok.com, .toutiao50.com,
.xzcs3zlph.com, .mzfvozqybf.com, .qfyfltoi.com, .musical.ly, .liteshopads.com]",
            "ab_sdk_version":"1700999,1791911,1763204",
            "nt":4,
            "tea_event_index":0,
            "local_time_ms":1596403740568,
            "category":"umeng",
            "tag":"handleResponse",
            "label":"shareCookieHostList",
            "session_id":"10143be2-e9cf-4943-aef9-779df7855094",
            "datetime":"2020-08-02 23:29:00",
            "event_id":399
        },
        {
            "ad_extra_data":"{\"non_hb_ad\":0,\"hb_ad\":0}",
            "is_ad_event":1,
            "is_i18n_sdk":1,
            "refer":"sdk",
            "ab_sdk_version":"1700999,1791911,1763204",
            "nt":4,
            "tea_event_index":1,
            "local_time_ms":1596403740595,
            "category":"umeng",
            "tag":"sdk_ad",
            "label":"ad_sdk_bid_upload",
            "session_id":"10143be2-e9cf-4943-aef9-779df7855094",
            "datetime":"2020-08-02 23:29:00",
            "event_id":401
        },
        {
            "nt":4,
            "tea_event_index":2,
            "local_time_ms":1596403740690,
            "category":"umeng",
            "tag":"launch_time",
            "label":"perf_monitor",
            "ext_value":916,
            "session_id":"10143be2-e9cf-4943-aef9-779df7855094",
            "datetime":"2020-08-02 23:29:00",
            "event_id":402
        }
    ],
    "event_v3":[
        {
            "nt":4,
            "ab_sdk_version":"1700999,1791911,1763204",
            "event":"caijing_iap_google_set_host",
            "params":{
                "set_host":"tp-pay-mva.byteoversea.com",
                "tea_event_index":1,
                "local_time_ms":1596403740486
            },
            "event_id":396,
            "session_id":"10143be2-e9cf-4943-aef9-779df7855094",
            "datetime":"2020-08-02 23:29:00"
        },
        {
            "nt":4,
            "ab_sdk_version":"1700999,1791911,1763204",
            "event":"null_out_cache_video",
```

AR-997

