TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-about-tiktok/

BHIS Training | Getting Started in Security with BHIS and MITRE ATT&CK w/ John Strand (16-Hours) | Nov 16-19 | Learn More!

**BLACK HILLS | Information Security**

About Us    Contact    Services    Projects/Tools    Blog    Training

**23**
JUL
2020

FUN & GAMES, HOW-TO, INFORMATIONAL  DEREK BANKS, TIKTOK

# Let's Talk About TikTok

Derek Banks //

FOLLOW US



goes live you'll get instant notification!
We'll also add you to our webcast list,
so you won't miss our occasional emails
about upcoming events! (We promise,
we're not spammy!)

Email Address

Subscribe

BROWSE BY CATEGORY

Select Category

I recently heard something on the news that caught my attention.  I suppose that isn't abnormal these days, but this in particular was the first time I had heard of anything like it.  The US Government was considering banning a popular application in use on mobile devices.  Not just on government devices, but for all Americans.

That app was TikTok.  Now, I am old enough where I only kind of know what TikTok is, something about sharing video clips over social media or something, apparently my kids like it… something something, get off my lawn…

The alleged reason given for banning such an app was that it was sending data on US citizens to the Chinese government.  The only thing close to this that I recall bubbling up to national news was a ban on Huawei devices for the same kind of fears.

**AR-1018**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



BLACK HILLS | Information Security

About Us     Contact     Services

Data privacy concerns and surveillance capitalism tactics are fascinating and complex topics that I think more than deserve more attention.  I think that at this point in time, most infosec professionals would answer "Yes" to the question "Do your apps and devices spy on you?"  But to what extent?

The intention of this blog is not to answer that question, that would probably take an entire book, but rather to cover a few core skills on how one could get started on the journey of mobile device and Android application analysis and answer that question for themselves.

We will be sticking to passive kinds of analysis.  For example, we will attempt to identify network traffic and API calls, but we will not be sending manipulated data to the API servers.  We can look at the application and data on the device but should be really careful manipulating the application as it may do something unintended upstream.  There is a time and place for that kind of testing, and generally involves authorization to test the application in some form (a pen test or bug bounty program for example).

As luck would have it, I own a rooted Google 6P which is a Huawei manufactured Android phone.  I use it as a lab phone running Android 6.0 and Kali NetHunter and I use it mostly for Android application tests.

I thought it would be interesting to take a look at what the network traffic looks like from the device.  And then afterward install TikTok and see what the communication looks like from it.

## DEVICE BASELINE ANALYSIS

To start, I wanted to see what remote hosts the phone attempted to connect to prior to installing TikTok.  I configured a Raspberry Pi 4 device that was part of a dropbox project that I did with Beau Bullock and Ralph May as an access point so that I could perform a packet capture of the device traffic.

**RECENT POSTS**

Webcast: When Worlds
Collide: OSS Hunting &
Adversarial Simulation

Worlds collide as Black Hills Information
Security

Webcast: How to Present: Secrets of
a Retired SANS Instructor

John Strand // Ok, that was a bit of a
dramatic title.


Reverse Engineering a
Smart Lock

Ray Felch // INTRODUCTION
Recently I was afforded the

**BROWSE BY TOPIC**

Active Directory ADHD anti-virus Attack
Tactics AV Blue Team bypassing
AV C2 cloud command and control hardware
hacking Hashcat infosec john
strand Jordan Drysdale Kent
Ickler Linux LLMNR MailSniper
Microsoft Nessus Nmap Password cracking
password policy passwords password
spraying pen-testing
penetration testing pentest
Pentesting phishing podcast
Podcasts PowerShell Python
Raymond Felch Red Team red
teaming RITA social engineering Sysmon
tools webcast webcasts
Windows

**ARCHIVES**

Select Month

**AR-1019**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



To get the WiFi access point running, I used a slightly modified version of the instructions David Fletcher published on our blog in 2017. Once the wireless access point was functional, I associated the phone to the network then shut it off. I then started tcpdump listening to the br0 interface and writing the packet capture out to file. Next, I booted up the phone and let it sit idle for an hour while the pcap ran. Note that there was not a SIM card in the phone, so it would not have an alternative but to use the WiFi access point. Note that there were no other devices associated with the access point.

```
^Croot@kali:~# tcpdump -ni br0 -w phone_boot.pcap
tcpdump: listening on br0, link-type EN10MB (Ethernet), capture size 262144 bytes
^C40730 packets captured
40730 packets received by filter
0 packets dropped by kernel
```

There are many options to analyze pcaps. Wireshark is by far the most popular, and I use it quite a bit. I also like to use command-line tools a fair amount too as in my opinion, they are easier to generate data that can be further processed. One of the techniques I like to start with when analyzing any network traffic is long and short tail analysis. In other words, I like to see which hosts were communicated to the most, and which ones the least. This can be valuable at scale to find outliers in the data. Tshark (the command line equivalent of Wireshark), can be used to generate this type of analysis. First, we can look to see what DNS lookups were performed the most and the least by the device.

**AR-1020**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

```
root@kali:~# tshark -r phone_boot.pcap -T fields -e ip.src -e dns.qry.name -Y "dns.flags.response eq 0 and dns.qry
.name" | sort -n | uniq -c | sort -nr
Running as user "root" and group "root". This could be dangerous.
     56 192.168.100.10 _233637DE._sub._googlecast._tcp.local,_googlecast._tcp.local
     55 192.168.100.10 connectivitycheck.gstatic.com
     54 192.168.100.10 www.google.com
     48 192.168.100.10 d2to8y50b3n6dq.cloudfront.net
     42 192.168.100.10 people-pa.googleapis.com
     34 192.168.100.10 youtubei.googleapis.com
     33 192.168.100.10 googleads.g.doubleclick.net
     28 192.168.100.10 mtalk.google.com
     28 192.168.100.10 i.ytimg.com
     21 192.168.100.10 play.googleapis.com
     21 192.168.100.10 p3ins.akamaized.net
     21 192.168.100.10 graph.facebook.com
     21 192.168.100.10 app-measurement.com
     21 192.168.100.10 android.googleapis.com
     14 192.168.100.10 www.googleapis.com
     14 192.168.100.10 playatoms-pa.googleapis.com
     14 192.168.100.10 graph.instagram.com
     14 192.168.100.10 2.android.pool.ntp.org
     13 192.168.100.10 userlocation.googleapis.com
     13 192.168.100.10 semanticlocation-pa.googleapis.com
     13 192.168.100.10 i.instagram.com
     13 192.168.100.10 firebaseremoteconfig.googleapis.com
      7 192.168.100.10 youtubei.googleapis.com.example.org
      7 192.168.100.10 xtrapath3.izatcloud.net
      7 192.168.100.10 update.googleapis.com
      7 192.168.100.10 safebrowsing.googleapis.com
      7 192.168.100.10 qiqgyezmfcqf.example.org
      7 192.168.100.10 phonedeviceverification-pa.googleapis.com
      7 192.168.100.10 people-pa.googleapis.com.example.org
      7 192.168.100.10 oxxlgxxwtp.example.org
      7 192.168.100.10 notifications-pa.googleapis.com
      7 192.168.100.10 mqtt-mini.facebook.com
      7 192.168.100.10 lightstep-collector.api.ua.com
      7 192.168.100.10 lh4.googleusercontent.com
      7 192.168.100.10 lh3.googleusercontent.com
      7 192.168.100.10 jmnqdgx.example.org
      7 192.168.100.10 jmnqdgx
      7 192.168.100.10 insightapi.p3-group.com
      7 192.168.100.10 identity.api.ua.com
      7 192.168.100.10 growth-pa.googleapis.com
      7 192.168.100.10 footprints-pa.googleapis.com
      7 192.168.100.10 fonts.gstatic.com
      7 192.168.100.10 cryptauthenrollment.googleapis.com
      7 192.168.100.10 cdn.ampproject.org
      7 192.168.100.10 calendarsync-pa.googleapis.com
      7 192.168.100.10 calendarpushsubscription-pa.googleapis.com
      7 192.168.100.10 android.clients.google.com
      7 192.168.100.10 accounts.google.com
      7 192.168.100.10 89.62.225.13.in-addr.arpa
      7 192.168.100.10 160.62.225.13.in-addr.arpa
      7 192.168.100.10 0.de.pool.ntp.org
      6 192.168.100.10 www.googleadservices.com
      6 192.168.100.10 tasks-pa.googleapis.com
      6 192.168.100.10 qiqgyezmfcqf
      6 192.168.100.10 oxxlgxxwtp
      6 192.168.100.10 adservice.google.com
```

In our case, there were only 51 unique hosts, but there were still some interesting results. As
expected, there were a lot of requests for Google hosts. It was, after all, a Google device and
Operating system. It should be obvious to all tech folks in 2020 that Google constantly tracks your
location and behavior, but that is a different topic for a different time. For this goal, I wanted to find
something unexpected. So let's run the same tshark command, but exclude "google" and "gstatic"
as a term.

**AR-1021**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



That gets the list of hosts down to 23. Looking at the output, I think we could safely remove ytimg.com (YouTube) and ntp.org from the suspicious list. Note that when I say suspicious list at this point of an analysis, I mean it warrants more investigation, not that I think it is malicious. Malicious needs to be proven in my opinion.

As someone who has used cloudfront.net for relaying malware communications in the past, the 48 lookups to d2to8y50b3n6dq.cloudfront.net stuck out to me as something I would want to investigate as an analyst, same with akamaized.net. I don't consider it a good idea to assume all Content Delivery Network (CDN) traffic to be benign. Attackers want to hide in the noise and CDNs are a great place for that.

Using whois, the app-measurement.com domain appeared to be related to Google, so we can shelve that one for analysis purposes. Also, I had Instagram on the phone, so we can ignore the related domains there too. Though it is somewhat interesting that after a reboot, the device, without the Instagram app being opened, there are communication attempts to the related hosts (likely the APIs).

```
Domain Name: app-measurement.com
Registry Domain ID: 1940386719_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2020-05-18T02:34:28-0700
Creation Date: 2015-06-19T13:13:31-0700
Registrar Registration Expiration Date: 2021-06-19T00:00:00-0700
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Registrant Organization: Google LLC
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Select Request Email Form at https://domains.markmonitor.com/whois/app-measurement.com
Admin Organization: Google LLC
Admin State/Province: CA
Admin Country: US
Admin Email: Select Request Email Form at https://domains.markmonitor.com/whois/app-measurement.com
Tech Organization: Google LLC
Tech State/Province: CA
Tech Country: US
```

The xtrapath3.izatcloud.net domain appeared to be related to the Android operating system and the GPS configuration. So we're on to these weird-looking DNS lookups:

AR-1022

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

- qiqgyezmfcqf.example.org

- oxxlgxxwtp.example.org

**BLACK HILLS** | Information Security      About Us    Contact    Services    Projects/Tools    Blog    Training

- jmnqdgx.example.org

- jmnqdgx

- qiqgyezmfcqf

- oxxlgxxwtp

They sure do look like they would be related to something malicious, right?  Well, turns out,
Chrome does this for a pretty good reason.  Some ISPs will respond to unresolved DNS requests
with a page they control.  Often, these contain Ads.  Often, ad servers spread malware, and at the
very least, users probably don't want to see the ads. Chrome will notice if these requests resolve
the same A record and if so, block any corresponding ads.  This would be expected behavior on
an Android phone.

The lightstep-collector.api.ua.com and identity.api.ua.com domains appeared to be related to
Under Armor based on the whois information.  This can be explained since MapMyRun was
installed on the device.

The insightapi.p3-group.com seemed harder to explain.  The whois information was protected by
domain privacy.  Visiting the p3-group.com website, they appeared to be a tech consulting
company, but the site was in WordPress, and while it looked "nice", it's really not hard to stand up
fake content in a WordPress site.  Not that I am saying it's not legitimate, only that I couldn't
reasonably explain the traffic at this point of the analysis and thought it needed further looking
into.  We will put that in the suspicious bin.

The cdn.ampproject.com domain appeared to be related to Google and accelerating searches on
mobile devices.  That left the two reverse DNS lookups to 89.62.225.13 and 160.62.225.13. One
seemed to be related to a telecom in Germany and a pharmaceutical company hosted at a german
ISP.  I've seen before where whois was not accurate, and an IP address was reassigned, but we
will put that in the suspicious bin since it's not easily explained.

AR-1023

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

## Network Whois record

Queried **whois.ripe.net** with "**-B 89.62.225.13**"...

BLACK HILLS | Information Security          About Us    Contact    Services    Projects/Tools    Blog    Training

```
% Information related to '89.57.64.0 - 89.63.255.255'

% Abuse contact for '89.57.64.0 - 89.63.255.255' is 'abuse@mcbone.net'

inetnum:         89.57.64.0 - 89.63.255.255
netname:         DE-ROKA-20051123
country:         DE
org:             ORG-FCG2-RIPE
admin-c:         FDK2011-RIPE
tech-c:          FDK2011-RIPE
status:          ALLOCATED PA
mnt-by:          RIPE-NCC-HM-MNT
mnt-by:          ROKA-MNT
mnt-routes:      ROKA-MNT
notify:          tech-c@mcbone.net
created:         2019-11-01T15:54:10Z
last-modified:   2020-05-12T10:26:14Z
source:          RIPE

organisation:    ORG-FCG2-RIPE
org-name:        freenet Datenkommunikations GmbH
org-type:        LIR
address:         Deelboegenkamp 4c
address:         22297
address:         Hamburg
address:         GERMANY
phone:           +494319020500
fax-no:          +494051306942
e-mail:          hostmaster@mcbone.net
admin-c:         SH-RIPE
admin-c:         KRD2
mnt-ref:         ROKA-MNT
mnt-ref:         RIPE-NCC-HM-MNT
mnt-by:          RIPE-NCC-HM-MNT
mnt-by:          ROKA-MNT
abuse-c:         FDK2011-RIPE
created:         2004-04-17T11:11:45Z
last-modified:   2020-05-12T10:39:06Z
source:          RIPE
```

**AR-1024**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

## Network Whois record

Queried **whois.ripe.net** with "**-B 160.62.225.13**"...

**BLACK HILLS** | Information Security          About Us      Contact    Services    Projects/Tools    Blog    Training

```
% Information related to '160.62.16.0 - 160.62.255.255'

% Abuse contact for '160.62.16.0 - 160.62.255.255' is 'abuse.contacts@novartis.com'

inetnum:        160.62.16.0 - 160.62.255.255
netname:        CH-NOVARTIS-20150306
descr:          Novartis AG
country:        CH
admin-c:        NOVN1-RIPE
tech-c:         NOVN2-RIPE
status:         ASSIGNED PA
mnt-by:         NOVARTIS-MNT
created:        2015-03-06T09:49:40Z
last-modified:  2018-11-07T09:27:13Z
source:         RIPE

role:           Novartis AG Administrative Contact
address:        CH-4002 Basel
address:        Switzerland
e-mail:         novartis.nic@novartis.com
remarks:        Role Account for general administrative issues
admin-c:        FK3907-RIPE
tech-c:         NOVN2-RIPE
nic-hdl:        NOVN1-RIPE
notify:         novartis.nic@novartis.com
mnt-by:         NOVARTIS-MNT
created:        2008-05-23T14:50:26Z
last-modified:  2019-03-25T14:39:19Z
source:         RIPE

role:           Novartis AG Technical Contact
address:        CH-4002 Basel
address:        Switzerland
e-mail:         novartis.nic@novartis.com
remarks:        Role Account for technical issues
admin-c:        NOVN1-RIPE
tech-c:         FK3907-RIPE
nic-hdl:        NOVN2-RIPE
notify:         novartis.nic@novartis.com
mnt-by:         NOVARTIS-MNT
created:        2008-05-23T14:50:26Z
last-modified:  2019-03-25T14:40:50Z
source:         RIPE
```

So from all the DNS hosts, the list of hosts that need more investigation were:

- D2to8y50b3n6dq.cloudfront.net

- p3ins.akamized.net

- 89.62.225.13.in-addr.arpa

- 160.62.225.13.in-addr.arpa

For further investigation, we move to Wireshark and Burp Suite.  Opening the pcap up in
Wireshark we can use filters to find the two lookups we are interested in.

dns.qry.name == 160.62.225.13.in-addr.arpa

**AR-1025**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



It appeared that both PTR records pointed to server-13-225-62-89.ewr53.r.cloudfront.net.



There was no other traffic to the IP addresses or the server-13-225-62-89.ewr53.r.cloudfront.net and addresses. I still think that the reverse lookups are strange, but without additional traffic, it's difficult to say that malicious communication is happening. The next step would be to attempt to find a reference to the IP addresses on the file system of the device to see what they may be associated with. But we should run down the rest of the network traffic first.

Since we have the pcap open in Wireshark, let's take a look at the protocol hierarchy and see if there are other protocols besides HTTP and TLS we should investigate. This can be found under the Statistics menu. It's expected that the vast majority of the traffic from the phone will be HTTP and TLS, though I have seen in the past where other protocols were in use. In this case, HTTP, TLS, and ICMP appeared to be the only protocols we would want to investigate.



Aside from pinging the local network gateway, all of the ICMP traffic appeared to be ICMP Destination Port unreachable so not likely any kind of ICMP tunnel or other covert communications over ICMP.

At this point, we should start looking at HTTP/S traffic. The best way to do this in my opinion would be to set up Burp Suite Professional as an intercepting proxy. I suggest spending the money on the professional for any level of application testing as it is too valuable of a tool for the cost. However, the community version should also be fine for just analyzing the requests and responses, which is mostly what we will be using it for.

Once Burp Suite has launched, you will want to configure the proxy to listen on a network that the mobile device is also on because the default is the localhost address where Burp is running. Likely this is just the same WiFi network. This is found under the Options tab under the Proxy tab.

**AR-1026**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



Configure a web browser (I recommend Firefox for web and application testing) on the system running Burp and configure it to use the proxy. A handy tool for switching between the proxy settings and no proxy in Firefox is the FoxyProxy Standard extension.

Once the browser is configured, visit http://burp and click CA Certificate to download the CA cert. Once downloaded, while you're here, import the certificate into Firefox's certificate store. This is found under Preferences and Privacy and Security. Click View Certificates, then Import and follow the prompts and select Use this certificate to identify websites.

🔒 **Privacy & Security**

**Firefox Data Collection and Use**

We strive to provide you with choices and collect only what we need to provide and improve Firefox for everyone. We always ask permission before receiving personal information.

Privacy Notice

☐ Allow Firefox to send technical and interaction data to Mozilla  Learn more

   ☐ Allow Firefox to install and run studies  View Firefox studies

   ☐ Allow Firefox to make personalized extension recommendations  Learn more

☐ Allow Firefox to send backlogged crash reports on your behalf        Learn more

**Security**

**Deceptive Content and Dangerous Software Protection**

☑ Block dangerous and deceptive content  Learn more

   ☑ Block dangerous downloads

   ☑ Warn you about unwanted and uncommon software

**Certificates**

When a server requests your personal certificate

○ Select one automatically

◉ Ask you every time

☑ Query OCSP responder servers to confirm the current validity of certificates

[View Certificates...]

[Security Devices...]

✦ Extensions & Themes

⑦ Firefox Support

**AR-1027**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



Getting the mobile device proxied through Burp Suite can be a little bit trickier depending on the version of Android in use.  There is a reason that I use Android 6.0 for testing whenever possible.  Starting with Android 7.0, the OS no longer honors the user certificate store to identify websites.  So using Android 6.0 for testing purposes is usually a bit easier.

To install the Burp Suite Certificate for Android 6.0:

- Configure browser to use Burp and visit http://burp

- Download cacert.der, rename to cacert.crt

- Adb push cacert.crt /mnt/sdcard/Download

- On device – Settings>Security>Install from Storage, select cacert.crt

If you are using Android 7.0 and higher, you will need to install the certificate as a system-level cert.  The instructions here should help get you started.

From the phone, to set the proxy up, go to advanced options of the connected WiFi network, then select manual for proxy settings, then enter the IP address and port that was configured in Burp Suite.

Once my phone was communicating through Burp, I rebooted it to see if the same traffic from the pcap would show up in Burp.  The D2to8y50b3n6dq.cloudfront.net domain appeared to be used to download a certificate store.  There were two files downloaded, cdnconfig.zip and truststore.zip.

**AR-1028**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



The contents of the zip files correspond to what the URL stated, that purpose was to download certificate store contents. This seemed to explain the D2to8y50b3n6dq.cloudfront.net and p3ins.akamaized.net traffic. Though I am not entirely sure how this is being used on the device when it is downloaded, it did not appear to be malicious. However, I did not verify each CA in the truststore file. If this was a corporate device, that effort may be worthwhile.

At this point, I felt pretty comfortable that at least for the hour the packet capture was running, that there was no data being siphoned from the phone without my knowledge or some other kind of compromise or malware. Does this mean that I am 100% sure that something doesn't check in to a command and control server once a day or once a month? Not at all, but I am fairly confident that the device isn't actively compromised.

## APP ANALYSIS

**AR-1029**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

Now on to TikTok. Before installing it from the Google Play Store, I used ADB to list the installed packages on the phone.



I started doing this on app assessments, because sometimes the app isn't named something obvious. Then I installed TikTok from the Play Store and tried to find it with ADB. Sure enough, it was not named anything related to TikTok.

```
PS C:\Program Files\Genymobile\Genymotion\tools> .\adb.exe shell 'pm list packages -f' | Select-String tiktok
PS C:\Program Files\Genymobile\Genymotion\tools>
```

I created two text lists and used Python to find the difference between them. The name of the app was com.zhiliaoapp.musically. Note that after the fact, I realized I totally forgot about the command line utility diff. I have had Python on the brain for the last few months, and when you have a hammer everything looks like a nail.

```python
with open('pre_tiktok_install.txt') as f1:
    lines1 = [line.rstrip() for line in f1]

with open('post_tiktok_install.txt') as f2:
    lines2 = [line.rstrip() for line in f2]

difference = [item for item in lines2 if item not in lines1]
print(difference)
```

```
['package:/data/app/com.zhiliaoapp.musically-1/base.apk=com.zhiliaoapp.musically',
```

Next, I used ADB to locate the base APK and pull it from the device for static analysis using the following steps:

```
adb shell pm path com.zhiliaoapp.musically
```

```
adb pull /data/app/com.zhiliaoapp.musically-1/base.apk
path/to/desired/destination
```

Once the APK file was copied off, I processed it in MobSF to get an overview of the app with automated static analysis. I like starting mobile application assessments with MobSF because it automates some tasks that I would otherwise need to perform manually.



The application appeared to be relatively complex with 16 exported activities, 22 exported services, 22 exported receivers, and 4 providers. An activity is a user interaction, sort of like an application on a Windows OS, where the user interacts with the application. A service is a background task to perform some kind of operation. Broadcast receivers send and receive messages to other Android apps or the Android OS. Content providers manage data by the app and help share data with other apps.

**AR-1030**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

All of these were essentially the attack surface area of the application and could be manipulated in some unintended way.  The best way to do that in my opinion is to use the Drozer framework.



It turned out that TikTok was a relatively large application, most of the Android apps I have analyzed in penetration tests have about a quarter of this size of attack surface area.  Analyzing these in detail will have to be a later blog post because of the number of them and that they may not help us answer our original question – what, if any, personal data is being sent from the application?

MobSF can provide some interesting information along these lines, as it extracts permission information from the Android manifest.  It can be difficult to ascertain if apps are overly permissive and if there are permissions granted that shouldn't be necessary, but as with the size of exported intents, there were a lot of declared permissions.  There were 67 declared permissions.  In comparison to other apps I have analyzed, this was a relatively large amount.

| PERMISSION | DESCRIPTION |
|---|---|
| android.permission.INTERNET | Allows an application to create network sockets. |
| android.permission.ACCESS_NETWORK_STATE | Allows an application to view the status of all networks. |
| android.permission.READ_EXTERNAL_STORAGE | Allows an application to read from SD Card. |
| android.permission.WRITE_EXTERNAL_STORAGE | Allows an application to write to the SD card. |
| android.permission.ACCESS_WIFI_STATE | Allows an application to view the information about the status of Wi-Fi. |
| android.permission.CAMERA | Allows application to take pictures and videos with the camera. This allows the application to collect images that the camera is seeing at any time. |
| android.permission.RECORD_AUDIO | Allows application to access the audio record path. |
| android.permission.FLASHLIGHT | Allows the application to control the flashlight. |
| android.permission.WAKE_LOCK | Allows an application to prevent the phone from going to sleep. |
| android.permission.GET_TASKS | Allows application to retrieve information about currently and recently running tasks. May allow malicious applications to discover private information about other applications. |

AR-1031

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

| PERMISSION | DESCRIPTION |
|---|---|
| android.permission.READ_CONTACTS | Allows an application to read all of the contact (address) data stored on your phone. Malicious applications can use this to send your data to other people. |
| android.permission.RECEIVE_BOOT_COMPLETED | Allows an application to start itself as soon as the system has finished booting. This can make it take longer to start the phone and allow the application to slow down the overall phone by always running. |
| none.used.ACCESS_FINE_LOCATION | Access fine location sources, such as the Global Positioning System on the phone, where available. Malicious applications can use this to determine where you are and may consume additional battery power. |
| none.used.ACCESS_COARSE_LOCATION | Access coarse location sources, such as the mobile network database, to determine an approximate phone location, where available. Malicious applications can use this to determine approximately where you are. |
| android.permission.VIBRATE | Allows the application to control the vibrator. |
| com.meizu.c2dm.permission.RECEIVE | Unknown permission from android reference |
| com.zhiliaoapp.musically.permission.READ_ACCOUNT | Unknown permission from android reference |
| com.zhiliaoapp.musically.permission.WRITE_ACCOUNT | Unknown permission from android reference |
| com.android.launcher.permission.INSTALL_SHORTCUT | Allows an application to install a shortcut in Launcher. |
| com.android.launcher.permission.UNINSTALL_SHORTCUT | Don't use this permission in your app. This permission is no longer supported. |
| com.android.launcher.permission.READ_SETTINGS | Unknown permission from android reference |
| android.permission.AUTHENTICATE_ACCOUNTS | Allows an application to use the account authenticator capabilities of the Account Manager, including creating accounts as well as obtaining and setting their passwords. |
| com.htc.launcher.permission.READ_SETTINGS | Unknown permission from android reference |
| com.lge.launcher.permission.READ_SETTINGS | Unknown permission from android reference |
| com.lge.launcher.permission.WRITE_SETTINGS | Allows an application to modify the system's settings data. Malicious applications can corrupt your system's configuration. |
| com.huawei.launcher3.permission.READ_SETTINGS | Unknown permission from android reference |
| com.huawei.launcher3.permission.WRITE_SETTINGS | Allows an application to modify the system's settings data. Malicious applications can corrupt your system's configuration. |
| com.huawei.launcher2.permission.READ_SETTINGS | Unknown permission from android reference |
| com.huawei.launcher2.permission.WRITE_SETTINGS | Allows an application to modify the system's settings data. Malicious applications can corrupt your system's configuration. |
| | Unknown permission from android reference |

**AR-1032**

**BLACK HILLS** | Information Security

About Us   Contact   Services   Projects/Tools   Blog   Training

| PERMISSION | DESCRIPTION |
|---|---|
| com.ebproductions.android.launcher.permission. READ_SETTINGS | |
| com.ebproductions.android.launcher.permission. WRITE_SETTINGS | Allows an application to modify the system's settings data. Malicious applications can corrupt your system's configuration. |
| com.oppo.launcher.permission.READ_SETTINGS | Unknown permission from android reference |
| com.oppo.launcher.permission.WRITE_SETTINGS | Allows an application to modify the system's settings data. Malicious applications can corrupt your system's configuration. |
| com.huawei.android.launcher.permission.READ_SETTINGS | Unknown permission from android reference |
| com.huawei.android.launcher.permission.WRITE_SETTINGS | Allows an application to modify the system's settings data. Malicious applications can corrupt your system's configuration. |
| dianxin.permission.ACCESS_LAUNCHER_DATA | Unknown permission from android reference |
| com.miui.mihome2.permission.READ_SETTINGS | Unknown permission from android reference |
| com.miui.mihome2.permission.WRITE_SETTINGS | Allows an application to modify the system's settings data. Malicious applications can corrupt your system's configuration. |
| com.zhiliao.musically.livewallpaper.permission.wallpaperplugin | Unknown permission from android reference |
| com.zhiliaoapp.musically.permission.MIPUSH_RECEIVE | Unknown permission from android reference |
| com.zhiliaoapp.musically.push.permission.MESSAGE | Unknown permission from android reference |
| com.android.vending.BILLING | Unknown permission from android reference |
| com.meizu.flyme.push.permission.RECEIVE | Unknown permission from android reference |
| android.permission.WRITE_SYNC_SETTINGS | Allows an application to modify the sync settings, such as whether sync is enabled for Contacts. |
| com.sec.android.provider.badge.permission.READ | Unknown permission from android reference |
| com.sec.android.provider.badge.permission.WRITE | Unknown permission from android reference |
| com.htc.launcher.permission.UPDATE_SHORTCUT | Unknown permission from android reference |
| com.sonyericsson.home.permission.BROADCAST_BADGE | Unknown permission from android reference |
| com.sonymobile.home.permission.PROVIDER_INSERT_BADGE | Unknown permission from android reference |
| com.majeur.launcher.permission.UPDATE_BADGE | Unknown permission from android reference |
| com.huawei.android.launcher.permission.CHANGE_BADGE | Unknown permission from android reference |
| android.permission.MODIFY_AUDIO_SETTINGS | Allows application to modify global audio settings, such as volume and routing. |
| android.permission.REQUEST_INSTALL_PACKAGES | Malicious applications can use this to try and trick users into installing additional malicious packages. |

**AR-1033**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

| PERMISSION | DESCRIPTION |
| --- | --- |
| android.permission.REORDER_TASKS | Allows an application to move tasks to the foreground and background. Malicious applications can force themselves to the front without your control. |
| com.zhiliaoapp.musically.miniapp.PROCESS_C OMMUNICATION | Unknown permission from android reference |
| com.google.android.finsky.permission.BIND_GE T_INSTALL_REFERRER_SERVICE | Unknown permission from android reference |
| com.google.android.c2dm.permission.RECEIVE | Unknown permission from android reference |
| com.zhiliaoapp.musically.permission.RECEIVE_ ADM_MESSAGE | Unknown permission from android reference |
| com.amazon.device.messaging.permission.REC EIVE | Unknown permission from android reference |
| android.permission.USE_CREDENTIALS | Allows an application to request authentication tokens. |
| android.permission.MANAGE_ACCOUNTS | Allows an application to perform operations like adding and removing accounts and deleting their password. |
| android.permission.READ_APP_BADGE | Unknown permission from android reference |
| me.everything.badger.permission.BADGE_COU NT_READ | Unknown permission from android reference |
| me.everything.badger.permission.BADGE_COU NT_WRITE | Unknown permission from android reference |
| android.permission.UPDATE_APP_BADGE | Unknown permission from android reference |
| com.vivo.notification.permission.BADGE_ICON | Unknown permission from android reference |

There were a few permissions that seemed odd to me for an app that has a purpose of sharing short video clips online.  The android.permission.AUTHENTICATE_ACCOUNTS allows for the creation of accounts and setting passwords.  I would question why that would be necessary (and I have never seen that in other apps).  Then the 16 specific settings for modifying system data – I would also wonder why those would be necessary.  But again, it can be hard to determine from the outside looking in what functionality requires these.  If I had to make a yes or no decision on if the app was overly permissive, I would say yes.

Since the phone was set up to use Burp as a proxy and the Burp CA installed and trusted we can move on to network traffic inspection.  When the app was launched, the application traffic was intercepted.  I went through the initial "what am I interested in" choices and created an account and started watching a few videos and using the app for a few minutes.

Next, I saved all HTTP requests intercepted by Burp to a file and used command line tools to get an idea of how many hosts were involved in communication from the app.  Using command-line utilities, I counted 32 hosts that appeared to be related to TikTok network traffic.  For the most part, I found these through manual analysis of the Proxy traffic listed in Burp and used the domains as search terms with grep on the command line to get an easier parse text list.

**AR-1034**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



There were many GET requests to TickTok APIs profiling my device, but this is not uncommon for developers to do.  Metrics for install base can be useful.  But, it could definitely be viewed as data collection.

**AR-1035**



I also noticed something odd in the sense that I have not seen this with other apps that I have

analyzed (*Note that the vast majority of the apps I look at are for work engagements).  It

appeared that most of the HTTP message bodies for API calls were encrypted.

**AR-1036**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/



Why do I say that the data being sent was encrypted? I have seen where API requests were gzip compressed, but I have been able to look through the requests and find where the compressed file began and decode the traffic.

To investigate this, I looked for the beginning of requests to hosts based on the time I launched the app and right-clicked on the message body and selected "Send to Decoder". This sends the request to the Burp Suite decoder which allows you to choose various types of decoding. I was not able to locate a portion of data that was able to be decoded.



The requests in Burp can be saved to file by right-clicking in the proxy window and selecting Save Item. The request will be base64 encoded and can be decoded at the command line by:

**AR-1037**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

```
$echo "<paste base64 blob here> | base64 -d -w 0 > file_name
```

**BLACK HILLS** Information Security                    About    Services    Projects/Tools    Blog    Training

Next, take the HTTP header information out of the saved file, and you are left with the message body. Running the *file* utility on the file results in "data" returned (no file magic bytes to discover).



I used the ent utility to check the entropy of a few of the larger message bodies and it appeared to be encrypted.



At this point, the best option to break the encryption would be to do some in-depth static analysis on the extracted APK and figure out how encryption is implemented and write some code to decrypt it.  That's a bit beyond the scope of this post.

At this point in the analysis though, if I were performing a risk analysis for allowing the app on company devices, I think there would be enough data to decide against it.  But what about banning TikTok from the general public?  My opinion is that without breaking the encryption, it would be hard to say.  My guess is that it was decrypted by someone and that data was being collected was viewed as an invasion of privacy.

To play Devil's Advocate though, what if we looked at other popular apps with huge install bases?  Apps like Instagram, Twitter, Snapchat, or Facebook?  They collect some amount of personal data.  We are in the Age of Surveillance Capitalism, selling human behavior for targeted advertising is how money is made for these companies.  What data are they sending?

Getting at the data sent by these other popular social media apps is even more difficult, as they are using a technique called Certificate Pinning to defeat traffic inspection.  This is where a specific certificate is embedded in the application to establish TLS encrypted communication, and if that certificate is not used (as in our case with using the Burp certificate) then communication is not established.

To defeat Certificate Pinning, one would need to inject code into the application at runtime (using something like Frida) to remove or bypass the pinning code or decompile the app and edit smali files and repackage the app and install the modified app.  Neither option is a trivial exercise.

