IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>   *Defendants*. | Case No. 20-cv-02658 (CJN) |

**PLAINTIFFS' NOTICE OF FILING**

At the November 4, 2020 hearing on Plaintiffs' renewed motion for preliminary injunction, the Court instructed the parties to keep the Court apprised of any developments related to the Presidential Order Regarding the Acquisition of Musical.ly by ByteDance Ltd., 85 Fed. Reg. 51,297 (Aug. 14, 2020) (the "Divestment Order"), and the related action of the Committee on Foreign Investment in the United States ("CFIUS"). Pursuant to that request, Plaintiffs file this notice to alert the Court that on November 10, 2020, they filed in the U.S. Court of Appeals for the District of Columbia Circuit the attached petition for review of the Divestment Order and the related CFIUS action.

DATED: November 10, 2020

Respectfully submitted,

   */s/ John E. Hall*

Anders Linderot (Pro Hac Vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405

John E. Hall (D.C. Bar. No. 415364)
Beth S. Brinkmann (D.C. Bar. No. 477771)
Alexander A. Berengaut (D.C. Bar. No. 989222)
Megan A. Crowley (D.C. Bar. No. 1049027)
Megan C. Keenan (D.C. Bar. No. 1672508)

| | |
|---|---|
| Telephone: +1 (212) 841-1000<br>Facsimile: + 1 (212) 841-1010<br>Email:  alinderot@cov.com<br><br>Mitchell A. Kamin (Pro Hac Vice)<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, California 90067-4643<br>Telephone: + 1 (424) 332-4800<br>Facsimile: + 1 (424) 332-4749<br>Email:  mkamin@cov.com | COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: +1 (202) 662-6000<br>Facsimile: + 1 (202) 778-6000<br>Email:  jhall@cov.com<br>          bbrinkmann@cov.com<br>          aberengaut@cov.com<br>          mcrowley@cov.com<br>          mkeenan@cov.com |

*Attorneys for Plaintiffs*