IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:20-CV-2658-CJN |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF FILING OF APPEAL IN SEPARATE CASE

At the hearing on November 4, 2020, the Court directed the parties to keep the Court informed about any further developments in a separate action, in which a court in the Eastern District of Pennsylvania entered a nationwide injunction against the same agency action challenged here. *See* Tr. of Nov. 4 Hrg. at 42-43. Defendants hereby provide notice to this Court that earlier today the Government filed a notice of appeal of the preliminary injunction entered in that separate action. *See* Notice of Appeal, *Marland v. Trump*, No. 2:20-cv-4597-WB (E.D. Pa.), ECF No. 38 (filed Nov. 12, 2020) (attached hereto).

Dated: November 12, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
AMY E. POWELL
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

*Counsel for Defendants*