IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>   *Defendants*. | Case No. 20-cv-02658 (CJN) |

**PLAINTIFFS' NOTICE OF EXTENSION IN CFIUS MATTER**

At the November 4, 2020 hearing on Plaintiffs' renewed motion for preliminary injunction, the Court instructed the parties to keep the Court apprised of any developments in the Committee on Foreign Investment in the United States ("CFIUS") process concerning Plaintiffs. Pursuant to that request, Plaintiffs hereby notify the Court that on November 12, 2020, CFIUS granted an extension of the 90-day period specified in Section 2(b) of the Presidential Order Regarding the Acquisition of Musical.ly by ByteDance Ltd., 85 Fed. Reg. 51,297 (Aug. 14, 2020), for an additional 15 days, specifically, from November 12, 2020 to November 27, 2020.

DATED: November 13, 2020    Respectfully submitted,

              */s/ John E. Hall*

Anders Linderot (Pro Hac Vice)  John E. Hall (D.C. Bar. No. 415364)
COVINGTON & BURLING LLP  Beth S. Brinkmann (D.C. Bar. No. 477771)
The New York Times Building  Alexander A. Berengaut (D.C. Bar. No. 989222)
620 Eighth Avenue  Megan A. Crowley (D.C. Bar. No. 1049027)
New York, New York 10018-1405  Megan C. Keenan (D.C. Bar. No. 1672508)
Telephone: +1 (212) 841-1000  COVINGTON & BURLING LLP
Facsimile: + 1 (212) 841-1010  One CityCenter
Email: alinderot@cov.com  850 Tenth Street, NW
  Washington, DC 20001
Mitchell A. Kamin (Pro Hac Vice)  Telephone: +1 (202) 662-6000

COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  mkamin@cov.com

Facsimile: + 1 (202) 778-6000
Email:  jhall@cov.com
  bbrinkmann@cov.com
  aberengaut@cov.com
  mcrowley@cov.com
  mkeenan@cov.com

*Attorneys for Plaintiffs*