IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>      *Defendants*. | Case No. 20-cv-02658 (CJN) |

**PLAINTIFFS' NOTICE OF EXTENSION IN CFIUS MATTER**

At the November 4, 2020 hearing on Plaintiffs' renewed motion for preliminary injunction, the Court instructed the parties to keep the Court apprised of any developments in the Committee on Foreign Investment in the United States ("CFIUS") process concerning Plaintiffs. Pursuant to that request, Plaintiffs previously notified the Court that on November 12, 2020, CFIUS granted an extension of the 90-day period specified in Section 2(b) of the Presidential Order Regarding the Acquisition of Musical.ly by ByteDance Ltd., 85 Fed. Reg. 51,297 (Aug. 14, 2020), for an additional 15 days, from November 12, 2020 to November 27, 2020. *See* ECF No. 56. Pursuant to the Court's November 4, 2020 request, Plaintiffs hereby notify the Court that on November 25, 2020, CFIUS granted an additional one-week extension of that period, from November 27, 2020 to December 4, 2020.

DATED: November 25, 2020

Respectfully submitted,

  */s/ John E. Hall*

Anders Linderot (Pro hac vice)
COVINGTON & BURLING LLP
The New York Times Building

John E. Hall (D.C. Bar. No. 415364)
Beth S. Brinkmann (D.C. Bar. No. 477771)
Alexander A. Berengaut (D.C. Bar. No. 989222)

1

| | |
|---|---|
| 620 Eighth Avenue<br>New York, New York 10018-1405<br>Telephone: +1 (212) 841-1000<br>Facsimile: + 1 (212) 841-1010<br>Email:  alinderot@cov.com<br><br>Mitchell A. Kamin (Pro hac vice)<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, California 90067-4643<br>Telephone: + 1 (424) 332-4800<br>Facsimile: + 1 (424) 332-4749<br>Email:  mkamin@cov.com | Megan A. Crowley (D.C. Bar. No. 1049027)<br>Megan C. Keenan (D.C. Bar. No. 1672508)<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: +1 (202) 662-6000<br>Facsimile: + 1 (202) 778-6000<br>Email:  jhall@cov.com<br>            bbrinkmann@cov.com<br>            aberengaut@cov.com<br>            mcrowley@cov.com<br>            mkeenan@cov.com<br><br>*Attorneys for Plaintiffs* |