UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIKTOK INC., et al.,

     *Plaintiffs*,

  v.

DONALD J. TRUMP, President of the United States, et al.,

     *Defendants*.

Civil Action No. 1:20-cv-02658 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 60, it is hereby

**ORDERED** that Plaintiffs' Renewed Motion for Preliminary Injunction, ECF No. 43, is **GRANTED** as to the prohibited transactions in the Commerce Identification.  U.S. Dep't of Commerce, *Identification of Prohibited Transactions to Implement Executive Order 13942 and Address the Threat Posed by TikTok and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain*, 85 Fed. Reg. 60061–63 (Sept. 24, 2020) ("Commerce Identification").  It is further

**ORDERED** that by December 18, 2020, the Parties shall meet, confer, and file a Joint Status Report proposing a schedule for further proceedings.  The Parties may also address any other issues that they believe will be helpful to the Court.

DATE:  December 7, 2020

                                                                CARL J. NICHOLS
                                                                 United States District Judge