IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*. | Case No. 20-cv-02658 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 23, 2020 Minute Order, the parties have met and conferred regarding a schedule for further proceedings in this action, and hereby submit this joint status report.

The parties have met and conferred in an effort to eliminate or narrow disputes regarding the appropriate scope of the record in advance of the filing of dispositive motions, and those discussions are ongoing. The parties are in agreement that in light of these ongoing discussions, a further extension of the deadline for Defendants' responsive pleading—currently due to be filed on January 19, 2021—is appropriate. The parties therefore propose that the deadline for Defendants' responsive pleading be continued until February 18, 2021, with a joint status report to be filed on February 11, 2021. This agreement and joint status report is submitted without prejudice to either party's positions, as stated in previous status reports, as to appropriate next steps in this matter.

DATED: January 12, 2021    Respectfully submitted,

                                                */s/ John E. Hall*

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | John E. Hall (D.C. Bar. No. 415364)<br>Beth S. Brinkmann (D.C. Bar. No. 477771)<br>Alexander A. Berengaut (D.C. Bar. No. 989222) |
| JOHN V. COGHLAN<br>Deputy Assistant Attorney General | Megan A. Crowley (D.C. Bar. No. 1049027)<br>Megan C. Keenan (D.C. Bar. No. 1672508)<br>COVINGTON & BURLING LLP |
| ALEXANDER K. HAAS<br>Branch Director | One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001 |
| DIANE KELLEHER<br>Assistant Branch Director | Telephone: +1 (202) 662-6000<br>Facsimile: + 1 (202) 778-6000<br>Email:  jhall@cov.com |
| */s/ Daniel Schwei*<br>DANIEL SCHWEI<br>Special Counsel<br>SERENA M. ORLOFF<br>MICHAEL DREZNER | bbrinkmann@cov.com<br>aberengaut@cov.com<br>mcrowley@cov.com<br>mkeenan@cov.com |
| AMY E. POWELL<br>STUART J. ROBINSON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Ben Franklin Station, P.O. Box No. 883<br>Washington, DC 20044 | Mitchell A. Kamin (Pro Hac Vice)<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, California 90067-4643<br>Telephone: + 1 (424) 332-4800<br>Facsimile: + 1 (424) 332-4749<br>Email:  mkamin@cov.com |
| *Counsel for Defendants* | Anders Linderot (Pro Hac Vice)<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>Telephone: +1 (212) 841-1000<br>Facsimile: + 1 (212) 841-1010<br>Email:  alinderot@cov.com |
| | *Attorneys for Plaintiffs* |