IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>        *Defendants*. | Case No. 20-cv-02658 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 16, 2021 Minute Order, the parties have met and conferred regarding whether recent developments have narrowed or eliminated any of the issues raised in this case, and hereby submit this joint status report.

As discussed in the prior joint status report, *see* ECF No. 65, the Department of Commerce is in the process of completing a comprehensive review of the Secretary's prohibitions regarding the TikTok mobile application at issue in this case. Although the Department has made significant progress in its review of the prohibitions and the underlying record, some additional steps remain to be completed. In particular, new and incoming leadership at the Department of Commerce and other interested agencies need additional time to consider potential options, including whether the prohibitions should be revised or withdrawn. Revision or withdrawal of the prohibitions would likely affect the issues presented in this case, and may eliminate the need for this Court's review entirely. The agency thus requires additional time to review the prohibitions and the underlying administrative record in light of the multiple legal issues presented in this case, to consult with all interested federal agencies and offices, and to determine the appropriate course going forward.

Previously, the Government filed motions to hold in abeyance both the ongoing appeals before the D.C. Circuit of the preliminary injunctions previously entered by this Court. *See TikTok Inc. v. Biden*, No. 20-5302 (D.C. Cir.); *TikTok Inc. v. Biden*, No. 20-5381 (D.C. Cir.). Those motions were unopposed by Plaintiffs, and the D.C. Circuit granted both motions. Based on the facts set forth above, the Government intends to request that the appeals continue to be held in abeyance.

For the same reasons, Defendants' position is that it likewise makes sense to stay further proceedings before this Court based on the above developments. Plaintiffs agree that, so long as the D.C. Circuit appeals are held in abeyance, district court proceedings should also be held in abeyance. Accordingly, the parties jointly propose that the pending deadlines in this matter be stayed, with a further joint status report due in 60 days, *i.e.*, on June 11, 2021.

DATED: April 12, 2021                                     Respectfully submitted,

                                                          /s/ John E. Hall

| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General | John E. Hall (D.C. Bar. No. 415364)<br>Beth S. Brinkmann (D.C. Bar. No. 477771)<br>Alexander A. Berengaut (D.C. Bar. No. 989222) |
| ALEXANDER K. HAAS<br>Branch Director | Megan A. Crowley (D.C. Bar. No. 1049027)<br>Megan C. Keenan (D.C. Bar. No. 1672508)<br>COVINGTON & BURLING LLP |
| /s/ Daniel Schwei<br>DANIEL SCHWEI<br>Special Counsel<br>SERENA M. ORLOFF<br>MICHAEL DREZNER<br>AMY E. POWELL<br>STUART J. ROBINSON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Ben Franklin Station, P.O. Box No. 883<br>Washington, DC 20044 | One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: +1 (202) 662-6000<br>Facsimile: + 1 (202) 778-6000<br>Email:  jhall@cov.com<br>         bbrinkmann@cov.com<br>         aberengaut@cov.com<br>         mcrowley@cov.com<br>         mkeenan@cov.com<br><br>Mitchell A. Kamin (Pro Hac Vice) |

COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  mkamin@cov.com

Anders Linderot (Pro Hac Vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
Email:  alinderot@cov.com

*Attorneys for Plaintiffs*
