IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIKTOK INC., et al.,

*Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., in his official capacity
as President of the United States, et al.,

*Defendants*.

Case No. 20-cv-02658 (CJN)

**JOINT STATUS REPORT**

Pursuant to the Court's June 21, 2021 Minute Order, the parties have met and conferred regarding whether recent developments have narrowed or eliminated any of the issues raised in this case, and hereby submit this joint status report.

Defendants state that, as discussed in the prior joint status report, *see* ECF No. 67, the Biden Administration has issued a new Executive Order that, among other things, establishes processes for evaluating and taking appropriate action with respect to certain risks posed by connected software applications. *See* Exec. Order No. 14,034, *Protecting United States Persons' Sensitive Data from Foreign Adversaries*, § 2(b)-(d), 86 Fed. Reg. 31,423, 31,424-25 (June 11, 2021).  Without prejudice to any potential future actions, the new Executive Order revoked the prior administration's Executive Order pertaining to TikTok, *see id.* § 1 (revoking Exec. Order. No. 13,942), and further directed that all Executive Branch agencies "promptly take steps to rescind any orders, rules, regulations, guidelines, or policies . . . implementing or enforcing" that prior Executive Order.  *Id.* § 2(a).

Pursuant to the newly issued Executive Order, the Secretary of Commerce has rescinded the prohibitions at issue in this case. *See* Rescission of Identification of Prohibited Transactions With Respect to TikTok and WeChat, 86 Fed. Reg. 32,757 (June 23, 2021).

In Defendants' view, this case is now moot in light of the above actions.  Accordingly, the Government has filed motions to voluntarily dismiss both the ongoing appeals before the D.C. Circuit of the preliminary injunctions previously entered by this Court.  *See TikTok Inc. v. Biden*, No. 20-5302 (D.C. Cir.); *TikTok Inc. v. Biden*, No. 20-5381 (D.C. Cir.).  Those motions were unopposed by Plaintiffs, and are currently pending before the D.C. Circuit.

Based on the facts set forth above, the parties respectfully request that the stay of proceedings in this Court be continued for another 14 days, which will allow time for the D.C. Circuit to rule on the pending motions, and will also allow the parties to discuss whether there is any need for further proceedings before this Court.  To the extent this matter is not otherwise resolved within those 14 days, *e.g.*, through a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A), the parties propose that a further joint status report be due in 14 days, *i.e.*, on July 26, 2021.

DATED:  July 12, 2021                              Respectfully submitted,

                                                          */s/ John E. Hall*

BRIAN M. BOYNTON                    John E. Hall (D.C. Bar. No. 415364)
Acting Assistant Attorney General      Beth S. Brinkmann (D.C. Bar. No. 477771)
                                                        Alexander A. Berengaut (D.C. Bar. No. 989222)
ALEXANDER K. HAAS                    Megan A. Crowley (D.C. Bar. No. 1049027)
Branch Director                             Megan C. Keenan (D.C. Bar. No. 1672508)
                                                        COVINGTON & BURLING LLP
*/s/  Daniel Schwei*                          One CityCenter
DANIEL SCHWEI                           850 Tenth Street, NW
Special Counsel                             Washington, DC 20001
SERENA M. ORLOFF                     Telephone: +1 (202) 662-6000
MICHAEL DREZNER                      Facsimile: + 1 (202) 778-6000

AMY E. POWELL
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044

Email:  jhall@cov.com
       bbrinkmann@cov.com
       aberengaut@cov.com
       mcrowley@cov.com
       mkeenan@cov.com

Mitchell A. Kamin (Pro Hac Vice)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  mkamin@cov.com

Anders Linderot (Pro Hac Vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
Email:  alinderot@cov.com

*Attorneys for Plaintiffs*