# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-5381**　　　　　　　　　　　　　　　　　**September Term, 2020**

**1:20-cv-02658-CJN**

**Filed On: July 14, 2021** [1906318]

TikTok Inc. and ByteDance Ltd.,

　　　　Appellees

v.

Joseph R. Biden, Jr., official capacity as
President of the United States, et al.,

　　　　Appellants

**O R D E R**

　　　Upon consideration of appellants' unopposed motion for voluntary dismissal of this appeal, it is

　　　**ORDERED** that the motion be granted and this case be dismissed.

　　　The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Michael C. McGrail
　　　Deputy Clerk