IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>   *Defendants*. | Case No. 20-cv-02658 (CJN) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties, by their respective counsel, stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED:  July 21, 2021      Respectfully submitted,

                 */s/ Alexander A. Berengaut*

BRIAN M. BOYNTON       John E. Hall (D.C. Bar. No. 415364)
Acting Assistant Attorney General   Beth S. Brinkmann (D.C. Bar. No. 477771)
                Alexander A. Berengaut (D.C. Bar. No. 989222)
ALEXANDER K. HAAS       Megan A. Crowley (D.C. Bar. No. 1049027)
Branch Director          Megan C. Keenan (D.C. Bar. No. 1672508)
                COVINGTON & BURLING LLP
*/s/  Daniel Schwei*         One CityCenter
DANIEL SCHWEI         850 Tenth Street, NW
Special Counsel          Washington, DC 20001
SERENA M. ORLOFF        Telephone: +1 (202) 662-6000
MICHAEL DREZNER        Facsimile: + 1 (202) 778-6000
AMY E. POWELL         Email:  jhall@cov.com
STUART J. ROBINSON           bbrinkmann@cov.com
Trial Attorneys             aberengaut@cov.com
United States Department of Justice    mcrowley@cov.com
Civil Division, Federal Programs Branch  mkeenan@cov.com
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044       Mitchell A. Kamin (Pro Hac Vice)

COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  mkamin@cov.com

Anders Linderot (Pro Hac Vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
Email:  alinderot@cov.com

*Attorneys for Plaintiffs*