```
                "event": "pull_out_cache_video",
                "params": {
                    "is_cache": -2,
                    "is_timeout": 0,
                    "cache_num": 2,
                    "tea_event_index": 3,
                    "local_time_ms": 1596403740491
                },
                "event_id": 397,
                "session_id": "10143be2-e9cf-4943-aef9-779df7855094",
                "datetime": "2020-08-02 23:29:00"
            },
            {
                "nt": 4,
                "ab_sdk_version": "1700999,1791911,1763204",
                "event": "pull_out_cache_video",
                "params": {
                    "is_cache": 1,
                    "is_timeout": 0,
                    "cache_num": 2,
                    "tea_event_index": 4,
                    "local_time_ms": 1596403740489
                },
                "event_id": 398,
                "session_id": "10143be2-e9cf-4943-aef9-779df7855094",
                "datetime": "2020-08-02 23:29:00"
            },
            {
                "nt": 4,
                "ab_sdk_version": "1700999,1791911,1763204",
                "event": "caijing_iap_google_upload_host",
                "params": {
                    "upload_host": "tp-pay-mva.byteoversea.com",
                    "from": "confirm_task",
                    "tea_event_index": 5,
                    "local_time_ms": 1596403740570
                },
                "event_id": 400,
                "session_id": "10143be2-e9cf-4943-aef9-779df7855094",
                "datetime": "2020-08-02 23:29:00"
            }
    ],
    "launch": [
            {
                "datetime": "2020-08-02 23:29:00",
                "session_id": "10143be2-e9cf-4943-aef9-779df7855094",
                "local_time_ms": 1596403740486,
                "tea_event_index": 0,
                "is_background": true,
                "ab_sdk_version": "1700999,1791911,1763204"
            },
            {
                "datetime": "2020-08-02 23:29:00",
                "session_id": "96dce43d-629a-41ab-a8ed-cb701235bfd5",
                "local_time_ms": 1596403740724,
                "tea_event_index": 0,
                "ab_sdk_version": "1700999,1791911,1763204"
            }
    ],
    "magic_tag": "ss_app_log",
    "time_sync": {
        "server_time": 1596403776,
        "local_time": 1596403776
    },
    "header": {
        "appkey": "5559e28267e58eb4c1000012",
        "openudid": "e4340d3235274e4b",
        "sdk_version": "2.5.5.8",
        "package": "com.zhiliaoapp.musically",
        "channel": "googleplay",
        "display_name": "TikTok",
        "app_version": "16.6.52",
        "version_code": 2021606520,
        "timezone": 1,
        "access": "wifi",
        "os": "Android",
        "os_version": "8.1.0",
        "os_api": 27,
        "device_model": "Nexus 6P",
        "device_brand": "google",
        "language": "en",
        "resolution": "2392x1440",
        "display_density": "mdpi",
        "density_dpi": 560,
        "mc": "02:00:00:00:00:00",
        "clientudid": "7eb64787-82fa-435d-87d7-610b641faf15",
```

AR-998



TikTok Footnote 145: TikTok Logs! Logs! Logs

3:14 PM · Aug 2, 2020

♡ 4.1K    💬 566 people are Tweeting about this

Few minutes after this tweet, one of my followers commented.



**Elliot Alderson** @fs0c131y · Aug 2, 2020

TikTok analysis in progress. It's time to stop this non sense and put facts in the center of the discussion

**Hugo Tunius**
@K0nserv

I looked at it previously. On the network level nothing stood out except there was a call with binary data every two minutes which I was unable to figure out.

Details

**Hugo Tunius**   @K0nserv

      "device_id":"6727990782160700929",
      "sig_hash":"194326e82c84a639a52e5c023116f12a",
      "aid":1233,
      "push_sdk":[
        1,
        2,
        6,
        7,
        8,
        9
      ],
      "rom":"EMUI-4805388",
      "release_build":"948c4ba_20200726",
      "update_version_code":2021606520,
      "manifest_version_code":2021606520,
      "cpu_abi":"arm64-v8a",
      "sim_serial_number":[

      ],
      "not_request_sender":0,
      "rom_version":"OPM6.171019.030.E1",
      "region":"US",
      "tz_name":"Europe\/Paris",
      "tz_offset":7200,
      "custom":{
        "filter_warn":0,
        "web_ua":"Mozilla\/5.0 (Linux; Android 8.1.0; Nexus 6P Build\/OPM6,171019.030.E1; wv)
AppleWebKit\/537.36 (KHTML, like Gecko) Version\/4.0 Chrome\/84.0.4147.105 Mobile Safari\/537.36",
        "user_period":-1,
        "user_mode":-1
      },
      "google_aid":"315f154c-a3a0-48de-b932-319e0595114b",
      "app_language":"en",
      "sys_region":"US",
      "carrier_region":"",
      "timezone_name":"Central European Standard Time",
      "timezone_offset":"3600"
    },
    "_gen_time":1596403776856
}

If we go through the content of the JSON file, we can see pretty standard data.

- Like before, a lot of info about the device

- When was the app last launched

- Events logging. I'd need to take a closer look at what they consider to be "events" but as far as I can tell, it seems to be a pretty standard analytics solution.

. . .

### III) When is it sent?

Answer to this question is equal to answer to when the method *sendEncryptLog* is called. By pressing the key X with JEB, you can easily get all the cross references.



AR-1000

| Index | Address |
|---|---|
| 0 | com.ss.android.common.applog.AppLog.doUpdateConfig(java.lang.String, boolean, boolean)+82h |
| 1 | com.ss.android.common.applog.AppLog.sendTimelyEvent(java.lang.String)+50h |
| 2 | com.ss.android.common.applog.LogReaper.LogReaper__sendLog$__twin__(java.lang.String, java.lang.String, boolean)+9Ah |
| 3 | com.ss.android.deviceregister.b.b$a.a(java.lang.String, int)+210h |

OK          Cancel

We can see 4 methods:

- doUpdateConfig

- sendTimelyEvent

- sendLog

- a unknown method in the deviceRegister package

The *sendEncryptLog* method is used to send different type of JSON. So, I cleared the data of TikTok and I restarted everything from scratch. I managed to catch the following JSONs

**Content of the request when the device is register**



```json
{
    "magic_tag":"ss_app_log",
    "header":{
        "display_name":"TikTok",
        "update_version_code":2021606520,
        "manifest_version_code":2021606520,
        "aid":1233,
        "channel":"googleplay",
        "appkey":"5559e28267e58eb4c1000012",
        "package":"com.zhiliaoapp.musically",
        "app_version":"16.6.52",
        "version_code":160652,
        "sdk_version":"2.5.5.8",
        "os":"Android",
        "os_version":"8.1.0",
        "os_api":27,
        "device_model":"Nexus 6P",
        "device_brand":"google",
```

AR-1001