Personally, I think it's safe to assume as a user for any popular app, that personal data from your phone is being sent to any of these companies.  Does it matter where the company is headquartered?  Perhaps for some, perhaps not for most others.  At the end of the day, I think that

**AR-1038**

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

the majority of people have no real idea how much their privacy is compromised by apps on their
mobile devices, but that is a conversation for another day and another blog post.

 Information Security

About Us    Contact    Services    Projects/Tools    Blog    Training

Check out our Cyber Range, not just a place to work through
challenges and play, but also an open direct/hands-on training
environment.

https://www.blackhillsinfosec.com/services/cyber-range/

*Join the BHIS Blog Mailing List – get notified when we post new blogs, webcasts, and
podcasts.*

Join 2,762 other subscribers

Email Address

Subscribe

**Share this:**

**Related**



How to DIY a Mobile Hacking
Platform - Kali NetHunter on a
Rooted Nexus7

January 30, 2017
In "Physical"



How to Purge Google and Start
Over - Part 2

March 27, 2019
In "Blue Team"

Reminders - Simple Security and
Finding Sanity in the Digital Age

Jordan Drysdale // As I wander
through life, in what now seems
like a world gone entirely mad,
disconnecting from digital is my
newest hobby. Information

August 29, 2016
In "InfoSec 201"

We Have Built a Cyber Range!        Now That's What I Call ADHD!
                                     4

BLACK HILLS INFORMATION SECURITY

AR-1039

TikTok Footnote 115 - https://www.blackhillsinfosec.com/lets-talk-about-tiktok/

115 W. Hudson St. Spearfish, SD 57783 | 701-484-BHIS

© 2018

**BLACK HILLS** | Information Security

About Us     Contact     Services     Projects/Tools     Blog     Training

LINKS

SEARCH THE SITE

**AR-1040**

SUBSCRIBE                    SIGN IN

*WATCHING YOU —*

# TikTok and 32 other iOS apps *still* snoop your sensitive clipboard data

Passwords, bitcoin addresses, and anything else in clipboards are free for the taking.

DAN GOODIN - 6/27/2020, 12:52 PM

TikTok Footnote 124 - Access to Clipboard



*Wiyre Media / Flickr*

Enlarge

In March, researchers uncovered a troubling privacy grab by more than four dozen iOS apps including TikTok, the Chinese-owned social media and video-sharing phenomenon that has taken the Internet by storm. Despite TikTok vowing to curb the practice, it continues to access some of Apple users' most sensitive data, which can include passwords, cryptocurrency wallet addresses, account-reset links, and personal messages. Another 32 apps identified in March haven't stopped either.

The privacy invasion is the result of the apps repeatedly reading any text that happens to reside in clipboards, which computers and other devices use to store data that has been cut or copied from things like password managers and email programs. With no clear reason for doing so, researchers Talal Haj Bakry and Tommy Mysk found, the apps deliberately called an iOS programming interface that retrieves text from users' clipboards.

## Universal snooping

In many cases, the covert reading isn't limited to data stored on the local device. In the event the iPhone or iPad uses the same Apple ID as other Apple devices and are within roughly 10 feet of each other, all of them share a universal clipboard, meaning contents can be copied from the app of one device and pasted into an app running on a separate device.

That leaves open the possibility that an app on an iPhone will read sensitive data on the clipboards of other connected devices. This could include bitcoin addresses, passwords, or email messages that are

temporarily stored on the clipboard of a nearby Mac or iPad. Despite running on a separate device, the iOS apps can easily read the sensitive data stored on the other machines.

"It's very, very dangerous," Mysk said in an interview on Friday, referring to the apps' indiscriminate reading of clipboard data. "These apps are reading clipboards, and there's no reason to do this. An app that doest have a text field to enter text has no reason to read clipboard text."

The video below demonstrates universal clipboard reading:



KlipboardSpy: How malicious apps on iPhone and iPad abuse the Universal Clipboard on your Mac.

# Back in the news

While Haj Bakry and Mysk published their research in March, the invasive apps made headlines again this week with the developer beta release of iOS 14. A novel feature Apple added provides a banner warning every time an app reads clipboard contents. As large numbers of people began testing the beta release, they quickly came to appreciate just how many apps engage in the practice and just how often they do it.

This YouTube video, which has racked up more than 87,000 views since it was posted on Tuesday, shows a small sample of the apps triggering the new warning.

iOS14 Catches Apps Spying on Your Clipboard

**iOS14 Catches Apps Spying on Your Clipboard.**

# TikTok in the spotlight

Recent headlines have focused particular attention on TikTok, in large part because of its massive base of active users (reported to be 800 million, with an estimated 104 million iOS installs in the first half of 2018 alone, making it the most downloaded app for that period).

TikTok's continued snooping has gotten extra scrutiny for other reasons. When called out in March, the video-sharing provider told UK publication The Telegraph it would end the practice in the coming weeks. Mysk said that the app never stopped the monitoring. What's more, a Wednesday Twitter thread revealed that the clipboard reading occurred each time a user entered a punctuation mark or tapped the space bar while composing a comment. That means the clipboard reading can happen every second or so, a much more aggressive pace than documented in the March research, which found monitoring happened when the app was opened or reopened.

To reproduce:
1. Have something on your clipboard. Eg copy some text from Notes or a website
2. Open TikTok and start typing in any text field
3. You learn from iOS 14 beta each time an app "pastes" - but in this instance I didn't request it, and none of that text appears in UI

— Jeremy Burge (@jeremyburge) June 24, 2020

In a statement, TikTok representatives wrote:

Following the beta release of iOS14 on June 22, users saw notifications while using a number of popular apps. For TikTok, this was triggered by a feature designed to identify repetitive, spammy behavior. We have already submitted an updated version of the app to the App Store removing the anti-spam feature to eliminate any potential confusion.

TikTok Footnote 124 - Access to Clipboard

TikTok is committed to protecting users' privacy and being transparent about how our app works. We look forward to welcoming outside experts to our Transparency Center later this year.

On background, a spokesperson said that TikTok for Android never implemented the anti-spam feature.

I sent follow-up questions asking (1) if the TikTok version for Android monitored clipboards for any other reason, (2) if any clipboard text was uploaded from the device, and (3) why TikTok didn't remove the monitoring as promised in March. The spokesperson has yet to respond. This post will be updated if a reply comes later.

# Not just TikTok

In all, the researchers found the following iOS apps were reading users' clipboard data every time the app was opened with no clear reason for doing so:

- **App Name —** BundleID

**News**

- **ABC News —** com.abcnews.ABCNews
- **Al Jazeera English —** ajenglishiphone
- **CBC News —** ca.cbc.CBCNews
- **CBS News —** com.H443NM7F8H.CBSNews
- **CNBC —** com.nbcuni.cnbc.cnbcrtipad
- **Fox News —** com.foxnews.foxnews
- **News Break —** com.particlenews.newsbreak
- **New York Times —** com.nytimes.NYTimes
- **NPR —** org.npr.nprnews
- **ntv Nachrichten —** de.n-tv.n-tvmobil
- **Reuters —** com.thomsonreuters.Reuters
- **Russia Today —** com.rt.RTNewsEnglish
- **Stern Nachrichten —** de.grunerundjahr.sternneu
- **The Economist —** com.economist.lamarr
- **The Huffington Post —** com.huffingtonpost.HuffingtonPost
- **The Wall Street Journal —** com.dowjones.WSJ.ipad
- **Vice News —** com.vice.news.VICE-News

**Games**

**AR-1087**

- *8 Ball Pool*™ — com.miniclip.8ballpoolmult
- *AMAZE!!!* — com.amaze.game
- *Bejeweled* — com.ea.ios.bejeweledskies
- *Block Puzzle* —Game.BlockPuzzle
- *Classic Bejeweled* — com.popcap.ios.Bej3
- *Classic Bejeweled HD* —com.popcap.ios.Bej3HD
- *FlipTheGun* — com.playgendary.flipgun
- *Fruit Ninja* — com.halfbrick.FruitNinjaLite
- *Golfmasters* — com.playgendary.sportmasterstwo
- *Letter Soup* — com.candywriter.apollo7
- *Love Nikki* — com.elex.nikki
- *My Emma* — com.crazylabs.myemma
- *Plants vs. Zombies*™ *Heroes* — com.ea.ios.pvzheroes
- *Pooking – Billiards City* — com.pool.club.billiards.city
- *PUBG Mobile* — com.tencent.ig
- *Tomb of the Mask* — com.happymagenta.fromcore
- *Tomb of the Mask: Color* — com.happymagenta.totm2
- *Total Party Kill* — com.adventureislands.totalpartykill
- *Watermarbling* — com.hydro.dipping

## Social Networking

- **TikTok** — com.zhiliaoapp.musically
- **ToTalk** — totalk.gofeiyu.com
- **Tok** — com.SimpleDate.Tok
- **Truecaller** — com.truesoftware.TrueCallerOther
- **Viber** — com.viber
- **Weibo** — com.sina.weibo
- **Zoosk** — com.zoosk.Zoosk

## Other

- **10% Happier: Meditation** —com.changecollective.tenpercenthappier
- **5-0 Radio Police Scanner** — com.smartestapple.50radiofree
- **Accuweather** — com.yourcompany.TestWithCustomTabs
- **AliExpress Shopping App** — com.alibaba.iAliexpress
- **Bed Bath & Beyond** — com.digby.bedbathbeyond
- **Dazn** — com.dazn.theApp

**AR-1088**

TikTok Footnote 124 - Access to Clipboard

- **Hotels.com** — com.hotels.HotelsNearMe
- **Hotel Tonight** — com.hoteltonight.prod
- **Overstock** — com.overstock.app
- **Pigment – Adult Coloring Book** — com.pixite.pigment
- **Recolor Coloring Book to Color** — com.sumoing.ReColor
- **Sky Ticket** — de.sky.skyonline
- **The Weather Network** — com.theweathernetwork.weathereyeiphone

Shortly after the report was published, 10% Happier: Meditation and Hotel Tonight promised to stop the behavior and quickly followed through. TikTik also promised to stop was caught engaging in the practice again. Here's the full list of apps that had curbed the practice as of June 30:

**News**

- **ABC News** — com.abcnews.ABCNews
- **Al Jazeera English** — ajenglishiphone
- **CBC News** — ca.cbc.CBCNews
- **CBS News** — com.H443NM7F8H.CBSNews
- **ntv Nachrichten** — de.n-tv.n-tvmobil

**Games**

- **8 Ball Pool™** — com.miniclip.8ballpoolmult
- **AMAZE!!!** — com.amaze.game
- **Classic Bejeweled** — com.popcap.ios.Bej3
- **Classic Bejeweled HD** — com.popcap.ios.Bej3HD
- **Letter Soup** — com.candywriter.apollo7
- **PUBG Mobile** — com.tencent.ig
- **Tomb of the Mask** — com.happymagenta.fromcore
- **Tomb of the Mask: Color** — com.happymagenta.totm2

**Social Networking**

- **TikTok** — com.zhiliaoapp.musically
- **Truecaller** — com.truesoftware.TrueCallerOther
- **Viber** — com.viber

**Other**

- **10% Happier: Meditation** —com.changecollective.tenpercenthappier
- **5-0 Radio Police Scanner** — com.smartestapple.50radiofree

- **Dazn —** com.dazn.theApp
- **Hotels.com** — com.hotels.HotelsNearMe
- **Hotel Tonight** — com.hoteltonight.prod
- **Recolor Coloring Book to Color —** com.sumoing.ReColor

# Clipboard reading done right

In some cases, clipboard reading can make apps much more useful. The UPS iPhone app, for instance, pulls text from the clipboard, and, in the event the text matches the characteristics of a tracking number, the app prompts the user to track the corresponding package. Google Chrome also pulls text and, in the event it's a URL, will prompt the user to browse to it. The Pixelmator photo editor reads data only if it's an image. If it is, Pixelmator will prompt the user to open it for editing. In all three cases, the data reading has a clear use case and is transparent.

TikTok and the other offending apps, by contrast, access the clipboard for no clear reason and with no indication they are doing so. For many apps, it's hard to see any legitimate performance or usability reason for the access. Mysk said that Apple plans to credit his and Haj Bakry's research as a catalyst for the new clipboard notification put into iOS 14.

The clipboard reading Haj Bakry and Mysk reported raises concerns that likely extend to those using Android and possibly other operating systems. Mysk said that clipboard reading in Android apps is "even worse" than iOS because the OS APIs are so much more lenient. Until version 10, for instance, Android allowed apps running in the background to read the clipboard. iOS apps, by contrast, can read or query clipboards only when active (that is, running in the foreground).

Mysk said that Apple's notification feature is a good start but, ultimately, Apple and Google should do more. One possibility is to make clipboard access a standard permission, just as access to a mic or camera is now. Another possibility is to require app developers to disclose precisely what clipboard data is accessed and what the app does with it.

For now, users should remain aware that any data stored in the clipboard—despite it being inconspicuous to the naked eye—can be regularly accessed by apps that in many cases aren't even installed locally on the device. When in doubt, flush the clipboard data by copying a character, word, or other piece of innocuous data.

---

## Promoted Comments

**Mysk** / Smack-Fu Master, in training                                    JUMP TO POST

> foofoo22 wrote:
> It's why I'm trying to remove more apps and stick to their web sites. At least web sites I can use tracking and ad blockers.

Hello,

---

**AR-1090**

In our research we only picked popular apps in the top charts. We only focused on apps that have no obvious reason to access the clipboard. Furthermore, we only analyzed the behavior of apps on launch, not during usage. This way we could cover more apps in our research.

Thanks for your remarks.

Cheers!

1 post | registered 6/27/2020

**Rosyna** / Ars Tribunus Angusticlavius                    JUMP TO POST

> GekkePrutser wrote:
> Why is Microsoft Teams not mentioned? This is doing the same thing according to many sites: https://mspoweruser.com/ios-14-caught-a ... -contents/
>
> Even if they have 'a good reason', I would take that with the same scepticism as TikTok's excuses.
>
> An application should keep its paws off the clipboard until I press paste.

iOS 14 has a new pattern match API for the clipboard. Applications can use that to say they're interested in certain patterns so legit apps with legit reasons no longer have to snoop every damn second or reactivation of an app.

6398 posts | registered 9/4/2005

**Mysk** / Smack-Fu Master, in training                    JUMP TO POST

> khoadley wrote:
> The breadth of apps there makes me wonder whether this is sitting in some common library, or a hack to a common part of the toolchain.

Yes, you are right. An earlier version of the Google Mobile Ads SDK would check the clipboard for a special token used for network debugging. This caused any app that simply links to the SDK to read the clipboard on every launch.

TikTok and a few developers of the apps on that long list responded and referred this Google Mobile Ads SDK. Google already updated this SDK and since July 2019 all new releases of this SDK have stopped reading the clipboard on launch.

You can refer to this article for more on developers reaction:

https://www.telegraph.co.uk/technology/ ... ermission/

4 posts | registered 6/27/2020

**AR-1091**

TikTok Footnote 124 - Access to Clipboard

**Mysk** / Smack-Fu Master, in training                                          JUMP TO POST

> shawnce wrote:
> Why isn't this a permission? Well because basically every app would request it for basic
> support of text input features, etc. so it would quickly become a meaningless
> permission.
>
> The solution is to make it only able get data on user action and provide ways for code to
> probe if clipboard content may match some type of data without being able to exactly
> see the data. The latter is needed for some of the features outlined in the article.

Your point is valid. However, if you leave it up to developers, some may abuse it. This is
what led us this major breach of private data -- Apple in good faith left the clipboard
accessible to all apps.

Browsers currently have a permission for this, so why not apps!

Safari on iPhone, prompts the user with a "Paste" button whenever a JavaScript function
calls an API to read the clipboard. Nothing will be pasted unless the user explicitly taps on
the paste button. Moreover, browsers on desktop show a nice and informative permission
view.

Check out this tweet thread: (I love the way Chrome deals with it)

https://twitter.com/mysk_co/status/1246 ... 19265?s=20

4 posts | registered 6/27/2020

READER COMMENTS    164                    SHARE THIS STORY

**DAN GOODIN**

Dan is the Security Editor at Ars Technica, which he joined in 2012 after working for The Register, the
Associated Press, Bloomberg News, and other publications.

**EMAIL** dan.goodin@arstechnica.com // **TWITTER** @dangoodin001

AR-1092

TikTok Footnote 124 - Access to Clipboard



## How Forza's Racing AI Uses Neural Networks To Evolve

Today on War Stories, Ars Technica is joined by Dan Greenawalt, Creative Director of the Forza franchise, who takes us through the colossal potential (and many challenges) of utilizing deep neural networks to build sophisticated racing AI. Beginning with the original Drivatar AI in Forza Motorsport for XBOX in 2005, Greenawalt and his colleagues experimented with computer learning, refining their methods from iteration to iteration. It was once the AI system was unshackled from local hard drives and placed online in Forza Motorsport 5, however, that the floodgates truly opened. As the AI rapidly evolved, producing unexpected new behaviors, the Forza team quickly learned how challenging it would be to wield this two-edged sword in creating realistic opponents.


**How Forza's Racing AI Uses Neural Networks To Evolve**


The F-35's next tech upgrade


Fighter Pilot Breaks Down Every Button in an F-15 Cockpit


Linus "Tech Tips" Sebastian Reacts to His Top 1000 YouTube Comments


Customizing Mini 4WD Racers For High Speeds On A Small Scale

⊕ More videos

← PREVIOUS STORY          NEXT STORY →

## Related Stories

## Sponsored Stories

Powered by


**Have An Enlarged Prostatic Flare Up? Try This (Watch)**
healthtrend news


**Qualcomm Appeal Successful as 2019 FTC Ruling is Overturned**
Futurum


**[Photos] Try Not To Laugh At What These Historical Figures Really Looked Like**


**[Pics] Disturbing Images Caught By Trail Cams Will Give You The Chills**


**The Best Home Security of 2020 - Delivered**
Simplisafe


**[Gallery] Remember Tiger's Ex? This Is Her Now**
Loans Ranker

TikTok Footnote 124 - Access to Clipboard

## Today on Ars

STORE
SUBSCRIBE
ABOUT US
RSS FEEDS
VIEW MOBILE SITE

CONTACT US
STAFF
ADVERTISE WITH US
REPRINTS

NEWSLETTER SIGNUP

Join the Ars Orbital Transmission mailing list to get weekly updates delivered to your inbox.

SIGN ME UP →

CNMN Collection
WIRED Media Group
© 2020 Condé Nast. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 1/1/20) and Privacy Policy and Cookie Statement (updated 1/1/20) and Ars Technica Addendum (effective 8/21/2018). Ars may earn compensation on sales from links on this site. Read our affiliate link policy.
Your California Privacy Rights | Cookies Settings
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.
Ad Choices

# TikTok and WeChat

Curating and controlling global
information flows

Fergus Ryan, Audrey Fritz and Daria Impiombato





Policy Brief
Report No. 37/2020

TikTok Footnote 125 - Collecting Less Location Data

## About the authors

**Fergus Ryan** is an Analyst working with the International Cyber Policy Centre at ASPI.

**Audrey Fritz** is a Researcher working with the International Cyber Policy Centre at ASPI.

**Daria Impiombato** is an Intern working with the International Cyber Policy Centre at ASPI.

## Acknowledgements

We would like to thank Danielle Cave and Fergus Hanson for their work on this project. We would also like to thank Michael Shoebridge, Dr Samantha Hoffman, Jordan Schneider, Elliott Zaagman and Greg Walton for their feedback on this report as well as Ed Moore for his invaluable help and advice. We would also like to thank anonymous technically-focused peer reviewers.

This project began in 2019 and in early 2020 ASPI was awarded a research grant from the US State Department for US$250k, which was used towards this report. The work of ICPC would not be possible without the financial support of our partners and sponsors across governments, industry and civil society.

## What is ASPI?

The Australian Strategic Policy Institute was formed in 2001 as an independent, non-partisan think tank. Its core aim is to provide the Australian Government with fresh ideas on Australia's defence, security and strategic policy choices. ASPI is responsible for informing the public on a range of strategic issues, generating new thinking for government and harnessing strategic thinking internationally. ASPI's sources of funding are identified in our Annual Report, online at www.aspi.org.au and in the acknowledgements section of individual publications. ASPI remains independent in the content of the research and in all editorial judgements.

## ASPI International Cyber Policy Centre

ASPI's International Cyber Policy Centre (ICPC) is a leading voice in global debates on cyber, emerging and critical technologies, issues related to information and foreign interference and focuses on the impact these issues have on broader strategic policy. The centre has a growing mixture of expertise and skills with teams of researchers who concentrate on policy, technical analysis, information operations and disinformation, critical and emerging technologies, cyber capacity building, satellite analysis, surveillance and China-related issues.

The ICPC informs public debate in the Indo-Pacific region and supports public policy development by producing original, empirical, data-driven research. The ICPC enriches regional debates by collaborating with research institutes from around the world and by bringing leading global experts to Australia, including through fellowships. To develop capability in Australia and across the Indo-Pacific region, the ICPC has a capacity building team that conducts workshops, training programs and large-scale exercises for the public and private sectors.

We would like to thank all of those who support and contribute to the ICPC with their time, intellect and passion for the topics we work on. If you would like to support the work of the centre please contact: icpc@aspi.org.au

## Important disclaimer

This publication is designed to provide accurate and authoritative information in relation to the subject matter covered. It is provided with the understanding that the publisher is not engaged in rendering any form of professional or other advice or services. No person should rely on the contents of this publication without first obtaining advice from a qualified professional.

## ASPI

Tel +61 2 6270 5100

Email enquiries@aspi.org.au

www.aspi.org.au

www.aspistrategist.org.au

facebook.com/ASPI.org

@ASPI_ICPC

© The Australian Strategic Policy Institute Limited 2020

This publication is subject to copyright. Except as permitted under the *Copyright Act 1968*, no part of it may in any form or by any means (electronic, mechanical, microcopying, photocopying, recording or otherwise) be reproduced, stored in a retrieval system or transmitted without prior written permission. Enquiries should be addressed to the publishers. Notwithstanding the above, educational institutions (including schools, independent colleges, universities and TAFEs) are granted permission to make copies of copyrighted works strictly for educational purposes without explicit permission from ASPI and free of charge.

First published September 2020.

ISSN 2209-9689 (online), ISSN 2209-9670 (print)

**Cover image:** Illustration by Wes Mountain. ASPI ICPC and Wes Mountain allow this image to be republished under the Creative Commons License Attribution-Share Alike. Users of the image should use the following sentence for image attribution: 'Illustration by Wes Mountain, commissioned by the Australian Strategic Policy Institute's International Cyber Policy Centre.'



Funding for this report was provided by the US State Department

AR-1096

# Contents

What's the problem?                                                            2

What's the solution?                                                           3

TikTok censorship                                                              4
    World leaders and politics                                                 5
    Protests                                                                   8
    LGBTQ+                                                                    10
    #Xinjiang: curating propaganda                                           15
    An algorithm with CCP characteristics                                    17
    A politics-free zone                                                      21

WeChat censorship                                                            25
    Harassment of dissidents and other overseas users                       27
    Political interference                                                   28
    Censorship of foreign countries' diplomatic posts on WeChat             30

TikTok privacy concerns and data collection                                  36
    China's access to TikTok data                                            36
    User privacy – Technical observations                                    38
    Data collection and logging                                              39
    App permissions                                                          41

WeChat privacy concerns and data collection                                  43
    App permissions and data collection                                      43
    Security                                                                 44
    Privacy and surveillance                                                 45

Conclusion                                                                    47

Recommendations                                                               48

Appendix 1: Tencent and ByteDance CCP connections                            49

Appendix 2: TikTok data privacy and collection                               51

Appendix 3: WeChat                                                            60

Appendix 4: Examples of PRC-based TikTok jobs advertised by ByteDance        62

Notes                                                                         66

Acronyms and abbreviations                                                    75

**AR-1097**

# What's the problem?

While most major international social media networks remain banned from the Chinese market in the People's Republic of China (PRC), Chinese social media companies are expanding overseas and building up large global audiences. Some of those networks—including WeChat and TikTok—pose challenges, including to freedom of expression, that governments around the world are struggling to deal with.

The Chinese 'super-app' WeChat, which is indispensable in China, has approximately 1.2 billion monthly active users[1] worldwide, including 100 million installations outside of China.[2] The app has become the long arm of the Chinese regime, extending the PRC's techno-authoritarian reach into the lives of its citizens and non-citizens in the diaspora.[3] WeChat users outside of China are increasingly finding themselves trapped in a mobile extension of the Great Firewall of China through which they're subjected to surveillance, censorship and propaganda. This report also shows how Covid-19 has ushered in an expanded effort to covertly censor and control the public diplomacy communications of foreign governments on WeChat.

Newcomer TikTok, through its unparalleled growth in both Asian and Western markets, has a vastly larger and broader global audience of nearly 700 million as of July 2020.[4] This report finds that TikTok engages in censorship on a range of political and social topics, while also demoting and suppressing content. Case studies in this report show how discussions related to LGBTQ+ issues, Xinjiang and protests currently occurring in the US, for example, are being affected by censorship and the curation and control of information. Leaked content moderation documents have previously revealed that TikTok has instructed "its moderators to censor videos that mention Tiananmen Square, Tibetan independence, or the banned religious group Falun Gong," among other censorship rules.[5]

Both Tencent and ByteDance, the companies that own and operate WeChat and TikTok, respectively, are subject to China's security, intelligence, counter-espionage and cybersecurity laws. Internal Chinese Communist Party (CCP) committees at both companies are in place to ensure that the party's political goals are pursued alongside the companies' commercial goals. ByteDance CEO Zhang Yiming has stated on the record that he will ensure his products serve to promote the CCP's propaganda agenda.[6]

While most major international social media platforms have traditionally taken a cautious and public approach to content moderation, TikTok is the first globally popular social media network to take a heavy-handed approach to content moderation. Possessing and deploying the capability to covertly control information flows, across geographical regions, topics and languages, positions TikTok as a powerful political actor with a global reach.

**AR-1098**

TikTok Footnote 125 - Collecting Less Location Data

# What's the solution?

The global expansion of Chinese social media networks continues to pose unique challenges to policymakers around the world. Thus far governments have tended to hold most major international social media networks and Chinese social media networks to different standards. It's imperative that states move to a policy position where all social media and internet companies are being held to the same set of standards, regardless of their country of origin or ownership.

This report recommends (on page 50) that governments implement transparent user data privacy and user data protection frameworks that apply to all social media networks. If companies refuse to comply with such frameworks, they shouldn't be allowed to operate. Independent audits of social media algorithms should be conducted. Social media companies should be transparent about the guidelines that human moderators use and what impact their decisions have on their algorithms. Governments should require that all social media platforms investigate and disclose information operations being conducted on their platforms by state and non-state actors. Disclosures should include publicly releasing datasets linked to those information campaigns.

Finally, all of these recommended actions would benefit from multilateral collaboration that includes participation from governments, the private sector and civil society actors. For example, independent audits of algorithms could be shared by multiple governments that are seeking the same outcomes of accountability and transparency; governments, social media companies and research institutes could share data on information operations; all stakeholders could share lessons learned on data frameworks.

**AR-1099**

# TikTok censorship

TikTok's rapid expansion around the world has been punctuated by a string of censorship controversies that it has struggled to explain away. Initial instances of censorship, documented in this report, were the result of a 'blunt approach' to content moderation that TikTok spokespeople admit they deployed in the app's 'early days'.[7] More recent examples of apparent censorship—including posts tagged with #BlackLivesMatter and #GeorgeFloyd—have been explained away by TikTok as the result of a 'technical glitch'.[8]

Our research suggests that many of these cases were most likely not aberrations, but the side effects of an approach that ByteDance, TikTok's owner and operator, has used in an attempt to avoid controversy and maintain what it considers to be an apolitical stance as it grows a worldwide audience.[9] But the very nature of TikTok's targeted global censorship isn't apolitical; in fact, it makes the app a politically powerful actor.

Our research shows, for example, that hashtags related to LGBTQ+ issues are suppressed on the platform in at least 8 languages. This blunt approach to censorship affects not only citizens of a particular country, but all users speaking those languages, no matter where in the world they live. TikTok users posting videos with these hashtags are given the impression their posts are just as searchable as posts by other users, but in fact they aren't. In practice, most of these hashtags are categorised in TikTok's code[10] in the same way that terrorist groups, illicit substances and swear words are treated on the platform. On some occasions, hashtags are categorised as non-existent, when in fact they're tagged on videos across the platform.

TikTok spokespeople have repeatedly stated that the platform is not 'influenced by any foreign government, including the Chinese Government',[11] and that 'TikTok does not moderate content due to political sensitivities.'[12] But the censorship techniques outlined below disprove some of those claims and, instead, suggest a preference for protecting and entrenching the sensitivities, and even prejudices, of some governments, including through censoring content that might upset established social views.

On 6 and 7 September ASPI contacted TikTok and provided them with hashtags our research discovered were being shadowbanned and asked for comment on these research findings. These hashtags were:

- **#acab** – English, acronym for "all cops are bastards," use of which began during the George Floyd protests in the United States
- **#путинвор** – "Putin Is A Thief" in Russian
- **#Jokowi** – nickname for Joko Widodo, President of Indonesia
- **#GayArab** – English
- **#рей** – "Gay" in Russian
- **#مثلي_الجنس** – "Gay" in Arabic
- **#ялесбиянка** – "I am a lesbian" in Russian
- **#ягей** – "I am gay" in Russian
- **#gei** – "Gay" in Estonian
- **#gej** – "Gay" in Bosnian

AR-1100

- **#สมเด็จพระเจ้าลูกเธอเจ้าฟ้าสิริวัณณวรีนารีรัตนราชกัญญา** – #Princess Sirivannavari Nariratana Rajakanya in Thai
- **#กษัตริย์มีไว้ทำไม** – "Why Do We Need A King" in Thai
- **#ไม่รับปริญญาจากสถาบันกษัตริย์** – "I won't graduate with the monarchy" in Thai
- **#المتحول_جنسي** – "Transgender" in Arabic
- **#التحول_الجنسي** – "Transgender/transitioning" in Arabic

The response by a TikTok spokesperson was:

*"As part of our localised approach to moderation, some terms that the ASPI provided were partially restricted due to relevant local laws. Other terms were restricted because they were primarily used when looking for pornographic content, while the Thai phrases the ASPI supplied are either readily found when searched or do not appear to be hashtags that any TikTok users have added to their posts. We also identified, and fixed, an issue where some compound phrases in Arabic were being incorrectly moderated because part of the phrase may relate to pornography. Separately, a couple of English phrases were incorrectly moderated, and we have resolved the error. We are currently conducting a review of those terms that were moderated in error and will look for ways to improve our processes to avoid similar issues in the future. In addition, we want to be crystal clear that TikTok strongly supports our LGBTQ creators around the world and is proud that LGBTQ content is among the most popular category on the platform with billions of views."*

## World leaders and politics

Leaked content moderation guidelines seen by *The Guardian* in March 2020 barred content related to a specific list of 20 'foreign leaders or sensitive figures' including Kim Jong-il, Kim Il-sung, Mahatma Gandhi, Vladimir Putin, Donald Trump, Barack Obama, Kim Jong-un, Shinzo Abe, Park Geun-Hee, Joko Widodo and Narendra Modi (Figure 1).[13] ByteDance said those rules were retired in May 2019, but our research has found that hashtags related to criticism of the leaders continue to be censored. The censorship ranges from #путинвор ('Putin Is A Thief') to even seemingly innocuous hashtags, such as #Jokowi—the politically neutral nickname for Indonesian President Joko Widodo. These hashtags have been shadow banned by TikTok, meaning that content tagged with them has been suppressed and often then totally hidden from public view; posts are made much more difficult to find on the platform though they're not necessarily deleted. It's a more insidious form of censorship in that users are being censored, but often don't know it because they can still see their own content.

TikTok Footnote 125 - Collecting Less Location Data

**Figure 1: List of censored or shadow-banned political hashtags on TikTok**



Source: ASPI's International Cyber Policy Centre (ICPC).

In the course of our research, we regularly encountered discrepancies between the number of videos visible on a hashtag and the number of videos recorded under 'videoCount' in the code. Those discrepancies could be due to videos being in review or videos that have broken TikTok's community guidelines, which include taking down content that is disinformation or is hateful, violent or sexually explicit content. But the discrepancy could also be due to videos being shadow banned. A source from TikTok cited by *Netzpolitik* said that videos that are tagged 'Not for Feed' in the moderation process get excluded from being featured in the platform's 'For You' feed, which can then 'disadvantage discoverability in the search function and hashtags'.[14]

On 15 August, #HồChíMinh showed 63 videos visible on the web version of TikTok, but 383 videos in the code for the hashtag. It's possible that the 320 videos missing from the hashtag were absent because their content contravened TikTok's community guidelines, but there's a real possibility at least some of them were removed due to political censorship over the late communist leader of Vietnam. As *Reuters* reported in August 2020, ByteDance sought to avoid any run-ins with the Vietnamese Government by promising to make TikTok 'non-political' in the country.[15] That censorship was even extended by ByteDance to cover 'content critical of Beijing, and anything related to tensions between the two governments'.

Around the world, TikTok content guidelines have gradually become more localised for individual countries. Country-specific and so-called 'strict' content guidelines leaked to *The Guardian* suggest that the localised approach could result in more censorship than before.[16] In Thailand, where pro-democracy protests have been ongoing since June,[17] TikTok has attempted to avoid contravening the

AR-1102

country's strict *lèse-majesté* laws, which make it illegal to insult, defame or threaten any member of the royal family, in an overly broad way. Our research shows that hashtags related to the Thai royal family are censored on TikTok, not just for Thai citizens, but for Thai-speaking people around the world.

On TikTok, #สมเด็จพระเจ้าลูกเธอเจ้าฟ้าสิริวัณณวรีนารีรัตนราชกัญญา (#PrincessSirivannavariNariratanaRajakanya) isn't just shadow banned but completely censored from the entire platform. The hashtag is used on other platforms, such as Twitter, YouTube, Facebook and Instagram, and isn't considered controversial. It's often linked to news articles about the princess or positive messages about her. On TikTok, the hashtag isn't functional on the app even when users click on the hashtag that they've tagged on their posts. While shadow-banned hashtags can be found on the app by clicking on hashtags through a video, when censored hashtags are clicked, users are redirected to a '#(null)' page with miscellaneous content in it (Figure 2).

**Figure 2: A TikTok video featuring the hashtag**
**#สมเด็จพระเจ้าลูกเธอเจ้าฟ้าสิริวัณณวรีนารีรัตนราชกัญญา**
**(#PrincessSirivannavariNariratanaRajakanya), left. Clicking on the hashtag results in 'null' results, right**



Source: TikTok.