```
        "release_build":"948c4ba_20200726",
        "density_dpi":560,
        "display_density":"mdpi",
        "resolution":"2392x1440",
        "language":"en",
        "mc":"02:00:00:00:00:00",
        "timezone":1,
        "access":"wifi",
        "not_request_sender":0,
        "rom":"EMUI-4805388",
        "rom_version":"OPM6.171019.030.E1",
        "sig_hash":"194326e82c84a639a52e5c023116f12a",
        "google_aid":"315f154c-a3a0-48de-b932-319e0595114b",
        "openudid":"e4340d3235274e4b",
        "clientudid":"fe512408-cd06-4eb5-9297-90dceb73c33e",
        "sim_serial_number":[

        ],
        "region":"US",
        "tz_name":"Europe\/Paris",
        "tz_offset":7200
    },
    "_gen_time":1596407268952
}
```

Content of the request when the TikTok modify the log settings

```
{
  "magic_tag":"ss_app_log",
  "header":{
    "appkey":"5559e28267e58eb4c1000012",
    "openudid":"e4340d3235274e4b",
    "sdk_version":"2.5.5.8",
    "package":"com.zhiliaoapp.musically",
    "channel":"googleplay",
    "display_name":"TikTok",
    "app_version":"16.6.52",
    "version_code":2021606520,
    "timezone":1,
    "access":"wifi",
    "os":"Android",
    "os_version":"8.1.0",
    "os_api":27,
    "device_model":"Nexus 6P",
    "device_brand":"google",
    "language":"en",
    "resolution":"2392x1440",
    "display_density":"mdpi",
    "density_dpi":560,
    "mc":"02:00:00:00:00:00",
    "clientudid":"fe512408-cd06-4eb5-9297-90dceb73c33e",
    "install_id":"685646433611460134",
    "device_id":"6727990782160700929"
```

AR-1002

```
      "aid":1233,
      "push_sdk":[
        1,
        2,
        6,
        7,
        8,
        9
      ],
      "rom":"EMUI-4805388",
      "release_build":"948c4ba_20200726",
      "update_version_code":2021606520,
      "manifest_version_code":2021606520,
      "cpu_abi":"arm64-v8a",
      "sim_serial_number":[

      ],
      "not_request_sender":0,
      "rom_version":"OPM6.171019.030.E1",
      "region":"US",
      "tz_name":"Europe\/Paris",
      "tz_offset":7200,
      "custom":{
        "filter_warn":0,
        "web_ua":"Mozilla\/5.0 (Linux; Android 8.1.0; Nexus 6P Build\/OPM6.171019.030.E1; wv)
AppleWebKit\/537.36 (KHTML, like Gecko) Version\/4.0 Chrome\/84.0.4147.105 Mobile Safari\/537.36",
        "user_period":-1,
        "user_mode":-1
      },
      "google_aid":"315f154c-a3a0-48de-b932-319e0595114b"
    },
    "_gen_time":1596407270978
}
```

Again, the field names speak for themselves. I cannot see anything suspicious or specific to TikTok in these JSONs.

· · ·

## IV) Where is it sent?

As you saw in the previous screenshots, the requests are sent to log16-normal-c-useast1a.tiktokv.com. Funny to see that I'm sitting in Europe and my logs are sent to a us-east enpoint... TikTok is an app used worldwide, they probably used several endpoint to upload the logs.

After digging in the code we can find the URLConfig class

```
    UrlConfig.CHINA = new UrlConfig("https://log.snssdk.com/service/2/app_log/",
"https://rtlog.snssdk.com/service/2/app_log/", new String[]
{"https://log.snssdk.com/service/2/device_register/",
"https://log.snssdk.com/service/2/device_register/"},
"https://ichannel.snssdk.com/service/2/app_alert_check/",
"https://log.snssdk.com/service/2/log_settings/", "https://log.snssdk.com/service/2/app_log/",
```

AR-1003