AR-1103

The hashtag #ไม่รับปริญญาจากสถาบันกษัตริย์ (#IWon'tGraduateWithTheMonarchy) is also censored on TikTok, in the same way as the hashtag #สมเด็จพระเจ้าลูกเธอเจ้าฟ้าสิริวัณณวรีนารีรัตนราชกัญญา (#PrincessSirivannavariNariratanaRajakanya) is. ASPI posted a test video on 25 August with this hashtag, but the hashtag search results page remained blank. When we clicked the hashtag on our post, it also redirected to a '#(null)' page with miscellaneous content in it.

Another hashtag related to the monarchy—#กษัตริย์มีไว้ทำไม (#WhyDoWeNeedAKing), —surged in popularity during the protests on other platforms like Twitter but had only 11 videos on the TikTok app on 28 August 2020. On 7 September, that number had dropped to just 7 videos. Curiously, the hashtag search results page for #กษัตริย์มีไว้ทำไม (#WhyDoWeNeedAKing) on TikTok.com on 28 August 2020 resulted in a blank search results page. On the same day, #ทรงพระเจริญ (Long live the King) had millions of views and hundreds of videos on the TikTok app. Twitter recorded more than 20,000 tweets with #กษัตริย์มีไว้ทำไม (#WhyDoWeNeedAKing) on 22 and 23 March 2020 as it trended in first place on Twitter in Thailand. The hashtag is mainly used by young Thai activists who fit TikTok's user demographics.

## Protests

TikTok's strategy of blocking certain hashtags from search results continues to be deployed in the US, where hashtag search results for #acab—an acronym for 'all cops are bastards'—were suppressed in the early days of the George Floyd protests. After a public backlash, TikTok backed down, making several hashtags related to the protest, including #acab, available on 29 May. At that stage, the hashtag had garnered 96.5 million views, according to the Atlantic Council's Digital Forensic Research Lab (DFRLab).[18] But our research shows that, three months later, as anti-racism and anti-police-brutality protests took place in Kenosha, Wisconsin, following a police shooting of black man Jacob Blake, the #acab hashtag was censored once again after media scrutiny subsided (Figure 3).

AR-1104

TikTok Footnote 125 - Collecting Less Location Data

**Figure 3: A web search for #acab on TikTok.com (top left), a web search for #antiacab on TikTok.com, (bottom left) and a mobile search for #acab (right), all on 29 August**



Source: TikTok.

It's highly unlikely that #acab, having been shadow banned, unshadow banned and now shadow banned again, is continuing to undergo a rolling 'technical glitch'. The inconsistency in TikTok's content moderation is highlighted by the fact that an opposing hashtag—#antiacab—wasn't shadow banned but readily available on both the mobile and browser versions of TikTok.

A source working for TikTok cited by *Netzpolitik* in September 2019 said that protests were generally not welcome on the platform. 'Often such videos did not even make it into marketing, but would be deleted beforehand when the moderator looked at them for the first time at other locations such as Barcelona,' the German outlet reported.[19] The source said that TikTok changed its moderation rules after *The Guardian* revealed its heavy-handed political censorship in September 2019. Those rules included instructions to "censor videos that mention Tiananmen Square, Tibetan independence, or the banned religious group Falun Gong."[20]

A former content moderator for TikTok told the *New York Times* in November 2019 that 'managers in the US had instructed moderators to hide videos that included any political messages or themes, not just those related to China.' Speaking on the condition of anonymity, the informant said that the policy was to, in the newspaper's words, 'allow such political posts to remain on users' profile pages but to prevent them from being shared more widely in TikTok's main video feed.'[21]

**AR-1105**

## LGBTQ+

TikTok claims that it continues 'to see the vulnerability of LGBTQ+ rights', writing in a June 2020 blog post that 'it's important to us that the LGBTQ+ voices and stories of those who are pushing forward acceptance for all and helping to create a world where everyone has the right to be who they are and love who they love, are shared, seen and heard.'[22] Our research shows that that commitment isn't applied consistently across multiple languages.

Content moderation guidelines leaked to *The Guardian* revealed in September 2019 that LGBTQ+ content was banned on TikTok even in countries where homosexuality has never been illegal.[23] Additional reporting by *Netzpolitik* in December 2019 (also based on leaked documents from TikTok) revealed that the platform was limiting the reach of LGBTQ+ users as well as disabled and overweight people—a charge TikTok admitted to but explained away as an attempt to protect users with at high risk from bullying.[24]

According to *The Guardian*, content moderation guidelines specific to Turkey included an entire section devoted to censoring depictions of homosexuality—much of which 'went substantially further than required by law'. Censored content included 'intimate activities (holding hands, touching, kissing) between homosexual lovers', 'reports of homosexual groups, including news, characters, music, tv show, pictures', as well as 'protecting rights of homosexuals (parade, slogan, etc.)' and 'promotion of homosexuality'.

LGBTQ+ TikTok users around the world have complained about censorship of their posts, including in the UK,[25] the US[26] and Turkey.[27] Our research has found that hashtags related to LGBTQ+ issues in Russian, Arabic, Bosnian and more aren't searchable on the platform, preventing people who speak those languages all over the world from taking part in the discussion (Figure 4).

**Figure 4: List of shadow-banned LGBTQ+ hashtags on TikTok**

| Word | Language | Translation | TikTok |
|------|----------|-------------|--------|
| гей | Russian | Gay | Shadowbanned (web + app) |
| ялесбиянка | Russian | I am a lesbian | Shadowbanned (web + app) |
| ягей | Russian | I am gay | Shadowbanned (web + app) |
| مثلي_الجنس | Arabic | Gay | Shadowbanned (web + app) |
| المتحول_جنسي | Arabic | Transgender | Shadowbanned (web + app) |
| التحول_الجنسي | Arabic | Transitioning (transgender) | Shadowbanned (web + app) |
| гей | Ukranian | Gay | Shadowbanned (web + app) |
| гей | Bulgarian | Gay | Shadowbanned (web + app) |
| гей | Kazakh | Gay | Shadowbanned (web + app) |
| гей | Kyrgyz | Gay | Shadowbanned (web + app) |
| gei | Estonian | Gay | Shadowbanned (web + app) |
| gej | Bosnian | Gay | Shadowbanned (web + app) |

Source: ASPI ICPC.

AR-1106

LGBTQ+ content in Russian, for example, is shadow banned on TikTok. When Russian-speaking users—citizens and non-citizens alike—search the app for #гей (#Gay), they're met with a blank hashtag search result page (Figure 5).

**Figure 5: A web search for #гей (#Gay), left, and a mobile search for #гей (#Gay), right, both on 29 August**



Source: TikTok.

Users who are motivated enough can discover other posted videos using the hashtag, but only after posting their own video featuring the hashtag and then clicking through to the content there (Figure 6). Doing so directs the user to the correct page, which does exist, but is unavailable (shadow banned) from the platform's search results. Despite being invisible in search results, the hashtag is widely used and had more than 130 million views as of 30 August 2020.

**AR-1107**

**Figure 6: A test TikTok video featuring the hashtag #гей (#Gay) published on 26 August 2020 (left). The correct page (right) is revealed only after clicking on the hashtag in a posted video**



Source: TikTok.

Some LGBTQ+-related hashtags face the same level of censorship outlined above in the case of Thailand's Princess Sirivannavari Nariratana Rajakanya. Clicking on #GayArab doesn't direct users to a page featuring other shadow-banned videos, but instead redirects to a '#null' page (Figure 7). On Instagram, a search for the hashtag 'Gay Arab' on 28 August resulted in a list of 118,000 tagged images.

AR-1108

TikTok Footnote 125 - Collecting Less Location Data

**Figure 7: Web search for #GayArab on Instagram (bottom left) and web search for #GayArab on TikTok (top right)**



Sources: Instagram.com and TikTok.com.

A test video posted by ASPI ICPC to #GayArab on TikTok didn't appear in the hashtag web search results, which continued to feature a 'Couldn't find this hashtag' result (Figure 8).

**Figure 8: Web search for #GayArab on TikTok.com before ASPI's test video on 26 August 2020 (top left), ASPI's test TikTok video (centre) and web search for #GayArab on TikTok after ASPI's test video (bottom right)**



Source: TikTok.com.

The words for 'gay' and 'transgender' in Arabic are also shadow banned. TikTok has often stated its willingness to adhere to local laws in its terms of service.[28] Homosexuality is illegal in several Arabic-speaking countries, but there are exceptions, such as Iraq and Jordan.[29] Implementing specific counties' rules across the platform means that Arabic-speaking people around the world, even those who live in countries where homosexuality is in fact legal, are prevented from accessing content related to these hashtags on TikTok.

TikTok's use of these censorship methods isn't consistently applied. A more casual term used to mean "gay" in Arabic, مثلي, (literally "like me") is not censored in the ways outlined above. ASPI

AR-1109

ICPC also found inconsistencies in the content moderation regarding multiple terms that refer to "gay" and "transgender" in Arabic. One term in Arabic that can be translated as "transgender" and was not shadowbanned, المتحول جنسيا, demonstrates how even discrepancies in grammar can impact the censorship of a word despite having the same meaning. In Russian, #лесбиянство "lesbianism" is also not censored in the ways outlined above, though it only had seven videos when checked on 5 August 2020.

In September 2019, *Netzpolitik*, citing leaked content moderation guidelines from a source inside TikTok, reported that LGTBQ+ content used to be marked as 'Islam Offence' by moderators. 'Content tagged with this keyword, such as two men kissing, triggered a geoblock for certain regions,' the German outlet reported. According to the publication, content that deals with sexual orientation is now tagged 'Risk 3.4' instead of 'Islam Offence', and is still used to prevent that content reaching Islamic countries.[30]

*Netzpolitik*'s source also revealed that the platform was not only able to slow down videos from going viral, but also entire hashtags:

> In general, TikTok seems to have a system of promoting and slowing down, in which certain content is visible and viral, while others never take off and aren't visible. Control of what people see on TikTok is mostly in the hands of the company.

An ASPI ICPC analysis of the hashtags mentioned above revealed a much blunter form of censorship. In practice, the hashtags are categorised in TikTok's code in the same way that terrorist groups, illicit substances and swear words are on the platform. This blanket shadow banning of topics related to LGBTQ+ issues shows how TikTok's 'blunt approach' to content moderation continues to this day.

The same code is assigned to hashtags related to QAnon conspiracy theories, which TikTok started blocking in late July 2020.[31] These hashtags are hidden from TikTok searches, but videos with the same tags remain on the platform[32]—much like the examples listed above, such as 'gay' in Russian and Arabic. TikTok treats these hashtags in the same way as extremist content, including #Nazi, #KKK and #ISIS.

TikTok sources cited by Chinese technology publication *Pingwest* say the platform plans to localise content moderation decisions to such a point that, for example, posts about recreational marijuana use will be visible in jurisdictions where it's legal but invisible where it isn't.[33] At time of publication, #marijuana appears to be shadow banned for all users, regardless of which country or US state they reside in.

TikTok's approach to content moderation reveals a fundamental misunderstanding about the role of free speech in democracies. TikTok users should expect to be able to freely take part in conversations about issues that they, as citizens, have a role in creating laws about.

Free speech has its limits, and TikTok, like other platforms, has attempted to take a proactive approach to combating hate speech, for example.[34] However, in countries such as Vietnam and Russia, TikTok has gone beyond complying with the letter of the law and has instead seemingly offered censorship as a service to those administrations.[35]

AR-1110

In Russia, the use of #путинвор ('Putin Is A Thief')—a catchcry of the political opposition—could be argued to be in contravention of a 2019 law banning online insults against the Russian Government, but the law is very much in contention.[36] When it was passed in March 2019, opposition leader Alexey Navalny immediately took to Twitter to insult President Vladimir Putin's administration.[37] Twitter remains available in Russia.

Similarly, it's likely that TikTok's widespread censorship of LGBTQ+-related topics in Russian is the result of overcompliance with a 2013 law that bans disseminating 'propaganda on non-traditional sexual relations' among young Russians.[38] According to Human Rights Watch, the law 'directly harms children by denying them access to essential information and creating a stigma against LGBT children and LGBT family members.'[39] The law hasn't stopped other platforms, such as Instagram, featuring LGBTQ+ related hashtags. There have been instances in which platforms such as Twitter[40] and Instagram[41] have buckled to pressure from the Russian Government, but TikTok's approach represents a more comprehensive overreach that sides with the Russian Government against the Russian people's right to free speech.

## #Xinjiang: curating propaganda

As ASPI ICPC's 2019 *Mapping more of China's tech giants: AI and surveillance report* revealed, TikTok owner and operator ByteDance collaborates with public security bureaus across China, including in Xinjiang, where it plays an active role in disseminating the party-state's propaganda concerning the region.[42]

In late November 2019, a search for #Xinjiang on TikTok resulted in only two videos when *VICE Germany* journalist Sebastian Meineck posted two videos featuring the hashtag. The videos were among seven videos Meineck posted to the platform with hashtags considered politically sensitive by Beijing. The videos were posted successfully but, in at least nine cases, disappeared from the platform's hashtag search results.[43]

TikTok blamed a 'bug' for causing the videos to not show up on #freexinjiang, #uiguren, #chinacables, #xinjiang, #tiktokcensorship, #uyghur, #xijinping, #culturalgenocide and #democracy, explaining to *VICE Germany* that it was 'a technical error that has nothing to do with the moderation of content'.

In the nine months following this media scrutiny, activity on #Xinjiang initially increased. By 8 August 2020, when ASPI ICPC accessed the hashtag, 444 videos were publicly visible. Through manual content analysis, it was determined that of those 444 videos, only 5.6% were critical of the CCP's policies in the region—an unusually small number, given the debate over the topic on other platforms.

Of the top 20 videos with the highest ranking on the hashtag, only one is critical of the CCP (Figure 9). Seven are either denialist videos or videos promoting conspiracy theories about Beijing's extrajudicial incarceration of more than a million Uyghurs and members of other Turkic Muslim minorities in Xinjiang. The ranking of all of the top 20 posts on the hashtag bears no discernible connection to their number of likes, comments, shares or views, based on our analysis.

AR-1111

**Figure 9: Content analysis of the first 100 videos on the hashtag #Xinjiang. Pro-CCP: any video that denies the persecution of Uyghurs, the camps etc. Propaganda: videos that in many cases are sourced from TikTok's PRC-based and highly censored sister app Douyin and depict Xinjiang in an exclusively idyllic way.**



Source: TikTok.com, 8 August 2020.

Among the videos found on the hashtag were five by a self-described 'vlogger' who goes only by the name of Jessica.[44] Jessica's videos featured in #Xinjiang document her trip to the western region during the Covid-19 pandemic, detailing the measures China put in place to contain the spread of the virus and trumpeting their precision and safety.[45]

Vloggers, photographers, Chinese state media reporters and online influencers are among the groups of people who have been dispatched to the region as part of an extended propaganda campaign dubbed 'Xinjiang is a good place'.[46] Since 2018, the campaign, organised by the Xinjiang Uyghur Autonomous Region Party Committee Cyberspace Office and the Xinjiang Propaganda Department, has sent more than 150 influencers and more than 150 Chinese state media reporters to the region.[47]

It isn't clear whether Jessica was part of that particular campaign, but analysis of her online presence on social media and mentions of her in the Chinese media reveal her to be Zang Shijie (臧诗洁, Jessica Zang)—an employee at state media China Central Television (CCTV)[48] and a CCP member.[49]

Another account featured on the hashtag is @guanvideo, which is a video production company headed by Pan Xiaoli (潘小璨), who is a researcher affiliated with the China Institute (a think tank at Shanghai's Fudan University). The company produces videos that it says 'adhere to positive energy guidance and provide high-quality knowledge and ideological content', including for Hu Xijin, the editor of the *Global Times* (the staunchly nationalistic CCP-run tabloid).[50]

AR-1112

TikTok user @aygul_uyghur has 10 videos in #Xinjiang. She describes herself as 'just a simple Uyghur girl from Xinjiang' in her bio. Views on all of her videos, which mostly feature her dancing, smiling and showing off produce such as watermelons, are in their thousands, Her most viewed video has been watched 109,700 times.

The hashtag has also been flooded with content sourced from TikTok's PRC-based sister app Douyin depicting an idealised version of the region. Uyghurs had, for a time, been able to use Douyin to shine a light on their persecution at the hands of the PRC state,[51] but, following ByteDance's formal cooperation with the Ministry of Public Security's Press and Publicity Bureau in April 2019,[52] it's now the site for organised and slick propaganda campaigns.[53]

The result, even for TikTok users perusing the topic, is a depiction of Xinjiang that glosses over the human rights tragedy unfolding there and instead provides a more politically convenient version for the CCP, replete with smiling and dancing Uyghurs.

The transformation of #Xinjiang coincided with a period of experimentation in Beijing's propaganda efforts as the PRC struggled to regain control of the narrative after the outbreak of Covid-19.[54] Non-Chinese platforms such as Twitter,[55] Facebook[56] and Google[57] have all confirmed PRC state-backed attempts to manipulate their platforms to project the CCP's political power.

In May, the Chinese Academy of Social Sciences (a prominent think tank) was one organisation proposing this strategy for Beijing's external communications. It recommended, among other things, that Beijing use WeChat, Weibo and TikTok to counterbalance Twitter, Facebook and YouTube.[58]

Leaked moderation documents obtained by The Intercept indicate that TikTok "has influenced content on its platform not just by censoring videos and disappearing users, but by padding feeds with content from "shadow accounts" operated by company employees posing as regular users."[59]

The apparent manipulation of content on #Xinjiang suggests that state-linked information campaigns are highly likely to be taking place on TikTok as well. Given the ByteDance CEO's commitment to advancing CCP propaganda and the fact that the company already works closely with PRC public security bureaus to produce and disseminate that propaganda, it's highly likely that Beijing would make such an attempt and even less likely that ByteDance would conduct any transparent investigation to stop state-actor manipulation of its platform.

Non-Chinese social media platforms are now expected to investigate and root out state-actor manipulation of their platforms, even if they are not legally forced to. Regulatory frameworks need to be strengthened to ensure all social media companies are required, by law, to prevent their platforms from being manipulated in the same way.

## An algorithm with CCP characteristics

The shadow banning and censoring of hashtags removes one of the main ways users have of finding and interacting with content on TikTok, but the main way they receive content is via the app's algorithmically curated 'For You' feed.

When users open TikTok, they're immediately served up an endless feed of short, full-screen immersive videos that quickly becomes personalised to each individual user. On other social media

AR-1113

apps such as Facebook and Twitter, users generally only see content from accounts that they've subscribed to. On TikTok, the 'For You' page serves up videos from creators you haven't followed but that the recommendation algorithm predicts you'd be interested in. As one observer noted, 'When you gaze into TikTok, TikTok gazes into you.'[60]

Faced with criticism about its lack of transparency over how the feed works, TikTok published a blog post in June 2020 that revealed some of the more obvious inputs that determine what content is promoted.[61] Those inputs include what the platform calls '1st-party behavioral cues', such as which videos users engage with, the duration of their engagement, and their interactions with the video, such as liking, commenting and sharing. It also uses data obtained from the users' devices, such as geolocation, and data obtained from users themselves, such as their age and gender (Figure 10).

**Figure 10: A TikTok pitch deck shows that TikTok's recommendation engine is trained using data obtained from the user, their interactions and the user's device, from which TikTok can determine such things as user content preferences, demographics and geolocation**



There are likely many other advanced inputs that go into TikTok's core algorithm—some of them sensitive enough to cause Beijing to add content-recommendation technology to its export control rules in late August 2020.[62] Facial recognition and even sentiment analysis[63] are among some of the more advanced inputs that are potentially used, via a process known as 'deep learning', to personalise users' feeds.

Another input into ByteDance's core algorithms—mandated by PRC law—is the CCP's propaganda agenda. In December 2019, new internet censorship rules issued by the Cyberspace Administration of China bolstered restrictions on 'negative' content and encouraged posts that focus on 'Xi Jinping thought' and 'core socialist values' or content that increases the 'international influence of Chinese culture'.[64] Significantly, the new rules call on platform operators to ensure that the algorithms undergirding their apps promote CCP propaganda.

This followed guidelines released in January 2019 by the China Netcasting Services Association at the PRC Government's direction that banned 100 types of inappropriate content and called on platform

AR-1114

operators to review every piece of content that goes online. More specifically, the guidelines called for platform operators to build content management systems that are capable of screening headlines, introductions, screen 'bullets' and comments before they're published.[65]

There's strong evidence that the guidelines have already informed TikTok's global content moderation efforts. Moderation guidelines that were in use through at least late 2019 and were leaked to *The Intercept* referred to content that harmed 'national honor' or included 'state organs such as police', 'defamed civil servants', or anything that might threaten 'national security' as being worthy of censorship.[66] Those categories line up with the China Netcasting Services Association guidelines, rule 42 of which bans 'malicious slander' of, among other things, 'national security', 'police' and 'justice and other national public servants'.[67]

ByteDance executives, including CEO Zhang Yiming, have stated on the record that they'll ensure that their products serve to promote the CCP's propaganda agenda. Crucially, key executives have made it clear that the party line should be integrated into the company's apps down to the level of the algorithm.

Zhang Yiming has made it abundantly clear that the company is more than willing to manipulate the algorithm in favour of the CCP. On 11 April 2018, after regulators suspended ByteDance's flagship news aggregator *Jinri Toutiao* (*Today's Headlines*), Zhang announced that the company was shutting down another app, on the regulators orders, because it had deviated from the party line. 'The product has gone astray, posting content that goes against socialist core values,' Zhang wrote about the joke sharing app. 'It's all on me. I accept all the punishment since it failed to direct public opinion in the right way.'

In the letter, published at 4 am on Chinese social media, Zhang apologised for failing to respect the CCP's 'socialist core values' and for 'deviating from public opinion guidance'. 'In the past, we have placed too much emphasis on the role of technology, and failed to realise that socialist core values are the prerequisite to technology,' Zhang wrote. 'We need to spread positive messages in line with the requirements of the times while respecting public order and good practice.'

Zhang's strategy for righting the ship, outlined in the letter, included the hiring of 4,000 extra censors, integrating 'socialist core values' into the company's technology and products and investing more money in developing algorithms to screen posts. Zhang explicitly stated in his apology that this ideological readjustment was necessary to 'build a global platform for creating content and exchanges', highlighting the international implications of the policy change.[68]

At an internal CCP meeting hosted by the ByteDance Party Committee in April 2018, Zhang Fuping, the secretary of the committee and editor-in-chief at the company, stressed that the committee should improve its standing in the company and 'take the lead' across all product lines and business lines' to ensure that the algorithm is informed by the 'correct political direction' and 'values'.[69] At the same meeting, Chen Lin, vice president of products, and the executive in charge of optimising ByteDance's algorithm recommendations across all of the company's products, said that its apps should not only serve users the content that they want, but also content that would 'spread positive energy', and 'highlight socialist core values'.[70]

AR-1115

The result inside China is what veteran Chinese journalist and media researcher at the University of Pennsylvania, Kecheng Fang, refers to as 'a super algorithm' that ensures that content about the CCP, and Xi Jinping in particular, is always prominently displayed on Chinese platforms.[71] While it's unlikely that ByteDance would manipulate TikTok's algorithm as blatantly as it does on its PRC-based equivalent, Douyin, there's ample room for it to covertly tweak users' feeds, subtly nudging them towards content favoured by governments and their ruling parties—including the CCP.

ASPI ICPC's analysis of ByteDance's own career page shows that the company has continued to advertise for TikTok content monitoring positions that are based in the PRC. ByteDance's career page in Chinese also includes postings for Beijing-based TikTok positions for jobs related to other geographical markets, such as one for a data operations manager for the Middle East and a senior operations strategy manager for Latin America, *The Information* reported in late July 2020.[72] As of August 2020, ByteDance also advertised for a Shanghai-based TikTok content operations manager to cover the eastern EU, according to our analysis.

Even if ByteDance successfully ringfences TikTok from its China operations, censorship and information control can still be achieved via the app's opaque algorithm, which is developed by ByteDance's China-based engineering teams.[73] TikTok does employ engineers based in Mountain View, California, but they report to senior executives in China.[74] The company's algorithms enable TikTok and other ByteDance apps to select videos to recommend, target ads and detect content for moderation or deletion.[75] China-based researchers at ByteDance's Artificial Intelligence (AI) Lab are also developing speech recognition algorithms that are able to screen videos for illicit content for use in all ByteDance apps.[76]

A 2019 white paper produced by ByteDance outlined how the contents of users' livestream videos are fed into a social credit system, which assigns a rating to users based on the content they produce. Content that promotes 'positive energy' is boosted, including—the white paper notes—content that 'passes on the Communist Party spirit'.[77]

TikTok's algorithms continue to be controlled from the PRC, where its server code remains partially shared across other ByteDance products, according to *Reuters*. That code provides basic functionality of the apps such as 'data storage, algorithms for moderating and recommending content and the management of user profiles'.[78]

Job ads analysed by ASPI ICPC indicate that ByteDance intends to continue to develop and control its core algorithms from the PRC. The company continues to advertise for PRC-based R&D positions that work on the TikTok algorithm, including one still visible on the ByteDance recruitment site in late July for a senior software engineer who would be responsible for the app's content recommendation system (Figure 11).[79]

AR-1116

**Figure 11: Example of a TikTok PRC-based R&D position advertised by ByteDance as of August 2020**



Several other Beijing- and Shenzhen-based R&D positions advertise for back-end and algorithm roles with responsibilities covering ByteDance's multiple platforms TikTok, Douyin and Toutiao. Such positions include a back-end development engineer for Douyin, Toutiao and TikTok as well as an algorithm engineer for Douyin, Toutiao and TikTok.

In late August 2020, China updated its export control rules for the first time since 2008 to include content-recommendation technology.[80] The extent to which 'Xi Jinping thought' and 'core socialist values' are mixed into the secret sauce of TikTok's algorithms may never be known now that Beijing has deemed it a matter of state security.

## A politics-free zone

TikTok executives have long been upfront about their desire for the app to be a politics-free zone. In 2018, when Raj Mishra, then TikTok's head of operations in India, was asked by *Bloomberg* if TikTok would allow criticism of Indian Prime Minister Narendra Modi to be prominently featured in the app, he replied 'No'. TikTok's ambition, Mishra explained, was to be a 'one-stop entertainment platform where people come to have fun rather than creating any political strife'.[81] Blake Chandlee, Vice President Global Business Solutions, has talked about TikTok's decision not to accept political advertising on the app as a decision designed to ensure that the app's 'environment' didn't become 'a negative one'.[82] TikTok global chief security officer Roland Cloutier told *PBS Newshour* as recently as 25 August 2020 that TikTok is 'not the go-to platform for robust political debates at all'.[83]

In the US, that approach was made untenable after the killing of George Floyd galvanised Black Lives Matter protesters, some of whom flocked to TikTok to use it for their activism. Some of those users have reported that they experienced noticeable declines in viewership and engagement on their videos or even that their videos were taken down, muted or hidden from followers.[84] The director of TikTok's Creator Community, Kudzi Chikumbu, told *TIME* that TikTok 'unequivocally' doesn't engage in shadow banning. On 1 June 2020, TikTok attributed the decline in viewership and engagement

AR-1117

with videos of Black Lives Matter protestors to a 'technical glitch' and apologised for that glitch, pledging to better support its Black community and take steps toward a more inclusive environment.[85]

Political content from all ideological persuasions is now increasingly common on TikTok, especially in the lead-up to the 2020 US presidential elections. It is, as the *New York Times* put it in late June 2020, a place where teens 'are forming political coalitions to campaign for their chosen candidates, post news updates, and fact-check opponents'. The result is that a platform over which Beijing has enormous leverage is now in a position in which it could easily, and surreptitiously, promote or demote content about either presidential candidate.[86]

In India, ByteDance has used its ability to promote, demote and suppress content in ways that not only affect what TikTok users see, but also what content they produce.

## Ajay Barman

*Indian TikTok user who believes he was shadow banned after posting about politics.*

Indian TikTok user Ajay Barman abandoned posting about social and political topics after it appeared that the platform had shadow banned his videos. Barman told *BBC News* that his videos dropped from an average of 200,000 views down to around 8,000 views after he started posting about Hindu–Muslim unity.[87] Barman's follower count also dropped by 25,000 users, *BBC News* reported.

Barman said the drop in views and followers came around the time a backlash began against the Citizenship Amendment Act—a controversial law passed by India's Hindu nationalist government in December 2019 that offered Indian citizenship only to non-Muslims fleeing religious persecution in surrounding countries.

Fully verifying Barman's claims is difficult, given the opaque nature of TikTok's algorithm, but data we sourced from CloutMeter for Barman's TikTok account from 7 November to 31 January 2019 showed that his follower numbers were indeed declining, even as his 'likes' continued to rise (Figure 12).

AR-1118

**Figure 12: CloutMeter statistics for @ajaybarman.official, 7 November 2019 to 31 January 2020**



Source: ASPI ICPC.

## Saloni Gaur

*Indian TikTok user who was censored at least three times on the platform.*

Saloni Gaur is an undergraduate student of political science at Delhi University and a comedian who posts satirical videos under the *nom de guerre* 'Nazma Aapi'. She gained a sizable following on TikTok due to her videos about protests against the Citizenship Amendment Act and Delhi police's actions against protesters, but told ASPI ICPC she was censored at least three times on the platform.

On 23 April 2020, Gaur posted a satirical video about a feud between India's main opposition leader Sonia Gandhi and prominent journalist Arnab Goswami to TikTok, Instagram, Twitter and YouTube. The video uploaded to TikTok had its sound muted by the platform and its share link disabled.

Another video, posted by Gaur on 19 May 2020, in which she roundly criticised a news channel that she said was spreading hatred for Muslims, was also muted on the app before a frustrated Gaur deleted it. The comedian maintains that she never violated any of the app's community guidelines and the video remains on Instagram,[88] Twitter[89] and YouTube.[90]

On 30 May 2020, Gaur announced on Twitter that a video of hers in which she had joked about China's handling of Covid-19 as well as about the country's activities along its border with India in Ladakh had been removed by TikTok (Figure 13). Gaur's announcement caused a media storm and TikTok backed down, reinstating the video hours after it was taken down.

**Figure 13: Tweet by Saloni Gaur**



Source: Saloni Gaur. 'So @TikTok_IN has removed my last video which had jokes on China, the app is like the country, there's no freedom of speech', *Twitter*, 30 May 2020, online.

In response to Gaur's tweet, TikTok claimed that her video was 'reinstated after being flagged and a further review' that was done in the context of a 'a more rigorous review process' due to Covid-19. There was no explanation for the previous instances of apparent censorship of her account.

## Feroza Aziz

*US TikTok user who was censored by TikTok after posting about the plight of the Uyghurs in China.*

In November 2019, TikTok found itself in a media storm for censoring the accounts of Feroza Aziz, an Afghan-American teenager who used 'make-up tutorial' videos to draw attention to the plight of Uyghurs interned in China's far-western Xinjiang region.

The three-part video series was disguised as a make-up tutorial to avoid being censored. In the videos, Aziz initially provides tips on eyelash curling as a ruse to discuss China's oppression and maltreatment of the Uyghurs. The first video was viewed more than 1.6 million times before TikTok blocked it and temporarily suspended her account.

TikTok blamed a 'human moderation error' for the removal of Aziz's video and asserted that the suspension was the result of an earlier satirical video of hers referencing Osama bin Laden being mistakenly flagged for violating the app's anti-terrorism policy.[91] Content moderation guidelines leaked to *The Guardian* two months before revealed that TikTok had been censoring 'highly controversial topics, such as separatism, religion sects conflicts, conflicts between ethnic groups', among other clauses.[92]

On 28 November 2019, Aziz confirmed on Twitter that her account had been unblocked but cast doubt on the company's explanations, writing 'Do I believe they took it away because of an unrelated satirical video that was deleted on a previously deleted account of mine? Right after I finished posting a 3-part video about the Uighurs? No.'[93]

AR-1120

# WeChat censorship

The distortion of social and political discussion that's taking place on TikTok would be more than familiar to members of the Chinese diaspora who use WeChat, the Tencent-owned and -operated messaging app that has long been subject to strict censorship constraints.

Previous scholarship by the University of Toronto's Citizen Lab has demonstrated that WeChat operates different censorship systems for Chinese and overseas-based users.[94] According to its groundbreaking 2016 *One app, two systems*, paper, content is censored for all users registered with Chinese phone numbers on the PRC-based version of the app Weixin, even if they travel overseas or switch to an international number.

Theoretically, under this dual system only Chinese users who register with a Chinese number and therefore use the sister app Weixin are meant to be heavily censored, while less restrictive rules apply for overseas users who access the same ecosystem using WeChat. While the two versions of the app operate on different servers, in practice, WeChat users have increasingly had their messages censored and their accounts disabled.

Zhou Fengsuo, a US-based activist and former Tiananmen student leader, told *Bloomberg Businessweek* that his WeChat account has been temporarily suspended numerous times over the past seven years. 'WeChat censorship is so obvious that people are no longer sensitive about it,' he told the magazine. 'My account is dealt with in the same way as Chinese accounts, which are under surveillance all the time.'

Zhou Fengsuo was also one of four WeChat users with whom *NPR* spoke regarding surveillance on the app. Although all four users are US citizens and registered with WeChat using US phone numbers, they're still blocked from sending certain messages in WeChat groups and have all had their accounts temporarily suspended.[95]

In fact, as a more recent Citizen Lab report revealed, both PRC-based users of Weixin and overseas users of WeChat are under constant surveillance. As Citizen Lab demonstrated in May 2020, the posts of WeChat users registered abroad are systematically surveilled, scanned for politically sensitive terms and used to train WeChat's political censorship system.[96] The platforms do this by 'screening images and documents shared by accounts registered outside China after they're sent, then add the digital signature—or "hash"—of any files deemed sensitive to a blacklist. Those files then cannot be sent or received by China-registered users.'

Australian WeChat user Yan Hang believes his Australia-registered WeChat account was suspended for sharing images related to the 30th anniversary of the Tiananmen Square massacre in 2019. He can only guess, because repeated attempts to seek clarification from WeChat owner Tencent were ignored. Before Yang was suspended, his messages in group chats were hidden from other users. A message sent by Yang to a group containing an ASPI researcher with a PRC-registered version of the app on 6 June 2019 was only visible on his own phone (Figure 14). Yan Hang received no indication or notification that such filtering was taking place.

**AR-1121**

TikTok Footnote 125 - Collecting Less Location Data

**Figure 14: A screenshot by Yan Hang of a message he posted to a WeChat group containing an ASPI researcher (left). Yan Hang's message wasn't visible on the ASPI researcher's PRC-registered version of the app (right)**



Source: WeChat.