```
"https://log.isnssdk.com/service/2/log_settings/",
        UrlConfig.AMERICA = new UrlConfig("https://log.isnssdk.com/service/2/app_log/",
"https://rtlog.isnssdk.com/service/2/app_log/", new String[]
{"https://log.isnssdk.com/service/2/device_register/",
"https://log.isnssdk.com/service/2/device_register/"},
"https://ichannel.isnssdk.com/service/2/app_alert_check/",
"https://log.isnssdk.com/service/2/log_settings/", "https://log.isnssdk.com/service/2/app_log/",
"https://log.isnssdk.com/service/2/log_settings/");
        UrlConfig.AMERICA_HTTP = new UrlConfig("https://log.isnssdk.com/service/2/app_log/",
"https://rtlog.isnssdk.com/service/2/app_log/", new String[]
{"https://log.isnssdk.com/service/2/device_register/",
"https://log.isnssdk.com/service/2/device_register/"},
"https://ichannel.isnssdk.com/service/2/app_alert_check/",
"https://log.isnssdk.com/service/2/log_settings/", "https://log.isnssdk.com/service/2/app_log/",
"https://log.isnssdk.com/service/2/log_settings/");
        UrlConfig.SIG_AWS = new UrlConfig("https://log.sgsnssdk.com/service/2/app_log/",
"https://rtlog.sgsnssdk.com/service/2/app_log/", new String[]
{"https://log.sgsnssdk.com/service/2/device_register/",
"https://log15.byteoversea.com/service/2/device_register/",
"https://log.sgsnssdk.com/service/2/device_register/",
"https://log15.byteoversea.com/service/2/device_register/"},
"https://ichannel.sgsnssdk.com/service/2/app_alert_check/",
"https://log.sgsnssdk.com/service/2/log_settings/", "https://log.sgsnssdk.com/service/2/app_log/",
"https://log.sgsnssdk.com/service/2/log_settings/");
        UrlConfig.SIG_ALIYUN = new UrlConfig("https://log.byteoversea.com/service/2/app_log/",
"https://rtlog.byteoversea.com/service/2/app_log/", new String[]
{"https://log.byteoversea.com/service/2/device_register/",
"https://log.byteoversea.com/service/2/device_register/"},
"https://i.byteoversea.com/service/2/app_alert_check/",
"https://log.byteoversea.com/service/2/log_settings/",
"https://log.byteoversea.com/service/2/app_log/",
"https://log.byteoversea.com/service/2/log_settings/");
        UrlConfig.MUSICALLY = new UrlConfig("https://applog.musical.ly/service/2/app_log/",
"https://rtlog.musical.ly/service/2/app_log/", new String[]
{"https://applog.musical.ly/service/2/device_register/",
"https://applog.musical.ly/service/2/device_register/"},
"https://ichannel.musical.ly/service/2/app_alert_check/",
"https://applog.musical.ly/service/2/log_settings/", "https://applog.musical.ly/service/2/app_log/",
"https://applog.musical.ly/service/2/log_settings/");
        UrlConfig.MUSICALLY_HTTP = new UrlConfig("https://applog.musical.ly/service/2/app_log/",
"https://rtlog.musical.ly/service/2/app_log/", new String[]
{"https://applog.musical.ly/service/2/device_register/",
"https://applog.musical.ly/service/2/device_register/"},
"https://ichannel.musical.ly/service/2/app_alert_check/",
"https://applog.musical.ly/service/2/log_settings/", "https://applog.musical.ly/service/2/app_log/",
"https://applog.musical.ly/service/2/log_settings/");
```

There are 7 url configurations: China, America, America HTTP, SIG AWS, SIG ALIYUN (Alicloud Singapore), Musically, Musically HTTP.

Again, it seems weird to not have an European url configuration but ok.

. . .

## V) How the content is encrypted?

Do you remember the sendEncryptLog method?

AR-1004

```
public static String sendEncryptLog(String arg4, byte[] arg5, Context arg6, boolean arg7) throws
```

```java
    if(!o.a(arg4) && arg5 != null && arg5.length > 0) {
        ByteArrayOutputStream v0 = new ByteArrayOutputStream(0x2000);
        GZIPOutputStream v2 = new GZIPOutputStream(v0);
        try {
            v2.write(arg5);
        }
        catch(Throwable unused_ex) {
            v2.close();
            return null;
        }

        v2.close();
        byte[] v5 = v0.toByteArray();
        NetUtil.addFailedCount(arg6);
        int v0_1 = 0;
        if(NetUtil.sEncryptFaildCount < 3) {
            v0_1 = 1;
            v5 = b.a(v5, v5.length);
            NetUtil.minusFailedCount(arg6);
        }

        if(v5 != null && v0_1 != 0) {
            String v4 = arg4 + "&tt_data=a";
            if(arg7) {
                v4 = v4 + "&config_retry=b";
            }

            HashMap v6_2 = new HashMap();
            v6_2.put("Content-Type", "application/octet-stream;tt-data=a");
            return k.a().a(v4, v5, v6_2, null);
        }

        throw new RuntimeException("encrypt failed");
    }

    return null;
}
```

The encryption is happening at this line: v5 = b.a(v5, v5.*length*);

```java
public static byte[] a(byte[] arg0, int arg1) {
    return EncryptorUtil.a(arg0, arg1);
}
```

EncryptorUtil is where the fun is

AR-1005