Yan Hang's experience mirrors that of dozens of WeChat users in the US, Canada, the UK, France, Spain, Australia, Germany and Malaysia interviewed by *VICE News*, who said their WeChat contacts in China weren't seeing any of their posts in group chats at the start of the Covid-19 outbreak in February 2020.[97] The restrictions placed on their accounts prevented them from sending information to contacts in China, and some international users also had their accounts suspended or blocked. WeChat users based in the US also reportedly had posts they made in approval of pro-democracy candidates in Hong Kong's elections in November 2019 censored and their accounts disabled.[98]

A Citizen Lab report published in August 2020, *Censored Contagion II*, tracked censored keywords related to Covid-19 on WeChat and found that WeChat censored 2,174 keywords between January 18 through May 14. Instances of censorship and surveillance of overseas users during the pandemic have been so numerous that Citizen Power Initiatives for China, a not-for-profit based in Washington DC, has teamed up with a law firm to launch a class action lawsuit on behalf of US WeChat users against Tencent.[99]

Tighter censorship, including this uptick in censorship of overseas users, followed a meeting of the Politburo on 3 February to discuss the epidemic. Two days after that meeting, a notice released by

**AR-1122**

the Cyberspace Administration of China admonished a number of WeChat publications for having 'illegally carried out reporting activities' and instructed the country's biggest internet companies, including Tencent and ByteDance, to 'conduct special supervision' on epidemic-related news.[100]

Censors soon began deleting messages and suspending accounts in large numbers, causing users to complain via the microblogging platform Weibo using the hashtag 'WeChat Blocked Account', posts which in turn were censored.[101] According to China Human Rights Defenders, as of 1 April, 206 of 897 arrests related to online posts regarding the Covid-19 outbreak were for materials published on WeChat.[102]

Under normal circumstances, WeChat operates a 'one app, two systems' system of censorship that distinguishes between PRC-based users of Weixin and foreign WeChat users, but, as the above cases highlight, Tencent can and does censor foreign users if Beijing decides 'special supervision' is required.

## Harassment of dissidents and other overseas users

Several instances of the harassment of overseas Chinese—including those who aren't Chinese citizens—can be traced back to WeChat. Citizen Power Initiatives for China claims that 'the People's Armed Police uses the information provided by WeChat to harass, threaten, suppress, and prosecute the families of overseas Chinese activists.'[103]

In particular, Uyghurs living abroad face continued harassment and intimidation. The Chinese Government mobilises Chinese authorities to harass Uyghur-Americans via WeChat, often threatening to place family members in mass detention camps in Xinjiang.[104] One Uyghur-American who was previously contacted by Chinese Ministry of State Security agents told the Uyghur Human Rights Project, 'they are just telling us, "we are watching you. Wherever you go, still you are a Chinese." Even though abroad, it doesn't mean they can't do something to you. Because they have your friends, your relatives.'[105]

The severity of surveillance on Uyghurs is exemplified in the case of Erpat Eblekrem, a 24-year-old Uyghur who was sent to a 're-education' camp for using WeChat to contact his family members, who had left China.[106] In another instance, a US citizen and Uyghur activist was threatened by a man who identified himself as a 'high-ranking officer in China's security forces in the Xinjiang region'. After the activist's mother contacted him following her release from a mass detention camp, he received messages from the high-ranking officer via WeChat ordering him to quieten his reporting on the camps if he wanted his mother to be able to join him in the US.[107]

This consciousness of being watched even while abroad is also evident among Chinese university students studying outside of China. A survey conducted in 2017 by Cheryl Yu, then a graduate student in the US, found that, among 72 Chinese respondents from 31 American universities, 58% were aware of Chinese Government surveillance. One mode of government surveillance known to students abroad included the monitoring of WeChat accounts.[108]

When the *New York Times* spoke with a Chinese immigrant who had lived in Toronto before returning to China in 2018, she recounted her realisation during the 2016 US presidential election that WeChat is filled with 'gossip, conspiracy theories and lies'. Upon returning to China, however,

AR-1123

she experienced the consequences of sharing sources from outside of WeChat on the app itself. She was taken into custody and interrogated regarding her WeChat contacts overseas.[109]

Instances such as these demonstrate the access that China's law enforcement has to WeChat and also exemplify the ways in which law enforcement collects information on overseas WeChat users tied to domestic Chinese residents.

The Chinese Government's apparent surveillance on WeChat manifests itself in self-censorship among WeChat users globally, ultimately creating a trap for many of its users. Due to WeChat's centrality in communication among Chinese diasporas, free speech implications aren't restricted to only those inside China's borders. In fact, WeChat's compliance with Chinese law enforcement enables the Chinese Government to track details of people who have left China, including details as specific as who they're meeting, at what time, and where.[110] Despite their physical location outside of China's borders, when a user is monitored on what they read, write and text and even where they go while abroad, that hinders their ability to access a free environment.

## Political interference

WeChat is a powerful vector for influence in the politics of liberal democracies with sizable Chinese diasporas because it's a major source of news for those communities. So-called 'self-media' (*zi meiti*) publications have in recent years become extremely popular and influential on WeChat. They can be avenues for critical journalism—referred to as 'edge ball' content in China—that otherwise wouldn't be found in traditional media. More often, these publications are incentivised to chase clicks with sensational clickbait headlines. WeChat's tight censorship ensures that, for the vast majority of the time, these news sources only report news that serves the CCP's strategic objectives.

Aspects of WeChat's design exacerbate the misinformation problem that's produced in these publications. For instance, publishers are banned from embedding hyperlinks in their articles, making it difficult for readers to cross-reference any of the information they're receiving. For the most part, these publications are registered with Tencent via Chinese phone numbers, and basic details such as a physical address for their operations aren't made available.[111] Wu Bofeng, an employee at one of the largest WeChat public accounts in Australia, told *Quartz* that her publication takes its cues from Chinese state media and self-censors anything considered politically sensitive by the CCP.[112]

In addition to the platform's misinformation problem, there's widespread censorship. A 2018 study of Australian Chinese-language news sources on WeChat compared the output of three prominent news publications with that of the Australian Government-funded Special Broadcasting Service and found that there's little to no political coverage in them. Strikingly, none of the news sources published a single article on Chinese politics and foreign affairs from March 2017 till 1 August 2017. Even before the outlets stopped covering politics, the content they were running was largely copy-and-paste jobs from Chinese state media.[113]

The combination of clickbait news, tight censorship and the 'walled garden' in which WeChat users consume news almost entirely within the platform creates an environment in which even the members of the Chinese diaspora find themselves trapped in a mobile extension of the Great Firewall of China under which they're subjected to the same censorship and propaganda as PRC citizens.

AR-1124

In liberal democracies around the world, WeChat is the primary organising platform for social and political campaigns conducted by the Chinese diaspora. In the US, the app helped propel an anti-affirmative-action movement led by conservative Chinese Americans.[114] In 2016, a demonstration involving tens of thousands of people in more than 40 cities over the unfair prosecution of a Chinese-American police officer was largely organised on WeChat.[115]

During the 2019 Australian federal election, the WeChat publication 'Melbourne WeLife' featured a photo of then Labor opposition leader Bill Shorten with a made-up quote saying he planned to give 'green cards for all refugees'.[116] A doctored tweet purporting to come from Shorten's Twitter account stating 'Immigration of people from the Middle East is the future Australia needs' also circulated on the platform at the time. When Shorten's Australian Labor Party complained directly to Tencent about the proliferation of misinformation on the platform, the company didn't even respond.

Despite these issues, politicians in countries such as Australia, Canada, the US and New Zealand continue to flock to WeChat to communicate with their ethnic Chinese voters. In order to use official accounts with special functionality on the platform, many of these politicians use accounts set up and registered to Chinese citizens. As Chinese-registered accounts, they're subject to heavier censorship than those registered internationally. Australian Prime Minister Scott Morrison's official WeChat account is registered to an unknown Chinese citizen in Fujian Province.[117] A WeChat account for Bill Shorten, used during a crucial federal by-election in 2017 and again in the 2019 federal election, was registered to an unknown PRC national (Figure 15). Canadian Prime Minister Justin Trudeau's WeChat account is registered to an unnamed woman in Jiangsu Province.

**Figure 15: The 'Bill Shorten & Australian Labor Party' WeChat account was registered in Shandong Province. It was a group for green tea drinkers before it was rebranded in May 2017**



Source: WeChat.

AR-1125

Communications between politicians with their constituencies using these accounts are subject to CCP censorship by default. In September 2017, Canadian parliamentarian Jenny Kwan posted a WeChat message of support for Hong Kong's Umbrella Movement—a series of pro-democracy protests that took place in 2014—only to have it censored by WeChat.

Even if politicians' messages aren't censored, there's a real risk they could self-censor to stay on WeChat to reach key voters. In a live forum on WeChat during the 2019 federal election, Bill Shorten was asked 'a series of questions relating to Huawei, Chinese interference in Australia, the billionaire businessman and political donor Huang Xiangmo, and perceived negatives [*sic*] views of the Chinese Communist Party in Australia,' the ABC reported, adding that he didn't answer any of those questions.[118]

In addition to well-known politically sensitive topics such as the Tiananmen Square massacre and the plight of Uyghurs in so-called re-education camps in China, WeChat has censored a broad range of topics directly relevant to members of the Chinese diaspora. Those topics have included coverage of the US–China trade war, Huawei and the #MeToo movement, according to WeChatscope, which is a research project at the University of Hong Kong's Journalism and Media Studies Centre.[119]

## Censorship of foreign countries' diplomatic posts on WeChat

In the same way that Chinese government departments, spokespeople, embassies and diplomats use Twitter and Facebook to promote messaging overseas, diplomatic missions in China use platforms like WeChat to promote messaging and publish official government statements. Our research has found that WeChat posts published by the US, UK and Indian diplomatic missions to China are being censored in several ways, and that the bulk of this censorship took place after the global spread of Covid-19 (specifically, from April 2020).

We found 14 cases of censored posts on the US Embassy's account, 11 of which were published in 2020 alone. We detected three different levels of censorship of the account. The most common one is an alteration of links intended to direct to the embassy's website. The US Embassy often publishes briefs on WeChat and then adds a 'Read more' tab at the bottom of the post. While most of those links work across the embassy's account, several links related to topics sensitive to the CCP are faulty and redirect to a '404 not found' page (Figure 16).

AR-1126

TikTok Footnote 125 - Collecting Less Location Data

**Figure 16: WeChat post mentioning a diplomatic joint statement on Hong Kong (left) and censored statement (right)**



Source: WeChat.

Among the censored topics are the new national security laws imposed on the city of Hong Kong, disputes in the South China Sea and China's mishandling of the coronavirus pandemic, as well as a mention of the late Dr Li Wenliang, whose death sparked public outrage and became a symbol of China's failure to address the spread of Covid-19.[120]

Another widespread method by which WeChat censors sensitive diplomatic statements is by disabling the share function on those posts. Posts that received this particular type of censorship are related to the US's China policy and the US–China trade war.

The topic that we found to be the most heavily censored is religious freedom and the CCP's persecution of the Uyghurs and other ethnic minorities (Figure 17). In fact, we found three occasions in which posts mentioning the Uyghurs are censored on the US Embassy's WeChat account. In one case, the 'Read more' tab redirects to a '404 not found' page and the sharing function is disabled. In two other cases, the censorship concerns only the sharing function.

**AR-1127**

**Figure 17: WeChat post mentioning a statement on religious freedom (left and centre) and censored statement (right)**



Source: WeChat.

We also found one instance in which the 'Read more' tab redirects to an English article, despite the embassy's posted link being to the same article, but in Chinese. In this case, the article is related to the US Government's designation of Confucius Institutes as Chinese diplomatic missions.

The number of censored posts on the US Embassy's account drastically increased during Covid-19. In fact, ASPI detected no instance of censorship between June 2019 and April 2020 and then found 11 cases of censorship between April and August 2020. The uptick in censorship frequency comes as tensions between the US and China continue to escalate, especially in relation to issues such as Covid-19, Hong Kong, human rights, trade and the South China Sea.[121]

In addition, we detected two censored posts on the British Embassy's WeChat account. On 19 June, the embassy published an article on its WeChat official account in response to Chinese media reports.[122] The article aimed to dismantle 'misinformation' about the involvement of the UK in the Hong Kong issue. It was read more 350,000 times within two hours and then censored by WeChat.[123]

On 29 June, the embassy published another article, titled 'Hong Kong response is censored',[124] that denounced the incident and further explained the UK's position on Hong Kong (Figure 18). This time, the post wasn't removed, but its sharing function was disabled.

**AR-1128**

TikTok Footnote 125 - Collecting Less Location Data

**Figure 18: UK Embassy's WeChat post in response to censorship of Hong Kong post (left). All sharing functions are disabled (right)**



Source: Bill Birtles. 'WeChat diplomacy: British embassy statement on #HongKong gets deleted, so it reposts with headline explaining it was censored … and had high user engagement. WeChat this time leaves it up but bans users from sending it to others or posting it on their moments', *Twitter*, 30 June 2020, online.

Finally, several Indian media outlets have reported that an 18 June speech by Prime Minister Narendra Modi about the clashes between the Indian and Chinese armies at the contested Ladakh border had been censored from the Embassy of India in Beijing's official WeChat account.[125] Embassy officials reported that WeChat removed the post for 'divulging state secrets and endangering national security'.[126]

We have contacted all three embassies to verify our findings. A US Embassy spokesperson confirmed that it 'did not delete or alter the WeChat links'. An official from the British Embassy said, 'the Hong Kong WeChat article was the first time that we have used this account to talk about "sensitive" topics and the first time we have been censored on this channel. The follow up article we wrote on the censorship was also censored with people stopped from sharing it.'

We didn't receive a response from the Indian Embassy in Beijing.

AR-1129

TikTok Footnote 125 - Collecting Less Location Data

The censored articles on the US Embassy's WeChat account that we found are listed in Table 1, in reverse chronological order from the most to least recent.

**Table 1: Censored articles on the WeChat account of the US Embassy in Beijing**

| Title | Translation | Date | Censorship method | Source |
|---|---|---|---|---|
| 美国国务院将孔子学院美国中心认定为中华人民共和国驻外使团 | The US State Department designated the Confucius Institute US Center as a diplomatic mission of the PRC | 14 August 2020 | 'Read more' tab redirects to English article[a] | Online[b] |
| 国防部长埃斯帕出席香格里拉对话视频会议时发表讲话 | Defense Minister Esper delivered a speech during the video conference at the Shangri-La Dialogue | 25 July 2020 | 'Read more' tab redirects to a 404 error page[c] | Online[d] |
| ［摘译］常务副国务卿比根在参议院外交关系委员会的讲话 | Deputy Secretary Biegun's remarks to the Senate Foreign Relations Committee | 23 July 2020 | Sharing function disabled | Unavailable[e] |
| 蓬佩奥国务卿就联合国人权理事会发表声明 | Secretary of State Pompeo issued a statement on the UN Human Rights Council | 22 June 2020 | 'Read more' tab redirects to a 404 error page[f] | Online[g] |
| 国务卿蓬佩奥：美国在非洲做了并且会继续做许多了不起的工作 | Secretary of State Pompeo: The US has done and will continue to do a lot of great work in Africa | 13 June 2020 | 'Read more' tab redirects to a 404 error page[h] | Online[i] |
| 在出席2019年度国际宗教自由报告新闻发布会时发表的讲话 | Speech at the press conference of the 2019 International Religious Freedom Report | 11 June 2020 | Sharing function disabled | Unavailable[j] |
| 关于香港的联合声明 | Joint statement on Hong Kong | 29 May 2020 | 'Read more' tab redirects to a 404 error page[k] | Online[l] |
| 国务卿蓬佩奥声明：美国保护国家安全和5G网络的完整性 | Secretary of State Pompeo stated: The US protects national security and the integrity of 5G networks | 18 May 2020 | 'Read more' tab redirects to a 404 error page[m] | Online[n] |
| 国务卿蓬佩奥在出席记者会时发表的讲话 | Speech by Secretary of State Pompeo at press conference | 8 May 2020 | 'Read more' tab redirects to a 404 error page[o] | Online[p] |
| 布兰斯塔德大使谈世界知识产权日：为了更光明的未来，强化知识产权保护 | Ambassador Branstad on World Intellectual Property Day: Strengthening intellectual property protection for a brighter future | 25 April 2020 | 'Read more' tab redirects to a 404 error page[q] | Online[r] |

**AR-1130**

TikTok Footnote 125 - Collecting Less Location Data

| Title | Translation | Date | Censorship method | Source |
|---|---|---|---|---|
| 国务卿蓬佩奥在记者会上发表讲话 | Secretary of State Pompeo delivered a speech at press conference | 24 April 2020 | 'Read more' tab redirects to a 404 error page[s] | Online[t] |
| 布朗巴克大使在《国际宗教自由报告》发布会上的讲话 | Ambassador Brownback's speech at the press conference of the International Religious Freedom Report | 25 June 2019 | Sharing function disabled | Unavailable[u] |
| 塞缪尔•布朗巴克大使关于确认宗教自由表现的特别简报会（摘译） | Special briefing by Ambassador Samuel Brownback on confirming religious freedom designations (excerpt) | 13 December 2018 | Sharing function disabled | Unavailable[v] |
| 新闻秘书关于总统与中方共进工作晚宴的声明 | Press Secretary's statement on President's working dinner with China | 2 December 2018 | Sharing function disabled | Unavailable[w] |

a   Michael R Pompeo, 'Designation of the Confucius Institute US Center as a Foreign Mission of the PRC', US Embassy and Consulates in China, 13 August 2020, online.

b   美国国务院将孔子学院美国中心认定为中华人民共和国驻外使团, Weixin, 13 August 2020, online.

c   Archived link, online.

d   国防部长埃斯帕出席香格里拉对话视频会议时发表讲话 [Defense Minister Esper delivered a speech at the Shangri-La Dialogue Video Conference], Weixin, online.

e   When the sharing function is disabled, it's impossible to retrieve the links to the WeChat post.

f   Archived link, online;

g   US Embassy Beijing [美国驻华大使馆], 'Secretary of State Pompeo issued a statement on the UN Human Rights Council' (蓬佩奥国务卿就联合国人权理事会发表声明), Weixin, 22 June 2020, online.

h   Archived link, online;

i   US Embassy Beijing (美国驻华大使馆). 'Secretary of State Pompeo: The United States has done and will continue to do a lot of great work in Africa' [国务卿蓬佩奥：美国在非洲做了并且会继续做许多了不起的工作], Weixin, 13 June 2020, online.

j   When the sharing function is disabled, it's impossible to retrieve the links to the WeChat post.

k   Archived link, online.

l   US Embassy Beijing (美国驻华大使馆). 'Joint statement on Hong Kong' (关于香港的联合声明), Weixin, 29 May 2020, online.

m   Archived link, online.

n   US Embassy Beijing (美国驻华大使馆). 'Secretary of State Pompeo stated: The United States protects national security and the integrity of 5G networks' (国务卿蓬佩奥声明：美国保护国家安全和5G网络的完整性), Weixin, 18 May 2020, online.

o   Archived link, online.

p   US Embassy Beijing (美国驻华大使馆). 'Speech by Secretary of State Pompeo at Press Conference' (国务卿蓬佩奥在出席记者会时发表的讲话), Weixin, 8 May 2020, online.

q   Archived link, online.

r   US Embassy Beijing (美国驻华大使馆). 'Ambassador Branstad on World Intellectual Property Day: Strengthening intellectual property protection for a brighter future' (布兰斯塔德大使谈世界知识产权日：为了更光明的未来 · 强化知识产权保护), Weixin, 25 May 2020, online.

s   Archived link, online.

t   US Embassy Beijing (美国驻华大使馆). 'Secretary of State Pompeo delivered a speech at press conference' (国务卿蓬佩奥在记者会上发表讲话), Weixin, 24 April 2020, online.

u   When the sharing function is disabled, it's impossible to retrieve the links to the WeChat post.

v   When the sharing function is disabled, it's impossible to retrieve the links to the WeChat post.

w   When the sharing function is disabled, it's impossible to retrieve the links to the WeChat post.

AR-1131

# TikTok privacy concerns and data collection

## China's access to TikTok data

In TikTok's early years of operation, data was sent to and processed in China—a fact the company has admitted to. [127] The extent to which TikTok user data was sent to the PRC is the subject of a class-action lawsuit, brought by a California college student in December 2019 that alleges that TikTok 'vacuumed up and transferred to servers in China vast quantities of private and personally-identifiable user data'.[128]

Despite admitting that some TikTok user data was processed in China, ByteDance also argued that:

> there's a difference between data being physically processed in China and data being processed by systems designed and operated by one of our China registered entities. As a general practice, TikTok is not a service offered in China and as a result there has not been personal and un-aggregated data physically processed there.[129]

Growing public concern over TikTok's data at the time saw the platform employ contractors from a cybersecurity firm to assess its app's source code and data storage practices.[130] The cybersecurity firm conducted analysis from July to October 2019, for which it interviewed TikTok employees and reviewed the app's computer code. According to the vice president of the firm, his team 'found no way TikTok could send data to China during those months'.[131] The assessment only lasted for the duration declared by the vice president, and the statement only addresses data being sent *to* the PRC, not whether it's being accessed *from* the PRC.

In an April 2020 blog post, TikTok's Chief Information Security Officer, Roland Cloutier, said that TikTok's goal was to minimise China-employee access to TikTok user data (for example, from the US and the EU).[132] He failed to mention, however, whether TikTok intended to cease such regional data access.

It isn't clear whether or not TikTok intends to cease non-US access to the data in the near future. In a lawsuit that TikTok and ByteDance filed against the Trump administration, TikTok stated that it had erected 'software barriers' around US user data stored outside China to separate the data from other ByteDance products. However, software barriers still permit ByteDance's China-based engineers supporting TikTok to gain controlled access to decrypted US user data, which includes names, birthdays, home addresses, phone numbers, emails, passwords, PayPal account information, contact lists, private videos, direct messages and parts of the log-in history.[133]

ByteDance couldn't realistically refuse a request for TikTok user data. China has a suite of national security laws that effectively compel individuals and companies to participate in 'intelligence work'. Alibaba, which provides cloud services to TikTok in Singapore, also falls under those laws. For example, Article 7 of the National Intelligence Law states that: 'Any organisation and citizen shall, in accordance with the law, support, provide assistance, and cooperate in national intelligence work, and guard the secrecy of any national intelligence work that they are aware of. The state shall protect individuals and organisations that support, cooperate with, and collaborate in national intelligence work.'[134] In other words, if the Chinese Government requested TikTok user data, the

AR-1132

company would be required by law to assist the government and then would be legally prevented from speaking publicly about the matter.

Like all major Chinese tech companies, ByteDance headquarters in Beijing houses a Chinese police cybersecurity team, according to the *Wall Street Journal*.[135] That arrangement allows employees to hand over user data and other sensitive information without due process.

According to three sources cited by *Reuters*, PRC-based engineers support TikTok as well as its Chinese equivalent, Douyin. Both TikTok and Douyin share some infrastructure, making any complete separation 'nearly impossible'.[136] This is congruent with findings reported in a July 2020 article by *The Information* that says China-based engineers and researchers developed TikTok's core software code. This source code, which is shared with other ByteDance apps, is known internally as *zhongtai*, or 'central platform', and so detaching TikTok from ByteDance would be 'a time-consuming and difficult maneuver'.[137] This may help to explain TikTok's reluctance or difficulty in fully separating from its Chinese support engineers.

*The Information* also revealed that ByteDance has made efforts to remove China-based engineers' access to US-based servers on certain projects with limited success. The difficulties associated with limiting access to those engineers are exemplified in one project, conducted in early 2020, which faced technical problems that couldn't be solved by the company's overseas engineers. As a result, temporary access was reinstated to the China-based engineers. Another challenge facing engineers outside China is that the software used to manage these servers is developed in China and written mainly in Chinese, making it difficult for TikTok's non-Chinese-speaking employees to know how the servers are managed.

In line with efforts to separate TikTok's engineering team from China, a small engineering corps has been established in Mountain View, California. However, instead of reporting to the TikTok CEO in the US, the engineers report to senior executives at ByteDance in China (Yang Zhenyuan and Hong Dingkun).[138] Although TikTok's engineering team both inside and outside China previously reported to managers in China, as of May 2020 ByteDance was in the process of recruiting an executive to run the US-based engineering department.[139]

As is evident from ByteDance's efforts to separate the US and China engineering departments, the company has made a series of moves to steadily decouple TikTok from its China operations. By August 2020, only 22 PRC-based jobs were being advertised by ByteDance, of which a mere three were for content-related positions in the Middle East, Latin America and the eastern EU (Figure 19).[140] Instead, most of the remaining PRC-based TikTok positions were for R&D, such as roles for a senior software engineer responsible for the app's content recommendation system, as well as a product manager responsible for TikTok's search function.[141] Despite ByteDance continuing to advertise for those PRC-based positions, particularly for R&D, it is evident that the TikTok Careers job page has instead become the primary platform for advertising TikTok positions.

**AR-1133**

TikTok Footnote 125 - Collecting Less Location Data

**Figure 19: Distribution of PRC-based TikTok positions advertised by ByteDance and TikTok**



Note: Several of the jobs analysed in this chart are listed in Appendix 4. Source: ASPI ICPC.

As a result of efforts to increase the divide between TikTok and its parent company, TikTok has been on a hiring blitz for engineers, strategists and executives around the world.[142] In the US, it tripled the number of its US-based employees in 2020 and plans to add another 10,000 jobs over the next three years, according to the company.[143] Before these changes, there was a 'free flow of colleagues from China coming into the LA office or vice versa', as described by a TikTok US content team member in 2019.[144] Meanwhile, ByteDance employees in the PRC are now required to write all TikTok-related internal documents in English.[145]

ByteDance's decision to dissolve its Beijing-based Trust and Safety (TnS) Department in March 2020 signalled another action the company was taking to separate TikTok from its Chinese operations. The TnS Department in Beijing was responsible for TikTok's content moderation system and employed approximately 100 employees, most of whom each had capabilities in three different languages.[146]

Based on the company's careers page, TikTok positions associated with the TnS Department are now located throughout the US, Dublin, London, Berlin, Singapore, Moscow and Seoul. By August 2020, only one Beijing-based TnS Department position remained, for an algorithm engineer responsible for the 'ByteDance short-video algorithm, including content understanding and user modeling'.[147] Previously in May, however, that same job ad stated that the hire would be 'responsible for the content understanding and user modeling of ByteDance's overseas products (TikTok, Vigo …)'.[148]

## User privacy – Technical observations

Our primary privacy concerns with TikTok, outside Bytedance engineers access to TikTok data, lies in the amount of data collected by TikTok as defined in their Privacy Policy, and in the data that we were not able to see during our technical analysis. This included items that were encrypted, code that was obfuscated, and the fact that we only inspected TikTok from the client-side (the Android apps and the web platform TikTok.com). We did not investigate or have access to any of TikTok's internal systems.

**AR-1134**

Over the course of a few months, we have observed TikTok's platform evolve. Of TikTok's two Android packages,[149] we conducted a time-boxed analysis on com.zhiliaoapp.musically v17.3.3 (v17), the version available in Australia, and compared it with our observations from previous versions and packages of the app as well as the web platform.

Between v15 and v17, we observed that ongoing public scrutiny of TikTok has seen TikTok's apps generally reduce their data collection types, collection frequency as well as the number of permissions they request. We also observed in v17 that code had been cleaned up to remove references to Chinese domains, IP addresses and developer comments in Chinese. We found that the US version is faster to implement and resolve privacy issues than the rest-of-world app.

These moves put TikTok more in line with collection practices of other large-data driven AI companies that partake in targeted advertising revenue. For example, TikTok collects a large amount of data from its users as is stated in the company's privacy policy. The data collected ranges from individual tracking information to messages and related metadata.

During our analysis we did not observe v17 carrying out any overtly malicious activity (akin to spyware). One questionable outlier relates to TikTok's collection of "keystroke patterns or rhythms" as per their Privacy Policy. The app has a relatively large and obfuscated code base, and some encrypted transmissions that were inaccessible to us. There are parts of the app we did not have time to cover that are worth investigating further. These have been outlined in Appendix 2 and primarily cover areas where there are potential for security vulnerabilities.

## Data collection and logging

To observe data collected by TikTok we used a HTTP web proxy to intercept and view data sent from the devices. This allowed us to observe what kind of data was being sent, when it was being sent, and determine the pattern of data transmission.

Analysing the traffic from v17, we saw that all transmissions were encrypted. But we noticed that the data of some requests were curiously encrypted beneath this already encrypted transmission channel. It is industry best practice to encrypt the transmission with TLS so that user information is protected, however it is unusual for an app to encrypt the data beneath this secure link as well. We were unable to determine why this extra encryption was necessary and only existed for data sent to particular servers.

The remaining TikTok servers did not encrypt their underlying data and we observed user and device identifiers sent with every request. This type of data is likely used for tracking individuals and their actions on the platform. This also occurs on the web platform. For some examples, see Appendix 2.

TikTok's Privacy Policy says that it collects "keystroke patterns or rhythms". In our analysis of the source code we identified a number of locations where KeyEvent parameters are being passed to various functions. KeyEvents are Java objects that hold keystroke information. The (KeyEvent keyEvent) format is commonly used in, but not exclusively by, keyloggers. It depends on how the KeyEvent is used. However due to the time limitations we did not investigate all instances of this parameter. Additionally, and due to the double layer of encryption of some TikTok traffic, we were not able to verify whether or not the recorded keystrokes are being transmitted out of the app, or how the keystroke data is being used.

**AR-1135**

**Figure 20: Extract from TikTok's privacy policy, 1 January 2020**



### Device Information

We collect information about the device you use to access the Platform, including your IP address, unique device identifiers, model of your device, your mobile carrier, time zone setting, screen resolution, operating system, app and file names and types, keystroke patterns or rhythms, and platform.

Source: 'Legal—Privacy Policy', TikTok, 1 January 2020, online.

In v15 of the app, although the privacy policy (depicted in the above image) was applicable, TikTok did not explicitly state it was collecting the details of the local network used by the device, including any web proxies or virtual private networks (VPNs) used in the network (see Appendix 2). This information is sensitive, as it discloses data about the network architecture in use on the device. Version 17 still collects internal internet protocol (IP) addresses and domain name system (DNS) addresses, and contains Appsflyer software development kit (SDK) code that is specifically checking for the use of a 'tun0' interface (see Appendix 2), which is often used by VPNs. According to a TikTok blogpost at the end of June, the issue that was caused by a third-party SDK and a self-developed anti-spam feature has since been resolved.

This is not the first time third-party libraries have caused privacy concerns. In March 2020, it was discovered that TikTok, along with other developers, were identified to be reading the user clipboard on iOS (the Apple operating system) - a practice that could lead to sensitive user information such as credit card details and passwords being captured by the app. In March TikTok told The Telegraph that they would disable clipboard-reading in the coming weeks,[150] but a new feature in iOS 14 showed that TikTok was still monitoring the clipboard in June.[151] Researchers discovered that TikTok read the clipboard everytime the app was opened.[152] According to a TikTok blogpost at the end of June, the issue was caused by a third-party SDK and a self-developed anti-spam feature and it has since resolved the issue.[153]

TikTok has progressively cleaned up some of its code, but only after lawsuits and continual media attention. Late last year TikTok was found to be collecting a significant amount of user information using a variety of methods. To uniquely identify users, it used audio and canvas fingerprinting (a method that combines hardware and browser characteristics)[154] and through the app, collected device MAC addresses (a unique network card hardware identifier), a method that the Wall Street Journal reports was banned by Google.[155] And, in a class action lawsuit filed in November 2019, the plaintiff alleges that TikTok used device identifiers including phone IMEI (international mobile equipment identity) and IMSI (international mobile subscriber identity) numbers,[156] and sent the data to China. As of August 2020, according to our own research, the latest iterations of both the app and the web platform, appear to have ceased all these practices.

Further trying to distance itself from China, Tiktok has removed references to domains and IPs in China in v17, which were present in v15 and v16.[157] But traffic from the app does go to servers in

**AR-1136**

Singapore hosted by Alibaba's cloud and to servers in the US, hosted on ByteDance's network,[158] both with parent companies in China. TikTok's own privacy statement states that TikTok user data may be shared "with a parent, subsidiary, or other affiliate of our corporate group."[159]

## App permissions

Permissions define what an app can do or access on a device. We compared the standard Android permissions of TikTok and its short-form video competitors - Byte, Dubsmash, Triller, Instagram and Snapchat. TikTok declares slightly more permissions than its competitors (see Figure 21). But a noticeable difference is its declaration of two permissions with a "signature" level of protection level. These are higher-risk permissions, but to determine how these permissions are used would require more analysis of the application. See Appendix 2 for more detail.

**Figure 21:** A comparison of the permission list of six different short video apps (Byte, Dubsmash, Triller, Instagram, Snapchat, TikTok).



Source: ASPI ICPC. See Appendix 2 for methodology

---

**Protection Level**

**Normal:** A lower-risk permission. The system automatically grants this type of permission to a requesting app at install time.

**Dangerous**: Permissions that could potentially affect users' privacy or device operation. The user must explicitly grant the permission to the app.

**Signature**: Higher-risk permission. Granted to an app at install time, but only when the app that attempts to use the permission is signed by the same certificate as the app that defines the permission.

**Undefined:** Permissions where we could not find official Android or developer-written documentation on protection level

---

TikTok has made an effort to reduce its permission list which does reduce the risk of misuse. Between version 15 and version 17, it standardised the permission list between the two packages of

**AR-1137**

its app and removed permissions to obtain user locations, modify accounts and monitor the phone state.[160] The user's approximate location is still collected and still forms part of the options used for targeted advertising to TikTok users. The information probably comes from the device details that are logged by the TikTok app, which include SIM card operator details, system region and time zone. It may be possible that the user's IP address, which is collected by TikTok,[161] could also be used for this purpose.

AR-1138

# WeChat privacy concerns and data collection

The primary privacy concern with WeChat stems from the amount of personal user, device and platform data it has access to through the legitimate functionality it provides. The vulnerability then becomes the ability of a third party to intercept this data due to a lack of end-to-end encryption on the app.

We conducted a time-boxed analysis of the WeChat app (v7.0.16) and its traffic targeting any privacy or security concerns. We also looked at how the Official Account Platform censorship might be occurring to aid in discovering any other cases.[162] We found its extensive list of permissions concerning, as well as code that may lead to keylogging and clipboard monitoring code both of which will require further investigation to verify. The codebase of the WeChat app is large, obfuscated and it communicates using a custom protocol. All of which contributes to the difficulty and time-intensive nature of getting a clear picture of its capabilities.

## App permissions and data collection

The WeChat Android app declares 72 permissions. This is extensive. With those permissions, the app is able to carry out actions such as recording audio, getting the Wi-Fi MAC address, identifying network operator related data, reading the device ID (for example, the IMEI), querying the phone location (GPS) and monitoring the phone (user's) physical activity. While recording audio, obtaining the user's location and activity monitoring are required for the functions offered by the app, the others serve to uniquely identify the user.