```java
public class EncryptorUtil {
    static {
        try {
            long v1 = SystemClock.uptimeMillis();
            a.a("Encryptor");
            c.a(v1, "Encryptor");
        }
        catch(UnsatisfiedLinkError unused_ex) {
        }
    }

    public static byte[] a(byte[] arg2, int arg3) {
        if(arg2 != null && arg3 > 0) {
            try {
                if(arg2.length != arg3) {
                    return null;
                }

                return EncryptorUtil.ttEncrypt(arg2, arg3);
            }
            catch(Throwable unused_ex) {
                return null;
            }
        }

        return null;
    }

    private static native byte[] ttEncrypt(byte[] arg0, int arg1) {
    }
}
```

Bingo! The encryption is done in a native library. All the native library used by TikTok are located in the folder */data/data/com.zhiliaoapp.musically/app_librarian/<version>* in your phone. I'll stop there for now. As for how TikTok is actually encrypting the data, that deserves its own article. And, well, it's 12pm and I'm quite hungry.

·   ·   ·

## TLDR

In this article, I tried to understand what data does TikTok regularly send back to its servers. I decrypted the content of the requests and analysed it. As far as we can see, in

AR-1006

its current state, TikTok doesn't have a suspicious behavior and is not exfiltrating unusual data. Getting data about the user device is quite common in the mobile world and we would obtain similar results with Facebook, Snapchat, Instagram and others.

I hope you enjoy this article. Others will follow. Don't forget to follow me on Twitter and if you have questions don't hesitate to sent me a message on Twitter or by email at fs0c131y@protonmail.com

Cybersecurity        Hacking        Tiktok App        Mobile

Get the Medium app

   

**AR-1007**

You have **1** free story left this month. Sign up and get an extra one for free.

# TikTok: What is an app log?



Elliot Alderson    Follow
Aug 19 · 4 min read ★



Since my first article, TikTok: Logs, Logs, Logs, a lot of things happened.

- Microsoft confirmed it was pursuing a deal to buy TikTok's operations in the US, Australia, Canada, and New Zealand.

- Trump was supposed to ban TikTok on August 2nd, then he threatened that TikTok will 'close down' on September 15th unless an American company buys it. Finally, he signed an executive order banning TikTok and WeChat from operating in 45 days if they are not sold by their Chinese parent companies.

**AR-1008**

- Trump then changed his mind and gave TikTok a new deadline: 90 days instead of 45.

  TikTok Footnote 115 - https://medium.com/@fs0c131y/tiktok-what-is-an-app-log-da70193f875 -

- WSJ revealed TikTok was tracking the MAC address of user devices without their consent until November 2019.

It's time to continue our journey. Let's stick to the facts to better understand what TikTok is really doing under the hood.

. . .

## Disclaimer

- TikTok offers plethora of features to their users thanks to its millions of lines worth of code. As such, a single article can not cover a question as broad and nebulous as "does TikTok pose a threat to US national security?". That's why I'll cover the matter over several articles all focused on specific subjects.

- My name is Baptiste Robert, I'm a French security researcher. I've been analysing mobile apps for years. You can find my public work at fs0c131y.com/press and my stupid tweets at twitter.com/fs0c131y.

- My goal here is to be totally transparent. I will share everything you need to verify what I've written in this article.

- If you'd like to skip the technical details, a TL;DR is available at the end of the article.

. . .

## I) Introduction

In my previous article, TikTok: Logs, Logs, Logs, I decrypted the content of the app_log network requests made by TikTok.



```
POST /service/2/app_log/?
iid=6856464336114960134&device_id=6727990782160700929&ac=wifi&channel=googleplay&aid=1233&app_name=musi
cal_ly&version_code=160652&version_name=16.6.52&device_platform=android&ab_version=16.6.52&ssmix=a&devi
ce_type=Nexus+6P&device_brand=google&language=en&os_api=27&os_version=8.1.0&openudid=e4340d32352743b&m
anifest_version_code=2021606520&resolution=1440*2392&dpi=560&update_version_code=2021606520&_rticket=15
```