The danger with permissions is that they may be misused, if not by the app itself, the potential is there for third-party code within the app to misuse the permissions. For instance, while activity monitoring would be a required permission for WeRun (WeChat's fitness activity tracker), the permission enables an app to classify a user's physical activity, such as whether they're walking or biking but also whether they're moving in a vehicle. Once the app is granted this permission, any code within the app can use the permission.

During our technical investigations into the WeChat app, our ability to evaluate the integrity of chat data and observe what data was logged by the app was relatively low due to the implementation of WeChat's custom protocol, called 'mmtls', which we didn't decrypt.

We identified that the app was collecting the device identifiers including device model, operating system, IMEI, IMSI and contained code to retrieve network interface information. Further to this we identified 5 places in the code where the clipboard can be read by the app. Although this is a common functionality in a chat messaging application, at this time we have not been able to verify whether or not the code at these locations is being used or whether the clipboard data is being sent to WeChat servers.

The extent of data that WeChat is capable of collecting can be seen in WeChat's privacy policy under the section addressing the California Consumer Privacy Act (Figure 22). It includes user and device identifiers and other information collected from the user. Phrases such as 'electronic network activity information' and 'similar information' are ambiguous about what conduct those terms cover. Of particular concern is chat data, as the privacy policy states that WeChat doesn't permanently store

**AR-1139**

TikTok Footnote 125 - Collecting Less Location Data

chat data on their servers, but in this section (in Figure 22) it suggests that this data is disclosed by WeChat. A curious and rather suspicious admission by WeChat is the possible collection of thermal and olfactory information from the user. While it's possible to obtain ambient temperature, device temperature, relative humidity and ambient air pressure from the device's environmental sensors, it isn't clear how or why olfactory information is obtained.

**Figure 22: WeChat's privacy policy shows the information from users in California that WeChat may collect and disclose**

> **Collection and Disclosure of Personal Information**
>
> Over the past 12 months, through your use of WeChat, we may have collected and disclosed the following categories of personal information from or about consumers, as defined in the CCPA:
>
> Identifiers, such as phone number, name, nickname, token, username, IP address, mobile application store user ID, mailing address, emergency contact information, and contact list. This information is collected directly from the consumer or device.
>
> Geolocation data, including geolocation information derived from GPS coordinates, Wi-Fi access points, the compass, the accelerometer, IP address, and public posts. This information is collected directly from the consumer or device.
>
> Internet or other electronic network activity information, including your device model, network type, OS type and version, client version, call history, chat data, invitations data, call credits history, search history, log data, information linked to social media accounts linked to use of WeChat, and survey information. This information is collected directly from a device.
>
> Biometric information, such as voiceprints and facial recognition data. This information is collected directly from the consumer or device.
>
> Commercial information, including payment card information and transaction verification information. This information is collected directly from the consumer or device.
>
> Audio, electronic, visual, thermal, olfactory, or similar information, including a profile picture. This information is collected directly from the consumer.

Source: WeChat privacy policy, under the heading 'Addendum for California residents'.

## Security

The findings of our technical analysis aren't comprehensive, and we have identified several areas of concern worth further investigation. During the sign-up process, for example, the WeChat app downloaded an .apk file (Android package file). While no malicious behavior was identified, and it's possible this is related to software updates, this activity is unusual and deserves further investigation as to why WeChat is downloading this file and what it is being used for.[163]

When we investigated the decompiled Android app package for WeChat, a class named "keylogger" was identified, as well as several hundred locations in the codebase that use the format of (KeyEvent keyEvent). This code is common for passing keyboard presses to a function. The act of collecting keystrokes is not necessarily malicious, but can be depending on the use of the collected keystrokes. A malicious keylogger is a tool for recording a user's keystrokes, often without their knowledge. Keyloggers are often used in malware to capture passwords and sensitive information. Further testing would be required to verify if a keylogger is in use, and if it poses any extra privacy risk. Tencent already has access to all messages sent via WeChat as they are sent via Tencent's servers, but this has the potential to capture text that was not ever intended to be sent via WeChat.

**AR-1140**

**Figure 23: Keylogger class in WeChat code**



Source: WeChat 7.0.16 Android .apk file.

## Privacy and surveillance

Although chat messages are secured with encryption, the foundation architecture of WeChat's messaging system does not adequately secure messages from sender-to-receiver, meaning that it does not restrict third party access to its content.

With messaging apps, it's reasonable for users to desire that their private conversations carried out on the app are indeed private. With WeChat, based on the messaging architecture it's built upon, as well as the well-documented censorship of the content of chat conversations, the confidentiality and integrity of communications sent over WeChat can't be guaranteed.

WeChat uses client-to-server (C2S) encryption to protect the transmission of chat messages. This protects the messages from third parties, except the service provider, Tencent. Unlike privacy-focused apps such as Signal and Wickr, WeChat doesn't use end-to-end (E2E) encryption, which would protect the message contents from sender to receiver. In a C2S architecture, anyone with physical or digital access to the central messaging server has access to the messages on the network. By running its chat service using a C2S architecture, Tencent has positioned itself between the sender and recipient, granting it full access to the data and communications. WeChat's ability to censor or filter chat content between the two communicating parties is evidence that it processes the communications unencrypted.

Victor Gevers conducted research where he revealed that WeChat filters billions of messages for review based on keyword triggers. These messages contained GPS coordinates that were not exclusively located in China. In fact, although the majority of messages that triggered for review were sent within China, around 19 million English-language messages were captured from users around the world, including people in North America, Europe, South America, Taiwan and Australia.[164]

**AR-1141**

TikTok Footnote 125 - Collecting Less Location Data

Tencent states that it doesn't store chat histories.[165] That's somewhat misleading. The privacy policy better articulates that chat data is semi-permanently stored for 120 hours (or 72 hours for media and location data) before being permanently deleted.[166] As a positive sign that this is likely to be true, chat histories aren't transferred when you log on to the service from a new phone. But, if a user 'Favourites' a message, then those messages will be stored on WeChat's servers.[167]

Regardless of whether Tencent stores user messages, WeChat uses a C2S encryption architecture which enables messages to be intercepted. Furthermore, according to a 2016 Amnesty International survey of the privacy of messaging apps, Tencent was the 'only company which has not stated publicly that it will not grant government requests to access encrypted messages by building a "backdoor".'[168]

Tencent also states that it does not conduct automated big-data analysis of user data, such as analysis of the content of chat messages.[169] There is no reference to their treatment of metadata which is just as valuable. Chat metadata can reveal such things as whom people are communicating with, their location and the dates, times and frequency of the contact.

AR-1142

# Conclusion

The Chinese state has demonstrated a propensity for controlling and shaping the information environment of the Chinese diaspora—including via WeChat. The meteoric growth of TikTok has now put the CCP in a position from which it can shape the information environment on a largely non-Chinese-speaking platform—with the help of the highest valued start-up in the world and its opaque advanced AI-powered algorithm.

Chinese party-state leverage over these companies is considerable, is exercised internally via CCP committees and is enforced by a suite of cybersecurity and intelligence laws.[170] As Chinese companies, Tencent and ByteDance are not only required to participate in intelligence work, but they're also legally mandated to promote CCP propaganda.

China's censorship and propaganda apparatus is a responsibility that's pushed down to media and technology companies such as Tencent and ByteDance.[171] As Chinese companies, they're obligated to comply with strict government regulations on what content is allowed to be published on their platforms, and they both invest heavily in automated systems for content filtering and human curation.

The demands of the PRC's surveillance and propaganda apparatus on these technology companies are such that, at least in the case of WeChat, they're even prepared to surveil the foreign users of their apps in order to better train the censorship algorithms used on Chinese citizens within the PRC.

The censorship and surveillance detailed in this report most probably represent only a fraction of the total activity that's taking place on these social media platforms. At the same time as the apps compete on user growth, ad sales and investment, they're also posing a challenge to liberal democratic ideals such as freedom of political expression and free speech.

As the underlying technology used in these apps continues to advance, the ability of these companies to monitor dissent and shape narratives globally will grow exponentially.

**AR-1143**

# Recommendations

1. To the extent that the censorship practices outlined in this report represent breaches of current law in liberal democracies around the world, governments should launch legal investigations.

2. In an effort to train AI algorithms that help to curate, filter and moderate content and enable targeted advertising, users' data privacy has fallen by the wayside. Governments should introduce transparent user-data privacy and user-data protection frameworks that apply to all social media and internet companies, regardless of their country of origin and ownership.[172] If companies refuse to comply with such frameworks, they shouldn't be granted licences to operate.

3. Governments should mandate that all social media platforms publicly disclose, in detail, all the content they censor and make it an offence to censor content where that has not been publicly disclosed to users.

4. Independent audits of the algorithms of all social media companies should be conducted. Included in those assessments should be transparency about the guidelines that human moderators use and what impact their decisions have on the algorithms.

5. Governments should require that all social media platforms investigate and disclose information operations (also known as 'coordinated inauthentic behaviour') being conducted on their platforms by state and non-state actors. Disclosures should include publicly releasing datasets linked to those information campaigns

6. Finally, all of the above recommended actions would benefit from multilateral collaboration that includes participation from governments, the private sector and civil society actors. For example, independent audits of algorithms could be shared by multiple governments that are seeking the same outcomes of accountability and transparency; governments, social media companies and research institutes could share data on information operations; all stakeholders could share lessons learned on data frameworks.

**AR-1144**

# Appendix 1: Tencent and ByteDance CCP connections

## ByteDance's CCP connections

The CCP's values are at the core of ByteDance's mindset covering content control across its platforms. This is exemplified in the company's establishment of CCP branches within its corporate structure. ByteDance first established a party branch in October 2014 and later established a party committee in April 2017, with cells within its Public Affairs Department, Technical Support Unit and Compliance Operations Unit.[173]

The Constitution of the CCP clearly outlines its expectations for party units, which it refers to as 'lower Party organisations', within private enterprises. Beginning in 2001, private entities that employed at least three CCP members are required to have a party unit installed within their corporate structure[174] and to 'firmly implement the decisions of higher Party organisations'.[175]

In particular, larger scale internet companies are known for having established CCP committees within their corporate structures.[176] This move enables internet companies, which are largely apolitical, to demonstrate their loyalty to the CCP by showing their dedication to serving the party's political mission. ByteDance is certainly no exception. In June 2018, the ByteDance Party Committee jointly held Party Day activities with the Party School of the Central Committee of the CCP, at which ByteDance employees pledged their CCP membership as they 'faced the Party flag, raised their right hands, clenched their fists and renewed their Party membership pledge', vowing to 'always be ready to sacrifice everything for the Party and the people, and to never betray the Party.'

At a live viewing of the 40th anniversary of the Reform and Opening Up movement organised by the ByteDance Party Committee, CCP member employees reflected on a speech by Xi Jinping, sharing perspectives on party ideology from the viewpoint of internet practitioners. One employee stated that, 'as a Party member and internet industry practitioner, we should begin with ourselves to integrate the spirit of reform into our daily work and studies, and be a "screw" that will never rust.'[177]

ByteDance has also taken an approach to propaganda and ideology unique for an internet company. Following the National Propaganda and Ideology Work Conference in 2018, the ByteDance Party Committee organised party lessons focusing on topics from the conference. In those lessons, the company's vice-president, Zhang Fuping, emphasised that, as an internet company, ByteDance should make use of its advantages in technology and talent, actively spread positive energy, tell China's story well and do its best to promote the internet for social development.[178]

Using ByteDance's unique position as a leading internet company for improving propaganda and ideological work demonstrates how the company can leverage its platforms to prove its loyalty to the CCP while also shaping narratives. This was reflected when the Minister of the Fujian Provincial Party Committee Propaganda Department visited ByteDance facilities in Fujian. During the visit, the minister told ByteDance that he hoped the company would use its advantages in new media and new technologies to further propagate and interpret 'Xi Jinping thought'.[179] Already, ByteDance has used

AR-1145

its platforms, particularly Douyin, to assist provinces and cities in disseminating 'authoritative and accurate propaganda'.[180]

ByteDance's connections with the CCP also extend to its collaborations with law enforcement. Like all major Chinese tech companies, ByteDance headquarters in Beijing houses a Chinese police cybersecurity team, according to the *Wall Street Journal*.[181] That arrangement allows employees to hand over user data and other sensitive information without due process.

## Tencent's CCP connections

Similarly to ByteDance, Tencent also has CCP organisations embedded within its corporate structure. As recently as April 2020, Tencent was reported to house 13 CCP general branches, more than 200 party branches and thousands of party small groups.[182] Tencent's Party Committee also became the only party committee inside internet companies to be designated as an outstanding grassroots party organisation in 2016.[183] Tencent's CCP involvement doesn't end here. Its party committee established an annual Party Day on 15 July, with the intention to both educate party members and attract non-party members to participate.[184]

Tencent's dedication to the CCP is also reflected in its compliance with public security directives. In 2015, the Deputy Minister for Public Security, Chen Zhimin, announced a plan to establish network security offices within major internet companies, including Tencent.[185] The offices are intended to provide public security entities with more direct access to illegal internet activity, enabling a quicker response to such activities. More recently, in 2017, Tencent was one of three companies that are required to assist China's government in tracking criminal suspects and silencing political dissent.[186]

Tencent's participation in the country's public security efforts stems from Chief Executive Ma Huateng's support of private companies cooperating with the government on law enforcement.[187] By 2017, Tencent had even agreed to work with the Guangzhou police to construct a cloud-based early-warning system that would enable the police to track and predict the size and movement of gatherings.[188]

Tencent's collaboration with law enforcement is also congruent with its investment in constructing smart cities. The company has plans to construct what it calls a WeCity and proposes ways in which people become 'users' within newly developed smart cities. In a WeCity, data introduces a new dimension of wealth, whereby an individual's digital behaviour becomes an asset. As a company that claims to provide continuous momentum for the government's digital transformation and smart city development, its advances in surveillance become deeply intertwined with the PRC Government's strategies.[189]

Despite its support to the government, Tencent has received criticism from the CCP pertaining to its gaming development. After Tencent released the 'Honour of Kings' game, the company was denounced by the *People's Daily*, which called the game 'poison'.[190] In contrast, Tencent's more recent release in 2019, 'Homeland Dream', was developed in collaboration with the *People's Daily* and provides patriotic references throughout the game, including slogans such as 'make army strong and prosperous', 'made in China' and 'one country, two systems'.[191] Tencent's development of what's been called 'playable propaganda' demonstrates the company's willingness to yield to the government's censorship and control.[192]

**AR-1146**

# Appendix 2: TikTok data privacy and collection

## statusCode

The hashtag 'gay' in Russian (рей) is invisible to the typical user. On the app, searching for 'рей' presents no results. But if you happen to come across a video with that hashtag and click on the hashtag, the hashtag exists and you can view the videos in that hashtag.

On the web platform, there is no functionality to search for hashtags, but if you visit the hashtag though the URL https://www.tiktok.com/tag/рей, you are presented with a "Couldn't find hashtag" error, just as one would with the hashtag 'isis'.

When we looked at the source code for the hashtag, we found that рей and isis shared the same statusCode - 10211.



**Douyin and TikTok JSON schema**

TikTok and Douyin websites are by no means identical. However we did find a lot of similarities in the JSON schema used when presenting videos and, as in the example below, in tracking users. In the image below, under "user", you can see the individual tracking ids of the user that has been redacted.

AR-1147

**Near identical JSON schema that used to track users, used on both Douyin and TikTok websites.**



*Source: Douyin's code; TikTok's code.*

## User and Device identifiers in TikTok app request

The following images are examples of the headers of requests sent by the TikTok app containing user and device details. Every packet sent to TikTok servers has this type of information attached to it.

```
POST /v1/message/get_by_user?storage_type=0&manifest_version_code=2021703030&_rticket=
15      &current_region=AU&app_language=en&app_type=normal&iid=685      &channel
=googleplay&device_type=      &language=en&cpu_support64=true&host_abi=arm64-v8a&locale=en
&resolution=1536*2048&openudid=      &update_version_code=2021703030&ac2=wifi&cdid=
&appTheme=light&sys_region=US&os_api=27&uoo=0&timezone_name
=Australia%2FSydney&dpi=320&residence=AU&ac=wifi&device_id=685      &pass-route=1&
os_version=8.1.0&timezone_offset=36000&version_code=170303&app_name=musical_ly&ab_version=
17.3.3&version_name=17.3.3&device_brand=samsung&op_region=AU&ssmix=a&pass-region=1&
device_platform=android&build_number=17.3.3&region=US&aid=1233&ts=15      HTTP/1.1
Host: imapi-mu.isnssdk.com
```

```
GET /common?storage_type=0&manifest_version_code=2021703030&_rticket=1559███████&
current_region=AU&app_language=en&app_type=normal&iid=686████████████████&channel=
googleplay&device_type=SM-████████&language=en&cpu_support64=true&host_abi=arm64-v8a&
locale=en&resolution=1536*2048&openudid=52408███████████&update_version_code=
2021703030&ac2=wifi&cdid=e1e8d5f1-eab1-████████████████a&sys_region=US&
appTheme=light&os_api=27&uoo=0&timezone_name=Australia%2FSydney&dpi=320&residence=
AU&ac=wifi&device_id=685███████████0&pass-route=1&os_version=8.1.0&
timezone_offset=36000&version_code=170302&app_name=musical_ly&ab_version=17.2.3&
version_name=17.2.3&device_brand=samsung&op_region=AU&ssmix=a&pass-region=1&
device_platform=android&build_number=17.2.3&region=US&aid=1233&ts=196███████
HTTP/1.1
Host: abtest-va-tiktok.byteoversea.com
```

## Targeted advertising

The following table is sourced from Titkok's Ads website. It is designed to show advertisers which targeting options they can use to pinpoint their desired audience.

| | | |
|---|---|---|
| Audience | Include | Create a Lookalike or Custom Audience (Customer file, Engagement, App Activity, Website Traffic). |
| | Exclude | Exclude Lookalike or Custom Audiences |
| Demographics | Gender | Male, Female |
| | Age | 13-17, 18-24, 25-34, 35-44, 45-54, 55+ |
| | Location | country/region, state/province, or city (city targeting only available in India). |
| | Language | Delivery to users based on app language. |
| | Interest | Deliver to users based on interests. e.g. "Gaming" |
| Device | Connection Type | WIFI, 2G, 3G, 4G |
| | Operation System | iOS & Android |
| | Operation System Version | Deliver ads to users based on software version. e.g. iOS 10.0 or above, Android 4.0 or above. |
| | Device Price | Deliver ads to users based on device pricing, ranging from no limit to $1000+. |
| | Carrier | Deliver ads to users based on mobile phone carriers. |

## TikTok logging in the background

The TikTok application was closed by both via the Android task manager, and by force closing the process via a shell. In the first case, TikTok was observed to reopen with a new process ID (signifying it was a new process) and weblogs were sent from the new process (below). This is normal Android functionality for apps that run in the background, however it is not necessarily clear to users that the application is still running even after being closed.

After being closed by a root shell, the app remained closed. However we found that this wasn't the case for the "trill" v 17.2.1 package which reopened after shell close.

AR-1149

TikTok Footnote 125 - Collecting Less Location Data

This is the log of transactions when the app was closed as described above



## Permissions

### Signature permissions in use

Unique to TikTok against its competitors is its use of two permissions with a "signature" level of protection. This type of permission is only granted by the system if the requesting application is signed with the same certificate as the application that declared the permission. We would need to perform further analysis to determine what it is used for within the TikTok app.

| Permission | Protection Level | Notes |
|---|---|---|
| android.permission.GET_TASKS | deprecated (signature\|privileged) | Allows application to retrieve information about currently, and recently, running tasks. May allow malicious applications to discover private information about other applications (source:Mob SF). But because this permission is deprecated, this permission may or may not work. |
| android.permission.REQUEST_INSTALL_PACKAGES | signature | Allows an application to request installing packages (Android Developer doc). |

### Short video app permission comparison

We used permissions extracted using MobSF[193] and Drozer[194] to compare the permissions requested by comparable short-video apps. In order to normalise the permissions, we removed all the custom permissions from all the applications being compared. Then categorise the protection level of the permissions based on the Android Developer documentation (https://developer.android.com/reference/android/Manifest.permission). We categorised those permissions that were deprecated, by their original protection level assignment . Those Android permissions that we couldn't' find, we marked as undefined'.

AR-1150



Comparison between TikTok packages and versions

TikTok has two packages on the Google Play store - com.ss.ugc.android.trill published by TikTok Pte Ltd (Singapore) and com.zhiliaoapp.musically published by TikTok Inc (US). The likely reason for this is the transition to integrate Bytedance's original TikTok with the acquisition of Musical.ly. A user's location will determine which Google Store they are presented with and thus which TikTok package they will download. Based on the text strings within the different packages, TikTok Inc is designed for an English speaking audience and the TikTok Pte Ltd app, the rest of the world.

In version 15 (v15) of both packages, there were differences in the servers the app sends data to. Permissions for user location were removed in the US version of the app, but remained in the other version of the app. In version 17 (v17) the permissions are identical across both packages.

*1. Permissions*

a.    Comparing the permissions requested in v15 of these packages, the com.ss.android.ugc.trill package designed for rest-of-world (excl USA) requested three more permissions.

| The additional three permissions declared by com.ss.android.ugc.trill, not in com.zhiliaoapp.musically | | |
|---|---|---|
| **permission** | **protection level** | **definition** |
| android.permission.ACCESS_FINE_LOCATION | Dangerous | Allows an app to access precise location. |
| android.permission.ACCESS_COURSE_LOCATION | Dangerous | Allows an app to access approximate location. |
| android.permission.READ_PHONE_STATE | Dangerous | Allows read only access to phone state, including the current cellular network information, the status of any ongoing calls, |

AR-1151

| | | and a list of any PhoneAccounts registered on the device. |
| --- | --- | --- |

b. In v17, the above 3 permissions have been removed from the permission list, along with 3 others, reducing the overall permissions list to 63 for both packages.

| Permissions in v15, no longer in v17 | | |
| --- | --- | --- |
| **permission** | **protection level** | **definition** |
| android.permission.ACCESS_FINE_LOCATION | Dangerous | Allows an app to access precise location. |
| android.permission.ACCESS_COURSE_LOCATION | Dangerous | Allows an app to access approximate location. |
| android.permission.READ_PHONE_STATE | Dangerous | Allows read only access to phone state, including the current cellular network information, the status of any ongoing calls, and a list of any PhoneAccounts registered on the device. |
| android.permission.EXPAND_STATUS_BAR | normal | Allows application to expand or collapse the status bar. |
| android.permission.MANAGE_ACCOUNTS | dangerous | Allows an application to perform operations like adding and removing accounts and deleting their password. |
| android.permission.USE_CREDENTIALS | dangerous | Allows an application to request authentication tokens. |

c. Permissions list for both apps aligned as of version 17. Z = com.zhiliaoapp.musically v17.3.3, T = com.ss.android.ugc.trill v 17.3.2. Extracted using MobSF v3.0.9 Beta

*2.    Hosts*

Comparing hosts in the AndroidManifest.xml. It is likely that t ~ tiktok, m~ musical.ly, va ~ Virginia, USA

| **com.ss.android.ugc.trill** | **com.zhiliaoapp.com** |
| --- | --- |
| vt.tiktok.com | vm.tiktok.com |
| t.tiktok.com | m.tiktok.com |
| | v16.musical.ly |
| | app-va.musical.ly |

**AR-1152**

Although some places in the code, such as the AndroidManifest file, still make reference to the musical.ly domain, actual network traffic out of the app has transitioned away from the musical.ly domain by v17.

3.    *Version 16*

A French researcher looking into com.zhiliaoapp.com v16.6.52 found the following in the code.



*Source: https://medium.com/@fs0c131y/tiktok-logs-logs-logs-e93e8162647a*

We can see that although it is designed for a US market, there are configurations that remain in the code to send data elsewhere, including China.

**Logging of internal network details**

1.  This is an extract from traffic captured from TikTok (com.ss.android.ugc.trill) v15.7.45 sending traffic to host: mon.tiktokv.com. It collected details on the VPN tunnel being used, and in another instance, the proxy being used. This did not occur in version 17. However, the internal IP and DNS settings were still captured in version 17.

**AR-1153**

```
        },
    \"ifconfig\":{
            \"interfaces\":[
                {
                        \"addr\":\"10.█.█.2\",
                        \"name\":\"tun0\"
                },
                {
                        \"addr\":\"192.168.█.1█\",
                        \"name\":\"wlan0\"
                },
                {
                        \"addr\":\"█████:█████:█:███:█████:██████:█████:████\",
                        \"name\":\"wlan0\"
                },
                {
                        \"addr\":\"█████:█████:█████:████:█████:████:█████:████\",
                        \"name\":\"wlan0\"
                }
```

AR-1154

2.    Appsflyer code in TikTok v17 checking for a VPN.

```java
} else if (Build.VERSION.SDK_INT >= 16) {
    ArrayList arrayList = new ArrayList();
    try {
        Iterator<T> it2 = Collections.list(NetworkInterface.getNetworkInterfaces()).iterator();
        while (it2.hasNext()) {
            NetworkInterface networkInterface = (NetworkInterface) it2.next();
            if (networkInterface.isUp()) {
                arrayList.add(networkInterface.getName());
            }
        }
    }
    return arrayList.contains("tun0");
```

### App Analysis Areas Worth Further Investigation

Data logged to SD card -- There is a potential for data leak. During app usage, data was found to be logged to the SD card. This data is not deleted when the app is uninstalled. It can be easily accessed by other applications with SD card permissions.

Opaque areas of the application -- The app uses Java reflection, operating system commands and shared libraries (arm64 version). While these have legitimate uses in a standard application, they are also areas where potential security and privacy concerns may exist.Time limitations prevented us from fully investigating these areas.

Keylogging - The KeyEvent parameter was observed being used at several points in the application. This is worth investigating further for potential keylogging, especially as the privacy policy says that TikTok collects 'keystrokes'.

**AR-1155**

# Appendix 3: WeChat

**Investigating how the censorship on Official Account Platforms is occurring**

After we noticed WeChat incorrectly redirecting links on the Official Accounts Platform, we used an HTTP web proxy to analyse the webpage code to try to see if we could determine how this was occurring, so as to assist with discovering more cases. Our investigations lead us to believe that the content marking and filtering process occurs on the server-end and likely occurs upon submission of an article. This way, by the time any user requests that webpage, the fact that it will be displayed to the user has already been determined.

*404 error*

It is possible that the redirection to a 404 page is a website coding error, but because this only occurred to articles with content sensitive to Beijing, this seems unlikely. In either case, as it currently stands, these articles are being censored.

*Share button*

For some articles, the Share button was ghosted out and thus the user was not able to click the button. We found code related to the webpage that ghosted the Share button and modified it to re-enable the Share button locally on the testing mobile device. However, when we clicked the Share button, WeChat presented us with an error message "Cannot share this content". Although we enable the functionality to click the Share button, there are likely other factors that we were not able to determine that are preventing the function. Below is an image of the error message.



AR-1156

## APK downloaded by WeChat during signup

During the sign-up process the WeChat app downloaded an .apk file via HTTP. Below is an image of the web request for the download that was captured by the software we used to analyse the traffic out of WeChat.



## WeChat's custom protocol mmtls

WeChat uses a custom protocol for some of its traffic. The requests are sent over plaintext but the underlying data is encrypted.

Specifications matching this format were found online here: https://gitlab.com/iamfaith/article/-/blob/master/基于TLS1.3的微信安全通信协议mmtls介绍.md

## App analysis - areas worth further investigation

Further to the items mentioned in the body of the report, we also believe these areas are worth further investigation. Opaque areas of the application -- The app uses Java reflection, operating system commands, dexloading and shared libraries (arm64 version). While these have legitimate uses in a standard application, they are also areas where potential security and privacy concerns may exist.Time limitations prevented us from fully investigating these areas. Keylogging - The KeyEvent parameter was observed being used at several points in the application. This is worth investigating further for potential keylogging, especially as there was a keylogger class identified in the app.

AR-1157

# Appendix 4: Examples of PRC-based TikTok jobs advertised by ByteDance

**Table 11: PRC-based TikTok jobs advertised by ByteDance**

| Title | Location | Category | Description |
|-------|----------|----------|-------------|
| Senior software engineer—TikTok recommendation | Beijing | R&D | 1. Build industry leading recommendation system; develop highly scalable classifiers and tools leveraging machine learning.<br><br>2. Understand product objectives and machine learning techniques; improve model and recommendation strategy.<br><br>3. Understand user behaviour and apply ML algorithms to optimise content consumption and production experience.<br><br>4. Understand content security strategy and apply ML algorithms to improve content audit process. |
| iOS business development/ architecture—TikTok | Shanghai | R&D | 1. Responsible for TikTok's iOS app technology pre-research and architecture design.<br><br>2. Abstract platform technology components.<br><br>3. Project reconstruction, code review, performance optimisation, quality control.<br><br>4. Conduct research on new technology directions, overcome technical difficulties and train new employees. |
| TikTok Ads advertising system architecture (senior) engineer | Beijing | R&D | 1. Design and optimise TikTok advertising system-related services, including but not limited to advertising CTR/CVR estimation services and advertising recall services.<br><br>2. Design and implement flexible, extensible, stable, and high-performance computing models and frameworks.<br><br>3. Troubleshoot the production system; design and implement the necessary mechanisms and tools to ensure the stability and efficiency of the overall operation of the production system. |
| TikTok Ads advertising algorithm (senior) engineer | Beijing | R&D | 1. Use various strategies to improve the monetisation efficiency and user experience of international products, and design and implement an efficient strategy for mixing articles and advertisements.<br><br>2. Improve the prediction accuracy of the CTR/CVR advertising model, data analysis, modelling and feature engineering.<br><br>3. Advertisement-targeted mining to build user portraits.<br><br>4. Optimising a GD advertising scheduling system.<br><br>5. Research and implement traffic control, an advertising pacing algorithm and an advertising bidding mechanism. |

**AR-1158**

TikTok Footnote 125 - Collecting Less Location Data

| Title | Location | Category | Description |
|---|---|---|---|
| Server leader—TikTok live stream | Beijing | R&D | 1. Responsible for TikTok live-stream-related business development.<br><br>2. Responsible for continuously improving existing services, optimising system weaknesses, and improving system performance and stability.<br><br>3. In-depth exploration and analysis of business needs, writing technical solutions and system designs.<br><br>4. Improve base component support, better support business iteration and introduce new technologies and solutions for the team based on business needs.<br><br>5. Responsible for technical team building, talent training and team management. |
| Senior server architect—TikTok | Shanghai | R&D | 1. Responsible for participating in and guiding server-side business R&D work in one or more subfields, including but not limited to TikTok's core modules such as basic business, security, user growth and service architecture.<br><br>2. Analyse and thoroughly explore the shortcomings of the existing system, locate system bottlenecks, and improve system performance and stability.<br><br>3. Think about various issues in the R&D process and promote the improvement of team work efficiency and development quality.<br><br>4. Based on actual business needs, introduce new technologies and new solutions to the team.<br><br>5. With good project management, coordination and communication skills, be responsible for the promotion of cross-team key projects. |
| Android architecture leader—Douyin/TikTok | Shenzhen | R&D | 1. Responsible for R&D and management of Douyin/TikTok's Android infrastructure.<br><br>2. Responsible for the construction and management of the Douyin/TikTok Android infrastructure team; responsible for the quality and efficiency of the team's output.<br><br>3. Responsible for architecture optimisation, performance optimisation, experience optimisation etc. of the Douyin/TikTok Android client. |
| Back-end core R&D engineer—TikTok | Shanghai | R&D | 1. Responsible for the research and development of TikTok's server, including but not limited to core modules such as basic business, security, user growth, and service architecture.<br><br>2. In-depth exploration and analysis of business requirements, writing technical solutions and system design.<br><br>3. Carry out system design and coding according to product requirements.<br><br>4. Continue to transform and optimise the system architecture. |
| Algorithm engineer—Douyin/Toutiao/TikTok Search | Beijing | R&D | 1. Participate in the R&D of the ByteDance search engine, use cutting-edge machine learning algorithms and massive data to make the most exciting technology and give users the best search experience.<br><br>2. Participate in the R&D of core products such as Toutiao / Douyin / TikTok and serve hundreds of millions of global users.<br><br>3. Participate in improving the core algorithm for search. |

**AR-1159**

TikTok Footnote 125 - Collecting Less Location Data

| Title | Location | Category | Description |
|---|---|---|---|
| Back-end development engineer—Douyin/Toutiao/TikTok Search | Beijing | R&D | 1. Participate in Toutiao/Douyin/TikTok search service optimisation.<br><br>2. Responsible for searching online system architecture construction, optimising system stability, performance, capacity, throughput, and designing flexible strategy architecture to support rapid strategy iteration and upgrades.<br><br>3. Responsible for the construction of the offline search system architecture; optimise the stability and efficiency of offline data flow, and promote the rapid and accurate application of offline data to online.<br><br>4. Abstract and general offline search system architecture and strategy architecture, used for quickly supporting major vertical search engines. |
| Algorithm engineer—TnS | Beijing | R&D | 1. Responsible for content understanding and user modelling of ByteDance overseas products (TikTok, Vigo, …).<br><br>2. Have a deep understanding of content security strategies, combined with machine learning and other technologies to optimise content security business processes and efficiency.<br><br>3. Have a deep understanding of business and machine learning technology, optimise short video understanding and modelling, and improve recommendation results and content ecology.<br><br>4. Have a deep understanding of business and machine learning technology, optimise user/creator understanding and modelling, and improve recommendation results and creative ecology. |
| Senior operations strategy manager—TikTok Latin America | Beijing | Operations | 1. Assist in the formulation of localised content strategies for short videos according to product features, user portraits and development stages.<br><br>2. Participate in content strategy and operation target design, task disassembly, monitoring, attribution and review.<br><br>3. Responsible for important content analysis projects, and coordinate the team and cross-departmental implementation and project follow-up.<br><br>4. Through analysis and research on content, users, target market, combined with data, make recommendations on business directions. |
| TikTok operations intern—Middle East | Beijing | Operations | 1. Mine users' video content consumption needs, build a content operation library, improve video quality, and enrich the community content.<br><br>2. Responsible for the maintenance and management of core users in the community, as well as the mining and introduction of intelligent off-site users.<br><br>3. Responsible for event operations, planning online events, and evaluating the results.<br><br>4. Responsible for updating and maintaining official social media content, planning social media activities, and operating core user communities. |

**AR-1160**

TikTok Footnote 125 - Collecting Less Location Data

| Title | Location | Category | Description |
|---|---|---|---|
| TikTok content operation manager—East EU | Shanghai | Operations | 1. Deep understanding of content market in Russia; familiar with most recent trending videos consumed by young audience,<br><br>2. Choose qualified videos and promote on social media platforms and be responsible for in-app content.<br><br>3. Participate in launching and operating 'hashtag', follow up the hot spots in the country and carry out innovative publicity.<br><br>4. Monitoring local content ecosystem, collaborate with data team to improve the diversity of in-app content, give feedback/guidelines to user operations to acquire right content needed in the community.<br><br>5. Possess a strong understanding of our product, our competition in the industry and position to leverage them into impactful marketing activities.<br><br>6. Research new market trends as well as user insights to leverage them into impactful marketing activities. |

Source: *ByteDance Referral*, online; *ByteDance*, online.