```
9640 998 30 app_skin=white&storage_type=1&current_region=FR&app_type=normal&pass-
route=1&cpu_support64=true&host_abi=arm64-v8a&sys_region=US&pass-
region=1&timezone_name=Europe%2FParis&residence=FR&app_language=en&ac2=wifi5g&uoo=0&op_region=FR&timezo
ne_offset=3600&build_number=16.6.52&locale=en&region=US&ts=1596409079&tt_data=a&app_skin=white&storage_
type=1&manifest_version_code=2021606520&_rticket=1596409080408&current_region=FR&app_language=en&app_ty
pe=normal&id=6856464336114960134&channel=googleplay&device_type=Nexus%206P&language=en&cpu_support64=t
rue&host_abi=arm64-
v8a&locale=en&resolution=1440*2392&openudid=e4340d3235274e4b&update_version_code=2021606520&ac2=wifi5g&
sys_region=US&os_api=27&uoo=0&timezone_name=Europe%2FParis&dpi=560&residence=FR&ac=wifi&device_id=67279
90782160700929&pass-
route=1&os_version=8.1.0&timezone_offset=3600&version_code=160652&app_name=musical_ly&ab_version=16.6.5
2&version_name=16.6.52&device_brand=google&op_region=FR&ssmix=a&pass-
region=1&device_platform=android&build_number=16.6.52&region=US&aid=1233&ts=1596409079 HTTP/1.1
Host: log16-normal-c-useast1a.tiktokv.com
Connection: close
Content-Length: 8086
Cookie: store-idc=maliva; store-country-code=fr; install_id=6856464336114960134;
ttreq=1$9dfc661a311f2f44e5b14c77193099b8110e720c;
odin_tt=b69ed59b53e66a7869d1394472a67264dc340acfa1f3ac69e1b5aa858da39b763f2795866849dce6cc0e58265369073
164b1aff6f15d3b1eedaba3d1354656db
X-SS-REQ-TICKET: 1596409080398
sdk-version: 1
Content-Type: application/octet-stream;tt-data=a
X-SS-STUB: B1C022FFBEA6B39EEE9E024D21F33053
x-tt-store-idc: maliva
x-tt-store-region: fr
X-SS-DP: 1233
x-tt-trace-id: 00-b1656bd9105d5e9ff84eca86017504d1-b1656bd9105d5e9f-01
User-Agent: com.zhiliaoapp.musically/2021606520 (Linux; U; Android 8.1.0; en_US; Nexus 6P;
Build/OPM6.171019.030.E1; Cronet/TTNetVersion:3c28619c 2020-05-19 QuicVersion:0144d358 2020-03-24)
Accept-Encoding: gzip, deflate
X-Khronos: 1596409080
X-Gorgon: 840408c700050c5fcb98197533a883732c52342bf676570f5ed8

<encrypted content>
```

After decrypting, a question remained:

> *Event logging. I'd need to take a closer look at what they consider to be "events" but as far as I can tell, it seems to be a pretty standard analytics solution.*

In this article, I will answer the following question: What is the definition of an app log for TikTok?

. . .

## II) What is a TikTok app log?

Our starting point is the app_log keyword. In order to understand how TikTok handles the app logs, I decompiled the app and analysed the source code. I quickly found the definition of the ss_app_log.db in the DBHelper class.



AR-1010

```
static volatile String DB_NAME = "ss_app_log.db";
static final String[] EVENT_COLS;
static final String[] MISC_LOG_COLS;
static final String[] MON_LOG_COLS;
static final String[] PAGE_COLS;
static final String[] QUEUE_COLS;
static final String[] SESSION_COLS;
private final Context mContext;
private SQLiteDatabase mDb;
private static DBHelper mInstance;
private static final Object mLock;
```

This is interesting, TikTok uses a local database to store the app logs. I inspected my test phone to confirm.

```
 $ adb shell
angler:/ $ su
angler:/ # ls -l /data/data/com.zhiliaoapp.musically/databases/
total 1836
-rw-rw---- 1 u0_a332 u0_a332  20480 2020-08-09 15:36 OriginalSound
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-09 15:36 OriginalSound-journal
-rw-rw---- 1 u0_a332 u0_a332  24576 2020-08-18 15:38 TIKTOK.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 15:38 TIKTOK.db-journal
-rw-rw---- 1 u0_a332 u0_a332   4096 2020-08-06 14:52 androidx.work.workdb
-rw------- 1 u0_a332 u0_a332  32768 2020-08-18 15:39 androidx.work.workdb-shm
-rw------- 1 u0_a332 u0_a332  90672 2020-08-18 14:52 androidx.work.workdb-wal
-rw-rw---- 1 u0_a332 u0_a332  36864 2020-08-18 23:39 apm_monitor_t1.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 23:39 apm_monitor_t1.db-journal
-rw-rw---- 1 u0_a332 u0_a332  20480 2020-08-18 15:38 aweme.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 15:38 aweme.db-journal
-rw-rw---- 1 u0_a332 u0_a332  20480 2020-08-06 14:52 db_dynamic_detection_xx
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-06 14:52 db_dynamic_detection_xx-journal
-rw-rw---- 1 u0_a332 u0_a332  20480 2020-08-18 15:38 downloader.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 15:38 downloader.db-journal
-rw-rw---- 1 u0_a332 u0_a332  20480 2020-08-18 15:38 feedback.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 15:38 feedback.db-journal
-rw-rw---- 1 u0_a332 u0_a332  20480 2020-08-18 15:35 gecko_clean_statistic.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 15:35 gecko_clean_statistic.db-journal
-rw-rw---- 1 u0_a332 u0_a332  28672 2020-08-18 15:40 gecko_local_info.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 15:40 gecko_local_info.db-journal
-rw-rw---- 1 u0_a332 u0_a332  16384 2020-08-18 15:47 google_app_measurement_local.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 15:47 google_app_measurement_local.db-journal
-rw-rw---- 1 u0_a332 u0_a332 188416 2020-08-09 14:52 i18n_live
-rw-rw---- 1 u0_a332 u0_a332  32768 2020-08-18 15:39 i18n_live-shm
-rw------- 1 u0_a332 u0_a332 424392 2020-08-18 15:34 i18n_live-wal
-rw-rw---- 1 u0_a332 u0_a332 479232 2020-08-18 23:39 lib_log_queue.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-18 23:39 lib_log_queue.db-journal
-rw-rw---- 1 u0_a332 u0_a332  20480 2020-08-06 14:52 npth_log.db
-rw-rw---- 1 u0_a332 u0_a332      0 2020-08-06 14:52 npth_log.db-journal
```

AR-1011