**AR-1161**

# Notes

[1] Lai Lin Thomala, 'Number of active WeChat messenger accounts Q2 2011-Q2 2020', *Statista*, 20 August 2020, online.

[2] Ronald Deibert, 'WeChat users outside China face surveillance while training censorship algorithms', *Washington Post*, 8 May 2020, online.

[3] Paul Mozur, 'Forget TikTok. China's powerhouse app is WeChat, and its power is sweeping', *New York Times*, 4 September 2020, online.

[4] Alex Sherman, 'TikTok reveals detailed user numbers for the first time', *CNBC*, 24 August 2020, online.

[5] Alex Hern, 'Revealed: how TikTok censors videos that do not please Beijing', *The Guardian*, 20 August 2019, online.

[6] David Bandurski, 'Tech shame in the new era', *China Media Project*, 11 April 2018, online.

[7] Sam Biddle, Tatiana Dias, Paulo Victor Ribeiro, 'Invisible censorship: TikTok told moderators to suppress posts by "ugly" people and the poor to attract new users', *The Intercept*, 16 March 2020, online.

[8] Vanessa Pappas, Kudzi Chikumbu, 'A message to our black community', *TikTok Newsroom*, 2 June 2020, online.

[9] Fanny Potkin, 'TikTok booms in Southeast Asia as it picks path through political minefields', *Reuters*, 28 August 2020, online. Alex Hern, 'Revealed: how TikTok censors videos that do not please Beijing', *The Guardian*, 20 August 2019, online.

[10] Appendix 2, 'statusCode'.

[11] 'Statement on TikTok's content moderation and data security practices', *TikTok Newsroom*, 25 October 2019, online.

[12] Leo Kelion, 'Teen's TikTok video about China's Muslim camps goes viral', *BBC News*, 26 November 2019, online.

[13] Alex Hern, 'Revealed: how TikTok censors videos that do not please Beijing', *The Guardian*, 20 August 2019, online.

[14] Markus Reuter, Chris Köver, 'TikTok's criticism and competition guidelines', *Netzpolitik*, 29 November 2019, online.

[15] Potkin, 'TikTok booms in Southeast Asia as it picks path through political minefields'.

[16] Alex Hern, 'TikTok's local moderation guidelines ban pro-LGBT content', *The Guardian*, 26 September 2019, online.

[17] Zaheena Rasheed, 'Why are Thai students protesting against King Vajiralongkorn?', *al-Jazeera*, 26 August 2020, online.

[18] Alyssa Kann, 'Popular hashtag hidden from TikTok during anti-police protests in the United States', *DFRLab*, 2 June 2020, online.

[19] Markus Reuter, Chris Köver, 'Cheerfulness and censorship', *Netzpolitik*, 23 November 2019, online.

[20] Alex Hern, 'Revealed: how TikTok censors videos that do not please Beijing', *The Guardian*, 20 August 2019, online.

[21] Jack Nicas, Mike Isaac, Ana Swanson, 'TikTok said to be under national security review', *New York Times*, 7 August 2020, online.

[22] '#MyPride: Celebrating authenticity and inclusivity', *TikTok Newsroom*, 23 June 2020, online.

AR-1162

23 Hern, 'TikTok's local moderation guidelines ban pro-LGBT content'.

24 Chris Köver, Markus Reuter, 'TikTok curbed reach for people with disabilities', *Netzpolitik*, 2 December 2019, online.

25 Cristina Criddle, 'Transgender users accuse TikTok of censorship', *BBC*, 12 February 2020, online.

26 Lily Wakefield, 'Man "devastated" after TikTok removed video of him kissing his boyfriend because it "violated community guidelines"', *Pink News*, 8 January 2020, online.

27 Ragip Soylu, '"They delete everything": Former TikTok moderator reveals China app censorship', *Middle East Eye*, 19 December 2019, online.

28 Lavanya Mahendran, Nasser Alsherif, 'Adding clarity to our community guidelines', *TikTok Newsroom*, 8 January 2020, online.

29 'Audacity in adversity: LGBT activism in the Middle East and North Africa', *Human Rights Watch*, 16 April 2018, online.

30 Markus Reuter, Chris Köver, 'Gute Laune und Zensur' [Good mood and censorship], *Netzpolitik*, 23 November 2019, online.

31 Marianna Spring, 'QAnon: TikTok blocks QAnon conspiracy theory hashtags', *BBC News*, 24 July 2020, online.

32 Spring, 'QAnon: TikTok blocks QAnon conspiracy theory hashtags'.

33 Guang Pu, '独家| 内部员工揭秘：TikTok 竟然这么审核内容' [Exclusive: Internal staff reveals how TikTok actually reviews content], *品玩* [*Ping West*], 14 June 2020, online.

34 Eric Han. 'Countering hate on TikTok', *TikTok Newsroom*, 21 August 2020, online.

35 Potkin, 'TikTok booms in Southeast Asia as it picks path through political minefields'.

36 'Is "Putin is a thief" a (potentially illegal) insult? Putin's press secretary thinks so', *Meduza*, 31 May 2019, online.

37 'Navalny defies Russia's new law against insulting authorities online', *Radio Free Europe / Radio Liberty*, 29 March 2019 online.

38 'Russian lawmakers approve anti-gay bill in 436–0 vote', *France 24*, 12 June 2013 online.

39 'Online and on all fronts', *Human Rights Watch*, 18 July 2017, online.

40 Carl Schreck, 'Twitter restores suspended Putin parody account after outcry', *Radio Free Europe / Radio Liberty*, 1 June 2016, online.

41 'Instagram submits to Russia censor's demands', *BBC News*, 15 February 2018, online.

42 Danielle Cave et al., 'ByteDance', *Mapping China's tech giants*, ASPI, Canberra, 19 April 2019, online and please see Appendix 1.

43 Sebastian Meineck, 'TikTok: Ich habe China kritisiert, dann wurden meine Videos versteckt', *VICE*, 13 December 2019, online.

44 @themomentj_1018, 'Profile', *TikTok*, online.

45 @themomentj_1018, 'Vlog: Trip to Xinjiang (3)—Thanks to all the frontier workers! Full version on YouTube, #xinjiang #jessicatalks #china', *TikTok*, online.

46 Li Li [李丽], '新疆给我的感觉太好" "达人西游"全网总传播量超80亿人次' ['Xinjiang gives me such a great feeling Influencers head west campaign exceeds 8 billion views], 新疆日报 [*Xinjiang Daily*], 12 January 2020, online.

47 Li Li 'Xinjiang gives me such a great feeling" Influencers head west campaign exceeds 8 billion views'.

AR-1163

[48] Zang Shijie (臧诗洁), 'Profile', *LinkedIn*, online.

[49] Department of Foreign Language (外国语学部). 'The Department of Foreign Language's undergraduate third Party branch held a full membership admission plenary session for probationary Party members' [外国语学部本科生第三党支部预备党员转正大会举行], Beijing Language and Culture University (北京语言大学), 26 May 2015, online.

[50] 'Guan Video: Using academic short films to tell Chinese stories' [观视频工作室：用学术短视频讲述中国故事], *Observer Network* [观察者网], 20 June 2019, online.

[51] Isobel Cockerell, 'How TikTok opened a window into China's police state', *Coda*, 25 September 2019, online.

[52] 'News and Propaganda Bureau of the Ministry of Public Security signed a strategic cooperation agreement with ByteDance—and also ceremony for new media of police department across the nation to arrive at Jinri Toutiao, Douyin' [公安部新闻宣传局与字节跳动战略合作 签约；暨全国公安新媒体矩阵入驻今日头条抖音仪式举行], *China Police Net* [中国警察网], 25 Apr 2019, online.

[53] Isobel Cockerell, 'Xinjiang's TikTok wipes away evidence of Uyghur persecution—Coda follows up', *Coda*, 24 January 2020, online.

[54] Jacob Wallis et al., *Retweeting through the Great Firewall*, ASPI, Canberra, 12 June 2020, online.

[55] Twitter Safety, 'Disclosing networks of state-linked information operations we've removed', *Twitter Blog*, 12 June 2020, online.

[56] Nathaniel Gleicher, 'Removing coordinated inauthentic behavior from China', *Facebook News*, 19 August 2019, online.

[57] Raphael Satter, 'Google pulls 2,500 China-linked YouTube channels over disinformation', *Reuters*, 6 August 2020, online.

[58] Lin Yueqin [林跃勤], 'Focus on improving the ability to respond to external public opinion attacks against China' [着力提升因应外部对华舆论攻击能力], *Chinese Social Sciences Net* [中国社会科学网], 24 April 2020, online.

[59] Sam Biddle, Tatiana Dias and Paulo Victor Ribeiro. 'Invisible Censorship: TikTok told moderators to suppress posts by "ugly" people and the poor to attract new users', The Intercept, 16 March 2020, online.

[60] Liza Lin, Aaron Tilley, Georgia Wells, 'TikTok deal talks are snarled over fate of app's algorithms', *Wall Street Journal*, 2 September 2020, online.

[61] 'How TikTok recommends videos #ForYou', *TikTok Newsroom*, 19 June 2020, online.

[62] 'Announcement of the Ministry of Commerce and Science and Technology no. 38 of 2020 on adjusting and releasing the catalogue of China's prohibited and restricted export technologies' [商务部 科技部公告2020年第38号 关于调整发布《中国禁止出口限制出口技术目录》的公告], Ministry of Commerce of the People's Republic of China (MOFCOM), 28 August 2020, online.

[63] Rebecca Heilweil, 'TikTok offered details about how its most popular feed works. Experts seem unimpressed', *Recode*, 23 June 2020, online.

[64] 'Regulations on Ecological Governance of Network Information Content' [网络信息内容生态治理规定], Cyberspace Administration of China, 15 December 2019, online.

AR-1164

65 'Detailed Rules for Auditing Standards of Network Short Video Content' [网络短视频内容审核标准细则], China Netcasting Services Association, 9 January 2019, online.

66 Biddle et al., 'Invisible censorship: TikTok told moderators to suppress posts by "ugly" people and the poor to attract new users'.

67 'Detailed Rules for Auditing Standards of Network Short Video Content'.

68 David Bandurski, 'Tech shame in the new era', *China Media Project*, 11 April 2018, online.

69 Beijing Internet Association [首都互联网协会党委], 'ByteDance Party Committee: We must give priority to stressing the correct guidance' [字节跳动党委：要把讲导向守责任放首位], *Sina Finance* [*新浪财经*], 29 April 2018, online.

70 Beijing Internet Association, 'ByteDance Party Committee: We must give priority to stressing the correct guidance'.

71 Mercy A Kuo, 'China's media market competition', *The Diplomat*, 5 December 2017, online.

72 Juro Osawa, Yunan Zhang, Amir Efrati, 'Breaking off TikTok will be hard to do', *The Information*, 29 July 2020, online.

73 Osawa et al., 'Breaking off TikTok will be hard to do'.

74 Juro Osawa, Yunan Zhang and Amir Efrati. 'Breaking Off TikTok Will Be Hard to Do' *The Information*, 29 July 2020, online

75 Juro Osawa, Yunan Zhang and Amir Efrati. 'Breaking Off TikTok Will Be Hard to Do' *The Information*, 29 July 2020, online

76 Osawa et al., 'Breaking off TikTok will be hard to do'.

77 '平台直播自律白皮书' [*Platform live broadcast self-discipline white paper*], online.

78 Echo Wang, Paresh Dave. 'Exclusive: Microsoft faces complex technical challenges in TikTok carveout', *Reuters*, 10 August 2020, online.

79 Osawa et al., 'Breaking off TikTok will be hard to do'.

80 Announcement of the Ministry of Commerce and Science and Technology no. 38 of 2020 on adjusting and releasing the catalogue of China's prohibited and restricted export technologies'.

81 David Ramli, Shelly Banjo, 'The kids use TikTok now because data-mined videos are so much fun', *Bloomberg*, 18 April 2019, online.

82 Pierre Bienaimé, 'TikTok's Blake Chandlee on working with US brands despite conflict with the White House', *Digiday Podcast*, 4 August 2020, online.

83 'TikTok "absolutely not" a US security risk, says top executive', *PBS*, 25 August 2020, online.

84 Megan Mccluskey. 'These TikTok creators say they're still being suppressed for posting Black Lives Matter content', *TIME*, 22 July 2020, online.

85 Pappas, 'A message to our black community'.

86 Jordan Schneider, 'What to do about TikTok and WeChat', *ChinaTalk*, 21 July 2020, online.

87 Nilesh Christopher, 'Censorship claims emerge as TikTok gets political in India', *BBC News*, 31 January 2020, online.

88 Saloni Gaur, 'Nazma Aapi on corona at Zee News', *Instagram*, 20 May 2020, online.

89 Saloni Gaur, 'Nazma Aapi on corona at Zee News', Twitter, 20 May 2020, online.

**AR-1165**

90 Saloni Gaur, 'Nazma Aapi on corona at Zee News', YouTube, 19 May 2020, online.

91 Eric Han, 'An update on recent content and account questions', *TikTok Newsroom*, 28 November 2019, online.

92 Hern, 'Revealed: how TikTok censors videos that do not please Beijing'.

93 Feroza Aziz, 'Update: tik tok has issued a public apology and gave me my account back. Do I believe they took it away because of a unrelated satirical video that was deleted on a previous deleted account of mine? Right after I finished posting a 3 part video about the Uyghurs? No.', *Twitter*, 28 November 2019, online.

94 Lotus Ruan et al., 'One app, two systems' *Citizen Lab*, 30 November 2016, online.

95 Emily Feng, 'China intercepts WeChat texts from US and abroad, researchers say', *NPR*, 29 August 2019, online.

96 Jeffrey Knockel et al. 'We chat, they Watch', *Citizen Lab*, 7 May 2020, online.

97 David Gilbert, 'Here's how China is silencing coronavirus critics in the US', *VICE News*, 13 February 2020, online.

98 Zoe Schiffer, 'WeChat keeps banning Chinese Americans for talking about Hong Kong', *The Verge*, 25 November 2019, online.

99 'Fighting for free speech: starting from WeChat', Citizen Power Initiatives for China, 19 February 2020, online.

100 Cyberspace Administration of China (CAC) [网信中国], 'The Cyber Space Administration of China guides relevant local network information offices to investigate and deal with illegal websites and accounts according to the law' [国家网信办指导有关地方网信办 依法查处违法违规网站平台及账号], *Weixin*, 5 February 2020, online.

101 '微信再现大规模封号' [WeChat Reproduces a Large-Scale Ban], *China Digital Times*, 5 February 2020, online.

102 '"A healthy society should not have just one voice"—China must end crackdown on online speech in response to COVID-10', *Chinese Human Rights Defenders*, 1 April 2020, online.

103 'Fighting for free speech: starting from WeChat'.

104 Greg Fay, 'Repression across borders: the CCP's illegal harassment and coercion of Uyghur Americans', *Uyghur Human Rights Project*, August 2019, online.

105 Fay, 'Repression across borders: the CCP's illegal harassment and coercion of Uyghur Americans'.

106 Joshua Lipes, 'Xinjiang authorities detain Uyghur aspiring professional footballer in "political re-education camp"', *Radio Free Asia*, 15 January 2019, online.

107 Mozur, 'Forget TikTok. China's powerhouse app is WeChat, and its power is sweeping'.

108 'China Media Bulletin 135', *Freedom House*, April 2019, online.

109 Mozur, 'Forget TikTok. China's powerhouse app is WeChat, and its power is sweeping'.

110 Yaqiu Wang, 'WeChat is a trap for China's Diaspora', *Foreign Policy*, 14 August 2020, online.

111 Isabelle Niu, 'Is WeChat a problem for democracies?', *Quartz*, 14 May 2020, online.

112 Niu, 'Is WeChat a problem for democracies?'.

113 Tom Sear, Michael Jensen, Titus C Chen, 'How digital media blur the border between Australia and China', *The Conversation*, 16 November 2018, online.

114 Alia Wong, 'The app at the heart of the movement to end affirmative action', *The Atlantic*, 20 November 2018, online.

AR-1166

TikTok Footnote 125 - Collecting Less Location Data

[115] Julie Makinen, 'Chinese social media platform plays a role in US rallies for NYPD officer', *Los Angeles Times*, 24 February 2016, online.

[116] Rosie Lewis, Joe Kelly, 'Tampa moment looms as latest poll tightens', *The Australian*, 17 February 2019, online.

[117] Steve Cannane. 'Australian politicians risk being kicked of Chinese social media', *ABC News*, 24 April 2019, online

[118] Steve Cannane, Echo Hui, 'Bill Shorten and Scott Morrison risk losing access to Chinese voters on WeChat', *ABC News*, 24 April 2019, online.

[119] Marcus Wang, Stella Fan. 'Censored on WeChat: A year of content removals on China's most powerful social media platform', *Global Voices*, 11 February 2019, online.

[120] 'Li Wenliang: Coronavirus death of Wuhan doctor sparks anger', *BBC News*, 7 February 2020, online.

[121] Ben Blanchard, 'US, China trade jibes as military tensions worsen', *Reuters*, 27 August 2020, online.

[122] This is the URL of the article: online. When visited it presents an error banner stating 'Unable to view this content because it violates regulations'.

[123] British Embassy Beijing, 'Hong Kong response is censored', *gov.uk*, 29 June 2020, online.

[124] British Embassy Beijing, 'Hong Kong response is censored'.

[125] Sutirtho Patranobis, 'India posts PM Modi's remarks on Ladakh face-off, China's WeChat app deletes it', *Hindustan Times*, 20 June 2020, online.

[126] Patranobis, 'India posts PM Modi's remarks on Ladakh face-off, China's WeChat app deletes it'.

[127] David Carroll, 'Is TikTok a Chinese Cambridge Analytica data bomb waiting to explode?', *Quartz*, 7 May 2019, online.

[128] Katie Paul, 'Tiktok accused in California lawsuit of sending user data to China', *Reuters*, 3 December 2019, online.

[129] Carroll, 'Is TikTok a Chinese Cambridge Analytica data bomb waiting to explode?'.

[130] Drew Harwell, Tony Romm. 'Inside TikTok: A culture clash where US views about censorship often were overridden by the Chinese bosses', *Washington Post*, 5 November 2019, online.

[131] Nicas et al., 'TikTok said to be under national security review'.

[132] Roland Cloutier, 'Our approach to security', *TikTok Newsroom*, 28 April 2020, online. Full quote: 'Our goal is to minimize data access across regions so that, for example, employees in the APAC region, including China, would have very minimal access to user data from the EU and US.'

[133] 'TikTok Inc and Bytedance Inc vs President of the United States, Secretary of Commerce and US Department of Commerce', case2:20-cv-07672, filed 24 August 2020, online.

[134] '中华人民共和国国家情报法' [The National Intelligence Law of the People's Republic of China], National People's Congress of the People's Republic of China, 27 June 2017, online.

[135] Georgia Wells, Yang Jie, Yoko Kubota, 'TikTok's videos are goofy. Its strategy to dominate social media is serious', *Wall Street Journal*, 29 June 2019, online.

[136] Yingzhi Yang, Echo Wang, Alexandra Alper, 'Exclusive: TikTok owner ByteDance moves to shift power out of China—sources', *Reuters*, 28 May 2020, online.

[137] Osawa et al., 'Breaking off TikTok will be hard to do'.

[138] Osawa et al., 'Breaking off TikTok will be hard to do'.

[139] Yang et al., Exclusive: TikTok owner ByteDance moves to shift power out of China—sources'.

AR-1167

[140] 'Tiktok Content Operation manager—East EU', *ByteDance Referral*, online; 'TikTok运营实习生 — 中东', (Operations Intern—Middle East), *ByteDance*, online; '高级运营策略经理—TikTok拉美地区', (Senior Operations Strategy Manager—TikTok Latin America), *ByteDance*, online.

[141] Appendix 4, 'Examples of PRC-based TikTok jobs advertised by ByteDance.

[142] Harwell & Romm, 'Inside TikTok: A culture clash where US views about censorship often were overridden by the Chinese bosses'.

[143] Osawa et al., 'Breaking off TikTok will be hard to do'.

[144] 'LinkedIn interviews ByteDance: How ByteDance builds its global employer brand', YouTube, 16 May 2019, online.

[145] Osawa et al., 'Breaking off TikTok will be hard to do'.

[146] '字节跳动海外解忧 TikTok与抖音加速切割' [ByteDance accelerates the process of cutting ties between TikTok and Douyin in order to tackle concerns overseas], *The Time Weekly*, 30 March 2020, online.

[147] '算法工程师-TnS' [Algorithm engineer—TnS], *ByteDance*, online.

[148] Appendix 4 'Examples of PRC-based TikTok jobs advertised by ByteDance.

[149] TikTok has two packages on the Google Play store - com.ss.ugc.android.trill published by TikTok Pte Ltd (Singapore) and com.zhiliaoapp.musically published by TikTok Inc (US). The likely reason for this is the transition to integrate Bytedance's original TikTok with the acquisition of Musical.ly. A user's location will determine which Google Store they are presented with and thus which TikTok package they will download. Based on the text strings within the different packages, TikTok Inc is designed for an English speaking audience and the TikTok Pte Ltd app, the rest of the world.

[150] Laurence Dodds. 'How popular apps can read your phone's clipboard without permission', The Telegraph, 30 March 2020, online.

[151] Dan Goodin, 'Tiktok and 32 other iOS apps still snoop your sensitive clipboard data', *Ars Technica*, 28 June 2020 online; Zak Doffman, 'Apple suddenly confirms hidden problem impacting all iPhone, iPad users', *Forbes*, 23 June 2020, online; Zak Doffman, 'Warning—Apple suddenly catches TikTok secretly spying on millions of iphone users', *Forbes*, 26 June 2020, online.

[152] Tommy Mysk, 'Popular iPhone and iPad apps snooping on the pasteboard', *Mysk*, 16 August 2020, online.

[153] Roland Cloutier, 'Updates on our security roadmap', *TikTok Newsroom*, 30 June 2020, online.

[154] Matthias Erbel, 'Privacy analysis of TikTok's app and website', *Rufposten*, 5 December 2019, online.

[155] Kevin McMillan, 'Tiktok tracked user data using tactic banned by Google', *Wall Street Journal*, 11 August 2020, online.

[156] 'Misty Hong vs Bytedance Inc, TikTok Inc, Beijing Bytedance Technology Co. Ltd, Musical.ly', *Courthouse News*, 27 November 2019, online.

[157] Elliot Alderson, 'TikTok: logs, logs, logs', *Medium*, 3 August 2020, online.

[158] Bytedance manages AS396986 & AS138699 'Bytedance Peering Policy', Bytedance, online.

[159] 'Privacy policy: How we share your information', *TikTok Legal*, online.

[160] Appendix 1, 'Comparison between v15 and v17'.

[161] Mara Hvistendahl, 'Blueleaks reveals what TikTok shares with US authorities', *The Intercept*, 11 August 2020, online.

[162] See Appendix 3

**AR-1168**

TikTok Footnote 125 - Collecting Less Location Data

[163] The .apk file was downloaded from Weixin, online, and doesn't appear to be a fully functional stand-alone apk.

[164] China Media Bulletin 136: The survival of dissent, WeChat monitoring, smuggled videos (May 2019), *Freedom House*, online.

[165] 'WeChat denies "storing" chat histories', *BBC News*, 2 January 2018, online.

[166] 'WeChat privacy policy', *WeChat*, online.

[167]'WeChat Help Centre: How secure are my chat messages and conversations on WeChat? Can third-parties snoop or read my messages?', *WeChat*, online.

[168] How Private Are Your Favourite Messaging Apps?". 2016. Amnesty.Org, online.

[169] 'How secure are my chat messages and conversations on WeChat? Can third-parties snoop or read my messages?', WeChat Help Center, online.

[170] See Appendi1 for Tencent and ByteDance CCP connections

[171] Lotus Ruan, 'Internet censorship: how China does it', *The Strategist*, 9 October 2017, online.

[172] This recommendation is derived from ideas expressed by Lindsay Gorman here: https://securingdemocracy.gmfus.org/qa-with-lindsay-gorman-how-does-tiktok-pose-a-national-security-risk-to-the-united-states/ and by Kara Frederick, Chris Estep and Megan Lamberth here: https://warontherocks.com/2020/08/beyond-tiktok-preparing-for-future-digital-threats/

[173] '不忘初心 重温入党志愿书' [Never forget the original intention, reflect upon the application for party membership], *People's Daily*, 15 June 2020, online.

[174] Yi-Zheng Lian, 'China, the party–corporate complex', *New York Times*, 12 February 2017, online.

[175] 'Full text of Constitution of Communist Party of China', *News of the Communist Party of China*, 29 March 2013, online.

[176] Zhang Lin, 'Chinese Communist Party needs to curtail its presence in private businesses', *South China Morning Post*, 25 November 2018, online.

[177] '字节跳动 (ByteDance) 党委：认真学习讲话精神，努力承担社会责任' [ByteDance Party Committee: Earnestly study the spirit of the speech and work hard to assume social responsibility], *VITO*, 27 December 2018, online.

[178] '字节跳动党委举办专题党课学习贯彻全国宣传思想工作会议精神' [The ByteDance Party Committee held a special party class to study and implement the spirit of the national propaganda and ideology work conference], China Federation of Internet Societies, 31 August 2018, online.

[179] '省领导到福建字节跳动公司调研' [Provincial leaders visited Fujian ByteDance Company for investigation], *Southeast Net*, 11 March 2020, online.

[180] '日照市首届政务头条大会暨政务号集体入驻仪式举行' [Rizhao City held its first Toutiao conference for government services and a ceremony for the launch of Toutiao accounts for government services], *Shouji Rizhao Wang*, online.

[181] Wells et al., 'TikTok's videos are goofy. Its strategy to dominate social media is serious'.

[182] '积极构建互联网党建工作新格局' [Actively build a new pattern of internet party building work], Cyberspace Administration of China, 16 April 2020, online.

**AR-1169**

TikTok Footnote 125 - Collecting Less Location Data

[183] '腾讯、ofo、知乎……互联网企业掀"党建潮"背后意义何在？' [Tencent, ofo, Zhihu … what is the meaning behind the 'party building wave' launched by internet companies?], *Xinhua*, 30 March 2018, online.

[184] 'Tencent, ofo, Zhihu… what is the meaning behind the "party building wave" launched by internet companies?'.

[185] Charles Clover, 'China to tighten grip over country's internet users', *Financial Times*, 5 August 2015, online.

[186] Liza Lin, Josh Chin. 'China's tech giants have a second job: helping Beijing spy on its people', *Wall Street Journal*, 30 November 2017, online.

[187] Lin & Chin, 'China's tech giants have a second job: helping Beijing spy on its people'.

[188] Lin & Chin, 'China's tech giants have a second job: helping Beijing spy on its people'.

[189] '腾讯政务全新战略升级 发布新一代WeCity技术平台' [New strategic update of Tencent's government affairs work. A next-generation WeCity technology platform], *ZhongGuoXinWenWang*, 15 July 2020, online.

[190] Sijia Jiang, 'China communist party mouthpiece slams Tencent game; shares slide', *Reuters*, 4 July 2017, online.

[191] Louise Lucas, Wang Xueqiao. 'Patriotic Tencent city-building game tops China download charts', *Financial Times*, 30 September 2019, online.

[192] Josh Ye, 'Chinese propaganda game Homeland Dream is disturbingly addictive', *South China Morning Post*, 2 October 2019, online.

[193] We used Mobile Security Framework (MobSF) v3.0.9 Beta (online) to extract permissions for Byte, Dubsmash, Triller, Snapchat, TikTok and Pegasus.

[194] MobSF was not able to extract the permissions from Instagram, therefore we used drozer, a security testing framework for Android developed by FSecureLABS. online.

AR-1170

# Acronyms and abbreviations

| | |
|---|---|
| AI | artificial intelligence |
| C2S | client-to-server |
| CCP | Chinese Communist Party |
| CEO | chief executive officer |
| DFRLab | Digital Forensic Research Lab |
| DNS | domain name system |
| E2E | end-to-end |
| EU | European Union |
| GPS | Global Positioning System |
| ICPC | International Cyber Policy Centre |
| IMEI | international mobile equipment identity |
| IMSI | international mobile subscriber identity |
| IP | internet protocol |
| PRC | People's Republic of China |
| R&D | research and development |
| SDK | software development kit |
| TnS | trust and safety |
| VPN | virtual private network |

**AR-1171**

LOGIN    ABOUT ⌄    REFERENCES ⌄    PARTICIPATE ⌄

RECENT POSTS    GLOSSARY





ADMIN ⌄    CIVIL    CRIMINAL LAW ⌄    DISABILITY    ENVIRONMENT    IP

LABOR    LEGAL NEWS    INTERNET    POLICY

PARTY    NPC    STATE COUNCIL    SPC    SPP ⌄    MOJ    DRAFTS    CLT ORIGINALS

SOCIAL CREDIT ⌄    INDEX OF ALL POSTS

NEW  ❯    [ 2020/06/26 ]  Provisions on Newspaper and Periodical

# national intelligence law

⊙ Site Search



## National Intelligence Law of the P.R.C. (2017)

⭐⭐⭐⭐⭐ 4 (1)

⊙ 2017/06/27    👤 China Law Translate    💬 3

📊 7877 total views , 1 views today

National Intelligence Law of the P.R.C. (2017)

    

Making the List

未成年人法律援助服务指引(试行)

Opinions on Establishing a System for Making Inquiries into Information on Sexual Offenses by Entering Teachers and Staff

Opinions on Strengthening United

**Translate**

TikTok Footnote 141 - PRC Law

Front Work for the
Private Sector in the
New Era

Sorting the security
laws.

# How did we do?



A little feedback goes a long
way

USER AGREEMENT          ABOUT US          GETTING STARTED

Copyright © 2020 | MH Magazine WordPress Theme by MH Themes

❯ **Where's the translation?**

❯ **Site Search**

❯ **Glossary**

**Translate**

**AR-1500**

FOR OFFICIAL USE ONLY

**APPENDIX A: Office of the Director of National Intelligence Classified Threat and Counterintelligence Assessments**

INTENTIONALLY LEFT BLANK

AR-1596

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**APPENDIX B: Department of Homeland Security TikTok and WeChat Risk Assessment**



Cybersecurity and Infrastructure Security Agency

### CRITICAL INFRASTRUCTURE SECURITY AND RESILIENCE NOTE

(U) September 2, 2020; 1000 EDT.

# (U)  TIKTOK AND WECHAT RISK ASSESSMENT

# (U)  KEY FINDINGS

- (U//FOUO)  The Department of Homeland Security (DHS), Cybersecurity and Infrastructure Security Agency (CISA) assesses that TikTok and WeChat collect large amounts of information on users, have censored information deemed politically sensitive by the Chinese government, and would likely provide user and application data to the Chinese government upon request.

- (U//FOUO)  The privacy and security concerns associated with the TikTok and WeChat applications (apps) could allow the Chinese government to gain persistent access to mobile devices, connected systems and networks, steal and exploit sensitive data, compromise device and or system integrity, and spread misinformation. These privacy and security concerns, the widespread use of these apps, the companies' ties to the Chinese government, and the legal structure of the Chinese government compelling Chinese entities to act as vestiges of the government create a level of risk resulting in national security concerns for the United States.

- (U//FOUO)  To reduce the national security risks associated with these applications, the federal government can leverage the authorities noted in Executive Orders 13942 and 13943, including the prohibition of transactions with TikTok's and WeChat's parent organizations. CISA recommends the TikTok and WeChat applications not be permitted on the devices of State, Local, Tribal, and Territorial (SLTT) partners and critical infrastructure operators as they may provide malicious actors with access to mobile devices and sensitive data.

(U)  SCOPE NOTE: CISA produced this risk assessment in response to a request for assistance from the Department of Commerce in implementing the August 6, 2020 Executive Orders concerning TikTok and WeChat. CISA's assessment leveraged fact patterns from publicly available indicators of threat, vulnerability, and consequence to make a risk determination of potential national security consequences stemming from the current usage of the TikTok and WeChat applications. A national security risk determination is a judgement around potential national security concerns. It is not meant to be definitive or predictive of future malicious activity that may or may not occur or future national security impact that may or may not be observed. However, it should be viewed as one, of multiple, pieces of relevant decision support to help inform risk management decisions being considered by policy makers.

# (U)  OVERVIEW

(U)  TikTok is a social networking application allowing users to create and share short videos on their phones and post the content. TikTok is owned by ByteDance, a Beijing-based company founded in 2012 by Zhang Yiming.[1] As of August 2020, TikTok has approximately 100 million active monthly users in the U.S., an increase of roughly 800% since January 2018.[2]

- (U)  ByteDance decided to partner with Oracle due to ongoing security concerns related to the application and Executive Order 13942, "Addressing the Threat Posed by TikTok." The ownership structure of TikTok under this deal is not clear as of the writing of this assessment, with Oracle

(U)  DHS notes that the version it sent to the Secretary on 9/17 included a "DRAFT" watermark; that was in error, and the watermark should have been removed.  It has been removed in this version, and the assessment is unchanged in all other respects.

(U) **WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information. This information shall not be distributed beyond the original addressees without prior authorization of the originator.

AR-1597

1

## APPENDIX B: Department of Homeland Security TikTok and WeChat Risk Assessment

- describing itself as ByteDance's "trusted technology partner,"[34] Any sale will likely have to go through a licensing procedure with the Chinese government, which recently updated its export restrictions list to include technologies for "recommendation of personalized information services based on data analysis."[5] If such a sale is approved by all governmental authorities in the U.S. and China, and becomes final, this risk assessment will be revisited to determine if this action substantially impacts the risks identified in this document.

(U)  WeChat is a multi-purpose application for messaging, social media, and payments. It is the most popular app in China, with over 1 billion users worldwide and approximately 19 million users in the United States.[67] WeChat is owned by Tencent, which is based out of Shenzhen and is one of the largest technology companies in China.