```
-rw-rw---- 1 u0_a332 u0_a332 24576 2020-08-18 15:38 psdkmon_v2.db
-rw-rw---- 1 u0_a332 u0_a332     0 2020-08-18 15:38 psdkmon_v2.db-journal
-rw-rw---- 1 u0_a332 u0_a332  4096 2020-08-09 14:53 share.db
-rw------- 1 u0_a332 u0_a332 32768 2020-08-18 15:39 share.db-shm
-rw-rw---- 1 u0_a332 u0_a332 41232 2020-08-18 15:39 share.db-wal
-rw-rw---- 1 u0_a332 u0_a332  4096 2020-08-06 14:52 showAd.db
-rw------- 1 u0_a332 u0_a332 32768 2020-08-18 15:34 showAd.db-shm
-rw-rw---- 1 u0_a332 u0_a332 61832 2020-08-18 15:34 showAd.db-wal
-rw-rw---- 1 u0_a332 u0_a332 24576 2020-08-06 14:52 splashsdk.db
-rw-rw---- 1 u0_a332 u0_a332     0 2020-08-06 14:52 splashsdk.db-journal
-rw-rw---- 1 u0_a332 u0_a332 102400 2020-08-18 23:35 ss_app_log.db
-rw-rw---- 1 u0_a332 u0_a332     0 2020-08-18 23:35 ss_app_log.db-journal
-rw-rw---- 1 u0_a332 u0_a332 20480 2020-08-06 14:53 ss_push_log.db
-rw-rw---- 1 u0_a332 u0_a332     0 2020-08-06 14:53 ss_push_log.db-journal
angler:/ # cp -r /data/data/com.zhiliaoapp.musically/databases/ /sdcard/
angler:/ # exit
angler:/ $ exit

 $ adb pull /sdcard/databases
/sdcard/databases/: 44 files pulled, 0 skipped. 6.9 MB/s (1683088 bytes in 0.234s)
```

As you can see, TikTok creates a lot of databases. If you open the ss_app_log.db, you can find some data in the event tables.



But let's go back to the code and the DBHelper class defined in the com.ss.android.common.applog package. Obviously, we are interested in understanding what TikTok inserts in ss_app_log.db

```
public long insertEvent(LogEvent arg5)

private long insertLog(String arg3)

long insertLog(String arg4, int arg5)

long insertMiscLog(long arg3, String arg5, String arg6)
```

AR-012

```java
public long insertSession(LogSession arg6)
```

The signatures of these methods give us 3 new objects: LogEvent, LogPage, LogSession

```java
class LogEvent {
    public String category;
    public String ext_json;
    public long ext_value;
    public long id;
    public boolean instant_only;
    public String label;
    public boolean mHasTimelySend;
    public long session_id;
    public String tag;
    public long teaEventIndex;
    public long timestamp;
    public long user_id;
    public long value;

}

class LogPage {
    public int duration;
    public long id;
    public String name;
    public long session_id;
```

```
}

class LogSession {
    public boolean active;
    public String app_version;
    public int duration;
    public long eventIndex;
    public long id;
    public boolean launch_sent;
    public boolean non_page;
    public long pausetime;
    public long timestamp;
    public String value;
    public int version_code;

}
```

That answers our initial question! A TikTok app log can be a LogEvent, LogPage or LogSession.

. . .

## III) What is (really) inside these app logs?

Great, I found definitions of the different log objects, but what is TikTok really sending?

It's time to use Frida to intercept the 6 insert methods of the DBHelper class

```
function eventLogger() {
    var EventLogger = Java.use('com.ss.android.common.applog.DBHelper');
    EventLogger.insertEvent.implementation = function (logEvent) {
```