(U//FOUO)  TikTok and WeChat offer different services and require varying levels of information and accesses in order to be installed on mobile devices. As Chinese companies, they both may be compelled under the 2017 China Internet Security Law to provide that information to the Chinese government, such as source code and encryption keys.[89] [10]

### (U)  Chinese Government Strategic Intent

(U)  The Office of the Director of National Intelligence (ODNI) stated in the 2019 worldwide threat assessment that China is "a persistent cyber espionage threat" that is the most active state involved in cyber espionage against the U.S. and "a growing attack threat to our core military and critical infrastructure systems." ODNI expressed concern that China would use Chinese technology firms "as routine and systemic espionage platforms against the United States and allies."[11] China has shown both intent and capability to hold U.S. companies at risk by stealing intellectual property, pursuing technically sophisticated campaigns (e.g. Cloudhopper and Equifax), and leveraging Chinese companies' market presence and technological reach to negatively impact the competitive market.

## (U)  ACTIVITY DEMONSTRATING CAPABILITY

(U//FOUO)  We assess that TikTok and WeChat collect large amounts of information on users, have censored information deemed politically sensitive by the Chinese government, and could be compelled to provide user and application data to the Chinese government.

(U)  TikTok reportedly censored content deemed politically sensitive by the Chinese government.[12] TikTok also collects large amounts of information on its users, including but not limited to location, device type, contacts and social network connections, and browsing and search histories.[13][14]

### (U)  TikTok Tracked User Data Using Tactic Banned by Google

(U)  There have been credible public reports that, over a period of at least 15 months ending in November 2019, TikTok bypassed restrictions in the Android operating system to track user MAC addresses, which are unique identifiers found in all Internet-ready devices. This enabled TikTok to track application users over the long-term even if other identifiers, such as advertising ID and the user account, had been changed.[15]

(U)  Tencent, the owner of WeChat, is one of the largest technology companies in China with a history of providing information to, and actively cooperating with, the Chinese government.[16][17][18] The application reportedly censors content that the Chinese Communist Party deems politically sensitive and provides captured personal information of users to the Chinese government when requested.

<u>**APPENDIX B: Department of Homeland Security TikTok and WeChat Risk Assessment**</u>

▪ (U)  As stated in Executive Order 13943, "in March 2019, a researcher reportedly discovered a Chinese database containing billions of WeChat messages sent from users in not only China but also the United States, Taiwan, South Korea, and Australia."[19]

## (U)  POTENTIAL CONSEQUENCES OF TIKTOK AND WECHAT USE

(U//FOUO)  The privacy and security concerns associated with the TikTok and WeChat applications could allow the Chinese government to gain persistent access to mobile devices and connected systems and networks, steal and exploit sensitive data, and spread misinformation. These privacy and security concerns, the widespread use of these apps, the companies' ties to the Chinese government, and the legal structure of the Chinese government compelling Chinese entities to act as vestiges of the government create a level of risk resulting in national security concerns for the United States.

### (U)  Persistent System Access

(U)  The inadvertent or malicious insertion of vulnerabilities within applications that the developer marks as legitimate through digital signatures are nearly impossible to detect. This can provide malicious actors with persistent access to the device on which the app is installed and the capability to intercept data that routes through this device. Poorly or maliciously developed applications make proper network management nearly impossible and can lead to the compromise of other connected network devices.

(U//FOUO)  Malicious code, if inserted through TikTok or WeChat, could allow the Chinese government or other malicious actors to compromise the device on which the application is installed, affecting the confidentiality, integrity, and availability of any data traversing the device. The compromised device could also act as a jumping-off point into connected devices and networks, creating the potential for larger impacts to organizations with devices that have these applications installed.

---

#### (U)  System Access Example

(U//FOUO) A cyber actor could use a mobile Man-In-The-Middle (MiTM) attack to intercept data between an application and a network device to steal sensitive data like usernames and passwords. Once a cyber actor has access to network credentials, they can leverage them as a jumping-off point to gain additional access within the network. Due in part to the growth of man-in-the-middle attacks across North America and Asia, network attacks increased 4% in 2019 and mobile apps are used in nearly 80% of attacks targeting mobile devices.[20]

---

### (U)  Data Theft and Exploitation

(U//FOUO)  Mobile devices and technologies deliver numerous services to the public and store personal and sensitive data which makes mobile apps an attractive target for cyber actors. This can include, as in the case of TikTok and WeChat, precise location information, contact details, and photos and messages. The increasing use of mobile apps to support functions and services is leading to apps replacing operating systems as the most prominent avenue of cyberattack.[21]

(U//FOUO)  The use of TikTok and WeChat applications could expose sensitive data to theft. Data exfiltrated from mobile devices containing these applications could be used for a variety of purposes by the Chinese government. For example, personal data could be used for future exploitation, such as the future development of spear-phishing emails. Usernames and passwords, if not properly protected, could provide malicious actors further access to additional systems and networks, putting sensitive data on those systems and networks at risk. Use of TikTok and WeChat on mobile devices used by government or critical infrastructure personnel could allow the Chinese government to access information on these devices, including potentially sensitive information about assets and operations.

## APPENDIX B: Department of Homeland Security TikTok and WeChat Risk Assessment

### (U)  Geolocation Tracking

(U//FOUO) The use by a malicious actor of location data within TikTok and WeChat can reveal details about the number of users in a location, their movements and daily routines, and otherwise unknown associations between users and locations. TikTok and WeChat request permission for location and other resources that are not needed for their function and may collect, aggregate, and transmit information to the Chinese government that exposes a user's location.[22] Even if GPS and cellular data are unavailable or not permitted

by the user, a mobile device calculates location using Wi-Fi or Bluetooth. Apps may also use other sensor data (that does not require user permission) and web browser information to obtain or infer location information.

## (U)  Misinformation and Censorship

(U//FOUO)  WeChat and TikTok may be used for disinformation campaigns that benefit the Chinese government. While China likely uses other social media content to collect information, WeChat and TikTok are beholden to Chinese intelligence and national security laws which puts pressure on the companies to comply with surveillance requests and curate or censor content. In 2020, TikTok videos spread debunked conspiracy theories about the origins of the 2019 Novel Coronavirus.[23] Misinformation on coronavirus in the U.S. has also been spread on WeChat, and WeChat already surveils foreign users of the application in order to improve its ability to censor content.[24][25] The Chinese government could use WeChat and TikTok to censor unfavorable content and promote pro-Chinese government content in an attempt to sway public opinion and sow discord. Exploitation of WeChat and TikTok for censorship or propaganda for U.S. based users deprives U.S. citizens of their civil rights and directly threatens U.S. national security.

## (U)  RISK MITIGATION

(U//FOUO)  To reduce the national security risks associated with these applications, the federal government can leverage the authorities noted in Executive Orders 13942 and 13943, including the prohibition of transactions with TikTok's and WeChat's parent organizations. CISA recommends the TikTok and WeChat applications not be permitted on the devices of State, Local, Tribal, and Territorial (SLTT) partners and critical infrastructure operators as they may provide malicious actors with access to mobile devices and sensitive data.

(U)  Further steps are available to limit location data exposure, including disabling location services settings on the device, disabling radio signals such as Bluetooth and Wi-Fi when they are not actively in use, giving apps as few permissions as possible, and disabling advertising permissions to the greatest extent possible.[26]

(U)  The National Risk Management Center (NRMC), Cybersecurity and Infrastructure Security Agency (CISA), is the planning, analysis, and collaboration center working in close coordination with the critical infrastructure community to Identify; Analyze; Prioritize; and Manage the most strategic risks to National Critical Functions. These are the functions of government and the private sector so vital to the United States that their disruption, corruption, or dysfunction would have a debilitating impact on security, national economic security, national public health or safety, or any combination thereof. NRMC products are visible to authorized users at HSIN-CI and Intelink. For more information, contact NRMC@hq.dhs.gov or visit https://www.cisa.gov/national-risk-management.

(U)  Prepared By: (Style: Date)

(U)  PDM20142

---

[1] (U)  https://www.bloomberg.com/profile/company/1439927D:CH
[2] (U)  https://www.cnbc.com/2020/08/31/tiktok-sale-bytedance-says-it-will-abide-by-amended-china-export-rules.html
[3] (U)  https://www.nytimes.com/2020/09/13/technology/tiktok-microsoft-oracle-bytedance.html
[4] (U)  https://www.cnn.com/2020/09/13/tech/microsoft-tiktok-bytedance/index.html
[5] (U)  https://www.cnbc.com/2020/08/31/tiktok-sale-bytedance-says-it-will-abide-by-amended-china-export-rules.html
[6] (U)  https://www.whitehouse.gov/presidential-actions/executive-order-addressing-threat-posed-wechat/

<u>**APPENDIX B: Department of Homeland Security TikTok and WeChat Risk Assessment**</u>

[7] (U) https://www.bloombergquint.com/technology/wechat-users-in-the-u-s-fear-losing-family-links-with-ban

[8] (U) https://www.uscc.gov/sites/default/files/Research/How%20Chinese%20Companies%20Facilitate%20Tech%20Transfer%20from%20the%20US.pdf

[9] (U) https://thediplomat.com/2017/06/chinas-cybersecurity-law-what-you-need-to-know/

[10] (U) https://thediplomat.com/2017/06/chinas-cybersecurity-law-what-you-need-to-know/

[11] (U) https://www.dni.gov/files/ODNI/documents/2019-ATA-SFR---SSCI.pdf

[12] (U) https://www.federalregister.gov/documents/2020/08/11/2020-17699/addressing-the-threat-posed-by-tiktok-and-taking-additional-steps-to-address-the-national-emergency

[13] (U) https://www.federalregister.gov/documents/2020/08/11/2020-17699/addressing-the-threat-posed-by-tiktok-and-taking-additional-steps-to-address-the-national-emergency

[14] (U) https://www.washingtonpost.com/technology/2020/07/13/tiktok-privacy/

[15] (U) https://www.wsj.com/articles/tiktok-tracked-user-data-using-tactic-banned-by-google-11597176738?redirect=amp#click=https://t.co/UDXi4EI4Wv

[16] (U) https://www.state.gov/huawei-and-its-siblings-the-chinese-tech-giants-national-security-and-foreign-policy-implications/

[17] (U) https://www.wsj.com/articles/chinas-tech-giants-have-a-second-job-helping-the-government-see-everything-1512056284

[18] (U) https://www.cnbc.com/2020/05/08/tencent-wechat-surveillance-help-censorship-in-china.html

[19] (U) https://www.federalregister.gov/documents/2020/08/11/2020-17700/addressing-the-threat-posed-by-wechat-and-taking-additional-steps-to-address-the-national-emergency

[20] (U) https://www.darkreading.com/mobile/apps-remain-favorite-mobile-attack-vector/d/d-id/1337043

[21] (U) https://www.dhs.gov/science-and-technology/cybersecurity-mobile-app-security

[22] (U) https://media.defense.gov/2020/Aug/04/2002469874/-1/-1/0/CSI_LIMITING_LOCATION_DATA_EXPOSURE_FINAL.PDF

[23] (U) https://www.whitehouse.gov/presidential-actions/executive-order-addressing-threat-posed-tiktok/

[24] (U) https://www.nbcnews.com/news/asian-america/how-chinese-language-media-u-s-are-debunking-wechat-coronavirus-n1156621

[25] (U) https://www.wsj.com/articles/chinas-wechat-monitors-foreign-users-to-refine-censorship-at-home-11588852802

[26] (U) https://media.defense.gov/2020/Aug/04/2002469874/-1/-1/0/CSI_LIMITING_LOCATION_DATA_EXPOSURE_FINAL.PDF

FOR OFFICIAL USE ONLY

## APPENDIX E: Description of PRC National Security Laws

**The People's Republic of China (PRC) National Security Law:**
**Passed in 2015,** the law vows to "protect people's fundamental interests" **i**ncluding "sovereignty, unification, territorial integrity ... (and) sustainable development." It declares cyberspace to be part of China's national security interest.

- The text requires key internet and information systems to be "secure and controllable." The new law provided a legal foundation for "the management of internet activities on China's territory and the resisting of activities that undermine China's cyberspace security."[105]
- Article 11 of China's National Security Law states, "All citizens of the People's Republic of China....shall have the responsibility and obligation to maintain national security."[i106]
- According to press reporting, "[i]t includes elements that define criticism of the government as a form of subversion. It is very vague in defining what kind of specific actions would constitute a citizen endangering state security." [107]

**PRC Cybersecurity Law:**
**Passed in 2017,** the law requires network operators to store select data within China and allows Chinese authorities to conduct spot-checks on a company's network operations. The Cybersecurity Law is applicable to network operators and businesses in critical sectors. Network operators are defined as network owners, managers, and providers; a network is defined as any system comprised of computers and related equipment that gathers, stores, transmits, exchanges, or processes information. These definitions mean the law is applicable to almost all businesses in China that manage their own email or other data networks. "Critical sectors" encompasses businesses involved in communications, information services, energy, transport, water, financial services, public services, and electronic government services.[108]

- Article 28 of China's Cybersecurity Law states, "Network operators shall provide technical support and assistance to public security organs and national security organs that are safeguarding national security and investigating criminal activities in accordance with the law." [109]
- Article 9 of the law states that "network operators … must obey social norms and commercial ethics, be honest and credible, perform obligations to protect network security, accept supervision from the government and public, and bear social responsibility."
- Article 37 requires network operators in critical sectors to store within mainland China data that is gathered or produced by the network operator in the country.

---

[105] https://www.theguardian.com/world/2015/jul/01/china-national-security-law-internet-regulation-cyberspace-xi-jinping
[106] https://www.dni.gov/files/NCSC/documents/news/20190606-NCSC-Remarks-ILTA-Summit_2019.pdf
[107] https://www.theguardian.com/world/2015/jul/01/china-national-security-law-internet-regulation-cyberspace-xi-jinping
[108] https://thediplomat.com/2017/06/chinas-cybersecurity-law-what-you-need-to-know/
[109] https://www.dni.gov/files/NCSC/documents/news/20190606-NCSC-Remarks-ILTA-Summit_2019.pdf

AR-1775

**FOR OFFICIAL USE ONLY**

- According to press reporting, an international law firm with a Chinese presence stated that bringing data under PRC jurisdiction will make it easier to prosecute entities seen as violating China's internet laws.[110]

**PRC National Intelligence Law:**

Pass on June 27, 2017, the law places ill-defined and open-ended new security obligations and risks not only on U.S. and other foreign citizens doing business or studying in China, but in particular on their Chinese partners and co-workers.[111] The Intelligence Law obliges individuals, organizations, and institutions to assist Public Security and State Security officials in carrying out a wide array of "intelligence" work.

- Article 7 states, "[a]ny organization or citizen shall support, assist, and cooperate with state intelligence work in accordance with the law, and maintain the secrecy of all knowledge of state intelligence work." [112]
- Article 14, in turn, grants intelligence agencies authority to insist on this support: "state intelligence work organs, when legally carrying forth intelligence work, may demand that concerned organs, organizations, or citizens provide needed support, assistance, and cooperation."[113]
- In other articles, moreover, the law's drafters chose language that does not limit these demands on individuals to Chinese citizens, such as Article 16, which authorizes security officials to make inquiries of any individuals as part of their intelligence-gathering, and to examine their reference materials and files.
- Article 17 allows officials to commandeer the communications equipment, transportation, buildings, and other facilities of individuals as well as organizations and government organs.
- While the law requires that intelligence officials carry out such inquiries according to relevant state regulations, nowhere does the law explicitly authorize individuals or other actors whom they question—citizen or foreign—to refuse to answer questions or decline such access, information, or support.
- A few U.S. information technology firms operating in China have expressed concerns about the wide-ranging obligations the new law might place on them to provide technical support to security officials for intelligence-gathering or other activities.[114]

---

[110] https://thediplomat.com/2017/06/chinas-cybersecurity-law-what-you-need-to-know/
[111] https://www.lawfareblog.com/beijings-new-national-intelligence-law-defense-offense
[112] https://www.dni.gov/files/NCSC/documents/news/20190606-NCSC-Remarks-ILTA-Summit_2019.pdf
[113] https://thediplomat.com/2019/02/the-real-danger-of-chinas-national-intelligence-law/
[114] https://www.lawfareblog.com/beijings-new-national-intelligence-law-defense-offense

AR-1776

# China passes new national security law extending control over internet

Officials say increasingly severe national security situation necessitates the law, which has wide-ranging powers but few exact details



▲ The law was passed by 154 votes to none by the National People's Congress in Beijing. Photograph: Rao Aimin/Xinhua Press/Corbis

China has passed a wide-ranging national security law expanding its legal reach over the internet and even outer space as concerns grow about ever-tighter limits on rights.

Since Xi Jinping came to power, the ruling Communist party has overseen a crackdown on activists, while unrest related to the mainly Muslim region of Xinjiang has worsened and spread.

Zheng Shuna, a senior official at the National People's Congress (NPC), said: "China's national security situation has become increasingly severe."

**AR-1777**

She said China was under pressure to maintain its national sovereignty and handle "political security and social security, while dealing with internal society".

It would "not leave any room for disputes, compromises or interference" when protecting its core interests, Zheng added.

The NPC standing committee passed the law by 154 votes to none with one abstention, officials at the Great Hall of the People in Beijing said.

The legislation is extensive and couched in general terms, with few exact details such as the sentences for violators.

The practice, which leaves the authorities ample room for interpretation, is common in China, with the government issuing detailed regulations later.

The law vows to "protect people's fundamental interests", the state news agency Xinhua said, including "sovereignty, unification, territorial integrity ... (and) sustainable development".

It declares both cyberspace and outer space to be part of China's national security interest, along with the ocean depths and polar regions, where Beijing has been extending its exploratory activities.

The text requires key internet and information systems to be "secure and controllable", Xinhua said, potentially raising concerns for foreign technology companies.

Zheng said the internet, which is subject to strict censorship in China, was "a significant infrastructure facility of the country" and Beijing's sovereignty over it should be "respected and maintained".

She said the new law provided a legal foundation for "the management of internet activities on China's territory and the resisting of activities that undermine China's cyberspace security".

Xi has made security concerns a key issue and chaired the first meeting of the country's national security commission last April.

Beijing has repeatedly clashed with Washington over cyberspying and is embroiled in longstanding territorial rows in the East China Sea with Japan, and in the South China Sea with several other countries.

**AR-1778**

Maya Wang, a China researcher for the US-based group Human Rights Watch, said all governments were justified in having their own national security laws and apparatus, but the content of China's law had caused concern.

She said: "It includes elements that define criticism of the government as a form of subversion."

"It is very vague in defining what kind of specific actions would constitute a citizen endangering state security."

Wang said the measure was part of a series of state security legislation – including a new anti-terrorism law – that as a whole "reduces the capacity of civil society to criticise the government and hold the government accountable".

Campaigners said the draft anti-terror law contains measures for a "non-stop, strike hard campaign" in Xinjiang, the homeland of the Uighur minority group, signalling that a crackdown initially intended to last a year could continue indefinitely.

China has already rolled out tough measures to confront what it labels terrorism in the western region, sentencing to death scores of people while hundreds have been jailed or detained.

The new national security legislation does not apply to Hong Kong under the "one country, two systems" principle that gives the former British colony extensive autonomy.

But it mentions the territory, along with Macau. Alan Leong, a pro-democracy lawmaker in Hong Kong, told the broadcaster RTHK it "can be considered as giving pressure to Hong Kong" to enact its own security law.

A security bill put forward by the territory's government in 2003 sparked a large protest, with 500,000 people taking to the streets, before the authorities scrapped the measure.

# America faces an epic choice …

… in the coming months, and the results will define the country for a generation. These are perilous times. Over the last four years, much of what the Guardian holds dear has been threatened – democracy, civility, truth.

**AR-1779**

China passes new national security law extending control over internet | World news | Th…    Page 4 of 5
Case 1:20-cv-02658-CJN    Document 48-3    Filed 11/01/20    Page 126 of 161
Appendix E Footnote 105, 107 - China passes new national security law extending control over internet

The country is at a crossroads. The Supreme Court hangs in the balance – and with it, the future of abortion and voting rights, healthcare, climate policy and much more. Science is in a battle with conjecture and instinct to determine policy in the middle of a pandemic. At the same time, the US is reckoning with centuries of racial injustice – as the White House stokes division along racial lines. At a time like this, an independent news organization that fights for truth and holds power to account is not just optional. It is essential.

Like many news organizations, the Guardian has been significantly impacted by the pandemic. We rely to an ever greater extent on our readers, both for the moral force to continue doing journalism at a time like this and for the financial strength to facilitate that reporting.

We believe every one of us deserves equal access to fact-based news and analysis. We've decided to keep Guardian journalism free for all readers, regardless of where they live or what they can afford to pay. This is made possible thanks to the support we receive from readers across America in all 50 states.

As our business model comes under even greater pressure, we'd love your help so that we can carry on our essential work. **If you can, support the Guardian from as little as $1 – and it only takes a minute. Thank you.**

**AR-1780**

[Support The Guardian](#)



   

**AR-1781**

**June 4, 2019**
**KEYNOTE REMARKS AS PREPARED FOR DELIVERY**
**NCSC Director William Evanina**
**International Legal Technology Association (ILTA)**
**LegalSEC Summit 2019**
**(Note: These prepared remarks may differ from the remarks delivered)**

Thanks for inviting me to speak today. Great opportunity.

I understand you had an exercise yesterday focused on cyber incident response.  I want to start today by emphasizing the importance of this activity.

All firms should have a strategy and policy in place for incident response.  Every employee should be educated on the plan. The plan should be exercised at least twice year and tested in a tabletop exercise.  The strategy and policy should also include personnel from across the enterprise – not just your CISSO, CSO, and CIO, but your general counsel, acquisition, procurement, and human resources leaders.

As this audience already knows, law firms both large and small are increasingly being targeted by cyber actors, including nation-state intelligence services.  You are among the most prized and lucrative targets for cyberattacks.

Why? You're a one-stop shop for hackers, whether they're criminals, hacktivists or foreign spies.  You keep intellectual property, sensitive mergers and acquisition details, and confidential personal data on many clients.  Targeting you is an efficient way to access data on many organizations, instead of targeting each directly.

The bottom line is you have been or soon will be targets of cyberattacks because you have information valuable to foreign governments, hacktivists, criminals, and others.

A key foundation of the legal profession is the duty to protect client information. Data breaches are a major liability threat, professional responsibility threat, and reputational threat facing you.

So how do cyber threats to law firms intersect with my world -- the counterintelligence world -- which focuses mostly on threats from nation states?

Every day, we see advanced cyber operations from China, Russia, Iran, and North Korea targeting the U.S.  Many of these efforts are focused on economic espionage.

More than ever before, adversaries are stealing America's information, innovation, technology, and research and development. The private sector has become the new geopolitical battlespace. It's an asymmetric warfare where nation states are targeting companies in nearly every U.S. sector, costing our nation jobs and an estimated $300 to $500 billion per year.

These companies are your clients.  Their data is in your hands.  Hackers are targeting your firms to get at that data.  And you have a fiduciary duty to those clients.

**China Threat**

No country poses a greater counterintelligence threat than China. As the FBI Director recently noted, China has pioneered a societal approach to stealing innovation any way it can.

President Xi Jinping seeks to position China as the world's geopolitical, military, and economic superpower.  To get there, China is pillaging nearly every sector in the U.S, including Artificial Intelligence (AI), robotics, Information Technology (IT), energy, and aerospace.

The FBI has noted it has economic espionage investigations that lead back to China in nearly all of its 56 field offices.  Roughly 90 percent of the Justice Department's economic espionage cases from 2011-2018 involved China.

To get at our innovation, China is using an array of lawful and unlawful techniques including foreign investment, corporate acquisitions, as well as cyber intrusions and supply chain threats.

An example: today is the 30th anniversary of the Tiananmen Square massacre, a topic taboo in China.  Chinese internet firms are now using the latest AI and machine learning tools to block content on the massacre from appearing online in China.  China pumped an estimated $1.3 billion in venture capital into America's AI companies from 2010 to 2017.  I suspect some of that AI knowledge is now being used to help erase Tiananmen Square from the web in China.

The actors involved in such efforts include Chinese intelligence, state-owned enterprises, ostensibly private companies, graduate students and researchers, and others working for China.

You should also be aware of the laws in China that compel every Chinese citizen and company to assist in national security or intelligence work.  This should concern you if represent clients that work in or with China.

Article 7 of China's National Intelligence Law states, "Any organization or citizen shall support, assist, and cooperate with state intelligence work in accordance with the law, and maintain the secrecy of all knowledge of state intelligence work."

Article 28 of China's Cybersecurity Law states, "Network operators shall provide technical support and assistance to public security organs and national security organs that are safeguarding national security and investigating criminal activities in accordance with the law."

Article 11 of China's National Security Law states, "All citizens of the People's Republic of China …. shall have the responsibility and obligation to maintain national security."

What does this mean for you?  If you're doing business in China or representing clients there, you will likely be a target.  If you handle Committee on Foreign Investment in the U.S. (CFIUS) work related to China, you will be likely a target.  If you handle clients in key tech sectors or handle mergers and acquisitions involving China, you will likely be a target.

In December, APT-10 hackers tied to China's spy service were indicted for hacking into managed service providers (MSP) to get access to the clients of these MSPs around the world. One of APT-10's victims, according to a recent private cybersecurity report, was a law firm that works in high-tech IP and helps Chinese companies enter the U.S. market.

In 2016, three Chinese hackers were indicted in New York for targeting several law firms to steal inside information about pending mergers and acquisition deals and trade on it. The unlawful gains exceeded $4 million.

We've seen this activity dating back to 2012, when a D.C. law firm was targeted by Chinese hackers as it represented a client in a trade dispute with China.

China isn't the only nation-state actor to worry about. Russia is an extremely a potent cyber operator and Iran is also posing a growing cyber threat.

In the 2017 *NotPetya* attack, Russian military hackers implanted destructive malware in a program in Ukraine that spread and destroyed computer networks around the globe. One collateral victim was a major law firm that was paralyzed for weeks. The firm's IT team put in 15,000 hours of overtime to recover and had to wipe its system clean. The firm was denied a multimillion-dollar insurance claim related to the attack.

Last year, nine Iranians were indicted for a massive cyber theft campaign on behalf of the Iranian government that targeted research and intellectual property at 320 universities in 22 countries. At least 47 companies -- and a law firm -- were also hacked.

**Cyber Attack Methods**

Phishing remains among the most common attack techniques, even for nation states. This is low cost / high reward. Some have estimated that more than 90 percent of cyber-attacks involve spear-phishing. It just takes one careless employee to click on a suspicious link and your entire system is compromised. How well is your firm protected?

In October 2018, two Chinese intelligence officers and eight others were indicted for hacking U.S. and European aerospace firms over five years to steal trade secrets on commercial aircraft engines. How did they get in? Spear-phishing.

Ransomware is obviously another major cyber threat to law firms, as are business e-mail compromise, insider trading schemes, and malicious insiders.

Supply chain attacks also pose a growing threat, not just to law firms, but to the entire private sector and government. Nation-state adversaries are increasingly infiltrating our trusted third-party suppliers and vendors to target the equipment, systems and information we use every day.

If, like most companies, your law firm uses third parties to store data or manage your IT, carefully vet those third parties and their security practices to protect yourself. That third party can pose a huge risk to you.

Your firm's position in the supply chain can also make you a target. Nation-state or criminal hackers may seek to infiltrate your firm as a stepping-stone to gain access to corporate clients and their information. As I said earlier, law firms are often just a vector for the adversaries to access client data, which is their ultimate target.

How can you avoid becoming the weakest link in the supply chain? In April we launched National Supply Chain Integrity Month to educate the private sector and government about supply chain risks. I encourage you to visit our supply chain risk management materials at NCSC.gov

While many threats to the legal sector still come from cyber criminals with a financial motive, my message to you is that nation states, particularly China, are likely to play a growing role in future cyber-attacks that will affect you and your firm.

**Threat Mitigation**

What can you do to protect yourself? Some of the basic steps include the following:

Identify, prioritize, and commit to protecting your crown jewels.

Know who you are doing business with. Vet your third-party vendors, understand their security practices, and set minimum security standards for them. Ask the right questions before procuring their products or services. Supply chain security can be expensive, but lack thereof is costlier and can result in pronounced, long-lasting damage.

Strengthen your cyber security and hygiene by protecting your credentials, by using dual factor authentication and by patching regularly. Beware of spear phishing: never click on suspicious links or attachments, particularly from unverified or unknown sources. On social media, maximize your social media privacy settings; use caution in what you post on social media; never accept friend requests from strangers; and validate friend requests through other sources. And when traveling abroad with your laptop or other electronic device, have no expectation of privacy.

You should also implement insider threat programs. The trusted insider with access is often the gravest threat to your organization.

As I noted earlier, it's critical that you institute a comprehensive, enterprise-wide security posture. Ensure these policies are socialized with every employee and practiced twice a year. Include Acquisition, Procurement, and Human Resources personnel in the security plans.

Finally, maintain enduring connectivity to the U.S. Government on current threat intelligence and security best practices. Enrolling in the FBI's InfraGard program is a great first step. You can also visit the "Know the Risk, Raise Your Shield" page at the NCSC website for tips on how to protect yourself.

Thank you.

# China's Cybersecurity Law: What You Need to Know

The law, which comes into effect June 1, raises data protection concerns for foreign firms.



Credit: REUTERS/Edgar Su

 China's Cybersecurity Law comes into effect on June 1. It requires network operators to store select data within China and allows Chinese authorities to conduct spot-checks on a company's network operations. Beijing asserts that the law is intended to bring China in line with global best practices for cybersecurity.

The law has raised concerns among some foreign companies over greater data controls as well as increased risks of intellectual property theft. Vague terminology and absent official guidance on complying with the law have created uncertainty, prompting many to call for the law to be delayed. It is likely an 18-month phase-in period will be announced

**AR-1787**

and the vague provisions of the law ensure that most companies are adopting a wait-and-see approach in compliance preparations.

## Background

The Cybersecurity Law was initially passed by the National People's Congress in November 2016. It will reform data management and internet usage regulations in China and impose new requirements for network and system security. The law is the latest step in China's long-term campaign for jurisdictional control over content on the internet.

Efforts to control data and content date back to a 2010 government white paper which asserted that "within Chinese territory, the internet is under the sovereignty of China." China has previously focused its efforts on controlling access to the internet within its borders through its Great Firewall, and since July 2015 introduced a series of laws and draft laws on internet controls and state access to private data. Legislation regulating data management in the insurance sector was already passed in mid-2016.

**Enjoying this article?** Click here to subscribe for full access. Just $5 a month.

At another level, the new law should be considered a means by the government to bring itself in line with global cybersecurity norms and best practices. Currently China's data industry is loosely controlled compared to the comprehensive legal codes in place for cybersecurity and data management in Europe and North America. Chinese laws do not presently have formal requirements for data safeguards, which can help protect networks from cybercrime.

## Scope of the Law

The Cybersecurity Law is applicable to network operators and businesses in critical sectors. Network operators are defined as network owners, managers, and providers; a network is defined as any system comprised of computers and related equipment that gathers, stores, transmits, exchanges, or processes information. These definitions mean the law is applicable to almost all businesses in China that manage their own email or other data networks. "Critical sectors" encompasses businesses involved in communications, information services, energy, transport, water, financial services, public services, and electronic government services. Law firm Baker McKenzie has also publicly warned that any company that is a supplier or partner with firms in these sectors could also be subject to the law.

**AR-1788**

The law requires network operators to cooperate with Chinese crime or security investigators and allow full access to data and unspecified "technical support" to the authorities upon request. The law also imposes mandatory testing and certification of computer equipment for critical sector network operators. These tests and certifications mainly relate to Article 21 of the law, requiring network operators to formulate internal security management systems and implement network security protections; adopt technological measures to prevent viruses or unspecified forms of cyber attacks; adopt technological measures to monitor and record the safety of a network; and undertake data classification, back-ups of important data, and encryption. These security measures are fairly standard, and form part of best practice recommendations for firms that gather and store important company and client data.

Importantly, Article 37 of the law requires network operators in critical sectors to store within mainland China data that is gathered or produced by the network operator in the country. In addition, the law also requires business information and data on Chinese citizens gathered within China to be kept on domestic servers and not transferred abroad without permission. The law also includes a ban on the export of any economic, technological, or scientific data that would pose a threat to national security or the public interest.

## Concerns and Uncertainty

Several of the provisions outlined above have become a cause for concern among foreign companies. Regarding the requirements for spot-checks and certifications, international law firms have warned that companies could be asked to provide source code, encryption, or other crucial information for review by the authorities, increasing the risk of this information being lost, passed on to local competitors, or used by the authorities themselves.

Article 9 of the law states that "network operators … must obey social norms and commercial ethics, be honest and credible, perform obligations to protect network security, accept supervision from the government and public, and bear social responsibility." The vagueness of this provision, as well as undefined concepts of national security and public interest, increase the government's grounds to make wide assertions about the need for investigation and reduce a foreign company's ability to contest a government demand for data access. In addition, the spot-checks can be initiated at the request of the government or a trade association, meaning domestic competitors could request spot-checks on

**AR-1789**

foreign firms. From a business continuity perspective, the new powers of inspection also present a new challenge for operations.

To comply with data localization, foreign firms will have to either invest in new data servers in China which would be subject to government spot-checks, or incur new costs to hire a local server provider, such as Huawei, Tencent, or Alibaba, which have spent billions in recent years establishing domestic data centers as part of Beijing's 12th Five-Year Plan (2011-2015). The substantial investment by these Chinese technology firms in recent years is one of the reasons critics of the new law believe it is partly designed to bolster the domestic Chinese data management and telecommunications industry against global competitors.

However, one international law firm with a Chinese presence told PGI that the intention of the law is not to prohibit foreign businesses from operating in China, nor is it to boost Chinese competitiveness. Indeed, a study by Matthias Bauer and Hosuk Lee-Makiyama in 2015 showed that data localization causes minor damage to economic growth due to inefficiencies that arise from data transfer processes and the duplication of data between several jurisdictions. The requirement for data localization should instead be seen as a legal move by Beijing — bringing data under Chinese jurisdiction will make it easier to prosecute entities seen as violating China's internet laws.

**Enjoying this article?** Click here to subscribe for full access. Just $5 a month.

## Compliance and Implications

The implementation of the law could be phased in gradually, which will allow companies to better assess their obligations and learn from the experience of other firms. More than 50 U.S., European, and Japanese businesses signed a letter to Premier Li Keqiang in June 2016 criticizing the law, stating it would impede foreign entry and innovation. There have been reports by *Reuters* that this opposition could delay its roll-out. The Cyberspace Administration of China reportedly held a meeting on May 20 and opened discussions about an 18-month phase-in period from June 2017, delaying the full implementation of the law to give companies more time to comply.

The published drafts of the cyber law have already prompted some firms to begin taking preparatory measures. Companies in critical sectors, such as finance and energy, have begun conducting data mapping exercises to determine what information is too critical to be stored on Chinese servers and will be required to remain in China. Companies such

**AR-1790**

Appendix E Footnote 108, 100, 113 - China's Cybersecurity Law

as the hospitality sharing app company Airbnb have already begun complying with provisions concerning data on Chinese citizens.