```
      console.log('\n[Log Event]', '\category =', logEvent.category.value, '\next_json =', logEvent.ext_json.value, '\next_value =',
logEvent.ext_value.value, '\id =', logEvent.id.value, '\instant_only =', logEvent.instant_only.value, '\label =',
logEvent.label.value, '\mHasTimelySend =', logEvent.mHasTimelySend.value, '\session_id =', logEvent.session_id.value, '\tag =',
logEvent.tag.value, '\teaEventIndex =', logEvent.teaEventIndex.value, '\timestamp =', logEvent.timestamp.value, '\user_id =',
logEvent.user_id.value, '\value =', logEvent.value.value);
      return this.insertEvent(logEvent)
  )

  EventLogger.insertLog.overload('java.lang.String', 'int').implementation = function (value, log_type) {
    console.log('\n[Log]', '\value =', value, '\log_type = ', log_type);
      return this.insertLog(value, log_type)
  }

  EventLogger.insertMiscLog.implementation = function (session_id, log_type, value) {
    console.log('\n[Misc Log]', '\session_id =', session_id, '\log_type = ', log_type, '\value =', value);
      return this.insertMiscLog(session_id, log_type, value)
  }

  EventLogger.insertPage.implementation = function (logpage, pausetime) {
    console.log('\n[Log Page]', '\duration =', logpage.duration.value, '\id = ', logpage.id.value, '\name =', logpage.name.value,
'\session_id =', logpage.session_id.value);
      return this.insertPage(logpage, pausetime)
  )

  EventLogger.insertSession.implementation = function (logSession) {
    console.log('\n[Log Session]', '\active =', logSession.active.value, '\app_version = ', logSession.app_version.value,
'\nduration =', logSession.duration.value, '\neventIndex =', logSession.eventIndex.value, '\id =', logSession.id.value,
'\launch_sent =', logSession.launch_sent.value, '\non_page =', logSession.non_page.value, '\npausetime =',
logSession.pausetime.value, '\timestamp =', logSession.timestamp.value, '\value =', logSession.value.value, '\version_code =',
logSession.version_code.value);
      return this.insertSession(logSession)
  }
}
```

Thanks to this method, I obtained the details of all the app logs created by TikTok when I used the app. Here an example of a Log Session, a Log Event, a Log and a Misc Log.

```
1    [Log Session]
2    active = false
3    app_version =  17.2.4
4    duration = 0
5    eventIndex = 0
6    id = 0
7    launch_sent = false
8    non_page = true
9    pausetime = 1596980554524
10   timestamp = 1596980554524
11   value = 6630a167-4cf8-46a3-ac6c-c4b45aab0a00
12   version_code = 2021702040
13
14   [Log Event]
15   category = event_v3
16   ext_json =  {"is_cache":1,"is_timeout":1,"cache_num":1,"_event_v3":1,"ab_sdk_version":"1799896,1
17   ext_value = 0
18   id = 0
19   instant_only = false
20   label = null
21   mHasTimelySend = false
22   session_id = 39
23   tag = pull_out_cache_video
24   teaEventIndex = 1
25   timestamp = 1596980554524
```

**AR-1015**

```
26   user_id = 0
27   value = 0
28
29   [Log]
30   value = {"event":[{"ad_extra_data":"{\"non_hb_ad\":0,\"hb_ad\":0}","is_ad_event":1,"is_i18n_sdk"
31   log_type =  0
32
33   [Misc Log]
34   session_id = 40
35   log_type =  media_loader
36   value = {"cache_content_length":0,"cache_hit_off":0,"download_task_num":0,"encrypt_version":1,"e
```

TikTok Footnote 115 - https://medium.com/@fs0c131y/tiktok-what-is-an-app-log-da70193f875

TikTokLogs.txt hosted with ♡ by GitHub                                                                view raw

I also published a full list of app logs created by TikTok during an app launch:
https://gist.github.com/fs0c131y/b4ef278e8863c636964793e1b27f889d



AR-1016

TikTok Footnote 115 - https://medium.com/@fs0c131y/tiktok-what-is-an-app-log-da70193f875

Do these logs contain personal data? Not really. The most you can find is data about your device (os, os version, device model, device brand, display density, …) but that's pretty much it.

. . .

## TLDR

In this article, I define TikTok app logs. I found definitions for the different types of logs and observed them being created dynamically. After analysis, it appears that app logs do not contain personal data.

With these 2 articles we have a good overview of the TikTok app logs. The next article will be dedicated to the WSJ revelation and how TikTok used a well known trick on Android to obtain the MAC address of the user's devices.

Don't forget to follow me on Twitter and if you have questions don't hesitate to sent me a message on Twitter or by email at fs0c131y@protonmail.com

Cybersecurity      Tiktok App      Mobile      Hacking      Technology

About   Help   Legal

Get the Medium app

 

**AR-1017**