However, the law gives little indication of how firms are expected to demonstrate compliance and the ambiguity over its roll-out is indicative of the uncertainty new legislation in China can create for companies. Those in non-critical sectors are unsure of the scope and applicability of the law and there has been very little communication by the Chinese authorities ahead of the implementation date. It remains unclear if a phase-in period would be accompanied by guidance on the new law or if companies would be subject to immediate penalties for non-compliance. This is not unusual with Chinese legislation. It is often only after laws are drafted and feedback is received that authorities then communicate some guidelines on the roll-out, albeit inconsistently. For example, the pollution laws for the shipping industry, which were initially announced in late 2015, were phased in through 2016, and fully enforced by early 2017.

Foreign companies based in China are already accustomed to tight internet and content controls. Many have existing internal policies for information technology and data management and privacy in China, linked to long-standing concerns around intellectual property security, which apply to both in-country operations and travel for international staff. China's Great Firewall means that the adaptation of information technology practices to Chinese requirements is not a new concept. Despite the reports of some companies in critical sectors already preparing for compliance, most firms appear to be adopting a wait-and-see approach to the Cybersecurity Law, anticipating some communication from the authorities about a phase-in period.

The law presents another important operational consideration for businesses present in the Chinese market. Although unlikely to deter investment, it will introduce another layer of internet regulation on key businesses in China that could reduce efficiency or undermine long-term competitiveness.

*Jack Wagner is an Asia analyst at PGI Intelligence, a U.K.-based risk management consultancy.*

**AR-1791**

# LAWFARE

CHINA

# Beijing's New National Intelligence Law: From Defense to Offense

By **Murray Scot Tanner**    Thursday, July 20, 2017, 11:30 AM

China's National Intelligence Law, enacted on June 27 with unusual speed and limited public discussion, is a uniquely troubling milestone in Beijing's four-year-old campaign to toughen its security legislation. Like the more widely reported Cybersecurity Law (which went into effect on June 1) and a raft of other recent statutes, the Intelligence Law places ill-defined and open-ended new security obligations and risks not only on U.S. and other foreign citizens doing business or studying in China, but in particular on their Chinese partners and co-workers.

Of special concern are signs that the Intelligence Law's drafters are trying to shift the balance of these legal obligations from intelligence "defense" to "offense"—that is, by creating affirmative legal responsibilities for Chinese and, in some cases, foreign citizens, companies, or organizations operating in China to provide access, cooperation, or support for Beijing's intelligence-gathering activities.

The new law is the latest in an interrelated package of national security, cyberspace, and law enforcement legislation drafted under Xi Jinping. These laws and regulations are aimed at strengthening the legal basis for China's security activities and requiring Chinese and foreign citizens, enterprises, and organizations to cooperate with them. They include the laws on Counterespionage (2014), National Security (2015), Counterterrorism (2015), Cybersecurity (2016), and Foreign NGO Management (2016), as well as the Ninth Amendment to the PRC Criminal Law (2015), the Management Methods for Lawyers and Law Firms (both 2016), and the pending draft Encryption Law and draft Standardization Law.

A comparison of the final version of the National Intelligence Law and the penultimate draft issued on May 16 indicates that its authors had to soften some of these requirements and make it less explicit about to whom they apply. But the law's broad language still imposes serious new security obligations, and the authors will probably get another opportunity to tighten these rules if detailed implementing regulations for the law are drawn up in the future.

Initial press coverage of the Intelligence Law spotlighted concerns that it would grant intelligence officials the right to enter otherwise restricted facilities, examine private records, investigate and question personnel, and access or even requisition communications or transport equipment owned by companies or individuals. But while the new law does grant these powers, similar authorizations have already been granted in other legislation, most notably the Counterespionage Law (Articles 9-16) and the Cybersecurity Law. It is the Counterespionage Law which most closely parallels the new Intelligence Law in its structure and focus.

As its name implies, the Counterespionage Law is far more defensive in orientation than the Intelligence Law. Article Four requires all Chinese citizens to preserve, and not harm, national security, and obligates all public groups, enterprises, organizations, and other institutions to "prevent and stop espionage activities and maintain national security."

The Intelligence Law, by contrast, repeatedly obliges individuals, organizations, and institutions to assist Public Security and State Security officials in carrying out a wide array of "intelligence" work. Article Seven stipulates that "any organization or citizen shall support, assist, and cooperate with state intelligence work according to law." Article 14, in turn, grants intelligence agencies authority to insist on this support: "state intelligence work organs, when legally carrying forth intelligence work, may demand that concerned organs, organizations, or citizens provide needed support, assistance, and cooperation." Organizations and citizens must also protect the secrecy of "any state intelligence work secrets of which they are aware." These clauses appear to limit the obligations on individuals to Chinese citizens, but they do not stipulate that only Chinese "organizations" are subject to these requirements.

**AR-1792**

Appendix E Footnote 111, 114 - Beijing's New National Intelligence Law

In other articles, moreover, the law's drafters chose language that does not limit these demands on individuals to Chinese citizens. Article 16 authorizes security officials to make inquiries (*xunwen;* 询问) of any individuals as part of their intelligence-gathering, and to examine their reference materials and files. These officials can also commandeer the communications equipment, transportation, buildings, and other facilities of individuals as well as organizations and government organs (Article 17).

While the law requires that intelligence officials carry out such inquiries according to relevant state regulations, nowhere does the law explicitly authorize individuals or other actors whom they question—citizen or foreign—to refuse to answer questions or decline such access, information, or support. In this context, it is worth recalling that China's Criminal Procedure Law requires persons questioned by law enforcement officials (including public security officials) to respond "according to the facts" and does not confer on them the right to silence. What is unclear is whether the passage of the Intelligence Law effectively places these intelligence activities within the same realm as criminal cases, which might compel persons who are interviewed to cooperate with intelligence officials.

Like other recent Chinese security legislation, the Intelligence Law leaves key concepts undefined, thereby expanding the law's potential scope and its risks to foreigners. Most importantly, the law does not define its title concepts —"intelligence" or "intelligence work"—with details that clarify unacceptable government behavior or limit the obligations the law imposes on people and organizations. In this regard, a useful metric for comparison is one of the most fundamental of U.S. intelligence collection authorities, Executive Order 12333 on Intelligence Activities, which lays out detailed definitions, procedures, limitations and prohibitions regarding a number of intelligence activities, including government collection, retention, and dissemination of information on U.S. persons and corporations.

The Intelligence Law casts a broader net when it discusses the nature of intelligence activities. Article Two requires intelligence work to embrace Xi Jinping's so-called "overall" or "comprehensive concept of national security" set forth in 2014, which would place virtually any issue—military, political, economic, social, technological, cultural or others— within the realm of intelligence work. Articles Two through Four describe intelligence work as the collection of open source or secret information, at home or abroad, to provide a reference for decision-making and protecting almost any national interest. These interests include, but are not limited to, "preventing and dissipating risks which endanger national security," "safeguarding [China's] governing regime," its "sovereignty, unity, and territorial integrity," economic prosperity, and the "sustainable development of the economy and society."

The law also permits authorities to detain or criminally punish those who "obstruct" intelligence activities. But it does not define "obstruction" or distinguish it from mere failure to "support," "assist," or "cooperate"—the obligations noted in Article Seven. The law is also unclear about the means by which persons who are subjected to illegal mistreatment by intelligence authorities may file complaints or sue.

A few U.S. IT firms operating in China have expressed concerns about the wide-ranging obligations the new law might place on them to provide technical support to security officials for intelligence-gathering or other activities. The Intelligence Law itself grants officials general authority to demand "assistance" from private organizations and access or use their "communications" facilities. But companies could face even more serious burdens if the law is applied in concert with the new Cybersecurity Law, which accords officials far more specific authority to access and regulate many features of corporate networks that might be useful for intelligence-gathering. These include key business and personal data (which must be stored in China), proprietary codes, and other intellectual property. And like the Intelligence Law, the Cybersecurity Law broadly requires network operators to cooperate with public security and state security officials.

Under the Intelligence Law, corporations could file complaints if intelligence agencies exceed their legal authority, although they may be limited to complaining to the agencies themselves. But the law says nothing about procedures for staying an improper demand for intelligence assistance or for filing lawsuits (in contrast, many recent suits have been filed in U.S. federal courts by corporations and foundations challenging intelligence information requests, National Security Letters, and their confidentiality clauses). Foreign firms may also wonder how aggressively their Chinese lawyers might be permitted to push back against the Intelligence Law, given Beijing's 2016 release of regulations on lawyers and law firms which punish statements or actions deemed to threaten national security. Speaking to a

**AR-1793**

teleconference shortly before the Intelligence Law's passage, one senior corporate cybersecurity specialist expressed concern that state security officials could simply show up at a firm's offices in Beijing, show their badges, and demand technical cooperation.

In the May draft, the law's authors tried to place more explicit demands on corporations and institutions, but they ultimately accepted revisions striking "enterprises" and social "groups" from those required to assist intelligence authorities, and shortened the list to "organizations," party and state "organs," and "individuals" or "citizens." Still, it remains unclear how much practical relief foreign businesses and organizations will gain from this revision. Intelligence officials might still pressure corporate staff to cooperate by approaching them under the rubrics of "individuals" or "citizens."

Like China's other recent security legislation, the Intelligence Law seems calculated to drive wedges of mistrust between U.S. or foreign citizens or firms, and their Chinese partners. U.S. citizens must concern themselves with the escalating and unspoken legal pressures under which their Chinese partners must function. The law also perpetuates the Xi Jinping leadership's narrative that all foreign contacts should be regarded as suspicious; that Chinese citizens engaged in such contacts do so at the risk of surveillance and harassment by their own government; and that the Chinese Communist Party-state is now strong enough to call for intelligence cooperation even from foreigners doing business in China.

U.S. and other foreign officials, corporations, and institutions will face tough prospects in pressing their concerns about the hostile impact of recent security legislation on Beijing's climate for business and institutional cooperation. The next chance to reshape the law's real impact may come as officials begin drafting the law's implementing regulations, judicial explanations, or Party directives to clarify its key clauses and concepts. This legislative step is critical for China's often vaguely-worded and hortatory laws. But legislative officials may keep these regulations secret or for "internal circulation." The scant three-and-a-half-week public discussion accorded to the Intelligence Law, and its swift revision and passage, suggest these officials are anxious to limit outside influence on its content.

Still, the U.S. and its partners will have additional avenues for pursuing their interests. In terms of bilateral approaches, these issues may fit in one of two dialogues within the new U.S.-China comprehensive dialogue mechanism: the Comprehensive Economic Dialogue, or the Law Enforcement and Cyber Strategic Dialogue. Alternatively, given the law's broad impact on foreign citizens, firms, and organizations, mobilizing multilateral pressure with U.S. allies and partners might prove a more effective approach. Whatever mix of strategies is adopted, the unique pressures that the Intelligence Law places on foreigners to cooperate with intelligence work provides a strong case for challenging China's rote claim that foreign criticisms of its legislation constitute unreasonable interference in China's "domestic affairs."

**Topics: China**

**Tags: China, National Intelligence Law**

---

Dr. Murray Scot Tanner is a Principal Policy Analyst for Alion Science and Technology, and lives in Rockville, Maryland. He has published widely on Chinese and East Asian politics, especially Chinese law enforcement, internal security, and human rights. Among his books and articles are China's Response to Terrorism (CNA, 2016), China's Emerging National Security Interests and their Impact on the People's Liberation Army (Marine Corps University Press, 2015), and The Politics of Law-Making in China: Institutions, Processes, and Democratic Prospects (Oxford, 1998). Scot has previously served as a senior researcher and project manager with the CNA Corporation and the RAND Corporation, Professor of Political Science at Western Michigan University, Co-Chairman's Senior Staff Member for the Congressional-Executive Commission on China, and as an analyst for the U.S. Government. He received his Ph.D. in Political Science from the University of Michigan. The views in this article are entirely his own,

**AR-1794**

and do not necessarily represent the views of Alion Science and Technology, its corporate officers, or its sponsors.

**AR-1795**

Case 1:20-cv-02658-CJN     Document 48-3     Filed 11/01/20     Page 142 of 161
Appendix E Footnote 113 - Thre Real Danger of China's National Intelligence Law

# The Real Danger of China's National Intelligence Law

There's a bloody history behind the idea that the average Chinese citizen should defend national security from unspecified threats.



Credit: Wikimedia Commons/ Meng Zhaorui

Not enough can be said about the insidious and pervasive power of China's National Intelligence Law, which came into effect in July 2017.

**AR-1796**

The Real Danger of China's National Intelligence Law – The Diplomat                    Page 2 of 4
Case 1:20-cv-02658-CJN    Document 48-3    Filed 11/01/20    Page 143 of 161
Appendix E Footnote 113 - Thre Real Danger of China's National Intelligence Law

This may be one of the reasons that Communist Party legal authorities are attempting to defend the law in the international media. Dr. Gu Bin, of the Beijing Foreign Studies University, writes in his opinion piece in the *Financial Times* that "Western fears of party influence on Chinese companies are overblown."

Gu attempts to reassure the world that China's National Intelligence Law, "in particular Article 7," is "often misunderstood." But amid rising concerns about the long and deep reach of the Chinese Communist Party (CCP) into Chinese telecommunications and other Chinese-owned and operated companies around the world, Gu may have inadvertently encouraged readers to arrive at exactly the opposite conclusion.

Article 7 of the law, Gu writes, creates the "obligation of Chinese citizens to support national intelligence work." However, "it does not authorize pre-emptive spying; national intelligence work must be defensive in nature."

Thus, in so many words, a leading CCP law professor acknowledges that the law does indeed oblige citizens to spy on one another — the only question is at what point in the process the spying can legally begin.

**Enjoying this article?** Click here to subscribe for full access. Just $5 a month.

Dr. Murray Scot Tanner also disagrees with the characterization of the law as merely a "defensive" measure. Writing in *Lawfare* shortly after the law came into effect, Tanner lays out the case that the National Intelligence Law is designed to turn a Chinese citizen's "legal obligations from intelligence 'defense' to 'offense'…"

He writes,

*The Intelligence Law… repeatedly obliges individuals, organizations, and institutions to assist Public Security and State Security officials in carrying out a wide array of "intelligence" work. Article Seven stipulates that "any organization or citizen shall support, assist, and cooperate with state intelligence work according to law."*

**AR-1797**

Article 14, in turn, grants intelligence agencies authority to insist on this support: "state intelligence work organs, when legally carrying forth intelligence work, may demand that concerned organs, organizations, or citizens provide needed support, assistance, and cooperation."

When discussing the implications of such a law in China, historical context should not be forgotten or ignored. Chinese citizens have been encouraged and even coerced to inform on each other in the recent past – with devastating results.

In 1966, Mao Zedong launched the Cultural Revolution, which "lighted the flames...to purge his opponents and preserve the 'true' communist ideology," wrote Dr. Zhou Zehao in 2016. Marking the 50-year anniversary of the beginning of the movement that would effectively erase Chinese culture from the People's Republic of China, and in the process kill, starve, maim, and dehumanize millions, Zhou poignantly describes his and his family's suffering at the hands of the Red Guards who terrorized the nation, all the while exhorted and encouraged to do so by Mao.

But how did the Red Guards, who were effectively the field operations and enforcers of the Cultural Revolution, know whom to target? The Red Guards were the youth of China, not the older, seasoned Party elite with access to personal files of everyday Chinese citizens.

As Zhou describes, the Red Guards went from neighborhood to neighborhood, and house to house, torturing and killing along the way.

But they were selective. In Zhou's home, his sister was earmarked as a "capitalist roader" because she was a school principal. His father was also guilty of crimes against the state for having worked with the American Flying Tigers during World War II.

The Red Guards knew these things about specific individuals because neighbors, work colleagues, and often other family members had spied and informed on them. Under Mao's leadership, it was not necessary to incorporate the "obligation" of citizens to spy on one another into smoothly codified legal terms.

**Enjoying this article?** Click here to subscribe for full access. Just $5 a month.

Fast forward five decades, and China has acquiesced to more formal measures of dictate. Written measures now define the Chinese state, and its relationship to its people.

**AR-1798**

The Real Danger of China's National Intelligence Law – The Diplomat        Page 4 of 4
Case 1:20-cv-02658-CJN    Document 48-3    Filed 11/01/20    Page 145 of 161
Appendix E Footnote 113 - Thre Real Danger of China's National Intelligence Law

Xi Jinping is often heralded as the most powerful Chinese leader since Mao. Certainly, no leader since Mao has more adamantly called for a return to fundamental communist principles, practices, and persuasions.

Mao was able to induce the Chinese population to spy and inform on itself with just a few spoken words, unleashing apocalyptic mayhem, murder, and destruction. Xi has used legislation and regulations to place a similar obligation upon not only Chinese citizens, but also upon companies and other entities, as well.

It appears that the lessons of the Cultural Revolution have not been entirely absorbed by today's leadership, many of whom were themselves on one side or the other of the turmoil and violence.

It can be argued that whether or not the law is for defensive purposes, as Gu argues, or for offensive purposes, as Tanner suggests, the legal obligation for Chinese to act as citizen spies in the name of national security poses a greater risk for Chinese society than the danger the law is attempting to minimize, given history and tendencies.

**AR-1799**

**PAGES AR-1800 THROUGH AR-1828**

# ByteDance Response to Department of Commerce's Administrative Subpoena

INTENTIONALLY WITHHELD FROM
PUBLIC ADMINISTRATIVE RECORD



**UNITED STATES DEPARTMENT OF COMMERCE**
**Deputy Assistant Secretary for Intelligence and Security**
**Office of Intelligence and Security**
Washington, D.C. 20230

**VIA ELECTRONIC MAIL**

September 3, 2020

John E. Hall
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
jhall@cov.com

Counsel for ByteDance Ltd. and TikTok Inc.

   RE:  Administrative Subpoena

Dear Mr. Hall:

   Pursuant to the International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. § 1702, Executive Order 13873 (84 FR 22689, May 15, 2019) ("Securing the Information and Communications Technology and Services Supply Chain"), and Executive Order 13942 (85 FR 48637, August 6, 2020) ("Addressing the Threat Posed by TikTok, and Taking Additional Steps To Address the National Emergency With Respect to the Information and Communications Technology and Services Supply Chain"), ByteDance Ltd. and any partners, subsidiaries, and/or affiliates thereof, including TikTok Inc., (collectively, "ByteDance") is directed to provide the U.S. Department of Commerce (the "Department") with the records requested in the attached Administrative Subpoena.

   Any questions related to the issuance of this subpoena should be directed to Ms. Deborah A. Curtis, Chief Counsel for Industry and Security, who is the Department's primary point of contact for purposes of this subpoena. Ms. Curtis can be reached by phone at (202) 482-2513 or by e-mail at *DCurtis@doc.gov*. The Department's alternate point of contact for purposes of this subpoena is Mr. Opher Shweiki. Mr. Shweiki can be reached by phone at (202) 718-0363 or by e-mail at *OShweiki@doc.gov*.

   Please note that the Department welcomes a discussion regarding the production of the identified records, including the possibility of a scheduled prioritization of such production.

       Sincerely,

       John K. Costello
       Deputy Assistant Secretary
       for Intelligence and Security
       U.S. Department of Commerce

Enclosures

**AR-1830**

**UNITED STATES DEPARTMENT OF COMMERCE**
**Deputy Assistant Secretary for Intelligence and Security**
**Office of Intelligence and Security**
Washington, D.C. 20230

# ADMINISTRATIVE SUBPOENA

VIA ELECTRONIC MAIL

September 3, 2020

John E. Hall
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
jhall@cov.com

Counsel for ByteDance Ltd. and TikTok Inc.

Dear Mr. Hall:

Pursuant to the International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. § 1702, Executive Order 13873 (84 FR 22689, May 15, 2019) ("Securing the Information and Communications Technology and Services Supply Chain"), and Executive Order 13942 (85 FR 48637, August 6, 2020) ("Addressing the Threat Posed by TikTok, and Taking Additional Steps To Address the National Emergency With Respect to the Information and Communications Technology and Services Supply Chain"), ByteDance Ltd. and any partners, subsidiaries, and/or affiliates thereof, including TikTok Inc., (collectively, "ByteDance") is directed to provide the U.S. Department of Commerce (the "Department") with the records identified in the attached Addendum and its associated Rider defining terms.

Failure to respond to this Administrative Subpoena may result in the imposition of civil monetary penalties by the Department. Further, under 18 U.S.C. § 1001, knowingly and willfully falsifying or concealing a material fact in your response to this Administrative Subpoena may result in criminal fines, imprisonment, or both.

Due to the public health national emergency declared by the President on March 13, 2020, this correspondence is only being delivered in electronic format and therefore should be treated as official correspondence from the Department.

Please provide the information set forth above in writing, either in hardcopy or electronic format, and send it no later than 7 calendar days from the date of this Administrative Subpoena.

Address your response as follows:



**UNITED STATES DEPARTMENT OF COMMERCE**
**Deputy Assistant Secretary for Intelligence and Security**
**Office of Intelligence and Security**
Washington, D.C. 20230

Attn: Deborah A. Curtis
Chief Counsel for Industry and Security
U.S. Dept. of Commerce
1401 Constitution Ave. NW
Washington, D.C. 20230
*DCurtis@doc.gov*

Attn: Opher Shweiki
Chief, Enforcement and Litigation Division
Office of Chief Counsel
Bureau of Industry and Security
U.S. Dept. of Commerce
1401 Constitution Ave. NW
Washington, D.C. 20230
*OShweiki@doc.gov*

The primary point of contact for purposes of this administrative subpoena is Deborah A. Curtis, and the alternate point of contact is Opher Shweiki. If you have any questions, please reach Ms. Curtis at (202) 482-2513 or *DCurtis@doc.gov*, or Mr. Shweiki at (202) 718-0363 or *OShweiki@doc.gov*.

Issued on behalf of the Secretary of
the Department of Commerce:

John K. Costello
Deputy Assistant Secretary
for Intelligence and Security
U.S. Department of Commerce

Attachments: Addendum – Requests for Records
Rider – Definitions

**AR-1832**

## ADDENDUM TO ADMINISTRATIVE SUBPOENA

### REQUESTS FOR RECORDS

1. Records related to ByteDance's present ownership or operation of any data centers in the United States ("U.S. data centers"), including:

   a. Records reflecting the locations of the U.S. data centers;

   b. Records reflecting that data from the TikTok application is stored or managed in or on the U.S. data centers;

   c. Records reflecting what analytics are conducted on TikTok data, including user data (messages, locational data, demographic data or other identifiable information for TikTok users) by U.S. data centers; and

   d. Records that data related to the TikTok application is transmitted by or through the U.S. data centers.

2. Records related to ByteDance's present lease of data hosting, cloud/storage services, or managed services within the United States ("U.S. leases"), including:

   a. Records of the parties to the U.S. leases;

   b. Records reflecting the locations of the services that are the subject of the U.S. leases;

   c. Records reflecting whether TikTok user data is stored or managed as part of the U.S. leases;

   d. Records reflecting the analytics conducted on TikTok user data by parties to the U.S. leases; and

   e. Records reflecting that data related to the TikTok application is transmitted by parties to the U.S. leases.

3. Records related to data centers or servers located outside of the United States that, at present, store or manage TikTok user data from TikTok mobile application users located in the United States, including:

   a. Records reflecting the locations of the servers or data centers;

   b. Records reflecting that data from the TikTok application is stored or managed in or on the servers or data centers; and

   c. Records reflecting what analytics are conducted on TikTok data, including user data (messages, locational data, demographic data or other identifiable information for TikTok users) by these servers or data centers;

4. Records reflecting the primary domain names or Internet Protocol (IP) addresses presently used by TikTok clients for users in the United States.

5. Records reflecting ByteDance country locations for all present ByteDance authoritative name servers.

6. Records reflecting all present TikTok registered domain names from U.S.-based registries or registrars, including the identities of such registries or registrars.

1

**AR-1833**

### ADDENDUM TO ADMINISTRATIVE SUBPOENA

### REQUESTS FOR RECORDS

7.  Records of all ongoing ByteDance contracts with third-party U.S. software developers located in the United States for the TikTok application, including the identities and locations of such software developers.

8.  Records of all companies or entities located in the United States that ByteDance presently allows, either implicitly or explicitly, to use the TikTok Application Programming Interface (API), including the identities and locations of such companies or entities.

9.  Records of all ongoing data peering relationships between ByteDance and companies or entities within the United States, including:

    a.  Records reflecting the identities of those companies or entities, their locations, and the nature of those relationships; and

    b.  Records reflecting an accounting of all ByteDance data transit relationships with U.S. transit providers.

10. Records outlining all ongoing content distribution network provider arrangements maintained by ByteDance within the United States, including the identities of all U.S. companies or entities with such an arrangement, their locations, and the nature of those arrangements.

11. Records of all ongoing partnerships or agreements maintained by ByteDance with U.S. companies or entities involving the integration of TikTok functionality into other software, services, or platforms, including the identities and locations of such U.S. companies or entities with those agreements.

12. Records of all U.S. companies or entities with whom ByteDance presently maintains commercial partnerships or agreements, including:

    a.  Records reflecting the nature of all commercial partnerships or agreements between ByteDance and U.S. companies or entities where analysis of data sourced or derived from the TikTok platform is used;

    b.  Records reflecting the nature of all commercial partnerships or agreements related to artificial intelligence involving data sourced or derived from the TikTok application or TikTok user data; and

    c.  Records reflecting the nature of all commercial partnerships or agreements for sharing data sourced or derived from the TikTok application.

13. Records listing all ongoing agreements or partnerships involving ByteDance to share or otherwise provide any user data to third-parties for data sourced or derived from the TikTok platform, including:

    a.  Records listing all companies or entities with any such agreements with ByteDance, including their city, state, and country of location.

2

**AR-1834**

## <u>ADDENDUM TO ADMINISTRATIVE SUBPOENA</u>

### REQUESTS FOR RECORDS

14. Records listing all data from U.S.-based TikTok communications that is manually reviewed, including:

    a. Records of any instructions, guidelines, or memoranda explaining the decision-making process to automatically filter and review messages as opposed to manually review such data;

    b. Records listing all facilities presently maintained or engaged by ByteDance for manual review of TikTok data; and

    c. Records of the present staff and employment composition of such facilities that engage in or engaged in manual review of TikTok data for or on behalf of ByteDance.

15. Records identifying, outlining, or demonstrating the ongoing use of the TikTok platform for engagement in cross-device tracking, including any records articulating the technical means implemented for the engagement of cross-device tracking on the TikTok platform.

16. Records outlining whether ByteDance, including any of its contractors or subsidiaries, conducted a formal Privacy Impact Assessment for TikTok or any of its functionalities, including all records, drafts, and distribution lists for all such Privacy Impact Assessments.

17. Records related to any ongoing partnership or agreements between ByteDance and U.S. companies or other entities in the United States to develop or enable encryption or decryption capabilities for the TikTok application, to include the identities of those U.S. companies or entities.

18. Records related to ByteDance's employees and third-party contractors of ByteDance located in the United States, who are presently employed or contracted to develop, maintain, or otherwise support the TikTok application, to include records reflecting the details of these arrangements, the number of personnel, their responsibilities, and the cities and states of their locations.

3

**AR-1835**

## RIDER TO ADMINISTRATIVE SUBPOENA

### Definitions

"**ByteDance**" shall mean ByteDance Ltd. and any partners, subsidiaries, and/or affiliates thereof, including TikTok Inc., (collectively "ByteDance").

"**Records**" shall mean any document, writing, graphic matter or other tangible thing, whether printed, recorded, produced by any process, or written or produced by hand, including, without limitation, agreements, contracts, memoranda, letters, reports, other written communications, electronically stored information (as defined hereunder), correspondence (as defined hereunder), telegrams, internal and external memoranda, summaries, records of oral conversations, original or preliminary notes, diaries, calendars, analyses, projections, ledgers, work papers, photographs, tape recordings, applications, video tapes, computer hard drives or disks, statistical statements, logs, graphs, charts, schedules, notebooks, minutes or records of meetings, minutes or records of conferences, lists of persons attending meetings or conferences, reports and/or summaries of investigations, opinions or reports of investigators, accountants or consultants, studies, appraisals, evaluations, or copies of any of the foregoing if the copy is in any way different from the original.

"**Electronically stored information**" or "**ESI**" means originals and all copies of electronic mail ("e-mail"); activity listings of electronic mail receipts and/or transmittals; voice-mail; audio or video recordings of any kind; facsimiles; computer programs (whether private, commercial or a work-in-progress); programming notes or instructions; output resulting from the use of any software program, including word processing documents, spreadsheets, database files, charts, graphs, and outlines; operating systems; source code of all types; and electronic files and/or file fragments of any sort, regardless of the media on which they are stored and regardless of whether the data resides in an active file, deleted file, or file fragment. ESI also includes the files, folder tabs, containers or labels appended to any storage device containing electronic data. All ESI produced in response hereto should be produced in native format. ESI, such as e-mails and word processing documents, shall be produced in native format with its original formatting and metadata intact. If, and to the extent that ESI is maintained in a database or other proprietary software, production shall include documentation and software that will enable access to the ESI or database as such access would occur in the ordinary course of business.

"**Correspondence**" shall mean all inquiries, discussions, conversations, communications, negotiations, agreements, understandings, meetings, telephone calls, messages (voice, text, and chat), e-mails, letters, notes, telegrams, and all other forms of oral or written discourse.

The terms "**involving**", "**reflecting**" and "**related to**" mean having any connection, association, or concern with or any relevance, relation, pertinence, or applicability to or any implication bearing on, the subject matter, whether directly or indirectly.

The word "**and**" includes the disjunctive "**or**," and the word "**or**" includes the conjunctive "**and**". Words in the singular shall be interpreted to include the plural and words in the plural shall be interpreted to include the singular. The use of any tense of any verb shall be interpreted to include all other tenses.

1

**AR-1836**

CUI // PRIV

MEMORANDUM FOR THE ADMINISRATIVE RECORD

FROM:        Robert Blair
             U.S. Department of Commerce

SUBJECT:     Ex Parte Discussion with ByteDance/TikTok Counsel

On September 3, 2020, Department of Commerce officials, including Robert Blair, held a telephone conference with counsel for TikTok, including David Fagan of Covington & Burling LLP.

During the course of the telephone conference, the parties generally opened up lines of communication, and the Department notified TikTok counsel of the intent to issue an administrative subpoena.

While TikTok counsel requested clarity on the scope of the Executive Order, the Department declined to discuss those issues.  The parties were informed during the course of the telephone conference that a record would be made of this meeting and, if applicable, made public as part of the administrative record pursuant to the Administrative Procedures Act, and other applicable law or policy.

**AR-2321**

**PAGES AR-2322 THROUGH AR-2324**

# Confidential Pages of Supplemental AR

INTENTIONALLY WITHHELD FROM
PUBLIC ADMINISTRATIVE RECORD

CUI // PRIV

MEMORANDUM FOR THE ADMINISRATIVE RECORD

FROM:        Robert Blair
             U.S. Department of Commerce

SUBJECT:     Ex Parte Discussion with ByteDance/TikTok Counsel

On September 4, 2020, Department of Commerce officials, including Robert Blair, held a telephone conference with counsel for TikTok, including David Fagan of Covington & Burling LLP.

During the course of the telephone conference, the following topics were discussed:

- TikTok counsel outlined their employment statistics and requested clarification on whether they could continue paying their employees;
- TikTok counsel asked whether the Department would consider issuing licenses;
- TikTok counsel also requested clarification on whether the EO's scope would affect a range of other transactions that were central to TikTok's operations.

Throughout the call, the Department maintained that they were in "listening mode" only and declined to substantively discuss those issues.  The parties were informed during the course of the telephone conference that a record would be made of this meeting and, if applicable, made public as part of the administrative record pursuant to the Administrative Procedures Act, and other applicable law or policy.

**AR-2325**

CUI // PRIV

MEMORANDUM FOR THE ADMINISRATIVE RECORD

FROM:        Robert Blair
             U.S. Department of Commerce

SUBJECT:     Ex Parte Discussion with ByteDance/TikTok Counsel

On September 7, 2020, Department of Commerce officials, including Robert Blair, held a telephone conference with counsel for TikTok, including David Fagan of Covington & Burling LLP.

The sole purpose of the telephone conference was to clarify TikTok counsel's questions regarding the administrative subpoena, and no further substantive topics were discussed.

The parties were informed during the course of the telephone conference that a record would be made of this meeting and, if applicable, made public as part of the administrative record pursuant to the Administrative Procedures Act, and other applicable law or policy.

AR-2326

**PAGES AR-2327 THROUGH AR-2328**

# Confidential Pages of Supplemental AR

INTENTIONALLY WITHHELD FROM
PUBLIC ADMINISTRATIVE RECORD

CUI // PRIV

MEMORANDUM FOR THE ADMINISRATIVE RECORD

FROM:          John Costello
               U.S. Department of Commerce

SUBJECT:       Ex Parte Discussion with ByteDance/TikTok Counsel

On September 10, 2020, Department of Commerce officials, including John Costello, held a telephone conference with counsel for TikTok, including David Fagan of Covington & Burling LLP.

The topics discussed on that call include:

- TikTok counsel provided an update on the status of the subpoena responses.
- TikTok counsel also requested clarification on whether transactions involving the payment of wages, salaries, and benefits to TikTok employees or contractors were *not* within the scope of prohibited transactions.  The Department declined to comment on that topic.

The parties were informed during the course of the telephone conference that a record would be made of this meeting and, if applicable, made public as part of the administrative record pursuant to the Administrative Procedures Act, and other applicable law or policy.

CUI // PRIV

MEMORANDUM FOR THE ADMINISRATIVE RECORD

FROM:        Robert Blair
             U.S. Department of Commerce

SUBJECT:     Ex Parte Discussion with ByteDance/TikTok Counsel

On September 11, 2020, Department of Commerce officials, including Robert Blair, held a telephone conference with counsel for TikTok, including David Fagan of Covington & Burling LLP.

The topics discussed on that call include:

- TikTok counsel provided an update on the status of the subpoena responses.
- TikTok counsel requested the anticipated timeline for issuing the identification of prohibited transactions, and the Department stated the intent to meet the September 20 deadline, as provided in the Executive Order.
- The Department then provided assurances to TikTok counsel that certain transactions, including the payment of wages, salaries, and benefits to TikTok employees or contractors were *not* within the scope of prohibited transactions.

The parties were informed during the course of the telephone conference that a record would be made of this meeting and, if applicable, made public as part of the administrative record pursuant to the Administrative Procedures Act, and other applicable law or policy.

**AR-2330**

**PAGES AR-2331 THROUGH AR-2351**

# Confidential Pages of Supplemental AR

INTENTIONALLY WITHHELD FROM
PUBLIC ADMINISTRATIVE RECORD